In the Southern District of Indiana, U.S.D.C.

(1)

Application; Ch. 153, FCC & R (T.28)

Petition for Writ of Habeas Corpus, § 2255

United States of America
Plaintiff

V.

Case no. 6:96 cr. 60012

Jeffery William Paul
Defendant

JLH / BAB

FILED
AUG 20 2013
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

2 : 13 -cv- 0304 WTL -WGH

-Motion for writ; pursuant to vacate (&) relief of conviction (&) Sentence; T. 28; Ch. 153; Habeas Corpus; §2255 -

Comes now the petitioner does submit this writ, motion for such relief from illegal Sentence due to false Conviction.

(1) Petitioner does move this court; pursuant to §2241; (a); claiming Court has power to grant writ; (&) (c) (2) (3) writ would extend to plaintiff as such; the custody is being maintained pursuant to penalty of; (EATDPA); The Effective Antiterror (&) Death penalty Act; but plaintiff is actually innocent of crime.

(2) Pursuant to §2242; petitioner is in custody upon order of The Western District of Arkansas; care of; The Warden of U.S.P. Terre Haute, INDIANA; J.F. Caraway; (&) is being Submitted to Indiana because Arkansas is another State.

(3) Pursuant to §2243; petitioner requests decision; (&) §2244; (C) claims actual innocense is a prima facie Complaint; supported by evidence; §2246; Affidavit; (1) of (3) such documents of guilty party.

In The Southern District of Indiana / U.S.D.C.

Pg. 2

(4) Petitioner requests to proceed as indigent prisoner, §2250.
(5) Petitioner requests release with restitution for a wrongfull conviction; captivity; starting 8/22/1996; in Lafayette County; MS; pursuant to, vacate (&) dismissal of conviction (&) sentence due to actual innocense; §2255; (a)(b)(e) (h) (1)(2)

Respectfully Submitted;

Jeffery W. Paul

Jeffery Paul W. 10517042
P.O. Box 33; Terre Haute, IN. 47808

Attorney of Record

Jennifer A. Merrigan
800 King St., Suite 200
Wilmington DE. 19801
(302) 573 6010 (Ph)