Pg.2

Legal Notice;

(1) Please note that I; Jeffery Paul; did show you (2) of (24) documents relevant to an actual-Innocense claim; in which someone else was convicted of; (&) confessed to, every actionable offense contained in my indictment.

Case No. 98-3497 on appeal 05 3431 (US V. Paul (Western District)

(&)

Case No 97.3443 157 F3D. 1147 8th cir 1998 (US. V Ingle Western District)

(2) Please note that I, Jeffery Paul, did show you (1) of (23) pgs, Marked; Clearsystems, relevant to 35 USCA; Patents; (&) am claiming to be bankrupt as a result of prisons Nonfeasance.

1/11/2013

Doc. 1.