Jeffery Paul 10517042
P.O. Box 33
Terre Haute; IN. 47808-0033
(IN REM) ~~Act~~
(Case No. 6:96 cr. 60022)
(W.D / Arkansas, HSD)




Legal mail

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Attn! c/o The Clerk of The Court
921 OHIO Street; Rm. 104
Terre Haute; IN. 47807

RECEIVED
AUG 20 2013
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

[illegible] tional Complex
[illegible] IN 47[illegible]02

AUG 1 6 2013

The enc[illegible] [illegible]cial mailing procedures for
forwa[illegible] been neither [illegible] nor inspected.
If the w[illegible] over which this facility [illegible]
ju[illegible] the material for further information
or c[illegible] es correspondence to be forwarded
to another [illegible] to the above listed address.