IN THE SOUTHERN DISTRICT OF INDIANA
US DISTRICT COURT



Jeffery W.Paul Reg.10517042
Plaintiff Pro-Se

2:13-cv-304 WTL WGH

V.

Case No. 6:96 CR.60022-001 *

The Southern District Of Indiana
Defendant

2014 JAN 14 PM 4:22

-CAPITAL CASE-

PRO-SE

-Motion for Due-Process,Summary Judgement,pursuant to Habeas Corpus,Title 28,Ch.153,Federal Criminal Code(&)Rulebook-

Comes now the Petitioner does submit this motion for due-process in pro-se pleading pursuant to relief,remedy of redress by Court authority to vacate,set-aside or correct a sentence/Judgement of a United States Court.

1.This Motion is submitted byway of new law/cite,see:United States Supreme Court:Mcquiggen V.Perkins 133 Sct.1924,1928,1933-36(&)N.4 185 LEd2d 1019(2013),which states that ACTUAL INNOCENCE is a gateway to redress a fundamental miscarriage of justice.

2.Petitioner asserts that all USC cases are applicable in retrospect at,US V.Matthews(USC)178 F3d 295(5th Cir.1999)(&) authoritive,byway of equal protection clause,Rouse V.Benson 193 F3d 936(8th Cir.1999)(&)that I have a right to file a successive Motion,Valona V.US 138 F3d 693(7th Cir.1998)(1.)without prior approval(&)that includes Federal Prisoners.

3.Petitioner asserts that a Fundamental Miscarriage of Justice constitutes a violation of my 2nd,3rd,8th(&)14th amendment rights(&)Court is obligated to cure procedural bar(&)form of pleading,Ross V.Ward 165 F3d 793(10th Cir.1999)(&)Caldwell V. Russell 181 F3d 731(6th Cir.1999)(&)Bateman V.US Postal Service 231 F3d 1220(9th Cir.2000).

4.Petitioner moves Court to vacate conviction,pursuant to due-process pursuant to cure Fundamental Miscarriage of Justice,see, Lee V.City of Los Angeles250 F3d 668(9th Cir.2001)which states that Prisoner shall be released when it was or should have been known that they were entitled to relief(&)Silveira V.Lockyer, 312 F3d 1052(9th Cir.2002)Court is required to give force to each statute(&)constitutional provision,always mindful of the Govt.'s duty to protect with respect to abridgement.

5.Petitioner asserts that district shall hold evidentiary on motion to vacate due to actual evidence due to meritorious claims involving factual issues,Biami V.US 144 F3d 1096(7th Cir.1998).

6.Petitioner moves Court to appoint Counsel of Record,Ms. Jennifer A.Merrigan,if shes agreeable but Petitioner wishes to proceed pro-se(&)has that right,with Counsel retained,US V.Kind 194 F3d 900(8th Cir.1999),pro-se defendants have right to assistance from person trained in law.

-Summary in Brief Form-

1.Petitioner was arrested for the June 22,95"Shooting of a Person in Hot Springs,AR.National Park,on August 22,1996 in MS.State.

2.Petitioner was cooperative with FBI but statements made were in duress(&)misconstrued which constitutes sentence entrapment(&),concisely were lead(&)responsory(&)not given the established speech submitted thereof request to confirm previous ID of shooter Petitioner had made to acting deputy/vice informent in Hot Springs(&)denials duly of any blame.

3.FBI Agent John Lavoie stated that perpetrator had placed me at scene but stated that I had nothing to do with it(&)Petitioner was told that the officer arresting him,the perpetrator,was told the same(&)then on or about Nov.96",my trial attorney stated that his lawyers confirmed he made the wholly exonerating statements but that because I had attempted to get bail by opening discussion for departure to receipt of stolen property,it seemed suspicious so Prosecutors were talking to him again so there was no guarantee that he'd confirm the statements during my trial,which Prosecutor chose to proceed with when petitioner refused to confirm allegation of aggravating factors.

4.Prosecutor relied on perjured testimony to indicate an alternative Cause of death(&)Counsel failed to demonstrate Defense claim for Prima Facie rebuttal because evidence submitted was supposedly barred due to Expert Testimony(&)Crime Lab reports,but due to separate trial,Witness was allowed to expand testimony(&)petitioner could not confront that or call(&)confront perpetrator(&)could not effectively assist Consels attempt to revise defense,though I had assisted preliminarily,because my wife was repeatedly disobedient(&)Staff at Prison(&)Jail,non-responsive resulting in injury which aggravated concussion I suffered 10mos.previously.

5.Due to Secrecy of Extradition from AR.State Prison during Operation Golden Eagle,which was in 1999,moving Federal Prisoners to Death Row from all over the Country petitioner was estranged from appellate Counsel.

6.Due to Moratorium after 9/11/2001 attacks petitioner was estranged from appellate Counsel.

7.Due to discrimination against impoverished petitioner with ADHD,learning disability,petitioner had to reestablish familiarity with Counsel(&) Transcripts(&)requested copies of the perpetrators statements.

8.The Eighth Cir.of Appeals appointed Attorney Sean O'Brien(&)Ms. Jennifer A.Merrigan,who had been contacted by perpetrator/Counsel(&) they received a Copy of The Declaration of Trinity E.Ingle-,which was received through special mail by petitioner,see exibit pg 1.through 5. (&)petitioner attempted to append evidentiary already submitted,but that was unsuccsessful,after Prison impugned the authenticity of the documents,Petitioner complained about Counsel(&)ordered Counsel to conform authenticity of documents which occurred during visitation on 9/17/13,at USP Terre Haute,IN.with Attorney Jennifer A.Merrigan,

9.Petitioner does request that Court review document,which is wholly exonerating(&)credible,with context(&)order Court to redress this wrongfull conviction,avoiding a Fundamental Miscarriage of Justice.

Respectfully Submitted,

Pro-Se

Signed [signature] *

Jeffery W.Paul 1/9/14

Jeffery William Paul
Plaintiff/Pro-Se
Signed Jeffery W Paul *
P.O.Box 33
Terre Haute,IN.
47808

Certificate of Service

I,Jeffery Paul,do hereby swear this motion was placed in the institutional mail(1/9/14)to the Southern District of IN. (via)certified mail,pursuant to Habeas Corpus,T.28-Ch.153 Appeals.

-Information TO Appoint Counsel-

ON EVIDENTIARY DOCUMENT 1.,2.