Jeffery Paul W.
105 17 042 Reg
PO Box 33
Terre Haute, IN.
47808

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7006 0100 0003 7176 3261




INMATE
IDENTIFICATION
CONFIRMED

Legal mail

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

CAPITAL CASE

The office of The Clerk
US District Court
Southern District of IN.
921 OHIO St., Room 104
Terre Haute, IN. 47807

Pro se Motion

RECEIVED

JAN 13 2014

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA