FILED

SEP 24 1996

CHRIS R. JOHNSON, CLERK
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 6:96CR60022-001 |
| vs. | ) | 18 U.S.C. § 1111(a) |
| | ) | 18 U.S.C. § 924(c) |
| JEFFERY WILLIAM PAUL | ) | 18 U.S.C. § 924(i)(1) |
| | | 18 U.S.C. § 2 |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 22nd day of June, 1995, in the Western District of Arkansas, Hot Springs Division, the defendant, JEFFERY WILLIAM PAUL, and another person known to the grand jury, while aiding and abetting each other, did, within the confines of Hot Springs National Park, a place within the special maritime and territorial jurisdiction of the United States, pursuant to Title 18 U.S.C. § 7(3), kill Sherman Williams, by means of gunshot wounds, in the perpetration of a robbery, in violation of 18 U.S.C. § 1111(a) and § 2.

### COUNT 2

On or about the 22nd day of June, 1995, in the Western District of Arkansas, Hot Springs Division, the defendant, JEFFERY WILLIAM PAUL, and another person known to the grand jury, while aiding and abetting each other, within the confines of Hot Springs National Park, a place within the special maritime and territorial jurisdiction of the United States, pursuant

to Title 18 U.S.C. § 7(3), during and in relation to a crime of violence, did knowingly use a firearm which caused the death of Sherman Williams, in violation of 18 U.S.C. §§ 924(c), 924(i)(1) and § 2.

A True Bill.

[redacted]
Foreperson

P. K. Holmes III
United States Attorney

By: [signature]
William M. Cromwell
FAUSA/Criminal Chief
Ark. Bar No. 76023
P. O. Box 1524
Fort Smith, AR 72902-1524
(501) 783-5125



B5

OFFICE OF THE
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF DELAWARE

800 KING STREET, SUITE 200
WILMINGTON, DE 19801

X 63-417L

$0.46
US POSTAGE
FIRST-CLASS
062S0007246923
19801

B16341.16

Jeffery Paul, # 10517-042
United States Penitentiary
P.O.Box 33
Terre Haute, IN 47808-0033

SPECIAL MAIL - OPEN ONLY IN THE
PRESENCE OF THE INMATE PERSON
ENTITLED TO INVOKE PROTECTION OF
SPECIAL MAIL 28 C.F.R. § 540.18

47808X0033

SPECIAL MAIL - OPEN ONLY IN THE
PRESENCE OF THE INMATE PERSON
ENTITLED TO INVOKE PROTECTION OF
SPECIAL MAIL 28 C.F.R. § 540.18

OFFICE OF THE FEDERAL PUBLIC DEFENDE
FOR THE DISTRICT OF DELAWA

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

KARL D. SCHWARTZ
CHIEF, CAPITAL HABEAS UNIT

JENNIFER A. MERRIGAN
ASSISTANT DEFENDER,
CAPITAL HABEAS UNIT

July 11, 2013

Jeffery Paul, # 10517-042
United States Penitentiary
P.O.Box 33
Terre Haute, IN 47808-0033

Jeff,

It was good to talk to you today. I am enclosing the affidavit you requested. I ordered you the Almanac and Dictionary, you should receive them soon. I know that you have requested other books, and I have let the team know.

Sincerely,

Jennifer Merrigan

Enclosures

M.S. Jennifer Merrigan
800 King Street, Suite 200
Wilmington, DE. 19801

(Cell Ph) 302/573/6010

Western District of
ARkansas; Hot Springs Division
U.S. V. Ingle
Case no. 97 3443
157 F3d 1147
(8th Cir. 1998)



Doc. pg. 7

County of Jefferson

State of Texas

Declaration of Trinity E. Ingle

My name is Trinity Ingle. I am over the age of 18 and competent to make the declarations contained herein.

On June 22, 1995 me and Jeff were downtown in Hot Springs by the Arlington Hotel. I was wanting to rob a shop downstairs. Jeff was high and was pretty much just following me where I was going to. I was high too otherwise I would not have been wanting to rob a shop in broad daylight. But so we're standing outside of the mall when Mr. Williams drove by. I had not slept for days and was high on Methamphetamine which can make you paranoid and was making me paranoid after ten days of it and not sleeping. It was one of those times where if things had gone different, if a cop car had come by or something like that, I would have just left, but when Mr. Williams drove by he looked at me and I just locked in on him. In my paranoia I knew he had seen the gun in my waistband and knew that now he knew what I was thinking to do by robbing the shop downstairs. So when he got out of the car I told Jeff to come on and follow me. At this point Jeff did not know what I was doing and so he wasn't arguing any about it yet. As far as I knew, Jeff did not know that I had a gun. I didn't tell Jeff about my suspicions of Mr. Williams, nor did I say anything to him about what I planned to do.



