Jeffery Paul W. 10517042 Reg.
P.O. Box 33
Terre Haute; IN.
47808




Legal Mail

RECEIVED

JAN 23 2014

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

CAPITAL
CASE

Prose Petition

The Clerk of The Court
Southern District of IN.
U.S. District Court
921 OHIO Street, Rm. 104
Terre Haute; IN. 47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED