In The Southern District of Indiana
Terre Haute,Division
United States District Court

FEDERAL DEATH-PENALTY

CAPITAL-CASE

PRO-SE

Jeffery W.Paul
Petitioner
V.
Superintendent
Respondent

Case No.2:13-cv-304
WTL/WGH

FILED 2014 FEB 10 PM 3:41 U.S. DISTRICT COURT INDIANAPOLIS DIVISION

-Motion for Court to reconsider previous 2/two motions(&) request that Court allow indigent prisoner to proceed without paying filing fees upfront to reopen case-

Comes now the Petitioner Pro-Se does submit this Motion for due process pursuant to meaningful access to Court,redress of grievance(&)financial consideration- T.28,Ch.153,Habeas Corpus-

1.Petitioner asserts that Court is obligated to redress a wrongful conviction referenced herein a simple plea(&)that petitioner has a right to due-process via precedent cites considering the nature of the claim,(&)that it is necessary(&)proper to resubmit the plea in a Pro-Se petition because of the cruel(&)unusual,excessive amount of time passing with no response elsewhere,of plea filed by Councel of record...which is an inexplicable violation of my 1st,2nd,3rd,4th, 5th,6th,7th,8th(&)14th Amendment rights.

2.Petitioner cites Salahaddin V.Mead 174 F3d 271(2nd Cir.1999),US V. Myers 106 F3d 936(10th Cir.1997)...which states that,"it is basic canon of statutory construction that using the word"shall"indicate mandatory intent"(&)Silveria V.Lockyer 312 F3d 1052(9th Cir.2002),"Court shall give weight to every statute"...(ie)pursuant to cure a Fundamental Miscarriage of Justice.

3.Petitioner asserts that,accordingly,the definition of SHOULD(is): Past of Shall,...used as an auxiliary to express condition,obligation or propriety,probability or futurity,from a point of view in the past; (ie)from:MERRIAM/WEBSTERS 11th Ed.Collegiate Dictionary;®2004 version Pg.666,ISBN-13 978-0-87779-930-6,Published from,Springfield,MO.

4.Petitioner does hereby cite,Shapiro V.Cantor,123 F3d 717(2nd Cir. 1997);"District Court SHOULD freely give leave to amend complaint",I do resubmit Petition filed under the following form,as well as the motion to amend that petition,(&)Move Court to grant redress as necessary(&) proper further citing cause(&)collateral authority in this motion;see: exibit,copy of TWO Motions,Pgs./Doc#( )through( ).

5.Petitioner asserts that Court has an obligation to consider the petition see:Aron V.US 291 F3d 708(11th Cir.2002)(&)Urbina V.Thomas 270 F3d 292(6th Cir.2001);"Federal Court SHOULD construe a Habeas Petition filed by Pro-Se Litigant more Liberally...(&)McCormick V.City of Chicago,230 F3d 319(7th Cir.2000),Boag V.MacDougall,454 US 364,70 LEd 551, 102 SCt 700(1982)(&)Haines V.Kerner,404 US 519,30 LEd2d 652,92 SCt 594 (1972),"Pro-Se Litigants pleadings are to be construed liberally(&)held to less stringent standard than formal plea drafted by Assisting Councel, (ie)if Court can read pleas(&)reasonably determine that there is a valid claim on which litigant could prevail,it SHOULD do so,despite failure to cite proper legal authority,confusion of legal theories,poor syntax(&) composition,or unfamiliarity with requirements in pleads...Petitioner further asserts that he has a right to assist Councel(&)submit pleas as

5.Continued...necessary(&)proper to facilitate the objective in the appeals,hereby avoiding contention(&)retaining Councel,to assist with my 1st,4th,5th,6th,7th,8th(&)14th amendment rights,to..."Have the ASSISTANCE of Councel for MY defence"...6th Amendment USC Bill of Rights Quote...(&)cite,US V.Majors 329 F3d 791(5th Cir.2003)defendants have an absolute right to participate in defence(&)denial of that right is never harmless error(&)requires automatic reversal,(&)further;Vega V.Johnson, 149 F3d 354(5th Cir.1998)(&)US V.KIND,194 F3d 900(8th Cir.1999)...,Pro-Se defendants have rights to submit briefs(&)have effective assistance from person trained in law.

6.Petitioner does hereby petition for due process,move court to grant relief via summary judgement(&)recommend conviction be vacated in light of ACTUAL INNOCENCE,see...cite;Frost V.Symingtin,197 F3d 348(9th Cir.1999). ..(&)claims US Supreme Court grants Collateral Authority which requires evidentiary relevant to ACTUAL INNOCENCE Claims,see...Mcquiggen V. Perkins 133 SCt 1924,1928,1933,-36(&)N.4 185 LEd2d 1019(2013)...(&)that is Superseding;Hohn V.US 524 US 236 141 LEd2d 242 118 SCt 1969(1998).

7.Petitioner claims that The USDC of Southern District of Indiana may grant any Motion for any writ,sua sponte,Edwards V.US 114 F3d 1083 (11th Cir.1997)(&)that accordingly,Petitioner asserts conduct never reached level of Federal Offense,Howard V.US 135 F3d 506(7th Cir.1998) (&)that this Court is the only appropriate recourse for relief,see... Lee V.Wetzel 244 F3d 370(5th Cir.2001),as "District Court of Place of incarceration is only Court with Jurisdiction to entertain petitioner under T.28 Ch.153 Habeas Corpus,Federal Criminal Code (&)Rules.

Respectfully Submitted,

Signed [signature] *

Jeffery W.Paul 10517042
PO Box 33 Terre Haute,IN.47808-0033

Certificate of Service,

This motion was placed in the US Postal Service to The USDC,Southern District of IN. via,Institutional Mail from USP/Terre Haute,IN.(SCU/ Special Confinement Unit.)(2 / 5 /14