Jeffer, Paul W.
1051
PO BOX 33
Terre Haute, IN.
47808-0033

Federal Death Row;
Capital-Case

Legal Mail (Pro-Se)




UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

~~Media mail Rate~~

Legal Mail

RECEIVED
FEB - 7 2014
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Office of The Clerk
US. District Court;
Southern District of IN.
Case no. 2:13-cv-304
921 OHIO STREET, Room 104
Terre Haute, IN. 47808