**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

A court may, in the exercise of its discretion, revise any non-final order "at any time before the entry of a judgment adjudicating all the claims . . . ." Fed. R. Civ. P. 54(b); *see also Galvan v. Norberg*, 678 F.3d 582, 587 and n.3 (7th Cir. 2012). "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence," and should not "serve as the occasion to tender new legal theories for the first time." *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir. 1987) (quoting *Keene Corp. v. Int'l Fidelity Ins. Co.*, 561 F.Supp. 656, 665–66 (N.D.Ill. 1982), *aff'd*, 736 F.2d 388 (7th Cir. 1984)).

This is an action for habeas corpus relief brought by an inmate confined in this District. It appears that the petitioner is entitled to representation in this action pursuant to 18 U.S.C. § 3599, although that appointment has not yet been made. The action has proceeded and will continue to be governed by 28 U.S.C. § 2243, which requires the court "to dispose of the matter as law and justice require."

The rulings to which the motion to reconsider refers were appropriate. The motion to reconsider conflates and many procedures and concepts, some of which may ultimately become

pertinent in this case, but at present they are not. The motion to reconsider [dkt. 7] is **denied.** The request to proceed *in forma pauperis* [dkt. 7] is **granted**.

**IT IS SO ORDERED.**

Date: 02/27/2014

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffery William Paul
No. 10517-042
Terre Haute U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808