Jeffery Paul W.
10517042 Rg#
PO Box 33
Terre Haute, IN.
47808-0033




RECEIVED
FEB 27 2014
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

– Legal Mail –

C/o The Clerk; Case no. 2:13 cv. 304
WTL / TAB
US District Court, Southern District, IN.
921 OHIO Street, Rm. 104
Terre Haute, IN. 47808

CAPITAL
CASE

UNITED STATES MARSHAL
PACKAGE ... FENED BY
X-RAY/... OMETER

Pro-Se (Per)

INMATE
IDENTIFICATION
CONFIRMED

(1st; 6th; 14th Amd + US Bill of Rights)