IN THE SOUTHERN DISTRICT OF INDIANA
US DISTRICT COURT/FEDERAL JURISDICTION

Jeffery W.Paul
Petitioner
V.
Superintendent
Respondant

Case No#2:13-cv-304[WTL/WGH]
CAPITAL-CASE/PRO-SE

FILED U.S. DISTRICT COURT INDIANAPOLIS DIVISION 2014 MAR -7 PM 4:43 SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK

AFFIDAVIT FOR ENTRY OF DEFAULT JUDGEMENT(&)REQUEST FOR DISCOVERY MATERIALS WITH SUPPORT DOCUMENTS(&)REQUEST FOR DUE-PROCESS OF CRIMINAL COMPLAINTS,ORDER FOR DAMAGES ASSESSMENT-

Comes now the Petitioner does submit this Affidavit/writ with request for Order/Injunction(or)Writ from a US District Court Under Title 28,Ch.153,§2241-55,HABEAS-CORPUS- 28 USCA §1746 -

(1.)Pursuant to PRO-SE evidentiary provisions,Petitioner does submit this request for a Complete set of Trial Transcripts from THE WESTERN DISTRICT OF ARKANSAS/Hot Springs Division:

United States of America
Plaintiff
V.
Jeffery W.Paul
Defendant

Case No#6:96-cv-60022-001

ct.1)18 U.S.C.§1111(a)
ct.2)18 U.S.C.§924(c)
ct.3)18 U.S.C.§924(i)(1)
ct.4)18 U.S.C.§2

Complaint:June,22 1995-Guilty on ALL COUNTS
Sentenced to DEATH BY LETHAL INJECTION

(2.)Petitioner asserts that this affidavit supports claims that I am am being OBSTRUCTED in Appellate Petition to an extent(&)with an effect that is creating irreconcilable loss(&)Risk of more procedural defaults due to INCHOATE(&)Ill Advised Petitions submitted Pro-Se,that may result in my DEATH by writ,despite being ACTUALLY INNOCENT...or more captivity due to wrongful conviction(&)discrimination by Official Misconduct of Offices having caused this delay(&)injury with no consequence to date,(ie)17.6 YEARS...knowingly perpetuating a False Record(&)omitting Defense Material Guaranteed in disclosure of My 1st,4th,5th,6th,8th,(&)14th Amendment rights,see:U.S.Constitution.

(3.)Petitioner requests Court Review disclosure as Brady Violation,see: Brady V.Maryland,373 US 83,10 LEd2d 215,83 SCt 1194(1963)...asserting,that on 2/28/14,during Prison visitation,Attorney Jennifer A.Merrigan,of THE PUBLIC DEFENDERS OFFICE OF DELEWARE,did accept,COPYRIGHT MATERIAL(&)I requested a Copy of THE EXIBIT/"H",FBI File No#70A-LR-36698/Lab No#-60417026 E QL...from SAC,LITTLE ROCK,AR.(Squad 5)...described as,specimen Q7 [One Nagra blue cassete magnetic tape dated"34222"]...examined by: SSA Mr.George W.Clark,Jr...Processed on 6/13/96...she did not produce a copy of the AUDIO(or)Visual file.

(4.)That tape was made on 4/3/96 by Agent Bill Maddalena(SA/FBI)at Van Buren Jail,Crawford County AR.(&)was used to Indict me,it is supposedly the Confession of Trinity E.Ingle who was initially attempting to get advise from a jailhouse Lawyer after being approached by Persons acting under color of law seeking to ...

(4.)Cont...inculpate person of interest referenced on indictment for fatal shooting in National Park,Hot Springs,AR.

(5.)Although the rendition of events is vulgar,he rambles(&)speaks other-person plural,it exonerates the Codefendant...(&)concisely is his statement that he wants to remain in State jurisdiction,that he feels like hes being badgered into making false statements,because although he believed at the time that"Person"Codefendant knew he had committed a serious assault(&)would be agreeable to shoot victim,as a threat...he dont,(&)was downtown just to support his employment option at the adjacent Hotel,but that Codefendant might not Testify because it'll be ones word against another...but that he alone shot,beat(&) had an intention to receive stolen property.

