Jeffery Paul W.
10517 042 Rg#
P.O. Box 33
Terre Haute, IN.
47808-0033

INDIANAPOLIS IN 460
2014 PM 4 L

PURPLE HEART FOREVER USA 2012

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

To The Clerk of the Court
Case No. 2:13 cv. 304 (LJM/WGH)
Southern District
921 Ohio Street; Rm. 104
Terre Haute, IN. 47807

RECEIVED
MAR - 6 2014
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

CAPITAL –
CASE

47807373829