**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## ENTRY

The issuance of a default judgment in an action for a writ of habeas corpus is rarely warranted. *See Bleitner v. Welborn*, 15 F.3d 652 (7th Cir. 1994). This case is no exception to the general rule. Furthermore, the respondent has not yet been directed to respond to petitioner's petition. Accordingly, the respondent is not in default and the petitioner=s motion for default judgment [11] is **denied.** Discovery has not been authorized in this action. The petitioner's motion for discovery [dkt. 11] is also **denied.**

Damages are not available in an action for habeas corpus relief. *See Nelson v. Campbell*, 541 U.S. 637, 646 (2004) (noting that "damages are not an available habeas remedy"), and *Wilkinson v. Dotson*, 544 U.S. 74, 78–82 (2005) (summarizing the distinctions between 42 U.S.C. § 1983 and habeas actions). Accordingly, the petitioner's request for damages [dkt. 11] is **denied**.

**IT IS SO ORDERED.**

Date: 03/13/2014

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffery William Paul
No. 10517-042
Terre Haute U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808