IN THE SOUTHERN DISTRICT COURT
U.S.D.C./INDIANA

Jeffery W.Paul
Plaintiff

V.

Superintendent
Respondant

Case No:2:13 cv 304
WTL/
CAPITAL CASE/PRO SE

U.S. DISTRICT COURT INDIANAPOLIS DIVISION FILED 2014 MAR 13 PM 3:54 SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK

Motion to Append Cause of Action(&)Exibit Reference to serve as cite catalogue confirmation in a U.S.District Court(ie)Source Reference-

Comes now the Petitioner does submit this Petition for due-process byway of grounds,Title 28,§2241-55,HABEAS CORPUS,claiming that conditions of captivity(&)illegal sentence(&)conviction constitute cruel(&) unusual punishment-

(1.)Petitioner does assert that the burden of paying 60% of income to Court is prohibitive(&)constitutes,effectively Punitive remittance against a Person with a Learning Disability who was subject to at least 3 cycles of electroshocks,YEARS of nutritional deprivation(&)forced medication...while attempting to access both the Prisons grievance(&) ADMINISTRATIVE REMEDY PROCEDURE,as well as the APPELLATE PROCEDURE to remedy a WRONGFUL CONVICTION...Petitioner did move Court to consolidate (&)disclose TOTAL cost of Filing Fees accrued byway of Title 28,§1914, (&)1915,(Informa Pauperis)clause for indigent Prisoners...(&)does so again...citing rule of lenity(&)duress,requesting Court consolidate the claims under appropriate Title(&)order US Attorneys Office(&)B.O.P.to settle.

(2.)Petitioner claims that wife/commonlaw spouse was competent to agree(&)did enter traditional spousal relationship(&)that if my demand for monogamy was extreme then she shoulve rejected the relationship(&) that Prison Officials did,with malicious aforethought,set about to diminish the resources(&)communications(of)Petitioner to an extent(&) effect that spousal estrangement did occur,causing chronic psychological injury(&)Genocide(&)wholly constituting a retaliatory act from Bureau which I submitted as(Domestically),Aggravated Sexual Abuse,violation of Title- 18,Ch.109A,§2241-2242,Article 1(General Provisions) §2,16... (&)Ch.110A§2261(STALKING)(&)Ch.55§1201(KIDNAPPING)...resulting from the events occurring from 8/22/96-7/4/99(Proxy)...which included ridicule(&) revelations that wife had been seduced,then agreed to proceed with an adulterous affair(&)actually conceived a child while I was attempting to appeal a wrongful conviction...at least partially funded by US Attorneys Office as compensation for misrepresented(&)recanted testimony...from at least TWO former spouses,including the one that I formally engaged(&)cohabitated(&)consummated a commonlaw marriage with who allegedly miscarried my child,leaving me with no Children(&)in constant mental anguish over the betrayal(&)willful attempt to leave me in Prison.

(3.)Petitioner does hereby move Court to accept that B.O.P.is remiss(&) noncompliant with stipulations to facilitate remedy of petition for redress(&)enter upon the record that Petitioner is appending/amending the complaint to the following,violation of,Title 18,Ch.13 §241-248,by a Person(&)Organization,Ch.1(General Provisions),§2,3,4,6,10,11,16,18(&) 23,CIVIL-RIGHTS,resulting in compound crimes...(&)requesting US.Attorney discover(&)resolve inchoate complaints from injured Plaintiff.

(4.)Petitioner asserts that the effect of systemic abuse causes a litany of health problems(&)obstructions,including austerity(&)estrangement,Physical deterioration(&)ataxia,fugue...from brain/cognate disorder...(&)inchoate Complaints should not be dismissed(&)that wifes spousal abandonment is retaliatory(&)Plain(&)Supervised by a a Government Agency that may(or)may not rationalize their actions but did previously,proponant for ADULT FILM INDUSTRY choice as a rational basis to state that Petitioners wife competently proceeded to another relationship(&)so was consensual...no crime had been committed(&)that stipulations for abstention were extreme(&)unconstitutional(&)I have no claim,which is false because I was Plaintiff(&)subject to the offense (&)traditional spousal values are Protected(&)tacit where the majority support traditional marriage as such,needing no qualification for the expectation therein that agreement...which she did breach...(&)Prison consistantly asserts to have no Purview or cause to redress...despite being sole third party,due to cognate disorder Petitioner suffered(&) substantial loss of Property wherein former wife names culprit.

(5.)Petitioner alleges that Govt.sabotaged my marriage to support claims that my comments relevant to a Potential Material Witness obligation in ARKANSAS was anything other than a comment to Possibility that I would have to confirm alibi,(&)fear that Perpetrater may attempt to transpose blame...(&)not a confessional statement...(&)that they had to estrange(&)dissolve the Marriage because I ordered her to cease speaking to agents when I realised what they intended to lead her to say.

(6.)Petitioner alleges that I have a Litany of cites to support my claim to have defined rights which are relevant to SUBSTANTIAL DUE-PROCESS options for ACTUAL INNOCENCE Claims,including right to obtain other Councel due to conflict of interest(&)to consolidate debt with respect to the real Burden I suffer relatively Paying for inchoate complaints that Petitioner still has no redress for.

(7.)Petitioner asserts that Bureau is culpable for OBSTRUCTION(&)I Have a Right to evidentiary to remedy FUNDAMENTAL MISCARRIAGE OF JUSTICE,(&)that remiss,willful(&)malicious Policy/Agents(or)Staff are not immune from LAW,see:Keith V.Koerner 707 F3d 1185(10th Cir.2013),(&) Johnson V.BiState Justice Center/ARKANSAS Dept.Of Corrections,12 F3d 133(8th Cir.1993)(&)Devbrow V.Kalu 705 F3d 765(7th Cir.2013),that statute of limitations does not exempt complaints of serious medical need(&) there is no qualified immunity for sex offense.

(8)Petitioner further asserts that Court should grant discovery with with respect to the record on Appeal because the Lawyers are often not intelligible(&)if they are getting continuences or other dilatory procedures I would Move to dismiss them all,given that the Case is PlAINLY ERRONEOUS(&)Rebuttable in Prima Facie review,see:Knight V.Ahlin 714 F3d 1117(9th Cir.2013)...delays may warrant review for Post Conviction relief.

(9.)Petitioner does submit exibit of Cite Catalogue(&)requests that Court allow Precedents to facilitate the redress(&)remedy guaranteed by LAW of The US Constitution,Amendments,1-27(et al)Articles...(&)emerging cites to support my complaint against a fundamental miscarriage of justice(&)cruel/disparate conditions of captivity against a race/nation.

IN THE SOUTHERN DISTRICT
OF INDIANA/FEDERAL JURISDICTION

Respectfully Submitted,

*[signature]

Jeffery William Paul
Rg#10517-042
P.O.Box 33
SCU/USP TERRE HAUTE
Terre Haute,IN.
47808-0033

Certificate of service,I,Jeffery Paul,do hereby swear that a True Copy of this Motion was submitted to The Clerk of the Court via US Postal Service to The USDC Southern District(3/10/14)-