Jeffery William Paul
Rg#10517-042
P.O.Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
11 MAR 2014 PM 5 L

2:13 cv. 304 (LJT)

C/O The Clerk
U.S.D.C/Southern District
of Indiana
921 Ohio Street,Rm.104
Terre Haute,IN.
47807

Legal Mail

RECEIVED
MAR 12 2014
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER