In The Southern District of INDIANA
US District Court/Federal Jurisdiction

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2014 MAR 13 PM 3:54
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

Jeffery W.Paul
Plaintiff

V.

Superintendent
Respondant

Case No: 2:13 cv 304
WTL/TAB
CAPITAL-CASE/PRO-SE

## - AFFIDAVIT IN SUPPORT OF DOCUMENTS -
## Evidentiary/Exibit Attachment( thru )

Comes now the Petitioner pro se does hereby affidavit in the abovestyled matter,a T.28,Ch.153,Habeas Corpus Petition(via)§2241-2255,submit a citebook excerpt to support claim(elsewhere)in one of several Motions pursuant to the same that he is being discriminated against.

(1.)Petitioner is indigent(&)suffers a Learning disability but despite over 52 grievances,including criminal complaints relevant to the estrangement(&)subsequent sexual abuse/spousal misconduct of my wife(&)impoverishment of my family(&)YEARS of Medical neglect Ive suffered(&)omissions of Attorney Client relationships causing me to attempt Pro se Pleas,I still have NO DUE PROCESS...no remedy for my civil rights(&)no remedy for my innocence claims(&)no prospects due to exparte remonstrations(&)unintelligible/non-responsive communications with appointed councel...The Bureau of Prisons Offers no redress(&) rejects jurisprudence,relevant to possibility I am Innocent as I claim to be...Im 17.6 Years into an irreconcilable violation of my spousal, property(&)posterity rights...but have a litany of cites to bind court to statutory CANON(&)Liberal Due Process Clauses...that to date have no effect.( )

(2.)I have no adequate materials,remedy for that.( )

(3.)I have no Civil Rights or recourse due to interference(&) preemption from RAPISTS/Penological Zealots(&)Bias Persons in Authority both convinced Im guilty or Knowing they interfered with Innocence claims(&)due process rights...EQUAL PROTECTION CLAUSE.( )

(4.)My Wife was extorted to testify against me(&)refused to cross in manner I stipulated(&)I was not allowed to take stand(&)explain (&)suffered medical injury as a result of my protestations.( )

(5.)I have Jury Polls(&)Documents that are not ambiguous which are wholly mitigating/exculpatory byway of exclusive physical evidence(&) that I have attempted to submit choate/intelligible pleas repeatedly but still receive no due process despite the PRIMA-FACIE,nature(&) rules relevant...( )

Attorney of Record
* N. Available
MS.Jennifer A.Merrigan
Federal Public Defender(DE)

Respectfully Submitted,
* Jeffery Paul [signature]
Jeffery W.Paul
Rg.#10517-042
P.O.Box 33,Terre Haute,IN.
47808-0033

Certificate of service-
I,Jeffery Paul,do hereby US Postal Service,submit this Pro Se Affidavit in Support of Motion,2:13cv304(WTL/TAB) in The USDC Southern District of IN.