IN THE SOUTHERN DISTRICT OF INDIANA
UNITED STATES DISTRICT COURT

Jeffery Paul
Plaintiff

V.

Superintendent
Respondant

- PRO-SE -

Case No#2:13 cv 304 - WTL-WGH

- In-Rem:HABEAS CORPUS,T.28,Ch.153
§2241-2255,CAPITAL-CASE

U.S. DISTRICT COURT INDIANAPOLIS DIVISION FILED 2014 MAR 20 PM 3:34 SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK

-Motion for Partial upfront Payment of Damages due to Prima Facie Nature of complaint(&)excessive Punitive effect of Current Plan for Payment of FEES(&)recidivist Prison,non-compliance to Petition for redress(&)due process-

Comes now the Petitioner Pro-Se does hereby Motion for due process move Court to assess Damages of Particular aspects of a multi-point claim submitted in THE SOUTHERN DISTRICT in attempts to remedy a ongoing violation of my Equal Protection Rights by several prohibitive Policies exerted by Officials acting under color of Law with an effect (&)to an extent that Prohibits my Appellate options,Quality of life on a Daily basis(&)Obstructs the redress of fundamental rights.

(1.)Petitioner asserts that actual Physical injury has occurred(&) Point of accrual for damages,is,8/22/96,see:Richards V.Mitcheff 696 F3d 635 (7th Cir.2012)(&)Devbrow V.Kalu,705 F3d 765(7th Cir.2013)(&) that damages are not limited to Physical injury,see:Salinas V.O'Neill 286 F3d 827(5th Cir.2002),Thompson V.OPIEU,74 F3d 1492(6th Cir.1996) (&)that Petitioner qualifies as ADA/American With Disability but does not have a means to redress grievances with effect or in good faith, which is a violation of my 1st Amendment rights,see:Gentala V.City of Tuscon,213 F3d 1055(9th Cir.2000),a compensable violation under any standard of review..."which,constitutes irreparable injury for even minimal periods of time for purposes of entitlement or relief"..

(2.)Petitioner asserts that my rights to access Court to redress the Criminal Conviction does not waive my rights to redress Civil Rights violations where redress is available,see:O'Keefe V.Van Boening,82 F3d 322(9th Cir.1996),Madrid V,Gomez,150 F3d 1030(9th Cir.1998)...(&)that I may receive both DAMAGES(&)trial(&)Appellate work Compensation at a Attorneys Rate,recovering costs,see:Rizzo V.Childrens World Learning Centers,INC.,173 F3d 254(5th Cir.1999)...(&)do move Court to GRANT THAT, accordingly.

(3.)Petitioner asserts that Prisons refusal to facilitate even a modicum of direct dial options to solicit Legal Consultation for Civil rights complaints is OBSTRUCTION OF JUSTICE(&)in concert with no meaningful Procedure to redress Grievance of Medical,Legal(&)Fundamental rights with respect to Learning Disability is a Prima Facie Complaint submitted a Dozen Times!!!...with no effective resolution from Court either,violation of my DUE PROCESS RIGHTS,see:Bieber V.Dept.of Army, 287 F3d 1358(Fed.Cir.2002)(&)Ester V.Principi,250 F3d 1068(7th Cir.2001).

(4.)Petitioner does hereby Move Court to review evidentiary insert (&)note that Prison refuses to Process without denial from SCU Team but they deny Purview(or)comprehension...do not provide visual references for the FORM Procedure or Assistance(&)have been aware of the complaints since 1999 in INDIANA, exhausting the remedy Procedure is futile(&)accordingly,not necessary unless Court Requires it but I need assistance because they dont facilitate that,...see:OXY USA,INC. V. Babbit,230 F3d 1178(10th Cir.2000),McCarthy V.Madigan,503 US 140,117 LEd2d 291,112 SCt 1081(1992),(&)agency action is procedural if its default,or fixes a Prohibition or substantative rule,see:City of SAN DIAGO V.Whitman,242 F3d 1097(9th Cir.2001),Zhao V.US Dept.of Justice, 265 F3d 83(2nd Cir.2001).

(5.)Petitioner asserts that Claim should not be dismissed,see:Amoco Oil Co.V.US,234 F3d 1374(Fed.2000),Herron V.Harrison,203 F3d 410(6th Cir.2000) US EX REL Thompson V.Columbia Healthcare Corp.125 F3d 899(5th Cir.1997) (&)Haines V.Kerner,404 US 519,30 LEd2d 652,92 SCt 594(1972)...Complaint SHOULD NOT BE DISMISSED unless it appears there is no set of facts that can be Proven which would entitle him to relief...

(6.)Petitioner asserts that for that reason,Court should grant a hearing to narrow scope of Complaints,DISCOVER Previous,inchoate Petitions I did join/file to redress grievance...but only resulted in accrual of debt in Title 28,§1914,§1915,(INFORMA PAUPERIS)filing fees...(&)Cycle of exacerbating Poverty(&)Denials...extensible in effect to my family(&)quest to pursue SPOUSAL MISCONDUCT OF CRIMINAL NATURE,(&)Appeal My DEATH-PENALTY Pro-Se,due to Inneffective Assistance of Councel...all of which has been thwarted due to fee schedules...though I was told I could recover the costs(&)Damages in Pro Se Pleadings wherein there is a redressable complaint...see:Ferrill V.Parker Group,INC.168 F3d 468(11th Cir.1998),(&) Lathen V.Dept.of Children (&)Youth Services,172 F3d 786(11th Cir.1998).

