- EXIBIT -

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 30, 2013

FROM: ADMINISTRATIVE REMEDY COORDINATOR
TERRE HAUTE USP

TO : JEFFERY WILLIAM PAUL, 10517-042
TERRE HAUTE USP UNT: SCU QTR: X03-310L
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 736312-F1 ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : MAY 30, 2013
SUBJECT 1 : INMATE FINANCIAL RESPONSIBILITY
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR, OR OTHER AUTHORIZED PERSON.

REJECT REASON 2: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED. WE NEED TO KNOW YOUR SPECIFIC CONCERN AND HOW IT RELATES TO THE BUREAU'S ASPECT OF YOUR CONFINEMENT.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

---

They did not Respond to the 1st one I filed; Starting in 2001 in IN. State; continuance of AR; State System, I really dont know what I am doing wrong I am in extreme duress; consequently, my wife is still missing; I get extreme grief, separated from my family; have delusions... Very cruel.

U.S. DEPARTMENT OF JUSTICE EXIBIT **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Paul Jeffery W. (LAST NAME, FIRST, MIDDLE INITIAL) 10517042 (REG. NO.) SCU (UNIT) USP Terre Haute (INSTITUTION)

**Part A- INMATE REQUEST**

Petitioner claims his captivity is cruel (&) unusual (&) constitutes slavery, violation of; corruption of Blood; Ch. 227 § 3563 USC FCC & R; T. 18; (&) A Breech of Peace; Torture (&) Genocide. Prison refuses to allow consort (or) due process for discovery in a particular; discriminatory way; Yet, I have rights; allegedly So repeatedly attempt to petition at great cost (&) effort despite being disabled. see Attached page...

5/24/2013
DATE

Jeffery Paul W.
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 736315-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

RECEIVED MAY 30 2013 TERRE HAUTE

USP LVN

PRINTED ON RECYCLED PAPER

U.S. DEPARTMENT OF JUSTICE EXIBIT **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Paul Jeffery W. | 10517042 | SCU | USP TerreHaute.In.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

Petitioner claims that conditions of captivity ($), extent of time-served, by nature of captivity is disparate ($) cruel ($) unusual ($) causes criminal injury, indignity, psychological torment, physical deprivation/deterioration, austerity of records ($) dereliction of resource obligations, creating a fundamental due process rights violations, inhumane conditions. Constitute a systemic failure to ensure fundamental due process ($) prevent criminal abuse, torture.

see attached page...

5/24/2013
DATE

Jeffery Paul W.
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 736313-F1

CASE NUMBER:

**Part C- RECEIPT**

RECEIVED

MAY 30 2013

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

U.S. DEPARTMENT OF JUSTICE EXIBIT **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Paul Jeffery W. | 10517042 | SCU | USP Terre Haute
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

Petitioner is being obstructed relevant to Plaintiff discovery which is compounding tort injury (&) possibly crime; (ie); spousal-estrangement, alienation of Affection (&) sexual Abuse/Rape. which is a violation of my fundamental Due-process rights. Prison refuses to appoint wife a lawyer (&) she was, allegedly being enticed 1997; which was reported (&) then violated her pre/post nuptial vows; in a situation of physical estrangement (&) express violation of her husbands will; No due process; she was a missing person as result. see attached page...

5/24/2013
DATE

Jeffery Paul W.
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 736317-F1

CASE NUMBER:

**Part C- RECEIPT**

RECEIVED
MAY 30 2013
TERRE HAUTE

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

Informal Request for Remedy

EXIBIT

~~Petitioner claims~~ to have no heir or estate in violation of Federal Criminal Code(&) Rules; Ch. 227 § 3563 USC Title 18; Statutory crime; I am 37yrs old; my wife was delivered to sexual slavery (&) all my rights forfeited by criminal violation of 8th amendment proscriptions.

I need my copyright notice; records of release of mortgages; (&) summons from wife; I dont renunciate right to request criminal complaints resulting from adultery; other means; sexual abuse.

