Jeffery W. Paul
10517042 Rg#
PO-BOX 33
Terre Haute IN.
47808-0033

INDIANAPOLIS IN 460
18 MAR 2014 PM 6 L

RECEIVED

MAR 19 2014

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal Mail

To the clerk; 2:13 cv. 304
Southern District of IN.
US-District Court
921 OHIO Street; RM. 104
Terre Haute, IN. 47807

47807973879