# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 27, 2014

**To:** Laura A. Briggs
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 14-1652

Caption:
JEFFERY WILLIAM PAUL,
Petitioner - Appellant

v.

JOHN F. CARAWAY, Warden,
Respondent - Appellee

District Court No: 2:13-cv-00304-WTL-WGH
Clerk/Agency Rep Laura Briggs
Court Reporter Cathy Jones
District Judge William Lawrence
Date NOA filed in District Court: 03/17/2014

If you have any questions regarding this appeal, please call this office.