**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

The petitioner's motion to append cause of action, etc. [dkt 14] is denied because it focuses on issues which are not within the scope of the claims in this case and which could not be properly litigated in an action for habeas corpus relief.

The petitioner's motion for partial upfront payment of damages [dkt 16] is denied because "damages are not an available habeas remedy." *Nelson v. Campbell,* 541 U.S. 637, 646 (2004).

IT IS SO ORDERED.

Date: 04/01/2014

William T Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street Suite 2100
Indianapolis, IN 46204-3048

Jeffery William Paul
No. 10517-042
Terre Haute U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808