IN THE SOUTHERN DISTRICT OF INDIANA
UNITED STATES DISTRICT COURT

Jeffery William Paul
Petitioner

V.

Superintendent-John F.Caraway
Respondant-Warden

IN Rem-Capital Case
Pro-Se

Case No#2:13 cv 304-WT[illegible]

On Appeal No#14-1652
In The 7th Circuit-

U.S. DISTRICT COURT FILED INDIANAPOLIS DIVISION 2014 APR 18 PM 1:31 SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK

---

Motion for Court to apply Correct standard(&)-comply with the Rules of The Appellate Court-Circuit Rule-3(c)/28(a)-

Comes now The petitioner Pro Se does hereby move court to apply correct standard or Appoint councel To Do So-

(1.)The Petitioner suffers from a Learning Disability,(&)am complaining about accrued filing fees(&)the austerity resulting from that remittance schedule which is being garnished from the money my elderly Parents send to assist with some special medical products the Prison does not Provide,as well as Communications(&) some amenities...my clothing is rotted(&)I am estranged from my wife for 17.9 Years now due to Prisons restrictive Policy.

(2.)Also,I am suffering from Procedural default(&)can Prove that I am ACTUALLY INNOCENT,but prison refuses to facilitate access to Communication/resources necessary to EXPIDITE my release from Prison (&)theyve known that I am innocent for at Least 9 Years on 2/11/14... with no adjustment to their policy or remedy for the conflict of interests hereby maintaining a Person Under Penalty of Death(&)claiming to have no obligation to remedy any injury occurring hereby...repeatedly being denied redress of Grievance Procedure(&)being referred to Court only to suffer the cycle of Poverty(&)indignity of being determined to have no cognizable complaints despite being forcibly separated from my wife resulting in rape/spousal misconduct,(&)denied the most simple property rights(&)Fundamental Protections from a Plainly Wrongful Conviction(&)Illegal Restraint.

(3.)Petitioner has no reference for Rule 3(c)/28(a)(&)no idea what the Docketing statement is or would look like if it isnt a Vaughn Index which I filed for (&)did not receive...so I believe I need a extention of time(&)for Judge Lawrence to Look at the scope for any Index he wants to Put in Order under this Number...but whatever he chooses to do,Please do not deny or dismiss this complaint(&)stop taking filing fees for the cases until he Orders damages/restitution...because they(The Prison),are still choosing to not redress the grievance or facilitate Justice in any way,except to my detriment...in a unbelievably cruel cycle of punitive(&)deliberate disregard(&)injury,against a Person with a serious medical(&)learning disability asserting Plain Evidence of Actual-Innocence...but receiving no Priority or relief from Obstructive Prison policies,(&)AUSTERITY(ie)the Complaint.

Respecfully Submitted,

Signed *Jeffery W Paul* *

Jeffery W.Paul(Rg#10517-042)
P.O.Box 33/USP Terre Haute,IN.
47808-0033

Certificate of service-
I Jeffery Paul,do hereby submit this Motion to USDC Southern District of IN. via US Postal Service-( 4/14 /14 )