Jeffery W.Paul
Rg#10517-042
P.O.Box 33
Terre Haute,IN.
47808-0033

INDIANAPOLIS IN 460
16 APR 2014 PM 5 L

Leg

The Office of The Clerk
US District Court/Southern District
921 OHIO Street Room 104
Terre Haute IN.
47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Legal Mail

Capital Case

RECEIVED
APR 17 2014
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Do Not
TAKE MONEY !!

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460
16 APR
PM 5 L

4780737829