IN THE US DISTRICT COURT
SOUTHERN DISTRICT OF IN.

Jeffery W.Paul
Petitioner

V.

Superintendent
Respondant

Case No#2:13 cv 304(WTL)
PRO SE/CAPITAL CASE

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2014 APR 23 PM 3:39
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

-IN REM-JURISDICTION- Motion-

Petitioner Pro-Se does hereby submit this statement Pursuant to comply with Circuit Rule 3(c),28(a)-FRCP-

-Motion to appoint Officer to administer oath under Federal or State law-DOCKETING STATEMENT-

Comes now the Petitioner Pro Se does submit this Statement to the Court Pursuant to the above styled action in a Court of The United States to remedy a Fundamental Miscarriage of Justice resulting from violations of my 1st-14th Amendments-byway of T.28 Ch.153-§2241-55-HABEAS CORPUS-

(1.)The Petitioner has no example of a DOCKETING STATEMENT so does include the Papers from the Court of Appeals(&)does not see any instructions or examples on other Papers...see:EXIBIT A,B(&)C.. Documents.

(2.)Accordingly,Petitioner does assert that I am being tortured(&) obstructed(&)have a right to leave because I am actually innocent(&) that a litany of filing fees,with no redress did(&)continues to result in a substantially diminishing quailty of life(&)resource...relevant to remedy a FUNDAMENTAL MISCARRIAGE OF JUSTICE(&)Several Criminal Complaints of a Civil Rights Violation,still unresolved with any satisfaction or ACCORD...

(3.)Petitioner asserts that this is a Matter of Law,subject to Judicial Purview(&)this Court is Trusted/franchised,see:Art.3 Sec.1(&)2(&)Art.4 sec.4,(&)6(&)Amendments-1-14...et al,any omitted authority...granted or assumed pursuant to Justice...

(4.)Petitioner asserts that US Government Agents Do Adjudge(&)Prohibit with respect to my grievance thus,I am Defendant Respondant because case is not in equipose(&)involves several Points under YOUR DIRECT CONTROL (&)Duty to redress...Please appoint officers relevant to Commencements.

Respectfully Submitted,

Signed Jeffery Paul W *

Jeffery W.Paul 10517-042
PO BOX 33
Terre Haute,IN.
47808-0033

Certificate of service-I Jeffery W.Paul do hereby swear that this Motion was Placed in The US Postal Service,Pursuant to Compliance of Court Order-(4/21/14)-