Jeffery Paul W.
10517042
P.O. Box 33
Terre Haute, IN
47808-0033

INDIANAPOLIS IN 460
21 APR 2014 PM 7 L

RECEIVED
APR 22 2014
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

(Legal Mail)

To The Clerk: 2:13 cv. 304
U.S. Southern District of IN
921 OHIO Street, Rm. 104
Terre Haute, IN
47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

47807373829