FILED
2014 APR 29 PM 3:40

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>No. 13-cv-00304-WTL-WGH |

## PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Petitioner, Jeffery Paul, hereby moves for the appointment of counsel to represent him through the conclusion of these proceedings. In support of this motion, counsel represents the following:

1. Mr. Paul is a federal prisoner at the United States Penitentiary at Terre Haute under a sentence of death. Mr. Paul was convicted and sentenced to death in the U.S. District Court for the Western District of Arkansas. His conviction and sentence were affirmed on appeal. *See United States v. Jeffrey Paul*, 217 F.3d 989 (8th Cir. 2000). Mr. Paul filed a petition for post conviction relief pursuant to 18 U.S.C. § 2255, which was denied. That denial was affirmed on appeal. *United States v. Jeffrey Paul*, 534 F.3d 832 (8th Cir. 2008), and *certiorari* was denied in 2009.

2. On August 8, 2013, Mr. Paul filed a Petition for a Writ of Habeas Corpus in this Court. On April 18, 2014, Petitioner filed a Motion that included a request that counsel be

appointed.

3. Petitioner respectfully requests that the Court appoint the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO) to assist Mr. Paul in pursuing habeas relief. Because it receives a sustaining grant from the Administrative Office of the United States Courts, the FCDO would not seek from this Court attorneys' fees or funds for other costs or expenses associated with this case.

4. The FCDO is the federal defender for the Eastern District of Pennsylvania and is recognized by the Administrative Office of the United States Courts as a Community Defender Organization pursuant to 18 U.S.C. § 3006A of the Criminal Justice Act. Since 1995, it has received a sustaining grant from the Administrative Office of the United States Courts to provide representation to capital habeas corpus petitioners in Pennsylvania. The FCDO's capital habeas attorneys have represented over a hundred prisoners in federal district courts and the courts of appeal in numerous circuits, and they have litigated four substantive cases in the United States Supreme Court.[1] They have as well represented capital defendants in state clemency proceedings. The FCDO's attorneys have been faculty in numerous regional and national training programs sponsored by the Administrative Office of Courts, and they have participated in court committees regarding capital post-conviction litigation.[2]

---

[1]Sattazahn v. Pennsylvania, 537 U.S. 101 (2003); Rompilla v. Beard, 545 U.S. 374 (2005); Pace v. DiGuglielmo, 544 U.S. 408 (2005); Beard v. Kindler, 130 S.Ct. 612 (2009).

[2]They have served as faculty in training programs sponsored by: The Court of Appeals for the Third Circuit; the Federal Capital Habeas (Section 2255) Project; the Administrative Office of the United States Courts Habeas Corpus Training and Assistance Project; the Federal Judicial Center; and the National Institute for Trial Advocacy. FCDO lawyers have also served as members of the Third Circuit's Task Force on Death Penalty Litigation.

5. The FCDO has been appointed to a number of capital § 2254 cases outside of its home district. See, e.g., Wooten v. Norris, No. 5:03-cv-00370 SWW (E.D. Ark.); Rankin v. Norris, No. 5:06-MC-00001-WRW (E.D. Ark.); Winston v. Kelly, 7:07-cv-364 (W.D. Virginia); Mullis v. Thaler, 3:13-cv-121(S.D. Texas); Card v. Secretary, 4:08-cv-00448 (N.D. Florida). The FCDO also has been appointed to numerous § 2255 cases to represent capital defendants outside of the Eastern District of Pennsylvania. See, e.g. United States v. Agofsky, 07-cv-511 (E.D. Texas); United States v. Allen, No. 4:07-CV-27-ERW (E.D. Mo.); United States v. Bourgeois, No. Cr-C-02-216 (S.D. Texas); United States v. Corley, No. 3:02-CR-116 (N.D. Indiana); United States v. Ebron, No. 1:07-cr-142-2 (E.D. Tex.); United States v. Fields, Civ-10-115-RAW (E.D. Oklahoma); United States v. Fulks, 4:02-991 (D.S.C.); United States v. Hammer, 96-cr-239 (M.D. Pa.); United States v. Higgs, 98-cr-0520 (D. Md.); United States v. Honken, 3:10-cv-3074-LRR (N.D. Iowa); United States v. Ortiz, 08-1749 (8th Cir.) (W.D. Mo.); and United States v. Roane, 09-8 (4th Cir.).

6. Consistent with administrative protocol, the FCDO sought permission from the Administrative Office of the United States Courts' Defender Services Office (DSO) to apply to this Court for an out-of-district appointment in this matter.[3] As part of its protocol, the DSO notifies the Chief Judge of the Circuit Court of Appeals of the possible appointment. The DSO has approved the FCDO's request to seek appointment in this matter.

---

[3] The Federal Public Defender Organization (FPDO) for the District of Delaware and CJA panel attorney Sean O'Brien are currently appointed to represent Mr. Paul pursuant to 18 U.S.C. § 3599 in the Western District of Arkansas. Due to illness, Mr. O'Brien has been unable to work on the case for the past 18 months and will be seeking formally to withdraw. In addition, because of staffing considerations, the Delaware CHU has asked the FCDO to request this appointment and is in full agreement with this motion.

7. Federal Defender program policy requires that the office itself seek appointment. Should this Court grant this motion, the FCDO would assign attorneys from the Capital Habeas Unit, who will take appropriate steps to enter their appearance before this Court, and would provide such further assistance as is needed to represent Mr. Paul.

WHEREFORE, Petitioner respectfully requests that the Court grant this motion and appoint the FCDO as counsel for Petitioner. A proposed order accompanies this motion.

Respectfully submitted,

Shawn Nolan
Chief, Capital Habeas Unit
Leigh Skipper
Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
shawn_nolan@fd.org

Dated: April 29, 2014

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this *Motion for the Appointment of Counsel* has been served on this 29th day of April, 2014, by First Class Mail on:

John R. Carroway
Superintendent
USP Terre Haute
4700 Bureau Rd. S
Terre Haute, IN 47802

Shawn Nolan
Chief, CHU