# *FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

*Capital Habeas Unit*

FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

*ELLEN T. GREENLEE*
DEFENDER

PHONE NUMBER (215) 928-0520
FAX NUMBER (215) 928-0826
FAX NUMBER (215) 861-3508

*LEIGH M. SKIPPER*
CHIEF FEDERAL DEFENDER


April 28, 2014

Clerk's Office
United States District Court
46 East Ohio Street
Room 105
Indianapolis, IN 46204

**Re: Jeffery William Paul v. Superintendent, U.S. Terre Haute, et al**
**No. 13-cv-00304-WTL-WGH**

TO THE CLERK OF COURT:

Enclosed for filing find *Petitioner's Motion for Appointment of Counsel.*

Very truly yours,

Shawn Nolan
Chief, Capital Habeas Unit

SN/jc

Encl.


RECEIVED
APR 29 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA