**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | : | |
| Petitioner, | : | CIVIL ACTION (Capital Habeas Corpus) |
| v. | : | No. 13-cv-00304-WTL-WGH |
| SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA | : | |
| Respondents. | : | |

ORDER

AND NOW, this _______ day of ___________, 2014, upon consideration of Petitioner's motion for the appointment of counsel, it is ORDERED as follows:

1. Petitioner's Motion is GRANTED;

2. The Federal Community Defender Office for the Eastern District of Pennsylvania is appointed to represent Petitioner in these habeas corpus proceedings;

3. Petitioner's counsel is directed to comply with all applicable federal statutory filing deadlines;

4. The Court shall set a schedule for the filing of memoranda, responses and other submissions by the parties after Petitioner's counsel files a counseled Petition for Writ of Habeas Corpus in this Court; and

5. The counseled Petition for Writ of Habeas Corpus shall be filed by counsel within 180 days of the date of this order.

BY THE COURT:

_______________________________
Honorable William T. Lawrence