00332

00500

# FedEx Express Package US Airbill

FedEx Tracking Number 8014 0196 3781

Form ID No. 0215

SPH2

Recipient's Copy

## 1 From

Date 4/28/14 [redacted]

Sender's Name: Shawn Nolan, Esquire Phone 121 592-8052

Company: FEDERAL DEFENDER OFC-CAPITAL
Suite 545 West

Address: INDEP SQ WEST CURTIS CTR BLDG

Dept./Floor/Suite/Room

City: PHILADELPHIA State PA ZIP 19106

## 2 Your Internal Billing Reference

## 3 To

Recipient's Name: Clerk of Court Phone

Company: United States District Court

Address: 46 East Ohio Street

We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

HOLD Weekday: FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Address: Room 105

Use this line for the HOLD location address or for continuation of your shipping address.

HOLD Saturday: FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

City: Indianapolis State IN ZIP 46204

0456949498

8014 0196 3781

## 4 Express Package Service

*To most locations.

NOTE: Service order has changed. Please select carefully.

*Packages up to 150 lbs.* *For packages over 150 lbs., use the FedEx Express Freight US Airbill.*

**Next Business Day**

- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

- [ ] FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

## 5 Packaging

*Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options

- [ ] SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. *Fee applies.*

**Does this shipment contain dangerous goods?**

One box must be checked.

- [x] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

- [ ] Cargo Aircraft Only

## 7 Payment *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

Obtain recip. Acct. No. [ ]

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

[redacted] [redacted]

Total Packages | Total Weight ____ lbs. | Credit Card Auth.

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

611

Rev. Date 2/12 • Part #163134 • ©1994–2012 FedEx • PRINTED IN U.S.A. SRS

fedex.com 1.800.GoFedEx 1.800.463.3339

fedex.com 1.800.GoFedEx 1.800.463.3339

## Peel and Stick FedEx Express Package US Airbill

1. Complete front page of the Airbill.
2. Retain "Sender's Copy" for your records.
3. Remove label backing.
4. Adhere Airbill to front of package.
   Please DO NOT remove "FedEx Copy."

RECEIVED
APR 29 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



PEEL FROM THIS CORNER.