**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

**I.**

The motion to appoint counsel [dkt. 24] is **granted.** Shawn Nolan and Leigh Skipper of the Federal Community Defender Office for the Eastern District of Pennsylvania are **appointed** to represent petitioner Jeffery William Paul in these habeas proceedings. The court will provide further direction as to the filing of an amended petition and the briefing.

**II.**

The petitioner's motions to apply correct standard [dkt. 22] and motion to appoint officer [dkt. 23] are **denied**.

**IT IS SO ORDERED.**

Date: 05/08/2014

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Jeffery William Paul
No. 10517-042
Terre Haute U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

Shawn Nolan
Chief, Capital Habeas Unit
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
shawn_nolan@fd.org

Leigh Skipper
Federal Defender
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
leigh_skipper@fd.org