**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

**I.**

The respondent is again requested to **appear** by counsel.

**II.**

The petitioner shall have **through July 11, 2014**, to file an amended petition for writ of habeas corpus or to take any other action as this case warrants. The respondent is directed to answer the allegations of the petitioner's amended petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the amended petition is filed. The petitioner shall have **twenty (20) days** after service of such answer or return to order to show cause on him in which to reply.

**IT IS SO ORDERED.**

Date: 05/08/2014

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Shawn Nolan
Chief, Capital Habeas Unit
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
shawn_nolan@fd.org

Leigh Skipper
leigh_skipper@fd.org
Federal Defender
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106