IN THE SOUTHERN DISTRICT OF INDIANA
UNITED STATES DISTRICT COURT

Jeffery William Paul
Petitioner

V.

Superintendent
Respondent

Case No#2:13-cv-304(WTL/WGH)

Pro Se/CAPITAL CASE

-HABEAS CORPUS-Title 28/Ch.153
Federal Criminal Code(&)Rules

U.S. DISTRICT COURT FILED 2014 MAY 22 PM 3:28

---

-Motion to reconsider denial in entry dated-05/08/14-

Comes now the Petitioner Pro Se,does submit the following Motion for the Court to reconsider(&)grant request to attach correct standard pursuant to my Rights to Procedural due process(&)liberal discovery-Effective Assistance of Counsel(&)Competency.

(1.)Petitioner does Respectfully move this court to either confirm The Nature of the Proceeding with respect for exaustion of Remedy(&) finality of Decision...§2244...of the Action Titled Above as a Pro-Se Plea.

(2.)Petitioner asserts that although the court did Appoint Counsel,I still havent heard from Counsel(&)have no faith in the Performance of Court Appointed attorneys...for the following reasons...§1.I ve at least a dozen sructural errors applicable to ACTUAL INNOCENCE Claims(&)that includes the 11 Page Transcript of.M.Appointed Attorneys Opening statement wherein he completely lost my INNOCENCE CLAIM(&)trys to cede Guilt on a lesser included claim I was Acquitted of but fails to instruct the jury on the Proper Facts to depart from Gen.Provisions-§2 Principals-to §4 Misprision...that attorney simply did not call eyewitnesses that Investigation discovered(&)failed to cross The Witnesses he DID Call...

(3.)Petitioner asserts that The BOP/DOJ USP Terre Haute,IN.are regularly obstructing justice by refusing to allow Petitioner to use Communication resources(&)composition equipment that resolves inchoate Plea(&)the denials that result...(&)that the Proscriptions destroy documentary evidence(&) create a situation wherein,although I have Counsel Appointed(&)am innocent I STILL have no right to expidite redress of my wrongful conviction...(&) cannot be compensated/redress Civil Rights violations that create a disparate,inhumane(&)unconstitutional condition of captivity...without full-exoneration...which is also a Prima facie complaint,relevant to my ability to compensate for Counsels default...which is Substantially Injurious to my Rights to Due Process in Substantive options...(ie)I can leave with

(3.)Continued...my restitution or be executed...with respect to the Court,my captivity(&)status is a violation of The Equal Protection Clause (&)Effect of The Courts refusal to Rule in a Meaningful way on my innocence claims,despite being a FUNDAMENTAL MISCARRIAGE OF JUSTICE...causes a chronic(&)injurious delay suffered by an INNOCENT PERSON...directly causing a deprivation of my Right to recover my Property,Redress Violations of Spousal Rights(&)cure my familial estate which is being squandered(&) disparaged...(&)does compell this Petitioner to Complain.

(4.)Petitioner includes Cite:

BATEMAN V.US POSTAL SERVICE,231 F3D 1220(9th Cir.2000)-

"Partys failure to cite relevant authority,or discuss relevant legal principals does not relieve court of duty to apply correct legal standard.

...Petitioner supposes that to be Title §2243,which is what I believe Your last order said...but because of my inability to organize responses (&)Place those into context...I still am not sure what that means...the cites I reference with supporting Document often,supposedly constitute Prima Facie(&)Reverseable error by any standard of evidence,being Court documents...Yet not one Time Have I received a New Trial or anything resembling an evidentiary hearing.

(5.)Petitioner does intend to cooperate with court appointed counsel... but am American(&)believe,religiously that a District Court is staffed by Trustees/Guardians of our fundamental liberties(&)that Ive suffered a litany of substantial deprivations in YOUR Purview(&)YOUR COURT DOES have authority to recommend that The WESTERN DISTRICT OF ARKANSAS Redress this INJUSTICE as soon as Possible,with Priority,Satisfaction(&)Accord...

