Jeffery W.Paul 10517-042
P.O.Box 33
Terre Haute, IN.
47808-0033

INDIANAPOLIS IN 460
14 MAY 2014 PM 6 L




Legal Mail

C/O The Clerk
Hon.-W.T.Lawrence
US/DC Southern District, INC
921 OHIO STREET, Rm 104
Terre Haute, IN.
47807-

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
MAY 16 2014
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

47807#3738 C047