**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## E N T R Y

The petitioner's motions to reconsider the denial of his motion to apply correct standard [dkt. 27] is **denied**. Counsel for petitioner shall **provide** petitioner with a copy of today=s Entry. The Entry is provided to **remind** petitioner that he is currently represented by counsel, and accordingly, his contact with the court as well as the court=s contact with him will remain through his counsel of record.

**IT IS SO ORDERED.**

Date: 05/28/2014

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street Suite 2100
Indianapolis, IN 46204-3048

Electronically Registered Counsel