UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:13-cv-304-WTL-WGH |
| | ) | |
| J. F CARAWAY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**APPEARANCE**

Comes now Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the J. F. Caraway, Warden of the Federal Correctional Complex at Terre Haute, Indiana.

Respectfully Submitted,

JOSEPH H. HOGSETT
United States Attorney

By: s/Gerald A. Coraz
Gerald A. Coraz
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014, a copy of the foregoing Appearance was mailed, by first class U.S. Mail, Postage prepaid and properly addressed to the following:

Jeffery William Paul
Reg. No. 10517-042
Terre Haute USP
P.O. Box 33
Terre Haute, IN 47808

s/Gerald A. Coraz
Gerald A. Coraz
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333