In The southern District of Indiana

Jeffery W.Paul
Appellant

V.

John F.Caraway
Appellee

No#14-1652
On Appeal

FILED
U.S. DISTRICT COURT

2014 JUL 10 PM 1:59

Case No#2:13 cv 304(WTL/WGH)

---

-Response-Objection-

Comes now the Petitioner does submit this response to the Jurisdictional memorandum urging the Court to dismiss for lack of jurisdiction entered by the US Attorney,Mr.Gerald A.Coraz(AUSA),for Mr.Joseph H.Hogsett(US Atty)...6/25/14, Pursuant to 28 USC RCP 7(b)43(c)...

(1.)Petitioner asserts that he has suffered a Fundamental Miscarriage of Justice(&)accordingly,trial Counsel did betray my rights to present a defence,(&)notwithstanding NEW(&)Compelling evidence of my innocence my right to a new Trial has been more than demonstrated(&)having been delayed for so long really highlights Appellate Counsels non-feasance/incompetence...(&)The WD/AR Courts bias(&)recalcitrance...

(2.)One issue I raise in Complaint is that this Courts refusal to redress the BOP/USP Terre Haute ,IN.'s,restrictive/inhibiting Policy in facilitating Legal Consult,(&)refusal to Prioritize,which is no doubt cause of inchoate correspondence to/from The 8th Circ.(&)WD/AR with/without regard for The New Appointment Judicially...so The SD/IN by right(&)cause,should redress partially,injury occurring from the obstruction,(&)also should issue a Authoritive Writ/recommendation in my favor,giving reasonable weight to absolute rights to 5th Amdt...(&) Comity...

(3.)The Court may Order(&)Rule(&)Should,pursuant to 28 USC §2241-55, (&)§1407(a)(b),§1406(a)(b)...§1331,§1657,§1361(&)2414...(&)1st,4th,5th, 6th,7th(&)8th Amdts,Article 4-5...Ch.153,§2243 USC 28...

Attorney of Record
Mr.Shawn Nolan
Fed.Defender of PA.
601 Walnut St.
Suite 545 west
Philadelphia,PA.
19106

Respectfully Submitted,

Signed Jeffery Paul

Jeffery W.Paul 10517042
PO Box 33
Terre Haute,IN.
47808

Certificate of Service,I,the undersigned,do hereby swear this motion was placed in the US Postal Service to USDC/SD/IN Court(7 /7 /14)-