Jeffery Paul Lo. 10517042
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Capital Case




RECEIVED

JUL 9 2014

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Media Mail Rate
$2.58

Legal mail

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Legal mail

C/o The Clerk of The Court
U.S. District Court
Southern District IN.
921 OHIO ST.; Rm 104
Terre Haute, IN.
47807

INMATE
IDENTIFICATION
CONFIRMED