IN THE SOUTHERN DISTRICT OF INDIANA

Jeffery William Paul
Plaintiff

V.

Superintendent
Respondant

FILED
U.S. DISTRICT COURT

Case No#2:13-Cv -304(WTL/WGH)
2014 JUL 10 PM 2:06
-Habeas Corpus-§2241-55
CAPITAL CASE-Pro-Se Pleading-

On Appeal-14-1652

-Motion to amend Pleading by Show of Jurisdiction(&)authority in Complaint with supplemental memorendum(&)affidavit with exhibits to support Pleading(&)Petition for Due proces of priority of Civil Actions-

Comes now the plaintiff,with Counsel(unavailable),does hereby the abovestyled form of Plea submit this Motion,pursuant to due process of rules(&)authority...RCP 7(b)(&)43(c)supporting...

(1.)Petitioner does move the Court to assign this case for disposition due to insufficient remedy of Motion in Title/USC 28,ch.153.§2255(&) 28 USC §1657...Priority of Civil Action...

(2.)Petitioner claims this is a multidistrict litigation,due to custody in other state from sentencing court,(&)constitutes a Multidistrict-Litigation,28 USC §1407(a)(b)...§1406(a)(b)...

(3.)Petitioner moves court to compel Office of The Court,Mr.Shawn Nolan to familiarize his office with the claims I asserted,which are Prima-facie claims I attempted to require Counsel appointed by the 8th circuit to appoint but failed to adequately present,due to inchoate consultation (&)prison strictures(&)SABOTAGE of my Pro Se Attempts to Plea,in form of correspondence attributed to me as confessional,which I deny...claiming that I was only a witness to the crime,stated that duly(&)presently(&) asserting that any correspondence considered such,must be inchoate...or forged...regardless,Petitioner requests Counsel Perform his duty to cure defect in Plea,to recover writ/recommendation from these simple claims (&)some damages under Civil Rights Complaints...USC 28 §1361,2414...of a chronic(&)substantial injury resulting from restrictive Purview...infringe-ments(&)consequence,against a person detained without benefit of legal trial.

(4.)Petitioner moves Court to file amenment,pursuant to/byway of USC 28 §1914,1915,informa Pauperis(&)asserts the original affidavit has not chnged,my family(&)I are in Abject Poverty,(&)Im still out of contact with my wife,have no redress of any grievance or support from Appointed counsel that would remedy reoccurring problems,of austerity.

Attorney of Record

Mr.Shawn Nolan
Fed.defender of PA.
601 Walnut st.
Suite 545 west
Philadelphia,PA.
19106

Respectfully Submitted,

Signed Jeffery W. Paul *

Jeffery Paul 10517042
P.O.Box 33
Terre Haute,IN.
47808

Certificate of Service,The above undersigned does swear this motion was placed in US postal service to SD/IN.Court,this day(7/ /14).