In The Southern District of Indiana

Jeffery William Paul
Plaintiff

V.

Superintendent
Respondant

Case No#2:13-CV-304(WTL/WGH)

-Habeas Corpus-§2241-55
CAPITAL-CASE-Pro-Se Pleading-

On Appeal-14-1652

-Complaint-Pursuant to 28 U.S.C.-§1442-
(a)(1)(2)(&)(3)-

---

-In The 7th Circuit Appeals Court-

Counsel of Record

Mr.Shawn Nolan
Chief,Capital habeas Unit
Federal community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Suite 545 West
Philadelphia,PA.
19106

Petitioner Pro-Se

Jeffery W.Paul(Rg#10517042)
P.O.Box 33
Terre Haute,IN.
47808

In The Southern District of Indiana

-Authority-U.S.C.28 §1653-

Amendment of Pleadings to show Jurisdiction...

-A CIVIL RIGHTS COMPLAINT AGAINST PERSONS ACTING UNDER COLOR OF LAW-VIOLATION OF USC Title 18-Ch.13.§242...(&)OTHER COMPOUND CRIMES-

---

Comes now The Plaintiff/Pro-Se does submit the following complaint Pursuant to redress of grievance(&)petition,byway of authority,USC Title 28,§1442-(a)(1)(2)(3)...(&)any other appropriate grounds as can be construed by The Court.

(1.)Plaintiff asserts that he sustained injury under 28 USC,§1357(&) this Court may assume Jurisdiction,to address Federal Question Pursuant to insufficient remedy(&)Plainly Criminal behavior of The Western District Of Arkansas(&)Dept.Of Justice,byway of 28 USC,§1331.

(2.)Plaintiff is being held at USP Terre Haute Under Constant threat of Death...resulting in Compound Crimes to be submitted in amending Motions under this Civil Rights Complaint no#...or other appropriate(&)separable cause of actions submitted in this court to avoid conflict,of redundant complaints in Pleading.

(3.)Petitioner asserts that The Western District of Arkansas has repeatedly refused to grant Petitioner a NEW TRIAL,despite showing sufficient cause of action in a violation of my 4th,5th,6th(&)7th Amendment Rights,not excluding OTHER SUPERSEDING ACTUAL INNOCENCE(&)Violations of Procedure which warrant Relief under USC Title 28,Ch.153-Habeas Corpus-§2255...

(4.)Petitioner asserts that the Dept.of Justice/Bureau of Prisons Policy on review(&)breach of"Good Faith" for timely disposition of cases(&)disclosure hereof MANDATORY DUE-PROCESS,is a criminal violation/deprivation of my Civil Rights...including OTHER CRIMES,not exclusively Torture.

(5.)Petitioner asserts that The Southern District of Indiana may order commencement of New Trial,where record clearly shows that the sentence/conviction was imposed in violation of law...(&)that should be a compulsory Action of Remedy available under law for this petitioner due to Prima Facie claims,included in evidentiary in support of this complaint...see:Section 1.(Pages 1-22),excerpts from Trial Transcripts of-

The United States of America
V.
Jeffery W.Paul

Case No#6:96-cv-60022 -JLH
Western District of Arkansas

Petitioner claims that he suffered from ineffective assistance of Trial Counsel who was appointed by Court(&)refused to Proffer a Alibi in Opening Arguments(&)actually admitted Guilt to FELONY MURDER (&)ARGUED that Jury may not consider INNOCENCE because Defendant was accused of AIDING(&)ABETTING,(&)Co-Defendant had already been convicted.

(6.)Petitioner claims that his Custody is Illegal because he was not allowed to Present an Alibi of any kind(&)Trial Counsel repeatedly incriminated him during argument,impeached the credibility of defence witnesses(&)refused to Produce exculpatory Material or respond to Cross Points during Witness Testimony...violating my right to 1st,4th,5th,6th, 7th(&)8th Amendments Protections,Equal Rights(&)Rules(&)Due Process for INNOCENT Defendant,to Plea NOT GUILTY(&)address the evidence(&)deny my Culpability.

-Supplemental memorandum in Brief-Amended Rule 15(c)RCP-

On 8/22/96 Petitioner was arrested returning to his home state to recover equity from his grandfathers estate for his Young wife,Ms. Cindy Linn Wallace-Paul,(of Jacksonville,FL.)...as well as review the disposition of a Material Witness Obligation developing in Arkansas State,but he was suffering effects of a concussion(&)disoriented...(&) developed fugue shortly before being arrested by SA John LaVoie for an accessory warrant in Mississippi,relevant to a Shooting Perpetrated by a former schoolmate,who had been exposed to LSD/Marijuana while assisting the Garland County Sheriffs/Court Services Informant/Intervention Program,under Purview of Capt.Carl Lacy,SA Joseph Feddor(&)Vice Depy. Garry K.Rogers...et al,other Persons known to him...

