In The Southern District of Indiana

Jeffery W.Paul
Plaintiff

V.

Superintendent
Respondant

Case No#2:13 cv-304 (WTL/WGH)

-Habeas Corpus-§2241-55

Capital Case-Pro se Pleading

On Appeal-14-1652

FILED
JUL 10 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

-Motion to amend pleading by show of jurisdiction(&)authority in Complaint with affidavit-Pursuant to 28 USC §1653-(&)RCP 7(b)43(c)-(&)28 USC §1442(a)(1)(2),(&)(3)...Civil Rights Violations-

Comes now the Plaintiff does submit the abovestyled complaint pursuant to redress of injury,28 USC §1357,(&)USC 18,Ch.13.§242, (&)USC Ch.113C §2340,(1)(C),(&)2340A... TORTURE-

(1.)Petitioner states that he was arrested(&)transported across State lines,for trial of an Indictment he denied outright,(&)Plead Not Guilty to...see:Pg.1(&)2.attached doc's.

(2.)Petitioner asserts,that he was charged with Aiding(&)Abetting in superseded indictment,with a Person who had a 5/five Time violent felony Conviction...(&)was older than me(&)Positively identified as source of Physical Evidence used to convict BOTH defendants...

(3.)Petitioner states that US Attorney Snyder(EX OFFICIO),did approach my attorney offering to allow me to Plea(&)accept a Life Penalty for a crime I did not commit(&)when I refused(&)demanded a Jury Trial.. the Judge Jimm Larry Hendren,curtailed Defence Budgets,tampered with witnesses,corrupted my Appointed Counsel/Conspired thereof,an attempt to kill me byway of Torture...see.Pg.3 of 6 attached...

(4.)Petitioner asserts that is a violation of my Equal Protection rights,see:Pg.4-§1-8,(&)that when my codefendant was sentenced to life,(&)convicted of a Greater Culpability,the Equal Protection clause was authoritive under double jeopardy...see:Pg.5.§1-8,...also,the Court did set about to apply Act of Congress,retroactively which did effect the Presentation of evidence(&)therefore infringes the futures appealibility,which is substantial(&)constitutes a violation of my Right to be free from Ex Post facto Penalty...Art.1 Sec.9,10.. (&)Art.4 Sec.1,2(&)4,Art.5...(&)wholly constitutes Torture.

Respectfully Submitted,

Signed Jeffery W. Paul

Jeffery W.Paul 10517042
PO Box 33
Terre Haute,IN.47808
(7 / 7 /14

Certificate of service,I Jeffery Paul,do swear a True(&)Correct Copy of this Motion was sent to USDC/IN...via US Postal Service.