In The Southern District of Indiana

Jeffery W.Paul
Plaintiff

V.

Superintendent
Respondant

Case No#2:13cv-304 (WTL/WGH)

On Appeal-14-1652
Habeas Corpus §2241-55

Pro-Se Pleading-Capital Case-

FILED
JUL 10 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

-Motion to enter documents into the record(&)strike from future proceedings-

Comes now The Plaintiff does enter attached Pgs.18,19,20,(&)21 into the record,for due process in affidavit.

(1.)Petitioner does claim to be sufferring from arthritis(&) some symptoms of a reoccurring brain injury that causes dyslexia (&)fugue...

(2.)Petitioner asserts that is a Learning Disability(&)it effects my ability to compose,see:Pg.18,(&)that although I have repeatedly complained about the problem to the prison,theyve refused to allow any special supplemental eqiuipment which allows for proofreading.

(3.)Petitioner claims that on appeal in the Eighth Circ.,during draft of commentary,supplement to brief,correspondence in draft did seem to be an inculpatory statement...which that Court took to be confessional(&)cited in denial of my appeal...see.Pg.19(&)20... I deny I wrote it(&)still am not sure where the copy is(&)cant do anything other than sit(&)wait to be murdered by bureau whove already conspired against my rights for too long to reconcile a normal re-entry into society with my rights...that document may not be my writing(&)could be sabotage,because I truly believed that I was very close to complete exoneration,due to reinstatement of Due Process rights after a suicide attempt in 2004-9.

(4.)Petitioner claims,although its Possible the document was result of advise to rebutt the Particulars in a Hearing by Judge,Pursuant to USC 28,§2243,inlieu of a wholly new trial,(or)an attempt to enter an alford plea,(or)complaint of withholding evidence of previous attempts to do so on my behalf over my objections...I honestly dont recall writing it(&)do request it be struck as forged/inchoate(or) highly prejudicial(&)exacerbating a Plainly false Conviction....See: Moreno-Morales V.US 334 F3d 140(1st Cir.2003)...6th Amdt...

Attorney of record
Mr.Shawn Nolan(Fed.Defender)
Eastern District of PA.
601 Walnut St.
Suite 545 West
Philadelphia,PA.
19106

Respectfully Submitted,

Sincerely *Jeffery W. Paul* *
Jeffery W.Paul
10517042
PO Box 33
Terre Haute,IN.
47808

Certificate of Service,
The above undersigned,does swear this motion was placed in the US Paostal Service to SD/IN.Court,this day(7/7/14)...