**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No. 2:13-cv-304-WTL-WGH |
| v. | ) | |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

FILED
JUL 09 2014
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

ENTRY OF APPEARANCE

Please enter my appearance on behalf of Petitioner, Jeffery William Paul, in the above-captioned matter.

/s/ Billy H. Nolas
BILLY H. NOLAS
Federal Community Defender for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Billy_nolas@fd.org

/s/ Shawn Nolan
SHAWN NOLAN
Federal Community Defender for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Shawn_Nolan@fd.org

Dated: July 8, 2014

CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby state that on this 8th day of July, 2014, I served a copy of the foregoing Entry of Appearance via the Electronic Case Filing system on the following counsel of record:

Gerald A. Coraz, Esq.
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ Billy H. Nolas
BILLY H. NOLAS