IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

FILED

JUL 09 2014

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br>Petitioner,<br>v.<br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br>No. 13-CV-00304-WTL-WGH<br>**Hon. William T. Lawrence**<br>**United States District Judge** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION

Petitioner, Jeffery William Paul, through counsel, respectfully requests a ninety (90) day extension of time, without objection from counsel for Respondents, for the filing of an amended petition, and in support submits the following:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute. Petitioner was convicted and sentenced to death in the United States District Court for the Western District of Arkansas. His conviction and sentence were affirmed on appeal. United States v. Paul, 217 F.3d 989 (8th Cir. 2000). Petitioner filed a petition for post-conviction relief pursuant to 28 U.S.C. § 2255, which was denied. See United States v. Paul, 534 F.3d 832 (8th Cir. 2008) (cert. denied Oct. 5, 2009).

2. Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013. Dkt. No. 1. On April 18, 2014, Petitioner filed a *pro se* motion requesting that counsel be appointed. Dkt. No. 11. On April 29, 2014, the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") filed a Motion to Appoint Counsel on Petitioner's behalf. Dkt. No. 24. This Court granted Petitioner's April 29, 2014 appointment motion, appointed the FCDO to Petitioner's case, and granted Petitioner through July 11, 2014 to file an Amended Petition or take any other action as this case warrants. Dkt. Nos. 25, 26.

3. Petitioner respectfully requests an additional ninety days (until October 9, 2014) to investigate, research and draft an Amended Petition on Petitioner's behalf. Petitioner is a long-incarcerated inmate on death row in Terre Haute, and there are longstanding issues relating to Petitioner's mental health that need further consideration. Additionally, the proceedings relevant to this action encompass trial, direct appeal, proceedings under 28 U.S.C. § 2255, the subsequent §2255 appeal and Petitioner's incarceration and death sentence. The undersigned shall be requesting Petitioner's institutional records from USP-Terre Haute as they may contain information pertinent to this litigation. Consequently, the records relevant to Petitioner's case are voluminous and will take time to gather and review.

4. The Federal Community Defender assigned undersigned counsel Billy H. Nolas, to Mr. Paul's case. The undersigned will need additional time to travel to USP-Terre Haute in order to meet with Petitioner, and prepare a professionally adequate Amended Petition. Counsel is entering an appearance on this date.

5. On July 7, 2014, Assistant United States Attorney Gerald Coraz, Esq., indicated that Respondents have no objection to Petitioner's Motion.

WHEREFORE, Petitioner respectfully requests leave for an extension of ninety (90) days, until October 9, 2014, to file his Amended Petition. (A proposed Order accompanies this motion.)

Respectfully submitted,

/s/ Billy H. Nolas
BILLY H. NOLAS
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

/s/ Shawn Nolan
SHAWN NOLAN
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

Dated: July 8, 2014

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, Esq., hereby certify that on this 8th day of July, 2014, this Unopposed Motion for Extension of Time to File Amended Petition has be served via the Electronic Case Filing system on the following counsel of record:

Gerald A. Coraz, Esq.
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ Billy H. Nolas
BILLY H. NOLAS