**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br><br>Respondents. | : | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>No. 13-CV-00304-WTL-WGH |

ORDER

AND NOW, this _______ day of ___________, 2014, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File Amended Petition, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall filed a counseled Amended Petition no later than October 9, 2014.

BY THE COURT:

______________________________
Honorable William T. Lawrence