# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 15, 2014

To: Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
30 N. Seventh Street
Terre Haute , IN 47808-0000

| | |
|---|---|
| No.: 14-1652 | JEFFERY WILLIAM PAUL,<br>Petitioner - Appellant<br><br>v.<br><br>JOHN F. CARAWAY, Warden,<br>Respondent - Appellee |
| Originating Case Information: | |
| District Court No: 2:13-cv-00304-WTL-WGH<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS: No record to be returned

NOTE TO COUNSEL:

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 9/15/2014

Received by: Janet Mathews

Deputy Clerk, U. S. District Court

form name: c7_Mandate(form ID: 135)

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

July 23, 2014

*Before*

**Diane P. Wood,** *Chief Judge*
**William J. Bauer,** *Circuit Judge*
**Ilana Diamond Rovner,** *Circuit Judge*

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, Petitioner-Appellant, | | ] Appeal from the United ] States District Court ] for the Southern District |
| No. 14-1652 | v. | ] of Indiana, Terre Haute ] Division. |
| JOHN F. CARAWAY, Warden, Respondent-Appellee. | | ] ] No. 2:13-cv-00304-WTL-WGH ] ] William T. Lawrence, Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Petitioner-appellant Jeffery William Paul filed a § 2241 action. That case currently is pending in the district court. As such, petitioner-appellant Paul's appeal in this case is premature.