**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br><br>Respondents. | : | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>No. 13-CV-00304-WTL-WGH<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

## MOTION FOR ORDER PERMITTING MENTAL HEALTH EVALUATIONS

Petitioner, Jeffery William Paul, through counsel, respectfully requests that this Court issue an Order directing the United States Penitentiary at Terre Haute, Indiana to permit forensic psychiatrists Donna Schwartz-Watts, M.D., and Sally Johnson, M.D. access to the Petitioner for the purposes of mental health evaluations. In support of his request, Petitioner states as follows:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute. Petitioner was convicted and sentenced to death in the United States District Court for the Western District of Arkansas. His conviction and sentence were affirmed on appeal. United States v. Paul, 217 F.3d 989 (8th Cir. 2000). Petitioner filed a petition for post-conviction relief pursuant to 28 U.S.C. § 2255, which was denied. The denial was affirmed on appeal. See United States v. Paul, 534 F.3d 832 (8th Cir. 2008) (cert. denied Oct. 5, 2009).

2. Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013. Dkt. No. 1. On April 18, 2014, Petitioner filed a *pro se* motion requesting that counsel be appointed. Dkt. No. 11. On April 29, 2014, the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") filed a Motion to Appoint Counsel on Petitioner's behalf. Dkt. No. 24. This Court granted Petitioner's April 29, 2014 appointment motion, appointed the FCDO to Petitioner's case, and granted Petitioner through July 11, 2014 to file an Amended Petition or take any other action as this case warrants. Dkt. Nos. 25, 26. On July, 9, 2014, Petitioner filed a Motion for Extension of Time to File Amended Petition and requested an additional ninety (90) days to conduct the research and investigation necessary for an Amended Petition for a Writ of Habeas Corpus. Dkt. No. 36.

3. As noted in Petitioner's Motion for Extension for Time to File Amended Petition, there are longstanding issues relating to Petitioner's mental health. These mental health issues will be relevant to claims raised in any Amended Petition filed on Petitioner's behalf. Accordingly, an investigation of Petitioner's functioning and mental health issues is necessary for the undersigned's representation of Petitioner in the above captioned matter. The undersigned seek to arrange for mental health evaluations so that Petitioner's mental health issues can be fully explored. For this purpose, the undersigned have contacted forensic psychiatrists Donna Schwartz-Watts, M.D., and Sally Johnson, M.D., who are available to evaluate Petitioner. The undersigned respectfully request that this Court order the administration at USP-Terre Haute to permit Drs. Schwartz-Watts and Johnson to conduct forensic evaluations of Petitioner. While, in the past, such evaluations would not require the Court's assistance or intervention, USP-Terre

Haute administration now requires court orders in order to schedule evaluations by mental health experts.

WHEREFORE, Petitioner respectfully requests that this Court issue an Order directing the United States Penitentiary at Terre Haute, Indiana, to allow Drs. Schwartz-Watts and Johnson at times that are convenient to both the institution and the experts. (A proposed Order accompanies this motion.)

Respectfully submitted,

/s/ Billy H. Nolas
BILLY H. NOLAS
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

/s/ Shawn Nolan
SHAWN NOLAN
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

Dated: September 17, 2014

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, Esq., hereby certify that on this 17th day of September, 2014, this Motion for Order to Permit Mental Health Evaluations has been served via the Electronic Case Filing system on the following counsel of record:

Gerald A. Coraz, Esq.
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ Shawn Nolan
SHAWN NOLAN