**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | : | |
| Petitioner, | : | CIVIL ACTION<br>(Capital Habeas Corpus) |
| v. | : | No. 13-CV-00304-WTL-WGH |
| SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA | : | |
| Respondents. | : | |

ORDER

AND NOW, this _______ day of ___________, 2014, upon consideration of Petitioner's Motion for Order Permitting Mental Health Evaluations, it is hereby ORDERED that Petitioner's Motion is GRANTED, and the United States Penitentiary at Terre Haute, Indiana shall grant Donna Schwartz-Watts, M.D., and Sally Johnson, M.D., access to inmate Jeffrey William Paul for purposes of these evaluations at times convenient to the institution, Dr. Schwartz-Watts, and Dr. Johnson.

BY THE COURT:

_________________________________
Honorable William T. Lawrence