IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>J. F CARAWAY, Warden,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:13-cv-304-WTL-WGH |

**MOTION TO DISMISS**

Comes now the respondent, by counsel, and moves to dismiss the petitioner Jeffrey William Paul's 28 U.S.C. § 2241 petition for a writ of habeas corpus.

In support of this motion, the respondent advises the Court as follows:

1. The Court lacks jurisdiction to entertain the petitioner Paul's petition for a writ of habeas corpus; and

2. The petitioner Paul is not entitled to proceed in this Court pursuant to the "saving clause" provision of 28 U.S.C. § 2255.

WHEREFORE, the respondent respectfully prays that the Court deny the petitioner Paul's petition for a writ of habeas corpus and that it dismiss Paul's petition for lack of jurisdiction.

Respectfully Submitted,

JOSH J. MINKLER
Acting United States Attorney

By: s/Gerald A. Coraz
Gerald A. Coraz
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Billy H. Nolas
Federal Community Defender
for the Eastern District of Pennsylvania
Billy_nolas@fd.org

Leigh Skipper
Federal Community Defender Office
leigh_skipper@fd.org

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

s/Gerald A. Coraz
Gerald A. Coraz
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333