1

COUNTY OF LAFAYETTE

STATE OF MISSISSIPPI

# DECLARATION OF JAMES MASSEY

1. My name is James Massey, and I am over the age of eighteen and am competent to provide the information set forth in this declaration.

2. I am the maternal uncle of Jeffery Paul, who is on death row in Terre Haute, Indiana. My parents are Hubert and Martha Massey. My sister Paula is Jeff's mother, and his father is Dennis Paul.

3. I was around the Paul family a lot when Jeff was a young child. I lived in the same town as the Paul family for many years during Jeff's childhood. There were periods during this time when I actually lived with the Paul family. Even before Jeff was born I lived with Dennis and Paula in Florida. Then after Jeff was born, I lived with the family for a couple of years while they were living in Malvern, Arkansas. I lived with them again for periods of several months at a time after that. I was around the Paul household very regularly even when I was not living with the family.

4. So I was very acquainted with the family and all of the people in it. I know a great deal about each of the family members, including of course my sister Paula, and Dennis, and each of the boys. I observed how they interacted and how the family operated.

5. The most prominent thing that sticks in my mind about that family was how violent Dennis was with his kids, especially Jeff, and to a slightly lesser degree, Jason. I saw Dennis do some very horrible things to Jeff as a child. I knew it was wrong then, but I never could do anything to stop him. And my sister Paula was in love with Dennis and could not bring herself to leave him, nor could she stop what he was doing to their sons. To this day I think about how I wished I could have done something to help out those kids.

6. Dennis just couldn't reign in his temper. He would easily and quickly lose control, and he would start raging. During these episodes he would yell and scream and cuss at Jeff or Jason. And more often than not he would get physically violent towards Jeff.

7. I can't even guess how many times I saw Dennis physically attack Jeff while he was still a child, it happened so frequently. It was just a very regular occurrence in that house.

8. It seemed like anything could set Dennis off; you would just never know when he was going to snap and lash out. Jeff was most often the victim of Dennis's tirades.

9. I remember on a number of occasions when Dennis would actually pick up little Jeff and throw him across the room; sometimes Jeff would

even hit the wall. Jeff would be screaming in pain and fear. I also saw Dennis on top of Jeff many times, grabbing him in a choke hold; I was always worried he was going to severely injure Jeff, or even kill him. Just talking about it now, looking back on it all, I get very upset about it. I can't even imagine how horrible it must have been for little Jeff, and I still wish I had been able to do something to stop it.

10. After Dennis would have pummeled Jeff and everything was over, he would go on about the day as if nothing had happened. He didn't seem to be able to control his temper around me either, as he would often act this way despite the fact that I was watching.

11. On several occasions I tried to intervene to get Dennis to stop. He would then turn on me, lashing out verbally at me. But Dennis never tried anything physical with me that I can remember.

12. Jeff was an unusual child from early on. Things were going on inside Jeff that I tried to understand and help him with, but they were things that, in retrospect, I guess he needed more professional help with. While Jeff was a child he would see things, mostly people, in the room with us, which were not there. He would ask me if I saw them, and I would tell him I didn't. I would ask him to tell me what they looked like, and I would grill him about it.

13. Most of the time the people he saw were dark figures, almost always male, older, wearing dark clothing. They were strangers. Sometimes he told me they would talk to him. I don't remember what they would say to him. He was almost always scared when he would see these figures.

14. I really didn't know what to make of it, and I wasn't his parent, so I didn't feel like I could or should do anything besides what I did. So I would just talk to him about it and try to help him feel safe. I would comfort him as best I could, and assure him that everything was okay, and that perhaps he had a special "gift." I guess I figured that given what he was going through, it wasn't so surprising that he might be seeing some strange things and all.

15. Despite everything, Jeff had a kind and caring disposition; he just couldn't stand to see anything get hurt or injured. This was especially true of animals. Jeff drug in more small, injured or abandoned animals than I can even remember. When I watched the trial, I was particularly troubled that the lawyers never let the jury know really anything about these good parts of Jeff. There were just so many stories they could have been told about Jeff's caring, sensitive side.

