2

COUNTY OF LAFAYETTE

STATE OF MISSISSIPPI

## DECLARATION OF PAULA PAUL

1. My name is Paula Paul, and I am over the age of eighteen and am competent to provide the information set forth in this declaration.

2. I am the mother of Jeffery Paul, who is on death row in Terre Haute, Indiana. I testified at my son's capital murder trial.

3. There are a number of things I did not testify to during the trial. Of course I just answered the questions the lawyers asked me, and the same was true of my interactions with the lawyers before the trial. Had they asked me about any of what I discuss in this declaration, I would have been happy to tell them and testify about any of this.

4. Jeff was a good boy, but he was also different, and in a way that I still don't really understand. Jeff would see people in the room that weren't there. He would say to me, "I see someone right now, standing over there. Do you see them Mom?" Of course there would be no one else in the room, and I would just answer him truthfully that I did not see anybody. I didn't really know what to make of this, and I guess I just tried to ignore it when it happened and move on.

5. When he got a little older, Jeff would also talk about how his life was already planned out and there wasn't a thing he could do about it. It wasn't him saying that he just felt trapped; it was that he believed someone or some thing was controlling everything, and had already decided what was going to happen to Jeff.

6. For example, I remember one time when he was probably just entering adolescence, and he had gotten angry about something. He was at the service station my dad had, and he was mad at Dad for some reason. He started saying how he knew he was going to be in prison, and he knew we all knew it and was just waiting for the time to come. You could tell by the way he was talking that he was really paranoid about this, and felt like the adults in his life were in on the fix.

7. Later on, when he was at the mental hospital at Rivendell, he said something the same way, with the same sense of paranoia and conspiracy. I was visiting on his birthday while he was in the hospital, and he told me that he was "always going to be in a place like this on my birthday." It had the same sense of pre-destiny like he believed he was a puppet and someone was pulling the strings.

8. Jeff's lawyers never asked me much about Jeff's positive qualities, but there were plenty. One of the most striking was that he hated to see

things get hurt. One time he jumped into a lake to rescue a bird that had fallen in and seemed to be struggling. Another time there were a bunch of tarantula spiders on the road, and Jeff was horrified that they would get run over by the cars passing by.

9. There was a program in our area once where a place needed to have some ducks for kids to pet at something called the "IQ Zoo." They had asked for volunteers to raise ducks in captivity to get it used to being handled by humans. So Jeff signed up. He hand fed that little for what seemed like an eternity. And when the time came for him to turn it over to the Zoo, he had a real hard time letting it go.

10. One time he found a tiny baby raccoon walking down Grand Avenue in Hot Springs. There was no sign of its mother, so Jeff brought it home. It was so little he had to bottle feed it. A friend of his named Heather helped him with it, and the raccoon ended up at Heather's house eventually.

11. He had the same soft place in his heart for people in need. I remember one time Jeff saw a homeless man on a street corner. We were eating some food, and it was clear the man had nothing to eat. Jeff was very disturbed about this, and he asked me why the man didn't have anything to eat? I didn't come up with a very good answer I'm sure. Anyway, Jeff had some change in his pocket, and he walked right over to the man and gave

him what he had for some food. He was probably twelve years old or so when this happened.

12. Jeff would always make things for me in whatever activity he was doing. I still have a number of craft projects he made while he was in Cub Scouts. He was very artistic.

13. I know my parents have talked about some of the mental problems and things with people on that side of our family. Dennis's side of the family has its own share of problems too. His family has many, many severe alcoholics in it, beginning with his mother, his father (now deceased), his sisters and his brother. They're all bad alcoholics.

14. Dennis's uncle Shorty was also a drunk. One time he was drunk and he got in a car and ran over his own mother and killed her. This was in Malvern, Arkansas, some time in the early 1980's. He was charged with some crime, but I don't know what happened to the case.

15. A cousin of Dennis's, Terry Paul, also tried to commit suicide, but she lived.

16. There are so many things I could say about Jeff and our family, if given enough time to talk things through and sit down with someone who knew what to ask. I don't feel like this ever really happened before Jeff's

trial. If it had, I would have been happy to answer any questions, and testify about anything the lawyers had asked me to.

Under penalty of perjury under the laws of the State of Mississippi and of the United States, I hereby swear that the foregoing is true and correct to the best of my information and belief.

This 10th day of February, 2005.

Paula Paul

Paula Paul