4

COUNTY OF LAFAYETTE

STATE OF MISSISSIPPI

## DECLARATION OF HUBERT MASSEY

1. My name is Hubert Massey, and I am over the age of eighteen and am competent to provide the information set forth in this declaration.

2. I am the maternal grandfather of Jeffery Paul, who is on death row in Terre Haute, Indiana. My daughter Paula is Jeff's mother. Jeff's father is Dennis Paul.

3. My wife Martha and I were close to my daughter's family throughout the time Jeff was being raised by Paula and Dennis. We watched Jeff and his brothers grow up from infancy on. We lived in Malvern and Hot Springs, Arkansas, for a number of years while Jeff was growing up. My wife and I lived in houses that close to Paula and Dennis's house. We would spend a lot of time at the Paul house during this period. This was when Jeff was about six years old, and we were there for six or seven years after that.

4. The household Jeff was raised in was not a very safe place for a child. Dennis was a violent man, and he was unpredictable and often absent from the family. My wife and I could see very clearly what was happening

to the kids, including little Jeff, but Paula was our daughter, and she loved Dennis, and we could do nothing about that.

5. We knew Dennis would physically hurt Jeff when he was a child, and he did this repeatedly. Some times Dennis would grab little Jeff's ears and pull him up off the ground by the ears. This was when Jeff was a little child; he would scream and scream, begging his daddy, "stop daddy, stop...," but Dennis would just hold him up like that for what seemed like a long time. Jeff would then run off screaming and rubbing his head and face from the pain.

6. Dennis also would hit Jeff and throw him against the wall in anger. I don't know if Jeff was ever taken to the doctor for any of these beatings. My wife and I would often be at Dennis and Paula's house, and we would hear Dennis wailing the tar out of Jeff in another room, and Jeff would be screaming his head off.

7. Dennis also seemed to want to torture little Jeff for no good reason. One time he made Jeff stand on his bed, and he started emptying out Jeff's drawers and throwing stuff all over the room. Dennis was in a rage, and Jeff was crying and begging his daddy to stop, but Dennis just wouldn't stop.

8. Dennis always tried to cover these things up. If he had been in another room doing something like this to Jeff, he would come out, see us

there, and then try to act like nothing had happened and like we hadn't heard anything.

9. In fact, Dennis was a real bad liar. He would tell you just about anything about himself to make him look bigger or tougher or more accomplished than he really was. He would often lie about his past, claiming he had been a big war hero who had fought battles with the "Japs" or the "Gooks" or whatever. Lots of people would believe him, because he was good at it; but we knew better.

10. I remember when this whole thing with Jeff happened when he was finally arrested, the FBI agent here in Mississippi, agent LaVoie, had been coming around our house asking me if I knew anything about where Jeff was or what his father was up to. Right after they arrested Jeff here in Mississippi, agent LaVoie also had Dennis in the Oxford jail. LaVoie told me he figured that Dennis had helped Jeff and Jason while they were running from the law. He had been interrogating Dennis, and Dennis was crying and whimpering. LaVoie and I talked at this time too, and LaVoie shared with me how he felt about Dennis. Even LaVoie had figured Dennis out. He told me that Dennis Paul was the biggest liar he had ever met, and he had met a lot of liars in his years as a federal agent. He said he couldn't get Dennis to tell the truth or to own up to the lies he was telling him.

11. When Jeff was younger, Dennis pretended for awhile like he was some kind of black belt in karate or something; he even started a martial arts club, and they had a gym and everything in Hot Springs, Arkansas. Dennis had a bunch of troubled young boys in the area, including Jeff and his brother Jason, all caught up in learning martial arts and everything, And he had them all believing he had been trained by "the masters" in some far off Asian place. Again, we knew this just wasn't true, but he had all these kids convinced.

12. It was around this time that Jeff got his face badly injured with a knife. We were not there when it happened, but we always wondered if we had ever gotten the whole story about it. Dennis claimed that the boys were just goofing around throwing knives at trees and that one just ricocheted off and hit Jeff in the face. But we knew that Dennis had been "teaching" the martial arts boys about knife throwing and knife fighting, and one of the boys had said that Dennis was involved in injuring Jeff during one of these "practices." However it happened, Jeff was really messed up about that. His face was left badly scarred, while he was just becoming a teenager, and he was always very self-conscious about the scar and always afraid to talk about what had happened.

