**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | : | |
| Petitioner, | : | CIVIL ACTION (Capital Habeas Corpus) |
| v. | : | No. 13-CV-00304-WTL-WGH |
| SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA | : | |
| Respondents. | : | **Hon. William T. Lawrence United States District Judge** |

**MOTION FOR EXTENSION OF TIME TO FILE**
**AMENDED PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner, Jeffery William Paul, through undersigned counsel, respectfully requests a ninety (90) day extension of time for the filing of an amended petition, and in support submits the following:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute. Petitioner was convicted and sentenced to death in the United States District Court for the Western District of Arkansas. His conviction and sentence were affirmed on appeal. United States v. Paul, 217 F.3d 989 (8th Cir. 2000) (cert. denied Oct. 1, 2001). Petitioner filed a petition for post-conviction relief pursuant to 28 U.S.C. § 2255, which was denied. That denial was affirmed on appeal. United States v. Paul, 534 F.3d 832 (8th Cir. 2008) (cert. denied Oct. 5, 2009).

2. Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013. Dkt. No. 1. On April 18, 2014, Petitioner filed a *pro se* motion requesting that

counsel be appointed. Dkt. No. 11. On April 29, 2014, the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") filed a Motion to Appoint Counsel on Petitioner's behalf. Dkt. No. 24. This Court granted Petitioner's April 29, 2014 appointment motion, appointed the FCDO to Petitioner's case, and granted Petitioner through July 11, 2014 to file an Amended Petition for a Writ of Habeas Corpus or take any other action as the case warranted. Dkt. Nos. 25, 26.

3. On July, 9, 2014, Petitioner filed an Unopposed Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus and requested an additional ninety (90) days in which to conduct the research and investigation necessary to file a professionally adequate amended petition. Dkt. No. 36. Respondents had no objection to Petitioner's request for additional time. Dkt. No. 36 at ¶ 5.

4. On September 17, 2014, Petitioner filed a Motion for Order Permitting Mental Health Evaluations, wherein he requested that this Court order USP-Terre Haute to permit two forensic psychiatrists access to Petitioner for the purpose of evaluating his mental health. Dkt. No. 38. On September 24, 2014, Respondents filed a Motion to Dismiss, wherein they requested that Petitioner's requested mental health evaluations be denied, and his *pro se* habeas petition be dismissed. Dkt. Nos. 39 and 40. On October 1, 2014, Petitioner filed his Answer in Opposition to Respondents' Motion to Dismiss. Dkt. No. 42.

5. Petitioner's July 9, 2014 Unopposed Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus, his Motion for Order Permitting Mental Health Evaluations, and Respondents' Motion to Dismiss are pending.

6. Petitioner respectfully requests an additional ninety days (until January 7, 2015) to submit an Amended Petition for a Writ of Habeas Corpus on Petitioner's behalf. As noted in Petitioner's Answer in Opposition to Respondents' Motion to Dismiss, counsel at every stage of a capital case have an obligation to "conduct thorough and independent investigations relating to the issues of both guilt and penalty," and to "conduct a full examination of the defense provided to the client at all prior phases of the case." Guideline 10.7, ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases ("ABA Guidelines") (reprinted in 31 Hofstra L. Rev. 913 (Summer 2003)); Dkt. No. 42 at 6. See, also, Guideline 10.11, ABA Guidelines (counsel in a capital case have a "continuing duty to investigate issues bearing upon penalty and to seek information that supports mitigation or rebuts the prosecution's case in aggravation"); Dtk. No. 42 at 10. Pursuant to this obligation, the undersigned have been diligently reviewing the record for the prior proceedings in Petitioner's case, and have made significant progress on this front. As these records are voluminous, the undersigned respectfully requests that they be permitted additional time to complete their review.

7. Undersigned counsel also request additional time to complete their investigation of Petitioner's mental health issues. As noted in prior filings, Petitioner has a significant history of mental illness which will be relevant to future filings, and counsel are obligated to monitor and investigate Petitioner's mental health status. See Dtk. No. 42 at 10-13; Dkt. No. 38 at 2. Pursuant to this obligation, counsel have requested Petitioner's records from the Bureau of Prisons as these records will include evidence relevant to his functioning. Additionally, as noted above, Petitioner has a request for mental health evaluations that is pending before this Court. Additional time is needed for the Bureau of Prisons to comply with Petitioner's records request,

and, if this Court grants Petitioner's request for mental health evaluations, for counsel to arrange for the evaluations to be conducted.

WHEREFORE, Petitioner respectfully requests leave for an extension of ninety (90) days, until January 7, 2015, to file his Amended Petition for a Writ of Habeas Corpus. (A proposed Order accompanies this motion.)

Respectfully submitted,

/s/ Shawn Nolan

SHAWN NOLAN
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

Dated: October 9, 2014

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, hereby certify that on this 9th day of October, 2014, this Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus has been served via the Electronic Case Filing system on the following counsel of record:

Gerald A. Coraz, Esq.
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ Shawn Nolan
SHAWN NOLAN