**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br>Petitioner,<br>v.<br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br>Respondents. | : | CIVIL ACTION<br>(Capital Habeas Corpus)<br>No. 13-CV-00304-WTL-WGH |

ORDER

AND NOW, this _______ day of ___________, 2014, upon consideration of Petitioner's Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall filed a counseled Amended Petitioner for a Writ of Habeas Corpus no later than January 7, 2015.

BY THE COURT:

__________________________________
Honorable William T. Lawrence