**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The respondent's motion to dismiss has been considered. That motion [dkt 39] is denied because "[w]hether the proceeding is allowable under [28 U.S.C.] § 2255(e) is a question on the merits; it does not affect subject-matter jurisdiction." *Sperberg v. Marberry*, 381 Fed. Appx. 602 (7th Cir. 2010) (nonprecedential).

2. The petitioner's motion for extension of time [dkt 43] is granted. He shall have through February 4, 2015 in which to file an amended petition for writ of habeas corpus.

3. The respondent shall have through February 27, 2015 in which to show cause why the relief sought in the amended petition for writ of habeas corpus (or in the original habeas petition, if an amended petition is not filed as permitted in paragraph 2 of this Entry) should not be granted.

4. The petitioner's mental health could affect his representation in this action and/or the contents of his anticipated amended petition for writ of habeas corpus. His motion for order permitting mental health evaluations [dkt 38] is therefore **granted.** The proposed order tendered with such motion is issued in the form presented.

IT IS SO ORDERED.

Date: 12/01/14

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel