**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

O R D E R

The petitioner's Motion for Order Permitting Mental Health Evaluations, it is hereby ORDERED that Petitioner's Motion is GRANTED and the United States Penitentiary at Terre Haute, Indiana shall grant Donna Schwartz-Watts, M.D., and Sally Johnson, M.D., access to inmate Jeffrey William Paul and to records pertinent to his mental health condition and/or treatment for purposes of these evaluations at times convenient to the institution, Dr. Schwartz-Watts, and Dr. Johnson.

IT IS SO ORDERED.

Date: 12/01/14

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel