**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL, Petitioner, | CIVIL ACTION (Capital Habeas Corpus) |
| v. | No. 13-CV-00304-WTL-WGH |
| SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA Respondents. | **Hon. William T. Lawrence** **United States District Judge** |

**MOTION FOR EXTENSION OF TIME TO FILE**
**AMENDED PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner, Jeffery William Paul, through undersigned counsel, respectfully requests a ninety (90) day extension of time for the filing of an amended petition, and in support submits the following:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute ("USP-Terre Haute"). Petitioner was convicted and sentenced to death in the United States District Court for the Western District of Arkansas. His conviction and sentence were affirmed on appeal. United States v. Paul, 217 F.3d 989 (8th Cir. 2000) (cert. denied Oct. 1, 2001). Petitioner filed a petition for post-conviction relief pursuant to 28 U.S.C. § 2255, which was denied. That denial was affirmed on appeal. United States v. Paul, 534 F.3d 832 (8th Cir. 2008) (cert. denied Oct. 5, 2009).

2. Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013. Dkt. No. 1. On April 18, 2014, Petitioner filed a *pro se* motion requesting that

counsel be appointed. Dkt. No. 11. On April 29, 2014, the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") filed a Motion to Appoint Counsel on Petitioner's behalf. Dkt. No. 24. This Court granted Petitioner's April 29, 2014 appointment motion, appointed the FCDO to Petitioner's case, and granted Petitioner through July 11, 2014 to file an Amended Petition for a Writ of Habeas Corpus or take any other action as the case warranted. Dkt. Nos. 25, 26.

3. On July, 9, 2014, Petitioner filed an Unopposed Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus and requested an additional ninety (90) days in which to conduct the research and investigation necessary to file a professionally adequate amended petition. Dkt. No. 36.

4. On September 17, 2014, Petitioner filed a Motion for Order Permitting Mental Health Evaluations and requested that this Court order USP-Terre Haute to permit two forensic psychiatrists access to Petitioner for the purpose of evaluating his mental health. Dkt. No. 38. On September 24, 2014, Respondents filed a Motion to Dismiss, wherein they requested that Petitioner's requested mental health evaluations be denied and his *pro se* habeas petition be dismissed. Dkt. Nos. 39 and 40. On October 1, 2014, Petitioner filed his Answer in Opposition to Respondents' Motion to Dismiss. Dkt. No. 42. On October 9, 2014, Petitioner also requested an additional ninety days in which to complete his habeas petition. Dkt. No. 43.

5. On December 1, 2014, this Court granted Petitioner's request for mental health evaluations and denied Respondents' Motion to Dismiss. Dkt. Nos. 44, 45 The Court also granted Petitioner's then-pending extension motions, ordered that Petitioner had until February 4, 2015 to file his Amended Petition for writ of Habeas Corpus, and ordered USP-Terre Haute to

grant the mental health experts access to "records pertinent to his mental health condition and/or treatment ... ." Dkt. Nos. 44, 45.

6. Petitioner respectfully requests an additional ninety days (until May 4, 2015) to submit an Amended Petition for a Writ of Habeas Corpus on Petitioner's behalf so that counsel may complete their investigation of Petitioner's mental health issues. As described in prior filings, Petitioner has a significant history of mental illness and counsel are obligated to investigate Petitioner's mental health status. See Dkt. No. 42 at 10-13; Dkt. No. 38 at 2. Pursuant to this obligation, the undersigned arranged for mental health evaluations of Petitioner, which were scheduled and completed in December 2014. However, undersigned counsel have not yet received a complete copy of Petitioner's records from the Bureau of Prisons ("BOP"). These records are necessary for counsel to complete their investigation of Petitioner's history. It is also necessary for the mental health experts to review these records as the records may contain information on Petitioner's medical, mental health, and behavioral functioning. Counsel requested these records from the BOP on September 11, 2014 and directly from USP-Terre Haute on December 16, 2014, after this Court issued its December 1, 2014 Order compelling the disclosure of prison records pertinent to the psychiatrists' evaluations of Petitioner. To date, the BOP has failed to comply with either request. To insure that Petitioner's BOP records are provided in a timely fashion, the undersigned are filing a Motion for the Production of Petitioner's Prison Records within Ten Days simultaneously with the instant request for additional time. Counsel respectfully request that additional time be granted so that they may acquire and review a complete copy of Petitioner's BOP records and provide these to the mental health experts.

WHEREFORE, Petitioner respectfully requests leave for an extension of ninety (90) days, until May 4, 2015, to file his Amended Petition for a Writ of Habeas Corpus. (A proposed Order accompanies this motion.)

Respectfully submitted,

/s/ Shawn Nolan
SHAWN NOLAN
BILLY H. NOLAS
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

Dated: February 3, 2015

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, hereby certify that on this 3rd day of February, 2015, this Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus has been served via the Electronic Case Filing system on the following counsel of record:

Gerald A. Coraz, Esq.
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ Shawn Nolan
SHAWN NOLAN