**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | : | |
| Petitioner, | : | CIVIL ACTION (Capital Habeas Corpus) |
| v. | : | No. 13-CV-00304-WTL-WGH |
| SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA, | : | |
| Respondents. | : | |

ORDER

AND NOW, this _______ day of ___________, 2015, upon consideration of Petitioner's Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall filed a counseled Amended Petition for a Writ of Habeas Corpus no later than May 4, 2015.

BY THE COURT:

___________________________________
Honorable William T. Lawrence