**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br>Petitioner,<br>v.<br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br>Respondents. | : | CIVIL ACTION<br>(Capital Habeas Corpus)<br>No. 13-CV-00304-WTL-WGH |

ORDER

AND NOW, this _______ day of ___________, 2015, upon consideration of Petitioner's Motion for the Production of Petitioner's Prison Records within Ten Days, it is hereby ORDERED that Petitioner's Motion is GRANTED, and the United States Penitentiary at Terre Haute, Indiana shall provide a copy of any medical, mental health, disciplinary, and central file records in its possession relating to Inmate Jeffrey William Paul, #10516-042, to the Federal Community Defender Office for the Eastern District of Pennsylvania, 601 Walnut Street, Suite 545 West, Philadelphia, PA 19106, attn: Shawn Nolan, within ten (10) days of the receipt of this Order.

BY THE COURT:

________________________________
Honorable William T. Lawrence