**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, USP Terre Haute, | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**UNITED STATES' RESPONSE TO PETITIONER'S**
**MOTION FOR THE PRODUCTION OF PETITIONER'S**
**PRISON RECORDS WITHIN TEN DAYS**

Comes now the United States of America, acting by and through Winfield Ong, United States Attorney for the Southern District of Indiana, and for its Response to Petitioner's Motion for the Production of Petitioner's Prison Records Within Ten Days, states:

1. On February 3, 2015, Petitioner filed a motion in which it requested this Court order USP-Terre Haute to disclose Petitioner's medical, mental health, disciplinary, and central file records within 10 days.

2. Petitioner's request was based on assertions that counsel for Petitioner had filed a Freedom of Information Act ("FOIA") request on September 11, 2014, for the above mentioned records. According to Petitioner, after failing to receive the records counsel requested a status update on October 21, 2014, and was informed by the Bureau of Prisons ("BOP") that the BOP required a $664.80 payment for the search and copying of the records which was paid for by counsel for the Petitioner. Petitioner asserts a second request for a status update was made on December 16, 2014, along counsel for Petitioner making a request directly to USP-Terre Haute based on this Court's December 1, 2014, Order compelling the disclosure of records pertinent to

Petitioner's mental health evaluations.

3. The United States has been informed by Rick Winter, Deputy Regional Counsel, Federal Bureau of Prisons, that the records Petitioner was requesting per the FOIA request were mailed out from Rochester, Minnesota, via first-class postage on Wednesday, February 11, 2015.

## ***CONCLUSION***

Because the records Petitioner has requested have been produced, the United States requests the Court to dismiss Petitioner's Motion for the Production of Petitioner's Prison Records Within Ten Days as moot.

Respectfully submitted,

JOSH J. MINKLER
Acting United States Attorney

By: s/ Winfield D. Ong
Winfield Ong
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Billy H. Nolas
Federal Community Defender
for the Eastern District of Pennsylvania
Billy_nolas@fd.org

Leigh Skipper
Federal Community Defender Office
leigh_skipper@fd.org

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

s/ Winfield D. Ong
Winfield Ong
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333