IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 FEB 18 PM 3:58
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

Inre:
Jeffery William Paul
Appellant
V.
Superintendent
Appellee

-In forma-pauperis-

Case No# 2:13 cv 304 *
WTL/ WGH

CAPITAL-CASE/Pro-Se -

-Motion for leave to file an amended Pro-Se Pleading with exhibit pursuant to redress a FUNDAMENTAL MISCARRIAGE of JUSTICE,byway of collateral aurhority under Title 28,ch.153-HABEAS CORPUS-§2255-

---

Comes now the Petitioner Pro-se does hereby The Federal Rules of Civil Procedure,move this Court to review the record on appeal as submitted,with respect to the standard of review,as a fundamental miscarriage of Justice due to insufficient remedy on the initial motion,violation of Pro Se Appellants right to Liberal(&)thorough due process-

1.Petitioner requests court review the attached pages(1.-8.),exhibits,according to FRCP Rule 10(a,b,c);7(a)...in support of this motion to amend an original complaint(&)draft a supplemental/support brief with a 74 pg.exhibit to support the claims therein,that the court has before it,a Petitioner with a learning disability,making prima facie claims(&)requesting due process for a meritorious claim for right to relief byway of standards of evidence in the statute(&) ACTUAL INNOCENCE-

2.Petitioner does claim that the standard set forth in cite-pg.7(&)8., Lorenzo L.Jones,Petitioner V. Barbara Bock,Warden,et al.(No.05-7058)(&) Timothy Williams,Petitioner V.William S.Overton,et al.(No.05-7142)(&) Barbara Bouchard,et al.549 US-,127 S.Ct.910,166 L.Ed.2d.798,2007-US Lexis 1325-1/22/2007-In re-1995 PLRA(Prison Litigation Reform Act) 42 USCS(en toto)...is the standard of review for LIBERAL DUE-PROCESS in the Court of Custody,(&)Certainly,petitioner does claim that the sentencing Court did not redress the original pro se motion(or Counsels),(&)that is a violation of my due process rights...see-pg.1(through)5.

3.Petitioner also claims that The BOP/DOJ are aware that appointed Counsel are in possession of documents which have been authenticated (&)contain prima facie evidence of my innocence(&)a litany of violations which wholly,prove that the US Govt.,did attempt to frame me for murder,raped my wife,bankrupted my family(&)willfully obstructed a person with a learning disability appealling a wrongful CAPITAL Conviction,under penalty of DEATH...petitioner requests You order prison to accomodate appointed counsel(&)that appointed Counsel appropriate the Pro Se Petition,but for them to prioritize my ACTUAL INNOCENCE(&) release,as opposed to legal theory or attrition...see pg.5.

4.Petitioner requests that Court assess the original motion with respect to FRCP-Pt.III-RULE 8(a)(1)...insufficient remedy(&)refusal to process pleadings is waiver of Jurisdiction;WD/AR-sentencing Court-(&),(2)(3), (e)...certainly the only relief would require court to vacate the conviction(&)order process from the initial complaint,which is a false allegation that should be dismissed,(&)restitution should be subject to automatic release with a financial assessment for 18 Yrs.of captivity,estrangement (&)corruption of blood-violation of USC 18-Ch.227-§3563-(&)Rule (9g), the squander of my INTELLECTUAL PROPERTY,including but not exclusively, my contrubution to my familys trademarked/registered,(REVISED),computer-company...Clearsystems:A Debt-Consolidation(&)Accounting Service®..., petitioner would request a business lawyer be appointed.

Respectfully Submitted-

Signed Jeffery W. Paul *

Jeffery W.Paul(10517042)
USP Terre Haute(Death Row)
P.O. Box 33/Terre Haute,IN.
47808

-Certificate of Service-

I Jeffery William Paul,do hereby swear that a true(&)correct copy of this motion was placed in the US Postal service on-(2/11/15)-for the USDC-Southern District of IN-