IN THE SOUTHERN DISTRICT OF INDIANA
UNITED STATES DISTRICT COURT -

In re-Paul V. Superintendent-Case No# 2:13 cv-304 WTL/WGH *

-Affidavit-

Comes now The Petitioner pro se does submit the following affidavit pursuant to filing status under Federal Rules of Civil Procedure-Provisions for Indigent Prisoners-In Forma Pauperis Status- 2:13 cv 304 *

1.Petitioner is ~~Single~~ Separated,has no source of income(&)is entirely dependent upon small money orders(&)has been paying filing fees for almost a decade despite being completely indigent(&)suffering the disparate effect of poverty...

2.Appointed Counsel are often not responsive to the financial needs I describe(&)my Parents are going into their 60's with 4 sons,grandchildren(&)no savings...Ive repeatedly attempted to get my Patents sold, much of which was minor initiatives,but get no return(&)no remedy for the obstruction from the Prison,despite being blatantly infringed.

3.Petitioner is already encumbered for the original motion.

Respectfully Submitted,

signed Jeffery W. Paul *

Jeffery W.Paul(10517042)
PO BOX 33(SCU/Death Row)
Terre Haute,IN. 47808

Certificate of service-I,Jeffery W.Paul do swear that a true(&)correct copy of this affidavit was placed in the US Postal Service for the USDC Southern District of Indiana-(2/11/15)-