— Paul v. Superintendent 2:13 / 304 —

(1)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA — PLAINTIFF

v. — No. 96-60022

JEFFERY WILLIAM PAUL — DEFENDANT

**ORDER**

Now on this 26th day of August, 2013, the above referenced matter comes before the Court for consideration of the **Magistrate Judge's Report and Recommendation** (document #390) and the **Motion to Object to Report & Recommendation, dated 7/22/2013 by Hon. Barry A. Bryant** (document #391). The Court, being well and sufficiently advised, finds and orders as follows:

1. On June 23, 1997, Jeffery William Paul was convicted of murder for the killing of a man in Hot Springs National Park, Hot Springs, Arkansas. Paul was sentenced to death as a result of that conviction in the United States District Court for the Western District of Arkansas.

2. A direct appeal and post-conviction proceedings followed. Counsel was appointed by this Court to represent Paul on all post-conviction matters. Specifically, Robert McGlasson was appointed on January 30, 2002; and, Sean O'Brien was appointed on September 15, 2003. In addition, Jennifer Merrigan was appointed on February 26, 2007 by the United States Court of Appeals for the Eighth Circuit.

3. All three court-appointed counsel remain counsel of record for Paul as of this date.

4. On February 7, 2013, Paul filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. The motion to vacate was filed pro se. Following that filing, Paul has filed numerous

— Paul v. Superintendent 2:13 cv. 304 —

2

other miscellaneous motions, all acting pro se. His court-appointed counsel remain his counsel of record in this case, but did not join in any of the recent pro se filings.

5. On July 17, 2013, this Court referred this matter to Honorable Barry A. Bryant, United States Magistrate Judge, for a report and recommendation as to whether the Court should address the pro se filings of Paul when he remains represented by counsel.

6. The instant Report and Recommendation finds that the Court has no obligation to consider pro se filings by litigants represented by counsel and recommends the Court decline to do so in this case going forward.

7. Paul has filed objections to the Report and Recommendation. The objections offer neither law nor fact requiring departure from the Report and Recommendation. Based upon the Magistrate Judge's thorough and well-reasoned comments, the Court finds that there is no merit to Paul's arguments and the same should be overruled.

8. In light of the foregoing, the Report and Recommendation will be approved and adopted as stated.

**IT IS THEREFORE ORDERED** that Paul's objections, entitled **Motion to Object to Report & Recommendation, dated 7/22/2013 by Hon. Barry A. Bryant** (document #391), **are overruled.**

**IT IS FURTHER ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #390) **is adopted *in toto* as follows:**

* the **Motion to Vacate** (document #383), **Motion for**

- Paul v. Superintendent 2:13 cv. 304 - (3)

**Immediate Relief** (document #384), **Motion for Relief** (document #385), **Motion for Hearing** (document #387), and **Motion to Amend** (document #388) are **denied;**

* the Clerk of this Court is directed to forward copies of all of the *pro se* filings made by Paul since February 7, 2013 to his counsel of record; and,

* the Clerk of this Court is directed to accept no further *pro se* filings by Paul in this matter until further notice by this Court.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

Paul v. Superintendent 2:13-cv-304

(4)

United States District Court
Western District of Arkansas
John Paul Hammerschmidt Federal Building
35 E. Mountain, Suite 559
Fayetteville, Arkansas 72701
(479) 695-4460
tlbinfo@arwd.uscourts.gov

Timothy L. Brooks
U.S. District Court Judge

---

May 16, 2014

Mr. Jeffery William Paul
10517042
P.O. Box 33
Terre Haute, IN 47808-0033

RE: USA v. Paul; Criminal No. 96-60022-001

Dear Mr. Paul:

Please be reminded that an order was entered in this matter on August 26, 2013, by the Honorable Jimm Larry Hendren directing the clerk to accept no further pro se filings since you are represented by counsel.

I am returning herewith all original documents you have mailed to the clerk and myself. These documents have been forwarded to your attorneys of record, Jennifer Merrigan, Karl Schwartz, and Jenny Osborne.

Sincerely,

Timothy L. Brooks
United States District Judge

meaning should, therefore, be spelled out in more detail in the section as is done by the amendment."

**1966 Acts.** Senate Report No. 1797, see 1966 U.S. Code Cong. and Adm. News, p. 3663.

**References in Text**

Section 408 of the Controlled Substances Act, referred to in subsec. (h), is classified to section 848 of Title 21, Food and Drugs.

## § 2255. Federal custody; remedies on motion attacking sentence

A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

Unless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court shall cause notice thereof to be served upon the United States attorney, grant a prompt hearing thereon, determine the issues and make findings of fact and conclusions of law with respect thereto. If the court finds that the judgment was rendered without jurisdiction, or that the sentence imposed was not authorized by law or otherwise open to collateral attack, or that there has been such a denial or infringement of the constitutional rights of the prisoner as to render the judgment vulnerable to collateral attack, the court shall vacate and set the judgment aside and shall discharge the prisoner or resentence him or grant a new trial or correct the sentence as may appear appropriate.

A court may entertain and determine such motion without requiring the production of the prisoner at the hearing.

An appeal may be taken to the court of appeals from the order entered on the motion as from a final judgment on application for a writ of habeas corpus.

An application for a writ of habeas corpus in behalf of a prisoner who is authorized to apply for relief by motion pursuant to this section, shall not be entertained if it appears that the applicant has failed to apply for relief, by motion, to the court which sentenced him, or that such court has denied him relief, unless it also appears that the remedy by motion is inadequate or ineffective to test the legality of his detention.

A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of—

(1) the date on which the judgment of conviction becomes final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Except as provided in section 408 of the Controlled Substances Act, in all proceedings brought under this section, and any subsequent proceedings on review, the court may appoint counsel, except as provided by a rule promulgated by the Supreme Court pursuant to statutory authority. Appointment of counsel under this section shall be governed by section 3006A of title 18.

