Jeffery William Paul
10517 042
DEATH Row
PoBox 33
Terre Haute IN

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

- Legal MAIL -
23 pgs.

RECEIVED
FEB 17 2015
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

CAPITAL CASE - JUDGE -
IN Re, 2:13 cv 304 (WTL/WGH)
C/o The Clerk of The Court
U.S. District Court
Southern District of IN.
921 OHIO St; Rm. 104
Terre Haute, IN. 47801

Legal
Mail

INMATE
IDENTIFICATION
CONFIRMED