US DISTRICT COURT-Southern District-

Jeffery Paul,W.
10517042 Rg#
SCU/Death Row
PO Box 33
Terre Haute,IN.
47808

In-Rem-Paul V.Superintendent(Pro Se)-
-2:13-cv-304(WTL/WGH)-

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 MAR 12 PM 2:46
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

3/8/2015 -

Subject-Missing legal mail-

---------------------------

- LEGAL LETTER OF INQUIRY -

Dear Sirs,

On 2/2/15(proxy),I placed a Legal Motion pursuant to due-process on appeal in The Southern District,relevant to a Capital Case,whereby a fundamental miscarriage of justice,this petitioner was convicted(&) sentenced to death...

The Motion was to amend the original petition under Habeas Corpus - Title 28-§2255-which was submitted pro se,in the Court of Custody,due to the sentencing Courts refusal to adequately remedy the infringements noted therein,the standards of review for trial(&)appellate errors...

This Petitioner claims to be innocent,suffers from a learning

This Petitioner claims to be innocent,suffers from a learning disability (&)has endured a litany of default representation of Counsel appointed at all levels pre/post conviction,due to inchoate consult(&)systemic obstruction,including exacerbating physical/mental injurys,indigency(&)Torture...

The Petitioner claims that The USSCT did resolve the obligation for the Courts to resolve Petitions with respect to Liberal Due-Process,proceeding with the meritorious claims(&)dismissing frivolous claims,(&)my case is a case showing sufficient(&)compelling cause of action at a dozen points of interest relevant to procedural rights,including ACTUAL INNOCENCE...

Please review your files for my Motion to amend the Original petition

Please review Your files for my Motion to Amend the Original Petition, which contained a request for permission for leave to file a brief,(&)a copy of/reference to the appropriate cite,delineating the controlling authority on appeal for remedy of the Pro Se appeal...(&)record of my payment to do so,under Indigent fee schedules,In Forma Pauperis,which is or has already been paid in the amount of $350(USD),to your Office.

Sincerely,

Signed [signature] *

Jeffery W.Paul Rg#10517042