Jeffery W.Paul
10517042
SCU/Death Row
PO Box 33
Terre Haute,IN.
47808

09 MAR 2015 PM 6 L




Legal Mail-

The US District Court for
The Southern District of IN-
C/O The Clerk of The Court
In Rem-#2:13-304(CAPITAL CASE)-Pro Se-
921 OHIO St.,Room 104
Terre Haute,IN.
47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
MAR 11 2015
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807373829