IN THE SOUTHERN DISTRICT OF INDIANA



FILED 2015 APR -3 PM 2:46 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK

IN REM -

Jeffery W.Paul
Petitioner-PRO SE-

V.

SUPERINTENDENT(et al),
Respondant

*DEATH PENALTY *

Case No#2:13 cv 304(WTL/WGH)

* CAPITAL-CASE *

In Forma Pauperis-Paid-

Counsel Appointed

---

Motion to amend the original Motion,pursuant to redress insufficient remedy of that Motion,to Vacate Judgement(&)Penalty,(&)Request for Leave to file a supplemental brief(&)Motion to dismiss the indictment due to ACTUAL INNOCENCE,containing summary no more than 30 Pages,with a 74 page Exhibit to support cause of action with respect to Liberal Jurisprudence(&)Priority of Civil Action,on an expedited docket...byway of Federal Rules of Civil Procedure,Pt.III-Rule 10,(a)(b)(c),(7a)... designating Original Motion is Complaint of unlawfull restraint,(1)... Rule 8(a)(1)(2)(3)(e)...to do Justice with respect to a unlawfull conviction,(&)9(g),order release(&)restitution...byway of Rule 56-(&),on direct appeal-under authority of,Title 28-Ch.153-"HABEAS CORPUS",... §2242,amending(&)2243,jurisdiction,(&)2255-standard of review,on appeal... Federal Criminal Code(&)Rules...retaining Appointed Counsel.

---

Comes now The petitioner Pro-Se does submit This Motion byway of collateral attack(&)exculpatory evidence still not processed due to the Judiciaries requisite undersigned Plea(&)dilatory effect of Counsels default,pursuant to redress a false Conviction,byway of ACTUAL - INNOCENCE in Prima Facie standards of review.

(1.)Petitioner submits this Motion to amend(&)receive a summary judgement to vacate the conviction,(&)dismiss the indictment by amending the Original Motion,see:United States V.Sellner;2014 BL 350656 8th Cir... No:13-3794-which states that a §2255 Pro Se petition should be treated as an unadjudicated amendment to the original motion,not a successive motion...(&)given the Court did not redress the Motion with respect to Liberal Jurisprudence,The Petitioner does hereby assert right to that ruling on the merits of my ACTUAL INNOCENCE Claim,retaining right to Harmful Error of the record en-toto,on further review,while being relieved on wholly exculpatory evidence submitted alone,by the merit(&)nature of the evidence Perse,(&)does move the Court to Vacate The Conviction(&) Penalty with respect to the Doc's,Exhibit(Pgs.5,6(&)7.)titled-THE DECLARATION OF TRINITY E.INGLE -A02253-55(at bottom of pages),which has been repeatedly authenticated,see.Pgs.8,2(&)1.,received through legal mail (&)credibly source referenced since then,a dozen times...containing a wholly exonerating eyewitness account of the crime I was convicted of,by standards of review,both evidentiary(&)on appeal,see.Pgs.9,10.,(&)is consistent with previous statements attributed to that person,on tape... see.Pgs.3.(&)4...

(2.)Petitioner claims that the Court is Dutybound to rule(&) relieve this Petition,by duress if no other reason is available because the penalty was excessive,as rendered,(&)that the Courts obligated to apply the standard of review to all prison litigation, which is delineated in collateral cite,exhibit pg.12.,...that this petitioner has repeatedly submitted pleas,which had merit,(&)did submit those with rights to amend(&)receive the Liberal procedure of rules,both civil(&)criminal,see.Pg.11.,...§2242-but repeatedly paid for filing fees under Civil process,while the Court omitted the unexhausted"HABEAS CORPUS",claims under criminal code,which is the fundamental Cause of Action,motivating other attempts to file,to relieve offenses against a disfranchised Person appealing a False Conviction,suffering the effect of relegation,(&)one injury after another of compound crimes(&)loss Im enduring,due to The DOJ/BOP's refusal to timely process the evidence supporting my claim to have been framed for murder!

(3.)Petitioner does request the Court review the record of appointments to this case to see the DELAWARE Office alone,has been appointed almost as long as The PENNSYLVANIA Office,(&)still hasnt sent the brief I requested on my Points of Contest,which are Curative(&)part of an agreement I made agreeing to accept the representation,(&)I do move this Court to Order Counsel,appointed to produce the curative brief as soon as possible,because Trial Counsel simply refused to present my alibi(&)inculpated me repeatedly,(&)then,on appeal-post-conviction Counsel swore they would recover certain documents(&)refrain from ceding points in contest,incriminating me,but did so anyway... so I need the Curative Brief,because I deny I had any part of,or committed that crime,(&)have a right to submit a brief,from My INNOCENCE claim,as I outlined it to be drafted,where there is no conflict of interest,see:US V.Kind;194 F3d 900(8th Cir.1999)."Pro Se defendants have a right to adequate equipment,law library(&)persons trained in the Law"..so I do move this Court to Order Counsel to compile miscelleneous papers attributed to me post/pre trial,to authenticate,contextualize,(&)cross reference those in contest to Prove I did not commit this crime,(&)was not attempting to confess to that crime,but do suffer from a Learning Disability,which was exacerbated repeatedly by blunt-force(&)electroshocks administered during altercations with staff,relevant to the spousal estrangement,misconduct(&)estate loss Ive suffered (&)other problems not omitting nonfeasance from Counsel...

(4.)Petitioner does move this Court to order Counsel of record to expedite my ACTUAL INNOCENCE Claim,file the Motion to Vacate(&)prepare a brief to dismiss the indictment before trial(&)prepare a request for special damages relevant to sexual offenses,physical(&)mental injury Ive sustained(&)loss of estate,including royalty(&)accrual from real property ownership...

Respectfully Submitted,

Signed [signature] *

Done this Day-
3/29/15

Jeffery W.Paul Rg#10517042
POBOX 33/USP Terre Haute,IN.47808

Certificate of Service-
This True(&)Correct copy was placed in The US Postal Service for the Clerk of The US Suthern District Court,IN.