Jeffery W.Paul(SCU/Death Row)
Rg#10517042
USP Terre Haute
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
31 MAR 2015 PM 5 L

C/O The Clerk of The Court
~~In Rem-2:13 cv 304 2013-Pro Se-~~
~~Judge~~ Lawrence-Capital Case-
The Southern District of IN-
United States District Court
921 OHIO St.,Rm.104
Terre Haute,IN.
47801

Legal-Mail

Legal-Mail

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
APR - 2 2015
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

47807373829