IN THE SOUTHERN DISTRICT OF INDIANA
UNITED STATES DISTRICT COURT



InRem- Jeffery W.Paul
Petitioner

V.

Superintendent
Respondant

Pro-Se/CAPITAL - CASE

2015 APR 22 PM 2:35

Case No.2:13 cv 304(2013)

HABEAS-CORPUS + Death-Penalty

Informa-Pauperis -filing fee PAID -

-----------------

Motion to Amend original Motion to vacate conviction(&)penalty to redress a FUNDAMENTAL MISCARRIAGE OF JUSTICE,byway of ACTUAL - INNOCENCE,(&)PRIMA-FACIE evidence of illegal sentence,(&)to expedite procedure of relief,byway of Priority of Civil Action,under Title 28-Ch.153,§2242,2243(&)2255-"HABEAS-CORPUS",(&)for Leave to File a brief to support Motion to Dismiss Indictment,(&)discover extent(&)nature of Special Damages,resulting from False Imprisonment,byway of Extraordinary Writ to redress a Motion for relief of Wrongful Conviction in the Sentencing Court insufficiently remedied to date -

------------------

Comes now The Petitioner Pro-Se,does hereby the abovestyled motion submit the following cause of action(&)exhibits to support rights to relief byway of Federal Rules of Civil Procedure,(&)redress of a Fundamental Miscarriage of Justice,accordingly:FRCP-Pt.III-Rule 60,(b)(3)(4)(5)(6)(e),(&)Rule 7,(b)(1)(A)(B)(C)(2),(&)Rule 8,((a)(1)(2)(3)(2)(3)(e),Rule 9(g),(&)Rule 10(a)(b)(c)-

(1.)Petitioner claims that the Court may,(&)should allow the record on review to be amended(&)has right to do so in Pro-Se appeals,both in the Statute,under T.28 Ch.153 §2242,FCC(&)R,(&)Collaterally,byway of cite,see:United States V.Sellner;2014 BL 350656(8th Cir.),No.13-3794 - 2014 -(&)does request order for Leave to do so,with a Schedule.

(2.)Petitioner requests the Clerk return copies of this Motion,(&)has Cause to request that as a Courtesy,see:cite-Noll V.Carlson.809 F2d 1446(9th Circuit-1987)...Pro Se Litigants has right to 5 Procedural Protections,including Process issueance(&)service,(&)does request The Clerk return a copy of notice to His Honor.

(3.)Petitioner does move The Court to assess this Complaint with respect to Federal Rules of Civil procedure,T.28 Pt.IX §1653;(a)(b)-Priority of Civil Action,(&)issue an order consistent with the relief requested(&) required under the Statute,of T.28,"Habeas Corpus",Ch.153-§2255,to vacate an illegal penalty(&)conviction,(&)assess restitution byway of Cause of Action in SUMMARY OF PRIMA FACIE EVIDENCE of A FUNDAMENTAL MISCARRIAGE OF JUSTICE,briefly,with regard for EXHIBITS ATTACHED-No.#(pg.1-33.),front(&) Back Copy-except for pg.27.,submitted in 3 Sections.

(4.)Petitioner claims Court did not sufficiently redress the original Pro-Se Motion,(&)although Court Appointed Counsel do confer,they are not obligated to process my Pro Se Petition,(&)did not,(&)neither did the Court,which is a Violation of my Procedural rights on appeal...see:

(4.)Cont...Cite-Section 2-pg.27.,Jones V.Bock Warden,No.05-7058, Williams V.Overton,No.05-7142(&)Walton V.Bouchard9et al);549 U.S.,127 S.Ct.910,166 L.Ed.2d 798 2007-U.S.lexis 1325...

"(§3),...allows the Court to Procede with Claims against Prison,under Prison litigation Reform Act-when Petition contains both,"GOOD" (&) "BAD",claims...that Court is obligated to review the complaint with respect to the merits...where there is a cognizable claim...

Petitioner claims that the case delineates the standard of review for my Pro-Se,complaint of Illegal Restraint,(&)that because the Sentencing Court refused to adequately remedy the Original petition,(&)Appellate Counsel incriminated me,the Original Pro Se petition has not been reviewed in Good Faith,(&)this Appellant is Actually being Tortured byway of dilatory effects of Non/Malfeasance...which requires an order to Appointed Counsel to EXPEDITE or RECUSE,or an interdicting Order from THE Judges Office(Ipso Facto),to VACATE(&)Schedule a Special hearing to discover the extent of damages accrued hereby,unlawful detention.

- SUMMARY OF PRIMA FACIE EVIDENCE OF A FUNDAMENTAL MISCARRIAGE OF JUSTICE -See:Exhibits Pg.'s-(1.-33.)Sec.1-3.-Copy(&)Mixed Media -

(5.)Petitioner Claims that The Sentencing Court violated my rights to Rules of Lenity,Equal Protection(&)Liberal Jurisprudence by applying EXPOSTFACTO Legislation to enhance penalty...see:Pg.1.-6.,which clearly shows Petitioner was processed under The AEDPA ACT of 1996,despite being indicted of 6/22/95-clearly a violation of EXPOST FACTO CLAUSE,(&)that a Codefendant received a lesser penalty,despite having a worse record on the same indictment,violation of The Equal Protection Clause,(&)my right to exercise my right to Plea Not Guilty ,without being Tortured...see: Pg.3.,5.(&)6.,which Petitioner moves Court to relieve.

(6.)Petitioner Claims that Sentencing Court has known that the Perpetrater of the crime I was convicted of,was solicited to perjure the Court byway of informants who taped a conversation with him,during which they repeatedly instructed him to inculpate other person of interest on warrants for a Shooting/Robbery,which he repeatedly admitted he committed alone,without tacit help...both before(&)after trial...see: Sec.2.,Pg.'s-7.-22.,wherein the Court clearly has evidence that the Perpetrater denied a criminal conspiracy,that other person was under threat of death,(&)repeatedly claimed to have only been a Witness to the crime, (&)that the criminal conviction is unreasonable under the code,(&)that Counsels refusal to call the Witness during trial,(&)on appeal,despite being asked to since 2002 Officially,is a gross violation of my right to EFFECTIVE ASSISTANCE OF COUNSEL,(&)COMPULSORY PROCESS,of THE CONFRONTATION Clause...,(&)that The Doc's:titled-THE DECLARATION OF TRINITY E. INGLE -No#13,14(&)15...have repeatedly been authenticated despite the prisons obstruction/nonfeasance,see:Pg.No#9,10(&)16.,but still have not been adequately processed with respect to the TOTALITY OF THE CIRCUMSTANCES -controlling the case...leaving a demonstrably innocent person on Federal Death Row,with arguably no effective rights...in a malicious cycle of equivication by The Govt.,which constitutes a solicitation to the Court to impose a Death Sentence without due process ...please redress this most urgent plea.

(7.)Petitioner Claims that The Sentencing Court failed to redress the original petition,under the statute,where clearly the Transcripts(&) post-conviction developments support my ACTUAL INNOCENCE Claims,(&)call for the Court to promptly Vacate(&)process a sufficiently remedied case under a Liberal Premise...see:Sec.3.Pg.'s-23.-33.,leaving the Petitioner in custody,(&)indigent has exposed me to procedural default risking death by forcing a Learning disabled prisoner,to attempt to appeal a false -conviction,without the benefit of Word Processors,filing(&)retrieval aids or a consistent resource for amending(&)maintaining the facts with respect to perspective on a Aiding(&)Abetting Conviction...see:Pg.28.29.(&)30... (&)that doesnt express the difficulty maintaining composure while the DOJ/BOP mitigate forcibly separating Wifee/family,(&)causing irreconcilable sexual misconduct,abject poverty,bankruptcy(&)loss of Time,Corruption of Blood,see:Ch.227 §3563-T.18-sec.1.C 645,62 stat.837.,as well as Misprision of FELONY Civil Rights Violations,see:Pg.31,24,32(&)33...which constitutes a chronic offense,infringement hereof,redress of grievance,financial re-structuring(&)assembly,with substantial loss the petitioner requests the court restore.

-SPECIAL DAMAGES -

(8.)Petitioner requests full restitution of Rights(&)Citizenship with release(&)schedule for reentry...(&)Damages for Compensatory Wage with regard for the lack of options to gain Vocational Skills,in the amount of Federal Minimum wage-$13.920(Per Yr.),treble,for-$793.440(ths).

(9.)For Alienation of Affection(&)Genocide-$1.000.000(Mn)Per Yr.,treble, for $57.000.000(mn)

(10.)For TORTURE-$1.000.000(mn)Per Yr.treble for $57.000.000(mn)

(11.)For False Conviction,(Innocence Protection Act)$275.000(ths)Yr., treble,for $15.675.000(mn).

(12.)(&)Special Damages for Intellectual Propertyrights,infringed... review for Patents(&)Trademarks relevant-to Clearsystems/CSS® ,A DEBT -CONSOLIDATION(&)ACCOUNTING SERVICE -revised...

LC Copyright 0042712682 1 (5/29/13)Form TX -

No#61 US patent Application-796,740 Conf.No#7361 Filing(C)date 11/19/12-

1989-2015 -®Clearsystems/CSS -(REVISED)

Respectfully Submitted,

Signed [signature]

Jeffery W.Paul 10517042
PO Box 33/USP Terre Haute
Terre Haute,IN.47808

Done This Day-(4/16/15)-

Certificate of Service-
This Motion was placed in The US Postal service for The USDC-SD/IN-(&)is True(&)Correct copy-4/16/15-

-Sec.1 -Pg.1 - 6.