Jeffery W.Paul Rg#10517042
SCU/DEATH ROW
PO BOX 33
Terre Haute,IN.
47808

Legal Mail

Legal Mail

C/O The Clerk of The Court
Case No#2:13 cv 304(2013)
CAPITAL CASE
USDC Southern District
921 OHIO St.,Rm 104
Terre Haute,IN.
47807

RECEIVED
APR 20 2015
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

INMATE
IDENTIFICATION
CONFIRMED