UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFREY W. PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 2:13-cv-00304 |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Winfield D. Ong, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance to substitute for Gerald A. Coraz as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: s/ Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2015, 2015, a copy of the foregoing Notice of Substitution of Counsel was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Jeffrey W. Paul
10517042
P.O. Box 33
USP Terre Haute
Terre Haute, IN 47808

By: s/ Winfield D. Ong

Winfield D. Ong
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Winfield.Ong@usdoj.gov