# EXHIBIT A

U.S. Department of Justice

Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

*Kansas City, KS 66101*

March 9, 2015

Peter Williams
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Unit
Suite 545 West – The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

**Re: Information Request No. 2014-09609**
**Jeffrey Paul, Register No. 10517-042**

Dear Mr. McGary:

Enclosed is a DVD consisting of copies of the records sent to your office, specifically Charles McGary, on February 11, 2015, regarding Jeffrey Paul. The DVD contains 2692 pages of records determined to be releasable to you in full and 131 pages determined to be releasable to you in part. For your convenience, we have also included a copy of the February 10, 2015, correspondence, which identifies the specific exemptions applied and the fees incurred with this request.

If you have any questions or concerns, please contact me at (507) 424-7449 or at kchristenson@bop.gov.

Sincerely,

Kara Christenson

Kara Christenson
NCRO FOIA Paralegal

cc: Mark Webb, AUSA

Encl.

U.S. Department of Justice

Federal Bureau of Prisons

*North Central Regional Office*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

February 10, 2015

Charles McGary, Paralegal
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Unit
Suite 545 West – The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

Re: Information Request No. 2014-09609
Jeffrey Paul, Register No. 10517-042

Dear Mr. McGary:

This is in response to the above referenced information request. Specifically, you request copies of all records including the central file, medial record, and psychology records belonging to Jeffrey Paul.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (2692 pages) may be released to you in full and a portion of the records (131 pages) may be released to you in part. The remaining records (105 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(3) - records are specifically exempted from disclosure by statute
(b)(6) - constitutes a clearly unwarranted invasion of personal privacy
(b)(7)(C) - constitutes an unwarranted invasion of personal privacy
(b)(7)(E) - discloses investigative techniques and procedures
(b)(7)(F) - could reasonably be expected to endanger the life or physical safety of any individual

You were previously advised that regulations provide an advance payment of the entire anticipated fee must be made prior to processing of the request when estimated fees exceed $250.00. You agreed to pay those estimated fees and a check in the amount of $664.80 was received by our office. Upon receipt of your advanced payment, the records were retrieved and processed. Based on our processing, we find the following adjusted fee assessment appropriate:

Copies

10 cents per page over 100 pages
Pgs. released 2823 -100 pgs.= 2723 pgs. X 10 cents @ pg.= $272.30

This adjusted fee is due now. Your check or money order should be made payable to the United States Treasury and should be sent to Kara Christenson, NCRO FOIA Paralegal, located at the Federal Medical Center, 2110 East Center Street, Rochester, MN 55903 within 30 days. Your advance payment check in the amount of $664.80 is being returned with this correspondence. Section 16.11(i)(3) provides that where a requestor has previously failed to pay a properly charged FOIA fee to the agency within 30 days of the date of billing, a component may require the requester to pay the full amount due, plus any applicable interest, and to make an advance payment of the full amount of any anticipated fee, before the component begins to process a new request or continues to process a pending request from that requester.

Pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, the material herewith denied in full or in part may be appealed to the Assistant Attorney General, by filing a written appeal. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal, and should be addressed to the Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within 60 days from the date of this letter.

Sincerely,

Kara Christenson

Richard W. Schott
Regional Counsel