**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>No. 2:13-cv-00304-WTL-WGH |

ORDER

AND NOW, this _______ day of ___________, 2015, upon consideration of Petitioner's Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall filed a counseled Amended Petition for a Writ of Habeas Corpus no later than August 3, 2015.

BY THE COURT:

___________________________________
Honorable William T. Lawrence