SCU/DEATH-ROW
Jeffery W.Paul
Rg#10517-042
PO Box 33
Terre Haute,IN.
47808

InRem-Paul V.Superintendent-2:13-cv-304-
CAPITAL-CASE/PRO-SE -

Subject-Priority of Civil-Action,
Title 28-Ch.153,§2255-"Habeas Corpus",Standards of Review(&)Evidence,Actual-Innocence(&)Title 18-Federal Criminal Code(&)Rules-

-LEGAL LETTER OF DEMAND -



Dear Sirs,

Please review YOUR FILES of this case to see that my case requires a vacateur on several points respective of my ACTUAL INNOCENCE,which also requires process under §2243 in a timely manner...

I am grateful to have recieved word that there is action on this case (&)urge the Court to consider that it is in possession of Correspondence attributed to me which I did not write,or was not presented properly due to inchoate communications(&)the mistaken belief that the files had been transfered from ARKANSAS,(&)established a context...obviously I am claiming to have suffered from Govt.misconduct including forensic - Perjury,(&)that The WD/AR not only has cause,but a duty to VACATE(&) proceed with my immediate release(&)restitution,(&)choosing to not,did violate my right to relief of a unlawfull conviction(&)illegal restraint (&)also left the case insufficiently remedied.

I deny I ever confessed to this crime(&)can prove I claimed to only be a witness,(&)was not only threatened by the shooter,but also by a person who was allowed to testify with immunity,(&)perjured the record consequently,to frame me for attempting to report the crime...

I am claiming that my trial attorney repeatedly attempted to get me to accept a Plea,(&)assured me that he was going to present my Defense (&)was a accredited Legal expert,(&)then he refused to deny the allegation(&)not only admitted the allegation in open Court,but argued that I was already Guilty,(&)that my Mitigation Witness would lie about my Guilt!!!

WTL-WGH

InRem:Paul V.Superintendent-2:13 cv 304-CAPITAL CASE-

FILED U.S. DISTRICT COURT 2015 MAY 14 AM 3:12

Please remember that these are PRIMA FACIE claims that require your authoritive writ,(&)that whether You believe I am guilty or not can be resolved by a Jury...because certainly,no jury ever heard my alibi (&)I denied I committed or had any knowledge of any plans to commit the crime(&)gave fair notice I intended to call witnesses who could (&)attempted to provide exculpatory evidence,that I was being framed for murder,(&)had every cause to believe that the perpetrater was going to turn hisself in,(&)no cause to think I was a Principal on any warrant when I moved to Florida,(&)was living(&)Working under my own name..,my conviction was the result of Criminal misconduct by Govt.Witnesses,(&) Trial Counsel,(&)was exacerbated by The US Attorneys incompetence,(&) refusal to contextualize determinant(&)exculpatory forensic evidence,or release the Brady material to me,(&)not my attorney,who did not send that entoto,pretrial...which included handwriting attributed to me,but later confirmed to be The FBI Agents,(&)a taped recorded confession of the perpetrater,being presented as vague/discursive...but was actually,(&) obviously wholly exonerating.

At this point I have suffered irreconcilable separation of my wife, loss of time(&)estrangement from my family,property,(&)physical health (&)believe Ive been mentally abused for almost 2 decades by characters acting under color of law,with no respect for Liberal Jurisprudence... I am NOT DULY CONVICTED,(&)my Captivity/Custody Status is a violation of Cognizable Claims,delineated in Codes,serving as The Controlling authority for The U.S.Govt.(&)ALL ITS AGENCY/DEPARTMENTS-USC Title 18-Federal Criminal Code(&)Rules,see:Civil Rights-Ch.13(§241,242,245),(&)Torture-Ch.113C(§2340)...Per Se...(&)constitutes an egregious crime in progress (&)I am requesting this COURT EXPEDITE My release(&)Process which is my right where I CLEARLY SHOW a INSUFFICIENT REMEDY on The ORIGINAL MOTION resulting in a VICIOUS CYCLE OF Abuse(&)Offense against an innocent person.

Respectfully,

Signed *Jeffery William Paul* *

Jeffery William Paul

Done This Day-5/10/15