Jeffery W.Paul
Rg#10517-042
SCU/Death Row
PO Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
11 MAY 2015 PM 4 L

[redacted]

Att!!!PLEASE FORWARD To
Judge Lawrence...or ~~Any Judge~~
C/O The Clerk of The Court
921 OHIO St.,Rm.104
Terre Haute,IN.
47807

Legal Mail

INMATE IDENTIFICATION CONFIRMED

RECEIVED

MAY 13 2015

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807373829