# EXHIBIT A

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PAUL, JEFFERY WILLIAM | | | Reg #: | 10517-042 |
| Date of Birth: | 09/02/1976 | Sex: | M Race: WHITE | Facility: | THP |
| Encounter Date: | 10/24/2013 14:11 | Provider: | Sarrazin, Robert MD | Unit: | X03 |

Psychiatry Follow Up encounter performed at Other.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Sarrazin, Robert MD

**Chief Complaint:** Behavioral Health Problem

**Subjective:** Seen by Telepsychiatry
Last seen 6/14/13
He remains very disorganized in thought rapid speech with flight of ideas tangential and very delusional He is difficult to interupt
He complains of poor sleep, buzzing in ears mental pain and difficulty thinking
He attributes this to a learning disorder, inner ear problem, and anger from his civil rights being ignored
He does agree to and consent to trial of Abilify
Reviewed se from med and need for monitoring
He is aware of my diagnosis of a psychotic disorder and need for treatment to target his complaints
He disagree and does not believe he is mentally ill
Nonformulary requested

If nonformulary approved would begin at 10mg daily and increase to 30mg daily at 10mg increments each week May require 45 mg

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Exam:**

**Mental Health**

**Posture**

Yes: Normal, Upright

**Grooming/Hygiene**

Yes: Appropriate Grooming

**Facial Expressions**

Yes: Appropriate Expression

**Speech/Language**

Yes: Talkative, Fast Rate

**Mood**

Yes: Anger

**Exam:**

**Thought Process**

Yes: Circumstantial, Derailment (Loose Associations), Flight of Ideas

**Thought Content**

Yes: Delusional

No: Suicidal or Homicidal Ideation

**Perceptions**

Yes: Hallucinations-Auditory

No: Hallucinations-Visual, Hallucinations - Tactile, Hallucinations - Olfactory

**ASSESSMENT:**

Axis I: Schizophrenia, 295.9 - Current, Chronic, Not Improved/Same

Axis II: Deferred, Axis II: Deferred - Resolved, History/Resolved, At Treatment Goal

Axis III: Gen psych exam, see health prob list, V70.2 - Current, Chronic, At Treatment Goal

Axis IV: Psychosocial and environmental problems, Axis IV - Resolved, History/Resolved, At Treatment Goal

Axis V: GAF 51 - 70, G3 - Resolved, History/Resolved, At Treatment Goal

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 10/30/2013 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 11/30/2013 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 12/30/2013 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 01/30/2014 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 03/02/2014 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 04/02/2014 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 05/02/2014 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 06/02/2014 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 07/02/2014 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 08/02/2014 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 09/02/2014 00:00 | Routine |

| | | | |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | Recurring | 10/02/2014 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | Recurring | 10/30/2013 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | Recurring | 01/30/2014 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | Recurring | 04/30/2014 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | Recurring | 07/30/2014 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 10/30/2013 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 01/30/2014 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 04/30/2014 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 07/30/2014 00:00 | Routine |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| AIMS | Monthly | 180 days | every 6 months | Sarrazin, Robert MD |
| Weight | Monthly | 180 days | | Sarrazin, Robert MD |

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/24/2013 | Counseling | Access to Care | Sarrazin, Robert | Verbalizes Understanding |
| 10/24/2013 | Counseling | Compliance - Treatment | Sarrazin, Robert | Verbalizes Understanding |
| 10/24/2013 | Counseling | Medication Side Effects | Sarrazin, Robert | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Sarrazin, Robert MD on 10/24/2013 14:32
Requested to be cosigned by Wilson, William E. MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PAUL, JEFFERY WILLIAM | | | Reg #: | 10517-042 |
| Date of Birth: | 09/02/1976 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/24/2013 14:11 | Provider: | Sarrazin, Robert MD | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 10/25/2013 14:47.**