# EXHIBIT B

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PAUL, JEFFERY WILLIAM | | | Reg #: | 10517-042 |
| Date of Birth: | 09/02/1976 | Sex: | M Race: WHITE | Facility: | THP |
| Encounter Date: | 10/09/2014 09:51 | Provider: | Mata, Heather PA-C | Unit: | X03 |

Evaluation encounter performed at Other.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Mata, Heather PA-C

**Chief Complaint:** Other Problem

**Subjective:** Inmate states that he feels like his heart is racing and he believes that he has been implanted with a device that is controlling his heart rate. Also complaining of recurrent kidney pain over the last 2 years. Inmate states that he does not have any pain today- to get a urinalysis when he has the pain at next time. To get CXR to r/o implanted device. To check with custody to determine if medical clippers can be used since he can't afford the barber.

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/09/2014 | 09:51 THX | 97.9 | 36.6 | | Mata, Heather PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/09/2014 | 09:51 THX | 70 | | | Mata, Heather PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/09/2014 | 09:51 THX | 18 | Mata, Heather PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/09/2014 | 09:51 THX | 113/73 | | | | Mata, Heather PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/09/2014 | 09:51 THX | 99 | Room Air | Mata, Heather PA-C |

**Exam:**

**General**

**Affect**

Yes: Irritable, Agitated

No: Pleasant, Cooperative

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PAUL, JEFFERY WILLIAM | | | Reg #: | 10517-042 |
| Date of Birth: | 09/02/1976 | Sex: | M Race: WHITE | Facility: | THP |
| Encounter Date: | 10/09/2014 09:51 | Provider: | Mata, Heather PA-C | Unit: | X03 |

**Exam:**

Inmate became more agitated as the visit went on - returned to custody due to agitation.

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

Axis I: Anxiety state, unspecified, 300.00 - Current, Chronic, Not Improved/Same

Depressive DO, not elsewhere classified, 311 - Current, Chronic, Not Improved/Same

Schizophrenia, 295.9 - Current, Chronic, Worsened

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Naproxen Tablet | 10/09/2014 09:51 | 500mg Orally - Two Times a Day x 14 day(s) |

**Indication:** Unspecified polyarthropathy or polyarthritis

**One Time Dose Given:** No

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-PA/Lateral | One Time | | 10/10/2014 | Routine |

**Specific reason(s) for request (Complaints and findings):**

chest discomfort and tachycardia - (as per patient's account)

**Disposition:**

Will Be Placed on Callout

**Other:**

Schizophrenia - not on medications at this time - talking about a wife even though he has never been married and being implanted with devices and invemonated with anthrax. Difficult to keep a conversation going.
Inmate became very agitated while discussing a double mattress - was returned to cell because of agitation
To write a 2 week script of Naprosyn to help with OA discomfort.
To discuss medical clippers with custody.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/09/2014 | Counseling | Plan of Care | Mata, Heather | Verbalizes Understanding |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PAUL, JEFFERY WILLIAM | | | Reg #: | 10517-042 |
| Date of Birth: | 09/02/1976 | Sex: | M Race: WHITE | Facility: | THP |
| Encounter Date: | 10/09/2014 09:51 | Provider: | Mata, Heather PA-C | Unit: | X03 |

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Mata, Heather PA-C on 10/09/2014 15:30