# EXHIBIT C

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 01-17-2014 - Clinical Intervention - Treatment Plan
**Reg Number-Name:** 10517-042 - PAUL, JEFFERY W.
**Author:** JACQUELINE CRANMER, Psy.D., INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

---

## Diagnostic Impressions:

**AXIS I:** None

**AXIS II:** Schizotypal personality Disorder

## Treatment Plan:

**Problem:** Inmate PAUL has recently exhibited a decline in his overall level of functioning. He has been housed on the Special Confinement Unit for several years with a pending sentence of death. Recently he has become increasingly focused on his legal case and other issues such as his common-law marriage and filing for bankruptcy. When he perceives he is not getting his needs met with regards to these legal issues, he becomes angry, frustrated, and agitated. As a result of his poor frustration tolerance and limited ability to regulate his emotions, at times when frustrated he threatens to engage in self-injury.

**Diagnostic Impressions:**

**Axis I:** R/O 300.02 Generalized Anxiety Disorder

R/O 298.0 Psychotic Disorder NOS

**Axis II:** 301. 22 Schizotypal Personality Disorder with paranoid traits

**Axis III:** Per BEMR: Myopia; Esophageal Reflux; Dermatitis

**Axis IV:** lengthy incarceration, pending DEATH sentence with exhausted appeals, limited social support, interpersonal problems, poor social skills

**Axis V:** GAF = 65 (current)

## Goals:

***1) Reduce and eliminate threats of self-injury when frustrated.***

**Treatment Activities:**

a. Meet with Psychology Services staff for scheduled individual clinical contacts.

b. Learn and practice strategies for coping with negative emotions.

c. Develop and implement Safety Plan.

***2) Maintain stable functioning in Special Confinement Unit.***

**Treatment Activities:**

a. Attend all scheduled clinical contacts with Psychology Services staff and report any significant changes in functioning.

b. Attend scheduled telepsychiatry clinics and take medications as prescribed (if any).

c. Learn and implement appropriate coping skills and behavioral activation strategies to improve mood and manage stress.

d. Strengthen support system in the community by maintaining contact with family, friends, and legal team.

e. Identify and practice maintaining balance in his life between legal work and other positive activities.

________________________________________

Inmate Signature & Date

________________________________________

Psychologist Signature & Date

Treatment Plan Update - 4/4/2014: Inmate PAUL has been seen for 4 clinical contacts since his treatment plan was initiated. He continues to present in a manner consistent with his baseline, but has not made any additional threats of self-harm. He was prescribed an antipsychotic medication during telepsychiatry clinic in October 2013; however, he continues to refuse to take the medication despite encouragement from Psychology Services staff. Inmate PAUL will continue to be monitored during monthly SCU reviews and additional clinical contacts and will continue to work toward the goals outlined in his treatment plan.

## Termination Summary: (04-04-2014)

Inmate PAUL's treatment plan is being closed on this date due to the change over from PDS to PDS-BEMR. His treatment plan will be re-opened in BEMR and he will continue to be seen for individual clinical contacts in addition to monthly SCU reviews.