# EXHIBIT D

## Cory Shepherd - Jeffrey Paul #10517-042

**From:** Melissa Bayless
**To:** Eckert, Steve; Willard, Mary
**Date:** 5/3/2013 8:45 AM
**Subject:** Jeffrey Paul #10517-042
**CC:** Edwards, John S.; Shepherd, Cory

Good Morning,
On a call I monitored today, made 5/2/2013 to his attorney, he made a statement that if she did not file the paperwork he wanted her to file, he was going to cut his throat. He goes on to say that he doesn't want to be here anymore and he doesn't want to kill himself in jail. She continues to speak with him, although the things he is discussing with her are delusional at best, she seems to de-escalate the situation.

(b)(7)(F)

I would like to discuss with you how the staff up here and Psychology can work together to get him out of this mania that he seems to be in. Every interaction, even when listening to him, is a screaming battle on his part and there is no reasoning with him.

I do not know him well, so I can't speak about what he was like prior to my arrival, but it appears that he is in some mental health unrest. Additionally, I am unaware of that status, i.e. meds, if he is compliant, etc. Unit team, as well as the officers, would like any guidance that you could provide with regards to interactions with him.

Thanks,
Melissa

FOI EXEMPT