**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFREY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br><br>Petitioner | : | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-WGH<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**ORDER**

AND NOW, this __________ day of __________, 2015, upon consideration of Petitioner's Renewed Motion for the Production of Petitioner's Prison Records, it is hereby ORDERED that Petitioner's Motion is GRANTED. The Bureau of Prisons shall provide a complete copy of all records in its possession relating to Inmate Jeffrey William Paul, #10516-042 to the Federal Community Defender Office for the Eastern District of Pennsylvania, 601 Walnut Street, Suite 545 West, Philadelphia, PA 19106, attn.: Shawn Nolan, within thirty (30) days of the receipt of this Order. As a part of this disclosure, the Bureau of Prisons is ORDERED to provide copies of any and all emails relating to Mr. Paul in its possession, unredacted copies of the 131 pages of redacted records that were provided in response to the Federal Community Defender Office's Freedom of Information Act request relating to Mr. Paul, and copies of the 105 pages of records that the Bureau of Prisons withheld from its response to the Federal Community Defender Office's Freedom of Information Act request relating to Mr. Paul.

BY THE COURT:

________________________________

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana