IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Jeffery W.Paul
Rg#10517042
SCU/Death Row
PO Box 33
Terre Haute,IN.
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 MAY 29 PM 3:08
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

InRem:Paul V.Superintendent-2:13 cv 3[illegible](WTL/WGH)-2013-
"HABEAS CORPUS"-FCC(&)R-Title 28-Ch.153-§2255,2242(&)2243-

------------------- (PRO-SE)-Informa-Pauperis-fee paid-

<u>-LEGAL DEMAND LETTER -</u> Doc's Attached-Pg.1-6.

Dear Judge Stinson,

Please review your files for any record of this case...its been in this court repeatedly since 2004,(&)was exhausted in the 8th Cir... when The Magistrate Judge-Bryant of WD/AR-refused to schedule a new trial,(&)this Cir./Judge Lawrence appointed Counsel,for procedure in the Court of Custody...that was the result of Pro Se,pleas I submitted complaining of procrastination of appointed Counsel...

Please read the included doc's,which were authenticated(&)contain the Documents-Titled-<u>THE DECLARATION OF TRINITY E.INGLES</u> -Pg.3,4(&)5...at top in Highlight,(&)A02253-55 at bottom...thats an excerpt from an appellate brief sent to the 8th Circ.,resulting in reversal in 2007... but inexplicably,no trial was scheduled...those documents are the sworn statement of the perpetrater of the crime,who wholly exhonerates me,(&) that was verified repeatedly as Genuine,see.Pg.1,(&)2...by accredited Federal Defenders you can contact ANYTIME!!!

The content of that Declaration is consistent with statements attrib - uted to him pretrial...(&)misrepresented by US Attorneys in WD/AR...(&) trial Counsel...Please note this chronic delay,(&)obstruction of Justice is ongoing(&)a Prima Facie cause for complaint/ immediate redress being allowed to occur in PLAIN SIGHT of a FEDERAL DISTRICT JUDGE,(&)I have repeatedly(&)consistently complained ABOUT IT TO NO AVAIL...see.Pg.6.

Sincerely,

signed Jeffery Paul W.*

5/23/15

Jeffery Paul W.
Rg#10517042