1.

OFFICE OF THE
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF DELAWARE
800 KING STREET, SUITE 200
WILMINGTON, DE 19801

X 03-417L

Jeffery Paul, # 10517-042
United States Penitentiary
P.O.Box 33
Terre Haute, IN 47808-0033

$0.46 0
US POSTAGE
FIRST-CLASS
062S0007246923
19801
616341.16

SPECIAL MAIL - OPEN ONLY IN THE
PRESENCE OF THE INMATE PERSON
ENTITLED TO INVOKE PROTECTION OF
SPECIAL MAIL 28 C.F.R. § 540.18

47808X0033

SPECIAL MAIL - OPEN ONLY IN THE
PRESENCE OF THE INMATE PERSON
ENTITLED TO INVOKE PROTECTION OF
SPECIAL MAIL 28 C.F.R. § 540.18

Documents Authenticated (on) 9/17/13 &, Again on 4/11/14 by Public (Federal) Defender of DE. (State) Jennifer A. Merrigan; at USP. Terre Haute, Ind. (In Person)

(Page 5) (Pg 56)

OFFICE OF THE FEDERAL PUBLIC DEFEND
FOR THE DISTRICT OF DELAV

**2.**

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

KARL D. SCHWARTZ
CHIEF, CAPITAL HABEAS UNIT

JENNIFER A. MERRIGAN
ASSISTANT DEFENDER,
CAPITAL HABEAS UNIT

July 11, 2013

Jeffery Paul, # 10517-042
United States Penitentiary
P.O.Box 33
Terre Haute, IN 47808-0033

Jeff,

It was good to talk to you today. I am enclosing the affidavit you requested. I ordered you the Almanac and Dictionary, you should receive them soon. I know that you have requested other books, and I have let the team know.

Sincerely,

Jennifer Merrigan

M.S. Jennifer Merrigan
800 King Street, Suite 200
Wilmington, DE 19801

Enclosures

(Cell Ph) 302/578/6010

Western District of
Arkansas; Hot Springs Division
U.S. v. Ingle
Case no. 97 3443
(57 F3d 1147
8th Cir. 1998)



(Page 6) (pg. 57)

County of Jefferson

State of Texas

Declaration of Trinity E. Ingle

My name is Trinity Ingle. I am over the age of 18 and competent to make the declarations contained herein.

On June 22, 1995 me and Jeff were downtown in Hot Springs by the Arlington Hotel. I was wanting to rob a shop downstairs. Jeff was high and was pretty much just following me where I was going to. I was high too otherwise I would not have been wanting to rob a shop in broad daylight. But so we're standing outside of the mall when Mr. Williams drove by. I had not slept for days and was high on Methamphetamine which can make you paranoid and was making me paranoid after ten days of it and not sleeping. It was one of those times where if things had gone different, if a cop car had come by or something like that, I would have just left, but when Mr. Williams drove by he looked at me and I just locked in on him. In my paranoia I knew he had seen the gun in my waistband and knew that now he knew what I was thinking to do by robbing the shop downstairs. So when he got out of the car I told Jeff to come on and follow me. At this point Jeff did not know what I was doing and so he wasn't arguing any about it yet. As far as I knew, Jeff did not know that I had a gun. I didn't tell Jeff about my suspicions of Mr. Williams, nor did I say anything to him about what I planned to do.

A02253

I followed Mr. Williams up the trail and Jeff was following me. I stopped him by asking him if he had the time. After he told us the time I pulled the gun out and told him to give up everything he had. When he didn't, I hit him and kicked him on the ground. By this time, Jeff was getting very nervous. He was trying to get me to leave, saying, "come on, let's go." But I wasn't about to leave, but I still had the gun in my hand and Jeff knew it.

I told Jeff to keep quiet and I tied the guy up with the tape. Then Jeff and I started back down the trail but when I looked back at him the guy was looking right at me. I turned to go back but Jeff grabbed me by the arm and said, "let's just leave him and get out of here." Jeff kept arguing with me but I yanked free of him holding me. I still had the gun in my hand and Jeff was looking at it as I held it in his direction. Even though Jeff didn't know what it was I was going back up the mountain for, I made sure he knew if he put his hands on me again trying to stop me I would have shot him, too, and it would have been two people left up on that mountain.

So I walked back up the trail and asked the guy if he was going to call the cops. He said no but of course I knew he was lying. So I stood over him and shot him in the chest but one shot was rat shot which I had forgot was in the chamber. I heard Jeff yelling at me to stop, but I turned back around and shot Mr. Williams

with the real bullet in the head.

Everything else I believe is already known which followed that.

The gun I got from a burglary off Higden Ferry Road, New Oscar Point and Amity. It was a brown and yellow house and part of the yard was fences. It was in the morning that I broke into the house and found the guns in a closet. I think I recall that they were in a box on the closet floor. I also took some things out of the ice box and some change and silver dollars. Actually I had gotten two guns from there, a .357 and the .38 I used to shoot Mr. Williams. The .357 I had already sold.

Under penalty of perjury I hereby swear that the foregoing is true and correct to the best of my information and belief.

Trinity E. Ingle

Dated this 11 day of February, 2005.

Authenticated on 4/11/13 (?)
Unit Mgr. Bayless; Again on 4/11/14, by Public Defender [Jennifer A. Merrigan]

Will You Please review these pgs. (&) note that I did get confirmation from my Attorney that Trinity Ingle did write (&) sign that affidavit, Titled: Declaration of Trinity E. Ingle; (&)

I have a copy ~~of this~~ in my central file.

I would like (BOP) (SIS) or appropriate staff to present the Affidavit (&) certify be confirms the text (&) signature; Because for some reason, not disclosed to me; the courts refusing to acknowledge any obligation to release or lower the penalty, for 7.5 yrs now.

Please confirm my lawyers are my lawyers (&) that this Affidavit is genuine (&) note that I am indigent due to Copyright infringement (&) suffering medical (&) psychological injury due to bad dental, dermal, vision care (&) the rape of my wife estrangement etcetera.

Please respond (&) return papers.

Sincerely, Jeffery Paul (10517042) 417cell / C Range 7/21/2013

(Page 10) (pg. 61)

Paul-
The BOP/SIS is not authorized [to] authenticate the document. [There]fore, the BOP can not [stat]e the document is [genu]ine. ← Therefore ✓ State ✓ Genuine ✓
-MBayless, 8/2/13