Jeffery W.Paul
Rg#10517042
SCU/DEATH ROW-
P.O.Box 33
Terre Haute,IN.
47808

-Legal Mail -

INDIANAPOLIS IN 460

26 MAY 2015 PM 1 L

[redacted]

-CAPITAL CASE -

Att!Hon.Judge -
MS. Jane ~~Magnus Stinson~~
USDC/Southern District
C/O The Court Clerk
United States Courthouse
921 OHIO St.,Rm.104
Terre Haute, IN.
47801

- Legal Mail-

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
MAY 28 2015
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

47807373829