FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 JUN 10 PM 3:08
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JEFFREY WILLIAM PAUL, )
)
Petitioner, )
)
V. ) CAUSE NO. 2:13-cv-00304-WTL-WGH
)
SUPERINTENDENT, USP Terre Haute, )
UNITED STATES OF AMERICA, )
)
Respondents. )

**APPEARANCE**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Jeffrey A. Zick, and enters his appearance as co-counsel for the Respondents.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: ______________________________
Jeffrey A. Zick
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2015, a copy of the foregoing APPEARANCE was manually. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and mailed to parties. Parties may access this filing through the Court's system.

Billy H. Nolas
Leigh Skipper
Federal Community Defenders Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

By: ______________________

Jeffrey A. Zick
Trial Attorney – Criminal Division
Capital Case Section
1331 F Street, NW
Washington, DC 20005
Telephone: (202) 616-3942
Email: Jeffrey.zick@usdoj.gov