In The United States District Court
for The Southern District of Indiana

Jeffery Paul W.
Rg.# 10517042
USP Terre Haute,
Death Row/SCU
PO Box 33
Terre Haute, IN,
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 JUL -6 PM 3:17
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

In Rem;
Jeffery William Paul v. Superintendent
Case no.# 2:13 cv. 304 (WTL/WGH) (Pg. 1)
Title 28, Ch. 153 - §2255, 2242; 2243 ←
(Pro-Se); Counsel Appointed due to
Learning - Disability - CAPITAL-CASE -
DEATH - PENALTY -

- Legal Letter - Exhibits (2 pgs. Marked
Pg. 1 (&) pg. 2)

Dear Sirs;

I; Jeffery William Paul, am 19 Years Captive on 8/22/15; (&) So swear to the following.

That I am in Custody under penalty of death; guilty as charged sans amended order by a United States Judge.

I am appealing that convictions byway of ACTUAL-INNOCENCE; attempting to present evidence of that in a new light; including the eyewitness testimony of the perpetrater (&) previously submitted reports showing exculpatory; determinanst physical evidence the court failed to weight, due to Trial Counsels, (&) appellate

...Counsels gross misconduct, conflict of interest resulting in a Guilty Verdict ($) leaving the original Pro Se petition with insufficient redress on post-conviction appeal.

I deny that I committed the crime ($) claim to have suffered egregious Torture due to BoP/DoJ's treatment of prisoners whose cases have been affirmed ($) I am requesting to retain attorneys that promise to maintain an appropriate defence position; (See. pg. 1 $, 2: copy of emails from Attorney Laura Berg at DE. Federal Defenders office.); relevant to Briefs submitted on my behalf.

Previous Counsel previously incriminated me; due to inchoate Communications ($) a learning-disability; Clearly I deny I actually committed the crime, so clearly the Court has an obligation to redress my appeal ($) contextualize the record; ($) that should be a priority; with no Question except how much restitution I deserve ($) what charges should be filed as a result of this atrocious conspiracy to frame an innocent person for murder; ($) obstruct Justice for dozens of Years!

Please see that the Emails (Pg. 1 $, 2); clearly show Attorney Berg promises to refrain from,

... previous misconduct other Attorneys engaged in; which I complained about, & I confirms the authenticity of the evidence to be submitted under Rule 60(a)(b) FRCP - as soon as possible -

This Petitioner is suffering disparate effect of captivity &, previously attempted to waive further plea to the Appeals Court, (& I moved for restitution (&) (or) process; sending a Handwriting Sample to prove I did not draft or endorse Confession, Trial Counsel Referenced to Justify his performance; but that was also construed as incriminating ~~due to~~ composition SNAFU - I did believe I could trigger a new trial by obligating Court to Rule; I deny I confessed to the crime (& I claim the Court stated that my Counsel did not incriminate me which is patently false.

The Court is "Holding"; that I am in places that I'm not; effecting a crime (&) crime-scene in a manner premised upon determinant physical evidence which forensics proved to be false (&, thus; wholly exculpatory, constituting Material-Perjury.

Counsels refusal to call/cross witnesses appropriately; (&) subsequent appropriation of US-Attorneys tone &, facts was fatal Error, leaving the jury no option to consider any verdict other than guilty of 1st degree murder, by leaving me knowingly carrying a gun

...during the Commission of a violent, pre-meditated crime; resulting in DEATH, (ie) the definition of the Statute/Code on the indictment; ($) wholly satisfies the requisite Under Title 28. Ch. 153 §2255; as Cause to process, ($) Shifts the Burden to the Government to prove the fatal ERROR was not a influential factor relevant to the verdict; rendering my Conviction Unduly ($) with prejudice.

Again; I deny I committed the crime; am Requesting due-process on my Pro Se Plea with Standby Counsel; ($) do NOT agree to or delegate permission to Plea Guilty to ANY felony offense or waive Complaints pursuant to redress injury of unduly being detained, Tortured; for 19 Years.

The BOP/DOJ has repeatedly obstructed this appeal; ($), the facts are Compelling, the Jury Could not have duly returned a verdict, I am ACTUALLY-INNOCENT w/ the Benefit of the doubt, ($) the forensics; eyewitness-testimony are determinant ($), exclusive ($), require the Case be dismissed with prejudice, due to Double-Jeopardy.

My Custody is illegal; referenced in situations instigating The Declaration of Independence; explicitly proscribed in The Articles ($) Amended US. Constitution; Criminal Code USC Title 18; ($), The Controlling Authority, Title 28. "HABEAS-Corpus"; ($), Requires PROMPT due-process.

Sincerely;

6/29/15 Jeffery Paul W.