Paul v. Superintendent 2:13 cv. 304 ← WTL/WGH (SD/IN)



TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Berg, Laura
TO: 10517042
SUBJECT: RE: Legal
DATE: 06/15/2015 09:36:13 PM

Hi Jeff,

We received redacted records, but we need all the records to do your case properly. Don't worry, you will be included in the outlines and brief-writing stages. We are still gathering records and other facts. We will be sure to contextualize and rebut untrue documents. I understand that previous attorneys incriminated you and we will not repeat that mistake.

Give Pete a (little) break. He can't move forward without the records.. He is working hard but he figures that Jenny and I are in contact with you and can keep you up to date. He's a good lawyer and cares about you, as we all do.

I am excited that the SCOTUS agreed to hear the Bruce case. It would be nice if you could enjoy the full amount of any money gifts you get. I hate to subsidize the federal government!!

Talk soon,

Laura

JEFFERY WILLIAM PAUL on 6/15/2015 6:09:11 PM wrote
dear laura,
thanx for reminding me about the records,my mom says YAWLL already got them...id really like to be included in the comp/OUTLINE stages because prev.,you know they filed(&)were denied before I ever read the briefs,almost every issue-so Im worried about the Court review of POST/Convict-Docs'that may be DECLARANTS AGAINST SELF-INTEREST(&)Want to ensure the Court understands that its reading inchoate/bogus docs which I COULD Contextualize/rebutt(&)SHOULD Have a right to...please review the fact that P.Williams is mum on his plan/timeline(&)I get worried(&)would prefer to DEMAND trial(&) risk another conviction than cede Guilt for a crime I didne commit on a Direct Appeal...(ie)Bad news!So Please note,I do want to EXPEDITE(&)DONT Care if You go ahead if you redress the Appeal on the rebuttable issues/ie PRIMA FACIE-I just really need some relief(&)futures...the fact that the TORT claim is/but is MOOT-is OMINOUS!!!

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Berg, Laura
TO: 10517042
SUBJECT: RE: Doc's
DATE: 06/22/2015 01:21:15 PM

Hi jeff,

It's ok to be redundant. I had been out a couple days, so it took me a little while to respond. I'm really sorry about the shakedown. I'm sure it was upsetting. We'll see if we can help get your clothes back. I requested a legal call for later this week and we can talk about all this.

The short answer about the documents: Yes, Trinity's affidavit is authentic. But we need all your case records and prison records before filing a liberal brief. The government gave us some records, but they were redacted. We are working hard to get them ASAP.

I know you are eager to move forward. I don't blame you.

We'll talk soon, ok?

Laura

JEFFERY WILLIAM PAUL on 6/21/2015 6:34:18 PM wrote
Dear laura,
Sorry if this is redundant,Ive had a bad couple days-please resp-to this one okay?What doc's is Pete looking for if he already authenticated the affidavit from Trinity-isnt that enough-w/the Double jeopary issue(incrim)from trial counsel to RUSH(&) Guarantee a Statutory NEW TRIAL-?