Jeffery W. Paul
Rg. 10517 042
SCU / Death Row
USP Terre Haute
PO Box 33
Terre Haute, IN
47808

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460
29 JUN 2015 PM 4 L

USA • FOREVER

Office of The District Judge
Hon. William T. Lawrence
c/o The Clerk of The Court
United States Courthouse, SD/IN
921 OHIO St., Room 104
Terre Haute, IN.
47807

Legal Mail

Legal Mail

RECEIVED
JUL - 1 2015
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

4780737382