**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFREY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br><br>Petitioner | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-WGH<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**ORDER**

AND NOW, this __________ day of __________, 2015, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File an Amended Petition for a Writ of Habeas Corpus, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall file a counseled Amended Petition for a Writ of Habeas Corpus no later than November 2, 2015.

BY THE COURT:

______________________________
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana