**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Discussing Selected Matters**

**I.**

The motions for extension of time [dkt 46, dkt 55 and dkt 61] are **granted**. The petitioner shall **have through September 20, 2015** in which to file an amended petition for writ of habeas corpus.

**II.**

The motion to produce petitioner's prison records [dkt 47] and the renewed motion for such action [dkt 57] are **granted.**

Within **fifteen calendar days** from the issuance of this Entry, the respondent shall produce to counsel for petitioner Jeffrey William Paul, #10516-042, a copy of all medical, mental health, disciplinary and central file records in the possession of the Bureau of Prisons pertaining to the petitioner, except for documents which have previously be provided, either as a result of discovery in this case or as a result of the FOIA request made by or on behalf of the petitioner.

**III.**

The motions filed by the petitioner himself, rather than through his attorney, [dkt 52 and 53] are **denied**.

IT IS SO ORDERED.

William T Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Date: 8/11/15

Distribution:

Electronically Registered Counsel