UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL<br>Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-00304-WTL-WGH |
| SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br>Respondents. | ) | |

JOINT MOTION TO MAINTAIN CONFIDENTIALITY
OF FEDERAL BUREAU OF PRISONS' FILES
PRODUCED FOR DISCOVERY

Respondents, Superintendent, USP Terre Haute, United States of America, and Petitioner, Jeffery William Paul, jointly request that this Court issue a protective order on documents to be produced by the Bureau of Prisons ("BOP") pursuant to this Court's December 1, 2014 and August 11, 2015 discovery orders. These documents, with redactions, were previously disclosed to Petitioner through a FOIA request. Petitioner seeks unredacted copies of these documents. Because it is necessary for Petitioner to obtain the unredacted documents in order to pursue investigation of potential claims in these proceedings, and because the BOP has legitimate safety concerns related to the information in these documents, the parties have agreed that Petitioner shall be provided with all of the records requested in his Renewed Motion for the Production of Petitioner's Prison Records and that all of the records disclosed shall be subject to a protective order covering these documents. In support of this request, Respondents state as follows:

1. Numerous documents relating to the Federal Bureau of Prisons (BOP) files will be forwarded to Petitioner's attorneys as part of the discovery in this case. These documents include

the available prison records, medical files of the Petitioner, the mental health condition and/or treatment of the Petitioner and email by BOP personnel regarding Petitioner.

2. Some of these documents concern information provided to BOP authorities from inmates. Other documents relate to the inner workings of the BOP. This information is confidential and subjects not only the inmates to jeopardy, but also jeopardizes the overall security of the BOP inmates. Such information can be used to threaten and harm cooperating inmates and would deter such information flow if made known to those in a position to harm the inmates. Therefore, the parties stipulate and agree that the Court should impose protections on the information contained in these documents.

3. Any documents produced pursuant to this Court's December 1, 2014 order shall be viewed only by the attorneys representing the government and Petitioner, their staff, investigators and mental health experts working under their supervision. Neither the Petitioner, nor any inmate or criminal defendant, shall have access to these documents or the information contained therein.

Wherefore, for the reasons stated above, the parties respectfully request the Court grant this joint motion.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By: s/Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

By: s/ Jeffrey A. Zick
Jeffrey A. Zick
Attorney, Capital Case Section
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Shawn Nolan
Federal Community Defender Office
Shawn_nolan@fd.org

Pete Williams
Federal Community Defender Office
Pete_Williams@fd.org

s/ Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

s/ Jeffrey A. Zick
Jeffrey A. Zick
Attorney, Capital Case Section
U.S. Department of Justice
jeffrey.zick@usdoj.gov