UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL<br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:13-CV-00304-WTL-WGH |

MOTION FOR EXTENSION OF TIME

Comes now the Respondents, Superintendent, USP Terre Haute, United States of America, and for its Motion for Extension of Time to produce Petitioner's Bureau of Prison (BOP) records, states:

1. On August 11, 2015, the Court ordered the Respondents to produce to counsel for Petitioner Jeffrey William Paul, #10516-042, a copy of all medical, mental health, disciplinary and central file records in the possession of the BOP pertaining to the Petitioner, in this case within fifteen calendar days from the issuance of its order.

2. The parties have agreed a protective order to disclose unredacted copies of the available prison records, medical files of the Petitioner, the mental health condition and/or treatment of the Petitioner and email by BOP personnel regarding Petitioner.

3. However, the Respondents need additional time to search for and recover all e-mails that may relate to the Petitioner.

4. The Respondents, Superintendent, USP Terre Haute, United States of America, would request an extension of time until October 1, 2015, to produce all of the records.

5. Movant has contacted counsel for the Petitioner, who does not object to the relief sought by this motion.

WHEREFORE, the prays that the Court extend the time for producing copies of all of the medical, mental health, disciplinary and central file records in the possession of the BOP pertaining to the Petitioner in this case to October 1, 2015.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By: /s/Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

By: /s/ Jeffrey A. Zick
Jeffrey A. Zick
Attorney, Capital Case Section
U.S. Department of Justice

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August <u>26</u>, 2015, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Shawn Nolan
Federal Community Defender Office
Shawn_nolan@fd.org

Pete Williams
Federal Community Defender Office
Pete_Williams@fd.org

/s/ Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

/s/ Jeffrey A. Zick
Jeffrey A. Zick
Attorney, Capital Case Section
U.S. Department of Justice
jeffrey.zick@usdoj.gov