UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL<br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:13-CV-00304-WTL-WGH |

# **ORDER**

This matter having come before the Court on the Respondents' motion for extension of time to produce Petitioner's Bureau of Prison ("BOP") Records, it is hereby ORDERED that Respondents' Motion is GRANTED, and Respondents' shall produce Petitioner's BOP records no later than October 1, 2015.

So ORDERED.

DATED:_________

_______________________________
Hon. William T. Lawrence
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.