**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

The motion for extension of time [dkt 64] is **granted**. The respondent shall have through October 1, 2015 in which to produce copies of all of the medical, mental health, disciplinary and central file records in the possession of the BOP pertaining to the petitioner.

The October 1, 2015 deadline is an outer limit. The respondent should proceed with the utmost diligence to product the designated materials with further delay.

IT IS SO ORDERED.

Date: 8/28/15

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel