**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

2015 AUG 31 PM 1:24

| | | |
|---|---|---|
| JEFFREY WILLIAM PAUL, | : | CIVIL ACTION |
| Petitioner, | : | (Capital Habeas Corpus) |
| v. | : | 2:13-CV-00304-WTL-WGH |
| SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA | : | **Hon. William T. Lawrence United States District Judge** |
| Respondents. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance to substitute for Billy H. Nolas, Esq., as counsel for Petitioner Jeffrey William Paul, as Mr. Nolas is no longer with the Federal Community Defender Office for the Eastern District of Pennsylvania.

Respectfully submitted,

PETER WILLIAMS
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Pete_Williams@fd.org

Dated: August 28, 2015

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this 28th day of August, 2015, a copy of the forgoing was served via U.S.P.S. on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey A. Zick, Esquire
Trial Attorney
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20005

Peter Williams