FedEx
TRK# 0215 8062 8236 5159

MON - 31 AUG 10:30A
PRIORITY OVERNIGHT

SE GSHA

46204
IN-US
IND

FID 839337 28AUG15 MUVA 537C1/FECA/EE4B

RT 806 1 10:30 A
FZ 5159
08.31

RECEIVED
AUG 3 1 2015
U.S. CLERK'S OFFICE
POLIS, INDIANA

0417
0500

FedEx Express Package US Airbill

FedEx Tracking Number 8062 8236 5159 [redacted]

Form ID No. 0215

Recipient's Copy

Packages up to 150 lbs.
For packages over 150 lbs. use the FedEx Express Freight US Airbill.

**1 From**

Date 8/28/15 Phone 215 928-0520

Sender's Name Peter Williams, Esquire

Suite 545 West

Company FEDERAL DEFENDER OFC-CAPITAL

Address INDEP SQ WEST CURTIS CTR BLDG Dept./Floor/Suite/Room

City PHILADELPHIA State PA ZIP 19106

**2 Your Internal Billing Reference** Jeffery Paul

**3 To**

Recipient's Name Clerk of Court Phone

Company U.S. District Court for the Southern District of Indiana

HOLD Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

HOLD Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Address 46 East Ohio Street Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address Room 105
Use this line for the HOLD location address or for continuation of your shipping address.

City Indianapolis State IN ZIP 46204

0115299463

**4 Express Package Service** *To most locations.
NOTE: Service order has changed. Please select carefully.

Next Business Day

- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

2 or 3 Business Days

- [ ] FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

Does this shipment contain dangerous goods?
One box must be checked.

- [x] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**7 Payment** Bill to:
Enter FedEx Acct. No. or Credit Card No. below.

Obtain recip. Acct. No.

- [ ] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

[redacted]

Total Packages Total Weight lbs. Credit Card Auth.

611

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

Rev. Date 2/12 • Part #163134 • ©1994-2012 FedEx • PRINTED IN U.S.A. SRS

fedex.com 1.800.GoFedEx 1.800.463.3339

8062 8236 5159

Insert shipping document here.