AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL<br>*Plaintiff*<br>v.<br>SUPERINTENDENT, USP Terre Haute, USA<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:13-cv-00304-WTL-WGH |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeffery William Paul .

Date: 09/04/2015

*Attorney's signature*


Leigh M. Skipper, PA Bar #49239

*Printed name and bar number*

Federal Community Defender Office for the
Eastern District of Pennsylvania
Curtis Center-Suite 540 West, 601 Walnut Street
Philadelphia, PA 19106

*Address*

Leigh_Skipper@fd.org

*E-mail address*

(215) 928-1100

*Telephone number*

(215) 928-0826

*FAX number*