**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-WGH<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, Jeffery William Paul, through counsel, respectfully requests a ninety (90) day extension of time for the filing of an Amended Petition for Writ of Habeas Corpus. In support of his request, Petitioner states as follows:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute ("USP-Terre Haute"). Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013. Dkt. No. 1. On May 8, 2014, this Court appointed the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") to represent Mr. Paul in these proceedings and directed counsel to file an amended petition on his behalf or take any other action as the case warranted. Dkt. Nos. 25, 26. Mr. Paul's Amended Petition for Writ of Habeas Corpus is currently due on September 20, 2015.

2. On September 17, 2014, Petitioner filed a Motion for Order Permitting Mental Health Evaluations and requested that this Court order USP-Terre Haute to permit two forensic

psychiatrists access to Petitioner for the purpose of evaluating his mental health. Dkt. No. 38. Respondents opposed this request.[1] Dkt. Nos. 39, 40. In support of Petitioner's request for mental health evaluations, FCDO counsel argued that Mr. Paul had an extensive history of mental illness, that the evaluations were necessary to prepare his amended petition and to investigate his competency to be executed, and that Petitioner's mental health functioning would be relevant to any amended petition filed on Mr. Paul's behalf. Dkt. Nos. 38, 42.

3. On December 1, 2014, this Court granted Petitioner's request for mental health evaluations and also ordered USP-Terre Haute to grant the mental health experts access to "records pertinent to his mental health condition and/or treatment ... ." Dkt. Nos. 44, 45. Petitioner was evaluated by both experts in December 2014.

4. For FCDO counsel's investigation into Mr. Paul's background and mental health functioning to be complete, counsel require a complete copy of Petitioner's prison records with the Bureau of Prisons. A complete copy of Petitioner's prison records is also necessary for the mental health experts to complete their analyses of Petitioner's functioning. To this end, over the course of the last year, counsel for Petitioner diligently attempted to acquire a complete copy of Petitioner's prison files by: filing a Freedom of Information Act ("FOIA") request, making a records request of USP-Terre Haute based on this Court's December 1, 2014 order compelling the production of all records pertinent to Petitioner's mental health condition and/or treatment, and filing two additional motions to compel the production of Petitioner's complete prison file. See, e.g., Dkt. No. 61 at ¶¶ 2-9 (providing a history of counsel's efforts to procure Petitioner's prison records). The BOP provided a portion of the requested records to Petitioner's counsel on March 10, 2015, but withheld a number of records and emails relating to Petitioner. Pursuant to

[1] Respondents had also moved to dismiss these habeas proceedings. This Court denied Respondents' Motion to Dismiss on December 1, 2014 as well. Dkt. Nos. 44, 45.

this Court's order, Respondents are scheduled to provide the remainder of Petitioner's prison records by October 1, 2015. Dkt. No. 65.

5. Petitioner requests an additional ninety (90) days to file his Amended Petition for a Writ of Habeas Corpus. This additional time is necessary so that Petitioner's counsel and the mental health experts can receive and review the additional prison records, so that the experts can complete their analyses after their review of this additional information, and so that Petitioner's counsel can complete their work on the Amended Petition.

6. On September 16, 2015, counsel for the Government indicated that Respondents have no objection to Petitioner's extension request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully request leave for an extension of ninety (90) days to file his Amended Petition for a Writ of Habeas Corpus.

Respectfully Submitted,

/s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: September 16, 2015

## CERTIFICATE OF SERVICE

I, Shawn Nolan, Esq., hereby certify that on this 16th day of September, 2015, a copy of the forgoing was served via the Electronic Case Filing system on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey A. Zick, Esquire
Trial Attorney
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20005

/s/ Shawn Nolan
SHAWN NOLAN