USDC/SOUTHERN DISTRICT,IN.
TERRE HAUTE,Division-

Jeffery William Paul
SSn#4127-
Rg#10517042-SCU-
USP Terre Haute-
Federal Death Row-
P.O.Box 33 -
Terre Haute,IN.
47808-0033

OCT 14 AM 5:52

-In Rem-

Case-Jeffery W.Paul V.Superintendent-
No#2:13 cv 304 -WTL/JMS/LJM- , Pro Se-



-CAPITAL CASE-DEATH SENTENCE- (FILING FEES PAID)

On Appeal from The Western District of AR/Garland Cty-
Hot Springs Division-1997-

Certificate of Appealibility issued by 8th Circuit/USCA-
pursuant to-Motion to Vacate-Title 28-Ch.153-"HABEAS CORPUS"-
§2255,2253-(a)(b)(C)(1)(B)(2)(3)- 1/25/2007-

----- LEGAL REQUEST/DEMAND LETTER --------

Dear Sirs,

Please note that I am requesting a copy of the order relevant to the cite above,In Rem-Paul V.Superintendent-2:13 cv 304-SD/IN- wherein the Judge appointed Counsel(&)declined to rule/accept any further Pro-Se,pleadings from this petitioner.

I suffer from a Learning Disability,(&)am attempting to get the District to exhaust my Pro Se,Petition in Good Faith,LIBERALLY-due to my evidence that I did not get a fair trial,(&)am ACTUALLY INN-OCENT-I intend to appeal the decision to the 7th Circuit but need a copy to attach,pursuant to FRCP Rule 10(a)(b)(c)-

My attorneys have not filed anything in 8 Years...I need a brief for a RULE 60-FRCP-Relief from Judgement-due to ACTUAL INNOCENCE,(&) I do present PRIMA FACIE,evidence in Support of that Claim,as well as PLAIN ERROR,required under the appellate clause,Title 28.-Ch.153- "HABEAS CORPUS",§2255-USC-...but still dont have the brief...so need to exhaust my right to exercise my 1st Amendment,Pro Se-appellate option...there are ONLY 3/three JUDGES in Terre Haute,IN.,see:the attached E-Mail/Response from the BOP/DOJ Special Confinement Unit team...Im suffering extensively as a result of the Judges decisions to relegate my PRIORITY,(&)Prima Facie,ACTUAL INNOCENCE CLAIMS,I need the Documents Necessary to Appeal,(&)get a Ruling.

Paul V.Superintendent-2:13 cv 304-
Capital Case/Pro Se-

-----LEGAL REQUEST/DEMAND LETTER ----------

Please take care of this most URGENT REQUEST for Copies to facilitate a redress to this Official Nonfeasance from ALL Partys.

ThankYou-

Respectfully Submitted,

Signed *

Jeffery William Paul
Rg#10517042-SCU/DEATH ROW-

DONE THIS DAY - 10/12 /15-

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: USP SCU Unit
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/29/2015 02:07:02 PM

Mailing Address:

U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204
These are the judges for the Terre Haute division:
Judge William T. Lawrence
Judge Jane E. Magnus-Stinson
Senior Judge Larry J. McKinney

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 9/29/2015 9:33 AM >>>
To: NA
Inmate Work Assignment: NA

Counselor edwards/Case Mgr-Shepherd,

Please remember that I repeatedly contact LEGAL/EDUCATION for requests that are not/partially answered-I really need a copy of The 2015-USC Title 28-Ch.153-Sec.2241-2255-"HABEAS CORPUS"-Statute,(ie)the appellate statute I was allowed to proceed under but STILL got no substatative responses...
Also,I need you to check your records for my UDC history from 2014,could I get a copy of that,Please?
Also,can I PLEASE get the NAMES/DIRECTORY Info for The PUBLIC MAILING ADDRESSES for The District JUDGES so I Can send Personalized Legal letters to them...the Clerk has to FORWARD that if addressed properly...but I dont have the ROSTER for The Southern district of INDIANA-
Also,will you please initiate the procedure to allow me to contact the media-im over 19 YEARS detained w/out trial-you understand,My trial attorney actually admitted Guilt repeatedly b/c he was told under The 1996-AEDPA ACT he COULD NOT-dispute the Verdict of my CODEFENDANTS TRIAL,so I really am in custody in violation of my 13th amdt-the Attorneys have stalled/procrastinated regularly for YEARS...I am the only one who denied I committed the crime,so I didnt get a Defense.