Jeffery W.Paul
Rg#10517-042
SCU/DEATH ROW-
P.O.Box 33
Terre Haute,IN.
47808-0033

INDIANAPOLIS IN 460

13 OCT 2015 PM 1 L

IN-REM-
-CAPITAL CASE/PRO-SE-

U.S.DISTRICT COURT
Clerks Office-Rm.105
46 East Ohio Street
Indianapolis,IN.
46204

LEGAL MAIL-

LEGAL MAIL-

RECEIVED

OCT 15 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

46204-199999