USDC/Southern District
Terre Haute,Division-

* Jeffery William Paul
Rg#10517-042/SCU-
Federal Death Row
P.O.Box 33/Terre Haute-
INDIANA,47808-0033

In Rem-DUE PROCESS as of RIGHTS!

Judges:Hon.Larry J.Mckinney-SENIOR-
Hon.Jane R.Magnus-Stinson
Hon.William T.lawrence

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 OCT 26 PM 1:28

Case:Paul V.United States-On Appeal from-USDC/WD/AR-
No#6:96 cv 60022-1997-CAPITAL CASE-217 F3d 989(8th Cir.2000)-

Pro Se:Paul V.Superintendent-No#2:13 cv 304-2013(SD/IN)-

-Appealing as of right-Title 28-Ch.153-HABEAS CORPUS-§2255,2253-

--------ACTUALLY INNOCENT!!!ACTUALLY INNOCENT!!!ACTUALLY INNOCENT!!!----

ATT!!!---LEGAL LETTER OF DEMAND/REQUEST---URGENT!----ATT!!!---URGENT!----

ATTACHED Pages.EXHIBITS.(7pgs.Front(&)Back Copy-)-Marked 1-11 at top-

Dear Sirs,

Please review your files for my remand,its been 8 YEARS!(&)still,no process consistent with American Law/Jurisprudence.

Please see pgs.1.-4.,note that the Case is before you,(&)clearly my doc.s,to support action under Title 28-Pt.3-Rule 60-are source referenced,(&)include THE DECLARATION OF TRINITY INGLE,Marked at Bottom, A02253-55-,which is wholly consistent with previous statements he made, see,pg.5,6 at top...(&)3,4,7,8,9...at top.,the DECLARATION is proof of my innocence,(&)supports my claim to have been a witness,framed for a crime I did not commit...

Please expidite this MOST SINCERE Plea,(&)resolve a FUNDAMENTAL MISCARRIAGE OF JUSTICE,before I suffer further unnecessary abuse by the Dept.of Justice/Bureau of Prisons,pg.10,11,12(&)13...

RESPECTFULLY SUBMITTED,

Signed *Jeffery William Paul* *

Jeffery William Paul

Done This Day-10/19/15