Jeffery William Paul
Reg#10517-042
SCU/DEATH ROW-
P.O.Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
21 OCT 2015 PM 6 L

LEGAL MAIL-

Inrem-
CAPITAL CASE/DEATH SENTENCE!!!
Attention:Judge Jane E.Magnus-Stinson
U.S.District Court/SD-IN.
46 E.OHIO Street
Indianapolis,IN.
46204

LEGAL MAIL-

RECEIVED
OCT 23 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE IDENTIFICATION CONFIRMED

46204190399

[redacted]

OCT 1 9 2015

U.S. Penitentiary
Terre Haute, IN 47808
Date ____________

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee: please return the enclosure to the above address.