**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-00304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry and Notice**

The court has considered the items recently filed directly by the petitioner.

The court has no objection to the petitioner being supplied with a copy of the docket sheet and a copy of filings in the case. However, it will not engage the petitioner in a dialogue about the management of the case or the substance of his claims. The referenced demands [dkt 71 and 72] are therefore **denied**

IT IS SO ORDERED.

Date: 11/16/15

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel