United States District Court
Southern District of INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
(Page 1)
2016 [illegible] PM 3:52
SOUTHERN DISTRICT
OF INDIANA
LAURA A. [illegible]
CLERK

Jeffery W. Paul
Rg. 10517042
PO Box 33
Terre Haute IN.
47808

11/26/15

Senior Judge;
LARRY J. McKinney;

In Rem; Equitible Relief (&) Due process of 1st amendment Right; Appeal - Title 28 - Ch. 153; §2255 - Habeas Corpus - Pro Se Motion; (as of Right) —

—Legal letter of Demand / Request —

[Case; 2:13 cv. 304
Paul v. Superintendent]

☆ Judge William T. Lawrence

---

Dear Sirs;

Please Review the Merits of the fundamental issues Required to Reverse a Case under the §2255 Section; because this Case requires equitible relief under HARMfull Trial Error; (&), Should be an expedited cause of action, (&), priority due to the extensive Torture (&) obstruction this petitioner has suffered to date ...

United States District Court
Southern District of INDIANA



Continued ...

The relief required, would be a statutory reversal (&) I am moving this Court to do that (&) appoint Counsel/Retained, to process this for a New Trial ... under grounds; Due process clause; Equal Protection Clause; 1st; 5th; 6th; 7th; 13th; 14th Amendment violations -;

(1.) "Cite: Haynes V. Cain; 298 F3d. 375 (5th Cir. 2002) Counsel conceded defendants guilt on several counts over objection (of Defendant)";

(2.) Cite: U.S. V. Majors; 329 F3d. 791 (5th Cir. 2003) "Denial of defendants right to represent himself; if established, requires reversal without need for a "Harmless Error" Test ..."

(3.) Cite; U.S. v. Hubbel, 167 F3d. 552 (D.C. Cir. 1999) "Fifth Amendment" protects against: (1.) Compulsion (2.) of Testimony. (3.) That Incriminates.

(4.) Cite, United States V. Kayser, 488 F3d 1070 (9th Cir. 2007) "Defendant is due a charge on his theory of defense; despite the strength or weakness of Evidence!"

(5.) Cite; Betts V. Litscher, 241 F3d 594 (7th Cir. 2001) "Constitution doesn't allow unrepresented defendant to be ensnared in his own errors (&) thus foreclose access to Counsel."

United States District Court
Southern District of INDIANA



This petitioner claims that I repeatedly attempted to move this Court to redress this fundamentally flawed trial, to avoid lengthy appellate procedure on issues I don't support, from 2002-2007 proxy: (&) the Courts omission of Requisite Equitable relief is a glaring injustice that proves a bias on alot of levels; the Pro Se attempts to plea were admittedly inchoate, but delineate the fundamental violation of my Rights; showing Trial Counsel undermined my Not Guilty plea by admitting the elements of the crime in open Court proxy 7 times; then omitting my alibi witnesses (&) arguments entirely; despite having certain knowledge I intended to present the points in my person, by teleconference wherein I refused a US Attorneys offer to Plea Bargain (&) had to state why; asserted my ACTUAL-INNOCENCE.

---

Please note; the Court was not impressed by any uncounseled Pro. Se plea it received to date... but the merits of the claim, statutorily, are not moot - (&) I DENY ANY statement attributed to me as a declarant against interest, out of hand, (&) intend to contextualize any I can...

United States District Court
Southern District of INDIANA

---



... confirm or deny as from me; or correctly composed; with counsel; as required pretrial.

Attorney Laura Berg
Federal Defender of DE.
800 King St., Suite 200
Wilmington, DE.
19801
(302) 573 - 6010 ph.
FAX (302) 573. 6041
Toll Free 1.877. 444. 6244
http://de.fd.org/

---

This attorney says she'll represent me in any hearing pretrial on my petition to exhaust the Pro Se Motion, which I am entitled to do. accordingly; (&) hereby Move this Court to Schedule a hearing on my uncounseled Pro Se petitions to Consolidate (&) Rule on the merits of My ACTUAL - INNOCENCE, claim (via); Rule 60. FRCP Pt III, - Rule 61, Pt III; HARMLESS ERROR - (&, Title 28 Pt IX §1343 - civil Rights; omission of Declaratory Relief...

United States District Court
Southern District of INDIANA



Continued...

of a Appeal for redress of a fundamental-Miscarriage of Justice; by way of ACTUAL-INNOCENCE, in a CAPITAL CASE, under Title 28 - Ch. 153 - §2255; HABEAS-CORPUS-... As of Right, to Vacate (&) Set Aside a unlawfully imposed Conviction (&), Penalty; by law; Showing Plain Constitutional TRIAL-ERROR; violation of 1st; 5th; 6th; 7th; 8th; 13th (&) 14th Amendments.

Respectfully Submitted,

Signed At [signature]

- Done this Day.
11/26/15

Rg. 10517042
USP Terre Haute IN
Po Box 33; Terre Haute, IN.
47808