Jeffery Paul W. (SCU/DEATH Row)
10517-042 Rg #
Po Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
27 NOV 2015 PM 5 L

UNITED STATES MARSHALS
PACKAGE SCREENED
X-RAY/MACHINE

Office of Judge Mckinney
C/o The Clerk of The Court
United States Courthouse
921 OHIO St., Rm 104
Terre Haute, IN.
47801

-Legal mail-

-Legal mail-

RECEIVED
NOV 30 2015
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807873829