**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-00304-WTL-WGH |
| | ) | |
| SUPERINTENDENT et al, | ) | |
| | ) | |
| Respondent. | ) | |

## Entry and Notice

The court has considered the motion for equitable relief filed by the petitioner on December 1, 2015. The motion [dkt 74] is **denied.** The reason for this ruling is that an amended petition for writ of habeas corpus is due to be filed by December 21, 2015 and it is inappropriate for the concerns presented in the petitioner's motion to be addressed outside the parameters of formal pleadings.

IT IS SO ORDERED.

Date: 12/18/15

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel