# *UNITED STATES DISTRICT COURT*

## *Southern District of Indiana*

***Laura A. Briggs***

***Clerk of the Court***

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

February 1, 2016

Re: PAUL v. SUPERINTENDENT et al
Cause Number: 2:13−cv−00304−WTL−MJD

TO ALL COUNSEL OF RECORD:

Due to the retirement of The Honorable William G. Hussmann, Jr. and pursuant to Local Rule 40−1(f), the above matter was reassigned from the docket of Judge Hussmann to the docket of Judge Mark J. Dinsmore on February 1, 2016. The cause number has been changed to reflect the initials of the newly assigned Magistrate Judge. Please note that cause number **2:13−cv−00304−WTL−MJD** be used on all future filings.

All case schedules and deadlines remain unchanged at this time, including hearing, conference or trial dates. In the event that any calendared dates must be vacated and reassigned, the parties will receive notice by separate order.

Sincerely,

Laura A. Briggs

By: s/Jordan Davison
Jordan Davison, Deputy Clerk