Jeffery William Paul
Rg#10517-042
USP Terre Haute
P.O.Box 33
Terre Haute,IN
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 MAR -4 PM 3:36
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

In rem:Paul V.Superintendent-PRO SE-

Case No#2:13 cv 304 WTL/~~LJM~~ MJO (USDC/SD/IN)

On Appeal from The WD/AR-Death Sentence-Informa Pauperis-Paid-
Certificate of Appealibility Granted-1/25/2007-USCA 8th Circuit-

------------------

Legal Letter of request for Hearing -

------------------ EXIBITS 1 PAGE ATTACHED/COPY-

Dear Sirs/Judges of The District-

Please note that this Court appointed Counsel on 6/2/2013-byway of order from Judge McKinney(&)that Office-Eastern District of PA. Mr.Pete Williams has a deadline for March-to file my Title 28-Ch.153 §2241 Motion on the Original to be released byway of Cause of Action,statutorialy submitted in parts under §2255-which is the HABEAS CORPUS -clause for ACTUALLY INNOCENT Appellants...

This prisoner is approaching my 20th Year of Captivity,(&)despite being demonstrably innocent(&)unduly convicted,believe my case has suffered a pattern of obstruction,including Counsels omission of my argument of innocence on the merits(&)denial of the allegation in particularities...as well as The BOP/DOJ's nonfeasance which allowed a PRISON LAW LIBRARY Orderly to attempt to Waive my appeals by claiming the process would expedite a NEW TRIAL which I could prevail on in the District...(&)also allowed a premise to contact the Court,uncounseled,which resulted in This Petitioner exhausting PRO SE right to redress ANY Grievance,(&)apparently produced inchoate correspondence construed as inculpatory,which doesnt appear to be in my handwriting(&)could be forged...for the record;this Petitioner denies ANY Correspondence construed as inculpatory,out of hand(&) demands that Counsel CONCUR,(&)proceed as necessary respecting my NOT GUILTY Plea(&)Proffer the DEFENSE I Offer,whether he believes I will win or not...

This Petitioner was Literally FRAMED for a crime I denied completely,(&)then obstructed(&)relegated for over a DEACADE,with little or NO EXPLANATION,(&)believes The BOP/DOJ corrupted(&) Tampered with the process to retaliate against me for attempting to pursue criminal complaints against Agents committing crimes against my family,spouse(&)posterity with respect to a Juvenile entrapment claim...(&)JUSTICE Could not come TOO SOON...I am including a e-mail from the LEGAL Department-Ive initiated Grievance to secure a Concurrent motion for sentence Modification under the Title 18-Ch.227-§3582(c)(1)(A)(i)-which can be obtained from The Director of The BOP-Mr.Charles Samuels Jr.,or The US Attorney General MS.Lynch...I want that to present with my Counseled brief under §2241-ch.153 Title 28-,but if the Court does consider the minimum facts of the case,I would move the court to Grant a PRO SE-Motion for a NEW TRIAL,(&)ask for Attorney Laura Berg to Lead(&) move the case be dismissed due to merits of my ACTUAL INNOCENCE Claim but if the Court waits for Counseled Briefs,then do consider that I refused a Plea Bargain,Plead NOT GUILTY(&)denied the crime entirely (&)was betrayed by TRIAL Counsel who admitted Guilt as part of an attempt to comply with the Plea Bargain I just refused...my right to a new trial was immootable on 6.27.1998-timely filed,Counsel ruined my appeal(&)this Court has an Obligation to redress the Plea Liberally because No OTHER Court will accept an exhausted PRO SE-Plea from me as a direct result of the BOP/DOJs malfeasance(&)misconduct from the prisoners(&)some staff...

Please Consider this Uncounseled request to VACATE(&)REMAND my request for PRO SE relief,(&)expedite the resolution of the case to redress a PLAINLY Illegal Conviction resulting in a FUNDAMENTAL MISCARRIAGE OF JUSTICE-

Sincerely,

Signed Jeffery William Paul

Jeffery William Paul

Done this Day — 2/21/2016

Attorney of Record-

Office of The Federal Defender of
DELAWARE-

MS,Laura Berg
800 King Street,Suite 200
Wilmington,DE.
19801

Ph#-302.573.6010
FX#-302.573.6041

http://de.fd.org/

---------------------

Attorney of Record-

Office of The Federal Defender of
PENNSYLVANIA-

MR.Pete Williams
601 Walnut St.
Suite 545 West
Philadelphia,PA.
19106

Ph#-215.928.0520

Pete Williams@fd.org