Paul v. Superintendent - 2:18 cv 304 Exibit Ag.



---

FROM: Legal
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/04/2016 04:12:01 PM

Mr. Paul,
I am in receipt of your BP-9 and you will receive a response shortly. Thank you.
~K. Siereveld

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 2/4/2016 10:27 AM >>>
To: NA
Inmate Work Assignment: NA

MS. K.SEIRVELD-
DEAR MS SEIRVELD,Please check your inbox for my BP-9 request to formally resolve the grievance I submitted pursuant to facilities to process my LEGAL DEAMAND for EQUITABLE RELIEF of SENTENCE MODIFICATION options available for prisoners who can make material claims showing extraordinary(&)compelling reasons warrant a resolution of an illegally imposed sentence...my sentence was premised upon an unduly returned verdict...(&)also violated my EQUAL PROTECTION RIGHTS duly...in 6/27/1997 Case No#6:96 cv 60022-USA V.PAUL- WD/AR-A(&)A- MURDER-DEATH SENTENCE-I have a Lawyer claiming that hes filing something in FEBRUARY soonest-relevant to my innocence,but thats the 4th OFFICE of Attorneys whove had the necessary documents to proceed(&)waited over 24 mos.,due to one snafu/another-I am attempting to secure the available Motion fom The BOP/DOJ Directors Office-to supplement my Represented Plea(&)Expedite my release...after 18 YEARS of OBSTRUCTION...I did hand the BP9 to Counselor Edwards after we spoke on The SCU Yard/RECREATION AREA-for delivery to Unit Manager SAMPLE.