Jeffery W.Paul
Rg#10517-042
USP Terre Haute
P.O.Box 33
Terre Haute,IN.
47808

CAPITAL CASE-

INDIANAPOLIS IN 460

22 FEB 2016 PM 6 L

C/O The Clerk of The Court
United States Courthouse
Judge McKinney/Lawrence/Stinson
921 OHIO STREET,Room 104
Terre Haute,IN.
47801

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

MAR 03 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA