Southern District of Indiana/USDC -

Jeffery William Paul
Rg#10517-042-SCU
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 MAR 15 PM 2:51
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

In Rem-PAUL V.SUPERINTENDENT
Case No#2:13 cv 304 WTL/LJM
(Pro - Se)CAPITAL CASE-DEATH SENTENCE-
IFP Filing Fee Paid-



----------

Legal Letter of Request to The Clerk(&)Notice of intent to file an AMICUS Brief-Pursuant to The Liberal Disposition of The Case -

----------

Dear Ms.LAURA A.BRIGGS or Sirs,

Ms.Briggs,I am attempting to ensure my case is resolved,byway of the USC Title 28-ch.153-§2255-HABEAS CORPUS-statute,which is under Local Rule 6.0-for FEDERAL PRISONERS-(&)although the case was from ARKANSAS...

see:UNITED STATES V.JEFFERY WILLIAM PAUL-
Case No#6:96 cv 60022 JLH/TLB 1997 -

...Im supposedly getting a NEW TRIAL here,but have been repeatedly obstructed.

In 2013,I did file a PRO-SE Motion-pursuant to relief under The HABEAS clause,but I suffer from a Learning Disability,so Counsel was appointed...but developing the issues is time consuming so I had intended to file a Motion to EXPEDITE but was denied...

The Prison Conditions are Terrible,(&)I rarely get to assist Counsel on points I need raised because of communication default (&)discomfort,cognate difficulty...but am pursuing a Ruling in my favor,claiming to be ACTUALLY INNOCENT,under Local Rule 56.1(a),so I believe I will have to put a Proper Form Motion under the Title 28-Ch.153-§2255-HABEAS CORPUS statute,(&)believe there are forms I have to fill out so am requesting copy of any forms relevant to properly file a Motion,with the attached,"STATEMENT of MATERIAL ...

...FACTS NOT IN DISPUTE",which is described as a brief to the court to support a undersigned Counseled Plea for release under The Statute.

I dont have a complete copy of case no#2:13 cv 304-which is titled PAUL V.SUPERINTENDENT,(&)dont remember what issues,if any,the Court discerned from the Motion...but none of my pleas are in form,intelligible,(&)I have been repeatedly obstructed... due to The prisons refusal to compensate for a person with a learning disability,(&)failure to redress grievances to stop a relentless attempt to undermine my claims by prisoners.

Sincerely,

Signed Jeffery William Paul

Jeffery William Paul
Rg#10517042

-Done This day-3/7/2016

Southern District of Indiana/USDC



In REM- Jeffery William Paul
Plaintiff

Vs.

SUPERINTENDENT
Defendant

Case No#2:13 cv 304-WTL/LJM

DEATH SENTENCE/PRO SE-
HABEAS CORPUS-IFP fee paid-
Counsel Appointed-

--------------------

NOTICE OF INTENT-Pursuant to Permission to file in AMICUS under LOCAL RULE 56.1-Summary Judgement- in form of plea - a "STATEMENT OF MATERIAL FACTS NOT IN DISPUTE"-in §(a)-

---------------------

Dear Judge,

Please consider this UNCOUNSELED correspondence,(&)grant this petitioner permission for leave to file an AMICUS BRIEF upon the MOTION TO VACATE,SET ASIDE a Judgement(&)release a Prisoner due to PRIMA FACIE Evidence that The verdict was returned(&)sentence imposed in violation of The Law(&)Constitution of The United States of America,(&)that The Court has Material Proof of My ACTUAL - INNOCENCE,(&)full disclosure of OBSTRUCTION against this petitioner by The Prison,which exacerbates a Learning Disability,caused a fundamental default in my PRO SE pleas,(&)constitutes disparate Treatment,impeding the LIBERAL RESOLUTION of a FUNDAMENTAL MISCARR-IAGE of JUSTICE-

Respectfully Submitted,

Signed [signature]

Jeffery William Paul
Rg#10517-042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Counsel Appointed-

The Office of The Federal Defender
of The Eastern District of Pennsylvania-

Mr.Pete Williams Attorney at Law

601 Walnut Street
Suite 545 West
Philadelphia,PA.
19106

Ph#215-928-0520
Ph#215-928-0826

Petewilliams@fd.org-

---

Counsel of RECORD-

The Office of The Federal Defender of
DELAWARE

Ms.Laura Berg Attorney at Law

800 King St.,suite 200
Wilmington,DE.
19801

Ph#302-573-6010
Ph#302-573-6041

http://de.fd.org/

Toll free-1-877-444-8244

---

Certificate of Service-

I do swear a true(&)correct copy of this legal plea was placed in The US Mail to USDC/SD/IN-this day-3/7/2016-1st class postage-

- DONE THIS DAY- 3/7/2016-