Jeffery W. Paul
Rg. 10517042
USP Terre Haute
Po Box 33
Terre Haute, IN
47808 0033

CERTIFIED MAIL™

7012 3460 0003 2428 4059

Certified Mail
1st Class

RECEIVED

MAR 14 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

LEGAL MAIL

LEGAL MAIL

U.S. District Judge
C/o The Court Clerk, for
The Southern District of Indiana
☆ → MS. Laura A. Briggs (or Deputy) ← ☆
United States Courthouse
921 OHIO St., ~~Room~~ 104
Terre Haute, IN. 47801

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER