**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | : | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-MJD<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, Jeffery William Paul, through counsel, respectfully requests a ninety (90) day extension of time for the filing of an Amended Petition for Writ of Habeas Corpus. In support of his request, Petitioner states as follows:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute ("USP-Terre Haute"). After Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013, this Court appointed the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") to represent Mr. Paul in these proceedings and directed counsel to file an amended petition on his behalf or take any other action as the case warranted. Dkt. Nos. 25, 26. Mr. Paul's Amended Petition for Writ of Habeas Corpus is currently due on March 21, 2016.

2. As detailed in prior filings, Petitioner is a deeply impaired individual with mental health issues that will be relevant to any amended petition filed on his behalf. *See* Dkt. No. 42 at 7-13. Accordingly, Petitioner's counsel have sought to investigate his mental health history and

status. This has included, *inter alia*, arranging for evaluations by mental health experts, which counsel have done, and providing those mental health experts with access to Mr. Paul's prison records with the Bureau of Prisons, which counsel have been able to procure in installments through FOIA and discovery requests. *See* Dkt. Nos. 57, 69. On October 1, 2015, Respondents provided Petitioner's counsel with access to the final installment of Bureau of Prisons records.

3. Petitioner requests an additional ninety (90) days to file his Amended Petition for a Writ of Habeas Corpus. This additional time is needed so that the experts can complete their record review and finalize their analyses. Additionally, after Petitioner's counsel completed their review of the October 1, 2015 records, it appeared that the Bureau of Prisons inadvertently redacted several documents and omitted a number of other documents from its October 1, 2015 disclosure. Petitioner's counsel have conferred with Respondents, who are in the process of providing unredacted copies of the redacted documents and determining if the omitted records can be retrieved. Petitioner requires additional time so that he may acquire the omitted documents and provide them to the experts for their review.

4. On March 15, 2016, counsel for Respondents indicated that they have no objection to Petitioner's extension request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully request leave for an extension of ninety (90) days to file his Amended Petition for a Writ of Habeas Corpus, or until June 20, 2016. (A proposed order is attached.)

Respectfully Submitted,

/s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: March 16, 2016

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, Esq., hereby certify that on this 16th day of March, 2016, a copy of the forgoing was served via the Electronic Case Filing system on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey A. Zick, Esquire
Trial Attorney
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20005

/s/ Shawn Nolan
SHAWN NOLAN