**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | : | |
| Petitioner, | : | CIVIL ACTION (Capital Habeas Corpus) |
| v. | : | 2:13-CV-00304-WTL-MJD |
| SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA, | : | **Hon. William T. Lawrence United States District Judge** |
| Respondents. | : | |

**ORDER**

AND NOW, this 17th day of March, 2016, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File an Amended Petition for a Writ of Habeas Corpus, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall file a counseled Amended Petition for a Writ of Habeas Corpus no later than June 20, 2016.

BY THE COURT:

William T Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution: Electronically Registered Counsel