USDC/Southern District of INDIANA

Jeffery W.Paul
Rg#10517-042
SCU/DEATH ROW
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 APR 15 PM 3:02
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.SUPERINTENDENT
Case No#2:13 cv 304(WTL/MJD)
-DEATH SENTENCE-Pro Se appeal-
Title 28-Ch.153-§2255-"HABEAS CORPUS"

- LEGAL LETTER of REQUEST to The CHIEF Justice of A United States District Court -

---------------- 1 pg.EXHIBIT/ATTACHMENT-

The Honorable Judge/Justice:CHIEF-

MR.RICHARD L.YOUNG-USDC INDIANA

Dear Sir,

Please note that I am being allowed to exercize my 1st amendment right to appeal an ILLEGAL CONVICTION(&)PENALTY byway of Judge W.T.Lawrence who allowed the privilege to entertain my petition(&)appointed Counsel(&)a Magistrate to process that,which is on appeal from a Death Sentence,returned upon conviction in The Western District of ARKANSAS.

I am grateful to Judge Lawrence,but have been literally obstructed(&)ASSAULTED by systemic effects of DISPARATE Treatment Ive endured under BOP Purview,including the BOPs allowing a Prison Legal orderly the resources to attempt to interdict my appeal(&)waive Counsel,Plea Bargain or confess(&)be executed...which is extremely dusruptive(&)not done with my permission...I am ACTUALLY-INNOCENT!

For your records;My conviction was returned after my Lawyer admitted Guilt in open Court,arguably attempting to comply with terms of a Plea Bargain that Id refused...the Jury could NOT consider I was innocent of The Crime or the merits of any defense points consequently...(&)the only credible eyewitness was Counseled to remain silent,despite repeatedly exonerating me(&)offering a statement consistent with The physical evidence.

I deny that I confessed to the crime,claim that any utterance or draft/written by hand or typed,attributed to me,is either forged/inchoate(&)product of attempting to outline the PRO SE-claims under RULE 61-HARMFUL ERROR-Standards on review to LIBERALLY Resolve the case on an EXPEDITED Docket...

My captivity is premised upon an UNDULY RETURNED Verdict,(&) the nature of the error denied me of JURISPRUDENCE,COUNSEL(&) The BODY of COMMONLAW in TRIAL,(&)On Appeal,due to conditions out of MY CONTROL...

Please support Judge Lawrence(&)Dinsmore as I request NO FURTHER Delay,(&)note that my info is almost ALWAYS years behind the status quo-see:attached Page-Request to Staff/response.

Sincerely,

Signed Jeffery W. Paul

Jeffery William Paul
SCU/DEATH ROW-

Done This day-(4/ 8/2016)-