USP T.HAUTE - REQUEST TO S.C.U. / D. ROW - STAFF

Paul

Case Mgr. Sheperd;

Will You please Check to see what the name of The Chief Judge of USDC Southern District, IN. is; I have

Chief Judge David F. HAMILTON as of 2008 -

True / false ?

4/4/16

United States District Court Southern District of INDIANA, Richard L. Young, Chief Justice Laura A. Briggs, Clerk of Court.

Thanks,
Jeffery Paul W.
Rg. 10517042
SCU / C lower
308 cell
4/4/16