Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
SCU/DEATH ROW
P.O.BOX 33
Terre Haute,IN.
47808

Legal Mail-

INDIANAPOLIS IN 460
12 APR 2016 PM 2 L

InRem:CAPITAL HABEAS-
[redacted]
C/OThe Clerk of The Court
MS.Laura Briggs/AGENT
United States Courthouse
921 OHIO STREET,Room 104
Terre Haute,IN.
47801

Legal Mail

INMATE IDENTIFICATION CONFIRMED

RECEIVED
APR 14 2016
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807373829