USDC/Southern District of INDIANA

Jeffery W.Paul
Rg#10517-042
SCU/DEATH ROW-
USP, Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 APR 15 PM 3:04
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.SUPERINTENDENT
Case No#2:13 cv 304(WTL/MJD)
-DEATH SENTENCE-Pro Se appeal-
Title 28-Ch.153-§2255-"HABEAS CORPUS"-

-Legal Letter of REQUEST to The PRESIDING Judge of A United States District Court -

--------------

The Honorable Judge WILLIAM T.LAWRENCE(et al),
The Honorable MAGISTRATE(JUDGE)-MARK J.DINSMORE-(SD/INDIANA)-

Dear Sirs,

Please note that The BOP/DOJ are STILL witholding documents you ordered released already,which my Lawyers cannot proceed without...The govts ability to oppose the disposition of this case in my favor,when all I asked for statutorially was a NEW-TRIAL,is RANK CONSPIRACY against- CIVIL RIGHTS(&)a Blatant attempt to bolster a precedent thats fundamentally unconstitutional,allowing The Govt.to convict(&)detain somebody without a duly returned verdict,in violation of my RIGHTS to JURISPRUDENCE, COUNSEL,(&)the BODY of COMMONLAW...

I ~~am grate~~ful for The privilege to have The Hon.Judge of The District entertain my PETITION for HABEAS CORPUS,but I would NOT have initiated The PRO SE Pleas if I was NOT ACTUALLY INNOCENT-,so Im asking this Court to Please consider the fact that although I only had the present case opened since 8/20/2013-which is a long time...the case has been repeatedly obstructed since 1997,on direct-the courts being lied to by the Govt.,(&)counsel had repeatedly procrastinated despite the merits of the case,on appeal...regardless of the development of newly discovered evidence or not...remember that my trial attorney literally tried to

continued...accept(&)comply with terms of a Plea Bargain which required admission of guilt(&)testimony to what amounts to perjury...(&)was against my plea,express notice of my defense proffer,(&)despite the fact that I had a concussion from an altercation in jail...which shouldve postponed the trial...due to the estrangement from trial counsel,contributing to his delusion.

I am reminding the court that I reported obstruction,repeatedly since being detained initially,(&)I deny that I would/did send any correspondence to The Court which was intentionally confessional,(&)I claim-for your records,that papers/utterances of anykind-typed/handwritten etc...received,may have been forged,or result of developing brief for PRO SE pleading,under RULE 61-which is The HARMFUL ERROR-clause...thus,inchoate excerpts sent during Consult with a PRISON Orderly who was vouched for by the BOP-but ultimately foreclosed access to The Court,without relief attempting to expedite my process,believing I could force the District to order a Trial Ill prevail on.

Regardless,if a DIRECT VERDICT is NOT AVAILABLE in my favor... then I want my TRIAL BY JURY-(&)complaints for obstruction/conspiracy filed...due to The 18 YEARS in Post Conviction appeals Ive endured...despite passing collateral(&)constitutional standards of evidence considered compelling cause of action under The Language of the Law-USC T.28-Ch.153-§2255-"HABEAS CORPUS"- so I am requesting NO FURTHER DELAY,(&)for The Court to give The Case PRIORITY of CIVIL ACTION-(&)consider I am in extreme duress,sufferring physical pain(&)depraved conditions(&)cannot redress The problems through The AGENCY Grievance Procedure due to a Learning Disability...causing staff to Literally not understand the ENGLISH LANGUAGE in Complaints,originating from me...

For Consideration,The Lawyer whose actually writing the brief you allowed(&)ordered,is Attorney Pete Williams of The Eastern District pf PA-,Mr.Shawn Nolan is the under-signee for The 6/Motions for EXTENTIONS of TIME filed on the case which You Granted,generously...but I need to tell you that The Lawyers from DELAWARE also spent alot of Time on The Case,(&)Attorney Laura Berg was keeping herself av-ailable in the event/chance that my PRO SE Plea for DIRECT review was granted,she would REPRESENT...she was my choice for that(&)helped with my resources but shes attending to an illness in her family(&)is no longer available...so the Attorney Pete Williams is The Supposed standby,if someone working with Laura is not...regardless Id speak on my own behalf in lieu of further delay,(&)believe the Govts evid-ence is NOT HEARSAY,but PERJURY of a MATERIAL NATURE,so is PROCEDURALLY BARRED-relevant to the perpetration of the crime (&)physical/forensic evidence,(&)I was acquitted of conspiracy to commit Armed Robbery(&)Murder with the perpetrator,hisself so believe I have a Right to LIBERAL JURY INSTRUCTIONS...(&) can REPRESENT MYSELF if I have to...

In closing,reminding the court that my captivity is actually a crime because Im not duly convicted,considering the Jury could not consider a innocent verdict,due to Counsels admission of GUILT to the Crime,PER SE-...(&)the fact that the perpetrator (&)only credible eyewitness exonerates me in statements The govt. repeatedly suppressed,misrepresented despite knowing the summary of the case he offered was consistent with the physical evidence (&)scene of the crime...

Please expedite this most important matter before you(&)lib-erally resolve this case...

Sincerely,

Jeffery W.Paul Rg#10517042
4/8/2016