Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
SCU/DEATH-ROW
P.O.BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
12 APR 2016 PM 3 L

InRem:Case No#2:13 cv 304-
-Paul v.SUPERINTENDENT
Judge LAWRENCE/DINSMORE(WTL/MJD)
C/O The Clerk of The Court
MS.Laura Briggs/AGENT
United States Courthouse
921 OHIO STREET,Room 104
Terre Haute,IN.
47801

RECEIVED
APR 14 2016
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

Legal mail

Legal Mail

47807373829