U.S.D.C. Southern District of Indiana

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 MAY -3 PM 3:46
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Jeffery W. Paul
Rg. 10517 042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808 (033

In Rem; T. 28. §224 /
Paul v. Superintendent
Case No. 2:13 cv. 304 (WTL/MJD)
(Prose; Petition for Writ of "HABEAS CORPUS" —)
Counsel Appointed / In forma Pauperis - filing - fee Paid

(PAGE 1)

— LEGAL LETTER —

Dear Judge Lawrence ($) Dinsmore;

Sorry if this is redundant; but I do believe, for the record; the following entrys must be on the table.

(1.) firstly; Ive been relentlessly Stalked ($) Tortured, ($, the Case before You was extensively obstructed; both pre ($, post — Conviction, but so far; the records of the case (Actual Transcripts); have been authenticated by appointed Counsels Staff; ($) Clearly Show Trial Counsel admitted guilt to the crime (Offense on the Indictment); as well as Statutory aggravators; either implicitly or explicitly during an attempt

(1.) Continued... to comply with terms of a Plea Bargain offer which required perjured testimony, as well as contrition statements; all of which I denied ($) rejected when approached ($) urged to take the plea; the admissions of guilt guaranteed the jury had no option but to return a guilty verdict ($) constitutes irreparable harm under FRCP R. 61 - by convicting me on incriminating testimony provided by my own lawyer, over my objection.

(2.) Secondly, Current Appellate Counsel may believe that he does have permission to Plea Bargain on my behalf, ($) could've been contacted by persons claiming to have permission to intercede, but for the record; if a LIBERAL - DIRECT VERDICT - is NOT available; my Attorney does NOT have my permission to Plea (or) Waive my RIGHTS to a JURY TRIAL -; prisoners have attempted to enter my case before over my objection which I tried to Sue the BOP about... I was being extorted ($) deny I committed this crime ($) claim I attempted to report the crime duly; ($) was framed by a Govt.

(2) continued... Witness who had been vouched for by Court Services Officers; (Who I had attempted to call for entrapment claims, Capt. Carl Lacey (&, Officer Joseph fedor), but Counsel omitted; (&, subsequently, the Govt. Witness was repeatedly named as person who had sex with my wife in summer/fall of 94; also omitted - resulting in the admission of his testimony; her's as well; (&, omission of my entrapment claims; as well as the relevance of wholly exonerating expert testimony of forensic Reports, which had been subject of a Jury Instruction relevant to ACTUAL INNOCENCE!

(3.) Please; this Uncounseled Correspondence to the Court, is a Plea to preempt an Involuntary-Plea or ADMISSION of Guilt by Contrition; (&) Note that I believe my Rights to the Jury INSTRUCTIONS should guarantee that I prevail on trial.

(4.) I am being stalked by SATAN WORSHIPERS!

Respectfully Submitted,

/s/ Jeffery W. Paul 1051704 2

4/21/2016