Jeffery W. Paul (PROSE)
Rg-10517 042
U.S.P. Terre Haute, IN.
SCU / DEATH ROW
PO Box 33
Terre Haute, IN.
47808-0033

Legal mail

**RECEIVED**

APR 29 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

IN REM – [redacted]
Paul v. Superintendent 2:13-304
office of The Judges of The
US District Court, Southern District
of Indiana; Hon. W.T. Lawrence;
Hon. M.J. Dinsmore; c/o
The Clerk of the Court; MS.
Laura A. Briggs –
921 OHIO St., Room 104
Terre Haute, IN.
47801

Legal mail

UNITED STATES MAIL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

PURPLE HEART
FOREVER USA

INMATE
IDENTIFICATION
CONFIRMED