# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 20, 2016

**To:** Laura A. Briggs
District/Bankruptcy Clerk

**To:** William T. Lawrence
District Court Judge

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 16-2220<br><br>Caption:<br>IN RE:<br>JEFFERY WILLIAM PAUL,<br>Petitioner |
| District Court No: 2:13-cv-00304-WTL-MJD<br>Clerk/Agency Rep Laura A. Briggs<br>District Judge William T. Lawrence |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)