# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Submitted: May 25, 2016
Decided: May 26, 2016

Before

DIANE P. WOOD, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 16-2220 | IN RE:<br>JEFFERY WILLIAM PAUL,<br>Petitioner |
| **Petition for Extraordinary Writ** | |
| District Court No: 2:13-cv-00304-WTL-MJD<br>District Judge William T. Lawrence | |

Upon consideration of the **PETITION FOR WRIT OF MANDAMUS**, filed on May 20, 2016, by the pro se petitioner,

**IT IS ORDERED** that the petition for a writ of mandamus is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)