U.S. DC. / Southern District; IN.

Jeffery W. Paul
10517042
USP Terre Haute,
PO Box 33;
Terre Haute, IN.
47808

5/31/2016

In Rem;
Paul V. Superintendent 2:13 cv. 304
CAPITAL CASE (Pro Se) (Pg. 1)

-LEGAL LETTER-

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 JUN -6 PM 3:15
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Dear Sirs;

Please note that I had a call with Attorney Karl Schwartz of The Delaware Defenders office on 5/26/2016; ($) he Stated that he filed a 20pg-brief with 100pgs Attached on 5/16/2016.
I was very Confused during the call ($) dont know if he opened a action in the 8th circuit, or fulfilled the order on this case which I was under the impression had been Delegated to The PA. defenders Office; Attorney Pete Williams Was here on a visit 5/18/2016; ($) is the Attorney supposedly in charge of producing the Pleadings ($) Brief; but he didnt Mention the action MR. Schwartz filed, though he certainly would know that... regardless of their actions; I Still dont have a complete Copy of my Original Trial transcripts; which were damaged by The Prison Legal orderlys

...Continued;
- who passed the documents back (&) forth, dozens of times; making their copys for Collateral Claims... I also; still don't have a copy of the Documents I know were attributed to me, byway of summary in Court reporter cites; which I did not write, endorse, or have any knowledge of; other than general paranoia - other prisoners have relentlessly stalked me (&) stated; clearly - that I "ain't going anywhere"; because I have complained / confronted them about Robbing me (&) tampering w/ the systems in here... which I believe implicitly / explicitly means they have / will further tamper w/ my case! I do need the documents being attributed to me if they're inculpatory because I should be able to determine if any were actually from me; possibly just out of context, (&) if any circumstances can be deduced from dates etc... Im very disturbed by the obstruction, (&) believe this Courts extending a privilege to me; which they felt they had an obligation to do; only after the WD / AR Court violated my Right to Statutory process, leaving me at a disadvantage on demands... please don't lose my assertion of innocense (&) retention of my rights to a

continued...

—jury trial, because I believe I can win (&) couldve won July; with instructions against the evidence, (&) do NOW refuse ANY plea-Bargain that does not include the restoration of my CIVIL RIGHTS; due to ACTUAL-INNOCENSE; (&) includes a Special-Damages hearing; due to infringements of my Intell-ectual propertyrights, as well as an assess-ment for entrapment claims (&) disparate-treat-ment of a class, relevant to Spousal estrangement (&) posterity.

On 5/25/2016 - I received a Notice from the 7th Circuit, about an action for Petition for Extraordinary Writ - on THIS CASE NO... 2:13 cv. 304; received by the Court 5/20/2016 - Sans copy of the plea; which I did not send... again - I didn't contact the Court because I was under the impression Counsel had a 6/20/2016 filing schedule; order from You; in a Official Capacity; (&) had been told they're working to meet that deadline... but was under the impression the Attorney Williams was handling that; (&) clearly; MR. Schwartz says he did file that / something on 5/16/2016; but I didn't get a copy yet... though I believe he did file something.

WSDC / Southern District, IN.

(pg.4)

Please remember; I want to expedite the disposition of this case in a manner that would facilitate Justice for a person who can prove they're ACTUALLY INNOCENT... but I am aware the case has been tampered with to an extent that requires a hearing... so please; do process the case accordingly.

Also; I believe I need an order for the BOP to conserve the records, relevant to Civil Rights Complaints; (&) an order to conserve (&) release the records from The Offices of The Defenders; of AR; GA; MO; DE (&) PA; for posterity (&) to ensure the Content of Intellectual property-rights.

Sincerely;

Jeffrey W. Pearl

5/31/2016