Jeffery W. Paul
Rq. 10517042
SCU / USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

RECEIVED

JUN 3 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INDIANAPOLIS
IN 460
01 JUN '16
PM 5 L

PURPLE HEART 2014 FOREVER USA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Office of The Judges. Hon.
William T. Lawrence (D)
Mark J. Dinsmore, (WTL/MJD)
In Rem: 2:13 cv. 304
c/o The Court Clerk
United States Court, SD/IN.
800 OHIO St., Room 104
Terre Haute, IN. 47801

Legal Mail

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

[CAPITAL CASE]

47807$3720 C047