The USDC Southern District of IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.box 33
Terre Haute,IN.
47808

In Rem:Paul v.Superintendent-(WTL/MJD)
case no#2:13 cv 304-(Pro Se)-
T.28-USC-Ch.153-§2241-2255-
"HABEAS CORPUS"-CAPITAL CASE-

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 JUN -9 PM 4:21
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

-Counsel Appointed-

-------------------

- LEGAL LETTER/REQUEST -

Dear Sirs,

On 5/25/2016 I received a notice of a case opening in the 7th Circuit Appeals Court/USCA 7th Circuit-case no#16-2220-titled In Re:Jeffery William Paul-Petition for Extraordinary Writ of MANDAMUS,(Pro Se).

I havent been in contact with The appeals Courts since 2/16/2016, when I wrote The 8th Circuit(&)asked them to relieve the conviction because it wasnt duly returned PER SE...which was returned by the clerk.

Its my understanding that The 7th Circuit declined purview on 9/15/2014-case no#14-1652,because The case is pending in The District.

On 5/31/2016-I received a order denying the opened case,from The Circuit Judges Hon.Diane P.Wood et al,2 others...shes The Chief so I need a copy of whatever was filed because on 5/26/2016 I did get a Legal Phone Call with Attorney Karl Schwartz who stated that He filed a 20 pg.brief with 110 pg.s of EXHIBITS on 5/16/2016...on my HABEAS CORPUS Petition...so although The Court appointed The Office from Pennsylvania,Eastern District-Mr.Schwartz ultimately did say he filed the paperwork from The Delaware defenders Office.

I am really disappointed That appointed Counsel chose to exclude me in the composition(&)filing of that,(&)I need a copy of whatever has been filed,(&)I deny that I sent ANYTHING to The 7th Circuit since 2014-(&)further state that I WOULD NOT send anything,unless I had a ruling on my Counseled petition,that did not resolve the case with SATISFACTION(&)ACCORD,on PRIMA FACIE Claims...raised both with

Continued...(&)without Counsel.

Please note that The BOP have repeatedly relegated my claim of stalking by other prisoners,resulting in Forged,inchoate or otherly detrimental plea/statements sent to the Court,with my permission,but under pretense,or explicitly without my permission or knowledge,(&)that I need to actually see what was sent to try (&)determine whether I did send correspondence misconstrued,or out of context or more sabotage type contact was sent,literally forged...!

I did NOT waive my rights to a JURY TRIAL(&)have always claimed that I HAD a RIGHT to LIBERAL JURY INSTRUCTIONS DULY,(&)should still have those,which I coulve(&)wouldve prevailed upon,but for my Trial Counsels default(&)subsequent testimony against me,in an attempt to accept terms of a Plea Bargain,which required admissions of guilt(&)contrition statements I denied(&)refused...!

Please expedite the resolution of this case.

Sincerely [signature] *
Jeffery W. Paul

Done This Day-6/5/2016