Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

INDIANAPOLIS IN
06 JUN 2016 PM




United States Courthouse
Southern District of Indiana
In Rem:Paul V.Superintendent-
Case No#2:13 cv 304-(WTL/MJD)
921 OHIO Street,Room 104
Terre Haute,IN.
47801

legal Mail-

RECEIVED
JUN 8 2016
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829

RECEIVED
JUN 06 2016
By ____________

**FEDERAL CORRECTIONAL COMPLEX**
**4700 BUREAU ROAD SOUTH**
**TERRE HAUTE, IN 47802**
**DATE:____________**

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

Sealed - 6/6/2016
Jeffrey W. [illegible]

URGENT!!