**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-MJD<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, Jeffery William Paul, through counsel, respectfully requests a sixty (60) day extension of time for the filing of an Amended Petition for Writ of Habeas Corpus. In support of his request, Petitioner states as follows:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute ("USP-Terre Haute"). After Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013, this Court appointed the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") to represent Mr. Paul in these proceedings and directed counsel to file an amended petition on his behalf or take any other action as the case warranted. Dkt. Nos. 25, 26. Mr. Paul's Amended Petition for Writ of Habeas Corpus is currently due on June 20, 2016.

2. As detailed in prior filings, Petitioner is a deeply impaired individual with mental health issues that will be relevant to any amended petition filed on his behalf. *See* Dkt. No. 42 at 7-13. Petitioner's counsel have sought to investigate his mental health history and status. This

has included, *inter alia*, arranging for evaluations by mental health experts and providing those mental health experts with access to Mr. Paul's prison records with the Bureau of Prisons, which counsel have been able to procure in installments through FOIA and discovery requests. *See* Dkt. Nos. 57, 69. Respondents completed the production of Petitioner's unredacted prison records on April 6, 2016.

3. Petitioner requests an additional sixty (60) days to file his Amended Petition for a Writ of Habeas Corpus. Having been provided with unredacted copies of Petitioner's prison records, the mental health experts have completed their analyses. Only one expert report is still outstanding. Petitioner's counsel require the additional time to complete their review of the experts' reports and provide this Court with a professionally briefed Amended Petition.

4. On June 16, 2016, counsel for Respondents indicated that Respondents have no objection to Petitioner's request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully request leave for an extension of sixty (60) days to file his Amended Petition for a Writ of Habeas Corpus, or until August 19, 2016. (A proposed order is attached.)

Respectfully Submitted,

/s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: June 16, 2016

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, Esq., hereby certify that on this 16th day of June, 2016, a copy of the forgoing was served via the Electronic Case Filing system on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey A. Zick, Esquire
Trial Attorney
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20005

/s/ Shawn Nolan
SHAWN NOLAN