The U.S.D.C-for The Southern District of Indiana

U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
FILED
2016 JUN 23 PM 4:42
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

In Rem:PAUL V.SUPERINTENDENT (PRO SE)-Counsel Appointed-
No#2:13 cv 304(WTL/MJD)-IFP Fee Paid-

Title 28.§2241-2255-"HABEAS CORPUS"

-------------

MOTION FOR DUE-PROCESS-INDIGENT COPY-Rule 7(a)-FRCP-

-------------

Comes now the Petitioner Pro-Se,does submit the following motion for indigent Copy to the Court in The Abovestyled action byway of uncounseled Motion to the Court,for order to the clerk to review the record(&)send a copy of filings of the case-

-Summary-

The Petitioner claims that on 5/26/2016,I received a call from Mr.Karl Schwartz,of The Delaware Federal Public Defenders Office in which he stated that he filed a Brief(&)Pleading on 5/16/2016 accordingly,supposedly in the case no#above,under the Title 28. §2255-statute...but I didnt get the notice or copy of the brief(&) meanwhile,somebody actually forged a Pro Se pleading to The 7th circuit,which could mean BOTH Counseled(&)Pro Se pleadings have been tampered with.

Please send me a copy of any Motion(Pleading or Brief),other action in my case,from The week of the(5/16/2016)-period...I dont want a conflict with my Lawyers but surely have proof that my case has been literally obstructed in The 7th Circuit(&)possibly in The Southern District,.I need to see whats filed.

Respectfully Submitted,

Signed *Jeffery W. Paul* *

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

Certificate of service-

I,Jeffery W.Paul,do swear a true(&)correct copy of the motion above was placed in the institutional mail on 6/20/2016-for The USDC Southern District of IN.-to Judges Lawrence(&)Dinsmore-