Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

INDIANAPOLIS IN 460
20 JUN 2016 PM 3 L

In Re:Case No#2:13 cv 304(WTL/MJD)
CAPITAL CASE-Paul V.Superintendent-
C/O The Clerk of The Court
U.S.D.C./Southern District of IN.
921 OHIO St.,Room 104
Terre Haute,IN.
47801

Legal Mail-

Legal Mail-

RECEIVED

JUN 22 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

★TIME-SENSITIVE★ 47807-373829