The U.S.D.C.-for The Southern District of Indiana

Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

In Rem:OBSTRUCTION-

Paul V. Superintendent
Case No#2:13 cv 304(WTL/MJD)-
T.28-§2241-2255-"HABEAS CORPUS"
CAPITAL CASE-
(Pro Se)-Counsel Appointed-IFP fee Paid-

--------------

LEGAL LETTER-

--------------

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 JUN 23 PM 4:44
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Dear Sirs,HON.Judge Lawrence(&)Dinsmore,

Please note that I am currently under the impression that my habeas case is in the Court pursuant to redress of the statutory timelines(&)I may need to be present for a hearing at the courts will,formal proceedings.

I need to refresh the record because the BOP has consistently failed to conserve the records of complaint I submitted relevant to intrusive joinders(&)obstruction...including at least(1/one) forged confession that I know of...(&)did attempt to redress byway of GRIEVANCE under The Administrative Remedy Program-here in The Special Confinement Unit,to no effect.

Please recall,I deny I intentionally drafted,or knowingly endorsed any such statement construed as obscene,inculpatory or otherly criminal...(&)deny I ever gave my Attorneys permission to accept a PLEA BARGAIN,(&)claim I DID deny I committed the crime,Plead-NOT GUILTY,(&)stated I was only a WITNESS...I also profferred an intelligible DEFENSE including a DOUBLE JEOPARDY(&)ACTUAL INNOCENCE synopsis based upon a pretrial trial(&)discovery material,showing The US Attorneys Allegation was MATERIALLY PERJURED...

Again,I am grateful for The Privilege to proceed,but want to ensure the Court knows my Attorneys dont always get the message or relate that correctly(&)I am available to answer questions pursuant to release,or TRIAL,specifically-Jury Instructions(&)Objections to evidence previously raised(&)rebutted since.

I have been extensively Tortured,Obstructed,(&)claim The Motion for Vacateur requires relief byway of statutory requirements,of PRIMA FACIE evidence,showing The Conviction was based upon a Materially Perjured allegation(&)admissions of guilt by my own Lawyer which I objected to.

Please expedite the resolution of this case.

Sincerely Jeffery W. Paul

Done this day-

Jeffery W.Paul
(6/20/2016)