U.S. D.C. / Southern District, IN.

Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33, T. HAUTE, IN.
47808

6/20/2016

EMERGENCY - (pg. 1)

IN-REM; Paul v. Superintendent
Case NO# 2:13 cv. 304 (WTL/MJD)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 JUN 23 PM 4:44
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

- Legal letter -

Dear Sirs,

I am Still in custody; guilty as charged; with no regard for my Actual Innocence claims; the BOP claim to have no obligation to exercize jurisprudence (&) won't release me or adjust my custody without a Court Order.

I'm being extensively Tortured (&) my only Support is my family (&) lawyers; both of whom regularly confirm the obstruction, by confirming they did not receive Mail; remember or understand important conversations... Some type of amnesia or senility, which I believe could be <u>induced</u> (&) result of a deliberate attempt to Steal my property; humiliate me systemically (&) ultimately end my life vicariously...

U.S. D.C. / Southern District of, IN.

Case No. 2:13 cv. 304
Paul v. Superintendent (WTL / MJD) (Pg. 2)

- Legal letter - Continued ...

The prison refuses to redress the civil Rights Complaints I filed, including the fact that the Pro Se pleadings were obstructed to deliberately fore close access to the Court ... including Antitrust, ($/ cyber offenses (Torture), such as personation, stalking; property crimes ($/ sexual assault. against me; ($/ my former Spouse, ($/ other procedures to inflict pain, deter my attorneys from their job.

Please note I am complaining that the BOP has used me, with much pain ($/ risk ($) injury, to diminish their obligation to prevent crime ($/ redress liability, as a precedent, with intent to diminish the effect of the Civil Rights of their prisoners.

Sincerely,

[signature]