Southern District Of Indiana-USDC-

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 JUL 19 PM 4:33

Jeffery W.Paul (Pro Se)
Petitioner

V.

Superintendent (et al)-
Respondant

Case No#2:13 cv 304(WTL/MJD)
Counsel Appointed/Filing Fee Paid-
Title 28 §2241-2255-"HABEAS CORPUS"
CAPITAL CASE-

-------------

Uncounseled Motion to The Court-byway of Rule 7 -FRCP-

------------

-MOTION TO OBJECT TO FURTHER EXTENTIONS OF TIME DUE TO NATURE OF EVIDENCE SHOWING THE PETITIONER WAS NOT DULY CONVICTED(&)IS IN FACT,NOT LEGALLY DETAINED(&)IS IN EXTREME DURESS -

Comes now The Petitioner Pro Se,does hereby move the court to preclude further extentions of time,due to the nature of the case (&)availability of the relief requested,(&)extreme duress that I endure,which is unnecessary(&)cruel(&)unusual(&)unlawful penalty perse,in the abovestyled case.

- Summary(&)Request for Relief-

The Petitioner claims that this case is to redress a fundamental miscarriage of Justice in a capital-case,resulting in the conviction of an Actually Innocent person,which has been repeatedly obstructed for 18 Years in POST CONVICTION appeals...leaving the petitioner on Federal death Row,indigent,estranged from my spouse(&)unable to cover costs to financially restructure(&)effectively redress the complaints...

My Conviction was the DIRECT result of the trial attorneys attempt to comply with terms of a PLEA BARGAIN,which required contrition statements(&)admissions of guilt,which I denied(&)refused(&)are evident(&)unequivical violations of my right to Plea(&)present a defense,leaving the jury nothing to consider but a sentence mitigator.

Because the Jury COULD NOT consider I was innocent of The crime, (&)I CAN prove I Plead NOT GUILTY,(&)proffered a defense,including an alibi,(&)witness list...which trial Counsel completely omitted, the violation of my Right to effective assistance(&)Plea,was fatally infringed(&)requires NO LEGAL ANALYSIS,only remand for a vacateur accordingly...

Please order appellate Counsel to promptly(&)thoroughly complete the brief(&)pleading showing that not only was I acquitted of The conspracy to commit crimes with my codefendant,but he repeatedly stated I was innocent of the crime,which should be considered eye-witness testimony,consistent with the physical evidence of the case (&)altogether,wholly exonerating me of the crime,by showing that I was ACTUALLY INNOCENT,(&)CAN Prove that beyond a reasonable doubt.

Appointed Post Conviction Counsel requested a 8/19/2016-extention, (&)should present a compelling(&)authoritive Pleading(&)brief,showing that this petitioner is actually innocen(&)should be released with full damages for illegal detention(&)torture.

Respectfully Submitted,

*Jeffery W. Paul

Jeffery W.Paul(10517042)
USP Terre Haute,IN
P.O.Box 33
Terre Haute,IN.
47808

Done This Day 7/13/2016