Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

LEGAL MAIL-

INDIANAPOLIS IN 460
14 JUL 2016 PM 2 L

RECEIVED
JUL 18 2016
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

United States District Court
Southern District of IN.
IN RE:Case No#2:13 cv 304(WTL/MJD)-
CAPITAL"HABEAS-CORPUS"-
921 OHIO Street,Room 104
Terre Haute,IN.
47801

LEGAL MAIL-

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

47807-373829