USDC Southern District of IN.

Jeffery W.Paul
Rg#10517-042
SCU/USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 JUL 19 PM 4:32
SOUTHERN DISTRICT
LAURA A. BRIGGS

In Re:Paul V.SUPERINTENDENT(et al.)
Case No#2:13 cv 304(WTL/MJD)(Pro Se)
Title 28-Ch.153"HABEAS CORPUS"-§2241-2255-
IFP-filing fee Paid-Counsel appointed-

7/14/2016

--------

- LEGAL LETTER TO THE OFFICE OF THE COURT CLERK -

--------

Dear Sirs,

Please note that I am still awaiting a ruling on my case(&)attempting to maintain contact with the court,to assist counsel in my defense,due to previous mismanagement of the case.

I did complain to The SPECIAL CONFINEMENT UNIT/B.O.P. about attempts to join/interdict my case by other prisoners corresponding with the court under pretense,using my name in actually forged correspondence,or endorsing petition/plea I did not knowingly join.

I did send a motion yesterday,7/13/2016-(&)am under the impression that The Office of The Eastern District of PA.is attempting to comply with a order,but Im not privy to the content of the brief/pleading theyre going to file(&)want to expedite the ruling,because I believe I can win a New Trial,(&)am in extreme duress...

I am asking that ALL Post received by the clerk,be checked for legitimate content,(&)will not send anything unless the envelope was signed/sealed across the back in ink,by me.

The Special Confinement Unit does not always offer a way to ensure other prisoners dont drop a kite with my name on it,which could say anything...its been a problem,so please keep that in mind(&)refer me to The F.B.I.,if possible.

Sincerely Jeffery W. Paul *