Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

Legalmail

INDIANAPOLIS IN 460

15 JUL 2016 PM 1 L

The United States District Court
Southern District of Indiana
C/O The Clerk of The Court
921 OHIO Street,Room 104
Terre Haute,IN.
47801

LegalMail

RECEIVED

JUL 18 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829