**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## Entry Concerning Selected Matters

### I.

The motion for extension of time to file an amended petition for writ of habeas corpus [dkt 90] is **granted.** The amended petition for writ of habeas corpus shall be filed **not later than August 18, 2016.**

### II.

The request for a hearing in the petitioner's pro se filing of March 4, 2016 [dkt 79] is **denied for the present.** All appropriate proceedings, however, will be conducted.

### III.

The petitioner's *pro se* request to file an amicus brief [dkt 80] is **denied for the present.**

### IV.

The petitioner's *pro se* letter filed on June 9, 2016 makes reference to a mandamus petition in the Seventh Circuit Court of Appeals docketed as No. 16-2220 and also makes reference to a filing in the Eighth Circuit Court of Appeals. As to the former, it was denied on May 26, 2016. As to the latter, there is a motion pursuant to 28 U.S.C. § 2255(h) pending in the Eighth Circuit Court of Appeals, docketed as No. 16-2330, but the petitioner's counsel in that action will be the best source of information. The observation just made is equally applicable to the motion filed by the petitioner *pro se* on June 23, 2016 and these motions [dkts 89 and 91] are **denied** insofar as through them relief is sought in this case.

**V.**

The petitioner's *pro se* motion seeking an order prohibiting any further modification of the briefing schedule in this case [dkt 94] is **denied.** Each such motion, if filed, will be considered and ruled on individually.

**VI.**

Counsel for the petitioner are requested to supply the petitioner with a copy of this Entry.

IT IS SO ORDERED.

Date: 7/22/16

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel