**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-MJD<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, Jeffery William Paul, through counsel, respectfully requests a sixty (60) day extension of time for the filing of an Amended Petition for Writ of Habeas Corpus. In support of his request, Petitioner states as follows:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute ("USP-Terre Haute"). After Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013, this Court appointed the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") to represent Mr. Paul in these proceedings and directed counsel to file an amended petition on his behalf or take any other action as the case warranted. Dkt. Nos. 25, 26. Mr. Paul's Amended Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is currently due on August 19, 2016.

2. On May 25, 2016, Petitioner represented by the Federal Public Defender for the District of Delaware, filed an Application for Authorization to File a Successive Motion under

28 U.S.C. § 2255 with the United States Court of Appeals for the Eighth Circuit. Petitioner's application was based on a new rule of constitutional law announced in *Johnson v. United States*, 135 S. Ct. 2551 (June 26, 2015), which was found to be retroactive in *Welch v. United States*, 136 S. Ct. 1257, 1262 (2016). On August 5, 2016, the Eighth Circuit denied Petitioner's application to file a successive § 2255 petition.

3. In the meantime, undersigned counsel has continued to prepare the Amended Petition for a Writ of Habeas Corpus in this Court. Petitioner requests an additional sixty (60) days to complete this filing. Counsel has only recently received expert reports and additional records relevant to his claims. These voluminous materials require additional time for counsel's analysis and to finalize the pleadings on behalf of Mr. Paul.

4. On August 16, 2016, counsel for Respondents indicated that Respondents have no objection to Petitioner's request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully request leave for an extension of sixty (60) days to file his Amended Petition for a Writ of Habeas Corpus, or until October 18, 2016. (A proposed order is attached.)

Respectfully Submitted,

/s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: August 17, 2016

## CERTIFICATE OF SERVICE

I, Shawn Nolan, Esq., hereby certify that on this 17th day of August, 2016, a copy of the forgoing was served via the Electronic Case Filing system on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey A. Zick, Esquire
Trial Attorney
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20005

/s/ Shawn Nolan
SHAWN NOLAN