**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | : | |
| Petitioner, | : | CIVIL ACTION<br>(Capital Habeas Corpus) |
| v. | : | 2:13-CV-00304-WTL-MJD |
| SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA, | : | **Hon. William T. Lawrence**<br>**United States District Judge** |
| Respondents. | : | |

**ORDER**

AND NOW, this 19th day of August, 2016, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File an Amended Petition for a Writ of Habeas Corpus, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall file a counseled Amended Petition for a Writ of Habeas Corpus no later than October 18, 2016.

BY THE COURT:

William T Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all parties
via CM/ECF