United States Court in The Southern District of INDIANA/Federal Court-



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 SEP 30 PM 3:36
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Jeffery W.Paul (PROSE)
Petitioner

V.

Case No#2:13 cv 304(WTL/MJD)-

"Habeas Corpus" Title 28-USC-Ch.153 §2241-2255-AMICUS-

Superintendent
Respondent

----------

- Motion to OBJECT(&)enter Complaint pursuant to redress a Pattern of Cruel(&)Unnecessary Restraint while in extreme duress due to conditions of captivity(&)effect of being relegated(&) subjugated with no process for the merits in Plain Sight requiring Process of petition for Legal Recourse -

Pursuant to-Rule 7(a),(10 a,b,c)-Pleadings-FRCP-Title 28-

- Summary(&)Request for Relief-

(1.)The Petitioner does hereby AMICUS Pleading send this Motion for Order to release me with restitution due to Plain Evidence my conviction(&)penalty were imposed byway of Material Perjury(&)in violation of the US Constitution,in direct contradiction to the evidence of my ACTUAL INNOCENCE on Indictment(&)with no regard for the blatant(&)admitted Torture of the Witnesses(&)facts of the case.

(2.)The Petitioner claims The WD/AR failed to act in GOOD FAITH(&) exposed this Petitioner to extensive TORTURE(&)OBSTRUCTION,(&)the record clearly shows they violated my right to prompt,effective(&) equitable jurisprudence,by refusing to process the claim(&)leaving me in INDIANA,"Developing"precedent(&)whatnot...as such,the captivity is illegal(&)the Movant does move this Court to act on its accord(&)allow the attorney appointed to represent in post appellate proceedings,so I can leave...I am suffering greatly for a crime I did not commit(&)the Courts/Governments Obligated by Law to redress ...see:Exhibit Page:Title 28 §1343-Civil Rights-

-Done this Day
9/25 /2016-

Respectfully Submitted,

Signed Jeffery W. Paul *

Jeffery W.Paul Rg#10517042

USDC/SOUTHERN DISTRICT
Case No#2:13 cv 304(WTL/MJD)





### § 1343. Civil rights and elective franchise

**(a)** The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

**(1)** To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

**(2)** To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

**(3)** To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

**(4)** To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

**(b)** For purposes of this section—