Jeffery W.Paul(USP Terre Haute)
Rg#10517-042
P.O.Box 33
Terre Haute,IN.
47808-0033

Legal Mail-

INDIANAPOLIS IN 460
26 SEP 2016 PM 4

PURPLE HEART 2014 USA FOREVER

Inre:Case No#2:13 cv 304(MJD/WTL)
CAPITAL CASE/Pro-Se/"HABEAS CORPUS"
United States Courthouse/Southern District
of INDIANA-FEDERAL COURTHOUSE -
921 OHIO Street,Room 104
Terre Haute,IN.
47801

Legal Mail-

RECEIVED

SEP 28 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE IDENTIFICATION CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY