**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

The petitioner's *pro se* request to file an amicus brief was denied in Part III of the Entry issued on July 22, 2016. Accordingly, the petitioner's motion for leave to file such a brief [dkt 99] is **denied.** Even if the Court had ruled otherwise previously, moreover, the present motion seeks to interject the petitioner's concerns with the conditions of his confinement. Such concerns lie outside the scope of an action for habeas corpus relief. *Glaus v. Anderson*, 408 F.3d 382, 385 (7th Cir. 2005).

IT IS SO ORDERED.

Date: 10/7/16

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel