


Jeffery W. Paul
Rq. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

-Legal mail -

CAPITAL CASE

RECEIVED
OCT 12 2016
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

- Legal m

In Rem: Paul v. Superintendent
Case No. 2:13 cv 304 (WTL/MJD)
C/o The Clerk of The Court, USDC -
Southern District of IN.
921 OHIO St. Room 104
Terre Haute, IN.
47801