**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **JEFFERY WILLIAM PAUL,** | |
| **Petitioner,** | **CIVIL ACTION (Capital Habeas Corpus)** |
| **v.** | **2:13-CV-00304-WTL-MJD** |
| **SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA,** | **Hon. William T. Lawrence United States District Judge** |
| **Respondents.** | |

MOTION FOR PERMISSION
TO FILE AND MAINTAIN DOCUMENTS UNDER SEAL

LEIGH SKIPPER
Federal Defender
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520

Counsel for Petitioner

Dated: October 19, 2016

Petitioner, through undersigned counsel, hereby moves this Court for permission to file documents under seal. In support of this Motion, Petitioner alleges the following:

1. Petitioner is a death-sentenced prisoner in the custody of the Indiana Department of Corrections.

2. On October 18, 2016, Petitioner filed his Petition for Writ of Habeas Corpus (Doc. # 102 and 103) which contains information and/or documents that were the subject of a Protective Order issued by this Court on September 14, 2015. A copy of the Protective Order is attached hereto as Exhibit "A".

3. Because this Court's sealing order is still in effect, Petitioner requests that this Court grant Petitioner leave to file and maintain the above-referenced documents under seal.

WHEREFORE, based upon the foregoing, Petitioner respectfully requests that this Court grant this unopposed Motion and permit him to file and maintain his Petition for Writ of Habeas Corpus under seal.

Respectfully Submitted,

/s/ Shawn Nolan
LEIGH SKIPPER
Federal Defender
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, Pennsylvania 19106
(215) 928-0520

Counsel for Petitioner, Jeffrey William Paul

Dated: October 19, 2016

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, hereby certify that on this date I caused the foregoing Motion to File Petition Under Seal to be served on the following person by United States Mail, first class, postage prepaid:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey A. Zick, Esquire
Trial Attorney
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20005

/s/ Shawn Nolan
Shawn Nolan

Dated: October 19, 2016