**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **JEFFERY WILLIAM PAUL,** | |
| **Petitioner,** | **CIVIL ACTION (Capital Habeas Corpus)** |
| **v.** | **2:13-CV-00304-WTL-MJD** |
| **SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA,** | **Hon. William T. Lawrence United States District Judge** |
| **Respondents.** | |

**ORDER**

AND NOW, this _____ day of October, 2016, upon consideration of Petitioner's Motion to File and Maintain his Petition for Writ of Habeas Corpus Under Seal, it is hereby ORDERED that said Motion is GRANTED.

BY THE COURT:

_______________________________

J.