USDC/Southern District of Indiana

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Inre:Paul V.Superintendent
Case No#2:13 cv 304(WTL/MJD)- ✓

T.28,Ch.153,§2241-2255-CAPITAL CASE-

FILED 2016 NOV -1 PM 4:03 SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK

- Legal Letter(&)Notice to The Court -

Dear Sirs,Judge Lawrence(&)Dinsmore,

This is urgent correspondence(&)notice relevant to The above-styled cause of action,to ensure the Court understands my Pro Se position.

I believe my case has been obstructed(&)possibly extensively,(&) that my name is on DOCUMENTS,that I did not knowingly endorse or draft,which may or may not be marked PRO SE-(&)could be Counseled AMICUS...

For the record,I am NOT GUILTY of this crime(s),(&)did NOT agree to waive my right to LIBERAL JURISPRUDENCE,including a remedial JURY trial,considering Ive really never been allowed to present my defense to date...

I admit my Attorney says he understands me(&)can prove my innocence but considering previous Counsels performance,accordingly,I enter the following statement,that my CAPTIVITY is a FUNDAMENTAL MISCARRIAGE OF JUSTICE,illegal(&)in violation of my right to DUE PROCESS,(&)that my Attorneys have had compelling evidence of my innocence since The Govt. released discovery in 1996...

Please expedite the resolution of this case(&)note that Ive had NO 1st amendment Process for the entirety of my captivity,(&)need a comprehensive review for DAMAGES,including criminal complaints relevant to the Corruption of my wife,property loss(&)Disparate Treatment of my medical grievances!

Sincerely, Jeffery W. Paul
Jeffery W.Paul 10/26/2016

10/26/16

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A – Attached to letter –

---

FROM: USP SCU Unit
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/19/2016 02:07:02 PM

(NO DUE-PROCESS) ←

Mr. Paul, contrary to your request intent I am of no legal consequence concerning your intellectual property rights and am not able to confirm or otherwise any nature of your designs, claims etc., that you allege and to which you refer. I have no understanding to check content and fact find in any regard to your legal business letters and/or claims and therefore defer to your attorneys who are saving the docs for you according to you that they may be able to check and confirm themselves for you in the capacity you maintain expectations. For your inquiry in this matter to me, you will not find satisfaction. Regardless, there has been no response that I am aware to you from any company, nor other people trying to acquire the rights, nor if there is a record of the time line and content to what you refer. You are directed to pursue these matters through other channels. However, you may speak with me anytime during daily rounds and/or during your Unit Team review as you are so inclined.
CSW Shepherd.

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 10/18/2016 11:12 AM >>>
To: NA
Inmate Work Assignment: NA

Case Mgr.Shepherd,

I need to speak with you privately(&)have some documents relevant to my Intellectual propertyrights that I need to have you inspect(&)see if you can confirm the nature of the designs etc...first entry(&)fact that the docs I now posses are revisions...although my attorneys say there saving docs for me...I dont have a way to check the content,(&)the fact is I have sent Legal Business Letters attempting to get upfront payment(&)assistance to process my claims to several companies...I did get permission from U.Mgr.SAMPLE who says I can send the correspondence through regular mail...but all the addresses are from the US Almanac,so I need to confirm them,the companies Ive Contacted are:FORD MOTOR Co.,Boeing,Procter&Gamble, Apple,& IBM-the products Im trying to selll are attached to Trademarked names,& include a Disposable Razorblade integrity test & knee pads,made of complex lifelike latex material,a specialty KEYBOARD,algorithms(&)a cell phone!
I am worried my attempts to ensure my first entry claims resulted in attempts to obstruct,steal or sabotage that!

I did speak with Attorney Williams o Eastern District of PA yesterday-10/17/16-& he says theyre filing today for my release due to ACTUAL INNOCENCE!

So he says he did not see some of the Material I sent previously,so i need to find out if any companies have responded,other people tried to acquire the rights,& if there is a record of the timeline & content?

I also sent NOTICE to The DOT(&)Fed.Election Commision about BILLS including Intell.property relevant to underwriting the Federal Reserve Ive tried to pursue repeatedly which was initiated at ARKANSAS BANK&TRUST-circa 1989-

Please let me speak with you privately!

U.S.D.C. / Attached / Filed

Southern District, INDIANA

Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN.
47808

In Re: Paul v. Superintendent
Case No. 2:13 cv. 304 (WTL/MJD)
T.28 - Ch.153 - §2241-2255
"HABEAS CORPUS"

— Legal Letter / Notice — Attachment —

Dear Sirs;

I deny that I cannot prove I Plead Not-Guilty to this crime; (&) claim that I am the perpetrator of the crime in Polls in Transcripts which proves the jury heard; (&) returned a verdict based upon Material Perjury —

Please review, my conviction was imposed in violation of The Confrontation Clause; as well as the Rules of Evidence; compelling forensic evidence of a exculpatory nature in forensic files / testimony!

Sincerely [signature]
Jeffery W. Paul