INDIANAPOLIS IN 460

28 OCT 2016 PM 6 L

Jeffery W. Paul
NUMBER: 1051 7042
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Inre: Paul V. Superintendent
Case No.#2:13 cv 304(WTL/MJD)

The Office of The Judge
William Lawrence/Mark Dinsmore
C/O The Clerk of The Court
Southern District of Indiana
921 OHIO Street, Room 104
Terre Haute, IN.
47801

Legal-
Mail

PACKAGE [illegible] BY UNITED STATES MARSHAL

RECEIVED

OCT 31 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

47807-373829