IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-MJD<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**MOTION FOR PERMISSION TO FILE AND MAINTAIN DOCUMENTS UNDER SEAL**

Petitioner, Jeffery William Paul, through counsel, respectfully requests permission to file and maintain documents under seal. In support of this Motion, Petitioner alleges the following:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute.

2. Petitioner is filing concurrently with this Motion an Appendix in Support of his Petition for Writ of Habeas Corpus. This Appendix contains documents which were subject to the Court's Protective Order, issued on September 14, 2015. *See* Dkt. No. 68 (Protective Order).

3. Pursuant to this Court's Order, Petitioner requests that this Court grant him leave to file and maintain his Appendix to Petition for Writ of Habeas Corpus under seal.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests leave to file and maintain his Appendix to Petition for Writ of Habeas Corpus under seal. (A proposed order is attached.)

Respectfully Submitted,

/s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: November 7, 2016

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, Esq., hereby certify that on this 7th day of November, 2016, a copy of the forgoing was served via the Electronic Case Filing system on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey A. Zick, Esquire
Trial Attorney
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20005

/s/ Shawn Nolan
SHAWN NOLAN