**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br>Petitioner,<br>v.<br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br>2:13-CV-00304-WTL-MJD<br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**ORDER**

AND NOW, this __________ day of __________, 2016, upon consideration of Petitioner's Motion for Permission to File and Maintain Documents under Seal, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner's Appendix to Petition for Writ of Habeas Corpus shall be filed and maintained under seal.

BY THE COURT:

______________________________
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana