The USDC/Southern District of INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 DEC -6 PM 12: 18
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Inrem:Paul V Superintendent-
Case No#2:13 cv 304(WTL/MJD)
T.28 ch.153 §2241-2255-"HABEAS CORPUS"-
-Pro Se-COUNSEL APPOINTED-

-Legal letter(&)Request for Response-EXHIBITS Pg.1 through 5.

Dear Sirs,Hon.Judges of the Court,

Hon.Lawrence(&)Dinsmore,please note that I had attempted to compel the B.O.P.to process my petitione inorder to expedite the process under the Administrative Grievance(&)Remedy Process,which is an agency action to resolve problems out of court...

I had initiated the request for SENTENCE MODIFICATION due to plain evidence that I did not commit the crime in 2005,after the eyewitness profferred affidavits confirming my statement that I was only a witness to the crime(&)had been tortured,misrepresented in trial(&)was being misrepresented on appeal collaterally due to inchoate/obstructed prison consult...

The option to petition for an expedited resolution is available to prisoners who show cause including evidence of their innocence,see: Pg.1.(&)2.,but clearly the administration is not proceeding in good faith,see:Pg.3.,(&)I still dont have a copy of The Brief Appointed Counsel filed because Counsel states the documents are REDACTED but does not say why.

Please review the fundamental claims I made-PRO SE-,which was that my conviction was returned because the US Attorney was allowed to present MATERIALLY PERJURED Statements,which my Lawyer failed to rebut,(&) then,erroneously ADMITTED GUILT to the crime during an attempt to comply with a PLEA BARGAIN,leaving the jury with no obligation to consider any verdict other than GUILTY as charged...which violated my RIGHTS to present a DEFENSE(&)get a JURY VERDICT...

I believe I can prove Im innocent(&)need the COURT to ORDER the BOP to produce a statement recommending I be processed for remand,(&)acknowledging I am not duly convicted/lawfully detained,(&)for them to either release,- or adjust my custody accordingly,(&)expedite that for JUSTICE because I am suffering progressive health problems,cannot effectively redress complaints,(&)am in constant danger because I was framed(&)tried to cooperate with the Govt.,(&)generrally thought I was -- in a preliminary placement program for Govt.SERVICE.previous to this arrest...see:Pg.4.(&)5.

Respectfully Submitted,

signed *Jeffery W. Paul*
Jeffery W.Paul 10517042

Done this day-
(11/28/2016)