Exhibit

(Pg 1)

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: AUGUST 2, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
CENTRAL OFFICE

TO : JEFFERY WILLIAM PAUL, 10517-042
TERRE HAUTE USP UNT: SCU QTR: X03-313L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL IDENTIFIED BELOW. WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

| | | |
|---|---|---|
| REMEDY ID | : | 859207-A1 |
| DATE RECEIVED | : | JULY 5, 2016 |
| RESPONSE DUE | : | SEPTEMBER 3, 2016 |
| SUBJECT 1 | : | OTHER SENTENCE COMPUTATION |
| SUBJECT 2 | : | |

SUBCHAPTER D—IMPRISONMENT

SUBCHAPTER D—IMPRISONMENT [1]

Sec.
3581. Sentence of imprisonment.
3582. Imposition of a sentence of imprisonment.
3583. Inclusion of a term of supervised release after imprisonment.
3584. Multiple sentences of imprisonment.
3585. Calculation of a term of imprisonment.
3586. Implementation of a sentence of imprisonment.

[1] So in original. Subchapter analysis probably should appear at the chapter head.

## § 3581. Sentence of imprisonment

(a) **In general.**—A defendant who has been found guilty of an offense may be sentenced to a term of imprisonment.

(b) **Authorized terms.**—The authorized terms of imprisonment are—

(1) for a Class A felony, the duration of the defendant's life or any period of time;

(2) for a Class B felony, not more than twenty-five years;

(3) for a Class C felony, not more than twelve years;

(4) for a Class D felony, not more than six years;

(5) for a Class E felony, not more than three years;

(6) for a Class A misdemeanor, not more than one year;

(7) for a Class B misdemeanor, not more than six months;

(8) for a Class C misdemeanor, not more than thirty days; and

(9) for an infraction, not more than five days.

(Added Pub.L. 98–473, Title II, § 212(a)(2), Oct. 12, 1984, 98 Stat. 1998.)

### HISTORICAL AND STATUTORY NOTES

**Effective and Applicability Provisions**

1984 Acts. Section effective on the first day of first calendar month beginning thirty-six months after Oct. 12, 1984, applicable only to offenses committed after taking effect of sections 211 to 239 of Pub.L. 98–473, and except as otherwise provided for therein, see section 235 of Pub.L. 98–473, as amended, set out as a note under section 3551 of this title.

## § 3582. Imposition of a sentence of imprisonment

(a) **Factors to be considered in imposing a term of imprisonment.**—The court, in determining whether to impose a term of imprisonment, and, if a term of imprisonment is to be imposed, in determining the length of the term, shall consider the factors set forth in section 3553(a) to the extent that they are applicable, recognizing that imprisonment is not an appropriate means of promoting correction and rehabilitation. In determining whether to make a recommendation concerning the type of prison facility appropriate for the defendant, the court shall consider any pertinent policy statements issued by the Sentencing Commission pursuant to 28 U.S.C. 994(a)(2).

(b) **Effect of finality of judgment.**—Notwithstanding the fact that a sentence to imprisonment can subsequently be—

(1) modified pursuant to the provisions of subsection (c);

(2) corrected pursuant to the provisions of rule 35 of the Federal Rules of Criminal Procedure and section 3742; or

(3) appealed and modified, if outside the guideline range, pursuant to the provisions of section 3742;

a judgment of conviction that includes such a sentence constitutes a final judgment for all other purposes.

(c) **Modification of an imposed term of imprisonment.**—The court may not modify a term of imprisonment once it has been imposed except that—

(1) in any case—

(A) the court, upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that—

(i) extraordinary and compelling reasons warrant such a reduction; or

(ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c), for the offense or offenses for which the defendant is currently imprisoned, and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g);

and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission; and

(B) the court may modify an imposed term of imprisonment to the extent otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure; and

(2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28

Exhibit III (Pg. 3)

Name: Paul, Jeffery
Reg. No.: 10517-042
Unit: SCU

---

This is in response to your Inmate Request to a Staff Member received on November 9, 2016, in which you request staff contact the North Central Region Office or authority acting on your behalf as Legal Counsel concerning your current case.

Program Statement 1315.07, Legal Activities, Inmate states "An inmate is responsible for submitting his documents to court." Therefore, the Warden or Regional Office is prohibited from notifying the court on your behalf.

I trust this response adequately addresses your concerns.

11-14-16
Date

Charles A. Daniels, Complex Warden

# PATIENT MEDICATION INFORMATION

**Carvedilol 3.125 MG Tab** **390293-THX**

GENERIC NAME: Carvedilol Tablets (kar VE dil ol)

COMMON USES: It is used to treat heart failure (weak heart). It is used to treat high blood pressure. It is used after a heart attack to help prevent future heart attacks and lengthen life. It may be given to you for other reasons. Talk with the doctor.

BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you have an allergy to carvedilol or any other part of this drug. TELL YOUR DOCTOR: If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs. TELL YOUR DOCTOR: If you have any of these health problems: Asthma, other lung or breathing problems that cause shortness of breath or wheezing, certain types of abnormal heartbeats called heart block or sick sinus syndrome, a slow heartbeat, or heart failure that is being treated with certain IV drugs. TELL YOUR DOCTOR: If you have liver disease. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. Take this drug at the same time of day. To gain the most benefit, do not miss doses. Take this drug with food. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Protect from light. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Check with your pharmacist about how to throw out unused drugs. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses.

CAUTIONS: Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you. To lower the chance of feeling dizzy or passing out, rise slowly over a few minutes when sitting or lying down. Be careful climbing stairs. Check blood pressure and heart rate as the doctor has told you. Talk with the doctor. Have blood work checked as you have been told by the doctor. Talk with the doctor. This drug may hide the signs of low blood sugar. Talk with the doctor. If you have high blood sugar (diabetes), you will need to watch your blood sugar closely. Do not stop taking this drug all of a sudden. If you do, chest pain that is worse and in some cases heart attack may occur. The risk may be greater if you have certain types of heart disease. To avoid side effects, you will want to slowly stop this drug as ordered by your doctor. Call your doctor right away if you have new or worse chest pain or if other heart problems occur. This drug may make it harder to tell if you have signs of an overactive thyroid like fast heartbeat. If you have an overactive thyroid and stop taking this drug all of a sudden, it may get worse and could be life-threatening. Talk with your doctor. If you have had a very bad allergic reaction, talk with your doctor. You may have a chance of an even worse reaction if you come into contact with what caused your allergy. If you use epinephrine to treat very bad allergic reactions, talk with your doctor. Epinephrine may not work as well while you are taking this drug. If you are having cataract surgery or other eye procedure, talk with your doctor. If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, ibuprofen or like products, and some natural products or aids. If you are 65 or older, use this drug with care. You could have more side effects. Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant. Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

POSSIBLE SIDE EFFECTS: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Very bad dizziness or passing out. Not able to pass urine or change in how much urine is passed. Chest pain. Slow heartbeat. Change in eyesight. Heart failure has happened with this drug, as well as heart failure that has gotten worse in people who already have it. Tell your doctor if you have heart disease. Call your doctor right away if you have shortness of breath, a big weight gain, a heartbeat that is not normal, or swelling in the arms or legs that is new or worse. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Dizziness. Feeling tired or weak. Loose stools (diarrhea). Headache. Upset stomach or throwing up. Weight gain. Joint pain. If you wear contact lenses, you may have fewer tears or dry eyes. Call your doctor if this bothers you. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

OVERDOSE: If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

ADDITIONAL INFORMATION: If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor. Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

Copyright 2016 Clinical Drug Information, LLC
All rights reserved.
Issue Date: November 2, 2016

This information should not be used to decide whether or not to take this medicine or any other medicine. Only your health care provider has the knowledge and training to decide which medicines are right for you. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from your health care provider. You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine.

EXHIBIT (pg 5)

Springfield, Missouri, was advised of the identity of FBI Special Agent Alan P. Peak, who displayed his official credentials to me. Agent Peak then advised me of my legal rights by reading them to me from an official Advice of Rights form. I agreed to be interviewed and voluntarily waived my rights as signified by my signature on the form. Agent Peak then asked me to explain to him and USMCFP Special Investigative Agent Michael Taylor what happened to inmate Victor Castro.

I have been back in the USMCFP for approximately nine months. I am currently serving a life sentence for Carjacking and Kidnaping and am being housed in 10B. Earlier this evening, I decided to do something to somebody. I entered Victor Castro's cell, tied his hands up, started kicking him in the throat, and stood on his throat until he stopped breathing. I had no real motivation for doing this and just felt like doing it. Castro told on me previously for a minor offense. Castro was always real mouthy and I once tried to get him to fight. Castro told prison staff that I was trying to get him to fight, for which I received no punishment. I was simply having a bad day today and took it out on Castro. Neither Castro nor any other inmate owed me anything.

This Dude is a Jokers Rat!

Yesterday, some of the pool balls went missing from the recreation area. Some of the tough guys couldn't play pool and began accusing me and ~~Charles Hall~~ [another person] of taking them. Today, I decided "Fuck it. I'll just take it out on Castro." Castro wasn't one of the accusers regarding the pool balls, but I already had it out for him from previously telling on me, which I kept in my back pocket until something like this happened. Part of my motivation was trying to save face in front of my fellow inmates. I am not a white supremacist, and race played no role in the assault.

He's a Rat!

The assault on Castro occurred in Castro's cell. I and ~~Charles Hall~~ [another person] entered Castro's cell. I left briefly, and when I came back, Castro's hands were tied with tape ~~which another inmate uses for his "shit bag"~~. We closed Castro's cell door, sat him on the floor, then laid him on his back. ~~Hall~~ [Another person] used my shoe laces to tie Castro's feet together, placed a rag in Castro's mouth as a gag, and tied another rag on Castro as a blindfold. I kicked Castro in the neck a couple times. ~~Hall and I~~ [We] both then stood on Castro's neck until he stopped breathing. ~~Hall~~ [Another person] then checked Castro's pulse and hit him in the stomach to ensure he was dead. I thought Castro might have been dead after I kicked him in the neck a couple times, because I could smell his shit. After the assault, I went