Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

30 NOV 2016 PM 5 L

Inrem-Paul V.Superintendent
Case No#2:13 cv 304(WTL/JLM)
The Office of The Judges-
Hon.William T.Lawrence(&)J.Dinsmore
C/O The Clerk of The Court
United States Courthouse/SD
921 Ohio Street,Room 104
Terre Haute,IN.
47801

Legal

INMATE IDENTIFICATION CONFIRMED

RECEIVED

DEC 02 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MATERIAL PACKAGE SCREENED BY

47807-373829