USDC Southern District of Indiana

Inrem:Paul V.Superintendent
Case No#2:13 cv 304(WTL/MJD)

(CAPITAL HABEAS)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 DEC 29 PM 3:38
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

- LEGAL LETTER(&)REQUEST TO THE OFFICE OF THE COURT CLERK -

Dear Sirs,(et al)- (2 Pgs.Attached EXHIBIT)

I am currently on FEDERAL DEATH ROW in USP Terre Haute,IN. (&)am appealing -FALSE CONVICTIONS-( USDC/Southern District),see: the above case cite.

I am contacting you because I am concerned at the length of time being allowed to transpire with no relief or real disclosure,(&) I thought I should verify the content of pleadings sent,because of previous obstruction...

Please note that I received a LEGAL ENVELOPE with a copy of a 65 pg.,Petition for HABEAS CORPUS-filed by appointed Counsel on 10/18/2016-see:Pg.1.(&)2.-attached pages/copy...(&)I did speak with the Attorney referenced,(&)visited with MR.Nolan as well...but due to the nature of the previous obstruction,which I believe was professional,(&)motivated by foreign policy...I thought I should inquire with this Office.

For the record,I petitioned for EQUITABLE Relief of FALSE CONVICTIONS (&)want complaints filed for OBSTRUCTION,CIVIL RIGHTS Violations(&) Compound crimes including ANTI-TRUST,Violations of my right to redress spousal misconduct,(&)slander...entrapment,relevant to my service-records from The ARMED SERVICE Early Entry Program,(&)C.I.A.,(et al), The US Marshal Service...

Please send me a copy of my filings in this case if available...I am indigent.

Sincerely,

Signed [signature]
Jeffery W.Paul(12/26/2016)
Rg#10517042