# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

***Capital Habeas Unit***

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

***LEIGH M. SKIPPER***
CHIEF FEDERAL DEFENDER

PHONE NUMBER (215) 928-0520
FAX NUMBER (215) 928-0826
FAX NUMBER (215) 928-3508

***HELEN A. MARINO***
FIRST ASSISTANT FEDERAL DEFENDER


November 29, 2016

Legal Mail from Peter Williams, Attorney at Law

Jeffery Paul
#10517042
USP-Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Dear Jeff:

Enclosed please find your Petition for Writ of Habeas Corpus which was filed on October 18, 2016, with portions of the petition redacted. Please call me at 215-928-0520 if you have any questions.

Very truly yours,

Peter Williams
Assistant Federal Defender

encl.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF INDIANA

| | |
|---|---|
| JEFFREY WILLIAM PAUL,<br><br>Petitioner,<br><br>V.<br><br>SUPERINTENDENT, USP-Terre Haute, UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-WGH<br><br>**Hon. William T. Lawrence**<br>**United States District Judge**<br><br>**Filed Under Seal** |

**PETITION FOR WRIT OF HABEAS CORPUS**

LEIGH SKIPPER
Federal Defender
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520

Counsel for Petitioner

Dated: October 18, 2016