Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
27 DEC 2016 PM 5 L

Legal Mail

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(Capital Habeas)-
C/O The Clerk of The Court
Birch Bayh Federal Building(&)US Courthouse
46 East OHIO St.,Room 105
Indianapolis,IN.
46204

RECEIVED
DEC 29 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE IDENTIFICATION CARD

46204-199999