Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

CERTIFIED MAIL™

7012 3460 0003 2428 4318

PURPLE HEART 2014 FOREVER USA

USA 21 2014

[Legal mail!]

C/o The Clerk of The Court
Re: Case 2:13 cv. 304 (MJD/LJTL)
Paul V. Superintendent (Capital Habeas)
USDC Southern District of IN.
105 US Courthouse
46 East OHIO St.
Indianapolis, IN.
46204

CAPITAL
HABEAS

Motion ✓

RECEIVED
JAN - 5 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE
IDENTIFICATION
CONFIRMED