Farms for Sale
OWN A PIECE OF HEAVEN ON EARTH! MADISON, IN 140 Ac. mostly wooded Electric, water, stocked pond. $397,000 812-593-2948
Automotive
Wheels
best deal for you...

US DISTRICT COURT/SOUTHERN DISTRICT of INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
17 FEB -8 AM 9:37
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Jeffery William Paul

Petitioner

VS.

Case No#2:13 cv 304(WTL/MJD)

"HABEAS CORPUS"/CAPITAL CASE -

SUPERINTENDENT,(et al)

Respondant

Rule 7(a),10(a,b,c),8(e)-FRCP-

-------------------------

-Pro Se-MOTION in AMICUS for Protective Order/Injunction(&) Partial Upfront damages-Uncounseled-

-Amended/Motion for Further Relief-

-------------------------

Certificate of Service-

A original motion was sent to The USDC/Southern District of IN.in abovestyled matter for The Offices of Judge Lawrence(&)Dinsmore on this day-2/1/17-byway of The US Postal Service-

In The US District Court/Southern District/IN.

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(HABEAS CORPUS)-Pro Se-

-MOTION FOR PROTECTIVE ORDER(&)PARTIAL UPFRONT DAMAGES-

-ATTACHED/AMENDED MOTION-

-------------------------------------

- TABLE OF CONTENTS -

> 5pg.Motion with request for relief-
35pgs.of Documents cross referenced in the motion-

> 2pg.Motion/Amended with further request for relief-
6pgs.of Documents cross referenced in the motion-

Respectfully Submitted,

signed Jeffery W. Paul

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
P.O.Box 33,Terre Haute,IN.
47808

Done this day-
1/31/17

Certificate of service-

A true(&)correct original motion was placed in The US Postal Service for The USDC/Southern District of INDIANA on 2/1 /17-

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(HABEAS CORPUS)-Pro Se-

-Rule 7(a),10-FRCP-8(e)-Amicus/Uncounseled-35 pgs.EXHIBITS-

-Motion for Protective Order/Injunction to protect the Defendants Intellectual Propertyrights(&)assess claims for Partial upfront damages -

Comes now The Petitioner Pro-Se does submit this petition in Amicus,without Counsel for upfront damages(&)a Protective order due to restrictive conditions of captivity(&)petitioners inability to effectively exhaust The Administrative Remedy Procedure,as a result of indigency(&)a qualified Learning Disability-

(1.)The Petitioner claims that on 1/18/2017 I received a response to a request to staff for discovery because I cant find my case on The Inmate Computer,(&)The Unit Counselor returned a copy of a Printout which clearly doesnt show the entries,(&)really is a courtesy from the Counselor,see:Pg.1,2.(&)3...I understand from my lawyer that hell keep me up to date,(&)suppose he will because he usually calls when the Court issues an order/grants a motion...but I did send a Motion(&)did not get a response from the clerk(&)am frustrated because I cannot determine if I filed it wrong or not...which has a disparate impact on me...see:Pg.4.ADA/Americans W/Disability Cites for Prisoners,etc...the Courts aware that I attempted to file repeatedly,(&)paid $1,476.50(USD)for filing fees...but ultimately found out the Pleadings were unintelligible/frivolous,literally missing documents when they arrived to the Court...see.Pg.5...I now request the Court to order the Clerk to file this as an amendment to my request for relief section in my HABEAS,(&)send a clerks copy of all the documents attributed to me,available,free if possible,as a Pro Se copy.

(2.)The Petitioner further claims that The BOP/DOJ are still refusing to redress deprivation from refusing to redress my grievances which leaves me with no effective rights,despite The BOP/DOJ clearly being aware of my rights,see:Pg.6,7(&)8...offering an option to informally resolve grievances,but restricting purview to exclude damages or process,the Unit Counselor cannot pay loss,or arrange unsolicited communication(&)I need to financially restrucure(&)want damages for deliberately estranging me from my wife(&)impeding my right to obtain a surrogate(&)compensate her for children,leaving me with no heir,if I recovered my propertyrights today!..the prisons uniformly refuse to acknowledge I was ever married despite the fact that my commonlaw wife testified in my trial(&)was told she should find someone else because I was guilty,before my trial...resulting in spousal misconduct I attempted to have processed in complaint,(&)was told that there was no such thing as a commonlaw right in The FBOP...which is clearly false..seePg.9...(&)they also have parenting options,see:Pg.10. which I dont qualify for,(&)neither do my parents who would traditionally be Grandparents...I need a Lawyer to handle my financial restructuring,(&)rights to posterity...(&)cannot solicit,see:Pg.11.,which is a freestanding violation of Criminal(&)Civil Law...see:Pg.12.,cites for MARRIAGE/CHILDREN(&)DIVORCE-...I want $1.000.000(mn)a year upfront,at treble assessment for torturing my family(&)I,sexually assaulting my wife pre-trial(&)causing irreconcilable estrangement from my wife(&) minimizing(&)obstructing the complaints under color of law,despite a certain knowledge of my protected spousal rights(&)custom...

(3.)The petitioner further claims that on proxy 1/17/2017-I received response from the external submissions Office at GENERAL ELECTRIC/GE-Corp.,which I had solicited to purchase rights to my ARTICLES OF INCORPORATION-for a dynamic electricity generator to be developed(&)sold as a corporate product,titled-"Rotogy(ROTO-"G")® -see:Pg.13,14,15,16, (&)17...which is the cover letter,response(&)support documents I sent

(3.)continued...to GE/Corp.requesting $1.500.000.000(bn)in upfront money,for 66%of the company...they clearly have no other street add -ress(&)I cannot do anything other than try to get my uncle to help because the BOP/DOJ maintains restrictive policies for computer/phone use,(&)my Lawyers are criminal attorneys,parents generally dont under- stand the further instructions at the websites listed in the responses so I need a BUSINESS LAWYER...(&)believe multiple BUSINESS METHOD claims of mine are in risky domains,exposed(&)subject to honesty policies that cannot be discovered...including synopsis/Articles for US HOUSE BILLS which may need capitation,see:Pg.18,24,27,28,(&)29.,(&)effect millions of people,(&)includ proposal for UNDERWRITING The US Treasury Book/Bank see:pg.26...over the years Ive repeatedly tried to get IBM to respond to my proposals,(&)get stopped at the external submission desk...see: Pg.19.,(&)other companies respond but include info I dont think I could follow up on if I had a computer,see:Pg.20.response from Johnson(&)John- son,(&)Pg.21(&)22...return to sender from Chiquita...most others are not discoverable for one reason or another,theres no response...see:PG.23. letter to Coca-Cola,(&)Pg.24.my original revision for The Billing service of Clearsystems/CSS-which was sent to AT(&)T for upfront money...since being imprisoned Ive sent dozens of inquiry letters(&)proposals to both sell my innovations(&)recover my Uncles company,Clearsystems/CSS-which was effectively stolen from him...see:Pg.33.,requesting upfront money totaling $84.730.000.000(bn),before tax(&)futures...I am attempting to get my uncle to send a email I wrote to get free consults with some a Business Lawyer because I cant use email,see:Pg.34,35.(&)Attached pg.5, (&)6...but an order to relieve me on this could resolve the problem,so I am moving this Court to award 25%of the total,(=)$21.182.500(bn)in upfront money,recover all my inventions/articles(&)appoint a lawyer to takeover my Business until Im released...as well as provide family serv- ice to obtain a surrogate...

(4.)The Petitioner moves the court to acknowledge Ive repeatedly attempted to contact The US Patent Office to ensure all of my families Intellectual Property are properly registered(&)maintained because several,including my"PENNYSTOCK SURVEY",for standard weight (&)measure was being developed when my Great-Grandfather was still alive,because I proposed to sue WALMART Corp.,thinking I could force the Retail company to acquire commodity/solvency packages because theyre dependent upon mass-manufactured goods,so could be assessed with respect to proprietary share theory I submit relevant to the right to appreciate real estate for FORD MOTOR Co.,by assumption of mechanical liens/possession(&)ensurance terms...see:PG.25...Petitioner claims the court should let me explain any part of my intellectual propertyrights,ARTICLES OF INCORPORATION,or PATENTS,because I am in a prison,unlawfully,(&)am being obstructed procedurally by prison policy,(&)relegation of my criminal appeals,which is a violation of my Civil Rights,which cannot be redressed(&)is compounded by the fact that this court has repeatedly refused to proceed,delegate(&)respond although you know thats within your PURVIEW(&)POWER to redress,(&)the prison claims they have no authority,or obligation to respond/redress in agency actions as well...to the detriment of me my family(&)unborn children,incurring injury from age,torture(&)property loss...see:Pg. 30,31(&)32...so please ORDER the Government to discover whatever records are left from my internship at ARKANSAS BANK(&)TRUST,relevant to the MASSEY Estate in MISSISSIPPI,which was over a 1,000(ACRES)of of farmland,including beans,corn(&)fruit trees...my uncles telecommunications patents(&)attempts to register(&)do business as CLEARSYSTEMS/ CSS-...as well as my attempts to underwrite(&)invoice service accounts for subsidy revenue options of BUSINESS OFFICE LIENS,as well as several PATENTS Ive attempted to develop...

-REQUEST FOR RELIEF-

-REQUEST FOR RELIEF-

(1.)The Petitioner believes Ive been repeatedly surveilled(&) exposed both as an American of traditional moral(&)spousal rights (&)thats consistent with previous behavior I noted(&)complained about(&)Im requesting ALL MY Intellectual Property be accounted for (&)the dissolution of my 1st,2nd(&)3rd common(&)witnessed engagement (&)marriages be investigated for deliberate estrangement(&)criminal influence,resulting in irreconcilable sexual misconduct(&)possible illegitimate children,exposure as an informant(&)4 attempted armed murders,several vicious(&)injurious assaults(&)obstruction resulting in deferment(&)ultimately my being barred from The Early Entry Program for The US Armed Service,despite being a badged(&)acknowledged prospect for an Intelligence position,which was activated despite my being underage.

(2.)$1.000.000(mn)TREBLE for inconsolable violation of my right to process(&)protect my marriage(&)children,(Per Year) for a sum of $60.000.000(mn)as of 8/22/2016-

(3.)$275.000(ths)(Per Year)because the Court knows Im not lawfully convicted(&)can prove I was innocent.(treble)for-$16.500.000(mn)
(4.)$7.25(per hr)compensatory wage because I have no way to further my education or develop skills,total(treble)for$835.200(ths)
(5.)25% of my asking UPFRONT TENDER OFFERS for SEVERAL Incorporations (&)ARTICLES,with rights to remit further shares at terms which is a sum of $84.730.000.000(bn)(=)$21.825.000.000(BN)compensation for exposure(&)relegation,not including the fees for a BUSINESS LAWYER...

-done this day-
1/31/17-

Respectfully Submitted,

Signed [signature]

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Certificate of Service-

A True(&)Correct motion was sent to USDC/Southern District,IN. this day,via The USP Terre Haute,IN.Institutional Mail Room-(2/ 1 /17)-