(Pg. 1)

C. Sutton

Sorry to bother you w/ this -

The info is:

- Paul v. Superintendent (et al), 2:13 cv. 304 (WTL/MJD) - SD/IN

filed: 10/18/2016 -

There should be updates on that list I need to see.

Attached is all I am able to provide - See Attached 1/18/17

Thanks,

J Paul 165170 42
Russell Ccf

I don't have access to access anything other than what is attached

(Pg. 2)

open public records
BECAUSE YOU NEED TO KNOW (http://www.open-public-records.com)

U.S. Civil Court Records for the Southern District of Indiana

**Indiana Court Records**

Select State

City or Zip Code Search GO

County Search GO

**Get Email Update About This Court Case**

Email Address

**Subscribe**

I'm not a Subscriber

| | |
|---|---|
| Court Name: | U.S. Civil Court Records for the Southern District of Indiana |
| Case Number: | 2:13-cv-00304 |
| Party Name: | PAUL v. SUPERINTENDENT et al |
| Filing Type: | Civil [SEALED Document (Case Participants - doc)] |
| Date Published: | November 07, 2016 |

| | |
|---|---|
| Court Name: | U.S. Civil Court Records for the Southern District of Indiana |
| Case Number: | 2:13-cv-00304 |
| Party Name: | PAUL v. SUPERINTENDENT et al |
| Filing Type: | Civil [Seal a Document (Motion to Seal or Motion to Maintain Under Seal)] |
| Date Published: | October 19, 2016 |

| | |
|---|---|
| Court Name: | U.S. Civil Court Records for the Southern District of Indiana |
| Case Number: | 2:13-cv-00304 |
| Party Name: | PAUL v. SUPERINTENDENT et al |

(Pg. 3)

Name: Paul, Jeffery
Reg. No.: 10517-042
Unit: SCU

---

This is in response to your Inmate Request to a Staff Member received on November 9, 2016, in which you request staff contact the North Central Region Office or authority acting on your behalf as Legal Counsel concerning your current case.

Program Statement 1315.07, Legal Activities, Inmate states "An inmate is responsible for submitting his documents to court." Therefore, the Warden or Regional Office is prohibited from notifying the court on your behalf.

I trust this response adequately addresses your concerns.

11-14-16
Date

Charles A. Daniels, Complex Warden

(Pg. 4)

[redacted]

577 (30)

In the USSC- No. 14-1652 7th Cir. 14-1722

(7)

## *AMERICANS WITH DISABILITIES ACT*

(1) HALL V. THOMAS, 190 F3d 693 (5th Cir. 1999)
PENNSYLVANIA DEPT. OF CORRECTIONS V. YESKEY, 524 US 206, 141 LEd2d 215, 118 SCt 1952 (1998)
The Americans with Disabilities Act applies to prisoners.

(2) McALINDIN V. COUNTY OF SAN DIEGO, 192 F3d 1226 (9th Cir. 1999)
Sleeping, interacting with others, and engaging in sexual relations, like procreation, are all "major life activities" for purposes of the ADA.

(3) DOYAL V. OKLAHOMA HEART, INC., 213 F3d 492 (10th Cir. 2000)
An inquiry into whether an ADA plaintiff is substantially limited in a major life activity requires an individualized analysis.

(4) MacDONALD V. COHEN, 233 F3d 648 (1st Cir. 2000)
The ADA does not require an employer to make accommodations that would subvert other, more qualified applicants for the job.



(5) BASITH V. COOK COUNTY, 241 F3d 919 (7th Cir. 2001)
ADA only protects a "qualified individual with a disability."

(6) COOPER V. OLIN CORP., WINCHESTER DIV., 246 F3d 1083 (8th Cir. 2001)
Whether a person has a disability under the ADA is an individualized inquiry.

(7) PUGH V. CITY OF ATTICA, INDIANA, 259 F3d 619 (7th Cir. 2001)
City employee who was preceived as an alcoholic as "regarded as disabled" within meaning of the ADA.

(8) BRISTOL V. BD. OF COUNTY COM'RS OF CLEAR CREEK, 281 F3d 1148 (10th Cir. 2002)
The ADA imposes a duty on an employer to reassign an employee only if the employer has vacant positions.

(9) CARROLL V. XEROX CORP., 294 F3d 231 (1st Cir. 2002)
An impairment that disqualifies a person from a narrow range of jobs is not considered a "substantially limiting" one under ADA.

Date: 03/14/2016
Time: 8:19:24 AM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

(1.)

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2011 12:10:48 AM | 10517042 | PAUL, JEFFERY WILLIAM | THP | AMServic | PLRA Payment | ($16.25) | KTHAD068 | | 3381 | $36.00 |

Total Number Transactions: 107

$1,476.50 total (ave) $391.62 (ea)
PLRA Payments! (4 claims)
6/1/2011 - 5/1/2015

Workstation ID: THA-W7-50MFKK1

User ID: TF12076

(PJ6)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## *FCC-Terre Haute, Indiana*

# A&O HANDBOOK

DEPARTMENT OF JUSTICE ★ FEDERAL BUREAU OF PRISONS ★

Updated: 2015
Charles A. Daniels, Complex Warden
L. LaRiva, FCI Warden

(Pg. 7)

No Redress/ No Purview (Detail H)

motion an inmate's sentencing court for reduction in sentence (RIS) for an inmate presenting extraordinary and compelling circumstances. See 18 U.S.C. § 3582 and Program Statement on *Compassionate Release/Reduction in Sentence*. The BOP may consider both medical and non-medical circumstances. The BOP consults with the U.S. Attorney's Office that prosecuted the inmate and will notify any victims of the inmate's current offense. If the RIS is granted, the judge will issue an order for the inmate's release and he or she will then usually begin serving the previously imposed term of supervised release. If an inmate's RIS request is denied, the inmate will be provided a statement of reasons for the denial. The inmate may appeal a denial through the Administrative Remedy Procedure. Denials by the General Counsel or the Director are final agency decisions and are not appealable. Inmates who feel their request is of an emergency nature (e.g., a terminal medical condition) may state as such in accordance with the regulation. (See 28 CFR part 542, subpart B).

## ✓ PROBLEM RESOLUTION

**Inmate Requests to Staff Member:** An Inmate Request to Staff Member (form BP-S148), commonly called a cop-out, is used to make a written request to a staff member. Any type of request can be made with this form. Cop-outs may be obtained in the housing units from the Correctional Officer on duty. Staff members will answer the request within a reasonable period of time.

Inmates housed in general population Housing Units have access to electronic Requests to Staff utilizing TRULINCS. Inmates will not be charged to use this application in TRULINCS. Although inmates have electronic access to all departments located throughout the Complex, they only have electronic access to the Unit Team responsible for their respective Housing Unit. Inmates may only submit one electronic Request to Staff per day.

**Administrative Remedy Process:** The Bureau emphasizes and encourages the resolution of complaints on an informal basis. Hopefully, an inmate can resolve a problem informally by contact with staff members or cop-outs. When informal resolution is not successful, a formal complaint can be filed as an Administrative Remedy. Complaints regarding Tort Claims, Inmate Accident Compensation, Freedom of Information or Privacy Act Requests, and complaints on behalf of other inmates are not accepted under the Administrative Remedy Procedure.

The first step of the Administrative Remedy procedure is to attempt an informal resolution with the staff member or department where the issue arose. If the issue cannot be informally resolved, the Counselor will issue the BP-9 form. The inmate has 20 days from the date of the incident to return the BP-9 form to the Counselor. The institution has 20 days from the date of receipt to respond. This time limit for the response may be extended for an additional 20 calendar days, but the inmate must be notified of the extension.

When a complaint is determined to be of an emergency nature and threatens the inmate's immediate health or welfare, the reply must be made as soon as possible, and within 48 hours from receipt of the complaint.

If the inmate is not satisfied with the response to the BP-9, he may file an appeal to the Regional Director. This appeal must be received in the Regional Office within 20 calendar days



Cannot Exhaust w/ Sat or Accord! Exacerbating!

(pg. 8)

supervisor

from the date of the BP-9 response. The Regional Appeal is written on a BP-230 (BP-10) form, and must have a copy of the BP-9 form and response attached. The Regional Appeal must be answered within 30 calendar days, but the time limit may be extended an additional 30 days. The inmate must be notified of the extension.

If the inmate is not satisfied with the response by the Regional Director, he may appeal to the Central Office of the Bureau of Prisons. The National Appeal must be made on a BP-231 (BP-11) form and must have copies of the BP-9 and BP-10 forms with responses.

The BP-11 form may be obtained from the Counselor. The National Appeal must be answered within 40 calendar days, but the time limit may be extended an additional 20 days if the inmate is notified. In writing a BP-9, BP-10, or BP-11, the form should contain a statement of facts, grounds for relief, and the relief requested.

Tried!

**Sensitive Complaints:** If an inmate believes a complaint is of such a sensitive nature that he would be adversely affected if the complaint became known to the institution, he may file the complaint directly to the Regional Director. The inmate must explain, in writing, the reason for not filing the complaint with the institution. If the Regional Director agrees the complaint is sensitive, it shall be accepted and a response to the complaint will be processed. If the Regional Director does not agree that the complaint is sensitive, the inmate will be advised in writing of that determination. The inmate may then pursue the matter by filing a BP-9 at the institution level.

**Special Housing Unit Status:** There are two categories of special housing. These are Administrative Detention and Disciplinary Segregation.

Administrative Detention separates an inmate from the general population. To the extent practical, inmates in Administrative Detention shall be provided with the same general privileges as inmates in general population. An inmate may be placed in Administrative Detention when the inmate is in holdover status, during transfer, is a new commitment pending classification, is pending investigation or a hearing for a violation of Bureau regulations, is pending investigation or trial for a criminal act, is pending transfer, or for protection.

Disciplinary Segregation is used as a sanction for violations of Bureau rules and regulations. Inmates in Disciplinary Segregation will be denied certain privileges. Personal property will usually be impounded. Inmates placed in Disciplinary Segregation are provided with blankets, a mattress, a pillow, toilet tissue, and shaving utensils (as necessary). Inmates may possess legal and religious materials while in Disciplinary Segregation. Also, staff shall provide a reasonable amount of non-legal reading material. Inmates in Disciplinary Segregation shall be seen by a member of the health services staff daily, including weekends and holidays. Unit staff members will visit the segregation unit daily.

Inmates in both Administrative Detention and Disciplinary Segregation are provided with regular reviews of their housing status.

## RELEASE

**Sentence Computation:** The Designation and Sentence Computation Center (DSCC), located in Grand Prairie, Texas, is responsible for the computation of inmate sentences. Once

(Pg 9)

**Certified/Registered Mail:** Inmates desiring to use certified, registered, or insured mail may do so by contacting his Unit Counselor. An inmate may not be provided services such as express mail, private carrier services, cash on delivery, or stamp collecting while confined.

**Telephones:** Telephones are located in each general housing unit. These phones are available for use from 6:00 A. M. until lockdown each day. No third party or credit card calls can be made on these lines.

Telephones are to be used for lawful purposes only. Threats, extortion, etc. may result in prosecution. All inmate telephones are subject to monitoring and all unit telephone calls are recorded. Telephones will not be used to conduct a business. Inmates are not allowed to make "700, 800, 888, 900, or 976" calls. Inmates must contact their Case Manager or Counselor to arrange an unmonitored attorney call.

FCC Terre Haute has the Inmate Telephone System (ITS). This system uses a Personal Access Code (PAC) and allows up to 30 approved numbers an inmate may call. Changes to an inmate's phone list may be made any day up to two times a month by submitting a request through the Unit Counselor. Additional changes will be made when the Unit Team determines that there is a demonstrated need for prompt communication.

In order for an inmate to use the system, he will have to transfer funds from his Commissary Trust Fund to his Individual Telephone Account. This can be done after 4:00 p.m., Monday through Friday and all day on weekends. An inmate may transfer funds two times each day.

Once the ITS office receives and processes the form submitted by the inmate through the Unit Counselor, the inmate will be given his SECRET PAC (a nine-digit) number. This will allow him to place a call by first entering the telephone number followed by his nine-digit PAC number. All calls are terminated after 15 minutes by the system. Inmates may not exceed 300 minutes of ITS time in a month.

**Visiting:** Inmates are encouraged to have visits in order to maintain family and community ties. Visiting hours are 8:00 a.m. to 3:00 p.m. on Saturday, Sunday and Monday. Visitors will not be admitted after 2:00 p.m. Tuesday, Wednesday, Thursday, and Friday are not visiting days unless a legal holiday falls on any of those days. These hours are provided to inmates so they may advise their prospective visitors. An inmate is limited to five visitors during each visit.

There is no bus service between downtown Terre Haute and the institution. Taxi service is available from the bus station, as well as from Hulman Regional Airport. The institution is located about four miles south of Terre Haute, on the west side of Highway 63. Persons driving to the institution shall use the main entrance and follow the signs. The telephone number to the institution is 812-244-4400.

New inmates are asked to submit a visiting list which will be given to their Counselor for approval. Members of the immediate family (wife, children, parents, brothers, sisters) will ordinarily be placed on the approved visiting list automatically if requested by the inmate and listed in his Presentence Investigation Report (PSI). A common-law wife will be placed on the inmate's visiting list as quickly as all appropriate verifications can be completed. Other relatives and friends may be approved after certain checks are made. Requests for approval for these



PROOF! His prison!

(PJ 10)

Inmates who have a high school diploma (not an AA or higher post-secondary degree) are encouraged to submit an Inmate Request to Staff Member to the Education Department to sign-up for the Tests of Adult Basic Education (TABE) which validate their reading, language, and math computation, as well as applied math. The purpose of the TABE is to ensure these inmates have sufficient language and math skills to pursue their post-secondary education study and/or obtain a job in the community. Mastery of the reading, language, and math skills from the TABE is part of inmates' reentry plan documented in the Inmate Skills Development System (ISDS).

In the Academic section of ISDS, the inmate will not be scored/rated green (indicating demonstration of literacy skills) and should be scored/rated yellow (indicating unknown) until he/she scores a 9.0 or higher on TABE A or D. If an inmate scores below 9.0, he/she should enroll in remedial classes offered by the Education Department to improve his/her literacy levels.

**ESL:** The Crime Control Act of 1990 mandates non-English speaking Federal prisoners participate in the ESL program. An inmate's communication skill level in English is evaluated at initial classification and interviews. Those found to have limited ability to communicate in English will be referred to the education department to determine proficiency at the 8th grade level or higher based on a nationally recognized achievement test. Inmates scoring less than the 8th grade level of proficiency will be enrolled in ESL until they function at the 8th grade level or above on a nationally recognized education achievement test. If indicated by test scores, participation in ESL will be required regardless of education degree status. Inmates with high school diplomas or college degrees may be required to participate in the ESL program.

**Adult Continuing Education (ACE):** ACE classes enhance an inmate's general knowledge on various subjects and address the skill deficits identified in an inmate's individual reentry plan. Typical ACE classes include: typing, computer literacy, foreign language, and business skills. These classes are usually offered during evening and weekend hours.

**Parenting:** The Parenting Program provides inmates information and counseling through directed classes on how to enhance their relationship with their children even while incarcerated. All Parenting Programs include a classroom and visitation component. In addition, social service outreach contacts are often established to facilitate the provision of services to the inmate parent, visiting custodial parent, and children.

**Library Services:** Leisure libraries offer inmates a variety of reading materials, including but not limited to: periodicals, newspapers, fiction, non-fiction, and reference books. Institutions also participate in an interlibrary loan program with local, state, and college libraries and available bookmobile services.

**Electronic Law Libraries (ELL):** Inmates are afforded access to legal materials and an opportunity to prepare legal documents in the ELL. Resources are available for inmates to prepare legal material via Trust Fund.

A copying machine is available to reproduce materials needed for research. The price to

(Pg. 11)

**It is a federal crime to bring upon the institution grounds any firearm, destructive device, ammunition, other object designed to be used as a weapon, narcotic drug, controlled substance, alcoholic beverage, currency, or any other object without the knowledge and consent of the Warden. Title 18 U.S.C. § 1791 & 3571 provide a penalty of imprisonment for not more than twenty years, a fine of not more than $250,000, or both, to a person who provides, or attempts to provide, to an inmate any prohibited object. All persons entering upon these premises are subject to routine searches of their person, property (including vehicles), and packages. The Warden, upon a reasonable suspicion that a person may be introducing contraband or demonstrating actions that might otherwise endanger institution safety, security, or good order, may request the person, as a prerequisite to entry, to submit to a visual search, pat search, urine surveillance test, breathalyzer test, or other comparable test. A visitor has the option to refuse any of the search or test or entrance procedures, with the result that the visitor will not be permitted entry to the institution.**

The goal is to ensure the safety of all visitors, staff and inmates within this institution. This is to again advise everyone of FCC Terre Haute's zero tolerance policy regarding the attempted introduction of drugs/narcotics and contraband into the institution.

## ACCESS TO LEGAL SERVICES

**Legal Correspondence:** Legal correspondence from attorneys will be treated as special mail if it is properly marked. The envelope must be marked with the attorney's name and an indication that he/she is an attorney and the front of the envelope must be marked "Special Mail - open only in the presence of the inmate." It is the responsibility of the inmate to advise his attorney about this policy. If legal mail is not properly marked, it will be opened as general correspondence.

**Attorney Visits:** Attorneys are encouraged to visit during regular visiting hours, by advance appointment. However, visits from an attorney can be arranged at other times based on the circumstances of each case and the availability of staff. Attorney visits will be subject to visual monitoring, but not audio monitoring.

During attorney visits, a reasonable amount of legal materials may be allowed in the visiting area, with prior approval. Inmates are expected to handle the transfer of legal materials through the mail as often as possible.

**Legal Material:** Preparation of legal documents in housing quarters during off duty hours is authorized. Inmates may do legal research and preparation during leisure time. You will be allowed, upon approval of the Associate Warden of Programs (AWP), special time allowance for your legal work if you can demonstrate a requirement for an imminent court deadline. The AWP will require proof of a deadline before granting you permission to use the legal reference room when you have detail responsibilities, etc. It is the responsibility of the inmate to provide staff with the name of the Court in which their case is pending, the case name/caption, and the case number so that any pending deadlines may be accurately verified.

Inmates may retain, in their quarters, a reasonable amount of legal papers, court documents, unbound citations and writs. During attorney visits, a reasonable amount of legal materials may



No Solicitator

be allowed in the visiting area with prior approval. No material may be exchanged during the visit. If you are unable to prepare your own legal document, and do not have an attorney, you may consult with your Case Manager about requesting assistance from law students at the Indiana University School of Law.

**Attorney Phone Calls:** In order to make an unmonitored phone call with an attorney, the inmate must demonstrate to the Unit Team the need, such as an imminent court deadline. Inmates are responsible for the expense of unmonitored attorney telephone calls. When possible, it is preferred that inmates place an unmonitored, collect legal call. Phone calls placed through the regular inmate phones are subject to monitoring.

**Law Library:** The Inmate Law Libraries are located in the Education Department Library and in the Special Housing Unit. They contain a variety of legal reference materials for use in preparing legal papers. Reference materials include the United States Code Annotated, Federal Reporter, Supreme Court Reporter, Bureau of Prisons Program Statements, Institution Supplements, Indexes, and other legal materials. The law library is open during convenient non-working hours, including weekends and holidays.

Inmates in the Special Housing Unit and Special Confinement Unit should submit a request to the officers in that housing unit to use the Law Library. Any materials not available in special housing may be requested through the Education Department.

**Notary Public:** Under the provisions of 18 USC 4004, Case Managers are authorized to witness inmate signatures for court purposes. A recent change in the law allows that a statement to the effect that papers which an inmate signs are "true and correct under penalty of perjury" will suffice in Federal courts and other Federal agencies, unless specifically directed to do otherwise. Some states will not accept a government notarization for real estate transactions, automobile sales, etc. In these cases, it will be necessary to contact your Counselor or Unit Secretary for Notary Public services.

**Copies of Legal Materials:** In accordance with institution procedures, inmates may copy materials necessary for their research or legal matters. A debit card copy machine is available in the Library for inmate use. Individuals who have no funds and who can demonstrate a clear need for particular copies may submit a written request for a reasonable amount of free duplications to the Education Department.

**Federal Tort Claims:** If the negligence of institution staff results in personal injury or other compensable loss or damage to an inmate, it can be the basis of a claim under the Federal Tort Claims Act. To file such a claim, inmates must complete a Standard Form 95, which may be obtained via the inmate law library or by submitting a request to a member of the inmate's Unit Team.

**Small Claims for Property Damage or Loss under 31 U.S.C. § 3723:** This statute authorizes an inmate to file a claim for damage to, or loss of, privately owned inmate property which was caused by the negligence of an officer or employee of the United States Government acting within the scope of their employment. To file such a claim, inmates must complete a Form BP-A093, Small Claims for Property Damage or Loss which may be obtained via the inmate law library or by submitting a request to a member of the inmate's Unit Team.

No! Redress

[redacted] (pg 12)

[redacted]

# MARRIAGE * DIVORCE * CHILDREN

(1) TRAMMEL V. US. 445 US 40, 63 LEd2d 186, 100 SCt 906 (1980)

A spouse can testify against the other party if the marriage is irretrievably broken.

(2) P.O.P.S. V. GARDNER. 998 F2d 764 (9th Cir. 1993)

Rights to marry, have children, and maintain relationship with children are fundamental rights protected by the Fourteenth Amendment and thus, strict scrutiny is required of any statutes that directly and substantially impair those rights.

(3) MONTGOMERY V. CARR. 101 F3d 1117 (6th Cir. 1996)

Right to marry is both fundamental substantive due process and associational right.

(4) DOUZADO V. US. 105 F3d 1389 (11th Cir. 1997)

Under Florida law: spouse of person who is injured as proximate result of negligence of another has right of action against that person for loss of consortium.

McCREARY V. LIBBEY-OWENS-FORD CO., 132 F3d 1159

(5) (7th Cir. 1997)

Claim for loss of consortium is derivative in nature and its viability depends upon validity of injured spouse's claims.

SINGLETON V. CECIL, 155 F3d 983 (8th Cir. 1998)

(6) The law does not generally impute the actions of one spouse to another, or the actions of an adult child to the parent.

DOE V. MADISON SCHOOL DIST. NO. 321, 177 F3d 789 (9th Cir. 1999)

(7) Parents have a right to direct the religious upbringing of their children and, on that basis, have standing to protect their right.

WILKINSON EX REL. WILKINSON V. RUSSELL, 182 F3d 89 (2nd Cir. 1999)

(8) Parent's interest in the custody of a child is a constitutionally protected liberty interest subject to due process protection.

US V. YERARDI, 192 F3d 14 (1st Cir. 1999)

(9) The privilege against adverse spousal testimony is construed strictly.

(Pg. 13)

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 001.15
0000845270 JAN 12 2017
MAILED FROM ZIP CODE 06851

Mr. Jeffery Paul
Rg10517042
USP Terre Haute, IN.
P.O. Box 33
Terre Haute, IN 47808

X

(Pg. 14)

GE
Submitted Ideas
901 Main Avenue
Norwalk, CT 06851
USA

Mr. Jeffery Paul
Rg10517042
USP Terre Haute, IN.
P.O. Box 33
Terre Haute, IN 47808

January 11, 2017

Dear Mr. Paul,

We write in response to your letter received October 31, 2016, which you sent to . Per Company policy, this matter was referred to our office because we are responsible for handling all ideas, inventions, and proposals presented to GE by persons outside the Company's employment.

We appreciate your interest in having GE consider your idea.

However, like a large number of other companies, GE has a fixed policy regarding the acceptance and consideration of unsolicited ideas. To explain this matter, we ask that you please visit the GE Submitted Ideas Web site, located at the URL below. There you will find our policy and submission procedures.

http://www.ge.com/contact/submitted_ideas/index.html

**Our Web site is the only means available for you to submit a non-confidential description of your idea to GE.** The appropriate GE people will consider your submission carefully and, when they report to us, we will let you know if GE is interested in pursuing this opportunity.

In keeping with our policy, we herewith return your letter, Article of Incorporation, and design, without consideration.

Very truly yours,

Submitted Ideas

The Office of MR.Jeffery Immelt CEO-
General Electric Co.®

Jeffery W.Paul
Rg10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Inre:Intellectual Property(&)a CASH-upfront TENDER OFFER...

Title-"Rotogy(Pronouced:Roto"G")®

-Legal Letter of Notice(&)Request for Response-

Dear Sirs,MR.Immelt-

Please review the enclosed Article of Incorporation(&)design for a innovative electrical generator that should produce a determinable watt(&)constant flow with no cost other than the General Maintenance All Points,possibly Battery upgrades(&) other options...

I am requesting $1.500.000.000(Bn)Cash(&) the 1/3 share of the aftercost profit(&)some futures options which may be moot,relevant to other patents I own for Source Code,that I want to apply to the grid in a revenue producing lien,which would not effect the deal unless approved...so for $1.5(BN)Cash you own the right to produce the generators(&)I get a Royalty,(&)have an option to sit (&)present a plan to invoice the maintenance schedule,unless it would cost the company more money than it would make...

Please contact my Attorneys.

Attorney of Record-

Miss.Jenny Osborne
(302)573.6010(Ph)

Mr.Shawn Nolan
(215)928.0520(Ph)

Sincerely [signature]
Jeffery W.Paul
10/12/2016-

(Pg. 16)

Specifics for Articles of Incorporation
for a Innovative free energy generator-

Inre:Intellectual Property-REVISION-

Title-"Rotogy(pronounced:ROTO"G")®

...this is approval to develop ARTICLES OF INCORPORATION for a company to apply the elements of the Rotory Motion Electrical Inversion system,(&)diagnostics systems,to revise(&)reform a generator that will produce enough watts to run a household,business, vehicle,or Municipal Power Grid...

The Author asserts that the components to generate power from a Rotory Motion Generator is available for windmills,(&)could be an option to apply(&)produce a viable dynamo with enough production capacity to satisfy requisites,while needing little maintenance(&) performing within preventative safety regulatory standards...the combination of HYDRODYNAMIC FLUID(&)WEIGHTS on a innovative GEARBOX should produce the TORQUE necessary to generate power(&)do so in a predictable manner,constantly...applying innovative switches to the diagnostics protocals will ensure BOTH/ALL Batteries are fully funct-ional,(&)a OUTFLOW for SURGE PROTECTION is available at all times...

These generators could be relatively inexpensive(&)available with adapters for current systems,taking your home or business off the grid entirely.

Signed Jeffery W. Paul

Jeffery W.Paul(10/11/2016)-

Support:Exhibit-MOD ARTICLES OF INCORPORATION-
Rotogy/Dynamic Energy Generator

(P.17)

# Rotogy (Roto "G") ® Electrical Generator Rotary Motion Inverter

* Revision Prop. for Electromagnetic forward Assist (ie) MAXLE® lever - ①

Self charging Battery packs (&) surge protector - controls - ②

Wind-Powered Generator-



Powerhouse







options

- 5 lbs ✓
- 15 lbs ✓
- 50 lbs ✓
- 250 lbs ✓
- 500 lbs ✓
- other ______

...combination of HYDRODYNAMICS (&)an innovative GEARBOX/WEIGHT system should create a Constant outflow of electricity in a predictable manner with adjustable watts-a innovative application of control systems should allow self-diagnostics for auto-charging batteries(&)switching to compensate for overflow,surge protection, making this synopsis for technical reform (&)adaptation of the ROTORY MOTION INVERSION System,available on Windmills,a viable (&)practical Priority for The Industry.

Rotary Motion Inverter

Signed [signature] Revised (2016) -

Specifics for Articles of Incorporation for claims against The US Census,byway of Billing Schedules for Leveraged communication signal service-

(Pg. 18)

Inre:Intellectual Property-REVISION-

Title-"CONTINGENCY SURVEY" -"Franklin Energy Consolidated/(CSD)®

...this is an applied,"Pennystock Survey"® -which will assess the value of the demand for compliant/regulated services which the US Government uses everyday.

To be applied to the subsidy value of the energy grid which is subordinate to both The Equal Protection(&)Guarantee Clause for FEMA/response teams or other determinable official acts/agents with immunity during crisis...the energy grid ideally(&)accordingly is to be available anytime,in a functional capacity without any test of rights to save lives(&)conserve resources during a emergency.

The tolerance of the service is relevant to the effective use of the energy,case by case basis(&)the billing schedule must be divided into accounts representing the individual resident/commercial assets/interests reflecting the US Census,at-316.128.839(mn) legal residents,at full coverage...

>RATES(=)60 seconds Per Minute-(SECONDS OF AVAILABILITY)-
60 Minutes Per Hour(=)3,600(ths)
3,600 Per Hour(=)86,400(daily)
365 days Yearly(=)31,536,000(mn)Seconds(Per Account)-

>"Pennystock Survey"® -(=)$315.360(USD)for Commercial Service accounts which would be subject to dividend,have to be collected from an escrow account from which costs of emergency use can be paid...(&)individual consumer accounts should be voided/mediated (&)settled at a 1% rate which is available by Government backed ZERO COUPON ISSUE-(&)(=)$3.154(ths)Per Account-Per Year...which would be subject to a Tax/dividend process(&)available as a rebate in yearly schedules...(=)$683.15(USD)(each)-

Signed Jeffery W. Paul
Jeffery W.Paul(9/4/16)-

IBM (pg. 19)

*150 Kettletown Road*
*Southbury, CT 06488*

Dear Jeffery Paul,

On November 22, 2016, I received your response to my letter. Thank you for your correspondence.

However, IBM cannot accept hard copy forms. In addition, you need to use the "Business Proposal" tab; you used the "Copyright" tab. Please make your non-confidential submission by completing the business proposal online form at: **http://www.ibm.com/contact/submissions**

Thank you, Kevin

Kevin Renn

Kevin Renn
IBM Corporation
External Submissions
extsub@us.ibm.com
www.ibm.com/contact/submissions

**Attachment** (mailed October 18, 2016):

Dear Jeffery Paul,

Thank you for your letter to Ginni Rometty at IBM regarding your "Quikkey" keyboard ideas.

Every year, IBM receives numerous unsolicited ideas, inventions, suggestions and business proposals. We appreciate and welcome these submissions, since they are a positive indication of interest in our plans, progress, and success. Therefore, we have established a formalized process for each submission so that it is appropriately considered by IBM.

Please make your submission by completing the online form at:
**http://www.ibm.com/contact/submissions**

This web page will enable you to review the requirements of the external submission process, answer most common questions associated with submissions and provide us information so that we can complete the evaluation of your submission. Offers to sell or license patents and/or related technology can all be submitted at this web site. The inventor, the patent owner or an authorized representative, must make the submission via the web site.

Please note that your submission should address the business opportunity, your solution to the opportunity, what you are specifically requesting from IBM, and the benefits that your submission will accrue to IBM. You may include any attachment (brochure, white paper, presentation, etc.) which will help to better describe your submission. For patent submissions, only the issued patent number is needed, or the link to the USPTO or other database where it resides. The submission and attachments must be **non-confidential.**

Kevin Renn
IBM Corporation
External Submissions
extsub@us.ibm.com
www.ibm.com/contact/submissions

(Pg. 20)

Johnson & Johnson

Office of
General Counsel

One Johnson & Johnson Plaza
New Brunswick, N.J. 08933-7003

January 3, 2016

**VIA U.S. Mail**

Mr. Jeffery Paul
Rg#10517042
USP Terre Haute, IN
P.O. Box 33
USP Terre Haute, IN 47808

In reply to: Intellectual Property & Upfront Tender Offers for Shares

Dear Mr. Paul:

Thank you for your letter of November 29, 2016 regarding your "Sweettoo" sugar substitute.

As you may or may not know, Johnson & Johnson sold its rights in Splenda® to Heartland Food Products Group in 2015 in order to focus on other healthcare categories.

Accordingly, we are not interested in the "Sweettoo" sugar substitute. We wish you the best of luck.

Best regards,

JK McKown

Jeremy K. McKown
Associate Patent Counsel
Johnson & Johnson

(P.21)

NAME: Jeffery W.Paul
NUMBER:10517042
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
04 NOV 2016 PM 2 L

PURPLE HEART 2014 FOREVER USA

Office of The CEO-
MR.Edward F.Lonergan
Chiquita Brands Itl.;INC.
C/O The Legal Business Office
550 S.Caldwell St.
Charlotte,NC.
28202

NIXIE 282 SE 1 0011/09/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF BC: 47808003333 *1812-02816-04-35

47808>0033
28202-268160

Office of MR.Lonergan CEO,Chiquita Brands Itl.

(P.22)

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Inre:Chiquita Brands Itl.,(&)an
Upfront Tender Offer-for a Partner Lien-

- Legal Letter of Notice(&)Request for Response -

Dear MR.Lonergan(&)Legal Business Officers,

I own a Priority Claim against a financial conversion theory I am attaching title "The Pennystock Survey"®,which basically argues that assets have an intrinsic minimum value which can be subjected as a survey invoiced for equitable mortgage redemption of Commercial Mortgaged property.

I intend to assume liability for the consolidated survey of Acres comprising the assets of this company,via MECHANICAL LIEN,byway of Ford Motor Company,who has right to ensure the equipment against default of warranty for products manufactured on the Auto-Assembly line...(&)recover the rate from the refinancing...

My company has a Corporate PROPRIETARY DIVIDEND,system which will allow 1/3 of the Per Acre rate to be released to Chiquita outright,(&) 1/3 to an employee trust,(&)1/3 to the Partner Lien...I need assistance to develop the claim,(&)want $350.000.000(mn)upfront if it succeeds,(&) the 1/3 remitted.

Attorney of Record

MS.Jenny Osborne
(305)573.6010(p)

Signed Jeffery W. Paul
Jeffery W.Paul(11/2/26)

(Pg.23)

The Office of MR.Muhtar Kent CEO -
Coca Cola Co.-C/O Legal Business-

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Inre:Intellectual Property-(&)
Upfont Tender Offers for Shares-

-Legal Letter(&)Notice,request for Response-

(9)(1)

Dear MR.Kent(&)Co.,

Please note that I sent Letter(&)Support documents for my Intellectual Property,including:"Poppi"(Soda Co.(&)Subsidiary -Product Lines),"Veggieright"(Healthy Juice Drink Co.(&)Subsidiary -Product Lines),"Pioneer"(Meat(&)Cheese Snacks(&)Subsidiary Product -Lines),"Friscos"(Party/Trail Mix of Corn/Nuts),"Crystalbells"(Candy with jelly/gumdrop filled centers),(&)"Totem"(Indian Cornchips,Tortilla (&)Gourmet Vegetables,dips)®..I did ask for upfront money for the rights to develop the companies further,(&)included artwork which should be professionally revised.

I am writing because I omitted product lines I wanted to include (&)am now including general prospectus for those,(&)what I want for the rights,see:Attached Artwork(&)pgs.,Offer below.

(1.)"Chewyz"(Gummy treats)w/packaging synopsis(&)subsidiary Product -Lines)® asking ($40.000.000(mn)(USD)(&)1/3 of after-cost profit.

(2.)"Dipsy"(Dipped/deep Fried or coated fruit,bread or others)® asking ($20.000.000(mn)(USD)(&)1/3 after-cost profit.

(3.)"Scrunchystix"(Rice crispy treats w/packaging synopsis)® asking ($20.000.000(mn)(USD)(&)1/3 of after-cost profit.

Please review the account for me,(&)this letter,support pages.

Sinerely *Jeffery W. Paul*
Jeffery W.Paul (11/12/16)

Specifics for Articles of Incorporation/for Claims
against The US Census,byway of Billing Schedules for
Leveraged communications signal service-



Inre:Intellectual Property-REVISION-

Title-"CONTINGENCY SURVEY" ®-"Clearsystems:Debt Consolidation/(CSS/CSD)

...this is an applied "Pennystock Survey"®-which will assess the value of the demand for compliant/,regulated services which the US Government uses everyday.

To be applied to The Subsidy Signal value,the Author asserts that the signal requisites for The 911/411 service are subordinate (&)pursuant to The Equal Protection(&)Guarantee Clause,which means that the service has to be available for every US Resident,or dependent requiring assistance of an emergency call,(&)be available at anytime,in a functional(&)practical manner...

So the tolerance of the service is relevant to the functionality of the call,(&)the billing schedule may be divided into accounts representing individual resident/commercial accounts reflecting the US Census,at-316.128.839(mn)-2013 Census Reports-Residents-(&)at...

> RATES(=)60 seconds Per Minute-(SECONDS OF CLEAR SIGNAL)-

60 Minutes Per Hour(=)3,600(ths)

3,600 Per Hour(=)86,400(daily)

365 days Yearly(=)31,536,000(mn)Seconds(Per Account)-

>"Pennystock Survey" ®-(=)$315.360(ths)for Commercial Service accounts,which would be subject to a dividend,have to be collected (&)accrued in an escrow account,from which costs from the Emergency-Services liability can initially be paid,if only in parts...

The individual Customer Accounts should be voided/mediated(&)then settled at 1% of the rate,so thats-(=)$3,154(ths)for personal accounts which would be available in part/dividends byway of a yearly Tax - Rebate,to the consumer.

Signed [signature]

Jeffery W.Paul(8/21/2016)-

Specifics for Articles of Incorporation-Real Property-
Applied financial conversion system-weight(&)measures-

(Pg 25)

Inre:Intellectual Property-REVISION-

Title-"The Pennystock Survey" ® - REAL PROPERTY CONVERSION -

...this is for an applied financial conversion which converts units of Standard Weight(&)Measure-commonly used for real estate surveys into a Denominational Minimum value based upon the Legal tender unit of(1¢),(&)the sum of the subjects incremental parts which function as equally important parts of a whole number.

For Real Estate-the author uses MATH RULES,to determine what unit of measure is the convergence to comply with the terms of the account entry on the survey,which is to be treated as a Bond, invoiced(&)from which the ensured value is drawn upon,outright or negotiated from.

------------

(1/ONE Acre(=)43.560ft(EXACTLY)Surface Area/SA-
(or)43.559.5ft(MATH RULES/ROUND NUMBERS(for)a convergence of
72in to Feet-(=)Inches per foot(for)-(144in per ft(=)$1.44(USD)
X 43.560ft(=)$62.726.40(ths)-(or)by Volume-(X 6)(=)261.360ft(V)
X $1.44(USD)for(=)$376.358.40(ths)-Per Acre-

Surface Area(=)$62.726.40(ths)PER ACRE-(Possessive Bond)
Volume(=)$376.358.40(ths)PER ACRE-(Performance Bond)

-------------

(1/FOOT(=)144in EXACTLY-Surface Area/SA
( X 6) for Volume rate(=)864in(V)-(1¢)(Per Unit)-
Surface Area(=)$1.44(USD)PER FOOT-(Possessive Bond)
Volume(=)$8.64(USD)PER FOOT-(Performance Bond)

The author retains right to resolve other ratios for this type of survey,respecting increments of:MM/CM(&)16ths of an inch for(performance bond)sums.

Signed Jeffery W. Paul
Jeffery W.Paul(8/20/2016)-

Inre:Intellectual Property-REVISION-

Title-"Sovereignty Survey"®

...this is for an Applied,"Pennystock Survey®"-which is to resolve the value of the subsidy measure of the entry of the US Territorial Survey to a sum,derived from the conversion of its minimum corporate value,which each state achieves by asserting the right to ensure its assets as a member of the Union,which is subordinate to regulatory oversight,guaranteed,which is a defacto partnership with The Federal Government,(&)as such,allows the states to effectively ensure (STATES) territory at a minimum rate reflecting a intrinsic value.

US Territory(=)3.796.742(mi)(X)640(=)2.429.914.880(bn)Acres-(X) Surface Area rate/Per Acre(=)$1.44(USD) X 43.560(ft²) for, (=)$62.726.40(ths)each-

TOTAL(=)$152.419.812.728.832(Tn)(ON BOND)(BEFORE TAX)

(±)3 Proprietary Shares(=)$50.806.604.242.944(Tn)-

The 2/3 amount to escrow would be divided for the 50 States (&)represent a subsidy-PER ACRE-value for liability

The Largest State is ALASKA/AK(=)665.384(mi)
The Smallest State is RHODE ISLAND/RI(=)1,545(mi)

each state should be assessed for a ZERO COUPON SETTLEMENT,(&) Likewise for EACH SHARE-1/3 of which constitutes Private sector claims....

The Surface area Per Acre Rate is-$62.726.40(ths) which is a Sum of $40.772.16(ths) After 35%Fed Tax/Corporate Rate-so the deposit ESCROW,would be 1/3 shares,$13.590.72(ths)for 2/3 to the the states respectively,(=)$27.181.44(ths)Per Acre Respectively...

Signed [signature]
Jeffery W.Paul(8/18/2016)

Specifics for Bill/United States House of Representation-Democratic National Convention-Bipartisan Proposal-

(Pg 27)

Inre-Intellectual Property-REVISION-

Title-The Compulsory-Process,Civil-Ordinance compliance (&)Reciprocity ACT-®

--------------

...this bill will allow registered(&)lawful residents to recover a rebate for agreeing to terms of compulsory process(&) code compliace clause which basically allows the government the right to seize(&)search,pursuant to a functioning government need,(&)means that no citizen is immune from summons(&)must reply to any summons/order in a manner consistent with law,during regular business hours,as a obligation that may not be excused without an obligation,which is a task.

The Bill would allow an endorsed statement,attached to a TAX Rebate form,to be sent/processed 1/time yearly,showing that you were willing to comply with any summon/Legal order whether you did or not,(&)will do so again next year.

The compensation would be at Federal MINIMUM WAGE-for regular business hours of The US Govt.,which is 40 hrs a week-at $7.25(hr) for a return of $13.920(ths)per form/per year-

This rebate would be great incentive(&)option for garnishment for failure to appear/comply(&)would save millions in collection fees every year,being available from The IRS directly.

Signed Jeffery W. Paul

Jeffery W.Paul(8/12/2016)

(Pg 28)

$212.000 (th)
ave. home price
(=) $13.7. 800 (thos)
CAT 35% Fed Corp TAX)
for Eq. Redempt

SAFE HAVEN
($) Home land ACT!

...aracteristics, 2005, 2014

...ureau, U.S. Dept. of Commerce

| Region | | | ...ge | 2005 | 2014 | Race/ethnicity[1] | 2005 | 2014 | Income | 2005 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Northeas... | ...% | 62.1% | Under 35 | 42.8% | 35.9% | White, non-Hispanic | 75.6% | 72.9% | Median family income or more | 84.0% | 79.8% |
| Midwest | 73.4 | 69.6 | 35-44 | 68.7 | 60.2 | Black | 48.0 | 43.5 | Below median family income | 52.7 | 49.8 |
| South | 70.4 | 65.9 | 45-54 | 76.3 | 70.7 | Hispanic | 49.2 | 45.8 | Total U.S. | 68.6 | 64.7 |
| West | 63.8 | 59.6 | 55-64 | 81.3 | 76.4 | Other | 58.0 | 54.7 | | | |
| | | | 65+ | 80.3 | 80.1 | | | | | | |

Note: Figures are for 2nd quarter of year shown. Not seasonally adjusted. (1) Hispanic householders may be of any race. "Other" includes householders self-identifying as Asian, Native Hawaiian/Pacific Islander, and Native American/Alaska Native, as well as combinations of two or more races/ethnicities.

## U.S. Housing Affordability, 1990-2014

Source: National Association of REALTORS®

| Year | Median-priced existing home | Avg. mortgage rate[1] | Monthly principal & interest payment | Payment as % of median monthly income |
|---|---|---|---|---|
| 1990 | $92,000 | 10.04% | $648 | 22.0% |
| 1995 | 110,500 | 7.85 | 639 | 18.9 |
| 2000 | 139,000 | 8.03 | 818 | 19.3 |
| 2005 | 219,000 | 5.91 | 1,040 | 22.4 |
| 2006 | 221,900 | 6.58 | 1,131 | 23.2 |
| 2007 | 217,900 | 6.52 | 1,104 | 21.7 |
| 2008 | 196,600 | 6.15 | 958 | 18.1 |
| 2009 | $172,100 | 5.14% | $751 | 14.8% |
| 2010 | 173,100 | 4.89 | 734 | 14.5 |
| 2011 | 166,200 | 4.67 | 687 | 13.4 |
| 2012 | 177,200 | 3.83 | 663 | 12.9 |
| 2013 | 197,400 | 4.00 | 754 | 14.2 |
| 2014[2] | 212,000 | 4.34 | 843 | 15.6 |

(1) All figures assume a down payment of 20% of the home price. Based on effective rate on loans closed on existing homes for the period shown. (2) Figures are for May, the latest available.

Specifics for [illegible]/United States House of Representation-Democratic National Convention-Bipartisan Proposal-

(Pg 29)

Inre-Intellectual Property-REVISION-

Title-Good Faith,Living,Community(&)Financial -Redemption Act-®

...this bill would resolve criteria to distinguish between home-owners(&)commercial property rights to redemption,by allowing for a community base check sheet to vouch for the consumer (&)allow the consumer of residential property to assume the deed of a home,with redemption,less taxes at the previous years rate for average home value,which may frequently offset the price of the home or cover the price/costs for the transaction,entirely.

The bill would revise a system of registration(&)dues for trained realtors,incentivise those,while requiring the consumer to be a resident of the community where they work(&)live,with a paid for primary residence(&)schedule/notice of timelines for the occasion when they may re-list the home(&)relocate or upgrade.

The Bill would allow persons to own a home(&)save money,but would not create a option to rent property w/out a license.

EXAMPLE-

The average home price for 2014 was $212.000(USD)Nationally... which is reduced $137.800(ths)by 35%Federal Corporate Tax/RATE-for a cash equity option of that amount,pursuant to a property purchase,before cost sum.

Signed [signature]

Jeffery W.Paul(8/25/2016)-

(Pg 30)

[redacted]



any of the purposes of this chapter or any provision thereof.

(Added Pub.L. 90–284, Title X, § 1002(a), Apr. 11, 1968, 82 Stat. 91.)

# CHAPTER 13—CIVIL RIGHTS

Sec.

241. Conspiracy against rights.
242. Deprivation of rights under color of law.
243. Exclusion of jurors on account of race or color.
244. Discrimination against person wearing uniform of armed forces.
245. Federally protected activities.
246. Deprivation of relief benefits.
247. Damage to religious property; obstruction of persons in the free exercise of religious beliefs.
248. Freedom of access to clinic entrances.

## § 241. Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, c. 645, 62 Stat. 696; Apr. 11, 1968, Pub.L. 90–284, Title I, § 103(a), 82 Stat. 75; Nov. 18, 1988, Pub.L. 100–690, Title VII, § 7018(a), (b)(1), 102 Stat. 4396; Sept. 13, 1994, Pub.L. 103–322, Title VI, § 60006(a), Title XXXII, §§ 320103(a), 320201(a), Title XXXIII, § 330016(1)(L), 108 Stat. 1970, 2109, 2113, 2147; Oct. 11, 1996, Pub.L. 104–294, Title VI, §§ 604(b)(14)(A), 607(a), 110 Stat. 3507, 3511.)

### HISTORICAL AND STATUTORY NOTES

**Effective and Applicability Provisions**

1996 Acts. Amendment by section 604 of Pub.L. 104–294 effective Sept. 13, 1994, see section 604(d) of Pub.L. 104–294, set out as a note under section 13 of this title.

**Short Title**

1996 Amendments. Pub.L. 104–155, § 1, July 3, 1996, 110 [illegible]

Welfare, enacting provisions set out as a note under section 247 of this title, and amending provisions set out as a note under section 534 of Title 28, Judiciary and Judicial Procedure] may be cited as the 'Church Arson Prevention Act of 1996'."

**Repeals**

Pub.L. 103–322, Title XXXII, § 320103(a)(1), Sept. 13, 1994, 108 Stat. 2109, appearing in the credit of this section, was repealed by Pub.L. 104–294, Title VI, § 604(b)(14)(A), Oct. 11, 1996, 110 Stat. 3507.

## § 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, c. 645, 62 Stat. 696; Apr. 11, 1968, Pub.L. 90–284, Title I, § 103(b), 82 Stat. 75; Nov. 18, 1988, Pub.L. 100–690, Title VII, § 7019, 102 Stat. 4396; Sept. 13, 1994, Pub.L. 103–322, Title VI, § 60006(b), Title XXXII, §§ 320103(b), 320201(b), Title XXXIII, § 330016(1)(H), 108 Stat. 1970, 2109, 2113, 2147; Oct. 11, 1996, Pub.L. 104–294, Title VI, §§ 604(b)(14)(B), 607(a), 110 Stat. 3507, 3511.)

### HISTORICAL AND STATUTORY NOTES

**Effective and Applicability Provisions**

1996 Acts. Amendment by section 604 of Pub.L. 104–294 effective Sept. 13, 1994, see section 604(d) of Pub.L. 104–294, set out as a note under section 13 of this title.

**Repeals**

[redacted]



was repealed by Pub.L. 104–294, Title VI, § 604(b)(14)(B), Oct. 11, 1996, 110 Stat. 3507.

### § 243. Exclusion of jurors on account of race or color

No citizen possessing all other qualifications which are or may be prescribed by law shall be disqualified for service as grand or petit juror in any court of the United States, or of any State on account of race, color, or previous condition of servitude; and whoever, being an officer or other person charged with any duty in the selection or summoning of jurors, excludes or fails to summon any citizen for such cause, shall be fined not more than $5,000.

(June 25, 1948, c. 645, 62 Stat. 696.)

### § 244. Discrimination against person wearing uniform of armed forces

Whoever, being a proprietor, manager, or employee of a theater or other public place of entertainment or amusement in the District of Columbia, or in any Territory, or Possession of the United States, causes any person wearing the uniform of any of the armed forces of the United States to be discriminated against because of that uniform, shall be fined under this title.

(June 25, 1948, c. 645, 62 Stat. 697; May 24, 1949, c. 139, § 5, 63 Stat. 90; Sept. 13, 1994, Pub.L. 103–322, Title XXXIII, § 330016(1)(G), 108 Stat. 2147.)

### § 245. Federally protected activities

(a)(1) Nothing in this section shall be construed as indicating an intent on the part of Congress to prevent any State, any possession or Commonwealth of the United States, or the District of Columbia, from exercising jurisdiction over any offense over which it would have jurisdiction in the absence of this section, nor shall anything in this section be construed as depriving State and local law enforcement authorities of responsibility for prosecuting acts that may be violations of this section and that are violations of State and local law. No prosecution of any offense described in this section shall be undertaken by the United States except upon the certification in writing of the Attorney General, the Deputy Attorney General, the Associate Attorney General, or any Assistant Attorney General specially designated by the Attorney General that in his judgment a prosecution by the United States is in the public interest and necessary to secure substantial justice, which function of certification may not be delegated.

(2) Nothing in this subsection shall be construed to limit the authority of Federal officers, or a Federal grand jury, to investigate possible violations of this section.

(b) Whoever, whether or not acting under color of

dates or interferes with, or attempts to injure, intimidate or interfere with—

(1) any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from—

(A) voting or qualifying to vote, qualifying or campaigning as a candidate for elective office, or qualifying or acting as a poll watcher, or any legally authorized election official, in any primary, special, or general election;

(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States;

(C) applying for or enjoying employment, or any perquisite thereof, by any agency of the United States;

(D) serving, or attending upon any court in connection with possible service, as a grand or petit juror in any court of the United States;

(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; or

(2) any person because of his race, color, religion or national origin and because he is or has been—

(A) enrolling in or attending any public school or public college;

(B) participating in or enjoying any benefit, service, privilege, program, facility or activity provided or administered by any State or subdivision thereof;

(C) applying for or enjoying employment, or any perquisite thereof, by any private employer or any agency of any State or subdivision thereof, or joining or using the services or advantages of any labor organization, hiring hall, or employment agency;

(D) serving, or attending upon any court of any State in connection with possible service, as a grand or petit juror,

(E) traveling in or using any facility of interstate commerce, or using any vehicle, terminal, or facility of any common carrier by motor, rail, water, or air;

(F) enjoying the goods, services, facilities, privileges, advantages, or accommodations of any inn, hotel, motel, or other establishment which provides lodging to transient guests, or of any restaurant, cafeteria, lunchroom, lunch counter, soda fountain, or other facility which serves the public and which is principally engaged in selling food or beverages for consumption on the premises, or of any gasoline station, or of any motion picture house, theater, concert hall, sports arena, stadium, or any other place of exhibition or entertainment which serves the public, or of any other

AM&DJ 3 Re 10
Attach

(P32)



exclusive of the courts of the states in patent, plant variety protection and copyright cases.

(b) The district courts shall have original jurisdiction of any civil action asserting a claim of unfair competition when joined with a substantial and related claim under the copyright, patent, plant variety protection or trademark laws.

(c) Subsections (a) and (b) apply to exclusive rights in mask works under chapter 9 of title 17, and to exclusive rights in designs under chapter 13 of title 17, to the same extent as such subsections apply to copyrights.

(June 25, 1948, c. 646, 62 Stat. 931; Dec. 24, 1970, Pub.L. 91–577, Title III, § 143(b), 84 Stat. 1559; Nov. 19, 1988, Pub.L. 100–702, Title X, § 1020(a)(4), 102 Stat. 4671; Oct. 28, 1998, Pub.L. 105–304, Title V, § 503(b)(1), (2)(A), 112 Stat. 2917; Nov. 29, 1999, Pub.L. 106–113, Div. B, § 1000(a)(9) [S. 1948, Title III, § 3009(1)], 113 Stat. 1536, 1537–___.)

### § 1339. Postal matters

The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to the postal service.

(June 25, 1948, c. 646, 62 Stat. 932.)

### § 1340. Internal revenue; customs duties

§1343

The district courts shall have original jurisdiction of any civil action arising under any Act of Congress providing for internal revenue, or revenue from imports or tonnage except matters within the jurisdiction of the Court of International Trade.

(June 25, 1948, c. 646, 62 Stat. 932; Oct. 10, 1980, Pub.L. 96–417, Title V, § 501(21), 94 Stat. 1742.)

### § 1343. Civil rights and elective franchise

(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

(b) For purposes of this section—

(1933)

Wk. 10/10/16 – 11/14/16

√ Letters: Apple T. Cook (Re: Flipstart
$380.(mn)

√ J. Immelt GE Rotary $1.5 Bn
√ A. Lafley P&G $30 mn Ultimatum Synthsense
√ WrightGauge Boeing J. McNerney $10 Bn
√ Nicholas Atkins AEP $10. Bn
√ AT&T R. Stephenson $20 Bn
√ V. Rometty IBM $350 Quickkey
√ Jv. Feraci (& D. Simons Weyerhauser /
(Int. Paper for Nethergreen 500 mn $
√ Chiquita E. Lonergan $350 (mn) RTS 11/15/16
√ UTC; Louis Chenevert (Skyfly) $1.5 (Bn)
RTS 11/23/16 Walmart. (Bundles Int.) $50 $ (mn) Doug McMillon
√ Archer Daniels Midland / BT. $20 (Bn) (11/7/16
Patricia Woertz
√ Coca Cola, 6 companies: $150 (mn) (11/8/16
(to HS. AR, for forwarding –
√ McDonalds Don Thompson BS $ (10.Bn)
11/15/16
√ MSFT Flipstart $350 (mn) 11/24/16
Satya Nadella

Asking 25% Damages C&I Process!

(=) $ 21. 182.500 (Bn)

(net) $ 12. 709. 500.000 (Bn)

Upfront Money –

√ Titusville Capital Mgt DJ. Lesar (10 Bn)
for Halliburton 11/16
29

Total prospectively
(=) $ 84.730 (Bn)

Before TAX

Text for E-MAIL Soliciting a BUSINESS LAWYER to takeover a Partner Share of-Clearsystems/CSS(Debt Consolidation)Corp.®, for recovering upfront money from BUSINESS METHOD Intellectual Property, Trademarks(&)Patents.

E-MAIL TEXT-

Dear Sirs,

I am a 40 Year Old W/Male imprisoned in INDIANA,currently appealing 2/Convictions byway of ACTUAL INNOCENCE claims under FEDERAL HABEAS Petitions.

I was an intern for The FMR.President of The ARKANSAS BANK(&) TRUST,MR.Cecil Cupp,as a minor (&)developed method for financial underwriting for Commercial Mortgage redemption but MR.Cupp developed ALZHEIMERS(&)Passed away before my prospectus'for Articles of Incorporation were properly noted...my family owned part of a Telecommunications Company Patent which was obstructed(&)I was in The US ARMED SERVICE Early Entry Program when I was arrested(&) had to neglect the complaint,(&)its been 20(+)Years since I was arrested.

Ive been speaking w/Lawyers for 3 Years in DE/PA about my claims for inclusion in SPECIAL DAMAGES from illegal restraint/detention... but they finally state its outside of their purview...

I am attempting to get a free consult w/you relevant to recovering upfront money from my intellectual propertyrights,as well as a remittance schedule for several patents/articles,including:Financial Underwriting,Algorithms for SYSTEMS ANALYSIS w/Trademark Articles for applications including WARRANTY DATASETS,NETWORKED FRANCHISE DIRECTORIES, other...ACCOUNT INDEXES-as well as,novelty products,innovative safety products... franchise restaurants,food products,telecommunication,keyboards(&)other inventions.

If youre interested,you have to get permission to arrange a call with me byway of The Prisons UNIT TEAM,or you can contact me through

...the response info included w/this solicitation.

You may also contact any of The Attorneys appointed through the Federal Habeas Court with notice about my rights.

Sincerely

Jeffery W.Paul 10517-042 RG#-

1/1/2017