CERTIFIED MAIL™

7012 3460 0003 2428 4295

Jeffery W. Paul
Rg. 10517 042
USP Terre Haute
Po Box 33
Terre Haute, IN.
47808

FOREVER USA PURPLE HEART 2014

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
PITNEY BOWES
ZIP 47802 $ 000.00
02 1W
0004887589

RECEIVED
FEB - 6 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal mail

Legal mail

(CAPITAL-CASE)

Office of Judge Lawrence (L) Dinsmore;
to The Clerk of The Court
In Re: Paul v. Superintendent (LTL/MJD)
Case no 2:13 cv. 304 (HABEAS)
USD Southern District, IN.
921 OHIO St.; Room 104
Terre Haute, IN.
47801

INMATE IDENTIFICATION CONFIRMED