In the USDC/Southern District of IN.



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
17 FEB -8 AM 9:38
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(Habeas Corpus)-Pro Se-

-ATTACHED/AMENDMENT -MOTION- 6 Pgs.EXHIBITS-

-Rule 7(a),10-FRCP-8(e)-Amicus/Uncounseled-

-Motion to amend Motion for Protective order/injunction to protect the Defendants Intellectual Propertyrights(&)assess claims for Partial upfront damages -

Comes now the Petitioner does submit this uncounseled Pro-Se petition in Amicus,to amend the abovestyled motion,requesting relief-

(1.)The Petitioner does claim that despite decades of tending to futures options deriving from my family estate rights,until 2012 I did not have access to any records of our property,which was ultimately filed in parts by my mother MRS.Paula F.Paul,byway of the US Patent Office,see:LC Copyright 00427126821-5/29/2013-(&)US Patent Application No#61-796,740-confirmation no#7361 filing(c)date-11/19/12-which included algol,as well as underwriting conversion theory...the Petitioner moves the Court to order the Intellectual Property claims (&)ARTICLES OF INCORPORATION relevant to real estate acquisitions(&) Commercial Farm insurance at the ensured rate byway of PRIORITY Claims Liens against FORD MOTOR CO.,to be registered separate from my other property,under the DO BUSINESS AS-Trademark/registered name-to be developed as-MASSEY-PAUL/MP® ,which will perform in the same manner as the BAKERS-FIELDMAN/BF® Incorporation,but retain select propertty for my family to recover(&)manage...see:Pg.1(attached)synopsis for the acquisition of listed asset,Warwick Town,NY property,120 Acres on a River with Sweeping vistas,near resort area...at my ensured corporate rate,the asset appreciates to a valued-$45.183.008(mn)before cost at $2.975.000(mn),which leaves a $42.208.008(mn)surplus for dividends (=)$14.069.336(mn)before any modifications or conversions...the asset is just an example,one of hundreds of such comparable or better that

(1.)continued...I believe Ive lost since being imprisoned as a direct result of the prohibitions(&)refusal to accomodate my needs since my Grandfathers passed away...

(2.)The Petitioner further proffers example of loss byway of submitted listing for a family compound I dont think is still available,(&)cant be built at that rate in the area,with views(&)comparable amenities see:Pg.2.(attached)for MOUNT DORA,FL.,hilltop views on water,20.000(+) ft²,on 10 Acre compound including several buildings for,$7.285.000(mn) (&),Pg.3,4...several skyrise units from $300(ths)to $3(mn),offering prime views/amenities,all of which was listed in 2015(&)regularly app-reciating to my loss...the petioner moves the court to order a allot-ment in the amount of $7.300.000(mn)(&)$3.300.000(mn)for loss of the opportunity to acquire a family compound,relieve my parents,uncles after the deaths of my granfathers(&)delegate that compound(&)a second home for my brothers transitional needs.

-FURTHER REQUEST FOR RELIEF-

(1.)Transfer registration for incorporated business title(&)ARTICLES to be further developed,to me,namely:MASSEY-PAUL/MP® -

(2.)Order discovery of the disposition of the assets I earmarked,which may include the WARWICK TOWN,NY.asset 120 acres,(&)compensatory sums from $7.300.000(mn)to $3.300.000(mn)with option to equitably resolve the loss by comparable writ of ownership.

Respectfully Submitted,

-done this day-
1/31/17

Signed Jeffery W. Paul

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN
P.O.Box 33,Terre Haute,IN.
47808

-Certificate of Service-

A Copy of this motion was sent to USDC/Southern District,on this day 2/1 /17-via US Postal Service-