

PEORIA, ARIZONA | $795,000

This grand home exudes the old world charm of Tuscany upon approach with stone accents and welcoming entry. Enjoy all of the finest finishes and amenities a home of this magnitude offers. Floor plan features 4 bedrooms and 5 bathrooms all nestled on a 1.01 acre lot. Car enthusiasts will rejoice at the dream set up with RV gates at either side of the home, 9-car parking, and automated gate. Detached 2,200 square foot RV garages are climate controlled.

**RE/MAX Professionals | Randy Lewis**
**602.352-3600 | Randy@10xHomes.com | www.10xHomes.com**



BOYDS, MARYLAND | $1,500,000

The Redwall Castle is ready to make your Fairy Tail happen! Located about an hour from Washington D.C.and a mile from the Boyds Train Station. Imagine the many uses this Castle has to offer. Have your own wildlife sanctuary, wedding venue or just live in this awesome place. Carriage house, 6 bedroom, 6 baths and a three car garage are just a few amenities. Many hidden treasures!

**Laurie Roberts | RE/MAX Plus | Office: 301.874.5050 | Cell: 301.748.9380**
**Laurieroberts656@gmail.com | laurieroberts@realtor.com**



WARWICK TOWN, NEW YORK | $2,975,000

Real country estate. 120+ acres with sweeping vistas and 40 acres of woods along the banks of the Wallkill River. Private and perfect for a variety of outdoors activities every season. Plus a 7,999 square foot custom built estate home with two separate guest quarters, in-ground pool, and expansive patios. Crystal Springs Resort, Mountain Creek ski area and the historic village of Warwick, New York are only 20 minutes away. Perfect for entertaining. Only 60 mins from the George Washington Bridge and New York City and includes investment/development opportunity.

**Colin L. Seitz | RE/MAX Benchmark Realty | Office: 845.510.8063 x102**
**Cell: 845.590.0680 | | HVHomeTeam@gmail.com | www.HVHomeTeam.com**



WEST BLOOMFIELD, MICHIGAN | $4,995,000

Exquisite! Over 12,000 square feet of luxury lakefront living on Walnut Lake. Chef's kitchen, center island with wet bar, dining room with butler's pantry, 2-story great room with fireplace, library with entertainment center, wine room, upstairs media room, spectacular master suite with sitting room, private balcony, his/hers closets with built-in center islands, glamour bath with fireplace, finished lower level walkout with dual suites, kitchen, bar, theater room, workout facility, indoor pool, sauna, 4 car garage, fire pit, beach, volleyball court, dock.

**RE/MAX Home Sale Services | Michele Safford Group**
**248.912.8929 | sold@michelesafford.com | www.michelesafford.com**

AD pg 2

# FEATURED PROPERTY












## MOUNT DORA

**$7,285,000**

Exclusive 10 acre waterfront estate. Builder has masterfully designed and built this estate for the most deserving of buyers. Throughout the home you will find custom designed pieces and finishes from hand forged iron work to unique building designs. This home features a stunning entrance and breathtaking views, custom designed staircase, professional chef's kitchen, formal dining room with large butler's pantry, large master bedroom and master bathroom, full gym with dry sauna and tanning bed, beautiful bar and pool room with unique sliders providing seamless views of the infinity pool and water, huge game room, library, theater, office, storage, helicopter pad, wine cellar, elevator, covered and screened patio, summer kitchen, and beautifully designed pool and backyard area leading to the waterfront. In addition to the 21,864 sq. ft. main home, there is a 2,325 sq. ft. 3 bedroom, 2.5 bathroom luxury guest home. If privacy and exclusivity matter, this is the Estate for you.



**Russell Pierce**
**407-575-9752**

**BHHSFloridaRealty.com/o5392723**

BERKSHIRE HATHAWAY HOMESERVICES FLORIDA REALTY

# HOUSTON, TEXAS




### ARABELLA

High- rise living at Arabella offers a short stroll to River Oaks District or the iPic movie theaters. You will soon have the chance to enter the jewel box lobby, finding a world of design created by 212box from New York, the award winning architectural team that is responsible for over 100 Christian Louboutin stores worldwide. Price from $900,000 to Penthouses at $5 million. 34 floors | 238 parking spaces | 96 residences 13 penthouses | 45% presold



### THE WILSHIRE

The Wilshire is a high-rise residence sited at the River Oaks District. Every aspect of its inspired architecture, thoughtful design and modern efficiencies simplify the lives of residents while rewarding them with a richly layered luxury lifestyle. Price from $800,000 to Penthouses at $3 million. 17 floors | 208 parking spaces | 98 residences | 12 penthouses 40% presold






37,824 foot lot with 7,980 square foot contemporary, modern home (Memorial area) This two-story home includes a guesthouse and is elevator ready. Wood and marble floors throughout, features a swimming pool, reflection pools, home theater, large windows, custom gourmet marble kitchen, walk-in closets, 5 bedrooms, 5 full baths, 2 and a half baths and a 5-car garage. $3,499,000



**UPTOWN REAL ESTATE GROUP**
Mariana Saldena
713-629-7771 | mariana@uptownhouston.com
www.uptownhouston.com

UPTOWN
REAL ESTATE GROUP, INC
HOUSTON & THE WOODLANDS

# LOOKING TO BUY, SELL OR RENT A PROPERTY IN FLORIDA?

After 20 years of proven results there is only one realtor to call.

## Best Buy in Brickell

(pre-construction starting in the Low $300's) Building is only 22 stories with a 155 units desinged by famous designer Adriana Hoyos. Ameneties will include over 13,000 sqft of retail/restaurant space, valet parking, pool over looking the city, Club room with catering kitchen, Rooftop gym, BBQ area, Billards room, Kids play room, 9ft ceilings, floor to ceiling sliding glass doors, quartz kitchen cabinetry, stainless steel appliances, Italian designed bathrooms finished with porcelain tile.





**MIAMI | Icon Brickell**
5010 high floor amazing views priced to sell | $799,000



**BEST BUY IN SUNNY ISLES** - Pre-Construction amazing opportunity with high end finishes state-of-art facilities, with amazing amenities and personalized service to be completed in 2016.



**MIAMI | $3,800,000** - 7 Bed, 6.5 Bath 5,860 sq. ft. house on a 17,578 sq. ft. lot with 74 ft. of waterfront and across the street from Bayshore Golf course.



**MIAMI | $1,200,000** Morningside area of Miami, this pool home has 5 bedrooms, 4 bathrooms on a double private lot surrounded by hedges, and gate for car.



**MIAMI BEACH | $925,000** Fully furnished, floor to ceiling windows, water & city views, with 24 hours concierge, valet, Beach Club, fitness center.



**640 W. 51ST STREET | $825,000** - 2,031 square feet, 3 bedrooms, and 3 bathrooms in one of the most desirable locations of Miami Beach.



**MIAMI | $799,000**
Gorgeous 2 bedroom in one of the most exclusive residences in Miami, The Paramount Miami - with the best direct bay views.



**BAY HARBOR ISLANDS $399,000**
2BR/2.5BA has large bedrooms, bathrooms and living spaces. kitchen and bathrooms redone. Master bath has tub and large walk in shower. Light and bright. Building has new roof, new elevators, redone pool, gym, and lobby. Located on the water on N. Bay Harbor Dr.



**MIAMI | $649,000** Spectacular 2/2 facing East with wide bay Views, open Italian Kitchen with stainless steel appliances, granite counter tops, floor to ceiling windows a must see.



**999 SW 1ST STREET CALL FOR PRICING**
Brand new luxury building in the heart of Brickell connected to Mary Brickell Village and all the shops, restaurants and nightlife. Views of Biscayne Bay and The Brickell Skyline. Very light and bright units in a building with gorgeous amenities. This is a must see.



**1100 MILLECENTO #1401 Call for Pricing**
Brand new 2bed 2bath in the heart of Brickell at Millecento designed by Carlos Ott and Pinifarina. Unit has 2 bedrooms corner unit with views to the east and south down South Miami Ave Italian Cabinetry, stainless appliances, amazing amenities rooftop pool, kids room, fitness center and much more.



**Kenny Raymond REALTOR®**
The Raymond International Group
786-443-9649
Kenny@elitemiamiproperty.com | www.elitemiamiproperty.com

*When only the best matters | We deliver what others promise*

BERKSHIRE HATHAWAY HomeServices | Florida Realty

Attd. Pg. 5

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Massey, James
TO: 10517042
SUBJECT: RE: CONSULT
DATE: 01/11/2017 08:21:07 AM

Okay. She is supposed to visit after she stays with Ms. McMullin two or three days in a couple of weeks,

JEFFERY WILLIAM PAUL on 1/10/2017 1:35:22 PM wrote
UB Got your resp...Mom knows what I want(&)shes going to speak w/you about it...I need to shop around my IP/Property claims (&)cant b/c of prison procedures...I need several ARTICLES revised(&)sent for upfront money(&)remittance!shell tell you-thanks for resp.!

Att. Pg 6.

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Massey, James
TO: 10517042
SUBJECT: RE: Call
DATE: 01/26/2017 12:06:13 PM

Thank for checking on us. The tornadoes were about 249.9 miles south near Hattiesburg, Mississippi. Tour Mom came here for a couple of days after staying in Holly Springs a few days. I read portions of the paperwork she brought with her. I an not sure what to do.

love,

Uncle Butch & your Granny

JEFFERY WILLIAM PAUL on 1/23/2017 10:05:25 AM wrote
U.Butch-i hope everythings OKAY There...they say that some Tornados went through so let me know...Take care of yourself(&) granny b/4 you worry about that Busywork I sent w/mom okay!Please respond?!Love Yawll!