Jeffery W. Paul
Rg. 10517 042
USP Terre Haute
Po Box 33
Terre Haute, IN.
47808

CERTIFIED MAIL™
7012 3460 0003 2428 4295

US OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
$ 000.00⁰
ZIP 47802
02 1W
0004887589

RECEIVED
FEB - 6 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal mail

Legal mail

(CAPITAL-CASE)

Office of Judge Lawrence (L) Dinsmore;
C/o The Clerk of The Court
In Re: Paul v. Superintendent (LJM/MJD)
Case no 2:13 cv. 304 (HABEAS)
USD Southern District, IN.
921 OHIO St.; Room 104
Terre Haute, IN.
47801

INMATE
IDENTIFICATION
CONFIRMED