**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTRY AND NOTICE**

Filings on behalf of the petitioner in this action for habeas corpus relief will continue to be made by and only by his counsel of record. Consistent with the foregoing, the motions submitted directly by the petitioner [dkt 105, 108, 110, 111, 112] are each **denied.**

IT IS SO ORDERED.

Date: 3/7/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Leigh Skipper
FEDERAL COMMUNITY DEFENDER
leigh_skipper@fd.org

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov

Jeffrey Alan Zick
UNITED STATES DEPARTMENT OF JUSTICE
jeffrey.zick@usdoj.gov