USDC/Southern District of IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 MAR -8 PM 2:55
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.BOX 33
Terre Haute,IN.
47808

*UNCOUNSELED CORRESPONDENCE *

Inrem:Paul V.Superintendent-
Case No#2:13 cv 304(WTL/MJD)-(Pro Se)-
"HABEAS CORPUS"-Ch.153-§2241-2255(USC T.18)-

-Legal Letter-Attached 5Pgs.EXHIBITS-

Dear Judges LAWRENCE(&)DINSMORE-

Please note that on 2/8/2017-I attempted to contact the Office of The US Attorney,hoping to formally enter a complaint of several compound crimes,under CIVIL RIGHTS violations-USC 18-Ch.13-241-245, (et al)...see:Pg.1...I have a LEARNING DISABILITY,(&)have repeatedly attempted to assert my innocence(&)ensure my right to posterity,(&) JUSTICE is not waived...

The Bureau refuses to facilitate such complaint,see Pg.2.(&)3.,(&) my Attorneys are Busy,trying to stay prepared for a ruling from the Petition filed in your Court on 10/18/2016-

I assert the following,that although I make alot of notes,see:Pg.4. (&)clearly tried to compose a traverse brief PRO-SE,to ensure my intention to demand a remand because I am ACTUALLY INNOCENT is presented correctly...,I have repeatedly been obstructed in this prison(&)was relentlessly stalked for over a dozen years with no recourse...

Please note that I have been imprisoned for over 20 YEARS,(&)have tried to get something as simple as my financial right to restructure processed since I was in pretrial stages...the US Govt.allowed negro athletes,actor/musicians,organized crime figures(&)celebrity serial killers financial restructuring,(&)I still cant get the simple process required to transfer the insolvent company my Uncle lost to a trust for my ARTICLES,despite the US Govt.levering the PATENT En Toto...

I really need the Court to expedite my release(&)restitution,or appoint a BUSINESS LAWYER to compliment HABEAS COUNSEL,ad interim...

Done this day-3/1/17-

Sincerely, Jeffery W. Paul

Jeffery W.Paul Rg#10517042