Pg. 1

USP Terre Haute, IN.

WARDEN STAFF!

Emergency!

I need to communicate a complaint to the office of the US Attorney - it is confidential. So I have a learning disability? So verbally.

Thank You:

Jeffery W. Paul 10517092
305 cell / Clower
SCU (2/8/2017)

Pg. 2.

The U.S. Attorney's Office would not be ethically able to speak with Mr. Paul since he is represented by Counsel. It is probably best to let is attorneys know that their client has a concern and to set up a legal call for him.

FCC Terre Haute Legal Department

Supervisory Attorney Shalburg

A request was sent to Mr. Pete Williams on 2-6-2017 at 2:40:01 requesting a legal call be arranged.

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Legal
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/27/2017 08:57:03 AM

Mr. Paul,
Any meeting or conversation between you and the AUSA assigned to your case will have to take place through your attorneys. You can write to the AUSA and ask for a meeting, but that is not something the prison can facilitate.
~K. Siereveld

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 2/24/2017 11:37 AM >>>
To: Procedures
Inmate Work Assignment: NA

I filed w/Counsel in SD/IN on 10/18/16-PETITION OF WRIT FOR HABEAS CORPUS-T.18-Ch.153-Sec.2241-...there are timelines which the Courts supposed to follow,not lengthy(&)my Attorneys dont know what the problem is but acknowledge I am treated differently...I try to keep in touch w/The Judge b/c I want him to expedite the process but they dont respond...can someone check w/the Court to see whats the schedule(&)let me know...PAUL V.SUPERINTENDENT Case No#2:13 cv 304 (WTL/MJD)-SD/IN-

I really get put off for LONG periods of time w/no explanation(&)have repeatedly complained about OBSTRUCTION,in the SCU...to no avail b/c the grievance are frivolous w/out witnesses(&)I need to speak w/The USAO-with Counsel if possible to make a VERBAL Complaint b/c I have a Learning disability(&)written attempts fail!THANKs-

Pg 4.

A Perm. ... NOT fair Cons.? Concerned

Court was will be allowed to Deny Jury was effected by T. Counsel's Implicit / Explicit adm. of Guilt on several Guilt / Innoc. factors in the UBAC Alleg. in Contention & (if Court will Rule Act. Innoc. are fair.) for there won't be another shred available & time will be wasted of my life.

NO Right to What's Viewed. Due to obstr. of Prison Systems & incl. Not exclus. ACTUAL forgery!

(Rights have been categorically Denied by BOP/DOJ (& / Court is deluded: Relev. options to Redress or Nature of Claims, my IP Claims are Nationally / Intl. Import!

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

## Current Program Review: 02-09-2017



| | | | |
|---|---|---|---|
| **Name:** | PAUL, JEFFERY WILLIAM | **Institution:** | TERRE HAUTE USP<br>4700 BUREAU ROAD SOUTH<br>TERRE HAUTE, IN 47802 |
| **Register Number:** | 10517-042 | | |
| **Security/Custody:** | HIGH/MAX | **Telephone:** | (812) 244-4400 |
| **Projected Release:** | / DEATH SENT | **Fax:** | 812-244-4791 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 08-07-2017 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 02-07-2018 | **FBI Number:** | 220926WA9 |
| **Age/DOB/Sex:** | 40 / 09-02-1976 / M | **DCDC Number:** | |
| **CIM Status:** | Y<br>If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | No residence, Homeless, No residence.<br>730 UNITED ST<br>KEY WEST, FL 33040 | **Release Employer:** | *[Name]*<br>*[Address]* |
| | | **Contact** | *[POC]* |
| **Telephone:** | [Phone] | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Paula Paul, Mother<br>Rt. 1 Box 93D<br>Paris, MS 38949 | **Secondary Emergency Contact:** | *[POC]*<br>*[Address]* |
| **Telephone:** | (662) 234-3152 | **Telephone:** | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| | DEATH | 3559 VCCLEA VIOLENT SENTENCE | NOT APPLICABLE |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 06-25-1997 | 20 YEARS 5 MONTHS 19 DAYS / 307 / 0 | 0 / 0 / 0 | 0 / 0 / 0 | **Hearing Date:**<br>**Hearing Type:**<br>**Last USPC Action:** | NOT APPLICABLE<br>NOT ELIGIBLE |

**Detainers:** N
**Special Parole Term:** NOT ENTERED
**Pending Charges:** None known
**Cim Status:** Y
**Cim Reconciled:** Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $200.00 | $25.00 | 96-60022-001 (expired) | FINANC RESP-NO OBLIGATION |

| | | | |
|---|---|---|---|
| **Financial Plan Active:** | N | **Comm Dep-6 mos:** | $1517.00 |
| **Financial Plan Date:** | *[Date]* | **Commissary Balance:** | $2.24 |

**Payments**

**Commensurate:** *[Y,N]*
**Missed:** *[Y,N]*

**Judicial Recommendations:** None / None / None

**Special Conditions of Supervision:** See J&C.