Jeffery W[illegible]
Rg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
02 MAR 2017 PM 3 L

FOREVER / USA

X-RAY/MAGNETOMETER
PACKAGE SCREENED BY
U.S. MARSHAL

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED
MAR 06 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INRE: M-Paul V. Superintendent
Case no #2:13 Cv 304 (JMS)(MJD)
The office of The Judges
Lawrence (&) Dinsmore
c/o The Clerk; USDC
Southern District, IN.
921 OHIO St., Room 104
Terre Haute, IN.
47801

-Legal mail-

-Legal mail-

CAPITAL-CASE!!

47807-373829