USDC/SOUTHERN DISTRICT OF INDIANA

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Inrem:Paul V.Superintendent-
Case No#2:13 cv 304(WTL/MJD)(Pro Se)
"HABEAS CORPUS"T.28 §2241-2255-Ch.153
Counsel Appointed-

FILED
MAR 20 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

-MOTION TO SCHEDULE CASE(&)REQUEST FOR COPY OF SCHEDULE-R.7(a)FRCP-

Comes now The Petitioner PRO SE does hereby Uncounseled Correspondence Move The Court to schedule this case for process(&)disclose the nature of the hearings to be scheduled(&)send a copy of that to The Petitioner as soon as his honor can-

Summary-Attached pgs.2pg.letter-Copy of ENTRY-

The Petitioner does,in the abovestyled action,remind the court that Appointed Counsel filed concise(&)superlative,authenticated evidence that The Court has an ACTUALLY INNOCENT Person in Custody under sentence of death,in a PRISON/UNIT thats had multiple stabbings attempted suicides,robberys(&)at least 1/DEATH since the case was opened...leaving the petitioner in exttreme duress while the claims which shouldve been developed YEARS ago,were developed-since 8/23/13-

The Petitioner requests the court see.Pg.1.of 2.,attached(&)note that the text of section II-says,"ALL APPROPRIATE PROCEEDINGS,HOWEVER,WILL BE CONDUCTED."

Please recall,I intend to,(&)am the only person that can answer the questions you may have,appropriately,relevant to contextualizing any evidence being cited to affirm the conviction against me...although my counsel filed my ACTUAL INNOCENCE Claim,theyre precluded from releasing documents to the prison...(&)truly,those documents do contain inculpatory (&)defamatory information attributed to/from me which only I can rebutt in GOOD FAITH...Please order the structuring(&)implementation of a Plan to proceed,in good faith,for a REMAND on appeal of ACTUAL INNOCENCE claims of a material nature which require release(&)restitution for an innocent defendant.

Motion Continued...

...(&)send a copy of Your Schedule,if I am allowed to see all that,because truly this court has never taken longer than 5mos. to rule/order a reply etc...so its cause for concern that the scheduling from The 10/18/2016-filing was not available to date.

Respectfully Submitted,

Signed [signature]

Jeffery W.Paul
USP Terre Haute,IN.
POB 33
Terre Haute,IN.
47808

Done this Day-

3/4/17

DAWN CLARK
Notary Public - Seal
State of Indiana
Vigo County
My Commission Expires Feb 25, 2022

Dawn Clark

-Certificate of service-

A true(&)correct copy of this Motion was sent to The USDC/SD INDIANA Via The US Postal Service/USP Terre Haute,IN/Institutional Mail(3/4/17)