CERTIFIED MAIL™

7012 3460 0003 2428 3915

Jeffery W. Paul
Rg. 10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

"only da' Ladeez!!" ~x









(Rem) —
Paul v. Superintendent
2:13 cv. 304 (WTL/MJD)
for Judge Lawrence/Dinsmore
c/o The Clerk of The Court –
US Courthouse /USDC
Southern District of IN.
921 OHIO St, Room 104
Terre Haute, IN.
47801

1st class / certified mail

$7.84

**Legal mail**

**-CAPITAL CASE-**

INMATE IDENTIFICATION CONFIRMED

RECEIVED
MAR 17 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

RECEIVED
MAR 20 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA