In The USDC/SOUTHERN DISTRICT/IN.

Inrem:Paul V.SUPERINTENDENT(WTL/MJD)

Cite No#2:13 cv 304(Pro Se/AMICUS)-Title 28-USC-Ch.153-

"HABEAS CORPUS"/CAPITAL CASE/Uncounseled Correspondence-

FILED

MAR 20 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

-------------

-MOTION TO ATTACH DOCUMENTS TO COUNSELED PETITION-

---------------

Done this day-(3/13/2017)

Respectfully Submitted,

Signed [signature]

DAWN CLARK
Notary Public - Seal
State of Indiana
Vigo County
My Commission Expires Feb 25, 2022

[signature]

Jeffery W.Paul Rg.10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Certificate of service-

A True(&)Correct Copy was placed in The Institutional Mail,by the Unit Counselor for The Office of Judges Lawrence/Dinsmore,USDC/ SOUTHERN DISTRICT OF INDIANA-(3/13/2017)-SCU/USP Terre Haute,IN.

In The USDC/SOUTHERN DISTRICT/IN.

-TABLE OF CONTENTS -

( 3.)Pg.MOTION-EXHIBIT(A),(B),(C),(D)(&)(E),(appended-(F)-
Titled:"MOTION TO ATTACH DOCUMENTS TO COUNSELED PETITION"

41 Pg.EXHIBIT SECTION-

Pg.1.-3.-Excerpts from T.28/USC/Ch.153-"HABEAS CORPUS"

Pg.4.-7.-Copy of SCT.Cite:"Cunningham V.California(2007)"

Pg.8.-Copy of RULE 61-"HARMLESS ERROR"Standard/FRCP-

Pg.9-Mixed Media-

Pg.10.-11-Excerpts/Mixed Media from Citebook-

Pg.12.-13-Excerpts/Mixed Media from Citebook-

---------------

Pg.14-16-Mixed Media/Excerpts-

Pg.17.-22-ARTICLE-"Two Sigma" - (re)

Pg.23.-29-ARTICLE-"GOOGLE"(re)

Pg.30.-36-ARTICLE-"U-HAUL/Amerco"(re)

Pg.37.-39-Excerpt-Texas Realty-

Pg.40.-41.-Excerpt-Virginia Realty-

Signed Jeffery W. Paul

Jeffery W.Paul

Petitioner/Pro Se/

Inrem:Paul V.Superintendent(WTL/MJD)

Cite No#2:13 cv 304(Pro Se/AMICUS)-T.28-Ch.153-§2241-2255/USC-

CAPITAL CASE-"HABEAS CORPUS" -

-MOTION TO ATTACH DOCUMENTS TO COUNSELED PETITION-Rule 7(a)-10,FRCP-

Comes now the Petitioner does submit this uncounseled Motion to attach this Motion(&)summary with EXHIBITS to The Counseled Petition for WRIT,as a request for relief,appended-

-Summary-

The petitioner claims that currently,a Counseled PETITION FOR WRIT was filed on 10/18/2016-pursuant to relief,citing ACTUAL INNOCENCE under T.28-Ch.153.-§2241-,see:Pg.1.,2.(&)3...which includes the §2243 text,which describes recommended guidelines for scheduling a review of the claim...

The petitioner claims that the case to statutorily move the court imperitively,under the STANDARD OF EVIDENCE,for a DIRECT APPEAL,of a illegally imposed verdict(&)sentence was met,by freestanding claims of Constitutional violations,violating my right to plea,with Counsel (&)have the Jury consider the evidence...see:Pg.4.-7.,cite:EXCERPTS-from CUNNINGHAM V.CALIFORNIA[No#05-6551](2007)-,which proves the Court failed to vacate the original appeal,on direct,despite my proffer,which showed STRUCTURAL ERROR,which clearly proves this is a case where the error literally created a trial wherein the JURY COULD NOT consider I was innocent of the crime,due to Counsels implicit(&)explicit admissions of Guilt,which directly contradicted my Plea,(&)violated my right to present the DEFENSE I proffered in Pretrial preparations...Counsel did not inform me hed decided to omit my DEFENSE(&)in fact,told me he intended to move the case was DOUBLE JEOPARDY...

Regardless,Counsel attempted to comply with terms of a PLEA BARGAIN, which I refused,(&)in doing so,had to make contrition statements,(&) cede points of contention in the US Attorneys Allegation which the ev-

Continued...

-idence clearly showed we could effectively rebutt...trial counsels omission,(&)admission of Guilt,excluded my right to Jurisprudence,(&) on direct,left the matter to the Judge,who declined relief(&)affirmed the conviction,arbtrating the entire case alone,to my detriment,in violation of my 1st,4th,5th,6th,7th,8th,13th(&)14th amendment Rights to a Jury trial,with a defense(&)a Lawyer with EQUITABLE PROCESS for the Penalty phase,see:Pg.8,(&)9.which defines/codifies the requirement to prove a "HARMLESS ERROR",FRCP T.28.RULE 61,was NOT Harmless(&)effected Substantative rights...(&)the Defendants PLEA,invokes the 5th amendment,especially where a DEFENSE PROFFER WAS AVAILABLE...see:PG.10.(&)11., a right reaffirmed since my case(&)the 2007 Cunningham(Sct.)decision, where a Court fails to instruct a Jury to a Defense,or a defendant was prevented from arguing theory of case,there is conflict...when it is the Attorneys duty to defend a client,he must present the defense whether he thinks the defense is a winning claim or not...(&)may not provide a confession/damaging testimony against a person he represents,(&)ceding to a crime,in contention,is a Conflict of interest(&)forecloses access to reasonable jurisprudence...

The Petitioner Claims the Courts known since 2005-that my initial claim that my Codefendant did NOT incriminate me,(&)the evidence supports that (&)corroberating testimony is available...yet chose to repeatedly impede the process...causing 12 YEARS of FUNDAMENTALLY ILLEGAL RESTRAINT,after going beyond any reasonable measure to uphold the conviction despite a certain knowledge the records show my Lawyer violated my Right to defense (&)foreclosed my right to a GUILT/INNOCENCE Phase,without Permission... the AFFIDAVIT was compelling/authenticated evidence(&)yet,got no process of relief sought,or required by Law...

The Petitioner further claims the Court/BOP/DOJ has been aware that my captivity is considered CRUEL(&)UNUSUAL By any standard,seePg.12.,(&)13., yet chose to not expedite,despite dozens of grievances/complaints I sent relevant to OBSTRUCTION(&)CIVIL RIGHTS Violations,all cognizable under United States Code...

Continued...

The Petitioner does hereby request The Court Prioritize this action(&)request for relief as a exceptional case,by Summary in EXHIBIT A,EXHIBIT B ,EXHIBIT C,EXHIBIT D,EXHIBIT E ,(&)any further Document the court may have at its discretion...

Respectfully Submitted,

Signed ____________________
Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Certificate of service-

I,Jeffery W.Paul Do hereby swear that a true(&)correct copy of this Motion(&)supporting Documents was placed in the institutional mail via the Unit Counselor-SCU-on 3/ 13 /2017-for The Office of Judge Lawrence (&)Dinsmore,USDC/SOUTHERN DISTRICT OF INDIANA-