-Synopsis for DAMAGES at RATE of LOSS in BILLIONS of DOLLARS due to exceptional circumstances-

-Summary- Pg.14.-22. EXHIBIT(A )

The Petitioner asserts the following,that I was a minor/Juvenile inventor,(&)attempting to financially restructure in the early 1990's,in expectation of a pending Action to CAPITALIZE a Telecommunications company my Uncle-MR.James Massey had incorporated under The Working Name/Register-"Clearsystems"®,my father had been active in developing online role-playing games,DUNGEONS(&)DRAGONS (&)my Brother was involved with MUSIC/MOVIE Promotions...I had been a intern at ARKANSAS BANK(&)TRUST,(&)had been active in elementary school charity work,(Cub Scouts/Boy Scout)Sponsorships,(&)The March of Dimes...I realized early that The USA Owned the PATENT for The AUTOMATIC ASSEMBLY LINE,(&)could easily subsidize the efforts to let emerging 2nd/3rd world countries stabilize their infrastructure(&) eradicate starvation through mechanically assisted agriculture initiatives...my Uncle.MR.Vernon Massey was ACTIVE DUTY AIR FORCE,(&) had deployed to The Persian Gulf,(&)so I learned about OPEC early,(&) was outraged that our priority claims for the oil patents were not enough to ensure our safety(&)solvency in The World Trade organization (&)during that time I was working out a proposal to resolve the debt,(&) realized that all INCORPORATIONS consist of 3/ESSENTIAL Parts,(1)Business share,(1)Technical Share,(&)(1)Intellectual Property Share...thats a divisible 3/Algorithm I invented to determine the appropriate ratios to petition the govt.for entirely levered patents...to be assessed at a rate,reasonably designed to compensate uncompensated patent holders ...I realized that The FORD MOTOR Co.®,literally owned a Patent which guaranteed them access to preapproved mortgage redemtion rates,as well as a 1/3 share of every product manufactured by automatic assembly...(&) I determined to find the cost-plus margin list which I believed would be published,for CYBER Entrys including Autos to Toys...but was told that although there was a GUARANTEE CLAUSE in The USA,(&)some political groups had suggested lawsuits against DuPont(&)Ford for War Casualties,I would never be able to get a intelligible quote for offsetting liability,so

-Synopsis for DAMAGES at RATE of LOSS in BILLIONS of DOLLARS due to exceptional circumstances-

-Summary- Pg.14.-22. EXHIBIT(A )

Continued...

...should regroup/rethink my angle...

After the Death of MR.Cecil Cupp(Fmr.President of AB(&)T),I decided that I could assume a Partner Lien against ASSETS,performing under Govt.regulations,by asserting PRIORITY CLAIMS against the mechanics which were all manufactured by auto/assembly...(&)had the idea that I could get Companies with alot of intellectual property to buy commercial farms in solvency packages,by using their collateral assessments from debt ratios I could have reasonably processed for a invoice/redemption that would allow me a partnership with companies like IBM/Microsoft(&)AT(&)T,with revenue from partner shares of futures from the asset management(&)dividends from the initial redemption...

I was from a military family(&)my fiance was from a Law Enforcement family,(&)I was convinced that I could join the military,(&)eventually sell diversified investment portfolios to career personell,but I was entrapt(&)arrested,estranged(&)my company fell through because my Uncle was Robbed of his computer/telecommunications incorporation, (&)my Grandfather,whose experience with Commercial farm leasing,in MS.,was a centerpiece for my claims,died...leaving my mothers family bereft(&)my Grandfather on my fathers side without a pointman,for a cropdusting company hed owned(&)was willing to reincorporate...

As of 1990,I tried to incorporate as a debt consolidation ensuror at least 3 times before I was an adult,(&)attempted to demand the revenue statement from WALMART®,be assessed for securable debt from the leverage of the assembly line,which loses money everytime a product is subject to abatement...

Please see:PG.14.,there are only a couple thousand billionaires in the entire world,(&)as a inventor,with proprietary shares that constitue freestanding claims for restitution in billions just from loss

-Synopsis for DAMAGES at RATE of LOSS in BILLIONS of DOLLARS due to exceptional circumstances-

-Summary- Pg.14.-22. EXHIBIT(A )

Continued...

accrued from nonfeasance from Courts in Arkansa that knew I had claims relevant to underwriting assets/areas,knew they were applicable to World Bank treasuries,as well as ours,I've really been entrapt (&)potentially sabotaged,to infringe my Spousal(&)Propertyrights...

Clearly ,I revised my Underwriting Algol,to include SOURCE CODE for specialty WARRANTY DATASETS which I need to have submitted for development reasonably,(&)claim the Intellectual property constitutes a way to assume liability for the default risk from manufacturing systems without losing more money than is made,by invoicing the analysis used to generate the Conditional Forward Contracts(&)diagnostic reports...a complex sequence that produces a differential with no tolerance...
As a entry for Billions,I refer you to Pg.15.,which clearly shows MR.Bill Gates is NO#1.in the world with $72 Bn.in assets,(&)Pg.16.,for consideration,with MR.Phil Knight representing a $24.Bn.entry for NIKE clothing,(&)several members of The MARS Family,making over $20.Bn.for their candy company...please review your papers to see.,that not only do I own a Computer network claim,but I also own registration for a clothing line trademarked-"Finchers"®,(&)several food product lines,including,"Dipsy"®"Scrunchystix"®(&)"Crystalbelles"®...all of which have been underdeveloped as a result of the BOP/DOJ nonfeasance...

As a rule,ALGORITHMS(&)Innovation are generally accepted as going hand in hand with success...see:Pg.17.-22.which details the steady rise of partners using analysis to create billions in wealth,(&)being acclaimed as competent,productive(&)brilliant members of society...I make the following point...not only do my algorithms fuel a PRIORITY-CLAIM against the Product Market of the entire world...but my critical-Analysis -Titled:"Critical Analysis of the value of numbers performing as increments of a sum,greater than one."(§Collateral/Respective Value),(§Default(&)Compliance Rule),...shouldve been completed(&)competing for

-Synopsis for DAMAGES at RATE of LOSS in BILLIONS of DOLLARS
due to exceptional circumstances-

-Summary-Pg.14.-22. EXHIBIT(A )

Continued...

a Prestigious FIELDS MEDAL...

Regardles,I own the most important innovation to the assembly line, since the assembly line,which is the algorithm to perform the diagnostics tests to comply with the GUARANTEE CLAUSE of our Nation,(&) the ARTICLES to invoice that process,(&)offset the costs of the debt from liability accrued thereof regular(&)normal use of products,essential to our everyday lives,while ensuring our NATIONAL ASSET,(&)the Parent Company patent holder,has a revenue stream protected for prosperity(&)posterity,in all fairness(&)good-faith...

The story of TWO SIGMA®is a interesting tale,dropping one company name after another(&)still not revealing the specifics of its algol, while proving its merit by featuring some proud,material billionaires, but truly,my algol(&)ARTICLES are superlative in everyway,(&)should approve my entry to The List of Billionaires in the top 10,if not No.#1...

Signed ____________________
Jeffery W.Paul (3/9/2017)-

-Synopsis for DAMAGES against parties known/discoverable to the Court-Comparison,GOOGLE®-

-Summary- Pg.23.-29. EXHIBIT(B )

This company was founded in The Mid.1990's(&)now has a market cap of a 1/2 TRILLION dollars...the company is a search engine(&) was one of the first to go online with Satellite Map resolution... the company is acclaimed for using cutting edge innovations to facilitate their netwotks,(&)as such,has been givin the first pick of new talent for employees,(&)technology for their asset acquisition progtams,to stay competitive...theyve made so much money that Co.Founder MR.Larry Page was allowed to form a holding company several years ago called ALPHABET,(&)since then appointed a new CEO.MR.Sundar Pichai... from India.

I am asserting rights to use,previously restricted,real-time,or highly resolved Satellite MAP RESOLUTION for my Search Engine(&) filing/retrieval system...which was a application idea for The FLEX INTERFACE DATASYSTEMS,which was being incorporated in 1989-94,which I believed was under the Title:CLEARSYSTEMS®..I am reataining right to develop personal profiles that will interract with BILLBOARD/Posts in a call,message-notice form,compatible with the original prospectus for a *411/Directory info-access system...with visual transitions(&) standard key-forward options...in a personalized option which would allow the user to set the search in a profile,they can predict will result in more relevant messages,such as budget advertiseng,being at the first search,display file option...like a demogtaphic ratchet...

It was my understanding that a large reason why the CLEARSYSTEMS® incorporation fell through was because the US Govt.was worried about real time mapping(&)terrorist threats after the RUBY Ridge incident... then WACO...before ISLAMIC terrorists were very relevant...

I am requesting The Court order The former title,CLEARSYSTEMS®,be entrusted in my name,on behalf of rhe inventor of FLEX ACCESS DATA-SYSTEMS-,(&)that I be allowed to register(&)retain a company to be

-Synopsis for DAMAGES against parties known/discoverable to the Court-Comparison,GOOGLE® -

-Summary- Pg.23-29. EXHIBIT(B )

...Continued...

registered under the working title-"AXIS/ATLAS"®,which would be used with(.axs/.ats®) ,at the customers request...the account could work from any networked/visual display by a program which starts out with a map for search,(&)any call/send(or)look type of command to be developed for individual accounts working under a profile they can clearly review(&)adjust...the program would call/sort(&)display the messages being offered to you,accordingly,including alerts from type,classified advertisements,hobby,political or social groups you chose...at your budget,age/activity qualifiers...

I waited for years to get the minimum map-resolution for my uncles company,only to find out he had been robbed(&)traumatized,psychologically...(&)after complaining,I was also abused...(&)ultimately...the Company that got the privilege to map in real-time was founded by a team of RUSSIANS who hired a INDIAN,whose country violated the test -ban treaty which was supposedly considered a categoric disqualifier, more serious than the disqualifier cited for my relegation,Juvenile [redacted] convictions...

Relegating my right to process,when clearly I not only have precedent Intellectual Property claims to Filing(&)Retrieval Sequences of a PROPRIETARY NATURE,as well as a Patent for a Phone(&)Computer in a compatible design...is egregious,violating my right to equitable DUE-PROCESS from the BOP/DOJ Institutionally,because theyre modifications of existing claims,being infringed with duress of circumstances anyone can see.

Signed *[signature]*

Jeffery W.Paul(3/7/2017)

-Synopsis for PARTNER LIEN against the Business Office for U-HAUL®rental trucks-a subsidiary of AMERCO® -

-Summary- Pg.30.-36. EXHIBIT(C )

This lien would use my BUSINESS METHOD Articles of Incorporation to resolve the value of the fleet of AMERCO® trucks,which is ref-erenced in the Article/Excerpt from FORBES®,magazines profile of the founder of that company,MR.Leonard Samuel,(L.S.)(&)MRS.Anna Mary established in 1945...under name,U-HAUL®-,its a great company with iconoic assets,described in the Article...the trailers are custom designed,to haul oversize items like beds etc...marketed towards the customer relocating their residence,the trailers are painted in a distinctive Orange/White scheme that stands out on the road...the founders son,MR.Joe Shoen,a tough looking 60(+)Yr.old,has taken the costly company into expansion repeatedly,making a multi-billion dollar fortune for hinself(&)family,despite several setbacks including a Homicide in his family(&)fiscal lawsuits...

I really like the company(&)have previously looked at RYDER® ,for a liability assessment so generally,believe I could do well with my method,invoicing CONDITIONAL FORWARD CONTRACTS,(&)using the proprietary dividend to cap escrowed money in ensurance accounts,to ensure BOTH the BUSINESS OFFICE,(&)my INTELLECTUAL Lien gets paid,(&)accounts in moot asset indexes are available to pay costs of loss,general maintenance(&) other debts...

Although the ARTICLE lists over 100.000(ths)TRUCKS (&)100.000(ths) trailer units respectively...I assessed the Company from a simple (1/ one Truck(&)1/Trailer)(=)1/one unit,which raises a $333.333(ths)budget per-share,(1/3)shares...at 35%tax,thats-$216.666.45(ths)to a BS.Office share,$216.666.45(ths)to a Technical Account,for each unit,(&)$216.666.45 (ths)to my Intellectual lien,which I retain 1/3 of for a 1/9 share(=) $7.222.215.000(bn)CASH DUE before any other taxes...as well as an option to resolve futures...considering the company has 1,000(ths)Multi-partners the 1/3 share,$21(bn)-is not an inflated amount(&)the per-unit account doesnt replace the truck!!!

-Synopsis for PARTNER LIEN against the Business Office for U-HAUL®rental trucks-a subsidiary of AMERCO® -

-Summary- Pg.30.-36. EXHIBIT(C )

This lien would allow a Partner/Inc.company to Do Business As U-HAUL/IS1®-"Integrated"Systemsone"/IS1®-to compile a list/directory style computer index of their Truck/trailer Units for a Warranty Dataset which would allow that company to invoice the analysis performed against that number,pursuant to performance integrity statements,which would create a budget to offset the general maintenance (&)upgrade costs of the Fleet of over 100.000 truck/trailer units as well as an option to offer,from the increased revenue,a GOOD FAITH ensurance package options for indemnity,including wrongful death of/by customers operating the units.

-----------

100.000ths Units resolving-CONDITIONAL FORWARD CONTRACTS-

1.(100.000ths(=)10.000.000.000(bn)/1.000.000.000.000.000(qd)for 1.000.010.000.100.000(qd)Survey differentials-which results in a $10.000.100.001.000(tn)Statement(±)by 100.000(units)for a individual Statement of $100.001.000(mn)each("Pennystock Rate"),for a 1%ZERO-COUPON-value of $1.000.010(mn)before Dividends-(3 PROPRIETARY SHARES) Representing-1/Business Management-$333.333(ths)
1/Technical Service-$333.333(ths)
1/Intellectual Property-$333.333(ths)

------------

My lien would place 1/full 1/3 Share for Technical Service into a ESCROW Account to be drawn upon for costs of the truck/trailer units respectively...the Business Office share would go to pay partners(&) excess liability...the Intellectual property share would be for this restructuring(&)go to me,to be subdivided.

Signed [signature] *
Jeffery W.Paul(3/4/17)

In The USDC/SOUTHERN DISTRICT/IN

see:Pg.37,38(&)39.

Inrem:SUPERIOR FARM(&)RANCH(Farm(&)Ranch/LLC)®
American Farm(&)Ranch Member/Broker®

Agent:MR.Rick Doak/(ph.361.243.1040)/jrdoak@me.com

-----------

SUBJECT-Calhoun,Cty.TEXAS-Intracoastal Waterway-
"PORT O'Connor-2,200 Acres-(NO PRICE)-

------------

-Summary- EXHIBIT(D )

I value the Gulf Coast as potentially worth more than most other areas because in TX./MS.,the undevoped/semi-developed areas are a HAVEN for wildgame stock,(&)can be developed for Prime Residential/ Commercial Realty plans with a sustainable environmental management option designed to leave a indigenous/stable population without a burden to asset investors...

This asset is 2,200(acresOwhich I would redeem for a possessive ens-ured rate described on pg.37.(=)$137.998.080(mn)Before Tax/Costs(&) PROPRIETARY DIVIDENDS...1/3 of the margin would be my maximum bid,proxy $22.000.000(mn)TOPS!

The Marina/Waterfront would be Developed for a resort,w/several year round residences at the $1.5(mn)-$4.5(mn)Range,(&)the interior would be developed for year round breeding facilities to provide gamestock to a series a RESTAURANTS I want to develop to serve Wild Birds,esp., Quail,Duck(&)Dove,..not excluding prairie chicken(&)jackrabbit,rattle-snake...I would need the restructured area refinanced at The Performance Bond Rate,also resolvedon Pg.37.,(&)reserve right to develop trademarks for GOURMET Wildgame/Stock RESTAURANTS under the preliminary titles of: "SWITCH"®,"FLUSH"®,(&)"FLOCKS"®-...at 2,200Acres the redemption rate is $827.988.480(mn),before tax,dividends(&)costs...

Signed [signature]
Jeffery W.Paul(3/6/17)

see:Pg.37.,40.(&)41.

Inrem:Ron Willard II,Associate Broker
Watersedgegolfestate.com
(ph.540.721.5288)

Agent:MR.Ron Willard II
1825 Waters Edge Drive
Smith Mountain Lake Penhook,VA.,24137

-----------

SUBJECT-Smith Mtn.Lake,VA.-Waterfront Commercial development of 712 Acres-($25.000.000(mn)Asking-)(several assets onsite)

-----------

-Summary - EXHIBIT(E )

I value this blue ridge property from pg.37.,(&)note that the appreciation at the possessive/ensure rate covers the cost,at 712 acres(=)$44.661.196.80(mn)...I would deduct the cost(&)re-finance to have the entire estate assessed for development as a corporate retreat for my debt consolidation company,offering incentive packages including trips(&)timeshares to a resort addition including a family mini-golf course,bathouses(&)conventian area.

At the performance bond value,the assets refinancing would bring a 712 acre(=)$267.967.880.80(mn),so the residential development may need to be divested(&)other company assets used to offset yearly costs...I do like(&)want the asset if the Court allows.

Signed *[signature]*
Jeffery W.Paul(3/6/17)

Inrem:Acquisitions/REAL ESTATE

See:GLOSSY EXCERPTS/ATTACHED PAGES-

Summary- EXHIBIT(F)

The Petitioner applies the applied "Pennystock Rate"to these assets at The Performance Bond rate,to recover mortgage redemption at the rate,ensured to cover not only costs of purchase,but costs of modifications...

There are 5/Assets which I want evaluated for Conversion,in Parcels subdivided for ORCHARDS,of select fruit trees,for propagation,in a greenmail plan for MASSEY-PAUL®,to acquire more land (&)provide our own trees to a production company...

The Good Faith incorporation,justifies the appreciation(&)redemption option so I retain the deeds on all of the assets,(&)still get the prime ensured rates...

I want to develop(&)then donate for able bodied orphanages,several locations,after careful review,but probably up to 150 acres somewhere with water views(&)access to modified/conserved Luxury facilities,(&) Fishtail,MT.,(&)Los Olivos,CA.,the prospect for developing a living quarters,for under 10$(mn),is real viable,because there is a HOTEL construction company,that will build,startup-units for DAYS INN,(&) HAMPTON INN,fromSTART-UP QUOTE-$198.860(ths)-$7.3(mn)...I believe if I present my proposal for LIVING QUARTERS with Kitchenettes,for a charitable orphanage,they could build the units quickly...obviously the asset in SANTA CRUZ,CA.is a resort with mutiple structures already on it...all of which I want,because its in TALL REDWOODS which are desirable,(&)rare for private developments...

Please order the AGENTS/Lawyers to process the exchange,with the rate I offer,(&)redeem by rights,(&)note that I am retaining the deeds(&)futures from the exchange(&)development thereof...including all structures existing(&)to be developed...

See:ATTACHED PAGES/GLOSSY EXCERPTS-

Inrem:Acquisitions/REAL ESTATE -
(1.)"The River Road Estate,Louisville,KY.(158 Acres)
ask Price:$20.000.000(mn)-

value at Performance Bond Rate-Pg.37.(=)$376.358.40(ths)(Per Acre)

(=)$59.464.627.20(mn)-

(2.)"The Waterfall Lodge(&)The Spring Lodge"/Santa Cruz,CA.(114 Acres)
ask Price:$12.000.000(mn)
VALUE at Rate/Above(=)$42.904.857.60(mn)-

(3.)"Fishtail,West Rosebud Creek Ranch"South Central,MT.(196 Acres)
VALUE at Rate/Above(=)$73.766.246.40(mn)-ask Price:$1.180.000(mn)

(4.)"Majestic Waterfront"Eastern Shores,VA.(130 Acres)
VALUE at Rate/Above(=)$48.926.592(mn)- ask Price:$13.995.000(mn)

(5.)"MJ/RANCH"Los Olivos,CA.(249 Acres)
VALUE at Rate/Above(=)$93.713.241.60(mn)-
ask Price:$25.000.000(mn)

----------------

Total Ask Price for all 5/Assets(=)$72.175.000(mn)Before Tax-
Total Appreciation before cost(=)$246.600.564.80(mn)
After Tax/40%(Proxy)(=)$147.960.338.88(mn)
After Cost Remainder(=)$75.785.338.88(mn)(PROXY)

Divided by 5/(=)$15.157.067.77(mn)(before Further dividends)(Per Asset)
for further development-

Respectfully Submitted,

signed ______________________
Jeffery W.Paul 10517042



# The River Road Estate

LOUISVILLE, KENTUCKY



## LOUISVILLE, KENTUCKY



Tucked away next to Little Goose Creek, one of the Ohio River's quiet tributaries, sits one of Kentucky's greatest mansions on a 158 acre estate.

Just eight miles away from downtown Louisville and Churchill Downs, this equestrian property is both the perfect place to call home and to host your Derby party, with ample space for two and four-legged guests. The River Road Estate offers four houses on the property and a claim to America's architectural history.

The entire estate was designed by the Olmstead Brothers, Frederick and John, whose father is known for designing and developing New York City's Central Park. The main home is a 14,000 square foot mansion built in 1905 that has been restored to perfection. Chandeliers adorn nearly every room within, while wooden floors and large, bright windows maintain an airy and comfortable feel. The main foyer features a marble floor with paneled walls and ceilings, eliciting a classic beauty rarely found in recently built homes.

Another 20,000 square feet has been dedicated to the historic barn. An apartment for a caretaker accompanies 24 stalls, with a large outdoor riding arena for equestrian use directly adjacent. In addition to the barn and main mansion, there's also a 3,500 square foot carriage house and two 900 square foot homes, as well as an indoor pool for year-round enjoyment.

Yet one of the estate's most notable features is the driveway. Nearly a mile long and set behind a secure gate, it meanders through the grounds' mature trees and beautiful vistas, over creeks and around a few hills before arriving at the heart and main home. A beautiful Sunday drive through the countryside of Kentucky won't even require leaving the grounds.

An opportunity to live and own and part of American History for only $20,000,000. with excellent potential for development.





**J. FERNANDO DAVILA**
First Realty Group, Principal Broker
Louisville, KY 40207
502.426.9292
**realty@jfd.net**

**MARILYN HOFFMAN**
Hoffman International Properties
*Corporate Headquarters:*
Dallas, TX 214.698.1736
Lexington, KY 859.523.2812
Greenwich, CT 203.325.1281
Atlanta, GA 404.414.0620
*International:*
Monte Carlo, Monaco 800-93498
Saudi Arabia 966.8111.04.4807
London, UK 44.203.05.14025
**marilynhoffman@sbcglobal.net**
**www.RiverRoadEstate.com**
**www.MarilynHoffmanRealtor.com**











# SANTA CRUZ MOUNTAIN RETREAT

Rare opportunity with this well established 114 acre secluded retreat center located in the heart of the Santa Cruz Mountains. Remarkable property ideally suited for a Corporate Retreat, very private and stunning. The centerpiece, Waterfall Lodge provides a large gathering place with an ambiance created from rustic post and beam construction, high ceilings and recycled barn timber. Majestic Redwoods soar, madrones bend and oaks thrive, bathed in an abundance of sunlight. Huge kitchen area ready to tend to any event, 3 beds and 2 baths. The grounds are tastefully decked with over 7,000 sf of travertine pavers, rock walls, fire pit, paver entry and driveway with ample parking on site. Nearby, 9 cabins are nestled in the woods next to a amazing year round waterfall and a flat sun drenched meadow. Spring Lodge is close by, perfect for an intimate groups, or as a caretaker's home. To the west, a sacred area is set amongst a Cathedral of Redwoods, perfect for outdoor events. Here you will find an additional 13 cabins, bringing the total lodging capacity up to 75-80 per night. There are miles of hiking trails on site and many more with our neighboring Fall Creek State Park. Access is easy, 5 minutes to downtown Ben Lomond and under an hour to San Jose. This mature well established retreat center is ready for you today, take advantage of this once in a lifetime opportunity and see this Magical setting for yourself! **List Price $12,000,000 USD**




DANIEL ALVAREZ
Broker Associate
831.818.4181
CalBRE 01237892
danny@santacruzforsale.com
santacruzforsale.com


DAVID LYNG PRESIDENT'S CLUB ELITE

LUXURY REAL ESTATE

DAVID LYNG REAL ESTATE

## JUPITER ISLAND, FLORIDA

For those that value privacy, this is a true jewel! Located on the exclusive Jupiter Island and surrounded by the pristine Atlantic ocean and intracoastal waterways. Enjoy panoramic coastline views from this 5 bedroom, 6.5 baths, air conditioned 3-car garage open floor plan with fireplace, marble and wood floors, a true chefs kitchen, wine coolers, wet bar, oversized 10-seat media room and game room. $5,950,000.

Golden Bear Realty
Lauren Stango | 561.707.0693
laurenstango@gmail.com









## ANNA MARIA ISLAND, FLORIDA

With an uncommon 350 feet of beachfront and over two acres, this stunning home is unquestionably the best value on Anna Maria Island. A testament to the beauty of island living, this private coastal escape features breathtaking sunsets and panoramic views across the Gulf of Mexico. Its coveted Anglo-Caribbean luxury design offers finishes of the finest caliber throughout and takes full advantage of the surrounding seascape.

Michael Saunders & Company | $3,800,000
Debbie Vogler | 941-705-3328
debbievogler@michaelsaunders.com
debbievogler.michaelsaunders.com

Linda Dickson | 941-224-1337
lindajdickson@michaelsaunders.com
lindajdickson.michaelsaunders.com

## FISHTAIL, MONTANA

196 Acre diversified ranch in the Rocky Mountain foothills of South Central Montana. Popular for fly fishing, West Rosebud Creek runs through the property with a quarter mile of frontage on each side. Both sides accessed via a newly installed iron bridge. Working recreational ranch with irrigated hay fields, ranch house, functional outbuildings, lush pastures, and riverfront building sites with mountain views! www.WestRosebud.com

West Rosebud Ranch | REDUCED $100k $1,180,000
COLBERT Real Estate | 406-328-4000
www.findYOUinMONTANA.com









## GARRISON, NEW YORK

Gorgeous views, perfect location, spectacular home. This modern masterpiece boasts breathtaking mountain and Hudson River vistas. Enjoy the privacy of this impeccably landscaped property, all within an easily accessible location. Formal dining room, with slider doors to the deck, is open to the gourmet kitchen with double ovens. Walls of windows, soaring 16 ft ceilings, indoor golf range with dual cameras, full gym, sauna, free-form pool and hot tub add to the luxurious lifestyle

101 Cloudbank Road | $1,499,000
Robert A. McCaffrey | 845-265-4113
www.mccaffreyrealty.com

BERKSHIRE HATHAWAY HomeServices



**Eastern Shore, Virginia | $13,995,000**

Majestic Waterfront estate on a 130 acre stunning Peninsula with 2.5 miles of private beach. Luxurious 17,000 square foot, 8 bedroom mansion, 6,000 square feet, 6 bedroom restore farmhouse, 16 stall barn, 20,000 square foot indoor riding arena, hunting lodge, swimming pool, 3 ponds and 3 boat docks.

Susan Pender | Berkshire Hathaway HomeServices Towne Realty
Direct: (757) 286-3832 | stpsusan@aol.com | susanpender.com



**Lakes Region, Center Harbor, New Hampshire | $2,499,000**

Hilltop Estate on 12.5 acres: Incredible panoramic mountain and lake views well beyond the Lakes Region. Attention to detail is extraordinary throughout. Radiant floor heating, Brazilian Walnut solid floors, Quartz kitchen countertops, high end stainless appliances, indoor Bar-B-Que grilling center gym, theater, substantial heated workshop/barn. Five minutes from docks and shops in Meredith on Lake Winnipesaukee. Property Tour: http://www.planomatic.com/64539
James W. Mardis | Berkshire Hathaway Verani Realty | Direct 603.340.1796
603.253.7766 Ext. 117 | James.Mardis@Verani.com | LakesRegionRealEstate.com



**Haddonfield, New Jersey**

Luxurious 4 bedroom, 5 1/2 bath home in Tavistock Hills. custom construction, with 10 foot ceilings, crown moldings and architectural millwork. Magnificent features: all Custom Dream Kitchen, elegant owner's suite with two bathrooms, hardwood floors, two marble fireplaces, wet bar, two-story glass solarium, walk-in closets and built-in storage. Three car garage, enormous walkout basement and newer air conditioning. Beautifully landscaped and great location near Tavistock Country Club, parks and center of Haddonfield. Call for pricing.
Kathryn B. Supko | BHHS Fox & Roach | C: 609.504.4579 | O: 856.234.0011
Kathryn.supko@foxroach.com



**Austin, Texas**

Gorgeous custom built home on large private greenbelt lot. Gourmet kitchen with 6 burner cooktop, double oven and wine refrigerator. 3,700 square feet of living space. High end finishes throughout including plantation shutters, hand scrapped wood flooring, library/study epoxy flooring in the garage. Walk to private Lake Austin waterfront park with playground, day dock and party pavilion. www.7009Greenshores.com.

Kent Redding | Berkshire Hathaway HomeServices Texas Realty
512.797.5737 | Kent@CallKent.com | Twitter: @HomesInAustin

©2016 An independently owned and operated franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of HomeServices of America, Inc.® Equal Housing Opportunity.

# DISTINCTIVE PROPERTIES















MONTECITO

SANTA BARBARA

CARPINTERIA









# SUZANNE PERKINS

805.895.2138

www.suzanneperkins.com

suzanne@suzanneperkins.com

Sotheby's
INTERNATIONAL REALTY

WDC SD/IN This Side! TWO



# Learn to trade options. Power suit optional.

Options trading can be complicated. So we designed Trade Finder to simplify the process of learning and trying different strategies.

It helps you find the strategies you're looking for, on the securities you choose. It shows you exactly how much money you could lose or gain. It can tell you the probability of your trade being successful. And it has integrated educational tools, which can walk you through the steps and teach you about different types of trades.

Looks like the complex world of options trading just got a whole lot simpler.

**Open and fund an account and trade commission-free for 60 days. Contract, exercise and assignment fees still apply.**

TD Ameritrade®

Visit **tdameritrade.com/tradefinder** for details.

**Options trading is subject to significant risk and is not suitable for all investors.** Options trading privileges subject to TD Ameritrade review and approval. Before trading options, carefully read Characteristics and Risks of Standardized Options. Contact TD Ameritrade at 800-669-3900 for a copy.

Probability of success analysis results are theoretical in nature, not guaranteed, and do not reflect any degree of certainty of an event occurring. Trade Finder does not predict or project performance of the underlying security. TD Ameritrade does not make recommendations or determine the suitability of any security, strategy or course of action for you through your use of Trade Finder.

See tdameritrade.com/600offer for offer details/restrictions/conditions and information on account fees/expenses. This is not an offer or solicitation in any jurisdiction where we are not authorized to do business. TD Ameritrade, Inc., member FINRA/SIPC. © 2017 TD Ameritrade.

ONE



# BOLD TYPES

Apple's typing accessory doesn't cut it. Promote your iPad Pro with a real keyboard. —DAVID PIERCE



**Razer Mechanical Keyboard Case**

BEST FOR:
**Nostalgic futurists**

The six rows of back-lit keys in Razer's luxe black case rest on mechanical switches, making typing on your tablet like using a 21st-century typewriter. Designed for the big 12.9-inch iPad Pro, the case's keys offer roomy QWERTY-ing, and a kickstand keeps the screen angled just so. Turn off the backlight and the battery lasts weeks.

**$170**

**Logitech Create**

BEST FOR:
**Entrepreneur in residence at the local Starbucks**

With Logitech's case hosting your iPad Pro, your office is anywhere there's a flat surface. The Create engages via the tablet's Smart Connector, so there's no futzing with Bluetooth or charging the battery. Even on the smaller 9.7-inch model, the back-lit keys are spaced well enough for your fingers to fly freely. Doodlers can use the slot inside the hinge to store a Pencil.

**$130 (9.7-inch)**
**$150 (12.9-inch)**

(2.)

none of the big Computer Companies Respond to "fruition", & I am worried because I do not have a Patent no.# at the USPTO -

Please note, my objective for "QuikKey" Components ©, is to develop a Standard model, featuring the most frequently occurring Conjunctive words as a pre-programmed Top-Row option - & at least Two pads that would feature programmable/Save key options for Accounting & Jargon/outlines - the buttons would have backlit displays in the keys & would be accessory options!

I believe the Company, with 3d printing, Could offer Custom keyboard options that may be limited by only the imagination... for example, Someone Could order the entire "EMOTICON" Vocabulary in any order on the keyboard, & that would be produced within 7 days & sent as requested, or picked up at a App-Store! See (pg. 1/one) there is a Market for keyboards & my idea Saves time & expands options.

USDC/Southern District IN.

(3.)

Please see; Ameritrade® is offering integrated educational tools compatible with the current keyboards, & I still don't have a site or product or gaurantee my Intellectual-property is protected. (pg. Two/2)

This is a request to consider comparison options & offers I am not being allowed to compete with.

Sincerely,

Jeffery W. Paul 10517092

3/13/2017

Jeffery W. Paul

(PG.1 of 2.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| SUPERINTENDENT, Respondent. | ) | |

## Entry Concerning Selected Matters

### I.

The motion for extension of time to file an amended petition for writ of habeas corpus [dkt 90] is **granted.** The amended petition for writ of habeas corpus shall be filed **not later than August 18, 2016.**

### II.

The request for a hearing in the petitioner's pro se filing of March 4, 2016 [dkt 79] is **denied for the present.** All appropriate proceedings, however, will be conducted.

### III.

The petitioner's *pro se* request to file an amicus brief [dkt 80] is **denied for the present.**

### IV.

The petitioner's *pro se* letter filed on June 9, 2016 makes reference to a mandamus petition in the Seventh Circuit Court of Appeals docketed as No. 16-2220 and also makes reference to a filing in the Eighth Circuit Court of Appeals. As to the former, it was denied on May 26, 2016. As to the latter, there is a motion pursuant to 28 U.S.C. § 2255(h) pending in the Eighth Circuit Court of Appeals, docketed as No. 16-2330, but the petitioner's counsel in that action will be the best source of information. The observation just made is equally applicable to the motion filed by the petitioner *pro se* on June 23, 2016 and these motions [dkts 89 and 91] are **denied** insofar as through them relief is sought in this case.

V.

The petitioner's *pro se* motion seeking an order prohibiting any further modification of the briefing schedule in this case [dkt 94] is **denied.** Each such motion, if filed, will be considered and ruled on individually.

VI.

Counsel for the petitioner are requested to supply the petitioner with a copy of this Entry.

IT IS SO ORDERED.

Date: 7/22/16

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel