In the USDC/SOUTHERN DISTRICT/IN.

Inrem:Paul V.SUPERINTENDENT(WTL/MJD)

Cite No#2:13 cv 304(Pro Se/AMICUS)

FILED
MAR 20 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

-MOTION TO ATTACH DOCUMENTS TO COUNSELED PETITION -

(41 PAGES )-EXHIBITS in Support of Text of Motion(&)Summary-

EXHIBIT(A)-
EXHIBIT(B)-
EXHIBIT(C)- (one section of MIXED MEDIA/excerpts(&)-
Copies of Documents to support claims)
EXHIBIT(D)-
EXHIBIT(E)-

EXHIBIT(F)-(7/Pages GLOSSY/EXCERPTS Attached)-

Respectfully Submitted,

Signed ____________

Jeffery W.Paul Rg.10517042
USP Terre Haute,IN.
P.O.Box 33/Terre Haute,IN.
47808