In Re: Paul v. Superintendent 2:13 cv 304
T.28 USC §2241 (WTL-MJD)

Jeffery Paul
Rg. 08170-02
USP Terre Haute, IN.
POB 33/ Terre Haute, IN.
47808

Dear Judge Lawrence (&) Dinsmore;

It is currently; 3/12/2017 (&) I am going to request a notary to ensure the package I am sending certified, is properly sent.

FILED
MAR 20 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

You know I am in my 20th Year of Captivity (&) that I lost several family members, including my financial support, (&) it took awhile for my parents to get to a position where they could assist w/my needs... Ive lost alot of property (& have been estranged from my wife, its irreconcilable (&) I have no children.

The merits of my case should not have been moot, on-direct, (&) Ive repeatedly tried to raise them Pro Se, because I am innocent, in duress (&) believe the claims should be compelling in a literal sense for a Court, Sworn to uphold the laws!

To date, I have reason to believe the case has been obstructed, so I am asking You to expedite (&) prioritize the resolution, with liberal-Jurisprudence; accordingly.

Sincerely,

* Jeffery W. Paul