USDC / SOUTHERN DISTRICT IND. [illegible]

(Pg. 1)

Jeffery W. Paul
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

IN Rem; Paul v. Superintendent,
NO# 2:13 cv. 304 (WTL/MJD)

- Legal letter - attached pg. 1 & 2 -
Excerpt from Magazine (Glossy Pgs) labeled
one & Two at Top -

Dear Sirs; Judge Lawrence / Dinsmore;

Please review my entry for a Computer Company titled -

"Quikkey (Specialty keyboards & other - Components)" (T)

Although some of my inventions are likely obsolete; My proposals for specialty keyboards that have standard options to facilitate compositions including every day English writing, as well as business applications, are still viable & I've written IBM a couple times & still can't get past the Business Proposal section at their website because nobody I know understands the instructions ... I asked $350.000.000 (mil) for 66% - upfront.

See: http://www.ibm.com/contact/submissions -