FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 MAR 28 PM 2:52
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(Pro Se)
Case No#2:13 cv 304(MJD/WTL)(HABEAS CORPUS)
UNCOUNSELED CORRESPONDENCE-

------------

-MOTION TO ATTACH DOCUMENTS TO RELIEF SECTION OF PETITION FOR WRIT-

------------

Comes now the Petitioner Pro Se,does submit this motion,in the above-styled matter pursuant to documents for consideration,in request for relief section of The PETITION FOR WRIT Counsel filed on 10/18/2016-Per, Your Order,(&)FRCP-7(a),8(e),or any other applicable authority-

SUMMARY-

The Petitioner asserts that on 3/22/2017-the media reported that the SEARS Roebuck Corporation® was attempting to restructure,so they are having similar performance problems that JC Penneys®was having in 2010-13, (&),again...the Petitioner does have a cause to join the SEARS Co®,or its parent company about the same structured BUSINESS OFFICE Lien,I have previously attempted to initiate through,Integrated"Systemsone"/IS1® -

My lien would create an estimated budget,of several million dollars a year to pay the costs of compliance obligations in contracts,attached to the type of Performance invoices I author in attached Articles of Incorporation,for-SEARS(IS1)®,see:Pgs. 1 ,attached...

Respecfully Submitted,

Signed [signature]

Jeffery William Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

Attached Pg.1.

ARTICLES OF INCORPORATION- for a Retail Stock Management Incorporated Buisiness Office Lien-Titled:SEARS Roebuck/(IS1)® -

This Article would assess SEARS Roebuck Corporation®,for a restructuring which would focus on maintaining the value of the stock its selling by networking its own franchises,for internal management expertise, determined by effectiveness...(&)coordination of real consumer responses.

The lien would prepare employees for processing a variety of stock,that may require some repackaging,as they rotate the stock from franchise to franchise,based upon the demand for the products...a system designed to ensure the margin cuts from aging/seasonal goods,still covers costs(&)a handling fee,for undamaged goods...

This offer requires an invoice against a ration,from the Conditional Forward-Contract,at a rate respecting the nominal account file,which does not allow for the ZERO COUPON ABATEMENT...
At 1000(Accounts)The Conditional Forward Contract results in a ratio of,1.001.001.000(bn)Survey Differentials...(at-PENNYSTOCK RATE)(=) $10.010.001(mn)(Per Contract)-for,a $6.506.500.65(mn)Before Dividend budget,after tax-at 35%Fed Corp TAX-,(=)$2.168.833.55(mn)PER SHARE-Representing 1/BUSINESS MANAGEMENT,1/TECHNICAL SERVICE(&)1/INTELLECTUAL PROPERTY Share...thats a survey with NO ABATEMENT,requiring a multiplication at the invoice,instead of a divisible invoice...

The Petitioner retains rights to futures,including further underwriting to offset the cost of managing the asset,in a mutually beneficial partnership to increase the revenue of the company,(&)industry with employees who develop skill,(&)require stability which can be offered in a larger corporate umbrella.

Respectfully Submitted,

Signed *Jeffery W. Paul*

Done this Day-
3/22/2017

Jeffery W.Paul 10517042
USP Terre Haute,In.
P.O.Box 33
Terre Haute,IN.

USDC/Southern District of IN.

Jeffery W.Paul Petitioner(Pro Se)

Vs.

Superintendent Respondant

Case No#2:13 cv 304(WTL/MJD)
T.28 USC "HABEAS CORPUS" §2241
CAPITAL CASE-Uncounseled Correspondence-

--------------

Title of Motion-

- MOTION TO ATTACH DOCUMENTS TO RELIEF SECTION OF PETITION FOR WRIT-

---------------

Respectfully Submitted,

Signed Jeffery W. Paul

Jeffery W.Paul 10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

-Certificate of Service-

The Sender does swear under penalty of perjury,a true(&)correct document was placed in the institutional mail,USP Terre Haute,IN.for The JUDGES W.T.LAWRENCE(&)M.J.DINSMORE-on this day(3/22/2017)