Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.BOX 33
Terre Haute,IN.
47808-0033

INDIANAPOLIS IN 460
23 MAR 2017 PM 6 L

PURPLE HEART 2014 FOREVER USA

Inrem:PAUL V.SUPERINTENDENT
Case No#2:13 cv 304(WTL/MJD)-
C/O The Clerk of The Court
921 OHIO STREET,Room 104
Terre Haute,IN.
47801

Legal Mail-

RECEIVED

MAR 27 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES MARSHAL
SCREENED BY

47807$3738 C047