USDC/Southern District/IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 APR -3 PM 4:27
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent-
No#2:13 cv 304(WTL/MJD)-T.28 Ch.153-
§2241-"HABEAS CORPUS"-CAPITAL CASE-

-LEGAL LETTER-(attached Pgs.1-4.)Supporrt-

Dear Judges Lawrence(&)Dinsmore,

Please be aware that I am currently in my 20th year of captivity (&)its byway of a unduly returned Guilty Verdict which was explained to you previously,(&)inexplicably failed to compell the Govt to process my claims as a Priority...Pg.4.

I am trying to secure a concurrent petition under Ch.227-T.18-USC,(&)am being discriminated against...The BOP knows I am in custody in violation of my 1st,5th,6th,7th,8th,13th(&)14th amendments,(&) yet still choose to relegate(&)disregard my process,as PRIORITY OF CIVIL ACTION,to prevent what any reasonable person would know is a fundamental Miscarriage of Justice...

Please note,I have REPEATEDLY Attempted to exhaust the Administrative remedy procedure,which is protected as an agency action,(&) subordinate to DUE PROCESS Clause,with no result or effect,(&)my attorneys cannot Move the Court without permission from the Court or a ruling thereof...obviously my pleas have little effect...

I need you to consider Ive tried everything I can,to the best of my ability,with the equipment at hand,both to access my rights,See.Pg. 1.,2.(&)to preempt attacks against me by opportunists,to no effect... leaving me on DEATH ROW ,see:Pg.3.,under a PLAINLY ILLEGAL Sentence, despite the fact that persons with fewer issues of Law,(&)lesser evidence to the contrary,got a remand,sometimes for HEINOUS crimes against children,involving multiple victims...but were allowed to present an effective claim to an impartial Judge(&)have been forth-rightly released with restitution...

Continued...

In Closing,I am asking you to release me(&)order a independent Health examiner to review my complaints about the obstruction,which I believe caused YEARS of unnecessary PAIN(&)SUFFERING(&)Mental discombobulation,to effectively undermine my sanity,(&)demonstrate the ability of a compartmental AGENCY ACTION to proceed against a innocent civilian,including tactics which constitute conspracy against Civil Rights,with compound crimes including Torture,elements of which deliberately estranged me from my wife,resulting in irreconcilable sexual misconduct,leaving me with no children...

The Africans working for the BOP/are usually compromised by being immediately related to active gang members,or entangled with 3rdWorld Oligarcchs whove received a trillion dollars of Military Equipment in the past 2 Decades,the White/Hispanic employees relegate(&)delegate (&)procrastinate to a fault...I am directly related to a GERMAN/POLE who was a Field Marshal for the pre-post Reich Eoru/Theater(&)hes one that supposedly got asylum in The USA after trying to Kill Hitler,as penalty for betraying the non aggression pact!

Again,although you may not have heard of me,my reputation is from a successful effort to to frame me for murder...which I did try to raise.

Please consider this reasonable request,with respect to the fact that I am in danger(&)have repeatedly asked for Help,(&)still have not been given the priority a deranged hoodlum woulve received....(&)Im being Robbed(&)deliberately Obstructed!

Sincerely, [signature]

Jeffery W.Paul 10517042
USP Terre Haute,IN.
47808

3/28/2017