(Pg. 1)

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Legal
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/22/2017 02:07:02 PM

Mr. Paul,
Your attorneys are the only ones who can update you on the status of any appeals for reduction in sentence.
~K. Siereveld

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 3/21/2017 3:06 PM >>>
To: SENTENCE COMPUTATION COORDINTOR
Inmate Work Assignment: NA

Dear Sirs,
Will you please check on the request I sent relevant-A&O/Compassionate release-Reduction in Sentence-PG.40-41.,18 USC Ch.227-Sec.3582-(c)Modification of an Imposed sentence-(1)(A)Upon Motion of The Director of The Bureau of Prisons-(i) given...EXTRAORDINARY(&)COMPELLING REASONS...see:TEXT...petition the Court IN ANY CASE ,in concurrence or alone,to release a prisoner,or reduce an illegal sentence...

Please review that Ive attempted to submit grievance to access this privilege(&)expedite my PROCESS in USDC/Southern District of INDIANA-PAUL V.SUPERINTENDENT Case No#2:13 Cv 304-(WTL/MJD)(HABEAS CORPUS)-...(&)still get no response from regional,so cant exhaust the issue,Im not sure what the problem is,but I proved my Conviction was returned as part of a attempt of TRIAL Counsel to comply with terms of a PLEA BARGAIN,which I refused...violation of my right to support my PLEA(&)Present a DEFENSE...since 2005 The Govt.has been aware that I have nonfrivolous evidence of my innocence,byway of EYEWITNESS Testimony,previously suppressed,which has been authenticated(&)is consistent with the forensics of the case...which also exhonerated me...

With regard to the above,the fact that I am being told this is true,that the evidence proving Im innocent is available(&)part of an appeal pending in that Court...should constitute compelling cause of action to prove my captivity is a violation of my 13th amendment,b/c its illegally imposed...so the BOP/DOJ should issue a concurrence to my Lawyers brief,which was only 65pgs long..(&)heavily redacted...to avoid further delay...considering the case was obstructed(&)has been obstructed since,byway of nonfeasances,(&)attempts from other partys to join the case,including PRISONERS which The BOP failed to stop...contacting the court(&)letting the Judge know you support my release could resolve an ongoing injustice(&)redress the previous failure of the Bureau,relevant to the relentless stalking I endured since coming to Indiana...

THANK YOU,Jeffery W.Paul

Resolution
Call (3/23/2017 w/ Atty. P. Williams Sched. Visit/Call ✓ Re: 2:13 cv 304 Paul v. Super | LAWRENCE (&) DINSMORE USDC/SD INDY

(Pg. 2)

**From:** ^!"PAUL, ^!JEFFERY WILLIAM" <10517042@inmatemessage.com>
**To:**
**Date:** 3/22/2017 4:38 PM
**Subject:** ***Request to Staff*** PAUL, JEFFERY, Reg# 10517042, THP-X-A

To: NA
Inmate Work Assignment: NA

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
765c6823-c198-4a83-a11e-f645197aa32d
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Counselor Sutton,
Will You Please check the following info to see if the text is The SAME as the text I have-from T.18 USC-Ch.227-SENTENCES-sec.3582(c),(1)(A)-(i)...which is the Law that allows prisoners to obtain a Concurrent MOTION from The BUREAU OF PRISONS Director-if they can present EXTRAORDINARY(&)COMPELLING REASONS they were wrongfully sentenced...
I remember your warning of redundancy...but you can see that I DID file for a concurrent statement pursuant to sentence computation,(&)show AUTHENTICATED evidence of my ACTUAL INNOCENCE,as well as violations of my CONSTITUTIONAL Rights which are uniformly considered fatal/structural error...but the Regional sent a receipt,but no response,(&)its been 5 months since Counsel filed,(&)ALL PARTIES have known since 1997/2005 respectively,of the nature of my claims...
The breach in communications(&)reschedulings(&)exemptions,relegations...irony etc...are ruining my health(&)available restitution...so please-check the language of the statute,which is also in A&O Pg.40-41-as an option,which Im allowed to effectively pursue,but obviously cannot...a concurrence would supposedly expedite the resolution of this case!
Please review,my Lawyers already filed what theyre going to file,so theres no use in badgering them...the BOP/DOJ have multiple laws(&)program to process this type of claim,(&)a fully resolved MOTION may not be necessary from a DIRECTOR,a Concurrence on The PETITION FOR WRIT would suffice,its official notice...Please get with me on this...

3/23/2017
→ attached is copy of your sentence computation and you have a legal call scheduled this morning with your legal counsel to discuss your legal matters further at 11am. Welcome.

(Pg. 3)

THP30 540*23 * SENTENCE MONITORING * 03-23-2017
PAGE 001 * COMPUTATION DATA * 06:25:08
AS OF 03-23-2017

REGNO..: 10517-042 NAME: PAUL, JEFFERY WILLIAM

FBI NO...........: 220926WA9 DATE OF BIRTH: 09-02-1976 AGE: 40
ARS1.............: THP/A-DES
UNIT.............: SCU QUARTERS.....: X03-316L
DETAINERS........: NO NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: DEATH SENT

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: ARKANSAS, WESTERN DISTRICT
DOCKET NUMBER...................: 96-60022-001
JUDGE...........................: HENDREN
DATE SENTENCED/PROBATION IMPOSED: 06-25-1997
DATE COMMITTED..................: 07-01-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $200.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....: 721
OFF/CHG: T18:1111(A) & 2; KILL IN THE PERPETRATION OF A ROBBERY, AIDING AND ABETTING (COUNT 1). T18:924(C)(1),924(I)(1) & 2; KNOWINGLY CARRY AND USE A FIREARM, DEATH OF A PERSON THROUGH THE USE OF A FIREARM & AIDING AND ABETTING (COUNT 2)

SENTENCE PROCEDURE.............: 3559 VCCLEA VIOLENT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: DEATH
DATE OF OFFENSE................: 06-22-1995

(PX4)



REGNO..: 10517-042 NAME: PAUL, JEFFERY WILLIAM

-------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 08-10-2010 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-10-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 06-25-1997
TOTAL TERM IN EFFECT............: DEATH
TOTAL TERM IN EFFECT CONVERTED..: DEATH
EARLIEST DATE OF OFFENSE........: 06-22-1995

| | | |
|---|---|---|
| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
| | 08-22-1996 | 06-24-1997 |

TOTAL PRIOR CREDIT TIME.........: 307
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
EXPIRATION FULL TERM DATE.......: DEATH
TIME SERVED.....................: 20 YEARS 7 MONTHS

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: DEATH SENT