Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
29 MAR 2017 PM 6 L

RECEIVED
MAR 31 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

C/O The Clerk of The Court
Inrem:Paul V.Superintendent
No#2:13 cv 304(WTL/MJD)
USDC/Southern District/IN.
921 OHIO St./Room 104
Terre Haute,IN.
47801

PACKAGE SCREENED BY
UNITED STATES MARSHAL

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

URGENT!

47807-373829