USDC/Southern District of Indiana

U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
FILED
2017 APR -5 PM 4:31
SOUTHERN DISTRICT
OF INDIANA

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(Pro Se/Counsel Appointed)
T.28 Ch.153 §2241-"HABEAS CORPUS" -

2:13-cv-304-WTL-MJD

------------ TITLE OF MOTION -

MOTION TO ATTACH MORE DOCUMENTS FOR SUPPORT TO RELIEF SECTION OF COUNSELED PETITION FOR WRIT -

------------

-Done This Day-(3/30/2017-

Uncounseled Correspondence-

Respectfully Submitted,

Signed *Jeffery W. Paul*

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.47808

Certificate of Service-

I,Jeffery W.Paul,do swear a true(&)correct copy of the abovestyled motion was placed in the Institutional Mail for The USDC/SD/IN.care of Clerk of The Court on 3/30/2017-

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(Pro Se/Counsel Appointed)
T.28 Ch.153 §2241-"HABEAS CORPUS"-

-Uncounseled Correspondence-

------------

MOTION TO ATTACH MORE DOCUMENTS FOR SUPPORT TO RELIEF SECTION OF COUNSELED PETITION FOR WRIT -

------------

Comes now,The Petitioner Pro-Se does hereby Uncounseled Correspondence Move the Court to attach the Documents enclosed,pursuant to relief of DISPARATE TREATMENT,Cruel(&)Unusual Conditions of Captivity, while awaiting resolution on appeal,in custody,in the abovestyled matter-

Summary-

The Petitioner does include Documents attached as Exhibit relevant to ADR/Administrative Remedy No#862257-A1,(9/7/16)-,(&)ADR/Claim No#TRT-NCR-2016-04122-for $55.10(USD),with request for reprisal... (&)$195(USD),also with request for reprisal of a corrective nature...

The Petitioner claims that staff destroyed $55.10(USD) during cell search(&)refused to provide me with the confiscation form,in violation of policy,claiming that I refused to sign for it which is false (&)happened previously...

The Petitioner claims that while participating in a program which allows Inmates to use SPECIAL PURCHASE ITEMS for Hobbycrafts,my Attorney,(&)family sent me money,to purchase an ART Supply Order which was going to be ordered in a consolidated order,for several INMATES, by a TRUSTED Inmate,who lied to staff(&)kept the money...

The Petitioner claims that not only did the Units Captain have access to ample evidence,video(&)staff testimony,(&)copies of Documents I

Continued...

submitted to support the claim,(ie...receipts,correspondence(&) names of STAFF WITNESSES)...the Unit Team admitted the transaction occurred,but claimed I had no permission to make the transaction,(&) punished me for violating the rules,despite the fact that I proved I had STAFF PERMISSION to make the transaction...see:A&O HANDBOOK Pg. 53.IR/328-"Giving Something of Value Without Permission"-...clearly the ranking Officer C/O SHANNON told me I could retrieve the Order when it arrives,(&)Officer MILLER actually handed the larger part of the $195(USD)Payment,Hisself,through the locked doors tray slot...Ive been harrassed repeatedly for complaining,but that Inmate outright lied repeatedly,refused to give the money back,(&)told the C/O to Fuck Hisself when he asked on my behalf...he previously lost money,blamed it on another prisoner,(&)I got in trouble for that too...

Concisely,despite the fact that The BOP/DOJ has access to ample evid-proving that inmate deceived me,defied staff,(&)accepted the payment he never intended to pay back/process...(&)that when staff confiscate goods purchased from the store,theyre obligated to provide a confiscation slip,(&)reason why the items deemed,non-contraband were seized...(&) they have all the evidence(&)policy that clearly shows the truth in my claims,theyve repeatedly refused to process the most simple claims Ive filed,demonstrating extreme prejudice(&)animosity towards my rights.

For the reasons above,I am asking the Court to discover(&)order the BOP to compensate me on PROPERTY Loss,occurring in a Pattern of behaivor,which,cumulatively amounts to abuse,(&)loss of 1,000(ths)of dollars in one incident or another I'd be happy to relate to Your Honor in person if theres any Questions...please consider any other compensation the Court deems appropriate...I cannot exhaust the process here!

Respecfully Submitted,

Signed [signature]

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN. 47808