**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution ☐ Region ☑ Central

SCU Unit

# Receipt of Administrative Remedy

Inmate Name: Paul, Jeffery Reg. No.: 10517-062

Administrative Remedy No.: 862257-A1

Received on this 29th day of March, 2017.

[signature] / Counselor
Signature/Title of Staff

BAD Faith $0 — Problem Resolution

Inmate Copy

No Confiscation form Provided!

$55.10 loss!

**Administrative Remedy No. 862257-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you claim staff members took and destroyed your personal property. For relief, you request the property returned or compensation for your loss.

The Warden and Regional Director adequately addressed the issues raised in your appeal and we concur with the responses provided. You do not provide any evidence staff members violated established policy and procedures or acted outside the scope of their duties in searching and disposing of contraband found during a search of your locker.

Lastly, regarding your request for compensation, Program Statement 1330.18, Administrative Remedy Program, does not provide such relief. There are statutorily-mandated procedures in place for addressing such a request. Therefore, your request will not be considered in this response.

Accordingly, your appeal is denied.

3/13/17
Date

Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Paul Jeffery W. | 10517042 | SCU | USP Terre Haute Indiana-

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

Destruction of Property,failure to provide a Confiscation slip (&)confiscating property I was allowed to have...$55.10(USD)of Loss,not including costs for appeal...

Staff witnesses are recalcitrant,but previously available,admitted the shakedown occurred,but didnt keep document/slip for records...

see:attached response from Counselor Sutton(&)TORT Claim,pursuant to(31 USC §3723 FTCA)-

9/7/16

DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

SEP 16 2016

Administrative Remedy Section
Federal Bureau of Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 862257

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Attached/9- ARN# 862257-R2

Counselor Sutton:

I need a Small Claims Form (8), Any documents you have left from ARN 862257 R2 - to fill that out again.

Thanx.

J Paul 10517042
314 cell
Clower
9/7/16

Attached

I do not maintain copies of admin. Remedy forms

**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

MAR 23 2017

Jeffery Paul
Register No. 10517-042
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47802

Re: Administrative Claim Number TRT-NCR-2016-04122
Personal Property: $195.00

Dear Mr. Paul:

Your tort claim for personal property loss as referenced above has been reconsidered for administrative settlement pursuant to 31 U.S.C. § 3723.

Review of your claim for personal property loss has been completed. We find no new evidence that would justify alteration of our denial on August 22, 2016. Accordingly, we will not change our original decision in this matter as we have determined the denial to be appropriate under the facts and information available to us.

Sincerely,

Richard M. Winter
Regional Counsel

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution ☒ Region ☐ Central

SCU Unit

# Receipt of Administrative Remedy

Inmate Name: Paul, Jeffery Reg. No.: 10517-042

Administrative Remedy No.: 867157-R2

Received on this 3rd day of October, 2016.

[signature] Counselor
Signature/Title of Staff

RECEIVED
OCT 17 2016
LEGAL
NORTH CENTRAL REGIONAL OFFICE

**Inmate Copy**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 20, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
NORTH CENTRAL REGIONAL OFFICE

TO : JEFFERY WILLIAM PAUL, 10517-042
TERRE HAUTE USP UNT: SCU QTR: X03-314L
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 867157-R2 REGIONAL APPEAL
DATE RECEIVED : SEPTEMBER 20, 2016
SUBJECT 1 : UDC ACTION
SUBJECT 2 :
INCIDENT RPT NO: 2840928

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE WRONG LEVEL. YOU SHOULD HAVE FILED AT THE INSTITUTION, REGIONAL OFFICE, OR CENTRAL OFFICE LEVEL.

The form is from Central office !! ✓
BP 229(13) – North Central!

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Paul ,Jeffery W. | 10517042 | SCU | USP Terre Haute Indiana-

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

Regional denied restitution for Claim No#TRT-NCR-2016-04122-in the amount of $195(USD)-which was stolen from me by another I/M -namely-Chadwick Fulks-Rg#16617 074-,I am seeking restitution,see"T.31 USC §3723-SMALL CLAIMS-

Regional claims the claim is frivolous...so i had to get the EXHIBITS to support my claim,that Staff was erroneous for giving me the IR under 328-because I had authorization to make the transaction(&)I/M Fulks,not me, was at fault b/c he lied to staff,saying he was going to honor his agreement pursuant to a consolidated Art Supply order-to save on postage...accepting payment,then refusing to return the money when his order was rejected...

I had permission from staff to make the transaction for $195 worth of Art supplies,I/M Fulks lied to me(&)staff...not my fault.

9/15/16

DATE

Jeffery W Paul

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
SEP 20 2016
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 867157-R2

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution ☒ Region ☐ Central

SCU Unit

# Receipt of Administrative Remedy

Inmate Name: Paul, Jeffery Reg. No.: 10517-042

Administrative Remedy No.: 867157-R1

Received on this 13th day of September, 2016.

[signature]
Signature/Title of Staff

**Inmate Copy**

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number: 867157-R1**

This is in response to your Regional Administrative Remedy Appeal received on July 22, 2016, regarding the decision of the Unit Discipline Committee (UDC). You were found to have committed the prohibited act of Code #328, Giving Anything of Value to Another Inmate. You appeal this decision stating you passed the items to the other inmate with permission from the officer. You request the incident report be expunged and your money returned.

No money was taken as a result of the discipline action. If you have concerns about money that was taken from you, you may submit a separate appeal starting first at the institution level.

A procedural error was discovered. To ensure compliance with Program Statement 5270.09, Inmate Discipline Program, we are returning the incident report to the institution for reconsideration.

Based on the above information, this response is for information purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

8/18/16
Date

Sara M. Revell, Regional Director

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Paul,Jeffery W. (LAST NAME, FIRST, MIDDLE INITIAL) | 10517042 (REG. NO.) | SCU (UNIT) | USPTerre Haute,IN. (INSTITUTION)

**Part A - REASON FOR APPEAL** -need record expunged(&)money back!NOT FAIR!

On 6/22/2016-I was UDC found guilty of a 328 series IR #2840928-(&)appealed b/c The program statement clearly shows The UDC is wrong... I did,with permission pass IM Chad Fulks $195(More)commissarry,in a number of Laundry Bags/see through-with permission from The Officer who IM Chad Fulks had assured was for an ART SUPPLY order-SPO-purchase he had told me he was making b/c I have a Learning Disability(&) have repeatedly tried to fill the orders,without success...he was in a LITERAL(&)conceptual position to mentor b/c hed successfully filled out the forms before(&)is across the hall from me at the time... The C/O stated previously,that hed make sure I got my part of a consolidated order when it arrives,Chad lied(&)kept my money...The End!

7/18/2016 — DATE

[signature] — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUL 22 2016
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 867157-R1

---

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

Remedy No.: 867157-F2

FCC Terre Haute, IN

**PART B - RESPONSE**

This is in response to your Administrative Remedy receipted June 30, 2016, in which you allege you did not make any unauthorized transaction. As relief, you request the incident report be expunged.

A review of your request reveals a UDC re-hearing was conducted on June 22, 2016, for Incident Report #2840928. The UDC considered your statement and noted you admitted to giving anything of value to another inmate contrary to your initial statement you did not give anything of value to anyone. Further, the UDC also noted the reporting staff member's description of the incident wherein you submitted documents of your correspondence revealing your unauthorized practices which constitute your conduct code violation. The UDC upheld its original decision in finding you guilty of conduct code violation 328 in accordance with Program Statement 5270.09, Inmate Discipline Program.

Therefore, your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101.Your appeal must be received within 20 calendar days of the date of this response.

7-14-16
Date

Charles A. Daniels, Complex Warden

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Paul Jeffery Lu. — 65170-42 — SCU — USP T. Haute
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST**

I did not make an unauthorized transaction ($) accordingly, I want the SCU to expunge the IR; but not object to my small claim for $145 - b/c its unfair to punish me for another I/M's lies.

6/28/2016
DATE

Jeffery Paul Lu.
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
USP Terre Haute
JUN 30 2016
Administrative Remedy Clerk

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** — CASE NUMBER: 867157-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ______

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982