Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808




RECEIVED
APR 04 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Office of The Clerk
SD / IN USDC
921 OHIO St. Room 104
Terre Haute, IN
47808

Legal Mail

Legal Mail

UNITED STATES MARSHAL
PACKAGE SCREENED BY

INMATE
IDENTIFICATION
CONFIRMED