**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, et al, | ) | |
| | ) | |
| Respondents. | ) | |

## ENTRY AND NOTICE

Filings on behalf of the petitioner in this action for habeas corpus relief will continue to be made by and only by his counsel of record. Consistent with the foregoing, the motions submitted directly by the petitioner [dkt 120, 122] are each **denied.**

IT IS SO ORDERED.

Date: 4/10/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Leigh Skipper
leigh_skipper@fd.org

Shawn Nolan
shawn_nolan@fd.org

Peter Konrad Williams
pete_williams@fd.org

Winfield D. Ong
winfield.ong@usdoj.gov

Jeffrey Alan Zick
jeffrey.zick@usdoj.gov