USDC/Southern District of IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 APR 10 PM 5:09
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.Superintendent(WTL/MJD)

Case No#2:13 cv 304(T.28 Ch.153 §2241-"HABEAS CORPUS"

- UNCOUNSELED CORRESPONDENCE -

------------ -TITLE OF MOTION -

MOTION TO ATTACH DOCUMENTS TO RELIEF SECTION OF COUNSELED PETITION FOR WRIT OF "HABEAS CORPUS",Filed 10/18/2016-

--------------

Done this day-(4/2/17)

Respectfully Submitted,

Signed ______

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

Certificate of Service-

I,Jeffery Paul,do swear a true(&)correct copy/draft of the abovestyled Motion was placed in the Institutional Mail for The USDC/Southern District of IN.,for Judges Lawrence(&)Dinsmore-(4/4/2017)

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(T.28 Ch.153 §2241-"HABEAS CORPUS"-

-Uncounseled Correspondence-

------------

MOTION TO ATTACH DOCUMENTS TO RELIEF SECTION OF COUNSELED PETITION FOR WRIT OF "HABEAS CORPUS",Filed 10/18/2016-

------------

Comes now the petitioner Pro Se,does move the Court to attach the documents,including summary of specifics for ARTICLES OF INCORPORATION for process as relief,in the abovestyled action-pursuant to Rule 7(a),(&)8(e)FRCP-or any other pertinent rules of Plea-

SUMMARY-

The Petitioner claims that the BOP/DOJ refuses to allow the petitioner to use adequate resources to process my rights,not explcitly involved with my CAPITAL APPEALS,but entangled nonetheless by conditions of captivity,which is the result of the false conviction...

The Petitioner requests the Court review the attached Articles of Incorporation,for:International Vending Management,INC.® -which is a company based in INDIANAPOLIS,I saw featured on Indiana Business with host GARY DICK-that show is on 4/1/17-(&)featured the Company(&)its CEO-a MR. Mike Pitts-discussing growth since the 1991 launch of that corporation.

The Petitioner resolves a proposal for a Partner Lien(&)Futures synopsis which is dependent upon the Courts order for an invoice of Performance Contracts,(&)a Network of datasets...

Respecfully Submitted,

signed____________________

Inre:Intellectual Property

Title:"IVM/IS1/Integrated Systemsone"® -

-Article of Incorporation-

This Article approves the acquisition of 1,000(ths)parcels of Land with/without facilities appropriate for the placement of a location which will service warranty contracts for vending machines...the Articles allow for an initial account file to be resolved as a CONDITIONAL FORWARD CONTRACT,(&)a DATASET SURVEY,both of which are to be invoiced to create a Budget to cover costs of the acquisitions,see:Pg.1.of EXHIBITS.

The futures contract will delineate options to respectively resolve the value of the TRUCKING/TRAILER Unit Directory,(&)VENDING UNITS separately from the Location,to offset the cost of Business in the Future(&)serve the company as a alternative(&)predictable source of revenue...See.Pg.2.of the EXHIBITS.

------Specifics-----

(1.)1,000(ths)CONDITIONAL FORWARD CONTRACTS-
1,000(=)1.001.001.000(bn)resolutions-for $10.010.010(mn)each before tax (&)Dividends-

(2.)1,000(ths)DATASET FILES(=)2,000(=)8.004.002.000(bn)Differentials for $80.040.020(mn)each before tax(&)Dividends-

--------------

Total for Both(=)$90.050.030(mn),at net 60%(=)$54.030.018(mn)
Per Account,(±)3 Proprietary Shares for,(=)$18.010.006(mn)Per Account-
to cover costs of the new facility(&)Business Office-

The Author retains 1/3 full share(&)futures in that amount as well.

Inre:Intellectual Property

Title:"IVM/IS1/Integrated"Systemsone"®-

-Article of Incorporation-

Continued...

SUMMARY-

Processing this synopsis for a Business Method Lien against the company,IVM®,vending Warranty,would give me a great opportunity to develop other options for my SNACK/BEVERAGE Product Lines,(&) would give me a nuts(&)bolts example of what Im doing with my liens to show Coca Cola®,et al...other machine/equipment laden companies such as casinos,how that network can bring in a alternative revenue in a predictable manner.

Although this synopsis is currently for the franchise locations only,with a futures schedule,I hope develop the proper form to offset product loss from the Machine warranty in escrow accounts later...

The deal would bring me proxy,$6.003.335.333(bn)in upfront money from capitalization...

Respectfully Submitted,

Signed [signature]
Jeffery W.Paul 10517042
4/3/17