U.S.D.C./Southern District of IN.

Pg.1.EXHIBIT

Subject: "International Vending Management/IVM" (T)

Business Method lien: "IVM/IS1"/Integrated SystemServe" (T)

Account (1) of (100) ✓




4/12/17

Subject: "International Vending Management / IVM" (T)

Business Method liens: "IVM / IS 1" / Integrated-Systemsone" (T)

Account No # 1.




1,000 Trucks

Account No # 2.




1,000 Locations for machine Repair / Replacement — (1 to) Warranty Adjustment!




10,000 units

Account No # 3.

Futures @

10.000 or better annum! 1% (zero coupons)!

[signature]

4/2/17