Inrem:Paul V.Superintendent(WTL/MJD)
No#2:13 cv 304-"HABEAS CORPUS"/CAPITAL CASE-

-Uncounseled Correspondence-

-LEGAL LETTER(&)REQUEST FOR RELIEF-

Dear Sirs,Judge Lawrence(&)Dinsmore,

Please note that Ive repeatedly told you that I believe,with good cause that I am in extreme danger,(&)have been electroshocked,suffered a Mock execution wherein I was strangled unconscious,forcibly medicated,drugged(&)sexually assaulted,exposed to some kind of brain washing procedure which resulted in YEARS of memory loss(&)cognate disoreder... all done by offenders who I dont know,(&)still supposedly have access to me(&)my LIBERTY INTERESTS,which have been attacked by Obstructive procedures such as I just related...

Currently,the media is redundant but clearly shows the Courts are liberally processing cases that sound worse than mine,(&)doing so in far less time within a year of such evidence being proffered...you recall,I submitted as much in 2005,(&)my case was denied which was a abuse of discretion,causing dozen(+)years of unneeded captivty...

I really need an order to release me with restitution,or an order to transfer the matter to the US ATTORNEY,because my captivity is depraved (&)malicious,irreconcilable(&)to date,relegation by Courts has fundamentally violated my right to posterity(&)substantative restitution (&)clearly,the BOP/DOJ has discriminated against me without cause,or redress for decades!

Please expedite(&)liberally resolve this matter according to the Law (&)facts of the case...

Sincerely,

Jeffery W.Paul 10517042
USP Terre Haute,IN.
P.O.Box 33/Terre Haute,IN.
47808

4/3/17-