Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

INDIANAPOLIS IN 460
03 APR 2017 PM 5 L

RECEIVED
APR 05 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

C/OThe Clerk of the Court
Inrem:PAUL V.SUPERINTENDENT
Case No#2:13 cv 304(WTL/MJD)
CAPITAL CASE/Pro Se/
USDC Southern District of IN.
921 OHIO St.,Room 104
Terre Haute,IN.
47801

Legal Mail-

UNITED STATES MARSHAL
PACKAGE SCREENED BY

INMATE
IDENTIFICATION
CONFIRMED

47807-373829