USDC/Southern District/IN.

FILED
2017 APR 21 PM 3:32
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(Pro Se)
T.28 Ch.153 §2241-"HABEAS CORPUS"/CAPITAL CASE-

-Uncounseled Correspondence-

-Motion to attach additional Papers to Counseled PETITION FOR WRIT at The relief section for Restitution-

Comes now The Petitioner Pro Se submits the following Motion(&) Summary pursuant to Rule 7(a),10(a,b,c),8(e),for relief,or any other Controlling Authority-

-SUMMARY-(15 Pages EXCERPTS/EXHIBITS Attached)

The Petitioner claims that on 1/19/2012 he advised his mother,MRS Paula F.Paul to send papers to revise copyrights in The USPO/Patent office,under:NO#61 US PATENT APPLICATION 796,740-Confirmation No.7361 Filing(C)Date-1/19/2012-,(&)again,a revision for LC Copyright-FORM TX-$65 Fee Paid-0042712-6821(5/29/2013-)-

The patents for Underwriting Financial plans(&)includes ALGOL/Source-Code for special WARRANTY DATASETS,I invented for a plan to assert PRIORITY CLAIMS for FORD MOTOR CO.®,(&)retain rights to PROPRIETARY Shares of the revenue of the lien,from Business Methods including assuming liability for equipment dependent upon the auto-assembly line,for appreciating real property assets,redeeming the appreciated Mortgage value,(circa:1989),and revised plan,invoicing SYSTEMS ANALYSIS Differentials produced for integrity statements,of analysis of Mfg.series to ensure against default...

Please note,The International Summit for finance was held on 1/20-23/2016 in DAVOS,SWITZ-titled-"MASTERING THE FOURTH INDUSTRIAL REVOLUTION"-the Summit featured Politicos(&)Leaders/Experts from 190(+)Nations,but my underwriting theory(&)claims are not there...please see:Pg.1-3-Exhibits-(&)note...my IP/Claims are the only claim of their kind(&)uniquely assert a legitimate claim that assumes a optional proprietary share of every product dependent upon The assembly line,by isolating the only common point of contact to assume liability for mfg.default...the claim was in part before a Court of law,as option to collect Damages against me when I

Cont...

was a minor,in HOT SPRINGS,AR.,for comparison.see:Pg.4.-11.about MR. John Arnold who was affirmed as The youngest self-made Billionare at 38yrs old,in 2007-the fmr.ENRON Executive Launched a HEDGE FUND titled-CENTAURUS ENERGY,(&)Capitalized for a Net 3.5(BN)$,(&)is now Philanthropist operating The ARNOLD FOUNDATION,whose charities are focusing on a variety of projects,including Criminal Justice(&)progressive inovations,such as medical science...

On Pg.12.-14.,the Article details MR.Tom Steyer,who made his Billion dollar fortune in Hedge Funds also(&)then Started NEXTGEN Climate Org. which supports environmental policies...he was The Largest Single Donor during The 2016 Elections,$86(mn)to environmental advocates...

Obviously I dont know these people(&)cannot solicit but in GOOD FAITH I believe I can prove NO Person donating $86(mn)to Govt.Reps.could be imprisoned for 20(+)years with plain evidence available proving that theyre innocent,(&)the merits of my Business proposals to the right person/Manager would net them(&)me BILLIONS upfront(&)annual revenue from futures on my WORST DAY....

Please review my PRIORITY CLAIMS(&)note that our NATION is Behind the curve when we should be able to DEFINE the Curve as far as the future of MASS PRODUCTION,GUARANTEE CLAUSE,ABATEMENT(&)SOLVENCY are Concerned... I feel I Have cause to be worried my property is at risk,see:Pg.15.

Respecfully Submitted,

Done this Day-4/17/17-

Signed *Jeffery W Paul*

Jeffery W.Paul No#10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.47808

Certificate of Service-

I,jeffery Paul do swear a true(&)correct copy of this Motion was placed in The institutional mail-for USDC/southerndistrict of In.4/17/17