Inrem:Paul V.Superintendent(WTL/MJD)
No#2:13 cv 304(Pro Se/Counsel Appointed)
T.28-Ch.153 -§2241-"HABEAS CORPUS"/CAPITAL CASE-

-Uncounseled Correspondence-

-MOTION TO ATTACH ADDITIONAL PAPERS(&)SUMMARY TO COUNSELED PETITION FOR RELIEF SECTION OF PETITION FOR WRIT DUE TO ACTUAL INNOCENCE-

Comes now The Petitioner ProSe does submit this motion in the abovestyled Petition to attach documents accordingly,Rule 7(a)(&) 10(a,b,c),or any other contolling authority pursuant to relief(&) Restitution-FRCP-

Attached pgs.1-5.Excerpts-

-SUMMARY-

Comes now the Petitioner Prose does assert that the documents attached do clearly show my ARTICLES OF INCORPORATION for the company titled-"HIGHRISE SUITES/HE(StS)®"-other...),to be incorporated to develop(&)erect TALL Buildings,from proxy 400ft,to 3000ft,skyscrapers...is a relegated title which may be prioritized because clearly,the Nation is losing the prestige from our own inventions,(&)being further entangled with foreign companies,to the detriment of our own construction companies...see:DYNAMIC TOWER, (&)CITY CENTER- ,both Articles,pg.1,2,3,(&)4.detail innovative process for construction that I want,(&)also show the companies that are proceeding are not only doing so,without the USA,but doing so on US Territory...

The Petitioner claims that its not fair that SA/Dubai,are allowed to construct in the USA despite being opec nations,that embargoed our country(&)harbored Terrorists,(&)infringed our intellectual property...(&)that although the rotating units from Italy are unique to

Continued...

the Architect from Infinity Design®-,the proprietary first reference for buildings over 10 Stories TALL,is from The ANDREW CARNEGIE 1910 project in Chicago,IL.,so any innovation,as a derivative should be available in The USA first,regardless of abatements thereof,residuals,in GOOD FAITH-

Please note,the ARTICLES on Pg.1-4.are from 2009,so The MGM Grand (&)Dubai World,(&)Dynamic Tower are complete(&)partially stateside... which is unfair because I still dont have a Official Representative to delegate to,despite having options to INVOICE for Capital,Collateral,to cover costs for LOTS/Designers(&)Contactors...clearly,the option to have a PREMIUM/Contemporary interpretation of my synopsis for both COMMERCIAL(&)RESIDENTIAL Skyscrapers in SEVERAL States is a viable option,see:Pg.5.,(&)genuinely acceptable to compensate for traditional design skills,with computer generations which I want(&) am hereby requesting the court order available to an appointed representative to assume a TRUSSTEESHIP for"Highrise Suites/HE(StS)® - with an option to appoint/assume a CEO position.

The Petitioner claims that not only has The SA/Dubai(OPEC)conglomoration surpassed us in Development,North Korea,which has been sanctioned for ATOMIC TERRORISM,(&)hovers at the bottom of the 3rd Worlds Famine list,still managed to erect HUGE Skyscraper/MetroAreas comparable to anywhere...which is ridiculous(&)really proves this Country is suffering from divisiveness(&)subversion in every aspect of government despite having oversight of it all...Please review my ALGOL/for my Construction company(&)order that processed to fruition.

Respectfully Submitted,

Signed [signature]

Done this Day(4/14/17)

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN
PO BOX 33/Terre Haute,IN.47808

Certificate of service-
I swear a copy of this motion was placed in The US Postal Service for the USDC/SD IN.on the date above-via Institutional Mail-

**An 80-story structure in Dubai that will take you for a spin.**

# Dynamic Tower

THE IDEA FOR A ROTATING SKYSCRAPER CAME TO ARCHITECT DAVID FISHER ONE EVENING WHILE HE ENJOYED THE SUNSET FROM A HIGH-RISE BUILDING IN NEW YORK CITY. "I COULD SEE BOTH THE HUDSON AND EAST RIVERS, AND I THOUGHT, 'WHY CAN'T we rotate the floor so everyone could see?'"

Raised in Tel Aviv and educated at the University of Florence in Italy, Fisher has long been enthralled by the rhythm of the sun. "It started when I was a child watching the sun set over the Mediterranean," he says. "I thought about how everything around us moves."

Today, Fisher—who heads Florence-based Infinity Design—has assembled his thoughts and visions into a plan that he believes will change the future of construction. His design for the 80-story Dynamic Tower is based on three key concepts: floors that rotate independently and at different speeds, prefabricated construction, and sustainability. Dubai will serve as the launching pad for his first Dynamic Tower, followed by Moscow and possibly New York, Milan, and Paris.

The Dubai structure, which is scheduled to break ground by the end of the year, will hold a high-end hotel, offices, apartments ranging from 1,000 square feet to 4,000 square feet (priced from $3 million to $12 million), and 10 full-floor villas measuring 12,900 square feet each (priced from $30 million).

The building's first 70 floors will be programmed to rotate at various speeds, with rotations taking from one to six hours, while the villas will allow owners to set their own paces. Voice-activated systems will allow villa owners to change their residences' direction and speed. "They can set it to see the sunrise from the bedroom in the morning and the sunset from the living room in the evening," Fisher says. The villas will also have swimming pools and gardens.

The prefabricated units that form each residence will be built in a factory in Italy and will arrive in Dubai equipped with plumbing, lighting, electricity, bathrooms, flooring, kitchens, and furniture. At the construction site, the units will be linked together and fitted to the tower's central support column. (According to Fisher, building with the prefabrications costs less than traditional on-site construction, produces less waste, and takes 30 percent less time.) Each floor is expected to be finished in seven days.



When completed, Dubai's Dynamic Tower will generate its own power. Solar panels on the roof of each story will harness the sunshine, and horizontal wind turbines between the stories will convert desert breezes into energy. Despite the constant rotating, residents will not be disturbed by sound or dizzied by motion—but, Fisher says, they will have to make a few adjustments: "When you step off the elevator, you step out onto the movement. You may have to go right or left at different moments to find your front door." —KIM FREDERICKS

*Dynamic Tower, +39.055.626.6337, www.dynamicarchitecture.net*

***Views from the rotating floors of the Dynamic Tower will include angles on Dubai's the World.***


Diagnostics
AlGol !
AOI
HighRise-
Suites!
HESS.INC
HESTS

(Pg. 3)



**The 76-acre complex will add fuel to Las Vegas' already hot dining scene.**

# CityCenter

LAS VEGAS CATERS AS MUCH TO THE GOURMET AS IT DOES TO THE GAMBLER. SINCE 1992, WITH THE SUCCESS OF WOLFGANG PUCK'S SPAGO RESTAURANT AT CAESARS PALACE, SUPERSTAR CHEFS HAVE FLOCKED TO SIN CITY, CREATING ONE OF THE MOST IMPRESSIVE AND DIVERSE selections of fine-dining establishments on the planet. And the debut late next year of the 76-acre CityCenter will further enrich the world-class culinary options available on the Las Vegas Strip.

Billed as a city within a city, the $9.2 billion, pedestrian-friendly complex, which broke ground in 2006, is a collaboration between MGM Mirage and Dubai World. When it is

*The $9.2 billion CityCenter will include restaurants by Michael Mina and Jean-Georges Vongerichten.*

(PX 4)

*The project will encompass several high-rises and feature at its core a 61-story, 4,000-room casino resort called Aria.*

completed, the project will encompass several high-rises and feature at its core a 61-story, 4,000-room casino resort called Aria. In addition to a 1,850-seat theater, a 62-room spa, four large swimming pools, six bars, and a nightclub, Aria will offer guests the chance to sample the menus of about 18 distinctive restaurants. Though details (and negotiations) are still pending for many of the new establishments, those already announced include a Jean-Georges Vongerichten steak house, a Michael Mina restaurant, and an eatery by rising culinary star Shawn McClain. Aria is also expected to house a Spanish tapas bar by Julian Serrano (of Picasso restaurant at the nearby Bellagio), as well as a coffee bar, with a menu including pastries and gelato, by the renowned French pastry chef Jean-Philippe Maury.

CityCenter will also incorporate three non-gaming hotels that will contribute their own restaurants to the complex's gustatory mix. At the 47-story Harmon Hotel, Spa & Residences, a member of the Leading Hotels of the World, diners will enjoy restaurateur Michael Chow's latest venture, which will be the only Mr. Chow restaurant in Las Vegas. The Mandarin Oriental hotel will include a 23rd-floor restaurant that will offer breathtaking city views like those at the hotel chain's other urban properties. Additional announcements will be made over the coming months as other acclaimed chefs pack up their *batteries de cuisine* and head for the Mojave Desert's menu mecca. —JESSICA TAYLOR

*CityCenter, www.citycenter.com*



(Pg. 5)



Highrise Suites

# A.I. PEI THE ALGORITHM AS ARCHITECT




**ARRANGING EMPLOYEES** in an office is like creating a 13-dimensional matrix that triangulates human wants, corporate needs, and the cold hard laws of physics: Joe needs to be near Jane but Jane needs natural light, and Jim is sensitive to smells and can't be near the kitchen but also needs to work with the product ideation and customer happiness team—oh, and Jane hates fans. Enter Autodesk's Project Discover. Not only does the software apply the principles of generative design to a workspace, using algorithms to determine all possible paths to your #officegoals, but it was also the architect (so to speak) behind the firm's newly opened space in Toronto. ¶ That project, overseen by design firm The Living, first surveyed the 300 employees who would be moving in. What departments would you like to sit near? Are you a head-down worker or an interactive one? Project Discover generated 10,000 designs, exploring different combinations of high- and low-traffic areas, communal and private zones, and natural-light levels. Then it matched as many of the 300 workers as possible with their specific preferences, all while taking into account the constraints of the space itself. "Typically this kind of fine-resolution evaluation doesn't make it into the design of an office space," says Living founder David Benjamin. OK, humans—you got what you wanted. Now don't screw it up. —JOSEPH BIEN-KAHN

1

### Light Levels

The software computed daylight levels in the office by combining blueprints with external factors like neighboring buildings. Should new construction rise nearby, designers can reconfigure the space.

2

### Traffic Flow

The facilities and HR teams wanted to be by high-traffic areas, so the software put them near places that the algorithm gave the highest "interconnectivity" score: reception and off the main corridor.

3

### Sight Lines

The fewer coworkers visible from a given desk, the better its visual distraction score. Diagonal walls and unexpected angles help cut down on the largest cause of that distraction: views of corridors.

Inrem:Paul V.Superintendent(WTL/MJD)
No#2:13 cv 304(Pro Se/Counsel Appointed)
T.28 Ch.153-§2241-"HABEAS CORPUS"/CAPITAL CASE-

-Uncounseled Correspondence-

-MOTION TO ATTACH ADDITIONAL PAPERS(&)SUMMARY TO COUNSELED PETITION FOR RELIEF SECTION OF PETITION FOR WRIT DUE TO ACTUAL INNOCENCE-

Comes now the petitioner ProSe does submit this motion in the above-styled Petition to attach Documents accordingly,FRCP Rule 7(a),10(a, b,c),or any controlling authority for this Court-

SUMMARY-

Comes now The petitioner does request that the Court register that I am attempting to retain rights to a company to do business as-TRADEMARKED-"MAXLE"/(Magnetic Axle)-®,which is to assess the viability of innovative applied technology for MAG-LEV's,designed to facilitate Rotory Motion inversion systems,to produce the TORQUE- necessary for vehicle transmissions(&)dynamos,which I want to apply to Automobiles, aircraft turbines,marine propellers(&)electrical generators...

I believe a combination of mag levs,(&)battery circuits are advanced enough to be applied(&)manufactured in a practical manner which will allow the market to offer alternative energy/transmissions in a asthetic that will not disturb the flow of commerce.

Done This Day(4/16/17)

Respectfully Submitted,

Signed [signature]

Jeffery W.Paul 10517042
USP Terre Haute,IN.
POBOX 33/Terre Haute,IN.47808

Certificate of service-

I,jeffery Paul,do swear a true(&)correct copy of this Motion was placed in The Institutional Mail for The USDC/Southern District/IN.