Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

INMATE IDENTIFICATION CONFIRMED

INDIANAPOLIS IN 460
18 APR 2017 PM 7 L

RECEIVED
APR 20 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

Inrem:PAUL V.SUPERINTENDENT
Case No#2:13 cv 304(WTL/MJD)
C/O The Clerk of The Court
USDC/Southern District of IN.
921 OHIO St.,Room 104
Terre Haute,IN.
47801

Legal Mail - [redacted]

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

47807-373829