The WEF's heavyweights 46

money with his 2015 predictions 47

Blame developers for the Davos bubble 47

# Better Living Through Robots

▶ **Economists debate whether automation and technology are the way out of a productivity rut**

▶ **"The speed of current breakthroughs has no historical precedent"**

Robert Gordon, an economist at Northwestern University, likes to play a game he calls Find the Robot. As he goes about his everyday life—shopping, traveling through airports—he looks for machines performing tasks that humans once handled. Most of what he sees doesn't impress him. ATMs, self-checkout kiosks, and boarding pass scanners have been around for years. Beyond that, not a lot has changed. "It's very hard for robots to do things that are extremely ordinary for humans," Gordon says. "Turns out that teaching machines to do something like folding laundry is almost impossible."

IBM's supercomputer Watson made history four years ago when it beat two contestants on the quiz show *Jeopardy!*, yet for most of us artificial intelligence is still the stuff of sci-fi movies. And even though there's lots of talk about drones and driverless cars, how close are they really to changing how we live? To listen to Gordon, not very. "I see stasis everywhere," says the scholar, whose new book, *The Rise and Fall of American Growth*, posits that the U.S. economy's best days are behind it. "Stasis in the way offices work, stasis in the way retailers work, and stasis in the way factories produce goods."

Gordon's pessimism stands in sharp contrast to the upbeat theme of this year's annual meeting of the World Economic Forum in Davos: Mastering the Fourth Industrial Revolution. It suggests we're on the cusp of a transformative era that will rival those triggered by the introduction of the steam engine, electrification, and computers. "The speed of current breakthroughs has no historical precedent," proclaimed WEF founder Klaus Schwab in a December post on the website of *Foreign Affairs*, in which he name-checked a slew of emerging technologies, including 3D printing, quantum computing, and autonomous vehicles. "When compared with previous industrial revolutions, the Fourth is evolving at an exponential rather than a linear pace."

Apparently it's moving so fast that it has yet to make a mark on economic data. The one place where you'd expect to see the impact of all of these advances is in labor productivity, which in the U.S. at least has been mired in a decade-long slump. Over the course of history, breakthroughs such as electrical motors and computers have enabled workers to produce more goods and services than they otherwise could for a given number of work hours. Annual productivity growth in the U.S. averaged 1.5 percent from the first quarter of 2008 through the same period in 2014. That's less than half the 3.5 percent rate during the previous boom, which lasted from 1996 to 2003.

The data have become fodder for a lively debate about the potential of new technologies to lift growth. On one side are pessimists such as Gordon and Tyler Cowen, an economist at George Mason University and the author of *The Great Stagnation*, a 2011 best-seller whose thesis is summed up in its subtitle, which in part reads: *How America Ate All the Low-Hanging Fruit of Modern History*. Another member of this camp is John Fernald, an economist at the Federal Reserve Bank of San Francisco who's considered an expert in measuring technology's contribution to productivity. In a 2014 research paper, Fernald made the case that even ▶







FROM LEFT: THE NEW YORK PUBLIC LIBRARY; COURTESY THOMAS A. EDISON PAPERS/RUTGERS UNIVERSITY; COURTESY MERCEDES-BENZ

**Inventing the Future**

**1781** Scotsman James Watt patents a rotary motion steam engine.

**1830** The Liverpool & Manchester railway begins regular commercial service.

**1844** The Morse telegraph enters commercial use.

**1876** Alexander Graham Bell develops the telephone.

**1878** Thomas Edison creates the incandescent lightbulb.

**1886** Karl Benz is granted a patent for a combustion engine for "auto-mobiles."

**1907** Leo Baekeland makes Bakelite, the first thermosetting plastic.

**1913** Ford Motor engineers the first moving assembly line for autos at its Highland Park facility in Michigan.

**Productivity: Leveling Off**

Index of U.S. nonfarm business sector hourly output




DATA: BUREAU OF LABOR STATISTICS

◀ though IT industries contributed greatly to the productivity boom of the late '90s and early 2000s, IT-related productivity then slowed dramatically. "If you look at the future through the lens of the past, it's very hard to see anything other than continued incremental, modest gains," Fernald says. In other words, productivity booms are more the anomaly than the norm. "We're simply reverting back to a lower mean," he says.

On the other side are optimists best represented by Erik Brynjolfsson and Andrew McAfee, the authors of *The Second Machine Age*, who are confident that another golden age lies ahead. The two argue that it takes time for methods of production to adapt to new technologies, which is why their effects aren't immediately visible in productivity stats. In their book, published in 2014, Brynjolfsson and McAfee reference Paul David, an economic historian. After digging through records of American factories when they were first electrified, around the turn of the 20th century, David found it took several decades for plants to retool to optimize the new source of power. Writes Brynjolfsson: "Only after 30 years—long enough for the original managers to retire and be replaced by a new generation—did factory layouts change." In other words, it wasn't electricity but the eventual shift to assembly-line production that eventually kicked off a productivity boom.

Brynjolfsson says companies are in the early stages of figuring out how to retool their processes to take advantage of digital tools such as big data and machine learning. He also says our current method of measuring gross domestic output, and by extension productivity, does a poor job of capturing the value of free goods. "If you're giving an app away for free that does something you used to pay for, then it's going to initially make GDP smaller," Brynjolfsson says.

Hal Sirkin, a senior partner at Boston Consulting Group, points out that robots currently perform only about 10 percent of manufacturing tasks. "We project that over the next 10 years, that might increase up to 20 or 25 percent. So there is a long way to go on that productivity curve." Sirkin and his colleagues at BCG forecast that by 2025, wide-scale adoption of advanced robots will increase productivity as much as 30 percent in some industries, including machinery and appliance manufacturing, and lower total labor costs 18 percent.

Whatever you believe about technology's role in productivity, there's broad consensus that the outlook for unskilled workers isn't good. In a speech this November, Bank of England Chief Economist Andy Haldane said he and his staff had modeled the effects of automation on the U.S. and U.K. labor markets and concluded that 80 million jobs in the U.S. and 15 million in the U.K. were at risk.

A BCG report from September 2015 that examined the impact advanced technology could have on Germany's manufacturing sector concluded that if 50 percent of companies adopted new tools such as autonomous robots and 3D printing by 2025, industrywide revenue could rise 1 percent, leading to an additional 350,000 jobs. If revenue were to rise only 0.5 percent, however, the result would be a net loss of 40,000 jobs. "It's a real possibility that if we do nothing, that inequality can get worse and more people end up getting left behind," Brynjolfsson says. "But it's not inevitable, and it comes down to a set of policy decisions we make. If through technology we can create more and more wealth for less and less work, then shame on us if that's a bad thing." —*Matthew Philips*




**The bottom line** Tech boosters say automation and other digital innovations haven't penetrated enough to show up in economic data.

[redacted]

**The Guest List**

## Who's Who and Who's Not at the WEF

▶ **China, Saudi Arabia, and the U.S. are sending high-level emissaries**

▶ **"Geopolitical risks are becoming much more relevant"**

The organizers of the World Economic Forum want attendees to focus on the challenges of the future: The theme of this year's annual meeting is Mastering the Fourth Industrial Revolution, a catchall rubric that describes advances in technologies such as artificial intelligence and robotics. The problems of the here and now, though, are likely to be a more popular topic of discussion.

Among the assembled politicians, chief executive officers, and financiers will be several key players in simmering global crises—China's stock market meltdown, the emerging cold war between Iran and Saudi Arabia, and Russia's economic slump. The gathering is taking place a couple of weeks after billionaire George Soros, a Davos stalwart, warned that the China-induced turmoil in financial markets is starting to remind him of "the crisis we had in 2008." Others are also voicing concerns. "This is a very stressful time," says John Veihmeyer, global chairman of consulting

**1916** Clarence Birdseye pioneers a flash-freezing system for preserving food.



**1933** Boeing introduces the twin-engine, 10-passenger 247, the first modern commercial airliner.

**1934** E.I. du Pont de Nemours creates nylon.

**1942** Enrico Fermi and colleagues at the University of Chicago achieve the first controlled, self-sustaining nuclear chain reaction.

**1947** A team at Bell Labs invents the transistor.

**1955** IBM engineers design the first disk drive for random-access storage of data.



**1958** Engineers at Texas Instruments and Fairchild Semiconductor independently develop the integrated circuit.

FROM LEFT: COURTESY SAN DIEGO AIR & SPACE MUSEUM ARCHIVE; SANTA CRUZ SENTINEL/ZUMA PRESS; SSLP/GETTY IMAGES; KARSTEN LEMM/DPA/CORBIS; GETTY IMAGES

# Economics The Seers of Davos

Many of the financiers and executives who frequent the World Economic Forum pride themselves on their ability to divine the future. Here's a look at which 2015 predictions hit the mark and which were misses. —*Simon Kennedy*

**On inflation**
UBS Group Chairman **Axel Weber** said euro area inflation would stay well below the European Central Bank's target of just under 2 percent, despite quantitative easing. The annual rate fell to 0.2 percent in December.
Right

**On oil**
**Abdalla el-Badri**, the secretary-general of OPEC, said oil would stabilize around $45 to $50 a barrel. It closed the year at $37.
Wrong

**On the dollar**
**Ray Dalio**, founder of the hedge fund Bridgewater Associates, was on the mark when he forecast a "short squeeze" would boost the greenback. The dollar did strengthen, gaining 11 percent against the euro.
Right

**On the Fed**
Morgan Stanley Chief Executive Officer **James Gorman** said he would "put good money on a rate hike this year," but he bet it would come in the second quarter. The Fed made its move in December.
Wrong-ish

company KPMG, who's heading to Davos. "Geopolitical risks are becoming much more relevant, and concern about them is accelerating."

Undoubtedly one of the most in-demand guests at this year's forum, which runs Jan. 20-23, will be Fang Xinghai, vice chairman of the China Securities Regulatory Commission, who has the unenviable task of supervising the gyrating stock markets of the world's No. 2 economy. He's appearing on the second day of the conference, at a panel discussion on how China's economy can "shift gears without stalling"; it also features Ray Dalio, founder of the hedge fund Bridgewater Associates, and Christine Lagarde, managing director of the International Monetary Fund.

Russia, another country looking to retain the confidence of international investors, is also well-represented. It has dispatched central bank Governor Elvira Nabiullina, who is joined by executives from state-controlled lenders **OAO Sberbank of Russia, VTB Bank,** and **Vnesheconombank**—all still under U.S. and European sanctions. Nabiullina is participating in a Jan. 23 session on the global debt dilemma, a suitable topic for a country trying to contain a ballooning budget deficit.

Davos attendees hoping for insight into the spiraling conflicts in the Middle East are unlikely to be disappointed. Iranian Foreign Minister Mohammad Javad Zarif, who led his country's talks with world powers to win a nuclear deal, will be wandering the halls of the Congress Centre. It may be hard for him to avoid bumping into officials from archrival Saudi Arabia, including Prince Turki Al Faisal Al Saud, the kingdom's former intelligence chief and onetime ambassador to Washington, who is headlining a panel on understanding Islam.



Eager not to miss a chance to buttonhole so many key negotiating partners in its last year in office, the Obama administration is dispatching its most high-ranking delegation to Davos. Vice President Joe Biden will be accompanied by John Kerry, Jacob Lew, and Ashton Carter—the secretaries of state, the Treasury, and defense, respectively.

The Americans won't get an opportunity to press North Korea to abandon its nuclear-weapons ambitions during their visit. An invitation for the reclusive state's leaders to attend was rescinded after it tested what it claimed was a hydrogen bomb earlier this month.

Traditionally, Davos has been embraced as a platform for rebranding by companies and governments seeking to burnish their reputations, and this year is no exception. Argentina's new president, Mauricio Macri, is headed to the conference along with his finance and foreign affairs ministers, to try to convince investors that his country, which has defaulted on its debts at least seven times, has turned an economic corner.

Further star power will be supplied by Justin Trudeau, Canada's new prime minister and a reliable selfie magnet. He's leading a much larger than normal delegation of ministers, mayors, and executives from the U.S.'s largest trading partner, and he's also joining a panel on gender parity in the economy, along with Melinda Gates, co-founder of the Bill & Melinda Gates Foundation, and Facebook's Sheryl Sandberg, both Davos regulars. —*Matthew Campbell*

**The bottom line** The turmoil in China's financial markets and instability in the Middle East will be among the topics commanding attention in Davos.



[redacted]

**Real Estate**

## How to Beat Inflated Davos Rents? Buy

▶ **Apartment prices in the town have fallen 15 percent since 2012**

▶ **"A strong franc is poison. We've lost most of the foreign buyers"**

The financiers and captains of industry paying premium prices to bed down in Davos in January may not notice, but apartments in the Swiss town that hosts the annual meeting of the World Economic Forum are starting to look like a bargain.

Prices for holiday homes have dropped as much as 15 percent in ▶



**1960** Digital Equipment introduces the first "compact" computer, priced at $125,000 without software or peripherals.

**1964** British engineer Leslie Phillips makes carbon fiber.

**1964** Two professors at Dartmouth develop the BASIC computer programming language.

**1970** The first CD-ROM is patented by James Russell.

**1971** Intel introduces the 4004 four-bit microprocessor, which it dubs a "computer on a chip."



**1972** E-mail is pioneered on the Arpanet network, using the @ sign in a message address.

**1981** The IBM Personal Computer goes on sale.

**1982** The Federal Communications Commission approves commercial cellular phone service.



You won't find many chalets in Davos, which relies more on conferences than do other resorts

◀ the past three years, according to Swiss bank UBS. Supply is up because of a building boom, while a strong Swiss franc is damping demand from foreigners. The franc gained 9 percent against the euro in the past year, spurring those in the market for a second home to consider luxury properties in France or Austria instead. "It's very unpleasant being a property investor in Davos at the moment," says UBS analyst Matthias Holzhey, who says he expects prices to fall an additional 5 percent in 2016. "A strong franc is poison. We've lost most of the foreign buyers."

That's not having much impact on room rates during the WEF, which runs Jan. 20-23. Prices for Davos vacation rentals during the rest of the ski season have fallen about 10 percent this year as foreigners shy away from the strong franc, but they've held steady for the week of the forum, the local tourist office says. Real estate agency **Markutt Treuhand** has rented about 150 places in the town, ranging from 3,000 francs ($2,980) to 50,000 francs for the week, as much as seven times typical winter prices.



On **Airbnb**, a two-bedroom apartment in nearby Klosters is listed for 770 francs a night, about five times the normal rate. "There's nothing available for the WEF week," says Gregor Lo Presti, a snowboarding instructor who's managing reservations for a half-dozen flats.

Prompted by concerns about price gouging, the forum's organizers in 2014 introduced a list of hotels that agreed not to raise rates more than 10 percent during the event, though the group says many owners haven't added their name to it. "We want to make sure hotels are not pricing out people who want to participate," says Adrian Monck, the WEF's head of public engagement. "We have people coming from civil society, academia, the media, and they want to stay in reasonably priced places."

To guard against unbridled development, Swiss voters in 2012 approved a ballot measure limiting second homes to no more than 20 percent of the housing stock in any municipality. A building frenzy ensued as developers rushed to complete projects before the law took effect this month. Last year 1,[illegible]40 apartments were listed for sale in Davos, 27 percent more than in 2014.

Although luxury home prices in Davos are about half what they are for similar places in St. Moritz or Zermatt, sales have been slow. Broker Sascha Ginesta has sold only one of the four apartments in a complex called Mountain Rock, which was completed in 2012, with units ranging from 1.8 million francs for three bedrooms on the ground floor to 4.6 million francs for a four-bedroom penthouse featuring vistas of the snowy peaks. Christian Fross, another broker, recently sold a two-bedroom flat that had been on the market for nine months after cutting the price 10 percent, to 1.5 million francs. "The market is stopping because sellers are asking too much," he says. "It's like a bubble."

An ongoing concern for landlords: One big annual meeting abandoned Davos last year, and the WEF's agreement with the town is up for review in 2018. Dominated by its massive conference center and large apartment blocks, Davos lacks the charm of many smaller Swiss towns with their quaint chalets and wood-framed houses. So it can ill afford a big drop-off in the convention business, says Adrian Dinkelmann, the local economic development chief. "We were already expensive compared to other international destinations," he says. With the strong franc, "now we're facing even more competition."

—*Dalia Fahmy and Roxana Zega*

**The bottom line** WEF attendees still pay top dollar for Davos lodgings, but apartment prices in the town are falling after a building boom.

**Edited by Cristina Lindblad**
**Bloomberg.com**



**1985** Microsoft releases Windows 1.0.

**1991** The World Wide Web becomes available to the general public.

**1998** Two Stanford Ph.D.s incorporate Google.

**2002** Amazon.com begins its foray into cloud computing.



**2004** Darpa's Grand Challenge for self-driving cars draws 15 entrants. (Not one manages to complete the 142-mile course.)

**2007** The Apple iPhone debuts.

**2011** IBM's Watson defeats two humans on the quiz show *Jeopardy!*



**2015** GE engineers 3D-print a mini jet engine.

**And What's Next**

TOP: SIMON DAWSON/BLOOMBERG. BOTTOM, FROM LEFT: DEBORAH FEINGOLD/CORBIS; COURTESY DARPA; TONY AVELAR/AFP/GETTY IMAGES; RONALD GRANT ARCHIVE/MARY EVANS/EVERETT COLLECTION

# At 14, he started his first business. At 23, he began making millions for Enron. At 28, he launched his own hedge fund. At 33, he became the youngest billionaire in America. At 38, he retired. John Arnold's next mission?

BRENT HUMPHREYS

by Sam Apple

WAGING WAR ON BAD SCIENCE.

aggressive, more ambitious reforms. Imagine if you got rid of all the markers of virality: no counts of likes on Facebook, retweets on Twitter, or upvotes on Reddit! Artist Ben Grosser created a playful browser plug-in called the Facebook Demetricator that does precisely this. It's fascinating to try: Suddenly social media stops being a popularity contest. You start assessing posts based on what they say instead of because they racked up 23,000 reposts.

Some scholars argue Facebook should go whole hog on editing and hire human teams to more comprehensively review trending stories, deleting ones built on lies. In fact, Facebook did just that last year until a conservative outcry ended the practice.

The biggest impediment to all this change, though, is economic. Traditional media organizations publish and broadcast nonsense because it attracts eyeballs for ads. New media have inherited this problem in spades: Facebook and Twitter and YouTube know—in vivid, quantitative detail—just how much their users prefer to see posts they agree with ideologically, seductive falsehoods included. Spam got on people's nerves, so companies were eager to stamp it out; on some level, any attempts by social platforms to fight fake news and confirmation bias will come into conflict with their users' appetite for them.

NONETHELESS, public pressure did, in fact, prod Facebook to action after the election. Imagine if still greater pressure were to impel social networks to make even stronger moves against falsehoods and filter bubbles. Would we like the result?

It's unclear. Waging war on disinformation isn't easy, because not everyone agrees on what disinformation is. It's unambiguous that "the pope endorses Donald Trump" isn't true. But how about "Hillary Clinton lied about having pneumonia, so she's a lying snake"? The most effective disinformation usually begins with an actual fact then amplifies, distorts, or elides; ban the distortion and you risk looking like you're banning the nugget of truth too. Online interactions are conversation, and conversation has always been filled with bluster, jokes, and canards. "The idea that only truth should be allowed on social networks is antithetical to how people socially interact," says Karen North, a professor of digital social media at the University of Southern California.

Or consider this example raised by New York University media theorist Clay Shirky: Activists last winter who supported the Dakota Pipeline protests were encouraged to use Facebook to "check in" at that location, as a show of support and to confuse police. Those false check-ins "are fake news," Shirky notes. Any policy aimed at enforcing truth on Facebook could easily be used to quash that activity.

"Look, fake news is a real problem," he says. "But do liberals really want to hand the decisions over to a single large corporation?" Asking the platforms to be granular arbiters of truth would endow them with even more power than they already wield.

WHATEVER ONE can say about Donald Trump, he understands—and masterfully plays—the media, old and new. He uses Twitter to perform an end run around journalism, to utter falsehoods that are repeated by his followers and circulated further by mainstream news. When he attacks someone in a tweet, his supporters harass the target. Like other merchants of disinformation online, Trump exhales such a cloud of half-baked assertions that it leaves people mistrustful of everything. If you can do that, hey: What does it matter if social networks slap a "Disputed" label on your post? As Jon Favreau, one of President Obama's former speechwriters, puts it: "Trump doesn't care if we think he's telling the truth—he just wants his supporters to doubt that anyone's telling the truth."

And yet Trump has millions of followers, eager ones. This is what gives pause to Jay Rosen, a professor of journalism at New York University. "You have to think about the demand side," he says. It's not enough to ask why people spread political disinformation, he says. You also have to ask, "Why do people want to consume this stuff so much?"

Ponder that and you begin to realize: There are limits to what technological fixes can achieve in civic life. Though social networks amplify American partisanship and distrust of institutions, those problems have been rising for years. There are plenty of drivers: say, two decades of right-wing messaging about how mainstream institutions—media, universities, scientists—cannot be trusted (a "retreat from empiricism," as Rosen notes). And as my friend Danah Boyd, head of the Data and Society think tank, points out, we've lost many mechanisms that used to bridge cultural gaps between Americans from different walks of life: widespread military service, affordable colleges, mixed neighborhoods.

The old order was flawed and elitist and locked out too many voices; it produced seeming consensus by preventing many from being heard. We're still fumbling around for new mechanisms that can replace that order and improve upon it, Pariser tells me. "It reminds me of how the secular world hasn't found a replacement for some of the uses and tools that religions served. And the new media world hasn't found a replacement for some of the ways that consensus was manufactured in the old world." This is the year we need to begin rebuilding those connections—on our platforms and in ourselves.

**THE MOST EFFECTIVE DISINFORMATION HIDES AMID ACTUAL FACTS.**



Pg.6

# 1

**Brian Nosek had pretty much given up on finding a funder. For two years he had sent out grant proposals for his software project. And for two years they had been rejected again and again—which was, by 2011,** discouraging but not all that surprising to the 38-year-old scientist. An associate professor at the University of Virginia, Nosek had made a name for himself in a hot subfield of social psychology, studying people's unconscious biases. But that's not what this project was about. At least, not exactly.

Like a number of up-and-coming researchers in his generation, Nosek was troubled by mounting evidence that science itself—through its systems of publication, funding, and advancement—had become biased toward generating a certain kind of finding: novel, attention grabbing, but ultimately unreliable. The incentives to produce positive results were so great, Nosek and others worried, that some scientists were simply locking their inconvenient data away.

The problem even had a name: the file drawer effect. And Nosek's project was an attempt to head it off at the pass. He and a graduate student were developing an online system that would allow researchers to keep a public log of the experiments they were running, where they could register their hypotheses, methods, workflows, and data as they worked. That way, it would be harder for them to go back and cherry-pick their sexiest data after the fact—and easier for other researchers to come in and replicate the experiment later.

Nosek was so taken with the importance of redoing old experiments that he had also rallied more than 50 like-minded researchers across the country to participate in something he called the Reproducibility Project. The aim was to redo about 50 studies from three prominent psychology journals, to establish an estimate of how often modern psychology turns up false positive results.

It was little wonder, then, that funders didn't come running to support Nosek: He wasn't promising novel findings, he was promising to question them. So he ran his projects on a shoestring budget, self-financing them with his own earnings from corporate speaking engagements on his research about bias.

But in July 2012, Nosek received an email from an institution whose name he didn't recognize: the Laura and John Arnold Foundation. A Google search told him that the Arnolds were a young billionaire couple in Houston. John, Nosek learned, had made his first millions as a wunderkind natural gas trader at Enron, the infamous energy company, and he'd managed to walk away from Enron's 2001 collapse with a seven-figure bonus and no accusations of wrongdoing attached to his name. After that Arnold started his own hedge fund, Centaurus Energy, where he became, in the words of one hedge fund competitor, "the best trader that ever lived, full stop." Then Arnold had abruptly retired at the ripe age of 38 to focus full time on philanthropy.

As Nosek tells it, John Arnold had read about the Reproducibility Project in *The Chronicle of Higher Education* and wanted to talk. By the following year, Nosek was cofounding an institution called the Center for Open Science with an initial $5.25 million grant from the Arnold Foundation. More than $10 million more in Arnold Foundation grants have come since. "It completely transformed what we could imagine doing," Nosek says. Projects that Nosek had once envisioned as modest efforts carried out in his lab were now being conducted on an entirely different scale at the center's startup-like offices in downtown Charlottesville, with some 70 employees and interns churning out code and poring over research. The skeletal software behind the data-sharing project became a slick cloud-based platform, which has now been used by more than 30,000 researchers.

The Reproducibility Project, meanwhile, swelled to include more than 270 researchers working to reproduce 100 psychology experiments—and in August 2015, Nosek revealed its results. Ultimately his army of volunteers could verify the findings of only about 40 percent of the studies. Media reports declared the field of psychology, if not all of science, to be in a state of crisis. It became one of the biggest science stories of the year.

But as it happens, Nosek is just one of many researchers who have received unsolicited emails from the Arnold Foundation in the past few years—researchers involved in similar rounds of soul-searching and critique in their own fields, who have loosely amounted to a movement to fix science.

John Ioannidis was put in touch with the Arnolds in 2013. A childhood math prodigy turned medical researcher, Ioannidis became a kind of godfather to the science reform crowd in 2005, when he published two devastating papers—one of them titled simply "Why Most Published Research

PREVIOUS SPREAD: GROOMING BY KRISTIN DANIELL

Pg. 7



Findings Are False." Now, with a $6 million initial grant from the Arnold Foundation, Ioannidis and his colleague Steven Goodman are setting out to turn the study of scientific practice—known as meta-research—into a full-fledged field in its own right, with a new research center at Stanford.

British doctor Ben Goldacre also got an email from the Arnold Foundation in 2013. Famous in England as a sharp-witted scourge of "bad science," Goldacre spent years building up a case that pharmaceutical companies, by refusing to reveal all their data, have essentially deceived the public into paying for worthless therapies. Now, with multiple grants from the Arnolds, he is leading an effort to build an open, searchable database that will link all publicly available information on every clinical trial in the world.

A number of the Arnolds' reform efforts have focused on fixing nutrition science. In 2011 the science journalist Gary Taubes received an email from Arnold himself. Having spent more than a decade picking apart nutrition science, Taubes soon found himself cofounding an organization with a substantial grant from the Arnold Foundation, to rebuild the study of obesity from the ground up. And in 2015 the Arnold Foundation paid journalist Nina Teicholz to investigate the scientific review process that informs the US Dietary Guidelines. Just weeks before the federal guidelines were due for an update, Teicholz's blistering report appeared in the prominent medical journal *The BMJ*, charging that the government's panel of scientists had failed to consider evidence that would have done away with long-held worries about eating saturated fat.

And those are just a few of the people who are calling out iffy science with Arnold funding. Laura and John Arnold didn't start the movement to reform science, but they have done more than anyone else to amplify its capabilities—typically by approaching researchers out of the blue and asking whether they might be able to do more with more money. "The Arnold Foundation has been the Medici of meta-research," Ioannidis says. All told, the foundation's Research Integrity initiative has given more than $80 million to science critics and reformers in the past five years alone.

Not surprisingly, researchers who don't see a crisis in science have started to fight back. In a 2014 tweet, Harvard psychologist Daniel Gilbert referred to researchers who had tried and failed to replicate the findings of a senior lecturer at the University of Cambridge as "shameless little bullies." After Nosek published the results of his reproducibility initiative, four social scientists, including Gilbert, published a critique of the project, claiming, among other things, that it had failed to accurately replicate many of the original studies. The *BMJ* investigation, in turn, met with angry denunciations from nutrition experts who had worked on the US Dietary Guidelines; a petition asking the journal to retract Teicholz's work was signed by more than 180 credentialed professionals. (After an external and internal review, *The BMJ* published a correction but chose not to retract the investigation.)

The backlash against Teicholz also furnished one of the few occasions when anyone has raised an eyebrow at the Arnolds' funding of science critics. On the morning of October 7, 2015, the US House Agriculture Committee convened a hearing on the controversy surrounding the dietary guidelines, fueled by the *BMJ* article. For two and a half hours, a roomful of testy representatives asked why certain nutrition studies had been privileged over others. But about an hour in, Massachusetts representative Jim McGovern leaned into his microphone. Aiming to defend the science behind the guidelines, McGovern suggested that the doubts that had been cast over America's nutrition science were being driven by a "former Enron executive." "I don't know what Enron knows about dietary guidelines," McGovern said. But "powerful special interests" are "trying to question science."

McGovern's quip about Enron, a company that hasn't existed in 15 years, was a bit of a potshot. But given the long history of deep-pocketed business interests sowing doubt in research, his underlying question was a fair one: Who is John Arnold, and why is he spending so much money to raise questions about science?

## 2

**FORTUNE MAGAZINE** once dubbed Arnold "one of the least-known billionaires in the US." His profile in the public consciousness is almost nonexistent, and he rarely gives interviews. But among hedge funders and energy traders, Arnold is a legend. John D'Agostino, former head of strategy of the New York Mercantile Exchange, says that in Arnold's heyday, people in the industry would discuss him in "hushed and reverent tones." In 2006, Centaurus reportedly saw returns of over 300 percent; the next year Arnold became the youngest billionaire in the country. "If Arnold decided he wanted to beat hunger," D'Agostino says, "I wouldn't want to bet on hunger."

"IF ARNOLD DECIDED HE WANTED TO BEAT HUNGER, I WOULDN'T WANT TO BET ON HUNGER."

For all the swagger of that description, Arnold himself has virtually none. He is universally described as quiet and introspective. At Enron, a company famous for its brash, testosterone-laced cowboy culture, the perennially boyish-looking trader was reportedly so soft-spoken that his colleagues had to gather in close to hear him at restaurants. "People would read into it, and they would say he's just being cagey," D'Agostino says. "And then, after a couple of years, people were like, oh, no, he's actually like that."

Arnold is still quiet. "Usually the division of labor in most of our work is that I talk," Laura Arnold says in a phone interview. By all accounts, Laura, who attended Harvard College and Yale Law School and worked as an oil executive, has been equally influential in setting the direction for the foundation. But when I visit the Arnold Foundation's Houston headquarters in June, Laura has been called away on a family emergency, leaving John to do the talking. Arnold is 5′10″, trim, and blandly handsome, his unusually youthful appearance now somewhat concealed by a salt-and-pepper beard.

Arnold grew up in Dallas. His mother was




an accountant (she would later help manage the books at his hedge fund). His father, who died when Arnold was 18, was a lawyer. By kindergarten, Arnold's talent for math was apparent. "I think I was just born with a natural gift for seeing numbers in a special way," he says. Gregg Fleisher, who taught him calculus in high school, recalls an occasion when Arnold instantly solved a math puzzle that had been known to stump PhDs. But he also stood out for his skepticism. "He questioned everything," Fleisher says.

By the time he was 14, Arnold was running his first company, selling collectible sports cards across state lines. Those were the early days of the Internet, and he managed to gain access to an online bulletin board intended only for card dealers. The listings let him see that the same cards were sold at different prices in different parts of the country—which presented an opportunity for arbitrage. "Hockey cards didn't have much of a market in Texas," he tells me. "I would buy up all the premium hockey cards and send them to Canada or upstate New York." He called the company Blue Chip Cards. Arnold estimates that he made $50,000 before he finished high school.

Arnold graduated from Vanderbilt University in 1995, taking only three years to finish his degree. He started working at Enron four days later. A year after that, at age 22, he was overseeing Enron's Texas natural gas trading desk, one of the company's core businesses.

Arnold's work at Enron—seeking to capitalize on seasonal price differences in natural gas—wasn't all that different from what he'd done as a teenager selling sports cards. In *Hedge Hogs*, a 2013 book about hedge fund traders, Jeff Shankman, another star trader at Enron, is quoted describing Arnold as "the most thoughtful, deliberate, and inquisitive person" he worked with on the gas floor. But Shankman recognized that he and Arnold were different in one key respect: Arnold had a greater appetite for risk, a quality that seemed at odds with his quiet demeanor. On some days at Enron, Arnold would trade more than a billion dollars' worth of gas contracts. In 2001, even as Enron was collapsing amid an accounting scandal that covered up billions in debt, he was reported to have earned $750 million for the company. A former executive at Salomon Brothers later told *The New York Times* that there were very few incidents in the history of Wall Street comparable to Arnold's success that year.

As Enron neared bankruptcy, executives scrambled to hold its operation together, offering bonuses to keep traders on board. Arnold was given $8 million, the biggest payout of all, just days before Enron filed for bankruptcy. He started Centaurus the next year, bringing along a small group of former Enron traders, who worked out of a single large room.

Arnold says he wasn't sure if he could match the success he'd enjoyed as a futures trader at Enron. As a pipeline company, Enron had a direct view onto many of the factors that influence gas prices. Now he'd have to rely purely on his prowess with data. By law, natural gas pipelines had to make much of their information public, and around the time Centaurus was forming, more of that information began to appear online. "A lot of people didn't know it was out there," Arnold says. "People who did, didn't know how to clean it up and analyze it as well as we did."

It wasn't long before Arnold had the answer to his doubts. In 2006, Centaurus reportedly generated a 317 percent return overall, after taking the opposite side of a risky bet that another hedge fund, Amaranth, had made on fluctuations in natural gas prices. Amaranth, which was gambling with money from large pension funds, suffered a $6 billion loss and collapsed. By 2009, Centaurus was managing over $5 billion and had more than 70 employees. In its first seven years, according to *Fortune*, the fund never returned less than 50 percent.

But Arnold had to come down to earth eventually. In 2010, Centaurus experienced its first annual loss. And though the fund bounced back the next year, tighter regulations on trading and a far less volatile market—thanks to a growing supply of natural gas from shale rock—made it unlikely that Arnold would again see the astonishing returns of only a few years earlier. And so, at age 38, Arnold walked away from it all. He announced that he was closing Centaurus in a letter to investors: "After 17 years as an energy trader, I feel that it is time to pursue other interests."



**SAM APPLE** *(@samuelapple) teaches science writing at the University of Pennsylvania.*

Pg. 9

**1988**
Starts his first company at the age of 14, selling collectible sports cards across state lines.

**2001**
Pulls in a reported $750 million for Enron even as the company goes down in flames.

**2006**
Goes head-to-head with a rival hedge fund, which loses and collapses; Centaurus boasts a 317 percent annual return.



**2007**
Becomes the youngest billionaire in the country at 33.

**2010**
After seven years of reportedly yielding 50 percent returns or higher, Centaurus experiences its first annual loss.

Arnold tells me that he had lost some of his passion for trading. At the time, his net worth was estimated to be around $3 billion. In 2010 the Arnolds had signed the Giving Pledge, promising to give away at least half their wealth—and he wanted to be as strategic about that goal as he had once been about trading. Arnold has said that the first phase of his life was "100 percent trying to make money" and that it's now "100 percent trying to do good." As *The Wall Street Journal* noted, in "US history, there may have never been a self-made individual with so much money who devoted himself to philanthropy at such a young age."

# 3

**THE ARNOLDS** had been dabbling in philanthropy for years, supporting a few handpicked programs in education, criminal justice reform, and other areas that were important to them. But now, with their stepped-up ambitions, the couple entered a new realm. Arnold had always been ready to make huge bets, but it was ultimately his hunger for reliable data that made him a brilliant trader. That same hunger would make large-scale philanthropy far more challenging than he had anticipated.

In a glass conference room at the Arnold Foundation's offices—which occupy the same space as the old Centaurus trading floor, a 15-minute drive from the glass tower whose entrance was once adorned with Enron's famous *E*—Arnold explains that his and Laura's initial plan had been to simply locate the most effective organizations and write them checks. But figuring out which organizations were most effective turned out to be vexing. Nonprofits are very good at reporting their success rates and citing the science behind their interventions, but dig into their claims—as the Arnolds would try to do—and you find that they often omit relevant context or confuse correlation with causation. "The more you read the research, the less you know," Arnold says. "It became extraordinarily frustrating."

Then, one day in November 2011, he was listening to the podcast *EconTalk*, hosted by libertarian economist Russ Roberts. The guest that day was science journalist Gary Taubes, and he was talking about how the prevailing dietary wisdom of the past 40 years—that eating too much fat leads to obesity and heart disease—arose from the flimsiest of scientific evidence. The foundational studies, Taubes said, looked at the diets and disease rates in various countries, then essentially guessed at which items in the diet were responsible for the country's good or bad health statistics. Worse yet, whenever evidence came along that contradicted the consensus about the dangers of eating fat—often evidence that was much stronger than the evidence for the dangers—it was ignored or not even published. Hardly anyone in the world of nutrition science seemed willing to question the science behind the low-fat diet, even after Americans grew fat and diabetic in record numbers.

The picture Taubes painted wasn't of a flawed study here or there but of a fundamentally broken scientific culture. During the podcast, he mentioned that he was raising money in the hope of funding experiments that might deepen our understanding of the root causes of obesity. Not long after the podcast went online, he received a five-line email from Arnold. "From the little I know about the science of nutrition, your study makes a lot of sense," Arnold wrote. Like Nosek, Taubes had to Google Arnold to learn who he was. Six months later the Arnold Foundation made a $4.7 million seed grant to the Nutrition Science Initiative (NuSI), the nonprofit Taubes cofounded to support fundamental research on diet and health. The next year the Arnolds promised $35.5 million more. (WIRED wrote about NuSI in issue 22.09.)

Arnold is careful not to lump all researchers together when he talks about the problems in science. But he tells me that listening to Taubes and reading his book, *Good Calories, Bad Calories*, had been an "aha moment" for him. "Science is built like a building," Arnold says. "One floor on top of the next." In nutrition, "the whole foundation of the research



**2012**
Arnold closes shop and retires from Centaurus at age 38, dedicating himself to strategic philanthropy.

had been flawed. All these things that we thought we knew—when we step back and look at the evidence base—it's just not there."

Arnold says that now, unless he trusts a researcher's work, he no longer believes the findings of any scientific study until he or someone on the staff carefully vets the paper. "A new study shows ..." are "the four most dangerous words," Arnold wrote on Twitter.

Together with Taubes' work, Arnold was also reading Ioannidis' and Goldacre's equally devastating analyses. These critiques of science amounted to a deep philosophical quandary for the Arnolds, philanthropists who had dedicated their lives to a data-based approach to giving. "In everything they do, they want to be evidence-driven," says Stuart Buck, vice president of research integrity at the Arnold Foundation. But if you look at the studies that can't be reproduced and other issues facing science, "you start to think: What is evidence? What do we actually know?"

The Arnolds had already decided that, with decades of life ahead of them and almost unlimited resources, they had the time and money to evaluate charitable programs properly, even when that meant paying for expensive randomized controlled trials that could take years to complete. But now they were widening their scope. If they wanted to embark on truly "transformational change," as their foundation literature states, it wouldn't be enough to properly evaluate this or that education or criminal justice program. They would also have to take on a far more ambitious project: The Arnolds would have to try and fix science itself.

## 4

**IN THEIR PHILANTHROPY,** the Arnolds like to say, they follow data where it leads rather than let themselves be guided by ideology. And it's true that, when it comes to political leanings, they are somewhat hard to pin down. The Arnolds identify as Democrats and were major financial supporters of President Barack Obama. In 2013 they donated $10 million to keep Head Start, the early-childhood education program for low-income kids, running through the federal government shutdown, and many of the issues they've taken on, from criminal justice reform to making prescription drugs more affordable, are decidedly progressive. Yet the foundation is also focused on reforming what the Arnolds see as a broken public pension system—a project that, in practice, usually means cutting payments to retirees, raising retirement ages, and switching new workers to 401(k)-style plans. That focus led *Rolling Stone* to call Arnold a "young right-wing kingmaker with clear designs on becoming the next generation's Koch brothers." (In 2015, *Bloomberg* suggested that Arnold may have somehow managed to become less popular as a philanthropist than he was as a billionaire trader.)

If John Arnold does have an identifiable ideology, it is that of a lifelong trader and quant: unsentimental, metrics-focused, interventionist. He is unapologetic about having worked at Enron, and he can be defensive about the moral standing of Wall Street in the public mind. In 2015, after a cancer researcher was found to have falsified research data and defrauded the government out of millions of dollars, Arnold complained on Twitter that the penalty, a five-year funding restriction, was too light. Had something similar happened on Wall Street, he tweeted, the perpetrator would have been sentenced to 10 years in jail and the bank would have been fined a billion dollars. "Is there something special about frauds in the securities biz that they should be penalized infinitely more harshly than other business frauds?" he went on. "Or is Wall Street just an easy target while cancer researchers and universities are not?"

### JOHN AND LAURA ARNOLD'S ARMY OF SCIENCE REFORMERS

**Science is broken. Here are some of the prominent people trying to fix it—with funding from the Arnold Foundation. —M.W.**

**Ben Goldacre**
Doctor
Creating a searchable online repository of data from all the world's clinical trials.
**Center for Open Science funding:** $590,000

**Tim Errington**
Cancer biologist
Starting a project to redo a large number of cancer studies and see how many hold up to replication.
**Center for Open Science funding:** $1.9 million

**Brian Nosek**
Psychologist
Runs the Center for Open Science, a major hub of the science-reform movement, which pushes for transparency and mounts efforts to replicate studies.
**Arnold funding:** $17.6 million

**John Ioannidis and Steven Goodman**
Medical professors
Launched a new Stanford center dedicated to meta-research—the study of the practice of science.
**Arnold funding:** $6 million



**Gary Taubes**
Journalist
Helped set up and run a research center called the Nutrition Science Initiative to investigate the causes of obesity.
**Arnold funding:** $29 million

**Nina Teicholz**
Journalist
Investigated the science behind the US Dietary Guidelines for a report published in *The BMJ*.
**Arnold funding:** $15,000

Pg. 11

So it's no surprise that, in practice, the Arnolds' approach to giving has a lot in common with John Arnold's approach to investing. Laura tells me she sees her husband's appetite for risk—an appetite she says she shares—as the most obvious link between his approach to trading and philanthropy. Once the foundation has identified areas where they believe they can make the biggest difference, they go all in. "We're not looking to create an organization of safe success," she says. "We're looking to create an organization of thoughtful failure and fantastic success."

Arnold is, in at least one respect, trying to make science a little more like finance. In recent decades, math and science whizzes like Arnold have invaded Wall Street, bringing a level of scientific precision to trading and often making fortunes in the process. And good traders, as Arnold sees it, naturally come to appreciate something that researchers too often miss: It's very easy to be fooled by your own data. They internalize the risk of mistaking correlation for causation—not because they're smarter than scientists but because they have money riding on the outcome. "As a general rule, the incentives related to quantitative research are very different in the social sciences and in financial practice," says James Owen Weatherall, author of *The Physics of Wall Street*. "In the sciences, one is mostly incentivized to publish journal articles, and especially to publish the sorts of attention-grabbing and controversial articles that get widely cited and picked up by the popular media. The articles have to appear methodologically sound, but this is generally a lower standard than being completely convincing. In finance, meanwhile, at least when one is trading with one's own money, there are strong incentives to work to that stronger standard. One is literally betting on one's research."

In my conversations with Arnold and his grantees, the word *incentives* seems to come up more than any other. The problem, they claim, isn't that scientists don't want to do the right thing. On the contrary, Arnold says he believes that most researchers go into their work with the best of intentions, only to be led astray by a system that rewards the wrong behaviors. Says Goodman, "Scientists really do want to discover things that make a difference in people's lives. In a sense, that's the strongest weapon that we have. We can feed off that." Figuring out exactly which rewards work best and how to simultaneously change the incentives for researchers, institutions, journals, and funders is now a key area of interest for Goodman and Ioannidis.

**RESEARCHERS HAVE THE BEST OF INTENTIONS, BUT THE SYSTEM REWARDS BAD BEHAVIORS.**

At the Center for Open Science, Nosek has already begun to experiment with new incentives for scientists. Because investigating and replicating research begins with having the data and materials necessary to do so, he is particularly focused on making science more transparent. In 2014 he partnered with the journal *Psychological Science* to offer colorful "Open Data" and "Open Materials" badges for papers that met specific criteria for sharing. A 2016 study to determine the effectiveness of the badges showed that the number of articles that reported publicly available data had increased tenfold. "It's a stupid little badge," Nosek says, but it works.

Nosek is also still campaigning to convince researchers to preregister what they plan to analyze and report in a study, so that they can't adjust their experiment on the fly or hide less-than-dazzling results—a problem that Goldacre is also tackling. To promote preregistration, the Center for Open Science offered the first 1,000 scientists who preregister their studies with the organization $1,000 each. Nosek says that the cash offers were Arnold's idea.

Denis Calabrese, the Arnold Foundation's president, says they don't expect immediate results. The Arnolds have a "multiple-decade timeline to work on problems." Yet the most remarkable thing about the Arnold Foundation's research integrity projects is that they already appear to be paying off. For one thing, the problems plaguing scientific research are now increasingly well known. Of 1,576 researchers who responded to a recent online survey from *Nature*, more than half agreed there is "a significant crisis" of reproducibility. The comedian John Oliver spent 20 prime-time minutes on HBO last May mocking the reign of terrible science on TV news shows and in public debate: "After a certain point, all that ridiculous information can make you wonder: Is science bullshit? To which the answer is clearly no, but there's a lot of bullshit masquerading as science." (Some of the background footage in the segment came from the Arnold Foundation.)

Ioannidis, whose name is almost synonymous with scientific skepticism, says he has seen immense progress in recent years. The journals *Science* and *Nature* have started bringing in statisticians to review their papers. The National Institutes of Health is moving forward with new requirements for data sharing; starting as early as this year, all NIH-funded training programs must include plans for teaching researchers the principles of reproducibility. "Now everybody says we need replication; we need reproducibility," Ioannidis tells me. "Otherwise our field is built on thin air."

The Center for Open Science's next big undertaking is another reproducibility project—this one for cancer studies. In 2012 the former head of cancer research at the biotech firm Amgen revealed the results of the company's effort to replicate 53 "landmark" papers in hematology and oncology; only six studies' findings could be confirmed. So there is already widespread concern about reproducibility in the field. The center's replication efforts, in turn, have inspired economists and even tropical ecologists to plan reproducibility projects of their own.

Whether all this momentum will lead to transformational change decades from now is impossible to know. Arnold figures that some of his specific grants might not work out as planned. (The foundation's funding of the Nutrition Science Initiative is now scheduled to end in November.) More generally, it may not be possible to truly reform a system where the incentives are already so deeply embedded. "It's probably too big a lift for us to expect we're going to change researchers who have been around for decades," he says. Plus, systems of prestige and advancement die hard. "You don't shift a culture overnight," Nosek says. But as many Wall Street veterans can testify, betting against John Arnold is usually a bad idea.



BY ALLISON SAMUELS

PHOTOGRAPHS BY JOE PUGLIESE

CHILDISH GAMBINO.

ATLANTA.

LANDO CALRISSIAN.

WELCOME TO THE STRANGE, EMOTIONAL, INDUSTRY-ALTERING WORLD OF

# DONALD GLOVER.

**SWIMMING IN OIL MONEY**

Each election cycle, gushers of money flow to legislative lobbyists who fight for fossil fuels. Environmentalists can't keep up.




# The Man Who Fell for Earth

## Meet the hedge fund billionaire who's dedicating his life to saving the planet.

**BY NICK STOCKTON**

TOM STEYER ISN'T your average California tree hugger. The former hedge fund manager—number 1,121 on *Forbes'* wealthiest people list, with $1.61 billion—was once best known for turning $15 million into $30 billion in about two decades.

But then he went hiking. Steyer and environmental activist and author Bill McKibben spent a day trudging through the Adirondacks. Not long after, Steyer parted ways with the leadership of his company and his oil and gas investments, began to fight the Keystone XL pipeline, and then reinvented himself as a one-man superfund for climate causes. His organization, NextGen Climate, has spent $170 million over the past four years advocating for policies and politicians that help the environment and advance renewable energy.

It's an uphill battle. Steyer was the largest single donor on either side of the 2016 election—$86 million of his own money. Yet climate change skeptics rule the federal government and many statehouses. Somehow, though, Steyer isn't acting like a loser. Since November he's become an even more vocal representative of the nearly two-thirds of Americans who do think human-caused climate change is a real problem. He talked to WIRED about California's role in science, his own political ambitions ("governor" has a better ring to it than "former hedge fund manager," right?), and whether Donald Trump could ever possibly, conceivably help *save* the planet.

**WIRED: So Keystone XL has been revived, the Clean Power Plan is in peril, and the former CEO of Exxon is our secretary of state. How are you?**

STEYER: I know there are five stages of grief, but my parents raised me to pull up my socks when times get tough. So I really never had the luxury of feeling bad, because right after the election I felt like we needed to figure this thing out.

**What is NextGen going to do?**

We have been cosponsoring marches with immigrants' and women's rights groups. We've been running ads against Trump's nominees and policy positions. And we've been organizing resistance activities on the college campuses where we established ourselves during the campaign. We will continue to go on the offensive each time the administration attempts to derail global actions to stop climate change.

**During the confirmation hearings for Rex Tillerson, Scott Pruitt, and others, you guys took out attack ads. What's your goal?**

Those guys disagree with us on almost every point. One of the things we strongly believe—and Tillerson was a perfect example—is that the

Tom Steyer was the biggest campaign donor in 2016, spending $86 million on progressive causes. So what does he do after losing? Fight harder.

CHART SOURCE: CENTER FOR RESPONSIVE POLITICS

MICHAEL FRIBERG

people Trump nominated consistently put corporate interests ahead of American interests. We feel it's important to get citizens to be reminded of this common thread: that the new administration doesn't hate working against climate change, they don't hate science—they just love oil and gas profits.

**There's a wide swath of rural Americans who are happy and hopeful for Trump. Are you reaching out to them?**

After the election, the first thing I wanted to know was how our voter registration work on 370 campuses across the country affected turnout. We monitored 12 precincts where there were a lot of millennials and saw that voter turnout was up overall. And turns out, we did do well at rural schools. What we are still trying to figure out is whether that turnout voted Republican or Democrat. That is, if those new voters brought our messaging about politicians who supported climate action to the voting booth.

**Given what you know about how policy moves markets, what will we give up when Trump pulls the US out of the Paris agreement?**

I was in business for 30 years, and my experience is that the best way to operate is to work fairly and closely with partners over a long period of time. The most expensive way to do business is to do it deal by deal, each of which is highly contentious. If deal by deal is the model, where instead of partners or allies we have counterparts and competitors, that is very expensive, difficult, and dangerous. OK, so look at the Paris agreement: It's going to force the developed world to change its energy sources. That means the US could be the leader in developing renewable technology for more than a billion people—a huge incoming market—who don't have electricity at all.

The Paris agreement was a great achievement of American leadership. So the idea that we're going to walk away and give up leadership of 194 countries, and walk away from our position as a leader in the world for the past 100 years, will be an incredibly expensive and dumb thing to do.

**Are there any Republican climate leaders?**

You know, we all act like it is an incredible triumph if a Republican shows the remotest respect for climate science. When Kelly Ayotte—who has a dismal 35 percent rating from the League of Conservation Voters—voted for the Clean Power Plan, a lot of people said, "Oh, she's really an environmentalist." But that's ignoring her record and the reason why it's so hard for her and other Republicans to stand up for the environment in this political climate, because they have to stand up to the fossil fuel industry. I think there are a lot of Republicans who know the truth and would like to do the right thing but don't understand how.

**Solar and wind energy costs have been coming down for decades. Why aren't they replacing fossil fuels faster?**

There are a lot of subsidies for oil and gas, things like tax breaks and access to markets. That's partly because there's a lot of volatility in the oil and gas markets. Fossil fuels are raw materials that have to be extracted and processed. Wind and solar energy are different. The only costs associated with them are technological. WIRED readers should be familiar with the idea that technology gets better and cheaper every year. That's not true about fossil fuels. The techniques we use to withdraw them might get better every year, but the price has actually risen over time. If you take away subsidies from fossil fuels, wind and solar are actually cheaper.

**You believe businesses can provide solutions to climate change but only with the right government policies. Is that era over?**

Well, most of the energy regulation in the US comes from the state level, which lets states

### THE EVOLUTION OF A MAN

**From Wall Street to the Adirondacks, billionaire Tom Steyer took an unusual path to becoming the nation's leading climate change activist.** —LEXI PANDELL



**1986** An alumnus of Morgan Stanley and Goldman Sachs, Steyer moves to San Francisco and starts the investment firm Farallon Capital with $15 million.

**2003** Steyer becomes more involved in California politics and briefly considers running for governor in the wake of the Gray Davis recall.

**2004** Students at Yale and Stanford (Steyer's alma maters) criticize the universities for investing in Farallon, which they say funds antilabor and antienvironment companies. Steyer takes note.

PHOTOGRAPH COURTESY OF THE STEYER FAMILY

**Nick Stockton** *(@stocktonsays) is a staff writer on the science desk at* WIRED.

Pg. 14

**"I think there are a lot of Republicans who know the truth and would like to do the right thing."**

like California pursue more ambitious emissions regulations. It also lets states with lots of renewable energy coordinate to share it when needed, but federal regulations would help more.

The issue is going to be, to an extent, what the new administration will do to subsidize fossil fuels—how they can make dirtier fuel, which is more expensive, more attractive. Maybe that means leasing public lands at low prices. But the only thing they can really do to ensure long-term drilling is put in infrastructure, like pipelines.

**Do you think there is any chance for Trump to not be awful for climate?**

[*Long pause.*] I don't think there's any chance that Trump is going to step up and do the right thing out of the conviction that it's the right thing to do. But, you know, you can't really say what's going to happen, because the world does tend to surprise us. If you didn't learn that in 2016, then you weren't paying attention.

**Can California's politicians really create a bulwark against Trump?**

The administration has said they're going to go after their political opponents. California embodies that opponent. Taking money away from health care, in the form of the Medicaid expansion—that would be more than $15 billion from California's budget. Consider that the state's general fund budget is about $120 billion. They are also going after cities that resist their deportation efforts. They're talking about withholding money from schools. This is gigantic and very, very threatening. If you talk about trying to stand up as best we can for the people of California, and by doing so put forward a different image of what the true values of Americans are, just be aware, it ain't cheap. My point is, this is not a theoretical problem for us.

**How potent is the state's ability to resist?**

Financing that opposition will be tricky. First, the California budget is leveraged really highly to the personal income and capital gains of the richest Californians. That means it is super volatile, because incomes go up and down much more often than property values, which is how most states finance themselves. What's worse is that the budget is also highly leveraged to the stock market. So when tech companies are going public and things are happening, then that income for the employees who benefit gets taxed in California like regular income. If there are no tech IPOs, the tech sector isn't doing well, so there aren't a lot of stock profits—equity profits—from those companies, and that hits the revenue line of the California state budget [*claps loudly*] super hard. You may have also noticed that we have had a bull market for the past six years.

**In January, in an op-ed for *The Sacramento Bee*, you wrote about creating "the broadest coalition possible, one that embraces our shared values and delivers on the promise of a better future for all Americans." You even echo Obama's "Let's get to work."**

Maybe he stole that from me!

**Well, it reads like you are a guy getting ready to run for office.**

[*Slaps table.*] Well, our mission statement is: "Act politically to prevent climate disaster and promote prosperity for every American." So are we broadening our message? That's always been our message. Whatever I do, and I honestly don't know what it is, will be consistent with that effort. ■

**2006** Twenty years after its founding, Farallon Capital is worth $30 billion.

**2011** A year after he and his wife, Kat Taylor (pictured, left, in the mid-'90s), sign the Giving Pledge, Steyer joins the board of Next Generation, an organization for children's issues and climate change.

**2012** After reading an article by author Bill McKibben, Steyer invites the writer on a hike in the Adirondacks. Steyer comes out of the wilderness ready to advocate for alternative energy.

**2013** Steyer founds NextGen Climate, an environmental advocacy nonprofit and political action committee.

**2016** NextGen Climate puts up $95 million for candidates, voter engagement, and more. Steyer spends nearly $86 million himself.




GRAB A COUPON AND THEN SOME AT SKOAL.COM*

WARNING: This product is not a safe alternative to cigarettes.

*Site and offer limited to eligible tobacco consumers 21+

© U.S. Smokeless Tobacco Co. 2017

SMOKELESS TOBACCO

ADVERTISEMENT

# THE PROS & THE CONS





Frauds. Thieves. Cheats. Swindlers. Confidence men have been called many names over the years and are almost universally reviled. But take a deeper look and you might be surprised to find complex men possessing even more complex ethics. Just like Amazon Original's latest show, Sneaky Pete, a saga about a con man who exists in a morally ambiguous world, there were a few hucksters throughout history whose motivations didn't exist in black and white but, rather, shades of grey.

c.1840–1880

### "CANADA" BILL JONES

Jones was a gambler, confidence man, and card sharp who operated in the American South during the 19th century. His contemporaries, however, described him as "generous to a fault." Jones would often be spotted on the street giving away as much as $50 (over $1000 in today's currency) to Catholic charities.

1882–1949

### CHARLES PONZI

Ponzi came to the United States seeking to restore his insolvent family's once vast fortune. In 1920 he founded a company that scammed customers by paying early investors profits using money from later investors. The scheme—which he didn't invent, but ran so prominently that it still bears his name—collapsed a year later.

1912–1988

### JUAN PUJOL GARCÍA

Known by the code name "Garbo" during WWII, Garcia was a double agent who worked for British and American intelligence while pretending to be a pro-Nazi sympathizer. By creating a fake network of spies complete with false intel reports, he successfully embezzled the equivalent of $4 million from the German high command.



1954–2016

### LOU PEARLMAN

The man most famous as being responsible for launching the Backstreet Boys and NSYNC was also a prolific fraudster, operating a Ponzi scheme that defrauded investors out of nearly $300 million over the course of nearly 20 years. Pearlman died in prison earlier this year due to complications from a stroke.

1955–PRESENT

### MARK LANDIS

Prolific art forger and master con man, Mark Landis isn't in it for the money. He may have donated hundreds of fakes to institutions across the country for the last three decades, but his mischief was never malicious. A diagnosed schizophrenic who otherwise lived in isolation, Landis conceived this elaborate ruse to cultivate community and purpose.



1986–PRESENT

### MATT THE KNIFE

As a teenager, Matt the Knife operated card cheating rings, pickpocket gangs, and organized complicated shoplifting schemes. Around the age of 21, he decided to reform his life of crime. He reinvented himself as a magician, mentalist, and stage performer. He now operates a consultancy that specializes in preventing fraud and cheating—crimes he himself once committed.




PREVENT
CYBERATTACKS
WITH
ARTIFICIAL
INTELLIGENCE.
AI
Cybersecurity that predicts, prevents and protects. cylance.com
CYLANCE