Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

Legal mail

PURPLE HEART FOREVER USA 2014
PURPLE HEART FOREVER USA 2014
PURPLE HEART FOREVER USA 2014
PURPLE HEART FOREVER USA 2014

RECEIVED
APR 20 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal mail

Judge Lawrence (J.) Dinsmore;
& The Clerk of The Court;
IN REM: Paul v. Superintendent;
Case no: 2:13 cv. 304 — CAPITAL CASE]
USDC / Southern District of IN.
921 OHIO St; Room 104
Terre Haute, IN.
47801

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES ...
PACKAGE SCREENED ...