**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## ENTRY AND NOTICE

Filings on behalf of the petitioner in this action for habeas corpus relief will continue to be made by and only by his counsel of record. Consistent with the foregoing, the petitioner's motions filed on April 21, 2017 [dkts 126, 127] are **denied.**

IT IS SO ORDERED.

Date: 4/27/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Jeffrey W. Paul
10517-042
USP Terre Haute
PO Box 33
Terre Haute, IN 47808