USDC/Southern District of IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Inrem:PAUL V.Superintendent(WTL/MJD)
Case No#2:13 cv 304-T.28-Ch.153-"HABEAS CORPUS"
CAPITAL CASE-(Pro Se/Counsel Appointed)-



----------------

UNCOUNSELED CORRESPONDENCE-

----------------

FILED
2017 MAY -3 PM 2:20
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

-LEGAL LETTER -

Dear Hon.Judges of The District,LAWRENCE/DINSMORE-

Sirs,I need to relate that I am very disappointed with the order of 4/18/17-relating the fact that you will not be processing any of my uncounseled correspondence,because I believe the merits of my claims to be UNDULY IMPRISONED,should be obvious(&)an IMPERATIVE for any Court,subordinate to Art.4,6(&)Amendments 1,4,5,6,7,8(&)14,with respect to 13th amendment...requiring DUE PROCESS BEFORE any imposition of penalty...

I also need to ensure that you understand,for the record,previous counsel wasted YEARS of my Life,procrastinating,after PROMISING to get me a NEW TRIAL,on claims I made that I Could,(&)DID Prove my attorney attempted to comply with a PLEA BARGAIN I had refused,(&)as a result,admitted GUILT to the Crime(&)explicitly/implicitly,ceded every point in contention The US Attorney was alleging to enhance the sentence at one stage or another...

I do not understand why my case was not remanded LIBERALLY,(&)am infuriated that a Court of The USA Could assert my codefendants 5th amdt. rights to suppress exonerating eyewitness testimony,but not mine,to cure an effectively involuntary PLEA BARGAIN...

I am currently in my 20th YEAR of imprisonment(&)suffering from indigency,(&)estrangement,(&)have repeatedly demanded that my case be expedited(&)that my NEW TRIAL be scheduled if the Court cannot see my innocence as a FACT,equitably,because I believe I would win a NEW TRIAL

Continued...

...byway of previously granted JURY INSTRUCTIONS pursuant to the forensics reposts which were undermined by TRAL COUNSELS Attempts to comply with terms of the rejected plea bargain...

Please recall,I did move the court with respect to T.28-§2241-2255, which included the sections,§2245,46,47(&)49-which include,not only the TRIAL JUDGES Records of The TRANSCRIPTS,but also the affidavits used to support testimony(&)Pleas...I did Plea NOT GUILTY,(&)had duly requested my DEFENSE be presented with respect to the ALLEGATION that I KNEW Trinity Ingle had PLANS,or that I did PLAN with him to commit ROBBERYS in HOT SPRINGS,AR.circa April 1995-June 1995-,an allegation I denied(&)was found NOT GUILTY of,despite the SAME Govt.witness providing testimony...a fact I use to remind the Court that I DID Plea NOT GUILTY,(&)HAD a REAL LEGITIMATE ALIBI,previously used with a successful result being prepared,expanded(&)incorporated into Trial Counsels so called..."SPECIAL MITIGATION STRATEGY"...which he totally failed to present,(&)ultimately,lied about on direct appeal...

Currently,my captivity is consuming more of my life than I lived previous to my arrest,(&)my family are suffering the burden of supporting me,(&)The BOP/Govt.are aware that other people were processed equitably (&)promptly despite being charged with MORE Heinous crimes,or having lesser merit to their claims,(&)thats nagging at my mind(&)I really feel DOZENS of Govt.employees should be arrested for the extent of my injury considering how fundamental(&)Plain my claims are to date...so Please order the case resolved,or transfer the matter promptly,with restitution, satisfaction(&)accord...I have no Legal recourse for DECADES now...

Respectfully,

Signed [signature]

Jeffery W.Paul 10517042

5/1/2017