Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
01 MAY 2017 PM 2 L

INMATE IDENTIFICATION CONFIRMED

C/O The Clerk of The Court
HON.W.T.Lawrence(JUDGE)
Inrem:PAUL V.Superintendent(WTL/MJD)
Cite-2:13 cv 304-CAPITAL CASE-
USDC/SOUTHERN DISTRICT of IN.
105 US Courthouse
46 E.OHIO St.
Indianapolis,IN.
46204

Legal Mail-

RECEIVED
MAY 03 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

46204-199999