USDC/Southern District,IN.

FILED
U.S. DISTRICT
INDIANAPOLIS
2017 JUN -2 PM 04
CLERK
LAURA A. BRIGGS

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

Inrem:Paul V.Superintendent-

No#2:13 cv 304(WTL/MJD)-T.28:Ch.153-

HABEAS CORPUS-§2241-2255-(Pro Se/Counsel Apptd-)



----------------

* LEGAL-LETTER/Uncounseled Correspondence)-Attached Pg.1.EXHIBIT-

---------------- !!! URGENT/URGENT/URGENT !!! ---------

Dear Judges LAWRENCE(&)DINSMORE,

Please note that although I DID receive copy of your order, limiting my MOTIONS to Counseled Plea only,I do want to reiterate that I am in a extremely adverse position,(&)can prove the substance of my claims at a PRIMA FACIE,Standard of Review,(&)am insisting that I be forthrightly released,if no other restitution is available.

Other people with lesser claims who were convicted of comparable if not worse crimes were convicted AFTER me,yet processed BEFORE me,(&)are demonstrably free(&)frequently got restitution for their unlawful captivity...

You know I claim I was very close to my Grandparents,(&)it was devastating for me that my grandfather died just months after the eyewitness to the crime affirmed his statement exonerating me in 2005-(&)although my grandfather knew I would be out soon,which is a comfort, he died in October...

I only have 1/Surviving grandparent(&)she helped raise me,(&)is in a state of dementia,elderly symptoms...I need to see her(&)want to take her to see the ECLIPSE,which is a 1/Time opportunity for her... I got to see Haleys Comet when I was in elementary school,(&)my grandparents were there,so it is important to me(&)I am requesting the Court

Continued...

order me released accordingly because Counsel clearly has a PETITION before you which they say is COMPELLING Proof of my Innocence...which I undersigned despite arguments,in good faith,(&) believed would not take 3/months to resolve.

I am really not happy with the DOJ's position that my rights to a jury verdict alone,proof in proffer of the violation,was not a compelling cause of action,(&)want to point out that my RIGHTS to a JURY TRIAL wouldve been considered immootable in the ORIGINAL CONSTITUTION,under Article 3 §2...so arguing that a case where the JURY COULD NOT Consider INNOCENCE/GUILT by Legal Standards,is a Legitimate Conviction for any reason other than DOUBLE JEOPARDY,is Solicitation,(&)I think Ive been relegated to extreme injury(&)the Court/Counsel STILL refuses to refer me to The US Attorney so I can make a complaint about the VICIOUS TREATMENT I suffered where the BOP ACTUALLY Staged my EXECUTION WITHOUT A JURY TRIAL,(&)Choked me unconscious,(&)electroshocked me,refused to let me Hug my elderly Visitors (&)Family Goodbye,(&)gave my TRANSCRIPTS which exposed me as a informant to a Prisoner who killed other prisoners,(&)threatened to kill again if the person did not get shit on their dicks etc...all of which cannot be proven b/c BOP refused to let me get surveillance,so no witnesses to that,including the repititous robberies Ive suffered... (&)relegation of my INTELLECTUAL PROPERTYRIGHTS(&)Efforts to restructure a company worth BILLIONS of DOLLARS Annually...all of which leaves me with NO LEGAL RECOURSE,at the mercy of the Court,instead of in a position to DEMAND WITH AUTHORITY,which was intended as a RIGHT of The REPUBLICAN CONSTITUTION...

Again,PLEASE EXPEDITE THE RESOLUTION OF THIS CASE!I am MISSING my entire life through no fault of my own,despite EVERY PROOF of my Claims being available TO YOU!

Sincerely [signature]

Jeffery W.Paul(6/1/17)