2:13 cv. 304 EXHIBIT



8/21/17

# Notebook

PACK YOUR BAGS / SPRING + SUMMER 2017

(Re) Time Sensitive - !



## Ain't No Sunshine

On August 21, 2017—for the first time in nearly a century—a total solar eclipse will sweep across parts of the United States, including points in North Carolina, Tennessee, and South Carolina. While some cities will offer hotel packages and designate official viewing areas for the **Great American Solar Eclipse**, others in the path of totality are taking it up a notch with eclipse-themed parties and programs. At High Hampton Inn & Country Club in Cashiers, North Carolina, guests who book the "Total Eclipse on the Rock" package will view the eclipse from the lawn overlooking Rock Mountain. They'll also enjoy live music, solar-themed drinks such as the Dark & Bright (a riff on a Dark & Stormy), and a build-your-own Moon Pie station. In Tennessee, Nashville Zoo's animal keepers will be on hand to answer questions about how the animals react to daytime darkness and point out atypical behaviors. And in Columbia, South Carolina, the city's "Total Eclipse Weekend" includes a festival with food trucks at Historic Columbia Motor Speedway; an appearance by astronaut Charles Duke—one of only twelve Americans to walk on the moon—at South Carolina State Museum; and even a "Star Wars Musiclipse" concert by the South Carolina Philharmonic.

By **JENNIFER GREEN** / Illustration by **PASCAL CAMPION**