Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
30 MAY 2017 PM 1 L

Legal Mail

Capital Case-

Inrem:Case No#2:13 cv 304
Paul V.Superintendent(MJD/WTL)
C/O The Clerk of The Court
USDC/Southern District of IN.
921 OHIO St.Room 104
Terre Haute,IN.
47801

Legal Mail

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY MAGNETOMETER

INMATE IDENTIFICATION CONFIRMED

RECEIVED
JUN 1 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829