**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry and Order to Show Cause**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The petitioner's motions to maintain documents under seal [Dkt. Nos. 104 and 107] are **granted for the present.** The amended habeas petition and the appendix shall be maintained under seal until further order.

2. The United States is **notified** of the filing of the amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

3. The respondent shall have **through August 8, 2017,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **thirty (30) days after service of the answer** in which to reply.

IT IS SO ORDERED.

Date: 6/6/2017

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Leigh Skipper
FEDERAL COMMUNITY DEFENDER
leigh_skipper@fd.org

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov

Jeffrey Alan Zick
UNITED STATES DEPARTMENT OF JUSTICE
jeffrey.zick@usdoj.gov