UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Granting Petitioner's Motions to Expedite**

Petitioner's May 3, 2017, correspondence docketed as a motion requesting a resolution of the case, [Dkt. 129], and June 2, 2017, correspondence docketed as a motion to expedite, [Dkt. 130], are **granted** insofar as the Court's Entry and Order to Show Cause entered June 6, 2017, resolves petitioner's concerns.

**IT IS SO ORDERED**.

Date: 6/7/2017

William T Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel