UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFREY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:13-cv-00304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by James R. Wood, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the Respondent.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: s/ James R. Wood

James R. Wood
Chief, Appeals Division
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Bob.Wood@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on June 12, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

By: s/ James R. Wood
James R. Wood
Chief, Appeals Division
Office of the United States Attorney