USDC/Southern District of IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 JUL 11 AM 1:12
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808

Inrem:Paul V.Superintendent(ProSe)

Case No#2:13 cv304(WTL/MJD)

T.28 Ch.53 §2241-2255-HABEAS CORPUS-

-----------

LEGAL LETTER(&)NOTICE OF INTENT-

Dear Judges Lawrence/Dinsmore,

Please note that I have been relegated repeatedly(&)mis-represented repeatedly in the matter before you.

I have no intention of accepting a Plea Bargain(&)am intent to defend my ACTUAL INNOCENCE CLAIM,alone if need be.

I did not give ANY Lawyer permission to accept any PLEA BARGAIN requiring admission of GUILT to ANY crime(&)am demanding to be released w/restitution(&)want TREBLE ASSESSMENT(&)ASSESSMENT for FELONY CRIMES Committed against my wife(&)I...Attorney SHAWN NOLAN Assures me that we will meet any order accordingly,to prove my innocence,(&)I object to anything else.

Respectfully Submitted,

Signed ____________ *

Jeffery W.Paul 10517042

Uncounseled Correspondence-

Done this day-7/5/17