Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

05 JUL 2017

C/O The Clerk of The Court
Judge Lawrence/Dinsmore
Inrem:Paul V.Superintendent
Case No#2:13 cv 304(WTL/MJD)
USDC/Southern District of IN.
921 OHIO St.,RM 104
Terre Haute,IN.
47801

Legal Mail

INMATE IDENTIFICATION CONFIRMED

UNITED STATES MARSHAL PACKAGE SCREENED BY X-RAY/MAGNETOMETER

RECEIVED
JUL 10 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829