USDC-Southern District of IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

Inrem:Paul V.Superintendent
No#2:13 cv 304(WTL/MJD)
T.28 ch.153 §2241-55-HABEAS CORPUS-



-------

LEGAL LETTER/REQUEST to The Court-

-------

Dear Sirs,HON.Judges LAWRENCE(&)DINSMORE-

Please note that I had a visit w/apptd.Counsel MR.SHAWN NOLAN on 6/22/17-(&)he assures me we will respond ASAP,when the Govt.replys but I cant get a prognosis(&)am concerned,b/c I need to ensure the Court understands my position b/c I worry about snafus(&)obstruction (&)its exhausting to endure these cycles of irony/injustice...so concisely,I am asserting that I can(&)desire to prove my innocence to a JURY,(&)still have not been allowed to despite proving counsels unapproved admissions of GUILT violated my right to support my plea (&)excluded the Jurys obligation to consider GUILT/INNOCENCE,violating my 5,6,7,13(&)14th amendment rights,consituting structural error,(&) wholly satisfying the HARMLESS ERROR Burden,proving an unfair trial. I also dont have copy of documents sent,work product(&)possibly a real attempt to tamprer w/my case PRO-SE...so cant contextualize(&) allay any doubt the Court may have as to my ACTUAL INNOCENCE.

I want to let you know(&)hope youll help,b/c I am attempting to reraise my complaint in ARKANSAS about Conspiracy against my rights resulting in compound crimes(&)Alienation of Effection,Involuntary Dissolution of Commonlaw Marriage,violation of my right to Reproduct -ive Health Services(&)Consort.

I did contact The Prosecutor-MS.Michelle Lawrence-og The E.Judicial District-GARLAND COUNTY AR.,I suppose she may contact you,there is LIBELOUS Public record(&)shes going to have to make a decision in my behalf,w/out the benefit of exonerating redacted Court papers...you know I did not willingly separate from my wife,but went to FL.to meet up w/her on vacation,(&)got approached by a guy who claimed he was a

Cont...

C.I.A. agent(&)I was on a closed circiut communications loop for 15 mos.,posing w/Cindy Wallace,who offered genuine spousal relations which was too much,duly but happened a couple times in close quarters, regardless,I did not agree to dissolve my relationship w/Kristin(&) only addressed the relationship w/Cindy after it was confirmed that -Kristin had a child...w/a guy that I complained about repeatedly.

If the Prosecutor Contacts you,I need you to order a mental/physical evaluation for Kristin,b/c after Trinity admitted I didnt have anything to do w/the crime,(&)exonerated me,(again),I wrote (&)told Kris that I was due to be released(&)would get damages for FALSE CONVICTION(&)I want 2/eggs so we can make up for lost time(&)use a surrogate,that Id ask the court to cover costs b/c The BOP dont process REPRODUCTIVE Health Plans...(&)that I want my Conjugal rights restored(&)need therapy for compatibility tests,since shed been w/somebody else(&)I woke up w/a woman connected to The State Dept.,also...for reconciliation.

Her current husband,who was subject in Complaints which were obstructed duly,got the letters(&)within a YEAR she was pregnant...HE KNOWS she could have MILLIONS of DOLLARS in DAMAGES from me b/c Im not only innocent,but was entrapt(&)lost BUSINESS(&)MY SPOUSE,who was w/me,engaged to be married for 3 YEARS!Feb.1992-July 1995-before she got a learners permit,or braces off,through post grad.orientation...

Her husband was a B-Dog,white member of a negro gang,(&)I turned him in repeatedly,he told her I was his friend,started calling(&)stopping by her house,telling me I could be a B DOG,he was a student at the HS/HS Hot Springs Hight School which she attended w/out me,1993-(&)was in a extracurricula program...they were all over at her house working on a school project(&)it was late(&)he drove so her mom told him he could stay on the Couch...in the middle of the night,he snuck into Kris'room (&)she woke up w/him having sex w/her...she said she was confused(&) -tired but it happened,(&)that she believed she was accidentally leading him on...

Cont...

I called the cops(&)told him to stop calling(&)do not come back to her house...but shed already been exposed to drugs(&)received liquor from him(&)his peers(&)did not want to cut all ties to the grooup...we argued repeatedly,(&)after being attacked(&)winning a fight against his friends,they started useing bottles(&)brass Knuckles literally beating us to stupors,stitches(&)ultimately Eddie Lee shot at a car I was in 2 X's,(&)at Kris' house 1 X,that I know of,tried to kill me(&)obstruct my complaint that hed sexually abused her,then threatened to deprive her of resources she couldnt have otherwise,(&) violently attacked her spouse when she refused to socialize w/him,(&) at 1 time,she came over to my house after he apparently made her host a Party,w/skintoner/hair hightlights(&)her vagina was 3in's dilated... full of grease,possibly semen...my phone would not work,so I went to a gas station(&)was struck unconsciuos at the pay phone...she had stopped taking Birth Control,so was mentruating regularly,(&)had been pregnant twice w/my child(&)both times after attending 21(&)under Clubs w/gang members it was terminated/miscarried...

Kristin was my LAWFUL/WITNESSED FIANCE From 1993,she wore a gold engagement ring w/a chip in it for over a 1/12 YEARS,(&)the problems started after I coaught Eddie Lee in her bed,in 1994...He repeatedly solicited my spouse for social scenes inappropriate for her,defamed my character (&)incited his DOZENS of MINIONS to SLANDER my wife(&)attack me...he knew she was my fiance,(&)snuck into a room he was not allowed to be in (&)took advantage of her while she was sleeping...then,tried to kill me for pursuing the complaint,(&)coerced her into continuing the affair by threatening to escalate the violence against me,(&)deprive her of substances she could not afford or legally obtain which was crucial for her social activity...she is related to Actor Anthony LaPaglia,(&)Eddie is related to the Lead Singer of a MULTI MILLION record selling band... they are entangle w/a media group that produces adult imagry(&)has a type of oversight/resource I cant compete with...since being in prison,Eddie sent pictures of Kristin being anally penetrated,performing fellatio,(&) engaging in extreme penetrations w/black men...she is a TINY Blonde w/ blue eyes(&)was my wife so the images were disturbing...

On 6/22/95,I was w/an informant Trinity Ingle,at reference for Court

Cont..

Services Ofcr.Joseph Fedor,checking on a job application...I had a Concussion,sprained ankle,little bit of a black eye left from the previous wknd,as a result of Eddies friends attacks...if released tomorrow,Ill find a DOZEN Witnesses to support my claims that he literally threatened my wife,impersonated my voice(&)instructed her to go places (&)that we were breaking up,(&)shot at me,then let negro gang members produce explicit photos etc.of her in XXX media,inducing 2 miscarriages.

Duly,she made comments but I really found out much of this after I was in jail,(&)shes euphemistic(&)brainwashed...the perpetrators of the 1st shooting were:STEVE HAYES,EDDIE LEE,TERRY HOMAN,DOUG HAYES,GERARD ALEXANDER,MATT DEAN,(&)MATT McKITRICK...

I have reported that a 100 X;s,w/no process whatsover,the Courts decision to relegate my claim of duress,(&)|\|¼|\K$#K") $!YK*M - that happened in 1994...

Ive had determinant evidence of my innocence available since 2002 (&)am getting older(&)believe if Eddie Lee had not kidnapped my wife I couldve hired a private Lawyer to present a prompt(&)thorough plea which wouldve prevailed,(&)wouldve gotten permission to recover my intellectual propertyrights(&)won a option to pay for Invitro fertilization(&)surrogacy,b/c I dont have any children...estrangement from my spousal consort,exacerbates the conditions of captivity(&)reduces my future options(&)I want to reunite w/my wife but am concerned about the binge drug use(&)entanglement/exposure to the offenders who did estrange-(&)obstruct my relationship duly...Eddie is a Violent Rapist(&)control freak,who did with aforethought attack(&)ritually humiliate me,by using my own wife against me,which was inconsolable b/c the BOP/DOJ refused to process my complaints,though prior b/c she was a witness...

I had to stop taking my medication b/c it caused too many HOT FLASHES (&)migraines which causes cognate disorder...I am on a light meal plan of my own design to control reflux(&)manage my BLOOD PRESSURE...I hope to be able to go over anything you might have a question about(&)believe if you give me the chance,Ill prove Im innocent of this crime...

Cont...

I am a white conservative(&)thinking of what Kristin has been through,as a woman is disturbing b/c as a husband,our sexuality was sacred,(&)relationship exclusive...EDDIE used the fact that he was not punished for his crime,influence every decision my wife made(&)he turned her into a PARTY/COURTESY GIRL for NEGRO Gang members which is a haunting/disturbing fact I have to deal with b/c I know she is a victim(&)I loved her very much(&)want my life back with the person I was with,as best as can be...I hope youll help me with this,in good faith...theyre are connected to organized crime so best be cautious...drugs,guns etc..I need Justice for this matter.

Sincerely,

*

Jeffery W.Paul 10517042
7/1/17