Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
07 JUL 2017 PM 5 L




C/O The Clerk of The Court
Inrem Case No#2:13 Cv 304(MJD/WTL) Legal Mail
CAPITAL HABEAS CASE
Judge Lawrence/Dinsmore
USDC Southern District IN.
921 OHIO Street Rm.104
Terre Haute,IN.
47801

UNITED STATES MARSHAL
PACKAGE SCREENED BY

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED
JUL 10 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829

[signature]

Sealed by sender

7/6/2017