UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| SUPERINTENDENT, Respondent. | ) | |

**Entry Regarding Petitioner's Correspondence to the Court**

The Court has considered petitioner's correspondence docketed July 11, 2017. To the extent petitioner expresses concerns about his pending habeas corpus petition, he is represented by counsel on those matters and counsel may address any such concerns. To the extent petitioner discusses matters beyond the issues pending before the Court, they are not issues cognizable in this Court in a habeas corpus action.

The correspondence does not specifically request certain relief. Accordingly, **the clerk is directed** to terminate as a motion this filing, [Dkt. 135].

**IT IS SO ORDERED**.

Date: 7/13/2017

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel