USDC/Southern District of IN.



FILED
JUL 18 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Inrem:Paul V.Superintendent(Pro Se)
Case No#2:13 cv 304(WTL/MJD)-
CAPITAL CASE/HABEAS CORPUS-

----------------

-MOTION TO ATTACH DOCUMENTS FOR RESTITUTION(&)RELIEF-

-----------------

12 pgs.Attached EXHIBITS Pursuant to-PRO SE-Rules-

Comes now The Petitioner PRO-SE does submit the abovestyled motion,to attach(&)process for restitution documents pursuant to concurrent pleading(&)financial restructuring-

SUMMARY OF PLEA-

The Petitioner prays the court will review pgs.1-11.attached,to assess the fact that The BOP/DOJ has utterly refused to apply the standard of review for grievance of persons suffering symptoms of a learning disability.

On or about FEBRUARY 2.I initiated another GRIEVANCE byway of the administrative remedy program,but am denied prompt or adequate process on the request for a CONCURRENT Motion for SENTENCE MODIFICATION,in my right to equitable relief,pursuant to alternate petition...I am trying to claim that The BOP/DOJ ruined my option to pursue a prompt resolution,of PRO SE petition by depriving me of resources such as a word processor,leaving me in CUSTODY(Defacto)of a Prison LAW LIBRARY orderly,who had a BIPOLAR MENTAL Breakdown(&)RUINED My-PRO SE-action by exposing the content to persons who tampered w/the content...et al, sending out of context WORK PRODUCT to the COURT!

I was trying to get a ORDER to REMAND,then sent COMPELLING PROOF of my innocence to The DIRECTOR of THE BOP/under T.18 USC Ch.227-SENTENCE MODIFICATION-§3582(C)(1)(i)..."in any CASE,The WARDEN may move a court to modify a sentence showing EXTRAORDINARY(&)COMPELLING REASON the

Continued...

...sentence was unfairly imposed etc..."

I believe I show more than enough cause to file a concurrent resolution on this matter...

The BOP's decision is just another deprivation(&)shows that the Govt.is discriminating against me...(&)although I dont want to be estranged from my Legal team,especially at this crucial stage in the process,Ive been trying to financially restructure for YEARS now,on several matters,see:PG.12.,this simple invention is innovative,(&)would NET me $18.000.000(mn)CASH-which could cover costs of investigative reform for violation of my CIVIL RIGHTS circa 1994-97,I know I told you,but you may not believe really grasp the facts,thats the following,I was traditionally engaged to be married from winter 93",to someone Id KNOWN for years(&)been exclusively dating since 92"...I was told she married somebody who actually shot at me,(&)was subject of a FELONY SEX ABUSEcomplaint,for raping my fiance,if she was cheating on me, that explains why she did not respond to my request for Counsel in 96'...

Also,I heard that I got a 16yrs old cheerleader pregnant(&)shes a College Varsity Athlete(was),related to an Olympian...I need to find out if thats true b/c I remembered the incident but coulnt put it in context w/out the witness duly-the incident occurred proxy 4/14/95-Subject Name BELINDA ARBUCKLE-Student at LAKE HAMILTON,HS-...she came over to talk to me,or my neighbor(&)parked in my drive on a incline,driving what appeared to be my fiances sisters car,she appeared to be my fiance,I had reunited w/my fiance after several months separated in DOC/ARKANSAS,(&)we had several conjugal visits since March...but really hadnt stepped out,just gone straight to the bedroom...Fiance name-KRISTIN LaPaglia-she was in Nursing school (&)getting to my needs while also working TWO JOBS!

Continued...

...long story short,we drove to the Lake to be together,I had not seen that car in awhile,(&)(had not been anywhere except the bedroom,so I took her like a wife,she was answering to my fiances name(&)everything,but I dont want to get BELINDA in trouble b/c she was 16yrs old,(&)I believe she was,in retrospect a virgin,(&) inhibited,so what happened is I did have her in the front seat of the car,but when she stood up,I noticed she was slouching but still looking me in the eye,so I looked(&)we were both barefoot,(&)she was holding her flip-flops(&)being real clingy,(&)so I said to myself she grew 5in's at least,IM 64in more tall,KRISTIN was 58-60in tall so it started raining hard(&)I drove back(&)she left(&)I noticed later,that the car was a 70s,Late Model Blue(&)Gray interior CUTLAS (&)Kristins car was Blue(&)Blue Grand Prix,same year...so I asked my neightbor if he saw that,he says yeah,that car belongs to Steve Hayes (&)I said,does he know KRISTIN,he says yeah shes been driving around w/him for a month,hes dating her...I thought yawll broke up,I said NO, were engaged dude,his wife says,thats not Kristin,thats BELINDA ARB-UCKLE,...Suzys sister,Suzy Arbuckle had been calling me repeatedly since I got out of prison,(&)all this occurs over the time from March to July 95',when I left for FLORIDA,(&)several people told me that BELINDA was Pregnant,(&)she Looks like Kristin,so I was accusing her of having affairs,(&)Suzy offered to let me use her if I was frust-rated(&)going to separate from Kristin,but says her Mom wont let me go near BELINDA for no reason...I heard she had a Black baby for a athletic program,but was told I am black...clearly I am not.

I really need the Court to order my Lawters to get FOIA/processed (&)financially restructure for me,so I can either take care of my illigetimate child/spouse,or get REPRODUCTIVE HEALTHCARE b/c I dont have any of my own,(&)I need to pay for a LAWSUIT if your not going to order the GARLAND Cty.PROSECUTOR to Go forward w/my complaints,b/c my

Continued...

...wife KRISTIN LaPAGLIA,was literally raped in her sleep by thge guy that shot at me,(&)is now married to him,(&)I allegedly have a child w/a 16yr old cheerleader who was admittedly beautiful at the time,resembled Kristin but taller(&)allegedly afro-centric so NO GOOD to me,right!Shes a potential SEX OFFENDER too,maybe related to EDDIE LEE,Kristins rapist husband(&)Drug Supplier,I need to find out who has pictures from 1992-95,b/c they robbed me of my honeymoon/engagement photos(&)(some property relevant),...I tell my lawyers this OVER(&)OVER to no end,I want to press charges but Kristin did not get SPOUSAL PRIVILEGES,b/c the USAO,says I was with Cindy Wallace in FL.(&)had moved on,but Cindy was introduced to me by aCIA Agent,her family had contacts at the State Dept.,(&)you can see that I got TATTOOS,in 96'(&)97',(&)DID NOT cover KRISTINS Name,which was tattooed on my leg in 93'when we got back from a trip to IL.where I had a early holiday w/her father...(&)his new family.

Please order the Lawyers to process(&)disclose my request to file in ARKANSAS STATE,Civil Rights Complaints(&)Financially Restructure to get upfront money for my PATENTS...I need a recommendation from the CONSUMER PRODUCT SAFETY COMMISSION,which you could order done,so thats my request,also,do I need to get a "Belinda is my baby-momma" tattoo or not,is that true?If she was dating Steve Hayes,or Pregnant w/a Black Child,she didnt say that(&)actually answered to my fiances name for an hour...

Uncounseled Correspondence-
Respectfully Submitted,

Signed [signature]

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO Box 33/Terre Haute,IN.
47808-0033

7/12/17