USDC / Southern District IND

Pg 13.

PS.

Dear Sirs! Judge Lawrence / Dinsmore;

Concisely, I need You to ORDER My lawyers to process for My Restructuring if they won't process my Civil Rights Complaints Relevant to Spousal Estrange-Ment!

It's been a LONG time & have been brought to Tears & Rage & begged these people to react & proceed!

I had a wife; & allegedly a child; & if I did NOT; there is a litany of offenses Committed against Me including Attempted Murder; Sex Abuse; kidnapping & Robbery!

All my Rights were involuntary waived by The Govt., when they extended immunity to people who victimized Me & were Victims themselves -

I Need Closure & process, I AM a victim of VIOLENT Crimes!

Sincerely,

[signature]

7/13/17