Pg. 1

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution ☐ Region ☑ Central

SCU Unit

## Receipt of Administrative Remedy

Inmate Name: Paul, Jeffery Reg. No.: 10517-042

Administrative Remedy No.: 859207-A1

Received on this 7th day of June, 2017.

[signature] / Counselor
Signature/Title of Staff

# Inmate Copy

Pg. 2

**Administrative Remedy No. 859207-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you contest the legality of your sentence because you have a learning disability. For relief, you request to have your Administrative Remedy processed for exhaustion purposes.

Our review of your appeal reveals the Warden and Regional Director adequately addressed your issues in your lower level filings and we concur with their responses. There is no evidence your current sentence is invalid. Thus, the BOP is required to honor the J&C and the Court's order of your confinement for the term of imprisonment. We find you are appropriately committed to the BOP, and designated and housed at an institution commensurate with your security and custody needs. Any challenges to your current sentence needs to be addressed with the sentencing court.

Accordingly, your appeal is denied.

5/17/17
Date

Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Pg. 3

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Paul Jeffery W. | 10517-042 | SCU | USP Terre Haute, IN.

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

see:Text of BP 8-9-10...

Clearly,this Petitioner has been relentlessly stalked(&)obstructed (&)claims to be ACTUALLY INNOCENT,unduly convicted,(&)able to show proof of both claims...which gives me a right to relief under the The description in USC Title 18-Ch.227-§3582(&)Ch.235-§3742-because the verdict was based upon admission of guilt by my own attorney,who was attempting to comply with terms of an involuntary Plea Bargain-as well as testimony which was demonstrably MATERIALLY PERJURED-

Again,Ive had evidence that The US Attorney has at least 2 confessions from The Perpetrater,which exonerate me(&)are consistent with the forensic evidence,(&)I can prove that I denied I committed the crime before I was arrested,when I was arrested(&)pretrial...claimed I was only a witness.

I have been relentlessly stalked(&)obstructed with no legal recourse, while in custody,including false/forged confessions(&)Bogus Petitions!

6/24/2013
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 05 2016

Administrative Remedy Section
Federal Bureau of Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 859207-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

pg 4.

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

---

☐ Institution ☑ Region ☐ Central

SCU Unit

# Receipt of Administrative Remedy

Inmate Name: Paul, Jeffery Reg. No.: 10517-042

Administrative Remedy No.: 897769-R1

Received on this 7th day of June, 2017.

[signature] / Counselor
Signature/Title of Staff

Inmate Copy

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy**
**Part B - Re**

M. 5

**Administrative Remedy Number:** 897769-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on May 1, 2017, wherein you allege you are unlawfully convicted, and challenge the Western District of Arkansas' refusal to grant your request for a new trial. For relief, you request to press charges, complain, and for the Bureau of Prisons (BOP) to concur with your petition for a new trial.

We have reviewed your appeal and the Warden's response dated April 19, 2017. The BOP is in possession of properly executed, facially valid order committing you to our custody. The BOP lacks the authority to amend an order of the court and will not act as your counsel to request the court to amend your judgment or grant a new trial. Absent an amended order, you shall remain under the care and custody of the BOP. If you wish to press charges or file a formal complaint against the Western District of Arkansas, you are encouraged to contact your attorneys.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

5-11-17
Date

Sara M. Revell, Regional Director

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Pg 6

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments with this appeal.

From: Paul, Jeffery W. | 10517-042 | SCU | USP T... IN.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

I am complaining that I can prove my right to EQUITABLE RELIEF on appeal was violated when TheWD/AR refused to remand for a NEW TRIAL,despite having proof my conviction was returned b/c TRIAL Counsel attempted to comply with terms of a PLEA BARGAIN I refused,which required a guilty plea/I plead NOT-GUILTY,but my attorney made contritionstatements(&)omitted my DEFENSE entirely, also,my penalty was disparate...(&)in 2005,MATERIAL EVIDENCE of my ACTUAL - INNOCENCE previously suppressed was available(&)they still declined...seems other persons are remanded in FAR LESS time,despite having more serious cases (&)less EXHONERATING Evidence(&)its NOT FAIR!The Judges are misinformed(&) Biased(&)Attorneys regularly fail to raise key points in contention,such as simply rebutting the allegation...regardless,I am NOT Lawfully convicted(&) Believe I could win a NEW TRIAL,(&)would rather proceed than remain in Prison indefinitely,I want to PRESS Charges,(&)have a Right to complain,(&)ask the DIRECTOR to concur that my case requires a remand,under T.18 USC Ch.227-SENT-ENCES-Modifications-§3582(C)(1)(i)in any case,showing EXTRAORDINARY(&)COMPELL-ING REASONS,Dir.may move Court to modify sentence-

4/24/17 — DATE

[signature] — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAY - 1 2017
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 897769-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

Remedy No.: 897769-F1

FCC Terre Haute,

Pg. 7

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted April 6, 2017, in which you allege your written complaints are unintelligible due to your learning disability. As relief you request to make a verbal complaint.

A review of your request reveals you have made numerous verbal and written complaints in regard to your conviction and incarceration status, appeals and other legal matters. Be advised, Unit staff have afforded you every opportunity to register these complaints be they verbal and/or written through Inmate Request to Staff Member or the Administrative Remedy process. However, your legal processes and appeals progress status, is directly between you, your attorneys and the court that has jurisdiction of your case in the Western District of Arkansas. Further, the Bureau of Prisons is not obligated to arrange legal assistance for you in judicial matters and you are directed to pursue these ends through your legal counsel.

Therefore, this response to your Request for Administrative Remedy is informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

4-19-17

Date

J. E. Krueger, Complex Warden

Pg 8

FCC Terre Haute
Attempt at Informal Resolution

188

| Inmate Name: Paul, Jeffery | Reg. No.: 10517-042 | Unit: SCU |
|---|---|---|

**Notice to Inmate:** Ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint with staff.

| Dept. Assigned: Legal | Due Date: 2-8-2017 |
|---|---|

Section 1: Briefly state inmate's complaint and requested corrective action(s):

See the attached attempt at informal resolution.

☐ **Informally Resolved/Complaint Withdrawn**

Inmate's signature Date Staff Printed Name/Signature

☒ **No Informal Resolution/Progress to BP-9**

Jeffery W. Paul 2-8-17 Sutton [signature]

Inmate's signature Date Staff Printed Name/Signature

Section 2: Document efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved.

This is Administrative Remedy is repetitive in nature to:

| | | | | | |
|---|---|---|---|---|---|
| 541896-F1 | 583092-F1 | 585173-F1 | 616975-F1 | 632657-F1 | 632658-F1 |
| 632660-F1 | 721611-F1 | 736315-F1 | 757760-F1 | 758185-F1 | 788162-R1 |
| 795633-F1 | 855975-R1 | 859207-F1 | | | |

In addition, the bureau of prisons is not obligated to arrange legal assistance for you in judicial matters.

A review of your request reveals that you were convicted in the Western District of Arkansas on June 25, 1997, of Killing in the Perpetration of a Robbery, Aiding and Abetting, Knowingly Carry and Use a Firearm, Death of a Person Through the Use of a Firearm, and Aiding and Abetting for which you have consequently been sentenced to Death. Your communications legal or otherwise through traditional methods that include general and legal correspondence, telephone, email and visiting, are sufficient to your need. Additionally, concerning your legal processes and appeals progress status which may not be to your satisfaction, is directly between you, your attorneys, and the court that has jurisdiction of your case in the Western District of Arkansas.

Shepherd [signature] 2/8/2017

Dept. Head Name Printed/Signature Date

The Department Head may assign to other departmental staff; however, the Department Head must sign as having reviewed prior to returning to the assigned Counselor. If the inmate agrees to informally resolve his complaint, Section 2 does not need to be completed. Section 2 is only completed if the inmate declines to informally resolve and requests to progress to the BP-9.

USP Terre Haute,IN.

Jeffery W.Paul Rg#10!
USP Terre Haute,IN.
SCU/305 Cell/C Lower
2/1/2017

Pg 9.

Inre:Legality of My Captivity-

-Informal Request for Remedy/Complaint- BP-9-

Attached-Pgs.3-EXHIBITS-

-Summary of Complaint-

I have currently been imprisoned for over 20 Years(&)only recently filed my HABEAS Appeal.

My Captivity is illegal by any standard of review because the conviction(&)penalty were returned as a direct result of my trial counsels admissions of guilt,which I did not permit(&)were result of his interpretation of NEW LAW,which effectively precludes a rebuttal of facts established at a seperate trial...

Despite knowing my conviction was returned by a jury that literally could not consider I was innocent,the Court refused to vacate(&)remand according to the statute,on direct appeal in ARKANSAS,(&)then made me prove I am ACTUALLY INNOCENT,instead of unlawfully convicted,before they would let me appeal again,knowing Im imprisoned in violation of my 13th,amendment...

-Request for Relief-

I want to contact the US Attorney for a complaint that FBOP/DOJ has maintained my captivity in violation of my 1st amendment,as well as my 4th,5th,6th,7th,8th(&)14th amendment,by citing agency clause which violate ARTICLE 4(&)6 of The US Constitution,guaranteeing my right to prompt,equitable(&)liberal Jurisprudence in all civil/criminal matters...see:Pg.1,2,(&)3...which clearly define what a violation of any privilege/immunity is(&)who is liable...whoever had knowledge a violation was about to occur(&)power to prevent...repeatedly relegating (&)impeding my redress is a violent offense,resulting in compound crime The FBOP/Courts refuse to effectively redress.

Signed Jeffery W. Paul
/Jeffery W.Paul

Done this day-2/1/2017-

Pg. 10



was repealed by Pub.L. 104–294, Title VI, § 604(b)(14)(B), Oct. 11, 1996, 110 Stat. 3507.

## § 243. Exclusion of jurors on account of race or color

No citizen possessing all other qualifications which are or may be prescribed by law shall be disqualified for service as grand or petit juror in any court of the United States, or of any State on account of race, color, or previous condition of servitude; and whoever, being an officer or other person charged with any duty in the selection or summoning of jurors, excludes or fails to summon any citizen for such cause, shall be fined not more than $5,000.

(June 25, 1948, c. 645, 62 Stat. 696.)

## § 244. Discrimination against person wearing uniform of armed forces

Whoever, being a proprietor, manager, or employee of a theater or other public place of entertainment or amusement in the District of Columbia, or in any Territory, or Possession of the United States, causes any person wearing the uniform of any of the armed forces of the United States to be discriminated against because of that uniform, shall be fined under this title.

(June 25, 1948, c. 645, 62 Stat. 697; May 24, 1949, c. 139, § 5, 63 Stat. 90; Sept. 13, 1994, Pub.L. 103–322, Title XXXIII, § 330016(1)(G), 108 Stat. 2147.)

## § 245. Federally protected activities

(a)(1) Nothing in this section shall be construed as indicating an intent on the part of Congress to prevent any State, any possession or Commonwealth of the United States, or the District of Columbia, from exercising jurisdiction over any offense over which it would have jurisdiction in the absence of this section, nor shall anything in this section be construed as depriving State and local law enforcement authorities of responsibility for prosecuting acts that may be violations of this section and that are violations of State and local law. No prosecution of any offense described in this section shall be undertaken by the United States except upon the certification in writing of the Attorney General, the Deputy Attorney General, the Associate Attorney General, or any Assistant Attorney General specially designated by the Attorney General that in his judgment a prosecution by the United States is in the public interest and necessary to secure substantial justice, which function of certification may not be delegated.

(2) Nothing in this subsection shall be construed to limit the authority of Federal officers, or a Federal grand jury, to investigate possible violations of this section.

(b) Whoever, whether or not acting under color of

dates or interferes with, or attempts to injure, intimidate or interfere with—

(1) any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from—

(A) voting or qualifying to vote, qualifying or campaigning as a candidate for elective office, or qualifying or acting as a poll watcher, or any legally authorized election official, in any primary, special, or general election;

(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States;

(C) applying for or enjoying employment, or any perquisite thereof, by any agency of the United States;

(D) serving, or attending upon any court in connection with possible service, as a grand or petit juror in any court of the United States;

(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; or

(2) any person because of his race, color, religion or national origin and because he is or has been—

(A) enrolling in or attending any public school or public college;

(B) participating in or enjoying any benefit, service, privilege, program, facility or activity provided or administered by any State or subdivision thereof;

(C) applying for or enjoying employment, or any perquisite thereof, by any private employer or any agency of any State or subdivision thereof, or joining or using the services or advantages of any labor organization, hiring hall, or employment agency;

(D) serving, or attending upon any court of any State in connection with possible service, as a grand or petit juror;

(E) traveling in or using any facility of interstate commerce, or using any vehicle, terminal, or facility of any common carrier by motor, rail, water, or air;

(F) enjoying the goods, services, facilities, privileges, advantages, or accommodations of any inn, hotel, motel, or other establishment which provides lodging to transient guests, or of any restaurant, cafeteria, lunchroom, lunch counter, soda fountain, or other facility which serves the public and which is principally engaged in selling food or beverages for consumption on the premises, or of any gasoline station, or of any motion picture house, theater, concert hall, sports arena, stadium, or any other place of exhibition or entertainment which serves the public, or of any other establishment which

exclusive of the courts of the states in patent, plant variety p and copyright cases.

(b) The district courts shall have original jurisdiction of any civil action asserting a claim of unfair competition when joined with a substantial and related claim under the copyright, patent, plant variety protection or trademark laws.

(c) Subsections (a) and (b) apply to exclusive rights in mask works under chapter 9 of title 17, and to exclusive rights in designs under chapter 13 of title 17, to the same extent as such subsections apply to copyrights.

(June 25, 1948, c. 646, 62 Stat. 931; Dec. 24, 1970, Pub.L. 91-577, Title III, § 143(b), 84 Stat. 1559; Nov. 19, 1988, Pub.L. 100-702, Title X, § 1020(a)(4), 102 Stat. 4671; Oct. 28, 1998, Pub.L. 105-304, Title V, § 503(b)(1), (2)(A), 112 Stat. 2917; Nov. 29, 1999, Pub.L. 106-113, Div. B, § 1000(a)(9) [S. 1948, Title III, § 3009(1)], 113 Stat. 1536, 1537-___.)

### § 1339. Postal matters

The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to the postal service.

(June 25, 1948, c. 646, 62 Stat. 932.)

### § 1340. Internal revenue; customs duties

The district courts shall have original jurisdiction of any civil action arising under any Act of Congress providing for internal revenue, or revenue from imports or tonnage except matters within the jurisdiction of the Court of International Trade.

(June 25, 1948, c. 646, 62 Stat. 932; Oct. 10, 1980, Pub.L. 96-417, Title V, § 501(21), 94 Stat. 1742.)

### § 1343. Civil rights and elective franchise

(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

(b) For purposes of this section—

# Sur-Shave (Sure Shave) Blade Test ©

Pg. 12.

$30.000.00 (two) Patent Right offer - A&G ©
Rel it futures -

This is a proposal for a safety product to prevent lacerations of default razor blades ...the test would be included w/packs of razors(&)would be made of fleshlike bio-gel,which would reveal any defects before the customer uses the product.

The test strip is on a post w/a handle (&)consists of an adjustable size form on which a 1/10 mm thick BIO GEL strip is applied-

The test should work by visual inspection (&)be cheap to produce but represent a great upgraded value!




swipe this razor from top to bottom in one motion applying even pressure to reveal the performance of the blade...

from Top to Bottom




Kris!
* Needs Recommendation from Consumer Product Safety Administration
then we'll Negotiate a Remittance Rate!
okay!
Love Yous
Jeff

(Re) Design -
[signature]
6/27/17