UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, et al. | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Regarding Petitioner's Motion to Attach Document**

Petitioner is represented by counsel but on July 18, 2017, filed *pro se* a motion to attach documents for restitution and relief. The Court has reviewed the motion. It asserts matters beyond the scope of the pending Section 2241 petition and seeks relief beyond the Court's authority. Accordingly, the motion, [Dkt. 137], is **denied**.

**IT IS SO ORDERED**.

Date: 7/20/2017

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel