UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:13-cv-00304-WTL-WGH |
| | ) | |
| SUPERINTENDENT, USP Terre Haute<br>UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now the Respondents, Superintendent, USP Terre Haute, United States of America, and for its Motion for Extension of Time to answer Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, states:

1. On October 18, 2016, Petitioner filed his amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 103. Petitioner subsequently file a six volume appendix to his amended petition for writ of habeas corpus. Doc. 106.

2. On June 6, 2017, the Court ordered the Respondents to answer Petitioner's amended habeas petition and show cause why relief should not be granted by August 8, 2017.

3. Undersigned counsel and the U.S. Attorney's Office for the Western District of Arkansas, where Petitioner's case originated, have been reviewing Petitioner's amended habeas petition and appendix, and collecting records to draft the Respondents answer.

4. However, the Respondents need additional time to fully review the record and answer Petitioner's claims in his amended habeas petition.

5. The Respondents, Superintendent, USP Terre Haute, United States of America, would request an extension of time until September 29, 2017, to answer Petitioner's amended habeas petition.

6. Movant has contacted counsel for Petitioner, who does not object to the relief sought by this motion.

WHEREFORE, the Respondents pray that the Court extend the time for answering Petitioner's amended habeas petition in this case to September 29, 2017.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By: /s/ Jeffrey A. Zick
Jeffrey A. Zick
Attorney, Criminal Division
U. S. Department of Justice
E-mail: Jeffrey.Zick@usdoj.gov

By: /s/ James R. Wood
James R. Wood
Assistant United States Attorney
E-mail: Bob.Wood@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2017, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Shawn Nolan
Federal Community Defender Office
Shawn_Nolan@fd.org

Pete Williams
Federal Community Defender Office
Pete_Williams@fd.org

/s/ Jeffrey A. Zick
Jeffrey A. Zick
Attorney, Criminal Division
U.S. Department of Justice

/s/ James R. Wood
James R. Wood
Assistant United States Attorney