USDC/Southern District of IN.



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 JUL 25 PM 5:02
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304-(CAPITAL HABEAS)-

-----------EXHIBITS Pg.1-4-

MOTION FOR ORDER TO PROCESS REQUEST FOR REMEDY OF VIOLATIONS OF CIVIL-RIGHTS,OBSTRUCTED TO DATE,ATTACH PAPERS TO REQUEST FOR RELIEF SECTION OF COUNSELED PLEADINGS-

Comes now The Petitioner Pro-Se,does hereby uncounseled correspondence submit the following MOTION for Process of The Above-styled matter-

SUMMARY OF PLEA-

The petitioner claims that due to PRISON Policy,I cannot financially restructure,(&)I am currently in my 20th year of captivity,(&)have parents who are aging,(&)am heir to a PATENT claim which was allegedly in pending legal action,circa 1989-95-because the US Government leveraged my UNCLE JAMES MASSEYS Patent for the 911/411 system(not including banking transactions etc...),when the telecommunications system transfered from ROTORY PHONES to KEYPADS.

My Uncles schizophrenic,(&)was taken advantage of,he invented the PATENT for FLEXIBLE ACCESS DATASYSTEMS INTERFACE-,which is the applied system for accessing info through the phone,in datasets...

You know Ive my own inventions but again,my family are being relegated,(&)my LAWYERS Claim to have no PURVIEW,because theyre CAPITAL-HABEAS-attorneys...so the prison wont let me effectively contact any private Lawyers,(&)my written correspondence is unintelligible,so I am told repeatedly,since being imprisoned,"You have LAWYERS already (&)must refer these matters to you attorneys of record,The BOP will not solicit counsel for you when you have counsel"...

I want you to read the LETTER I am including copy of which I sent to the GARLAND Cty.Prosecutor MS.Michelle Lawrence,you know I would

Continued...

...hire a PRIVATE INVESTIGATOR(&)Couldve if The BOP/DOJ had accomodated my needs,to get the evidence that not only was my spousal rights violated,but I WAS VICTIM of a LITANY of VIOLENT CRIMES which effected the months immediately preceding the offense I was charged with,(&)at one point,I was told that a 16yr old cheer-leader was pregnant with my child...which I believe I told you in other correspondence...still have no reliable investigative reform from that,which was requested over 20 YEARS ago,(&)truly, the Court does not heed the past incidents which I related whereby electroshocks/barbituates(&)other procedures,persons both free(&) imprisoned were induced to MELANCHOLIC FITS,AMNESIA(&)Inconsolable estrangements by LIES,(&)injury,sometimes physical...this plaintiff suffers regular MELANCHOLIC FITS,(&)has received stitches,discipl-inary sanctions(&)may be on more than one KILL LIST from arguing w/ other prisoners,including one who attempted to establish defacto custody over me(&)entered my case repeatedly w/(&)without my perm-ission to my DETRIMENT!

I have NO FAITH in this Process,will likely never see the docum-ents/reply in brief from the government(&)wont know what the status of my case is until its over...The Govts.Decision to NOT REMAND in 1998,was a violation of my right to EQUITABLE RELIEF on APPEAL,(&) again,The Govt.has known that the EYEWITNESS TESTIMONY wholly exoner-ates me since 2005-I was 28 Yrs.old...(&)was waiting for a NEW TRIAL (&)Order to be released when I became aware that other PRISONERS had actually attempted to arrange for me to get a PLEABARGAIN for LIFE-W/Out PAROLE,against my will,(&)threatened to kill me when I confr-onted them,which seemed to amuse staff!

My captivity was result of a conspiracy between my TRIAL ATTORNEYS (&)The USAO/ARKANSAS',(&)incited by my repeated complaints about being attacked as a class by the ADULT INDUSTRY,in AR.,scouting the teenage girls,including my wife,using organized crime/racially mo-tivated political resources(&)oversight to entrap/estop the rights

Continued...

of heterosexual white Couples,scapegoat criminal defendants in a blatant attempt to undermine the prompt(&)substantative right to redress grievance/appeal etc...by prison reformers(&)sex offenders whore avoiding penalty for their actions!

I had a right reasonably to both explain how BELINDA ARBUCKLE couldve conceived a child with me while I was engaged to KRISTIN LAPAGLIA,(&)find out if in fact the child was mine,because they do say shes afrocentric(&)has a black child(&)so thats going to be funny because I had a crush on her...I dont remember having a crush on her but do remember going to school with her(&)I knew her sister because she had a scar on her face(&)I also had a scar on my face so the school had a practice of informing students they should not tease etc...

Regardless,I need the Court to ORDER the Documents for my INTELLECTUAL -PROPERTYRIGHTS reformed for revisions,(&)the DOCUMENTS from my UNCLES *Patents recovered(&)reviewed for DAMAGES of ANTITRUST Violation from the ARTICLES OF INCORPORATIONS of the Clearsystems/CSS® ,company which was notoriously insolvent,(&)I want a LUMP SUM payout for the infringement,remittance for FUTURES sales/service schedules,to be determined (&)for you to assess the ESTATE of HUBERT MASSEY as the payout point of reference,because he was my GRANDFATHER(&)died without recovering from investment in his sons/my Uncles Business,the return of which would in part go to my mother upon his death,(&)shouldve totaled mutimillions of protected cash(&)assets...

If Belinda is afrocentric(&)doesnt have a child of mine,I dont want to contact her,(&)if KRISTIN really is alive(&)married the guy that shot at me,I think shes kidnapped but if she dont promptly obey me then I wont request lenity for her testimony onmy criminal complaints(&)she can go to jail w/her fake husbands/lovers-pimps,(&)get nothing from me but more trouble...if she is good(&)obeys she can get a SPOUSAL ALLOWANCE(&)work this out with me...

Continued...

I need you to ORDER the Appointed Counsel to process my claims against violations of my SPOUSAL(&)PROPERTY RIGHTS,(&)also,take-over pleadings I attempted to draft for claims against THE BOP/DOJ for CRUEL(&)UNUSUAL CONDITIONS OF CAPTIVITY... which have to be consolidated for intelligibility,(&)context...

Please note the copy of the Letter to MS.Michelle Lawrence,of the Prosecutors Office,Garland Cty.AR.,I am desperately trying to get to some truth that makes sense,could not care less if I tried because my wife wife really is with a guy who sexually abused her,me(&)tried to kill me,we WERE NOT Broken-up (&)had regular Conjugal Visits etc... all the way til July 95'...so she either did have an affair,(&)lied (&)did not Believe the VIOLENT ATTACKS Against me,or never really knew what was going on...that guy is the guy that snuck into her room (&)sexually abused her in 94'...I tried to complain repeatedly to the police(&)they started shooting at me!

Respectfully Submitted,

Signed Jeffery W. Paul

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808-0033

Done this day-
(7/14/17)-