Prosecutors Office/Garland County AR.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

Inrem:OBSTRUCTION!

Subjects:KRISTIN M.LaPaglia(&)
BELINDA Arbuckle -

Legal Letter/Notice(&)Amendment- Pg.1.

-----------

MS.Lawrence,

Sorry to bother you again,but I wanted to let you know that at least 3 times since being imprisoned,my attorneys(&)investigation teams have been disinformed by persons attempting to discover MS. LaPaglias status,she is evasive(&)I was told POINT BLANK,that she, NOT Her Sister ANDREA,was the girl on a HEART TRANSPLANT List(&)that everybody knew that when we dated duly,that she died after rejecting the organ while I was in jail/shortly before I left for FLORIDA in 95",I was shown photos of a torso,same color as her,in surgery,but after remembering exercises,I recalled she was taking medicine(&) said she can barely walk to the mailbox,but I(my sex)dont hurt...I started thinking she was terminally ill,(&)possibly deceased,(&)had melacholia FITS,started getting suicidal(&)violent(&)literally wept for DAYS STRAIGHT,(&)that THOUGHT/BELIEF from before comes to me from time to time(&)most recently,while trying to see if I could get a Spousal Support award from the CIA Agent in FLORIDA,I had a fit re-membering that KRISTIN was reported dead,is actually in a refridger-ation unit at the morgue,wearing the engagement ring she had on at the hospital,(&)is under my last name,b/c from 93'to 95'shed been using my name on correspondence etc...(&)did file the papers for our marriage,when I had a fit(&)then was concussed from a fight(&)could-nt function...AMNESIACS!

My mother is being told that she Married the guy that shot at me (&)that hes a PLUMBER...so basically,she cheated on me,refused to get me a LAWYER,KNOWING I was kidnapped(&)falsely accused(&)could win MILLIONS of DOLLARS,(&)wouldnt/couldnt wait for me to get a vo-tech certificate,but could do that for the guy that shot at me(&) then NOT CHEAT or HASSLE him,for 20YEARS!WOW!

Continued...

Thats DISTURBING!!!I dont know if I believe it,my other Lawyer was told that she married BRAD Miller,another guy that attacked me,leaving me on the street struggling for consciousness,that she has two daughters,I was told that when she came over the day her vag-ina was dilated 3in's,she had posed for pictures for my book,b/c she was going to gain weight soon,on some medication,but when I had a fit,she stopped talking about it,(&)says the meds were for SHINGLES (&)(I was told),that they harvested her eggs(&)we have frozen emb-ryos but I was actually an incompetent b/c of my behavior!

Regardless,finding out this is a right(&)Im not trying to be a stalker but I did not have a legitimate other relationship,so the truth is thats my wife(&)I dont know if she died,betrayed me only, or what...if shes dead,I want the body for traditional interment with me,where I decide I will go,but If the cheerleader from Lake Hamilton did conceive a child w/me(&)deliver the child,(&)also got me declared incompetent,thats a game changer,the fact is if Kristin will reconcile then I would(&)am asking for that,if Eddie is or is not-arrested,b/c he has a child w/my wife,Ill pay him to sign the papers in a contingency form,agreement designed to ensure that he will go to jail if he violated terms(&)attempts to communicate/reach KRISTIN in any way,but if I do have a child w/BELINDA ARBUCKLE,I will place the $5.000.000(mn)in a SPOUSAL ESCROW so she can decide what he gets b/c thats alot of money my child wont be getting...If KRISTIN is dead,then Ill need to find out certainly whether BELINDA Conceived (&)if she did then Ill just draft a conditional trust for my family (&)send the rest to SPOUSAL ESCROW entoto,b/c I think I will just get rehabilitation so I qualify for a CARRY(&)CONCEAL(&)then may leave the Country for awhile,if BELINDA wants a traditional Marriage I would do that for her as best as I can w/out dwelling,but Kristins body will be w/mine as BELOVED Wife,if Belinda conceived then obviously Id have hers as well under BELOVED Wife(&)Mother of my Child-,I dont know if the alleged embryos are viable but if theyre are,shed have to agree to custody of that as well...

Continued...

Again,sorry to bother you,I wanted to remind you,if I did not tell you previously,these people not only did everything I allege in a violent attempt to OBSTRUCT Criminal Complaints,but also lied to FEDERAL OFFICERS Investigating a CAPITAL CASE on Appeal,since then,as well as stalking the plaintiff...

This is the info given on the Computer Search for The Counselor MR.SUTTON,(&)MR.Shepherd Case Manager(&)MS.Thompson,UNIT MANAGER (for YOUR Office)

Michelle Lawrence Prosecuting Attorney
501 Ouchita,Room 107
Hot Springs,AR.
71901

(501)622.3720(Ph)

Theres another address which I used for CERTIFIED MAIL,which was signed for-NO E-MAIL Add.Available(&)my Mom says she will speak w/you if you open a case,(&)the UNIT TEAM Here at The USP will schedule a call w/me if you want...MR.SUTTON does not work on FRIDAYS!

Respectfully Submitted,

Signed ________
Jeffery W.Paul

Done this Day(7 / 14/17)