Jeffery W. Paul
Reg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808




- 1st class postage -

Legal Mail

USDC/ Southern District
c/o the Clerk of The Court
Judge Lawrence / Dinsmore
Case No 2:13 cv 304 (WTL/ MJD)
"Paul v. Superintendent -
921 OHIO St. Room 104
Terre Haute. IN.
47801

Legal Mail

RECEIVED
JUL 21 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY