Office of Judge Lawrence/Dinsmore-USDC/SD-IN.

Pg.1.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 JUL 25 PM 5:02
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)
Case No#2:13 cv 304-T.28 Ch.153 §2241-2255-
CAPITAL HABEAS-

----------------

LEGAL LETTER OF NOTICE/REQUEST TO JUDGES-

----------------

Dear Judges Dinsmore/Lawrence,

I understand that I have a reply date for this case,so thats a long awaited for procedure,but I need to let you know that I've been told repeatedly by Legal Buffs,not appointed Counsel,that YOU do not Liberally remand CAPITAL CASES,(&)I will not get any DAMAGES,which is why you declined to consolidate my CIVIL RIGHTS Complaints for intelligibility,(&)ordered the case back to WD/AR,(&)closed it,despite AUTHORITIVE PRECEDENTS requiring remands...

I am currently estranged from my wife(&)parents do not have the resources to assist with some very simple tasks so I needed to financially restructure,but could not,(&)my wife was attacked by persons attempting to manipulate the result of this case,so she got immunity for what was effectively perjury,annulled our engagement(&) refused to cooperate with my complaints about that(&)_the relationship I entered in FLORIDA,in defacto custody of a CIA OFFICER...I had also initiated a complaint about KRISTINS(KRISTIN LAPAGLIA(Fiance), 92'-95',spousal misconduct,because I caught her in bed with somebody else,(&)she told me her Mom had let him sleep on the couch because he was helping her(&)her friends with a school project,(&)was over late, but snuck into her room(&)took advantage of her,that he told her it was her fault because she led him on...he provided her with Liquor(&) DRUGS,(&)threatened to withhold resources like that,which she could

Continued...

...not get otherwise,over our 3 yt.engagement she repeatedly admits that RUMORS of her Spousal MISCONDUCT are partially true,but denies shes having sexual intercourse(&)threatens to DO SO,if I do not resume our relationship,wont have my child etc...KRISTIN contradicts herself (&)either overstates her age,or I am disinformed,regardless she was mostly in charge of our relationship(&)resources(&)so I loved her(&) our engagement was traditional,exclusive(&)pursuant to futures in perpituity...I DID NOT WAIVE MY RIGHTS TO COMPLAIN,(&)REQUEST THE CASE be evaluated for the HARSHEST PENALTY OF LAW,offering lenity to her in exchange for WITNESS TESTIMONY about the Methods of ESTRANGEMENT(&) effect of the injury...

Please note,I NEED TO HIRE a PRIVATE INVESTIGATOR,I NEED A LAWYER that will do somethong other thn the CAPITAL Petitions because The BOP/DOJ refer me to Counsel Appointed,(&)they dont do CIVIL TORT Claims (&)certainly dont contact the FBI/USAO or STATES ATTORNEY to arrange a conference!

I am attaching info for The NEW DEFENDER at THe DE/Fed.Defenders Office, the woman is covering for Jenny Osborne who got transfered...I cant keep in touch because the phones down,(&)sent this request,see:Pg.1. thats the response,it doesnt change,If appointed Counsel DONT process TORT,I wont get any PROCESS AT ALL because they wont let me contact a PRIVATE Office Effectively...

Please note,the MEDIA in this PRISON is OBSTRUCTED(&)I believe its being done by persons attempting to tamper with my case,or others similarly,(&)I am targeted particularly because I am racially conservative,complained about undue influence from/relevant to my wife,(&) was exposed as having relations with persons who are not WHITE...my complaints target the ADULT INDUSTRY...you know,the girl who allegedly had a baby by me,was a varsity athlete(&)Sorority member,(So I HEARD),(&)I had strictly forbade her posing nude,but cant be sure if she got the message,certainly more than one girl from HOT SPRINGS,AR. DID Pose for PLAYBOY,which I do object to...

Continued...

...with regards,this letter is a request for FULL PROCESS,I assert,NO DOUBT,I was exclusively DATING/ENGAGED to KRISTIN MARIE LAPAGLIA from 1992-1995-left in 7/2/95 for FLORIDA thinking I was going to meet up with her(&)see who she was with(&)what she was doing...on vacation...I got KIDNAPPED in FLORIDA,knew that I was going to be called as witness to this case,(&)thought I was being set up to LOSE my wife by females crawling into my bed...I got drugged,(&)honestly was gone incommunicado for 15mos,thinking I was working for THE CIA!

I DID NOT Voluntarialy SEPARATE FROM KRISTIN,(&)heard since being here,imprisoned,that I did get someone pregnant,(&)that alot of the rumors were true(&)in fact she was abusing me by taking advantage of my desire to keep her,(&)willingness to believe her lies(&) comply with her demands duly...BELINDA ARBUCKLE knew that I thought I was with my wife duly,(if that was her),(&)I also dont want her to get in trouble,if she had my child,but certainly,KRISTIN married the guy I cought her with in 94',so she was getting passed around(&) incited the attempts on my life for refusing to [redacted] let the complaint be dismissed,(&)he may still be allowing her to be in open marital relations(&)should be arrested for ALL OF THE ABOVE,she abandoned me at his request(&)I cant forgive that...

My Lawters have been repeatedly lied too by persons in AR.about the truth of the status there,(&)they dont disclose the FOIA/etc..google searches for me,leave me here in the DARK for DECADES,despite the fact that I beg,scream(&)cry about it!Its just not important,I am being robbed of my right to TRADITIONAL MARRIAGE,REPRODUCTION(&)LAWFULL PROCESS,I will NEVER have a GOLD ANNNIVERSARY,will ALWAYS Know my wife was a victim,(&)GAVE HERSELF TO SOMEONE ELSE,(&)abandned me. I want to PRESS CHARGES!So Please order the Prosecutor to do so.

Continued...

...they reported on the news that MARK ZUCKERBERG(CEO/FACEBOOK) made $3.5(BN)in 5 days!You know thats from SOCIAL MEDIA Billboards, (&)I told you(&)can prove my UNCLE owns patents reserved to be used not only with the phone 411/911 but with modems(&)VISUAL INTERFACES (&)we WORKED on that SYSTEM for the Dept.of TOURISM in AR.,circa 89' -94'...REALLY,I want the case assesses for BILLIONS$in damages okay?
I need that done ASAP/because I have several MUTIMILLION$ Patents being relegated,(&)my ALGOL/SOURCE CODE is INNOVATIVE on a CYBER Level for The ECONOMY of EVERY NATION that uses DIFFERENTIAL SYSTEMS ANALYSIS for WARRANTY SERVICE/REFORM of Manufacturing systems,if The Govt.will allow the invoice to be resolved nominally/reasonably,(&)with respect to PRIORITY CLAIMS!
Im destitute(&)suffer extensively from relegation(&)want to ensure my spousal rights are processed,because I really dont know if that girl had a baby with me or not but surely remember the incident(&)a couple of contacts relevant to that...but you know I was engaged to somebody else(&)left!

All the SPOUSAL MILESTONES are closed to me,the desirable ones,but if she did,(&)is not MARRIED,Id take her on the day she agrees to terms as is...(&)see if I could get the Marriage retroactively entered...that loss is haunting to me really...

Please note,I own INTELLECTUAL PROPERTY for SOURCE CODE/Financial-Underwriting(&)The Product Market,(GOODS),as well as BUSINESS METHOD Synopsis for FRANCHISING!

I want PUNITIVE FELONY ASSESSMENTS FOR RUINING MY WIFE,LIBERTY(&) PROPERTY,I AM BEING RELEGATED(&)TORTURED TO DEATH,ROBBED!

Sincerely [signature]

- 7/18/17 -

Jeffery W.Paul 10517042
USP Terre Haute,IN.

Inquiry ? (Pg. 1)

Jarret Bateman (DE.)
Fed Def. Office

Takes over for Jenny Osborne -

302 573 6010

(Paul can't leave voice mail - is everything okay ?)

Sent an E-Mail requesting Legal call about upcoming deadline Intellectual Property rights and contacting the FBI, Waiting for Response

J Paul 10517042
317 cell Clower
7/13/17

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Dr. Michelle Lawrence
Prosecutor, 18th E. Judicial
District 501 Ouchita Ave.
Hot Springs, AR.
71901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sherry Jones ☑ Agent ☐ Addressee

B. Received by (Printed Name) Sherry Jones
C. Date of Delivery 7-05-'17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7012 3460 0003 2428 3908

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Paul 10517-042 USCM

| | |
|---|---|
| Postage | $ 847802 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.66 |

Postmark Here: TERRE HAUTE IN JUL 07 2017 USPS

7012 3460 0003 2428 3885

*Sent To* Ms. Michelle Lawrence Dis. Prosecutor Atty.
*Street, Apt. No.; or PO Box No.* 18 E. Judicial District
*City, State, ZIP+4* 501 Ouchita Ave. Hot Springs AR, 71901

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dir. Michelle Lawrence
Prosecutor's office
18th E. Judicial District
501 Ouchita Ave.
Hot Springs, AR.
71901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Pam Rodgers ☐ Agent ☐ Addressee

B. Received by (Printed Name) Pam Rodgers

C. Date of Delivery 7-10-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7012 3460 0003 2428 3885

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

7012 3460 0003 2428 3908

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Paul 10512-042

| | |
|---|---|
| Postage | $ 1.47 |
| Certified Fee | 3.43 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.90 |

Postmark Here

TERRE HAUTE IN 47802 JUN 30 2017 USPS

Sent To Dr. Michelle Lawrence 18 E. Judicial Dist.
Street, Apt. No.; or PO Box No. 501 Ouchita Ave
City, State, ZIP+4 Hot Springs AR 71901

PS Form 3800, August 2006 See Reverse for Instructions

Prosecuting Attorney's Office

Eighteenth East Judicial District 501 Ouachita Avenue
Hot Springs, AR 71901
Director: Michelle Lawrence, Prosecutor

Garland County, Arkansas



| | | | |
|---|---|---|---|
| Prosecuting Attorney | Michelle Lawrence | (501) 622-3720 | 501 Ouachita<br>Room 107<br>Hot Springs, AR<br>71901 |