UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFREY WILLIAM PAUL | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:13-cv-00304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, USP Terre Haute | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This matter having come before the Court on the Respondents' motion for extension of time to file an answer to Petitioner's amended habeas petition, it is hereby ORDERED that Respondents' Motion is GRANTED, and Respondents shall file their answer to Petitioner's amended habeas petition no later than September 29, 2017.

So ORDERED.

Date: 7/27/2017

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.