UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Regarding Petitioner's July 25, 2017 Motion**

Petitioner is represented by counsel but on July 25, 2017, filed another *pro se* motion, this one asking for an "order to process request for remedy of violation of civil-rights . . . ." The Court has reviewed the motion and finds that it does not relate to issues pending in this action. The motion, [Dkt. 140], is **denied**.

**IT IS SO ORDERED**.

Date: 7/27/2017

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel