USDC/Southern District of IN.



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 JUL 27 PM 4:16
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(CAPITAL HABEAS)-
Case No#2:13 cv 304(WTL/MJD)

------------

MOTION to Attach Document/REQUEST FOR RELIEF to COUNSELED PETITION-

------------

Comes now the Petitioner PRO-SE does submit the following motion for DUE-PROCESS in The ABOVESTYLED Matter Pursuant to relief of injury,via Uncounseled Correspondence-

The Petitioner claims that on 7/21/17 they reported in main-stream media that the average salary for a C.E.O.was $15.000.000(mn) yearly,so I want to ensure my COMPENSATORY WAGE damages are assessed accordingly,which would be $315.000.000(mn)before treble assessments...

You may remember that my initial synopsis for a DEBT CONSOLIDATION company,relevant to PROGRAM TRADING Platforms,was frommy time as a intern for THE ARKANSAS BANK(&)TRUST/AB(&)T-,(&)that was a proposal to acquire real property at appreciated(ENSURED RATES)-via PRIORITY-CLAIMS,by assuming liability for mechanical default of equipment in COMMERCIAL MORTGAGE REDEMPTION PLANS-CORPORATE ENSURANCE-of The Ford Motor Companys,Patent for The Auto Assembly Line.

I did intend to maintain a presence there because I fail to achieve competence relevant to telecomm/computer science...

Also,PLEASE remember,I AM BEING Robbed,not only do the people who orchestrated the estrangement from my wife(&)disinformation/obstruction in follow-up investigation/complaint use MATERIALISTIC Standards to exclude me from legitimacy in contest(for my own wife),they contrive to ensure I am imprisoned(&)cannot seek help elsewhere...my wifes

Continued...

..."HUSBAND",incited her to abandon me(&)I dont believe The Govt. decision to relegate my claims were NOT contrived by a POWERFUL MEDIA COMPANY,(&)I believe EDDIE LEE may be related to STAN LEE of MARVEL Comics,which did alot of media for PROPAGANDA in its inception,to be fair thats an accomplishment,but in serious contention,the fact is,when I put my DEVICE on a ROTORY MOTION Energy INVERTER,Ill Likely win a NOBEL Peace PRIZE,(&)my ensurance Company,if capitalized should net me a TRILLION Internationally in my lifetime...

I want you to order ALL records relevant to KRISTIN M.LaPaglia, (&)note that she is being allowed to lie to FEDERAL INVESTIGATORS (&)may be using an alias/stage-name,AUDRINA PARTRIDGE/KRISTIN KREUK (&)also,EDDIE LEE is a member of an ORGANIZED CRIME RING,(&)probably thinks hes going to launder money from LEGAL but undeclared marijauna sales...

In short,I am 40yrs old(&)have problems with extraspousal misconduct(&)cant imagine that someone my age(DULY)would be interested in me,(&)although I think I can buy eggs,I am not going to be able to have a normal sex-life w/out VIAGRA soon,(&)the guys I see are obviously larger endowed although I do reach the reported average,I did gain weight(&)lose size which women really(&)obviously expect...they say the average size for a penis is 6in,(&)I can do that,but I dont want a wife whose been w/black guys(&)Porn Stars,(&)honestly dont think Id find out b/c Im white(&)generally hated...

I need you to find out if that girl had a baby w/me or not(&)expedite my case please...

Respectfully Submitted,

Signed [signature]

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808

Done this Day(7/23/17)

Addendum:MOTION to Attach Document/REQUEST for RELIEF to COUNSELED Petition-

--------------

Continued...

Please remember,I WAS KIDNAPPED in FLORIDA by Persons claiming to be working with The CIA,(&)they had electronic routers for the phones etcetera,(&)I COULD NOT CALL MY SPOUSE!

The woman I was with,also claiming to be with The CIA,was named CINDY WALLACE,not sure if thats her real name or not...she allegedly died suspiciously...

Not only was I exposed,but my real fiance was exposed(&)was in extreme danger,I loved her very much(&)missed her,if I was involved in a incident with BELINDA ARBUCKLE,I believe I couldve proven it was not deliberate,(&)if a child was born I believe KRISTIN wouldve loved(&)cared for that child as if it were her own,because our mutual resources were going to increase,duly!

The problem is I DONT KNOW,(&)the LAWYERS refuse to get a single reliable answer...I really would not be trying to resolve this in YOUR COURT,YOU ARE A SOVEREIGN FEDERAL JUDGE(&)can exhaust this in a FINAL MANNER,with no process,Ill never get my property of our engagement,or peace of mind,I had NO OTHER LEGITIMATE WIFE...she did allegedly betray me duly,(&)they are hiding behind immunity(&)NONfeasance,despite the fact that from 92-95 I was SHOT AT,Attacked(&) repeatedly SEXUALLY ABUSED(&)Tortured as a result of persons COVETING my relationship,KRISTIN was VERY Loving(&)although she had many local peers physically,locally,she was special(&)everybody knew it (&)they tried to kill me to protect an attacker(&)take what I had... seems cliche,but its true(&)I DEMAND JUSTICE For the loss,my wife has been intimate with another for 7,665 days,experiencing THOUSANDS of physical moments which are exclusive(&)were mine,I am in a celib-

Contnued....

ate(&)deprived state of existence,proscribed in our founding charters (&)PLAIN for anyone to see...it creates an aversion because no one so obviously hated with that much impugnity could prove the merits of there claims...which I say is false...AGAIN,I believe that I am being TORTURED by persons with oversight(&)aforethought who not only documented the attacks but did so with gain,to humiliate(&)further corrupt my wife,who was already being corrupted(&)allowed herself to be used as a tool,in a demonstration of control(&)class,using irony (&)malice to commit a VIOLENT CONSPIRACY against my rights resulting in COMPOUND CRIMES,including ATTEMPTED ARMED HOMICIDE,ROBBERY,KIDNAPPING (&)SEXUAL ABUSE,all of which was OBSTRUCTED...

I dont think its fair to me to be in a position to be buried in a family plot,with no wife,when I dont want to remember this life(&)generally consider myself to be abandoned legally,my family refuse to sue/report crimes(&)are recalcitrant witnesses despite watching me sustain injury,be framed for crimes they know I didnt commit,(&)lose my wife(&)possibly a child with a great person of accomplishment duly... I am askinng the Court to ensure if I die unexpectedly,that I NOT be buried in ARKANSAS/MISSISSIPPI,because Id prefer to be cremated(&)released to the ocean in the PACIFIC NORTHWEST...I have NO WIFE to lay beside me(&)again,wasnt happy about being me(&)never thought I could be this.

I have been relegated for 12 years,(&)believe the Court allowedd a deranged prisoner to obstruct my case without inquiry(&)I resent that, I tried to get staff/Counsel to help but what can they do?

I turned 16 yrs in 92'(&)was dating KRISTIN exclusively,I believe I knew she was younger but regardless,thats all I knew when I came to prison(&)she is now a filthy porn star or something,she is ONE with Eddie Lee,but I hear I could buy her back anytime...whats that?

Theres really no appropriate restitution available now(&)I want you to consider the YEARS of attacks against me duly(&)how I was tried as an ADULT for lesser crimes than these people committed against me...

Continued...

I know I can get the witnesses to prove the attacks occurred as reported,including the sex abuse of my wife,RIGHT IN MY SIGHT...but if you exhaust the complaint they wont prosecute...let me request that you order her taken into custody for MENTAL EVALUATION,(&)a Counseled interview/s to get her to cooperate because she is liter-ally in HOLY MATRIMONY with the guy that attacked me(&)raped her,so I do know in retrospect that she was seeing OTHER People(&)lying to me(&)claiming its SLANDER,but shes drugged duly(&)certainly knows the guys in point are VIOLENT OFFENDERS including EDDIE who donned gang paraphanelia(&)fired shots at me...I deserve a legitimate wife,not someone who literally gave herself to someone more than I could compensate for during the best years of her life(&)abandoned me,but I dont have alot of options(&)I dont stop loving the person I was with...I need JUSTICE(&)want the ENTIRE case assessed for the HARSHEST PENALTY OF LAW...I believe I am a slave,being exploited(&)dozens of people KNOW(&)KNEW Duly(&)shes one of them,that she used threat to keep a traditional relationship with me(&)also be promiscuous(&)then actually took the time(&)resources to be in a marriage with a working class guy,who flunked the crime school(&)so has nothing to show for his risky behaivior except somebody elses wife...

PLEASE ORDER these lawyers to their job(&)do so with effect.

RESPECTFULLY SUBMITTED,

Signed [signature]

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808-0033

Done this day(7/24/17)