Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
24 JUL 2017 PM 6 L

C/OThe Clerk of The Court
Judges Lawrence/Dinsmore
Case No#2:13 cv 304(WTL/MJD)
USDC/Southern District of IN.
921 OHIO St.Room 104
Terre Haute,IN.
47801

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

JUL 26 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829