UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JEFFERY WILLIAM PAUL, )
)
Petitioner, )
v. ) Case No. 2:13-cv-304-WTL-MJD
)
SUPERINTENDENT, )
)
Respondent. )

**Entry Regarding Petitioner's July 27, 2017 Motion**

Petitioner is represented by counsel but on July 27, 2017, filed another *pro se* motion, this one titled "motion to attach document/request for relief to counseled petition." The Court has reviewed the motion and concludes that it does not relate to issues pending in this action. The motion, [Dkt. 144], is therefore **denied**.

**IT IS SO ORDERED**.

Date: 8/1/2017

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel