USDC/Southern District of IN.



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
17 AUG 16 PM 2:49
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(Pro Se)
Case No#2:13 cv 304(WTL/MJD)-
T.28 Ch.153 §2241-2255(HABEAS CORPUS)-

-----------

ATTACHED EXHIBIT Pgs.1-9.

-----------

- MOTION to REDRESS OMISSION OF DUE-PROCESS of Initial Pro-Se PETITION,due to MERITS OF THE CASE -

Comes now the petitioner PRO-SE does hereby submit the following plea,in the abovestyled action-(via)UNCOUNSELED CORRESPONDENCE-

-SUMMARY OF PLEA(&)CAUSE OF ACTION-

The Petitioner claims that repeatedly relegating the case has resulted in no less than 19 YEARS of UNDUE CAPTIVITY,(&)although I understand Counsel has work schedules,(&)so does The Court,my life is passing in a manner inconsolable to posterity,which is being justified with direct disregard for my rights on appeal from a illegal conviction,see:Pg.1.RULE 60 FRCP-which is protected by the EQUAL PROTECTION CLAUSE,(&)RULE 61 FRCP see:Pg.2 - 7.,which is subordinate to a PRIMA FACIE evidentiary test,that you clearly know...

On PRO-SE appeal,I did show that the JURY was not only effected by the TRIAL COUNSELS synopsis in The GUILT/INNOCENCE phase,they literally COULD NOT Consider I was innocent because TRIAL COUNSEL attempted to comply with terms of an PLEA BARGAIN,which I refused,I was prepared to present a defense which had previously worked(&) was legally sound,(&)my LAWYER took a PLEA BARGAIN over my objection... its a conspiracy,(&)violation of my right to TRIAL(&)APPEAL with an EQUITABLE(&)PROMPT resolution...see:Pg.8.

I am being TORTURED to death,my wife has illegitamate children(&) too much past,says we were never married(&)they are ALL OBSTRUCTING FELONY OFFENSES FOR DECADES Now,(&)I am being ROBBED...

Continued...

The fact that the court does not see fit to process my tort CLAIMS,is atrocious considering the BOP/DOJ refuse also,please review the TORTURE Statute,for context...see:Pg.9.,at this rate, I have missed DECADES of OPPORTUNITY to reenter society as a free man,vindicated,to proceed as a responsible citizen...suffering every indignity(&)loss with no hope of return...injuring me,my family(&)future into perpetuity...

I have repeatedly complained,my wife was kidnapped,a former spouse under the impression we were broke up was reportedly pregnant(&)my familys INTELLECTUAL PROPERTYRIGHTS had been in pendency for over 5 YEARS in 1995-everything was on hold when I went to FLORIDA(&)I was kidnapped for 15 months(&)framed for MURDER...PLEASE TAKE THE APPROPRIATE STEPS to resolve this okay?I deserve JUSTICE!

I want to complain about missing the SOLAR ECLIPSE on 8/21/17-(&)dont believe thats not contrived,this COURT(&)The DOJ are acting on behalf of thieves,sex offenders(&)traitors!

Respecfully Submitted,

SIGNED ________________

Done this Day

8/12/17-

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808-0033