CERTIFIED MAIL™

7012 3460 0003 2428 4103

Jeffery W. Paul
Reg. 10517 042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

PURPLE HEART 2014 FOREVER USA

RECEIVED
AUG 1[illegible] 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Legal mail

Judge Lawrence/Dinsmore
USDC/SD Indiana
℅ The Clerk, (IN Rem)
Case No 2:13 cv. 304 (WTL/MJD)
Paul V. Superintendent
105 USC, 46 E. OHIO St.
Indianapolis, IN.
46204

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

URGENT!!