USDC/Southern District of IN.

Jeffery W.Paul
RG#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

17 AUG 30 PM 5:17

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(PRO SE)-
CAPITAL HABEAS-T.28 Ch.153 §2241-

------------

-LEGAL LETTER OF REQUEST TO THE JUDGE -

------------

DEAR SIRS,

I saw on the news today a reference for compensation for a tort claim,where a woman was diagnosed with CANCER(&)I think she dont have children of her own,or cannot naturally concieve but she was alive...

She claimed JOHNSON(&)JOHNSONS®talc powder gave her ovarian cancer(&)won $417.000.000(mn)in damages from a Judgement...

To be honest with this Court,I dont know why my process is not available(&)I want to press charges for the denial in 1998(&)in 2005 respectively...I am being used for decades to"MAKELAW" (&) it is a CONSPIRACY,you may/may not be deceived by partys conducting that attack against me but its collusive(&)atrocious(&)PURSUANT TO GENOCIDE...

I want the Court to grant my damages in the amounts I raised (&)press charges if the GOVERNMENT continues to oppose my release with restitution...thats malicious,LARCENOUS(&)the DIRECT CAUSE of The INVOLUNTARY DISSOLUTION OF MY MARRIAGE...which wasnt even in Official NOTICE...I want the MILLION A YEAR TREBLE,COMPENSATORY WAGE at FORTUNE 500 rates,FIFTEEN MILLION A YEAR TREBLE,(&)The Loss assessed in BILLIONS with REMITTANCE/FUTURES AT TERMS...for insolvency of intellectual property.

Respectfully Submitted,

signed ____________________
Jeffery W.Paul 10517042

8/22/17