Jeffery W.Paul 10517042
USP Terre HAute,IN.
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
24 AUG 2017 PM 7

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Office of The Clerk of The Court
Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304-(CAPITAL HABEAS)
Judge Lawrence/Dinsmore
921 OHIO St.,Room 104
Terre Haute,IN.
47801

Legal Mail-

RECEIVED
AUG 28 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

47807-373829