USDC/Southern District of IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(CAPITAL CASE)
T.28 Ch.153 §2241-

--------------------

17 AUG 30 PM 5:17
SOUTHERN DISTRICT OF INDIANA

LEGAL LETTER OF NOTICE -

DEAR SIRS,JUDGE LAWRENCE(&)DINSMORE-

Please note that if I cant get LIBERAL JURISPRUDENCE,then I want to demand a JURY TRIAL,byway of STRUCTURAL ERROR,(&)claim that my rights to jury instructions are protected by the EQUAL PROTECTION CLAUSE,(&)should prevaul legally,because I was acquitted of the conspiracy,(&)the forensics(&)eyewitness statements support my ACTUAL-INNOCENCE CLAIMS....

To date,I have no faith in the process,am being tortured(&)can prove my post conviction appeals were extensively obstructed...

The consistency of offenses committed against me seem ritualistic (&)atrocious(&)I believe I might be murdered by Government interests with ulterior motives with/without the knowledge or consent of the court(&)if youd expedite(&)redress substantially,my appeal now,that might not occur.

Respectfully submitted,

signed Jeffery W. Paul

Jeffery W.Paul 10517042

Done this day 8/21/17-