Jeffery W. Paul
10517 042 Rg.#
USP Terre Haute, Ind.
PO Box 33
Terre Haute, IN.
47808




- Legal mail -

- Legal mail -

Judge Lawrence / Dinsmore
C/o The clerk Of the Court
In Re: Paul v. Superintendent
Case no# 2:13 cv. 304 (WTL/MJD)
United States Courthouse
921 OHIO St., Room 104
Terre Haute, Ind. 47801

RECEIVED
AUG 2 5 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED