USDC/Southern District IN.

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808

Inrem:Paul V.Superintendent(Pro Se)

Case No#2:13 cv 304(WTL/MJD)CAPITAL HABEAS-

Pg.1

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
17 AUG 30 PM 5:17
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

----------

EXHIBITS Attached Pgs 1.- 18.

----------

- MOTION to Attach Papers to COUNSELED Petitions REQUEST FOR RELIEF SECTION,Pursuant to DAMAGES(&)Process-

Comes now The Petitioner PRO-SE does hereby Move the Court to process the abovestyled motion,pursuant to relief,Byway of FRCP-Rule 7(a)et al,any other appropriate controlling authority-

SUMMARY IN PLEA-

The petitioner claims that Ive repeatedly tried to contact the the court due to extreme trepidation about misrepresentation(&)risk of loss of intellectual property,I try more than one address(&)dont get much response,see:Pg.1.

I need someone to process my revision for the specialty GEARBOX I invented to take advantage of the applied ROTARY MOTION INVERTER for power transformers,thats a free energy generator which may or may not need a MAGNETO FORWARD ASSIST,see:Pg.2.

Also,I reraised my complaint in HOT SPRINGS,AR,about the dissolution of my first marriage,(&)sent copy of the witness list to the F.B.I. to be protected...no matter what they choose to do,for the record,I involuntarialy separated from my fiance,who I eloped with proxy MAY 95', (&)repeatedly inquired about since being imprisoned,I was told she was married/living with a guy from BENTON,AR.,who was in a rehab/hospital with her(&)I in 93',I complained that she mustve been talking to him while we were together,then I was told she was with Brad Miller,who was a gangmember in a crew that attacked me with the guy that raped her, then I was told she was with the actual guy that raped her(&)shot at my friends(&)I,(&)so I tried to complain(&)wrote her to tell her in 2005

Cont...

that she should do the right thing(&)come up here because shes going to qualify for TORT Claims from SPOUSAL ESTRANGEMENT,(&)I need reproductive Health Services,(&)if she dont get an independent claim to DAMAGES,I admit the relationship DULY,entoto,(&)also the nature of the current DEMAND for remarriage,therapy(&)resumption of consort/conjugal rights(&)future terms of TRADITIONAL MARRIAGE...see:Pg.2.,she may be entangled with a MEDIA GROUP,(&)this guy could be EDDIE LEE,they tell my family,investigators that hes a PLUMBER LOCALLY,but shes related to an ACTOR(&)I believe thats why him(&)his friends attacked me so viciously,to estrange me from her...she may be altering her appearance(&)I do believe this book is coded,"Betta"/ABBETTING...Re.see:Pg.4,5.(&)I do believe she may be the FEMALE RADIO PERSONALITY I hear every week day-morning...see:Pg.6.,regardless I want her to assist with the criminal complaints,I miss her very much(&)she admitted on the phone that she had been threatened by USAO/F.B.I.,relevant to spousal immunity(&)if she dont admit we were together,regularly for conjugal visits(&)that she was going to get a NURSING CERTIFICATE(&)we were going to move in together,(&)start checking into real legal aid for the telecommunication patents my family owned,maybe in ILLINOIS with help from her father,because we had eloped,Im going to sue her for DEFAMATION/SLANDER in State Court(&)Ill win because a dozen people knew"us"as a young couple(&)were waiting for babysitting/shower options etcetera...we were not breaking up,we took a break from her house because there were 5 girls(&)4 males in(&)out of that house with 2 bathrooms(&)I kept getting into fights,(&)got beat up by her brother in law...

The petitioner claims her whereabouts is a PRIORITY(&)SHOULD be given great weight with respect to consort with her current husband because the government knows she was kidnapped by this guy,(&)brainwashed(&) concealed that fact to get her to testify to material perjured evidence in this trial...see:Pg.7.8.9.(&)10....thats what I believe was going on,if not foreign intrigue from The AB(&)T/ARKANSAS BANK(&)TRUST synopsis I invented for ensurance underwriting...

Cont...

Please remember,I was also terrified of collateral resources the gang associated people stalking Kristin(&)I had,(&)although I tried to fight them as best I could,there were alot of them(&)then,what seemed like older guys showed up,(&)they personated cops(&)inflicted real controlled injury,used PCP/Barbituates(&)may have had military training,there was drugs in the county jail(&)some of the CITY Cops (&)Govt.personnels children,including the sheriffs son had family related to gang members,including persons who allegedly had sex with my former spouse while we were together,(&)also Kristin at the party CLIQUE,they wouldnt let me go to,or demand she stay away from,they all swapped cars,(&)drove MARSHAL seizures(apparently),(&)excluded me but picked her up,saying it was school/job related...see:Pg.11.-14.that guy was repeatedly referenced as being in control of ARKANSAS...shorty!

Also,the BLACK Genesis movement in ARKANSAS was beligerent,see:Pg.15. (&)before we were together,Kristin was allegedly being used by several black guys(GODS),notorious for devirginizing(&)impregnating white females (&)leaving them for black females to have REAL Children...Kristins peer would goad her into viciously humiliating me with threat of fornicating with black athletes(&)Gangmembers who invited her to partys etc...see:Pg. 16.

The petitioner claims the following,that The BOP/DOJ relegated my initial claim against Protection from Spousal Compulsion was violated,(&)after exploring allegation that person in FLORIDA claimed spousal right,I find she did not,(&)in fact,was reprted dead,(&)duly,was a Associate Deputy of C.I.A.Purview,the same agent in charge of my travele etc.who arranged for us to be roommates(&)pose as a interracial couple...please note,while in Florida(&)Since being arrested,I had every opportunity to cover my matrimonial tattoos,which is "KRIS",wifes name,(&)a "HEART"which's been embellished,because of uncertainty about who actually took her virginity,I was allegedly,at most the 2nd person she had intimate relations with,but I remember some contact I had with her summer of 8th-9th grade,she was to attend Southwest Middle school that upcoming year(&)I think I did see her when I was broke up with my spouse for several months that fall...I did

Cont...

believe I was her first time but since I had been with someone else when we actually started dating I agreed to Parity...

Please review your docket for my motion to consolidate(&)resolve with relief,violations of my right to financially restructure(&) DAMAGES,process for SPOUSAL ESTRANGEMENT/INVOLUNTARY SEPARATION OF COMMONLAW WIFE,which may be amended to include DEFAMATION OF CHARACTER /SLANDER(&)may result in my request for no immunity/lenity in pending criminal complaints,including obstructing the original complaint... the petitioner claims the plea/petitions should be consolidated(&)win, see:Pg.16.-18.(Cite Page:Jones V.Warden,Willams,Overton,Walton,Bouchard, (et al0,549 US ,127,Sct.910,166 L.Ed 2d 798 2007-US Lexis 1325-2007-

Petitioner is requesting Court order Counsel to draft an appropriate Motion of Joinder of Party Plaintiffs-KRISTIN MARIE LAPAGLIA,(&) JEFFERY WILLIAM PAUL-Pursuant to an independent assessment of SPOUSAL ESTRANGEMENT-

The Petitioner informs the Court he is requesting $63.000.000(mn) total,$1.000.000(mn)yr for TORTURE/Injury of viol.of Spousal right (&)REPRODUCTIVE HEALTH SERVICES,TREBLE ASSESSMENT-(&)request the court cap MS.LaPaglias right to recover at 3 YEARS of the 21 YEAR claim,for $3.000.000(mn)MAXIMUM,if thats from mine,but claims she should get a 21 year assessment without a treble for obvious reasons,for a maximum damage,respectively,of $21.000.000(mn)-,I believe Ill make BILLIONS (&)although I dont have rights to any other marital situation(&)did(&) still think I want to resume,honestly her extraspousal activity is too much(&)she chose to have children with someone who tried to kill me (&)I dont think I want my child related...I would need some therapy(&) assurance she did not know he was trying to kill me,though I told her.

8/21/17

Respectfully Submitted,

signed Jeffery W. Paul

Jeffery W.Paul

Amended Summary to MOTION-
-----------

The Petitioner further states that although it may not always be clear,its my intent to reconcile(&)remarry my wife(&)I believe I I can have the current marriage annulled because she obviously did admit to several people that EDDIE LEE got in her bedroom uninvited (&)took advantage of her...

Kristin has specifics(&)dates that I dont have(&)could not get because appointed counsel minimized the import of the matter(&)The govt.obstructed the record,denying I had right,which is patently false because pretrial,I do prove Party-CINDY WALLACE was actually assigned by employer/govt.agent to room with me...we did pose as a couple for sure but obviously were NOT COMPATIBLE,(&)after inquiry,I have no right there either...never had matrimonial right unless the cohabitation was not contrived,unless the law sees that differently...so,the only commonlaw/consensual wife I actually can claim is KRISTIN LAPAGLIA, (&)we had to elope because she was 17...MAY 95'.

Regardless of that,she was definitely pregnant once(&)allegedly twice in the 3 YEARS we actually were a couple,(&)in retrospect,I believe she entered the relationship in a pretense,(&)violated our spousal agreement,thinking she could TRY OUT-other guys(&)claim it was a mistake(&) refuse to cooperate with complaints(&)then come back to me as a spouse, demanding exclusivity...her(&)her FRIENDS were minors,but may have committed a LITANY of FELONY SEX/OBSTRUCTION(&)CIVIL RIGHTS CRIMES,in addition to the EDDIE LEE incident,in 94',because we had prolonged ARGUEMENTS about her spring break(&)weekend social/summer breaks...which she excluded me from,she did know I was angling for a ROYALTY from a telecomm/computer comapany(&)she really was "Present",in the relationship after we got engaged(&)VERY loving...the problems from her,in person mostly stopped (&)she submitted to me,but external partys/concerned about my complaints started getting more violent/frequently so the shift from harassment of her,was a little relief but not enough to save the marriage...

Continued...

I miss her alot(&)really need a complete review of the activity so I can get closure on the extent of the misconduct,if she says I ever gave her permission to have sexual relations with persons other than me,including females,shes a liar(&)ILL prove I was in good relations with her sister(&)regularly spoke to her from proxy 90-til 92',when we started dating(&)she entered the relationship,as a compatible(&)willing intimate partner...I loved her(&)did not cheat on her,(&)was not desperate for a friend with benefit but had entered a relationship,committed to traditional exclusive spousal relations(&) so,thats with someone I really fell in love with...over time,I wont compare because she dont look like a couple the other girls I was with(&)so,I dont say anything other than KRISTIN was beautiful at the time(&)could compete if there was a need to do so,but there wasnt because at the time,I believed the rumors were slander(&)actually debunked 3/allegations by finding persons she allegedly had affairs with,(&) saw the person supposedly KRISTIN,was actually other blondes,all of whom I identified...,so I was really mostly lucky to be with her(&)enjoyed our time together(&)regret the loss daily.

I want her damages assessed with respect to her fidelity(&)if she did have relations with any other person than TRACY BREWER,(&)ME,from 90-96', I want her fined from the $3.000.000(mn),starting at $500.000(ths)per incident...she may deny she was pregnant but I felt her vagina actually close up-so if she was pregnant(&)that wasnt my child etc...I want you to consider that I was charged as an adult,though I was a minor(&)Punished for FAR LESS SERIOUS CRIMES,(&)in fact,that should prove a collusion from persons in authority whose sons/daughters corrupted KRISTIN(&)were referenced incomplaints I made duly,whic were relegated....

Respectfully Submitted,

Signed ______________

Jeffery W.Paul 10517042