TEI
P1.8

I followed Mr. Williams up the trail and Jeff was following me. I stopped him by asking him if he had the time. After he told us the time I pulled the gun out and told him to give up everything he had. When he didn't, I hit him and kicked him on the ground. By this time, Jeff was getting very nervous. He was trying to get me to leave, saying, "come on, let's go." But I wasn't about to leave, but I still had the gun in my hand and Jeff knew it.

I told Jeff to keep quiet and I tied the guy up with the tape. Then Jeff and I started back down the trail but when I looked back at him the guy was looking right at me. I turned to go back but Jeff grabbed me by the arm and said, "let's just leave him and get out of here." Jeff kept arguing with me but I yanked free of him holding me. I still had the gun in my hand and Jeff was looking at it as I held it in his direction. Even though Jeff didn't know what it was I was going back up the mountain for, I made sure he knew if he put his hands on me again trying to stop me I would have shot him, too, and it would have been two people left up on that mountain.

So I walked back up the trail and asked the guy if he was going to call the cops. He said no but of course I knew he was lying. So I stood over him and shot him in the chest but one shot was rat shot which I had forgot was in the chamber. I heard Jeff yelling at me to stop, but I turned back around and shot Mr. Williams





Doc Pg. 9

with the real bullet in the head.

Everything else I believe is already known which followed that.

The gun I got from a burglary off Higden Ferry Road, New Oscar Point and Amity. It was a brown and yellow house and part of the yard was fences. It was in the morning that I broke into the house and found the guns in a closet. I think I recall that they were in a box on the closet floor. I also took some things out of the ice box and some change and silver dollars. Actually I had gotten two guns from there, a .357 and the .38 I used to shoot Mr. Williams. The .357 I had already sold.

Under penalty of perjury I hereby swear that the foregoing is true and correct to the best of my information and belief.

[signature]
Trinity E. Ingle

Dated this 11 day of February, 2005.





Doc. pg. 10

IN THE SOUTHERN DISTRICT OF INDIANA
US DISTRICT COURT



Jeffery W.Paul Reg.10517042
Plaintiff Pro-Se

V.

The Southern District
Of Indiana
Defendant

Case No. 6:96 CR.60022-001 *

-CAPITAL CASE-

PRO-SE

-Motion for Due-Process,Summary Judgement,pursuant to Habeas Corpus,Title 28,Ch.153,Federal Criminal Code(&)Rulebook-

Comes now the Petitioner does submit this motion for due-process in pro-se pleading pursuant to relief,remedy of redress by Court authority to vacate,set-aside or correct a sentence/Judgement of a United States Court.

1.This Motion is submitted byway of new law/cite,see:United States Supreme Court:Mcquiggen V.Perkins 133 Sct.1924,1928,1933 -36(&)N.4 185 LEd2d 1019(2013),which states that ACTUAL INNOCENCE is a gateway to redress a fundamental miscarriage of justice.

2.Petitioner asserts that all USC cases are applicable in retrospect at,US V.Matthews(USC)178 F3d 295(5th Cir.1999)(&) authoritive,byway of equal protection clause,Rouse V.Benson 193 F3d 936(8th Cir.1999)(&)that I have a right to file a successive Motion,Valona V.US 138 F3d 693(7th Cir.1998)(1.)without prior approval(&)that includes Federal Prisoners.

3.Petitioner asserts that a Fundamental Miscarriage of Justice constitutes a violation of my 2nd,3rd,8th(&)14th amendment rights(&)Court is obligated to cure procedural bar(&)form of pleading,Ross V.Ward 165 F3d 793(10th Cir.1999)(&)Caldwell V. Russell 181 F3d 731(6th Cir.1999)(&)Bateman V.US Postal Service 231 F3d 1220(9th Cir.2000).

4.Petitioner moves Court to vacate conviction,pursuant to due-process pursuant to cure Fundamental Miscarriage of Justice,see, Lee V.City of Los Angeles250 F3d 668(9th Cir.2001)which states that Prisoner shall be released when it was or should have been known that they were entitled to relief(&)Silveira V.Lockyer, 312 F3d 1052(9th Cir.2002)Court is required to give force to each statute(&)constitutional provision,always mindful of the Govt.'s duty to protect with respect to abridgement.

5.Petitioner asserts that district shall hold evidentiary on motion to vacate due to actual evidence due to meritorious claims involving factual issues,Biami V.US 144 F3d 1096(7th Cir.1998).

6.Petitioner moves Court to appoint Counsel of Record,Ms. Jennifer A.Merrigan,if shes agreeable but Petitioner wishes to proceed pro-se(&)has that right,with Counsel retained,US V.Kind 194 F3d 900(8th Cir.1999),pro-se defendants have right to assistance from person trained in law.

IN THE SOUTHERN DISTRICT OF INDIANA
US DISTRICT COURT



-Summary in Brief Form-

1.Petitioner was arrested for the June 22,95"Shooting of a Person in Hot Springs,AR.National Park,on August 22,1996 in MS.State.

2.Petitioner was cooperative with FBI but statements made were in duress(&)misconstrued which constitutes sentence entrapment(&),concisely were lead(&)responsory(&)not given the established speech submitted thereof request to confirm previous ID of shooter Petitioner had made to acting deputy/vice informent in Hot Springs(&)denials duly of any blame.

3.FBI Agent John Lavoie stated that perpetrator had placed me at scene but stated that I had nothing to do with it(&)Petitioner was told that the officer arresting him,the perpetrator,was told the same(&)then on or about Nov.96",my trial attorney stated that his lawyers confirmed he made the wholly exonerating statements but that because I had attempted to get bail by opening discussion for departure to receipt of stolen property,it seemed suspicious so Prosecutors were talking to him again so there was no guarantee that he'd confirm the statements during my trial,which Prosecutor chose to proceed with when petitioner refused to confirm allegation of aggravating factors.

4.Prosecutor relied on perjured testimony to indicate an alternative Cause of death(&)Counsel failed to demonstrate Defense claim for Prima Facie rebuttal because evidence submitted was supposedly barred due to Expert Testimony(&)Crime Lab reports,but due to separate trial,Witness was allowed to expand testimony(&)petitioner could not confront that or call(&)confront perpetrator(&)could not effectively assist Consels attempt to revise defense,though I had assisted preliminarily,because my wife was repeatedly disobedient(&)Staff at Prison(&)Jail,non-responsive resulting in injury which aggravated concussion I suffered 10mos.previously.

5.Due to Secrecy of Extradition from AR.State Prison during Operation Golden Eagle,which was in 1999,moving Federal Prisoners to Death Row from all over the Country petitioner was estranged from appellate Counsel.

6.Due to Moratorium after 9/11/2001 attacks petitioner was estranged from appellate Counsel.

7.Due to discrimination against impoverished petitioner with ADHD,learning disability,petitioner had to reestablish familiarity with Counsel(&) Transcripts(&)requested copies of the perpetrators statements.

8.The Eighth Cir.of Appeals appointed Attorney Sean O'Brien(&)Ms. Jennifer A.Merrigan,who had been contacted by perpetrator/Counsel(&) they received a Copy of <u>The Declaration of Trinity E.Ingle-</u>,which was received through special mail by petitioner,see exibit pg 1.through 5. (&)petitioner attempted to append evidentiary already submitted,but that was unsuccsessful,after Prison impugned the authenticity of the documents,Petitioner complained about Counsel(&)ordered Counsel to conform authenticity of documents which occurred during visitation on 9/17/13,at USP Terre Haute,IN.with Attorney Jennifer A.Merrigan,

9.Petitioner does request that Court review document,which is wholly exonerating(&)credible,with context(&)order Court to redress this wrongfull conviction,avoiding a Fundamental Miscarriage of Justice.

Respectfully Submitted,

Pro-Se

Signed [signature] *
Jeffery W.Paul 1/9/14

Jeffery William Paul
Plaintiff/Pro-Se
Signed [signature] *
P.O.Box 33
Terre Haute,IN.
47808

Certificate of Service

I,Jeffery Paul,do hereby swear this motion was placed in the institutional mail(1/9 /14)to the Southern District of IN. (via)certified mail,pursuant to Habeas Corpus,T.28-Ch.153 Appeals.

-Information TO Appoint Counsel-

ON EVIDENTIARY DOCUMENT 1.,2.