(6.)Petitioner asserts that the recording was transcribed(&)played for a jury but that it was out of context(&)could not be rebutted due to ineffective ASSISTANCE(&)Omitted defense disclosure,but that the transcript clearly shows that there are several unintelligible portions which I believe may reveal UTTERANCES/NOISES of Affirmation(&)Denial(&)that MS.J.Merrigan does have/did have a copy of the tape(&)was not allowed to send it into the Prison with my Transcripts due to a Policy statement. ..attributed to former Counselor Bruce Ryherd(PROXY 2003)USP Terre Haute IN./Special Confinement Unit...violating my 6th amendment rights.

(7.)Petitioner asserts that the omission is one of a litany of interferences(&)snafus from COUNCEL(&)B.O.P...both of which are failing to Comply with my Grievances of interpersonal(&)procedural conflicts(&) Obstructions...including REPEATEDLY relegating my Priorities by Councel (&)initiating a litany of PROHIBITIVE Policies with no redress(or)due-process,seemingly in concert with Affirming Law/Cite,like insolence of an AGENCY against Demographics...Petitioner is Estranged from Wife(&) considers it a Priority(&)Councel does not(&)also,am ADA/Acknowledged, suffering from ADD/ADHD(Learning Disability)(&)need special access to Court(&)Provisions regularly unavailable...

(8.)Petitioner is indigent,suffering the Humiliation of being a convicted felon with no spousal rights,property rights(or)appellate rights, (&)does request Court order DAMAGES for the Alienation of Affection(&) cites,see:Hutelmyer V.Cox,514 S.E. 2d554(N.C.ct App.1999),claiming to have been separated for 17.6 YEARS,still suffering from the effects of being forcibly estranged by County Jail which(B.O.P.)as well,repeatedly diminishing my resources,communication(&)inappropriately Counseling her to Provide false testimony...(&)refusing to Process the Criminal Complaints I filed for Spousal misconduct/Stalking(&)Sexual Abuse... Conspiracy to violate my Civil Rights(&)Genocide....additionally I am Claiming that Court should Order Prison to Pay damages for Obstruction of Justice on The BRADY VIOLATION,as well as loss of Consortium,see: Salinas V.O'Neill,286 F3d 827(5th Cir.2002),Thompson V.Opeiu,74 F3d 1492(6th Cir.1996),(&)requests Court consider each Year(&)irreconcilability of the estrangement(&)disparate,futurity for me(&)recommend a $1.000.000(Mn)Per Year DAMAGES Award(&)Criminal Due-Process for the Rape of my wife(&)subsequent Govt.Misconduct against a Witness(&)person from(&)in traditional spousal relationship,claiming to be actually innocent(&)attempting to appeal PRO-SE due to fundamental differences of writing(&)perspective with appointed Councel,causing YEARS of delay (&)a mire of Legal Bars to proceed in any Court...still under a death threat which is Plainly Unconstitutional.

(9.)Petitioner claims that Plaintiffs may recover costs of filing CIVIL RIGHTS COMPLAINTS...(&)Consolidate Pleas(&)that if anyone was allowed to Plea indigence(&)injury to receive relief that I also should have that right,see:Lathen V.Dept.of Children(&)Youth Services, 172 F3d 1231(9th Cir.1999)(&)Fraternal Order of Police V.US,152 F3d 998(D.C.Cir.1998),equal protection clause same for Govt.(&)Civilians including Prisoners.

(10.)Please review the lists of my Complaints(&)release the PRO-SE Petitioners Material,Per 6th Amdt.(&)Order DAMAGES due to extreme austerity I suffer(&)genocidal effect of estrangement.

Respectfully Submitted,

Jeffery W.Paul *

Jeffery W.Paul
10517-042
P.O.Box 33
Terre Haute,IN.
47808-0033

Certificate of Service,

I Jeffery Paul,do swear I placed this [WRIT] in The US Postal Service to USDC SD INDIANA-to JUDGE LAWRENCE-(3/3 /14)