(7.)Accordingly,Petitioner does reraise violation of Marriage,see:Martin V.Snyder(§1983),(&)requests HEARING to determine appropriate resolution while not excluding Criminal Complaints against Perpetrators of Sexual offenses,(&)asserts that its really unfair that other Prisoners have had meaningful due process while I suffer through $24/less a month,while persons have sex with my wife(&)TANGIBLE EVIDENCE OF MY ACTUAL INNOCENCE,sits in limbo while Court decides whether Procedural Bars can be superseded by innocence claims or not...

(8.)Petitioner claims restitution for 17 Years of Estrangement is appropriate(&)would consider $17(mn)Nominal/Yearly with respect to Art.4 §1(&)2...full faith(&)Credit...but I need to Consolidate fees(&)PAY,so request Court assess Equal Protection Clause,for damages because other Prisoners are allowed to effectively grieve with redress,see:Anderson V. Romero,72 F3d 518(7th Cir.1995),Eagleston V.guido 41 F3d 865(2nd Cir.1994).

(9.)Petitioner asserts that District Court erred by omitting the financial assessment,because the assessment wouldve revealed my income is not only from underclass workers,but is relatively less than my needs with respect to hygiene(&)supplies(&)the few amenities they offer which are fundamental Commercial rights...Continued...

cont...

(9.)see:Definitions for class(&)method to determine facts of the omission(&)chronic remittance is defined as,INDIGENCY,see:SHAPIRO V.THOMPSON(1969)SCt.(&)CRAIG V.BOREN(1976)SCt...(&)is satisfied byway of DISPARATE IMPACT in standard of review...(et al),VILLAGE OF ARLINGTON HEIGHTS V.METROPOLITAN DEVELOPMENT CORP.(1977)SCt... whereby prison does so confuse Policy for Petitioners,Plaintiffs are lured into a cycle of attempts to Plea in Courts that do not redress or adjust policy with any Plea,due to inneffective Pro Se style/Law Cites...Causing debt/despair(&)risk of other Courts.

(10.)Petitioner claims that collective filing fees accrue a majority portion of income which does not constitute a relative average,notably under poverty(&)that supplemental health(&)amenities are substandard (ie)...medicine has no effect(&)Prison does not redress initial Part of complaints...(ie)my glasses are insufficient(&)never seem to be up to par...so I want to try contact lenses/get an evaluation for a other,non-experimental option,My initial diagnosis for chronic skin condition was folliculitis,that requires grooming options I cant maintain(&)medical Baths that I never got,(&)My Psychological treatment resulted in impromptu electro-shocks(&)medication under threat of sanctions for refusal,that completely discombobulated Petitioner during crucial HABEAS CORPUS§2255 proceedings,wherein I filed Pro Se Pleas(&) did get Court to respond,but forgot crucial Presentations(&)could not afford materials(&)subsequently ran-out my appeals...which I am told is final(&)ACTUAL INNOCENCE Claims will not supersede a Procedural Bar in THE WESTERN DISTRICT OF ARKANSAS...I have no idea how that is Legal... that the Court is not obligated to follow precedents(&)at Least grant(&) disclose Evidentiary Hearing...(&)cannot find reference to the petition in the LAW LIBRARY that makes any sense...so apparently I will remain on DEATH ROW due to Procedural Default,despite having Tangible evidence of My ACTUAL INNOCENCE(&)at Least 6 Reversible Errors applicable to the Indictment,Trial(&)subsequent Pleas.

(11.)Petitioner does move this Court to review my financial condition (&)believes a more thorough look would reveal I really am(&)have suffered irreparable estrangement from councel,due to inability to Pay for calls (&)Postage(&)submit legible APPELLATE STRATEGY pursuant to relieve a wrongful DEATH PENALTY,(&)does cite grounds,using statutory language, see:US V.DAVIS,117 F3d 459(11th Cir.1997),District Court MUST evaluate defendants financial condition(&)ability to Pay,before determining Plan. ..(&)ROSS V.MOFFIT(1974)SCt.,JONES V.BOCK,127 SCt.910,166 L.Ed.2d 798,2007 US LEXIS 1325...(1.)Petitioner cannot exhaust grievance (&);but Court can Proceed with DAMAGES(&)RESOLUTION OF INJUNCTION,for both exhausted (&)unexhausted claims...(&)that Prison errs by diminishing right to effectively maintain Spousal(&)familial Consortium,as well as assist Councel in composition of Briefs(&)is the 3rd Party Liable Respondant (&)further has a litany of Precedents to Know they are negligent to initiate discriminatory management routine,see:BEUL V.ASSE INTERN.,INC. 233 F3d 441 (7th Cir.2000),Negligence in Performance of a contract that results in foreseeable injury,including emotional distress,is actionable under law...(&)P.O.P.S V.Gardner,998 F2d 764(9th Cir.1993), MONTGOMERY V.CARR,101 F3d 1117(6th Cir.1996),Right to MARRY,Have Children are fundamental(&)achieve substantial due proces(&)associative rights...which are actionable if violate,see:DOUZADO V.US,105 F3d 1389 (11th Cir.1997).

(12.)Petitioner requests that court consider erroneus filings with respect to cite,controlling Pro Se Petition,see:BATEMAN V.US POSTAL SERVICE 231 F3d 1220(9th Cir.2000),Partys failure to cite relevant authority,or discuss Principals does not relieve Court of duty to apply legal standards...(&)Please Consolidate this Petitioners Complaints with respect to a multi claim settlement/assessment encompassing 13 YEARS of attempts to submit grievances of Prison Abuse,see:Torres-Viera V.Laboy-Alvarado,311 F3d 105(1st Cir. 2002)(&)Garrett Stratman,254 F3d 946(10th Cir.2001),both cites relevant to abuse of custodial nature,including tear gas...

(13.)Petitioner asserts as follows,Prison refuses to redress the grievances in any manner consistent with reasonable due process or redress,causing a litany of attempts to complain in Court,accruing dozens of filing fees with no restitution,creating a diminished resource,obstructing access to HABEAS COUNCEL,as well as exposing family to financial strife(&)estrangement(&)exacerbating complaints of deliberate interference of spousal relations,bringing final irreconcilable dissolution of marriage ,leaving me,penniless,childless(&)estranged from my family,infuriated with my LAWYERS for filing the wrong claims (&)not following through with APPELLATE Obligations,while I ran out my Pro Se Pleadings of a DEATH PENALTY which was a PRIMA FACIE INNOCENCE Claim...all because B.O.P.staff refuse to redress the most simple grievances,see;DAVIS V.GOORD,320 F3d 346(2nd Cir.2003),a Constitutional Right, guaranteed by the 1st amendment.

(14.)Petitioner requests that Court waive/Pay filing fees because hes indigent(&)that constitutes a PROTECTED CLASS FOR PLEAS(&)fees are a substantial Burden(&)proffers cites to support status,see:BODDIE V. CONNECTICUT(1971)SCt.(&)ZABLOCKI V.REDHAIL(SCt),analysis of effect of Marital filing fees...

(15.)Petitioner asserts that injury constitutes criminal offense(&) merits restitution(&)notice being ommitted,see:FCC(&)R,Title 18,Ch.237 (a)-(6),restitution, that is Cruel(&)Unusual penalty,see:Title 18, ch.227 §3563,violation of Civil Death,Corruption of Blood(&)Articles 4,§1(&)2,amendments,1-14th,INCORPORATION DOCTRINE...(&)that 17.7 Years of D.O.J.Oversight as a Plaintiff/Petitioner with a Learning Disability has resulted in nothing other than more burdensome fees(&)some sanctions, no redress see:ADAMES V.PEREZ,331 F3d 508(5th Cir.2003),GREGOIRE V.CLASS 236 F3d 413(8th Cir.2000),WILSON V.SEITER,501 US 294 115 LEd2d 271,111 SCt 2321(1991)..."DELIBERATE INDIFFERENCE",is standard for Prisoners claim that conditions of confinement constitute cruel(&)unusual punishment,viol.8th Amendment...again,staff refuse to process complaints for decades now(&)so Court does not get the overview necessary to appreciate the effect(&)extent of injury(&)omits ORDER FOR RELIEF(&)RESTITUTION.

IN THE SOUTHERN DISTRICT OF INDIANA
UNITED STATES DISTRICT COURT

(16.)Petitioner does hereby any relevant ground/cite,directly appeal to this court to review the estrangement(&)sexual abuse of my wife(&)Civil Rights violation Ive endured(&)note,for the record that THE WESTERN DISTRICT OF ARKANSAS Has refused to grant an evidentiary for 9 Consecutive YEARS despite having tangible evidence of my ACTUAL INNOCENCE which was received by THE B.O.P.,via US Postal Service,under color of law,appointed counsel,(&)that was in form of an exonerating AFFIDAVIT which was impugned by B.O.P.staff,(&)then authenticated by Councel,on 9/17/13,yet no redress of my wrongful Conviction(&)Penalty resulted,which seems like a malicious betrayal of my FUNDAMENTAL RIGHTS Constituting TORTURE in definition at code... see;Title 18,FCC(&)R.

(17.)Petitioner asserts that delay is Psychological harm(&)I have a right to due process(&)DAMAGES,PLEASE,see:CHRICOL V.PHILLIPS,169 F3d 313 (5th Cir 1999),delay may constitute a constitutional deprivation for prison grievances.

Respectfully Submitted,

Signed Jeffery W. Paul

Jeffery W.Paul 10517-042
P.O.BOX 33
Terre Haute,IN.
47808-0033

Certificate of service,I Jeffery Paul,do hereby swear a true copy of this motion was placed in US Postal Service this day(3/18/14)