Jeffery Paul W. 10517042
3D cell / C Range
5/31/2013
from 5/24/2013

Mr. Paul-
staff have answered numerous times in regards to these claims. The BOP has nothing to do with your alleged wife or anti-trust/patent claims/issues. staff have provided more than enough information. It is our recommendation you ~~[illegible]~~ contact your legal team, family & friends for further info. -M Bayless, 6/3/13

(3)

EXIBIT

# INMATE SKILLS DEVELOPMENT PLAN

Name: PAUL, JEFFERY WILLIAM

**PROGRAM REVIEW: 06-07-2013**

RegNo: 10517-042

## WELLNESS

| Progress and Goals |
|---|
| **Previous TEAM 12-12-2012**<br><br>Inmate referred to Health Services staff for recommendations/goals to address areas needing attention. Unit Team recommends the following goals:<br><br>-Participate in recreational activities that will improve your overall health, well being and fitness.<br>-Maintain a healthy diet.<br>-Comply with medical treatment, if required, throughout incarceration.<br><br>**Current TEAM**<br><br>INMATE IS HOUSED IN THE SCU. PARTICIPATE IN SCU RECREATION AND MAINTAIN A CLEAN AND SAINTARY CELL. USE SICK CALL AS NEEDED.CD<br><br>Inmate referred to Health Services staff for recommendations/goals to address areas needing attention. Unit Team recommends the following goals:<br><br>-Participate in recreational activities that will improve your overall health, well being and fitness.<br>-Maintain a healthy diet.<br>-Comply with medical treatment, if required, throughout incarceration. |

## MENTAL HEALTH

| Status | Response Summary |
|---|---|
| (!) | **SUBSTANCE ABUSE MANAGEMENT**<br>ⓘ no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br>⊖ no history of substance abuse treatment<br>ⓘ not currently participating in substance abuse treatment |
| (!) | **MENTAL ILLNESS MANAGEMENT**<br>⊖ history of mental health diagnosis prior to incarceration ✓ (ADD)<br>ⓘ prior outpatient treatment for mental disorder<br>ⓘ prior psychotropic treatment for mental disorder<br>ⓘ details: hx outpatient mental health tx for hyperactivity, anxiety, and depression. Previously been px'd Ritalin and Elavil.<br>⊕ no mental health diagnosis during incarceration<br>⊖ history of serious suicidal ideation or attempts<br>ⓘ prior suicidal ideation |
| (!) | **TRANSITIONAL PLAN**<br>⊖ requires medication upon release from custody<br>⊖ medication required: Current Medication- Prozac 40 mg. See BEMR upon release.<br>⊖ requires on-going treatment after release from custody<br>⊖ treatment required: Medication management and counseling as needed.<br>⊖ follow-up medical/mental health appointment: Monthly or as needed.<br>⊕ psychology services recommends RRC placement |

EXIBIT (Page; 2:18 cv. 304 (WTL/

FCC TERRE HAUTE ~ COMMISSARY LIST
SPECIAL CONFINEMENT UNIT (SCU)
REVISED 10/01/2013

*NAME*________________________ *REG#*__________________ *UNIT/CELL*____________

INMATES ARE ALLOWED TO SHOP ONCE PER WEEK. NO REFUNDS OR EXCHANGES ON ANY ITEM. INMATES ARE RESPONSIBLE FOR FILLING OUT COMMISSARY LIST IN A LEGIBLE MANNER. ENSURE THE ITEM YOU MARK IS THE ITEM YOU WANT. UNDER NO CIRCUMSTANCES WILL ADJUSTMENTS BE MADE ON ITEMS NOT CLEARLY NUMBERED OR MARKED. INMATES MAY ONLY SHOP ON THEIR UNIT'S DESIGNATED SHOPPING DAY. SEE HOLIDAY MEMO ON TRULINCS FOR DESIGNATED SHOPPING ROTATION. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

| PRICE | AMOUNT REQUESTED | ITEM |
|---|---|---|
| | | ***STAMPS & MISC.*** |
| | ** LIMIT | $9.20 WORTH OF STAMPS!** |
| $0.01 | | 0.01 STAMP @ (SL) |
| $0.17 | | 0.17 STAMP @ (SL) |
| $0.46 | | 0.46 STAMP @ (SL) |
| $1.00 | | 1.00 STAMP @ (SL) |
| $1.00 | | PHOTO TICKET (LIMIT 10) |
| $7.50 | | COPY CARD(LIMIT 3)@(L,SL) |
| | | ***ELECTRONICS*** |
| $2.05 | | AA BATTERIES |
| $2.05 | | AAA BATTERIES |
| $2.50 | | CR2016 WATCH BATTERY |
| $2.50 | | CR2025 WATCH BATTERY |
| $69.20 | | MP-3 PLAYER |
| $2.60 | | MP-3 PLAYER COVER |
| $46.05 | | SONY M-35 RADIO |
| $12.75 | | SONY MDR-J10 HEADPHONE |
| $4.55 | | KOSS CL3 EARBUD |
| $58.50 | | IRONMAN WATCH 5-ALARM |
| $12.75 | | CASIO F-28 WATCH |
| $4.45 | | WATCH REPLACEMENT BAND |
| $6.95 | | G-SHOCK WATCH BAND |
| $11.45 | | IRONMAN WATCH REP BAND |
| $16.75 | | .PLUG EARBUD |
| | | ***SHOES (MARK SIZE!)*** |
| $34.50 | | REBOK CLASSIC-**SZ:** |
| $65.00 | | NIKE AIR ALVORD 10-**SZ:** |
| $65.00 | | ADIDAS CROSS 'EM-**SZ:** |
| $58.50 | | NEW BALANCE XTRAIN-**SZ:** |
| $13.00 | | KOBO SANDALS-**SZ:** |
| $3.50 | | SHOWER SHOES ***CIRCLE SZ:*** |
| | | *MD LRG XL 2X* |
| | | ***DRINKS*** |
| $4.50 | | DIET MT. DEW(12PK) |
| $4.50 | | DIET PEPSI(12PK) |
| $4.50 | | DIET DR PEPPER(12PK) |
| $4.25 | | DIET RED FAYGO(12PK) *D/C* |
| $4.25 | | DIET GINGER ALE |
| $1.75 | | WATER(6PK) |
| $4.20 | | MAXWELL HOUSE COFFEE(k) |
| $8.70 | | TASTERS CHOICE(k)(h) |
| $7.15 | | COLUMBIAN COFFEE(k) |
| $3.90 | | MILK, DRY(k)(h) |
| $1.50 | | STRAWBERRY DRINK MIX |
| $1.50 | | GRAPE DIRNK MIX |
| $2.40 | | TEA W/LEMON(k)(h) ☺ |
| $6.25 | | S/F VANILLA CARAMEL CREAMER (k)(h) ☺ |
| $5.70 | | NESTEA TEA BAGS(k) |
| $1.70 | | TEA BAGS |
| $1.50 | | VANILLA CAPPUCINO (k)(h) |
| $1.50 | | S/F HOT COCOA (k) ☺ |
| $1.15 | | COFFEE CREAMER NONDAIRY(k) |
| $1.30 | | H/P BERRY BLUE DRINK MIX |
| $1.30 | | LEMONBERRY SQUEEZE MIX |
| | | ***FOOD*** |
| | | ***SOUP & BEANS*** |
| $1.95 | | REFRIED BEANS (k) |
| $0.30 | | L/S BEEF RAMEN SOUP ☺ |
| $0.30 | | LOW SODIUM CHICKEN RAMEN ☺ |
| $0.30 | | HOT&SPICY VEGETABLE RAMEN |
| $0.30 | | CHILI RAMEN |
| $1.65 | | CHILI WITH BEANS |
| | | ***BREAD,COOKIES,CRACKERS*** |
| $0.50 | | BAGEL, CINNAMON RAISON (k) |
| $0.80 | | FLOUR TORTILLA (k) |
| $1.65 | | OATMEAL CREAM PIES (k) |
| $1.70 | | PEANUT BUTTER WAFER (k) |
| $1.80 | | FIG BAR (k) |
| $1.60 | | SWISS ROLLS (k) |
| $2.10 | | HONEY GRAHAM CRACKERS (k) |
| $2.85 | | UNSALTED CRACKERS (k) ☺ |
| $0.35 | | PEANUT BUTTER CRACKER (k) |
| $2.95 | | SNACK CRACKER (k) |
| $1.45 | | SALTINE CRACKER (k)(h) |
| $0.45 | | PEANUT BUTTER COOKIES(k) |
| $0.45 | | CHOCOLATE CHIP COOKIES (k) |
| $1.60 | | VANILLA WAFERS (k)(h) |

| PRICE | AMOUNT REQUESTED | ITEM |
|---|---|---|
| | | ***ICE CREAM*** |
| $1.85 | | VANILLA |
| $1.85 | | BUTTER PECAN |
| $2.10 | | TOLL HOUSE ICE CREAM |
| $1.95 | | VANILLA SUPREME DRUMSTICK |
| | | ***CANDY*** |
| $0.85 | | BUTTERFINGER (k) |
| $0.80 | | HERSHEY BAR (k) |
| $0.85 | | PLAIN M&M'S (k) |
| $0.85 | | PEANUT M&M'S (k) |
| $0.85 | | REESE'S PB CUPS (k) |
| $0.85 | | SNICKERS (k) |
| $0.85 | | TWIX COOKIE BAR (k) |
| $0.50 | | SUGAR FREE CANDY ☺ |
| $1.30 | | PEPPERMINTS |
| | | ***CEREAL, HEALTHY & PASTRIES*** |
| $2.55 | | VARIETY OATMEAL (k) ☺ |
| $2.55 | | HONEY & OAT BLEND CEREAL (k) |
| $3.05 | | FRUITY DYNO BITES CEREAL (k) |
| $3.85 | | RAISIN BRAN CEREAL LMT 3 (k) |
| $3.15 | | GRANOLA, HONEY NUT (k) |
| $1.85 | | ROLLED OATS (k) ☺ |
| $0.55 | | OAT & HONEY BAR (k) ☺ |
| $0.55 | | PEANUT GRANOLA BAR |
| $1.80 | | ULTRAFIT NUTRITION BAR ☺ |
| $0.60 | | HONEY BUN, MEGA (k) |
| $0.60 | | ICED CINNAMON ROLL (k) |
| | | ***CHIPS*** |
| $1.35 | | THIN PRETZELS (k) ☺ |
| $1.20 | | CHIPS, REGULAR (k)(h) |
| $1.45 | | BBQ CORN CHIPS (k)(h) |
| $1.45 | | TORTILLA, NACHO CHIPS (k)(h) |
| $1.20 | | SOUR CREAM ONION CHIPS(k)(h) |
| $1.45 | | PARTY MIX |
| $1.20 | | WHOLE SHEBANG CHIPS (k)(h) |
| | | ***CONDIMENT,SPICE, SWEETENER*** |
| $0.30 | | RANCH DRESSING |
| $1.90 | | CHILI GARLIC SAUCE (k) |
| $1.80 | | SWEET & HOT SAUCE |
| $4.00 | | HOT GIARDINIERA |
| $2.85 | | MAYONNAISE (k) |
| $3.25 | | SUGAR FREE HONEY (k) |
| $2.60 | | PEANUT BUTTER,CRMY (k) |
| $2.60 | | PEANUT BUTTER,CHNKY(k) |
| $0.85 | | L.A. HOT SAUCE (k) |
| $1.10 | | SOY SAUCE (k) |
| $1.95 | | SALSA |
| $1.95 | | JALEPENO PEPPERS |
| $2.70 | | OLIVE OIL (k) ☺ |
| $1.10 | | OLIVES (k) ☺ |
| $0.75 | | HUMMUS (k) ☺ |
| $1.95 | | CLASSIC BBQ SAUCE |
| $0.80 | | PICKLE, GARLIC (k) ☺ |
| $3.00 | | MRS. DASH (k) |
| $1.80 | | SALT&PEPPER, MORTON(k) |
| $2.70 | | SAZON GOYA SEASONING |
| $1.70 | | ADOBO SEASONING |
| $1.05 | | GARLIC, MINCED |
| $1.15 | | SEASONED SALT |
| $3.75 | | 3-SPICE CURRY/CAJUN/ITAL |
| $0.90 | | MINCED ONION (k) |
| $2.25 | | SUGAR TWIN (k) ☺ |
| $1.40 | | GENERIC SPLENDA (k) ☺ |
| | | ***CAMP ONLY CONDIMENTS*** |
| $2.65 | | GRAPE JELLY (CMP) |
| $3.25 | | HONEY (CMP) (k) ☺ |
| | | ***DAIRY, FISH, MEAT*** |
| $2.75 | | VEL. SHRP CHED SQUEEZE CHEESE |
| $2.60 | | VELVEETA CHEESE |
| $0.35 | | CREAM CHEESE |
| $1.30 | | MOZZARELLA CHEESE |
| $2.75 | | VEL. JALAPENO SQUEEZE CHEESE |
| $2.25 | | TUNA, ALBACORE (k) |
| $1.50 | | SALMON (k) |
| $1.55 | | TUNA, LIGHT (h)(k) |
| $1.10 | | MACKEREL (k)(h) |
| $1.10 | | KIPPERED HERRING (h) |
| $2.15 | | CLAMS (h) |
| $1.90 | | BEEF SAUSAGE 5oz |
| $3.00 | | TYSON BACON |
| $1.90 | | TURKEY LOG |
| $1.45 | | SPAM SINGLE |
| $2.15 | | SLICED PEPPERONI |
| $3.65 | | HOT SUMMER SAUSAGE - 11 OZ |

| PRICE | AMOUNT REQUESTED | ITEM |
|---|---|---|
| | | ***DAIRY, FISH, MEAT CONT.*** |
| $1.05 | | BEEF STICK JACK LINKS |
| $3.40 | | SWEET SUE CHICKEN |
| $2.05 | | HALAL BEEF SAUSAGE (h) |
| $1.95 | | TACO MEAT (k)(v) ☺ |
| | | ***MICROWAVE,RICE*** |
| $3.50 | | PIZZA KIT |
| $1.05 | | VEL. MAC&CHEESE (k)(h) |
| $1.10 | | RICE, WHITE (k) |
| $1.10 | | RICE, BROWN (k)(h) ☺ |
| | | ***NUTS, SNACKS*** |
| $4.30 | | RAW ALMONDS (k) ☺ |
| $4.45 | | SWEET, SALTY NUTTY MIX(k) |
| $3.60 | | BBQ PEANUTS (k) |
| $2.80 | | HEAVENLY TRAIL MIX (k) |
| $0.50 | | POPCORN (k) |
| | | ***HEALTH & HYGIENE*** |
| | | ***DEODERANT*** |
| $2.50 | | SPEED STICK |
| $2.55 | | DEGREE EXTREME |
| $1.95 | | POWER UP DEODERANT |
| | | ***HAIR CARE*** |
| $1.45 | | VO-5 CONDITIONER |
| $3.85 | | SULPHUR 8 CONDITIONER |
| $2.75 | | COCONUT OIL CONDITIONER |
| $1.30 | | OCEAN CONDITIONER |
| $5.50 | | PINK OIL MOISTURIZER |
| $2.45 | | POMADE, MURRAY'S |
| $3.35 | | STYLING GEL |
| $1.80 | | HAIR DRESS, AFRICAN CROWN |
| $1.45 | | VO-5 SHAMPOO |
| $1.45 | | SHAMPOO, VO-5 2N1 |
| $7.55 | | HEAD & SHOULDERS |
| $3.90 | | SULPHUR 8 SHAMPOO |
| | | ***DENTAL*** |
| $1.95 | | DENTURE BATH |
| $3.50 | | DENTURE TOOTHPASTE |
| $0.50 | | TOOTHBRUSH HOLDER |
| $2.00 | | ULTRA BRITE TOOTHPASTE |
| $2.65 | | COLGATE CLEAR TOOTHPASTE |
| $4.40 | | MOUTHWASH PRO HEALTH |
| $2.85 | | COLGATE TOTAL TOOTHPASTE |
| $1.45 | | DENTAL FLOSSER |
| $1.80 | | DENTURE BRUSH |
| $0.55 | | TOOTHBRUSH, SOFT TEK PRO |
| $0.55 | | TOOTHBRUSH, MED TEK PRO |
| $0.80 | | TOOTHBRUSH, SOFT COLGATE |
| $4.90 | | POLYGRIP DENTURE ADHESIVE |
| $6.65 | | SENSODYNE TOOTHPASTE |
| $2.15 | | FLOSSER LOOPS |
| | | ***GROOMING, SKIN CARE, SHAVE*** |
| $0.50 | | AFRO PICK |
| $0.50 | | PALM HAIR BRUSH |
| $0.85 | | 7" COMB |
| $1.00 | | HAIR BRUSH, VENTED |
| $1.25 | | HAIR TIES |
| $1.15 | | TOENAIL CLIPPERS |
| $6.70 | | SAFETY SCISSORS |
| $2.60 | | ACRYLIC MIRROR |
| $1.80 | | COTTON SWABS |
| $2.90 | | HAIR BRUSH, WOODEN |
| $0.90 | | BANDAGE STRIPS |
| $1.60 | | CHAPSTICK |
| $2.80 | | LOTION, COCOA BUTTER |
| $2.80 | | LOTION, ADV. THERAPY |
| $1.55 | | HAND SANITIZER |
| $5.75 | | PALMERS COCOA BUTTER LOTION |
| $2.20 | | NOXEMA |
| $1.35 | | PETROLEUM JELLY |
| $2.20 | | BATH POWDER |
| $2.05 | | COCOA BUTTER STICK |
| $5.90 | | AMBI SKIN CREAM |
| $3.90 | | SUNBLOCK, SPF 30 |
| $4.20 | | BUMP STOPPER |
| $16.10 | | MACH 3 REFILL, 5PK |
| $12.85 | | GILETTE MACH 3 RAZOR |
| $1.80 | | TWIN BLADE DISP. RAZOR |
| $3.80 | | MAGIC SHAVE CREAM |
| $1.60 | | SHAVE CREAM, PROTECTION |
| $2.60 | | AFTA SHAVE AFTERSHAVE |
| $2.85 | | MAGIC SHAVE POWDER |

| PRICE | AMOUNT REQUESTED | ITEM | PRICE | AMOUNT REQUESTED | ITEM | PRICE | AMOUNT REQUESTED | ITEM |
|---|---|---|---|---|---|---|---|---|
| | | *HEALTH, HYGIENE & OTC MEDS* | | | *BOOKS & STATIONARY* | | | *SHIRTS CONT.* |
| $6.30 | | CORN PADS @(SL) | $3.15 | | ADDRESS BOOK | $9.10 | | T-SHIRT 4X |
| $14.30 | | INSOLES, DR SCHOLLS GEL (@)(SL) | $2.25 | | SPANISH/ENGLISH DICTIONARY | $11.70 | | T-SHIRT 5X |
| $13.00 | | #3 ARCH SUPPORTS @(SL) | $3.85 | | WEBSTER'S DICTIONARY | $11.70 | | T-SHIRT 6X |
| $13.00 | | #4 ARCH SUPPORTS @(SL) | $7.75 | | SWINTEC T/W RIBBON | $10.40 | | GRT A-SHIRT LRG 3PK |
| $13.00 | | #5 ARCH SUPPORTS @(SL) | $1.55 | | SWINTEC CORRECTION TAPE | $10.40 | | GRT A-SHIRT XL 3PK |
| $2.45 | | PEPTO BISMOL, GENERIC@(SL) | $1.10 | | WHITE WRITING TABLET | $13.00 | | GRT A-SHIRT 2X 3PK |
| $2.15 | | TUSSIN COUGH SYRUP @(SL) | $1.70 | | DOCUMENT FILE FOLDER | $13.00 | | GRT A-SHIRT 3X 3PK |
| $3.70 | | HEMORRHOIDAL OINTMENT@(SL) | $1.75 | | ENVELOPES, 50 CT | $15.60 | | GRT A-SHIRT 4X 3PK |
| $2.55 | | MILK OF MAGNESIA @(SL) | $0.25 | | BLACK ROUND PEN | | | *SHORTS, SWEATS, THERMALS* |
| $1.85 | | SALINE NASAL SPRAY @(SL) | $0.90 | | BIC PEN | $14.30 | | MESH SHORTS LRG |
| $3.15 | | STOOL SOFTENER @(SL) | $1.55 | | YELLOW TABLET | $14.30 | | MESH SHORTS XL |
| $6.70 | | SHAMPOO, T-GEL @(SL) | $0.15 | | LEGAL SIZED ENVELOPE | $15.60 | | MESH SHORTS 2X |
| $2.40 | | MEDICATED CHEST RUB @(SL) | $0.85 | | MP-3 PLAYER RETURN ENVELOPE | $15.60 | | MESH SHORTS 3X |
| $2.50 | | TRIPLE ANTIBIOTIC OINTMENT @(SL) | | | | $19.50 | | MESH SHORTS 4X |
| $2.20 | | MUSCLE RUB @(SL) | | | *CLEANING, LAUNDRY SOAP* | $19.50 | | MESH SHORTS 5X |
| $1.25 | | ANTI-ITCH HYDROCORTISONE @(SL) | $1.50 | | AJAX DISHWASHING LIQUID | $15.50 | | SWEAT PANT LRG |
| $2.60 | | ANTI-FUNGAL POWDER @(SL) | $1.20 | | PINE AIR FRESHENER | $15.50 | | SWEAT PANT XL |
| $5.60 | | ALEVE @(SL) | $7.60 | | ALL LAUNDRY DETERGENT | $15.50 | | SWEAT PANT 2X |
| $1.60 | | GENERIC ADVIL 24CT. @(SL) | $1.40 | | HERITAGE LAUNDRY DETERGNT | $15.50 | | SWEAT PANT 3X |
| $1.60 | | ALLERGY TABLETS @(SL) | | | | $15.50 | | SWEAT PANT 4X |
| $3.15 | | VITAMIN-C COMPLEX @(SL) | | | *LOCK, PLASTICWEAR/OTHER* | $23.40 | | SWEAT PANT 5X |
| $4.10 | | ULTREX VITAMIN - NO IRON @(SL) | $1.80 | | 22 OZ MUG | $23.40 | | SWEAT PANT 6X |
| $3.40 | | FIBER LAXATIVE TABS @(SL) | $5.15 | | RUBBERMAID BOWL | $15.50 | | SWEAT SHIRT LRG |
| $2.70 | | CALCIUM @(SL) | $3.40 | | CLEAR 2QT PITCHER | $15.50 | | SWEAT SHIRT XL |
| $3.55 | | VITAMIN E @(SL) | $0.25 | | UTENSIL SET | $15.50 | | SWEAT SHIRT 2X |
| $4.25 | | LACTASE ENZYMES @(SL) | $6.30 | | THERMO JUG (CLEAR) | $15.50 | | SWEAT SHIRT 3X |
| $3.25 | | VITAMIN-B COMPLEX @(SL) | $1.15 | | 54" WHITE SHOELACES | $15.50 | | SWEAT SHIRT 4X |
| $2.25 | | ARTIFICIAL TEARS @(SL) | $1.95 | | REPLACEMENT BULB | $23.40 | | SWEAT SHIRT 5X |
| $13.30 | | LAMISIL @(SL) | $11.00 | | PHOTO ALBUM | $23.40 | | SWEAT SHIRT 6X |
| $2.30 | | TUMS PEPPERMINT @(SL) | $4.95 | | PHOTO REFILL SHEETS | $8.20 | | THERMAL PANT XL (L) |
| $1.05 | | HALLS REGULAR @(SL) | $2.10 | | CHARMIN TOILET PAPER | $8.60 | | THERMAL PANT 2X (L) |
| $5.10 | | TUCKS MEDICATED PADS @(SL) | $0.70 | | HANKERCHIEF | $8.60 | | THERMAL PANT 3X (L) |
| $3.90 | | ACID REDUCER @(SL) | $1.95 | | SEWING KIT | $8.60 | | THERMAL PANT 4X (L) |
| $2.90 | | GAS RELIEF @(SL) | $10.00 | | BOOK LIGHT, FLEX | $8.60 | | THERMAL PANT 5X (L) |
| $1.85 | | LORATIDINE @(SL) | $6.00 | | TOILETRIES BAG | $10.40 | | THERMAL PANT 6X (L) |
| $3.55 | | CLORTRIMAZOLE @(SL) | $2.75 | | WASH CLOTH | $8.60 | | THERMAL TOP XL (L) |
| $1.50 | | ORAL PAIN RELIEF @(SL) | $16.80 | | CALCULATOR, CASIO | $8.60 | | THERMAL TOP 2X (L) |
| $1.65 | | ACNE TREATMENT @(SL) | $8.55 | | TOWEL, GREY | $8.60 | | THERMAL TOP 3X (L) |
| $4.50 | | DANDRUFF SHAMPOO @(SL) | | | | $8.60 | | THERMAL TOP 4X (L) |
| $7.50 | | EAR WAX REMOVER @(SL) | | | *CLOTHING* | $8.60 | | THERMAL TOP 5X (L) |
| $0.90 | | GENERIC TYLENOL 24ct @(SL) | | | *ACCESSORIES/HAT/SOCKS* | $8.60 | | THERMAL TOP 6X (L) |
| $4.10 | | A&D OINTMENT @(SL) | $2.10 | | HEADBAND | | | |
| | | | $2.10 | | WRIST BAND | | | *GREETING CARDS* |
| | | *SOAP* | $8.70 | | NEOPRENE WRIST SUPPORT | $0.90 | | MOTHER'S DAY |
| $1.25 | | DIAL CLEAR | $10.30 | | KNEE SUPPORT/ SIZE: | $0.90 | | FATHER'S DAY |
| $0.80 | | MOISTURIZING SOAP (v) | $10.30 | | ELBOW SUPPORT/SIZE: | $0.90 | | MISS YOU |
| $0.80 | | SPORT SOAP/ANTIBACT. (v) | $10.30 | | ANKLE SUPPORT/SIZE: | $0.90 | | LOVE YOU |
| $0.80 | | SOAP, COCOA BUTTER | $6.25 | | GREY MESH BALL CAP | $0.90 | | HAPPY BIRTHDAY CHILD |
| $3.65 | | NUTRAGENA SOAP | $2.35 | | DU-RAG | $0.90 | | HAPPY BIRTHDAY - GIRL |
| $0.70 | | SOAP DISH | $3.30 | | STOCKING CAP | $0.90 | | HAPPY BIRTHDAY - BOY |
| $2.30 | | AMBI COMPLEXION SOAP | $7.45 | | SCARF, GREY | $0.60 | | HOLIDAY CARD |
| | | | $4.90 | | ANKLE SOCKS, 3PK: LRG/XLG | $1.50 | | MERRY CHRISTMAS (SPANISH) |
| | | *MISC. & SUNDRY ITEMS* | $4.90 | | CREW SOCKS, 3PK: LRG/XLG | | | |
| | | *HOBBYCRAFT, REC, GAME* | $1.65 | | BROWN JERSEY GLOVES | | | *RELIGIOUS* |
| $15.50 | | CERAMIC SLIP (L) | | | *BOXERS & BRIEFS* | $4.00 | | ARABIAN NIGHT |
| $4.75 | | RAQUETBALLS, WILSON | $13.00 | | BOXER SHORTS MEDIUM | $4.00 | | KUSH |
| $13.50 | | HANDBALLS | $13.00 | | BOXER SHORTS LARGE | $4.00 | | GREEN MUSK |
| $3.40 | | MOUTH GUARD | $13.00 | | BOXER SHORTS XL | | | |
| $2.70 | | PINOCHLE CARDS | $13.00 | | BOXER SHORTS 2X | | | *#REQUIRES AUTHORIZATION* |
| $2.60 | | PLAYING CARDS | $13.25 | | BOXER SHORTS 3X | | | *FROM CHAPLAIN* |
| $8.95 | | MESH DUFFEL BAG | $13.90 | | BOXER SHORTS 4X | $7.83 | | KUFI BLACK |
| | | | $13.40 | | BOXER SHORTS 5X | $7.83 | | KUFI WHITE |
| $4.50 | | READING GLASSES: CIRCLE | $3.90 | | BOXER BRIEFS MED | $9.95 | | RASTAFARIAN CROWN |
| | | STRENGTH: 1.0 1.25 1.50 | $3.90 | | BOXER BRIEFS LRG | $1.65 | | BANDANA, BLACK AZTEC |
| | | 1.75 2.0 2.25 2.50 | $3.90 | | BOXER BRIEFS XL | $1.65 | | BANDANA, RED AZTEC |
| | | 2.75 3.0 | $3.90 | | BOXER BRIEFS 2X | | | |
| | | | $5.20 | | BOXER BRIEFS 3X | | | |
| | | | $5.20 | | BOXER BRIEFS 4X | | | WRITE IN ITEMS: |
| | | *FAN / CLOCK* | | | *SHIRTS* | | | |
| $10.00 | | CLEAR ALARM CLOCK | $5.60 | | T-SHIRT LARGE | | | |
| $29.80 | | MASSEY 8 INCH FAN (L) | $5.60 | | T-SHIRT XLG | | | |
| | | | $5.60 | | T-SHIRT 2XL | | | |
| | | | $5.60 | | T-SHIRT 3X | | | |

**ONCE YOU HAVE SUBMITTED YOUR WEEKLY COMMISSARY LIST AND THE SALE IS COMPLETED BY STAFF, YOU CANNOT REFUSE AN ITEM YOU'VE REQUESTED**

SPENDING LIMITS: $320.00 PER MONTH
FRP REFUSAL: $25.00 PER MONTH

NOTATIONS:
@ = ITEM AVAILABLE FOR PURCHASE WHILE ON COMMISSARY RESTRICTION

SL = ITEM NOT DEDUCTED FROM VALIDATION

L = ITEM AVAILABLE FOR LOCAL USE ONLY (FCC THX)
k = KOSHER ITEM
h = HALAL ITEM
v = VEGETARIAN ITEM
☺ = HEALTHY ITEM

REVIEWED: ____//S//__________
K. HOOPER, TRUST FUND SUPERVISOR

REVIEWED: ____//S//__________
M. BAYLESS, UNIT MANAGER

REVIEWED: ____//S//__________
L. WARD, ASSOCIATE WARDEN

APPROVED: ____//S//__________
J.F. CARAWAY, COMPLEX WARDEN