(6.)This embarrassment(&)Indignity is an insult to Posterity(&)constitutes daily provocation(&)suffering that is irreparable(&)vicious...the DOJ has no cause to hold me in custody(&)has known that for 18 Years...these Appointed Attorneys ruined my appeals in the 8th Circuit(&)the BOP have regularly obstructed Justice by interference(&)noncompliance(&)willful neglect/deception(&)sabotage...Please reconsider Your PURVIEW(&)Appoint an Officer to facilitate my Last Will(&)Testament/Ch.11,7,12 UBC Action (&)Assessment for Restitution I requested...for Torture,Compound crimes... Please note,I dont know what youre reading but when Your order is received I will be Put to death,(&)I am suffering heart problems...my Parents(&) other support are regularly Preoccupied,misinformed/inveigled(&) ...

(5.)Order Restitution for Alienation of Affection,at Rate,$1.000.000(mn) Per Year...(=)$18.000.000(mn),Treble for $54.000.000(mn)...
(6.)Order Restitution for Genocide-loss of unborn child(&)disparate Impact of discrimination against Persons from Traditional Spousal relations of a Biracial Couple...$1.000.000(mn)Per Year...Treble(=)$54.000.000(mn).
(7.)Order Markman hearing for Family Company/copyrights,registered titles Petitioner does assert first entry claim to ...under:

Clearsystems:A Debt Consolidation(&)Accounting Service-CSS/Csd®

(et al)other Patents(&)Trademarks,most recently submitted under...
LC Copyright 00427126821 Form TX($65) 5/29/13-US PATENT APPLICATION No#61 796,740 Confirmation no#7361 filing(c)date-11/19/2012-

(8.)Order Criminal investigation into default of wrongful conviction(&) civil rights/compound crimes resulting from these CHRONIC violations of my due process RIGHTS to Guaranteed Protection(&)Law...(&)order my immediate release,with disclosure pursuant to crime Victims Rights..Ch.237 Title 18.
(9.)Thats a total,at treble assessment,including compensatory wage rate of $112.501.060(mn)...cash,not including copyright assessments.

Respectfully Submitted,

Signed *Jeffery W. Paul* *

Jeffery William Paul
Rg#10517-042
P.O.Box 33
Terre Haute,IN.
47808-0033

Done This Day-( 5/13/14)

-Certificate of service-I Jeffery W.Paul,do hereby swear a true Copy of this motion was Placed in The US Postal service to WTL/WGH-USD/SD-IN-

(6.)Continued...leaving me with no option for Plea to the Public or Congress if a Stay were to be issued...I believe I would be dead before the mail was read...lacking a Prearranged schedule(&)context...Please review the record...US ATTORNEY SNYDER(et al),of The LITTLE ROCK,U.S. ATTORNEYS OFFICE have regularly refused to correct the Physical record in remonstration...though at this Point in Time,they supposedly would... so when I Petition Pro Se,they respond(&)inappropriately vouch for a Perjured record,so I am at risk...

(7.)Accordingly,petitioner does humbly request that this COURT enter a judgement in my favor(&)recommendation to Vacate the Conviction(&) sentence of my Conviction from The Western District of Arkansas(&)to order the State of Indiana to pay Damages Accruing from Civil Rights Violations(&)for Criminal complaints to be filed against my former spouse relevant to misconduct...constituting sexual offenses(&)genocide...(ie) in complaints submitted in The Southern District of Florida as well...but both Florida(&)Indiana are willfully violating The spousal rights of Persons from traditional spousal relationships...my child was biracial(&)that was a Rare relationship for me...my first Commonlaw Wife,after turning 18yrs is Legally my wife.

## -Request for relief-Restitution(&)Damages-

(1.)Order requisite hearing for Evidentiary to Vacate Conviction-Pursuant to Title 28-Ch.153,§2241-55-HABEAS CORPUS-

(2.)Order Minimum Wage assessment,compensatory damages for 18 Years of living with Contingent workplace conditions,of a general nature relevant to obligations to comply with service routines...as well as being forced to reraise(&)draft Legal materials/writ Pro Se,due to inchoate(&)ineffective assistance...(ie)at Minimum Wage-$7.25(hr)-(=)$13.920(yr)for $250.560(ths) due...

(3.)Order Tort Damages for infringement upon liberty at Federal Standard, (ie)$50.000(ths)Per Year,so(=)$900.000(ths),Apply Treble Assessment for $2.700.000(mn).

(4.)Order a Felony assesment for obstruction against USP Terre Haute,IN. (=)$500.000(ths)Treble,for $1.500.000(mn)