Petitioner was Appointed a Defense Attorney who did inquire about a confessional statement attributed to me,which I denied(&)claimed was a inchoate composition,of my responses to HIS QUESTIONS,(&)that I was being credited with dialogue he asserted(&)that the recording in my discovery would Prove the Narrator of the CONFESSION in Mississippi,was not the Defendant,but the Agent John LaVoie...(&)that The Defendant had clearly been told he was under arrest for complicity to a Robbery(&)then claimed that he had nothing to do with any part of that Crime(&)was only a Witness-see:Page 1-section 1.

Petitioner claims that not only had he been accused of a robbery(&)murder which he denied,but that the Agency had accused him of a circumstantial crime(s),which were causal in allegation/summary,which he was acquitted of by reason of not guilty verdict...(&)that he assisted counsel then (&)intended to assist Counsel during the Aiding(&)Abetting Trial(&)that despite assuring defendant(&)defendants Wife/Parents that he was going to Proffer a Defence Alibi(&Orecover Exculpatory Material Evidence,he refused,(&)to date,NO DEFENCE ATTORNEY APPOINTED has recovered ANY of the AFFIDAVITS which PROVE My INNOCENCE(&)...

...accordingly,petioner claims that is a Fundamental Miscarriage of Justice,which is the direct result of a Constitutional Violation... resulting in 18 Years of Wrongful Captivity on 8/22/14,(&)a litany of injury resulting from the complete infringement of my 1st amendment rights to redress with substantive(&)LIBERAL DUE PROCESS...

-Conclusion-(&)Request for relief/restitution-

Petitioner claims that he explicitly asserted that he intended to present a defence alibi,(&)that he asserted that he had claimed to be a witness(ONLY)...(&)had Plead NOT GUILTY to circumstantial allegations (&)the Offense on APPEAL,see:Section 1.,Page 1(&)2...but that Trial Counsel refused to offer a Defence (&)undermined my Not Guilty Plea by Incriminating me,impeaching my Defence Witnesses,Providing Motive(&) Arguing Legal Right to Sentence without trial...under Presumption of Guilt by Association,statutorialy.

Petitioner further claims that US Attorneys office deluded the Chief Judge,8th Circuit(&)Attorney General(Reno/Ashcroft)(&)Now Holder,byway of MATERIALLY PERJURED PROFFER(&)OMITTED/EXCULPATORY TESTIMONY...(&) may Possibly be Active SATAN WORSHIPERS promoting Genocide against tradtional Spousal relationships/commonlaw marriage...injury I sustained(&) have no remedy for despite being an ABSOLUTE RIGHT Requiring Due Process under LAW.

Petitioner also Claims that The Bureau of Prisons may have incentivized forged documents attributed to me as confessional statements,in addition to regularly obstructing Justice by reducing the resources(&)remedy options for indigent Prisoners(&)their supporters by excluding supplemental supplies receivable under security guidelines to alleviate the burden of Costs of living,with necessities(&)an option to have amenities...

*Request for Relief-

1.Petitioner requests that Court order Appointed Counsel to file Motion to dismiss in Western District,officers maintaining the Judicial Admission on record with no due process for exculpatory facts of any kind(&)recommend that a New Trial be ordered,given the Presumption of Innocence(&)nature of the Evidence Available to rebutt offense allegation.

2.Petitioner requests restitution be considered due,in treble at standard rate,compensatory because the nature of my custody excludes skills development...(ie)$7.25hr($13.920)Yr.for,$751.680(ths)Upfront

3.Petitioner requests a Markman Hearing for Copyright Infringements...(&) revised submission for registration,Ford Financial Systems/FFS® -(et al)...

4.Petitioner requests $1.000.000(mn)Per Yr.,treble for Genocide against person from traditional Spousal/familial relations...for,$54.000.000(mn)

5.Petitioner requests $1.000.000(mn)Per Yr.,treble for Alienation of Affection,irreconcilable estrangement from my wife,,,for,$54.000.000(mn)

6.Petitioner requests assessment for Damages,of Violation of 8th Amdt... (&)Article 4,§1,2,4...5th Amdt.(et al),appropriate.

7.Petitioner requests Court order criminal complaints against US Attorney in Western District for deluding Judges.

8.Petitioner requests criminal complaints against Defenders Office for Conspiracy with US Attorneys Office.

9.Petitioner requests criminal complaints against wife,Cindy Linn Wallace-Paul,for abandonment(&)Sexual misconduct,Conspiracy.

10.Petitioner requests Criminal complaints against the Bureau of Prisons for Obstructing Justice(&)Civil Rights Violations.

11.Petitioner requests court Pay costs of filing in Forma Pauperis fees (&)review effect of fees on INDIGENT PRISONER for appropriate Damages.

Respectfully Submitted,

Signed Jeffery W. Paul

Jeffery Paul(W.)10517-042
PO BOX 33
Terre Haute,IN.
47808-0033

-Certificate of Service-

I,Jeffery Paul-Pro Se-do hereby US POSTAL SERVICE-submit this true (&)correct copy of Petition for redress of grievance of Criminal Civil-Rights violations in a US District Court-for the Southern District of Indiana-(7/7/14)-