16. Dennis's problems weren't just about his violence. He was also an absent father a great deal of the time. Dennis often would take off, sometimes for long periods of time, without telling anyone where he was

going or what he was up to. Sometimes he would be gone for a couple of days, sometimes for several weeks. One time I remember he left with an Indian woman and had said he was off in the mountains camping out with her. When he would come home after being gone, he would just pop back in like nothing had happened. The kids were very upset about this, asking where daddy was, why he would be gone, when he was coming back, etc. Paula of course couldn't ever really say, because she herself did not know. I know my parents would encourage Paula to leave Dennis, but she would always just take him back in.

17. He even pulled the abandonment stunt on me one time. For a while he and I did some work together driving a truck. One time we were on a trip together, and we were in Oklahoma. Rather than complete the job, Dennis just hopped out of the truck at one point and told me he was heading back home. I guess he hitched rides all the way back to the house in Arkansas.

18. Dennis was a real liar too. I know Paula mentioned this issue at the trial, but like everything with Dennis, she downplayed his faults. But his problem with truth telling was severe; again, I'm no expert, but this guy had a disease. Dennis didn't just lie about things; he actually lived lies, assuming complete past stories about himself that simply were not true. He carried around fake papers supposedly showing he was an agent with the

NSA. He claimed he had studied martial arts under a Shaoulin master in Tibet. I'm not sure why or how he became like this, but I always liken it to "The Secret Life of Walter Middy." He just lived a fantasy life most of the time. Like other things with Dennis, I cannot imagine just how damaging this must have been for the children. There was another incident where Dennis had forged documents that showed he was a "registered respiratory therapist" and was hired by St. Joseph's Hospital in Hot Springs. As usual Dennis had used their computer to make the fake documents. When the hospital became aware of the big lie he was terminated and there was talk of prosecuting him but the hospital did not want the public to become aware of what had happened at the hospital so the charges were dropped.

19. I was in Hot Springs during Jeff's trial. I was in the courtroom each day, and I watched everything that was going on. I focused a lot of my attention on Jeff. The thing that struck me most about it all was how Jeff's whole manner and presence changed drastically from the beginning to the end of the trial. I saw how he was behaving in the courtroom, how he kept "acting out" in front of the jury, culminating with his outbursts to the judge at the end. But watching Jeff closely, and knowing him the way I did, I could tell there was a lot more going on than just an angry teenager having a fit.

20. At first Jeff seemed okay to me; I saw his face, the way he was interacting with his attorneys, how he would glance at me and smile. As the process continued, however, all of this changed. He stopped talking to his lawyers; he withdrew into himself; his face had a dazed and blank stare on it most of the time. By the end, Jeff looked so confused and bewildered; it looked to me like he didn't really know where he was. I'm no expert or anything, but I knew Jeff very well, and I could tell that by the time that trial was over, he was not really there; he was disconnected, completely out of it and aloof.

21. As I say, I could read Jeff; I had been around him a great deal from the time he was a baby. I could tell a bit about what was going on inside of him just by watching him. Something very awful happened to Jeff in that courtroom, and it seemed to me like no one was paying any attention to it, except when Jeff's emotions would bubble up and he would have an outburst.

22. During the trial no one ever mentioned that Jeff was sexually molested by a 13 or 14 year old girl who lived across the street from Paula and Dennis in Malvern, AR during the time I was living with them. He was 6 or 7 at the time of the incident. Paula was furious about it and Jeff was disturbed not knowing why everyone was angry with him. I guess I can

understand why, given that the older girl initiated the event. Jeff was too young to even know what to do with a female at the time.

23. I took off from work while being a Senior Network Engineer contracted to the United States Postal Service to be at Jeff's trial. I personally went to see Jeff's lawyer at some point. The lawyer did not ask me any questions, even though I told him I would be glad to be of any help I could. The lawyer never asked me to testify but I would have gladly have done so. I couldn't believe what was happening during the trial.

24. Under penalty of perjury under the laws of the State of Mississippi and of the United States, I hereby swear that the foregoing is true and correct to the best of my information and belief.

25. This 11th day of February, 2005.

a. ____________________

b. James Massey