13. Dennis never could hold a steady job while Jeff was growing up. I know that several times he got caught lying about his past experience, and so he would have a job for a short period, and then they would figure out he had lied about his background and fire him. But most of the time he just wasn't dependable enough to keep a job.

14. In fact, part of the problem was that he wouldn't stay at home. He would frequently leave Paula and the children and wander off, sometimes for weeks at a time. Then he would just show up one day and, like always, just act like everything was normal and all was well. He did this so many times when Jeff was growing up that I can't count them all; I would guess he did it more than twenty or thirty times.

15. Jeff was actually a good little boy, despite how he was being treated by his father. He was very gentle and loving. He really cared for animals, and would always want to save some little creature that he had picked up from somewhere.

16. Dennis and Paula never had much money while Jeff was a child, in part because Dennis wouldn't work. But Jeff would do little jobs to make some change now and then. And he would always buy me a little something with whatever puny amount of money he had. One of my favorite things is

Three Musketeers bars; I remember a number of times when Jeff would buy me one with the little money he had saved.

17. We don't know a whole lot about Dennis Paul's family background; this was mostly because Dennis wouldn't talk much about it, and when he did, we knew not to trust what he said. I do know his mother Bobby, who lives in some kind of a special home now in Benton, Arkansas, was a very bad alcoholic. In fact I know that there were a lot of alcoholics all through Dennis's family.

18. Our side of the family too has a long history of mental problems and such. My mother's father, Joe Card, killed himself with a shotgun when my mother was very young. I never did know why he did it, because my mom wouldn't talk about it much.

19. Actually, it's hard to admit it, but I tried to kill myself too one time. My father was a very violent man; he was very mean to me and my siblings, and to my mother. He would get drunk and would beat us up awfully bad. One time, when I was a teenager, I just couldn't take it anymore, and I went out by the side of the house and put a rifle to my chest and shot myself. I didn't die though, but I was badly injured in the shoulder area, and was hospitalized. This happened in Bruce, Mississippi.

20. My nephew Buford (he is my brother James's child), hung himself and killed himself in a jail cell. He had bad alcohol and drug addiction problems.

21. And my niece, Pat Massey (also my brother James's child), never could make it through school. I don't know if she was mentally retarded or brain damaged or what, but I do know she was never right in the head and couldn't make it past the first or second grade. I don't have much contact with them now.

22. My wife's sister, Lenora Baker, was living in Bruce, Mississippi, and one time she tried to kill herself by slitting her wrists in the bathtub. I came over and found her lying in the tub; blood was everywhere, and she was lying in the tub only partially clothed. We took her to the hospital, and then she was committed to the Whitfield State (mental) Hospital in Jackson, Mississippi. This happened probably thirty years or so ago.

23. My wife's uncle (her daddy's brother), Troy Baker, also killed himself. He too was a bad alcoholic. One day he sat down by the side of the house (in Calhoun County, Mississippi), and shot himself with a shotgun. My wife's father, J.S. Baker, also suffered from severe depression.

24. Also, our son James, who is Jeff's uncle, has had severe mental problems for many years. While he is very intelligent and gifted, he suffers

from schizophrenia. He has been hospitalized for this illness, and at times the illness has interfered with his ability to work and go about daily life.

25. The lawyers who represented Jeff at his trial never spent any time with me or my wife asking me questions about Jeff, or his childhood, or our families. No one else from the defense team ever spoke to either of us. We would have been happy to talk and provide any information to anyone to help out our grandson Jeff.

26. I know a lot more details than what I've said here about Jeff and his family and his upbringing. The more I talk about this with someone who knows the right questions to ask, the more I remember. I am old now, but if given the chance, I can remember things pretty well.

27. I would've been happy to share all of this information with whomever to assist in Jeff's defense. I would have been willing to testify for Jeff at his trial if the lawyers had asked me to do so. I met them once and told them so, but they never followed up with me nor did they have me testify.

Under penalty of perjury under the laws of the State of Mississippi, I hereby swear that the foregoing is true and correct to the best if my information and belief.

This 11 day of February 2005.

Hubert Massey