A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain—

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

(June 25, 1948, c. 646, 62 Stat. 967; May 24, 1949, c. 139, § 114, 63 Stat. 105; Apr. 24, 1996, Pub.L. 104–132, Title I, § 105, 110 Stat. 1220.)

### HISTORICAL AND STATUTORY NOTES

**References in Text**

Section 408 of the Controlled Substances Act, referred to in text, is classified to section 848 of Title 21, Food and Drugs.

## [§ 2256. Omitted]

### HISTORICAL AND STATUTORY NOTES

**Codifications**

This section as added by Pub. L. 95–598, Title II, § 250(a), Nov. 6, 1978, 92 Stat. 2672, effective June 28, 1984, pursuant to Pub. L. 95–598, Title IV, § 402(b), Nov. 6, 1978, 92 Stat. 2682, as amended by Pub. L. 98–249, § 1(a), Mar. 31, 1984, 98 Stat. 116; Pub. L. 98–271, § 1(a), Apr. 30, 1984, 98 Stat. 163; Pub. L. 98–299, § 1(a), May 25, 1984, 98 Stat. 214; Pub. L. 98–325, § 1(a), June 20, 1984, 98 Stat. 268 [set out as an Effective and Applicability Provisions note preceding section 101 of Title 11, Bankruptcy], read as follows:

Paul v. Superintendent 2:13-cv-304

(6)

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Legal
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 12/03/2014 01:52:02 PM

Mr. Paul:
Please be advised that any person who is permitted a legal visit with you, has been determined to be an attorney in good standing or a verified member of your legal team. Staff are not able to force your legal team to file documents with the court. There is no evidence that any information or documentation has been withheld from your counsel.

I trust this addresses your concerns.
K. Siereveld

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 11/28/2014 6:32 PM >>>
To: scu
Inmate Work Assignment: scu

Dear Sirs,
Please review the requests I ve sent to You-including SIS which get no response...I need to contact someone to determine why my lawyers are taking so long to file my motions when the transcripts alone,satisfy the burden for an ineffective assistance of counsel claim,(&)include exclusive forensic reports...(&),as of 2005,the Court has had access to the affidavit of the perpetraters confession,which is consistent with his pretrial statements(&)also,wholly exonerate of the crime I was convicted of...I NEED to expedite the appeal(&)believe I have PROOF of a conspiracy to frame me for this murder...(&)the fact that the Bureau seems content to repeatedly ignore that(&)exacerbate the delay,causing more wrongful imprisonment(&)risk of injury,death of an innocent person is a fundamental violation of my due process rights...Please determine whether the Counsel appointed,are my Lawyers,(&)note that I absolutely forbid any brief that could be construed as incriminating...but damand they file soon,because Ive been effectively estopped for a DOZEN YEARS now...with no excuse(&)one unfulfilled promise after another...I cannot hire private Counsel(&)the DOJ apparently has no duty relevant to due process complaints despite those being explicitly proscribed in The US Constitution(&)USC Title 18...(ie)Ch.13-Civil Rights,Torture(&)other relevant violations...the DOJ has obstructed my innocence claims for 12 YEARS!!! (&)claims to have no conflict of interest or duty to redress the impedements(&)facilitate the claim,despite having certain knowledge that the evidence was impugned(&)since,authenticated(&)wholly consistant with pretrial statements from that person,(&)the physical evidence on the record!!!I am being murdered(&)the DOJ refuses to accept responsibility for the injury already sustained against my family(&)I.

Paul v. Superintendent 2:13-304 (7)

In the U.S. Supreme Court No. 14-1652 7th Circ.
No 14. 1722 (R.1)

LORENZO L. JONES, Petitioner
v
BARBARA BOCK, WARDEN, et al. (No. 05-7058)

TIMOTHY WILLIAMS, Petitioner
v
WILLIAM S. OVERTON, et al. (No. 05-7142)

JOHN H. WALTON, Petitioner
v
BARBARA BOUCHARD, et al.

549 U.S. —, 127 S. Ct. 910, 166 L. Ed. 2d 798, 2007 U.S. LEXIS 1325

Argued October 30, 2006.
Decided January 22, 2007.

**Decision:** Prison Litigation Reform Act held (1) to make failure to exhaust grievance procedures affirmative defense; (2) not to make exhaustion inadequate simply because individual later sued was not named in grievances; and (3) to allow court to proceed with exhausted claims when complaint included exhausted and unexhausted claims.

**Prior history:** 135 Fed. Appx. 837, 2005 U.S. App. LEXIS 11572; 136 Fed. Appx. 859, 2005 U.S. App. LEXIS 12277; 136 Fed Appx. 846, 2005 U.S. App. LEXIS 11991

## SUMMARY

The Prison Litigation Reform Act of 1995 (PLRA), as amended (42 U.S.C.S. §§ 1997e et seq.), requires prisoners to exhaust prison grievance procedures filing suit with respect to prison conditions.



After unsuccessfully seeking redress using the ance procedures authorized by Michigan's depa of corrections, an inmate in a Michigan state filed a civil rights action against six prison o under 42 U.S.C.S. § 1983 in the United States I Court for the Eastern District of Michigan. The I Court dismissed on the merits as to four officials a to the other two, concluded that the inmate had in his complaint to adequately plead exhaustion complaint. The United States Court of Appeals f Sixth Circuit (1) determined that the PLRA re (a) pleading of exhaustion, and (b) exhaustion a claims in a complaint; and (2) affirmed the I Court's judgment (135 Fed. Appx. 837, 2005 U.S LEXIS 11572).

As to a second Michigan state prison inmate also had filed a § 1983 suit after his two grievanc been denied, the District Court (1) concluded th inmate had not exhausted his administrative rer concerning one grievance because he had not, the grievance process, identified any of the o named in the suit; and (2) thus dismissed the enti under the Court of Appeals' total-exhaustion ru PLRA cases. The Court of Appeals affirmed the I Court's judgment (136 Fed. Appx. 859, 2005 U.S LEXIS 12277).

In addition, the United States District Court f Western District of Michigan dismissed a third gan state prison inmate's § 1983 suit under the exhaustion rule because the inmate's grievanc named only one of the six defendants in his sui Court of Appeals affirmed the District Court's ment (136 Fed Appx. 846, 2005 U.S. App. 11991).

(8)

On certiorari, the United States Supreme Court (1) consolidated the cases, and (2) reversed and remanded. In an opinion by ROBERTS, Ch. J., expressing the unanimous view of the court, it was held that under the PLRA:

- Failure to exhaust was an affirmative defense, and thus inmates were not required to specially plead or demonstrate exhaustion in their complaints, as (1) most courts viewed failure to exhaust as an affirmative defense; (2) claims covered by the PLRA were typically brought under § 1983, which did not require exhaustion; and (3) the usual practice under the Federal Rules of Civil Procedure was to regard exhaustion as an affirmative defense.
- Exhaustion was not per se inadequate simply because an individual later sued by a prisoner was not named in the prisoner's grievances, as (1) nothing in the statute imposed a "name all defendants" requirement; (2) compliance with prison grievance procedures, therefore, was all that was required by the PLRA to properly exhaust; and (3) although a "name all defendants" rule might promote early notice to those who might later be sued, that had not been thought to be one of the leading purposes of the exhaustion requirement.
- When both exhausted and unexhausted claims were included in a complaint, courts were allowed to dismiss the unexhausted claims and to consider the exhausted claims on the merits, as (1) other statutory language similar to that in the PLRA had not been thought to lead to the dismissal of an entire action if a single claim failed to meet the pertinent standards; (2) the Supreme Court found no indication that in the PLRA, Congress meant to depart from the norm that if a complaint contained both good and bad claims, a court proceeded with the good and left the bad; and



(3) a total-exhaustion rule might negate the PLRA purpose of reducing the quantity of inmate suits.

### COUNSEL

Jean-Claude Andre argued the cause for petitioner
Linda M. Olivieri argued the cause for respondent

---

Attention! Justice Roberts (et al): Dear Sirs; This is Your STANDARD! Jeff Paul

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 10517042 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | PAUL, JEFFERY | **Housing Unit:** | THP-X-A |
| **Report Date:** | 02/11/2015 | **Living Quarters:** | X03-418L |
| **Report Time:** | 1:47:24 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0538 |
| PAC #: | 111025171 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | Completed |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 5/28/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 2/9/2015 2:07:41 PM |
| Account Status: | Active |
| Phone Balance: | $4.20 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $4.95 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $4.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

[signature]

Case Manager

| | |
|---|---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.95 |
| National 6 Months Deposits: | $944.00 |
| National 6 Months Withdrawals: | $957.35 |
| Available Funds to be considered for IFRP Payments: | $494.00 |
| National 6 Months Avg Daily Balance: | $46.69 |
| Local Max. Balance - Prev. 30 Days: | $95.65 |
| Average Balance - Prev. 30 Days: | $23.89 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $46.60 |
| YTD Purchases: | $416.60 |
| Last Sales Date: | 2/9/2015 7:22:16 AM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $320.00 |
| Expended Spending Limit: | $46.60 |
| Remaining Spending Limit: | $273.40 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**

DHO SANCTION 1810947 ON 12/31/08 FOR 90 DAYS

DHO SANCTION 1811768 ON 12/31/08 FOR 30 DYAS
DHO #2008155 60 DAYS ON 5-13-2010
UDC SANCTION 60 DAYS ON 11-14-2011
DHO #2282997 60 DAYS ON 4-25-12
DHO #2588256 90 DAYS LP COMM ON 06/25/14
UDC #2624682 - 30 DAYS LP ON 9/5/14

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 10517042 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | PAUL, JEFFERY | **Housing Unit:** | THP-X-A |
| **Report Date:** | 02/11/2015 | **Living Quarters:** | X03-418L |
| **Report Time:** | 1:47:35 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 2/9/2015 2:07:41 PM | TL0209 | | | TRUL Withdrawal | ($2.00) | | $4.95 |
| THA | 2/9/2015 1:59:07 PM | TL0209 | | | TRUL Withdrawal | ($2.00) | | $6.95 |
| THA | 2/9/2015 7:22:16 AM | 12 | | | Sales | ($12.10) | | $8.95 |
| THA | 2/8/2015 5:32:27 PM | TFN0208 | | | Phone Withdrawal | ($4.00) | | $21.05 |
| THA | 2/8/2015 1:22:23 PM | TL0208 | | | TRUL Withdrawal | ($2.00) | | $25.05 |
| THA | 2/8/2015 1:21:40 PM | TL0208 | | | TRUL Withdrawal | ($2.00) | | $27.05 |
| THA | 2/7/2015 7:08:22 PM | 33315038 | | | Western Union | $20.00 | | $29.05 |
| THA | 2/7/2015 7:08:22 PM | MTHAD253 - 2453 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 2/5/2015 9:33:48 AM | TL0205 | | | TRUL Withdrawal | ($2.00) | | $9.05 |
| THA | 2/2/2015 6:38:23 PM | TFN0202 | | | Phone Withdrawal | ($1.00) | | $11.05 |
| THA | 2/2/2015 6:23:36 PM | TL0202 | | | TRUL Withdrawal | ($2.00) | | $12.05 |
| THA | 2/2/2015 8:31:02 AM | 39 | | | Sales | ($31.80) | | $14.05 |
| THA | 2/1/2015 1:04:08 PM | TFN0201 | | | Phone Withdrawal | ($12.00) | | $45.85 |
| THA | 2/1/2015 11:16:37 AM | TL0201 | | | TRUL Withdrawal | ($5.00) | | $57.85 |
| THA | 2/1/2015 12:10:52 AM | MTHAD253 - 2263 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| THA | 2/1/2015 12:10:52 AM | MTHAD253 - 2039 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| THA | 2/1/2015 12:10:52 AM | MTHAD253 - 2265 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| THA | 2/1/2015 12:10:52 AM | MTHAD253 - 1724 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 2/1/2015 12:10:52 AM | MTHAD253 - 1916 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 2/1/2015 12:10:52 AM | MTHAD253 - 2134 | | | Debt Encumbrance - Released | | $3.80 | -------- |
| THA | 2/1/2015 12:10:52 AM | MTHAD253 | 1189 | | PLRA Payment | ($32.80) | | $62.85 |
| THA | 1/31/2015 5:20:15 AM | 70176101 | | | Lockbox - CD | $25.00 | | $95.65 |
| THA | 1/31/2015 5:20:15 AM | MTHAD253 - 2265 | | | Debt Encumbrance | | ($5.00) | -------- |
| THA | 1/30/2015 9:08:36 PM | 33315030 | | | Western Union | $50.00 | | $70.65 |
| THA | 1/30/2015 9:08:36 PM | MTHAD253 - 2263 | | | Debt Encumbrance | | ($10.00) | -------- |
| THA | 1/30/2015 8:00:05 PM | TFN0130 | | | Phone Withdrawal | ($2.00) | | $20.65 |
| THA | 1/26/2015 1:50:51 PM | 153 | | | Sales | ($2.70) | | $22.65 |
| THA | 1/24/2015 12:35:10 PM | TFN0124 | | | Phone Withdrawal | ($2.00) | | $25.35 |
| THA | 1/23/2015 6:30:22 PM | TFN0123 | | | Phone Withdrawal | ($2.00) | | $27.35 |
| THA | 1/23/2015 4:11:26 PM | TL0123 | | | TRUL Withdrawal | ($2.00) | | $29.35 |
| THA | 1/23/2015 4:01:53 PM | TL0123 | | | TRUL Withdrawal | ($2.00) | | $31.35 |
| THA | 1/22/2015 7:08:37 PM | 33315022 | | | Western Union | $19.00 | | $33.35 |

Authorized by the Act July 7, 1955 to Administer Oaths (18 U.S.C. 4004)

Case Manager

| | | | | | | |
|---|---|---|---|---|---|---|
| THA | 1/22/2015 7:08:37 PM | MTHAD253 - 2134 | Debt Encumbrance | | ($3.80) | -------- |
| THA | 1/20/2015 12:18:42 PM | 91 | Sales | ($13.60) | | $14.35 |
| THA | 1/16/2015 3:27:13 PM | TL0116 | TRUL Withdrawal | ($2.00) | | $27.95 |
| THA | 1/16/2015 3:11:18 PM | TL0116 | TRUL Withdrawal | ($5.00) | | $29.95 |
| THA | 1/16/2015 12:31:31 PM | TFN0116 | Phone Withdrawal | ($4.00) | | $34.95 |
| THA | 1/16/2015 12:07:46 PM | 33315016 | Western Union | $30.00 | | $38.95 |
| THA | 1/16/2015 12:07:46 PM | MTHAD253 - 2039 | Debt Encumbrance | | ($6.00) | -------- |
| THA | 1/12/2015 3:25:49 PM | TL0112 | TRUL Withdrawal | ($2.00) | | $8.95 |
| THA | 1/12/2015 1:11:08 PM | 65 | Sales | ($8.65) | | $10.95 |
| THA | 1/11/2015 2:59:23 PM | TL0111 | TRUL Withdrawal | ($5.00) | | $19.60 |
| THA | 1/10/2015 3:09:08 PM | 33315010 | Western Union | $20.00 | | $24.60 |
| THA | 1/10/2015 3:09:08 PM | MTHAD253 - 1916 | Debt Encumbrance | | ($4.00) | -------- |
| THA | 1/5/2015 12:56:26 PM | 69 | Sales | ($7.60) | | $4.60 |
| THA | 1/4/2015 6:38:00 PM | TFN0104 | Phone Withdrawal | ($1.00) | | $12.20 |
| THA | 1/4/2015 2:30:20 PM | TL0104 | TRUL Withdrawal | ($2.00) | | $13.20 |
| THA | 1/4/2015 2:29:21 PM | TL0104 | TRUL Withdrawal | ($5.00) | | $15.20 |
| THA | 1/3/2015 5:23:16 PM | TFN0103 | Phone Withdrawal | ($5.00) | | $20.20 |
| THA | 1/3/2015 12:00:57 PM | TL0103 | TRUL Withdrawal | ($10.00) | | $25.20 |

1 2 3 4 5

**Total Transactions: 240**

**Totals: ($13.85) $8.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.95 | $0.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.95 |
| **Totals:** | **$0.95** | **$0.00** | **$4.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4.95** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $944.00 | $957.35 | $46.69 | $95.65 | $23.89 | N/A | N/A |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

PRINT

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 10517042 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | PAUL, JEFFERY | Housing Unit: | THP-X-A |
| Report Date: | 02/11/2015 | Living Quarters: | X03-418L |
| Report Time: | 1:47:43 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 1/3/2015 10:05:09 AM | 33315003 | | | Western Union | $20.00 | | $35.20 |
| THA | 1/3/2015 10:05:09 AM | MTHAD253 - 1724 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 1/2/2015 1:47:03 PM | TL0102 | | | TRUL Withdrawal | ($5.00) | | $15.20 |
| THA | 1/2/2015 12:50:01 PM | TL0102 | | | TRUL Withdrawal | ($15.00) | | $20.20 |
| THA | 1/1/2015 12:10:31 AM | MTHAD253 - 1630 | | | Debt Encumbrance - Released | | $30.00 | -------- |
| THA | 1/1/2015 12:10:31 AM | MTHAD253 - 1537 | | | Debt Encumbrance - Released | | $20.00 | -------- |
| THA | 1/1/2015 12:10:31 AM | MTHAD253 - 1550 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| THA | 1/1/2015 12:10:31 AM | MTHAD253 - 1604 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| THA | 1/1/2015 12:10:31 AM | MTHAD253 - 1653 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| THA | 1/1/2015 12:10:31 AM | MTHAD253 | 910 | | PLRA Payment | ($80.00) | | $35.20 |
| THA | 12/31/2014 4:25:01 PM | TL1231 | | | TRUL Withdrawal | ($2.00) | | $115.20 |
| THA | 12/30/2014 10:41:20 AM | TFN1230 | | | Phone Withdrawal | ($18.00) | | $117.20 |
| THA | 12/30/2014 8:56:16 AM | TL1230 | | | TRUL Withdrawal | ($30.00) | | $135.20 |
| THA | 12/29/2014 10:15:17 AM | 86 | | | Sales | ($214.00) | | $165.20 |
| THA | 12/25/2014 5:36:12 PM | TFN1225 | | | Phone Withdrawal | ($1.00) | | $379.20 |
| THA | 12/24/2014 5:20:33 AM | 70173701 | | | Lockbox - CD | $50.00 | | $380.20 |
| THA | 12/24/2014 5:20:33 AM | MTHAD253 - 1653 | | | Debt Encumbrance | | ($10.00) | -------- |
| THA | 12/23/2014 11:55:17 AM | TFN1223 | | | Phone Withdrawal | ($8.00) | | $330.20 |
| THA | 12/23/2014 5:43:01 AM | 70173601 | | | Lockbox - CD | $150.00 | | $338.20 |
| THA | 12/23/2014 5:43:01 AM | MTHAD253 - 1630 | | | Debt Encumbrance | | ($30.00) | -------- |
| THA | 12/21/2014 5:09:37 PM | 33314355 | | | Western Union | $50.00 | | $188.20 |
| THA | 12/21/2014 5:09:37 PM | MTHAD253 - 1604 | | | Debt Encumbrance | | ($10.00) | -------- |
| THA | 12/18/2014 7:05:38 PM | TL1218 | | | TRUL Withdrawal | ($2.00) | | $138.20 |
| THA | 12/18/2014 2:02:54 PM | TFN1218 | | | Phone Withdrawal | ($1.00) | | $140.20 |
| THA | 12/16/2014 3:30:10 PM | TFN1216 | | | Phone Withdrawal | ($6.00) | | $141.20 |
| THA | 12/16/2014 2:14:44 PM | 33314350 | | | Western Union | $50.00 | | $147.20 |
| THA | 12/16/2014 2:14:44 PM | MTHAD253 - 1550 | | | Debt Encumbrance | | ($10.00) | -------- |
| THA | 12/16/2014 12:42:03 PM | TFN1216 | | | Phone Withdrawal | ($3.00) | | $97.20 |
| THA | 12/15/2014 7:14:37 PM | 33314349 | | | Western Union | $100.00 | | $100.20 |
| THA | 12/15/2014 7:14:37 PM | MTHAD253 - 1537 | | | Debt Encumbrance | | ($20.00) | -------- |
| THA | 12/15/2014 10:07:14 AM | 93 | | | Sales | ($0.60) | | $0.20 |
| THA | 12/8/2014 1:21:40 PM | 63 | | | Sales | $0.00 | | $0.80 |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| THA | 12/1/2014 7:15:34 AM | 4 | | Sales | ($9.20) | | $0.80 |
| THA | 12/1/2014 12:10:55 AM | MTHAD253 - 654 | | Debt Encumbrance - Released | | $20.00 | -------- |
| THA | 12/1/2014 12:10:55 AM | LTHAD150 - 653 | | Debt Encumbrance - Released | | $20.00 | -------- |
| THA | 12/1/2014 12:10:55 AM | LTHAD150 - 890 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 12/1/2014 12:10:55 AM | MTHAD253 - 1010 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 12/1/2014 12:10:55 AM | MTHAD253 - 1109 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 12/1/2014 12:10:55 AM | MTHAD253 - 649 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 12/1/2014 12:10:55 AM | MTHAD253 - 891 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 12/1/2014 12:10:55 AM | LTHAD150 - 648 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 12/1/2014 12:10:55 AM | LTHAD150 - 1009 | | Debt Encumbrance - Released | | $3.31 | -------- |
| THA | 12/1/2014 12:10:55 AM | MTHAD253 | 607 | PLRA Payment | ($26.59) | | $41.31 |
| THA | 12/1/2014 12:10:55 AM | LTHAD150 | 608 | PLRA Payment | ($31.31) | | $10.00 |
| THA | 11/24/2014 2:52:53 PM | TFN1124 | | Phone Withdrawal | ($3.00) | | $67.90 |
| THA | 11/24/2014 11:25:01 AM | 80 | | Sales | ($23.35) | | $70.90 |
| THA | 11/23/2014 12:56:32 PM | TFN1123 | | Phone Withdrawal | ($3.00) | | $94.25 |
| THA | 11/23/2014 12:08:17 PM | 33314327 | | Western Union | $20.00 | | $97.25 |
| THA | 11/23/2014 12:08:17 PM | MTHAD253 - 1109 | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 11/17/2014 1:28:58 PM | TFN1117 | | Phone Withdrawal | ($2.00) | | $77.25 |

1 2 3 4 5

**Total Transactions: 240**

**Totals: ($13.85) $8.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.95 | $0.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.95 |
| **Totals:** | **$0.95** | **$0.00** | **$4.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4.95** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Authorized by the Act July 7, 1955 to Administer Oaths (18 U.S.C. 4004)

Case Manager

PRINT

# Inmate Statement

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 10517042 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | PAUL, JEFFERY | **Housing Unit:** | THP-X-A |
| **Report Date:** | 02/11/2015 | **Living Quarters:** | X03-418L |
| **Report Time:** | 1:47:53 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 11/15/2014 9:08:39 PM | 33314319 | | | Western Union | $20.00 | | $79.25 |
| THA | 11/15/2014 9:08:39 PM | LTHAD150 - 1009 | | | Debt Encumbrance | | ($3.31) | -------- |
| THA | 11/15/2014 9:08:39 PM | MTHAD253 - 1010 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 11/15/2014 4:02:04 PM | TFN1115 | | | Phone Withdrawal | ($2.00) | | $59.25 |
| THA | 11/10/2014 12:04:24 PM | 98 | | | Sales | ($65.15) | | $61.25 |
| THA | 11/8/2014 3:09:32 PM | 33314312 | | | Western Union | $20.00 | | $126.40 |
| THA | 11/8/2014 3:09:32 PM | LTHAD150 - 890 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 11/8/2014 3:09:32 PM | MTHAD253 - 891 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 11/5/2014 11:28:06 AM | TFN1105 | | | Phone Withdrawal | ($2.00) | | $106.40 |
| THA | 11/3/2014 12:20:40 PM | TFN1103 | | | Phone Withdrawal | ($9.00) | | $108.40 |
| THA | 11/3/2014 9:57:29 AM | 122 | | | Sales | ($6.75) | | $117.40 |
| THA | 11/3/2014 5:14:40 AM | 70170303 | | | Lockbox - CD | $100.00 | | $124.15 |
| THA | 11/3/2014 5:14:40 AM | LTHAD150 - 653 | | | Debt Encumbrance | | ($20.00) | -------- |
| THA | 11/3/2014 5:14:40 AM | MTHAD253 - 654 | | | Debt Encumbrance | | ($20.00) | -------- |
| THA | 11/3/2014 12:10:14 AM | PTHAD011 - 650 | | | Debt Encumbrance - Released | | $3.00 | -------- |
| THA | 11/3/2014 12:10:14 AM | PTHAD011 | | | Photo Copies | ($3.00) | | $24.15 |
| THA | 11/2/2014 7:09:40 PM | 33314306 | | | Western Union | $20.00 | | $27.15 |
| THA | 11/2/2014 7:09:40 PM | PTHAD011 - 650 | | | Debt Encumbrance | | ($3.00) | -------- |
| THA | 11/2/2014 7:09:40 PM | LTHAD150 - 648 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 11/2/2014 7:09:40 PM | MTHAD253 - 649 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 11/1/2014 5:42:50 PM | TFN1101 | | | Phone Withdrawal | ($1.00) | | $7.15 |
| THA | 11/1/2014 12:10:57 AM | LTHAD150 - 393 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 11/1/2014 12:10:57 AM | MTHAD253 - 394 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 10/27/2014 11:02:23 AM | 105 | | | Sales | ($0.30) | | $8.15 |
| THA | 10/26/2014 2:56:41 PM | TFN1026 | | | Phone Withdrawal | ($1.00) | | $8.45 |
| THA | 10/20/2014 9:19:15 AM | 82 | | | Sales | ($4.95) | | $9.45 |
| THA | 10/19/2014 11:35:50 AM | TFN1019 | | | Phone Withdrawal | ($3.00) | | $14.40 |
| THA | 10/19/2014 11:10:51 AM | TFN1019 | | | Phone Withdrawal | ($3.00) | | $17.40 |
| THA | 10/17/2014 8:08:19 PM | 33314290 | | | Western Union | $20.00 | | $20.40 |
| THA | 10/17/2014 8:08:19 PM | LTHAD150 - 393 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 10/17/2014 8:08:19 PM | MTHAD253 - 394 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 10/14/2014 9:48:38 AM | 80 | | | Sales | [illegible] | | $0.40 |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| THA | 10/6/2014 11:43:28 AM | 129 | | Sales | ($15.70) | | $0.55 |
| THA | 10/4/2014 6:20:13 PM | TFN1004 | | Phone Withdrawal | ($2.00) | | $16.25 |
| THA | 10/1/2014 11:50:11 AM | TFN1001 | | Phone Withdrawal | ($3.00) | | $18.25 |
| THA | 10/1/2014 12:10:46 AM | LTHAD150 - 9226 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 10/1/2014 12:10:46 AM | LTHAD150 - 9314 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 10/1/2014 12:10:46 AM | MTHAD253 - 9227 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 10/1/2014 12:10:46 AM | MTHAD253 - 9315 | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 10/1/2014 12:10:46 AM | MTHAD253 | 4 | PLRA Payment | ($8.00) | | $29.25 |
| THA | 10/1/2014 12:10:46 AM | LTHAD150 | 5 | PLRA Payment | ($8.00) | | $21.25 |
| THA | 9/29/2014 7:07:37 PM | 33314272 | | Western Union | $20.00 | | $37.25 |
| THA | 9/29/2014 7:07:37 PM | LTHAD150 - 9314 | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 9/29/2014 7:07:37 PM | MTHAD253 - 9315 | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 9/23/2014 11:57:44 AM | TFN0923 | | Phone Withdrawal | ($3.00) | | $17.25 |
| THA | 9/23/2014 10:47:05 AM | TFN0923 | | Phone Withdrawal | ($3.00) | | $20.25 |
| THA | 9/21/2014 3:06:43 PM | 33314264 | | Western Union | $20.00 | | $23.25 |
| THA | 9/21/2014 3:06:43 PM | LTHAD150 - 9226 | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 9/21/2014 3:06:43 PM | MTHAD253 - 9227 | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 9/8/2014 8:25:50 AM | 71 | | Sales | ($2.50) | | $3.25 |

1 2 3 4 5

**Total Transactions: 240**

**Totals: ($13.85) $8.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.95 | $0.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.95 |
| **Totals:** | **$0.95** | **$0.00** | **$4.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4.95** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

PRINT

# Inmate Statement

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 10517042 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | PAUL, JEFFERY | **Housing Unit:** | THP-X-A |
| **Report Date:** | 02/11/2015 | **Living Quarters:** | X03-418L |
| **Report Time:** | 1:48:02 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 9/2/2014 9:05:44 AM | 121 | | | Sales | ($35.15) | | $5.75 |
| THA | 9/1/2014 12:10:49 AM | LTHAD150 - 8587 | | | Debt Encumbrance - Released | | $12.00 | -------- |
| THA | 9/1/2014 12:10:49 AM | LTHAD150 - 8805 | | | Debt Encumbrance - Released | | $12.00 | -------- |
| THA | 9/1/2014 12:10:49 AM | MTHAD253 - 8588 | | | Debt Encumbrance - Released | | $12.00 | -------- |
| THA | 9/1/2014 12:10:49 AM | MTHAD253 - 8806 | | | Debt Encumbrance - Released | | $12.00 | -------- |
| THA | 9/1/2014 12:10:49 AM | MTHAD253 - 8191 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| THA | 9/1/2014 12:10:49 AM | LTHAD150 - 8190 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| THA | 9/1/2014 12:10:49 AM | LTHAD150 | 5269 | | PLRA Payment | ($30.00) | | $40.90 |
| THA | 9/1/2014 12:10:49 AM | MTHAD253 | 5268 | | PLRA Payment | ($30.00) | | $70.90 |
| THA | 8/30/2014 4:08:52 PM | 33314242 | | | Western Union | $60.00 | | $100.90 |
| THA | 8/30/2014 4:08:52 PM | LTHAD150 - 8805 | | | Debt Encumbrance | | ($12.00) | -------- |
| THA | 8/30/2014 4:08:52 PM | MTHAD253 - 8806 | | | Debt Encumbrance | | ($12.00) | -------- |
| THA | 8/25/2014 10:44:52 AM | 266 | | | Sales | ($25.00) | | $40.90 |
| THA | 8/18/2014 8:07:07 AM | 50 | | | Sales | ($6.35) | | $65.90 |
| THA | 8/17/2014 5:15:25 AM | 70165002 | | | Lockbox - CD | $60.00 | | $72.25 |
| THA | 8/17/2014 5:15:25 AM | LTHAD150 - 8587 | | | Debt Encumbrance | | ($12.00) | -------- |
| THA | 8/17/2014 5:15:25 AM | MTHAD253 - 8588 | | | Debt Encumbrance | | ($12.00) | -------- |
| THA | 8/11/2014 8:25:10 AM | 54 | | | Sales | ($6.05) | | $12.25 |
| THA | 8/4/2014 7:59:27 AM | 65 | | | Sales | ($21.70) | | $18.30 |
| THA | 8/1/2014 9:06:44 AM | 33314213 | | | Western Union | $30.00 | | $40.00 |
| THA | 8/1/2014 9:06:44 AM | LTHAD150 - 8190 | | | Debt Encumbrance | | ($6.00) | -------- |
| THA | 8/1/2014 9:06:44 AM | MTHAD253 - 8191 | | | Debt Encumbrance | | ($6.00) | -------- |
| THA | 8/1/2014 12:10:47 AM | LTHAD150 - 7674 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 8/1/2014 12:10:47 AM | LTHAD150 - 7965 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 8/1/2014 12:10:47 AM | MTHAD253 - 7675 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 8/1/2014 12:10:47 AM | MTHAD253 - 7966 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 8/1/2014 12:10:47 AM | MTHAD253 | 4878 | | PLRA Payment | ($4.61) | | $18.00 |
| THA | 8/1/2014 12:10:47 AM | LTHAD150 | 4879 | | PLRA Payment | ($8.00) | | $10.00 |
| THA | 7/28/2014 9:04:53 AM | 86 | | | Sales | ($8.60) | | $22.61 |
| THA | 7/21/2014 11:17:04 AM | 56 | | | Sales | ($2.94) | | $31.21 |
| THA | 7/20/2014 5:07:44 PM | 33314201 | | | Western Union | $20.00 | | $34.15 |
| THA | 7/20/2014 5:07:44 PM | LTHAD150 - 7965 | | | Debt Encumbrance | | ($4.00) | -------- |

Authorized by the Act July 7, 1955 to Administer Oaths (18 U.S.C. 4004)

Case Manager

| | | | | | | |
|---|---|---|---|---|---|---|
| THA | 7/20/2014 5:07:44 PM | MTHAD253 - 7966 | Debt Encumbrance | | ($4.00) | -------- |
| THA | 7/14/2014 10:16:31 AM | 114 | Sales | ($13.20) | | $14.15 |
| THA | 7/7/2014 7:10:22 PM | 33314188 | Western Union | $20.00 | | $27.35 |
| THA | 7/7/2014 7:10:22 PM | LTHAD150 - 7674 | Debt Encumbrance | | ($4.00) | -------- |
| THA | 7/7/2014 7:10:22 PM | MTHAD253 - 7675 | Debt Encumbrance | | ($4.00) | -------- |
| THA | 7/7/2014 9:24:45 AM | 109 | Sales | ($0.85) | | $7.35 |
| THA | 7/1/2014 12:10:31 AM | LTHAD150 - 6905 | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 7/1/2014 12:10:31 AM | MTHAD253 - 6906 | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/12/2014 12:57:08 PM | TFN0612 | Phone Withdrawal | ($2.00) | | $8.20 |
| THA | 6/12/2014 12:00:28 PM | TFN0612 | Phone Withdrawal | ($3.00) | | $10.20 |
| THA | 6/9/2014 1:01:20 PM | TFN0609 | Phone Withdrawal | ($3.00) | | $13.20 |
| THA | 6/9/2014 9:45:12 AM | 115 | Sales | ($4.40) | | $16.20 |
| THA | 6/8/2014 10:03:54 AM | 33314159 | Western Union | $20.00 | | $20.60 |
| THA | 6/8/2014 10:03:54 AM | LTHAD150 - 6905 | Debt Encumbrance | | ($4.00) | -------- |
| THA | 6/8/2014 10:03:54 AM | MTHAD253 - 6906 | Debt Encumbrance | | ($4.00) | -------- |
| THA | 6/7/2014 11:04:34 AM | TFN0607 | Phone Withdrawal | ($3.00) | | $0.60 |
| THA | 6/3/2014 10:03:34 AM | TFN0603 | Phone Withdrawal | ($2.00) | | $3.60 |
| THA | 6/2/2014 11:06:26 AM | 28 | Sales | ($1.40) | | $5.60 |

1 2 3 4 5

**Total Transactions: 240**

**Totals:** **($13.85)** **$8.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.95 | $0.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.95 |
| **Totals:** | **$0.95** | **$0.00** | **$4.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4.95** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Authorized by the Act July 7, 1955 to Administer Oaths (18 U.S.C. 4004)

Case Manager

PRINT

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 10517042 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | PAUL, JEFFERY | Housing Unit: | THP-X-A |
| Report Date: | 02/11/2015 | Living Quarters: | X03-418L |
| Report Time: | 1:48:09 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 6/1/2014 12:38:35 PM | TFN0601 | | | Phone Withdrawal | ($3.00) | | $7.00 |
| THA | 6/1/2014 12:10:44 AM | LTHAD150 - 6269 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | MTHAD253 - 6270 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | LTHAD150 - 6531 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | MTHAD253 - 6532 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | MTHAD253 - 6133 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | MTHAD253 - 6369 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | MTHAD253 - 6530 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | LTHAD150 - 6368 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | LTHAD150 - 6529 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | LTHAD150 - 6132 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | KTHAD068 - 6131 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/1/2014 12:10:44 AM | KTHAD068 - 6268 | | | Debt Encumbrance - Released | | $1.66 | -------- |
| THA | 6/1/2014 12:10:44 AM | KTHAD068 | 3983 | | PLRA Payment | ($5.66) | | $10.00 |
| THA | 6/1/2014 12:10:44 AM | MTHAD253 | 3981 | | PLRA Payment | ($20.84) | | $40.66 |
| THA | 6/1/2014 12:10:44 AM | LTHAD150 | 3982 | | PLRA Payment | ($25.00) | | $15.66 |
| THA | 5/27/2014 11:52:06 AM | TFN0527 | | | Phone Withdrawal | ($3.00) | | $61.50 |
| THA | 5/27/2014 8:35:01 AM | 34 | | | Sales | ($18.00) | | $64.50 |
| THA | 5/26/2014 6:19:31 PM | TFN0526 | | | Phone Withdrawal | ($3.00) | | $82.50 |
| THA | 5/26/2014 5:13:22 AM | 70159203 | | | Lockbox - CD | $25.00 | | $85.50 |
| THA | 5/26/2014 5:13:22 AM | LTHAD150 - 6531 | | | Debt Encumbrance | | ($5.00) | -------- |
| THA | 5/26/2014 5:13:22 AM | MTHAD253 - 6532 | | | Debt Encumbrance | | ($5.00) | -------- |
| THA | 5/25/2014 7:07:33 PM | 33314145 | | | Western Union | $20.00 | | $60.50 |
| THA | 5/25/2014 7:07:33 PM | LTHAD150 - 6529 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 5/25/2014 7:07:33 PM | MTHAD253 - 6530 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 5/20/2014 2:52:39 PM | TFN0520 | | | Phone Withdrawal | ($2.00) | | $40.50 |
| THA | 5/19/2014 11:48:23 AM | 86 | | | Sales | ($20.70) | | $42.50 |
| THA | 5/18/2014 12:21:39 PM | TFN0518 | | | Phone Withdrawal | ($3.00) | | $63.20 |
| THA | 5/16/2014 9:21:31 AM | TFN0516 | | | Phone Withdrawal | ($3.00) | | $66.20 |
| THA | 5/16/2014 8:51:51 AM | TFN0516 | | | Phone Withdrawal | ($1.00) | | $69.20 |
| THA | 5/15/2014 1:10:09 PM | 33314135 | | | Western Union | $20.00 | | $70.20 |
| THA | 5/15/2014 1:10:09 PM | LTHAD150 - 6368 | | | Debt Encumbrance | | ($4.00) | -------- |

Authorized by the Act July 7, 1955 to Administer Oaths (18 U.S.C. 4004)

Case Manager

| | | | | | | |
|---|---|---|---|---|---|---|
| THA | 5/15/2014 1:10:09 PM | MTHAD253 - 6369 | Debt Encumbrance | | ($4.00) | -------- |
| THA | 5/15/2014 12:11:11 PM | TFN0515 | Phone Withdrawal | ($2.00) | | $50.20 |
| THA | 5/12/2014 2:49:45 PM | TFN0512 | Phone Withdrawal | ($3.00) | | $52.20 |
| THA | 5/12/2014 7:23:01 AM | 10 | Sales | ($3.60) | | $55.20 |
| THA | 5/11/2014 8:07:33 PM | 33314131 | Western Union | $40.00 | | $58.80 |
| THA | 5/11/2014 8:07:33 PM | KTHAD068 - 6268 | Debt Encumbrance | | ($1.66) | -------- |
| THA | 5/11/2014 8:07:33 PM | LTHAD150 - 6269 | Debt Encumbrance | | ($8.00) | -------- |
| THA | 5/11/2014 8:07:33 PM | MTHAD253 - 6270 | Debt Encumbrance | | ($8.00) | -------- |

1 2 3 4 5

**Total Transactions: 240**

**Totals: ($13.85) $8.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.95 | $0.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.95 |
| **Totals:** | **$0.95** | **$0.00** | **$4.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4.95** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager