(A.1)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of The Court; for Case no. 2:13 cv-304 (WTL/MJD) Paul v. Superintendent USDC Southern District, IN 105 US Courthouse 46 E. OHIO St. Indianapolis, IN. 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Melanie Carmichael ☒ Agent ☐ Addressee

B. Received by (Printed Name) Melanie Carmichael

C. Date of Delivery 1-5-17

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7012 3460 0003 2428 4318

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. District Judge, c/o The Court clerk for SD/IN Ms. Laura A. Briggs (agent) U.S. Courthouse 921 OHIO St; Room 104 Terre Haute, IN 47801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Richard C Effrin ☒ Agent ☐ Addressee

B. Received by (Printed Name) RICHARD EFFRIN

C. Date of Delivery 3-14-16

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7012 3460 0003 2428 4059

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

* Inconsolable inj. Due to Relief. @ nonfeasance or Ineffect. delegation! Impoverished / Disfranchised longer than I was alive, noted. CLOSURE !! Expedite / With protection -

Want 1.5 B Bns cash ! for Dev. Rights - GE + / Carrier

Jeffery W. Paul
105170c2
Inventor (A-2)

# (2) Rotogy (Roto "G") (1) Free Energy Generator

(Fig. A)










(Fig B.)

-TEXT-

This special gearbox would apply a drop hammer on a axis w/a magneto forward assist to create a free energy trans-former -

The gearbox would use the magneto's & Natural weight of the hammer on super lubricated Axis/Axles to reach equilibrium & complete the rotation in a predictable manner -




(Fig. C.)

8/14/17

Revised -

[signature]

(14.3)

STATE OF ARKANSAS
MICHELLE C. LAWRENCE
PROSECUTING ATTORNEY · 18TH JUDICIAL DISTRICT EAST

501 Ouachita Avenue, Hot Springs, Arkansas 71901 | T: 501-622-3720 | F: 501-622-3797

July 27, 2017

Jeffery W. Paul
Rg #10517042
USP Terre Haute, IN
P. O. Box 33
Terre Haute, Indiana 47808

Dear Mr. Paul:

I am in receipt of two packets of correspondence from you requesting assistance with several issues. Please be advised that my office does not engage in criminal investigations. If you want to file complaints and/or charges, it should be with the law enforcement agency who has jurisdiction in the matter. If the act occurred in the City of Hot Springs, the Hot Springs Police Department would have jurisdiction to investigate the allegation. Alternatively, if the act occurred outside of the city limits, the Garland County Sheriff's Department would have jurisdiction to investigation the allegations.

I hope this letter assists you in your endeavors.

With kindest regards,

Michelle C. Lawrence
Prosecuting



F.B.I.


U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here
Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4
PS Form 3800, August 2006 See Reverse for Instructions
7012 3460 0003 2428 4110

(pg. 4)


# ATTENTION BOOK LOVERS!

Can't get enough
of your favorite HORROR?

Call 1-800-481-9191 to:

— order books —
— receive a FREE catalog —
— join our book clubs to SAVE 30%! —

Open Mon.-Fri. 10 AM-9 PM EST

Visit
www.dorchesterpub.com
for special offers and inside
information on the authors you love.

We accept Visa, MasterCard or Discover®.


Amy like Evanescence
A. LaPaglia
KRASNA
& other
ADULT IND.



Photo by Karyn Valentine

EDWARD LEE has had over twenty-seven books published in the horror and suspense fields, including *Flesh Gothic*, *The Backwoods* and *City Infernal*. He is a Bram Stoker Award nominee, and his short stories have appeared in over a dozen mass market anthologies, including *The Best American Mystery Stories of 2000*, Pocket's *Hot Blood* series, and the award-winning *999*. The translation rights for several of his novels have recently been sold to Germany and Romania. His movie, *Header*, was filmed in late 2003 and awaits release. Meanwhile, *City Infernal*, *Messenger*, *Ghouls*, *The Bighead*, and *Family Tradition* have been optioned for film. Upcoming novels include *Golemesque* and *Gast*. Lee lives on Florida's St. Pete Beach. Visit his official Web Site at www.edwardleeonline.com.

Asshole!
Juv. Com.
As just 14
Adult Pers. next ac.
Assault obsh.

(Pg. 5)



A figure stood in the locker area in front of the showers.

"Oh, Betta. You scared me for a sec."

The short but shapely girl—woman, really—seemed partially startled herself. Instead of a robe, she wore an oversized white blouse as big as a man's shirt, which hung down to midthigh. *Sorry,* she mouthed in silence. Then Venetia lip-read something like, *I'll come back.*

"You don't have to wait," Venetia told her. "I'm not bashful if you're not."

*Okay. . . .* Betta had on a shower cap covered with ladybugs, like something a child would wear. In the open blouse, her own key glimmered in her cleavage.

"The water's not that cool, though, but I guess you already know that."

Betta smiled meekly, nodding. *Not enough lights on either,* she seemed to mouth. She didn't seem at all discomfited when she hung up the blouse and turned naked into the long stall.

Venetia subconsciously fingered her own key. "That was funny how your mother poked fun at Father Driscoll for being cheap."

Betta nodded again and cranked on the shower.

*Can't make much small talk with a girl who doesn't talk,* Venetia realized. When she rinsed the shampoo from her hair, she stole a few glimpses at Betta and found herself mildly jealous. She guessed Betta to be about thirty but her slim, curvy body seemed toned and much more youthful. Suds sluiced off her chest to reveal smallish peach-sized breasts. Her nipples poked out like tender pink cones while Venetia's were large and flat save for their papillas.

*Why am I comparing my body to hers?* Venetia asked herself. *If she catches me looking at her, she'll think I'm a lesbo. . . .* The notion amused her. But she supposed it was instinctive for women in such situations to compare bodies.

Venetia rinsed off, then slipped out to dry herself. She put on her robe and combed out her blond hair before one of the mirrors. She turned her head away from the shower, then noticed she could see Betta's reflection off another mirror on a perpendicular wall.



Perhaps she was mistaken in the brief glimpse but Betta seemed to be caressing more than washing her small, tight breasts, and when her fingertips tweaked the nipples, her stomach sucked in as if in a gust of pleasure.

*Something's on her mind,* Venetia thought. *Hope it's not me!*

She felt guilty seeing it, as though she'd looked on purpose. But Betta couldn't possibly have known about the betraying mirror.

Could she?

*This is too weird. I need to get out of here.*

"See you tomorrow, Betta," she said quickly.

*Bye,* mouthed the girl, partially obscured by the shower stream. She waved and pulled her face back into the spray.

If anything, the slender woman had seemed more distracted than anything else.

Back on the ill-lit stair-hall, Venetia wondered which rooms the men were staying in. She scanned down each of the building's long walls and noticed a lot of rooms—mostly bedrooms, she presumed. There were just as many offices and supply rooms downstairs.

She passed her own door and padded to the corner. She heard a creak at the other end of the stair-hall, and a white blur caught her eye.

For a fleeting moment she thought, *Don't tell me that's the ghost,* but she smiled to herself when she realized who it actually was.

It was Betta, in her large blouse, going down the stairs.

*I wonder why she's in such a hurry. . . . And where's she going?*

Venetia peered over the rail just in time to glimpse the tail of Betta's blouse sweep into the kitchen.

"Is it the ghost?"

Venetia twirled, almost shrieking.

Dan chuckled, looking over the rail. His dark hair glistened from his recent shower. His own robe had a Boston

Office of The F.B.I./Agent in Charge-

(P-6)

AFFIDAVIT-

Inrem:DISINFORMATION-

Summary-

I am currently in USP Terre Haute,IN.(&)can use a FM/AM RADIO(&) am listening for several years off(&)on now to a RADIO show that comes on 5 AM-10 AM,BOB(&)TOM SHOW W/Chick McGee(&)Christy Lee-at 105.5 FM,that show is carried through DLCMEDIA.Com(in BRAZIL IN.), (&)is prduced in The NAPA Autoparts Studio(?)Q 95-Syndicated Show-

The female is working under the name my wife is using but the info says shes older than my wife,my wife was born 77,maybe 76-(&)this woman has augmentation(&)may not be naturally blonde...I guess that could be her but they dont respond(&)I dont have the resources to check...

You know I really think I could do without the play by play on her fake marriage(&)real Spousal misconducts but I cant prove thats her,shes depriving me of not only damages from the estrangement,which was result of entrapment,but also support adinterim,(&)posterity... I wont have a marriage b/c of her rapist husband(&)her nonfeasance!

I want someone to inform them that if they continue(&)are doing what I believe theyre doing,STALKING/Preparing to Do That,then Ill press charges...

Sincerely Jeffery W. Paul

Jeffery W.Paul Rg#10517042
8/11/17-

(PS-7)

No Cross!

No Context!

11. The Government introduced testimony from Kris Rogers, Christine LaPaglia, and Dan Coughlin, all of whom knew Mr. Paul. These witnesses claimed that, at various points in time, he indicated that he was involved in the robbery of the decedent and that he was at least partially responsible for shooting. Cindy Wallace, another acquaintance of Mr. Paul's, indicated that Mr. Paul had told her about a dream in which he and another person robbed, shot, and killed an old man, and that he had only participated in the shooting because his companion forced him to do so. Tr. 6/19/97 at 725-51. A number of these witnesses also admitted "that Paul had a history of concocting stories." *Paul-2* at 838. LaPaglia stated that she (LaPaglia) "did not believe Paul's admission about the Williams murder. She acknowledged that 'he's just known to tell lies' and said she thought Paul had made up the story 'because [they] were breaking up.'" *Id.* Wallace indicated that "Paul's admission 'didn't sound real,' and that she had caught [Mr. Paul] several times' telling her things that were not true." *Id.* Rogers indicated that he did not contact the police because he did not believe that Mr. Paul was truly involved with the decedent's homicide. Tr. 6/19/97 at 688. Trial counsel also presented "[a]dditional testimony that Paul had made up stories many years earlier about his 'badness.'" *Paul-2* at 838.

(pg. 8)

Records Bd/1705 C. Lieberman V. Lalaglia ✓ C. Wallace B. Arbuckle

Y 19:C 56 1009

# THE USE OF CLASSIFIED INFORMATION IN LITIGATION

Govt. numbers- Iran/ defacto custody of crim.

## HEARINGS

BEFORE THE

SUBCOMMITTEE ON SECRECY AND DISCLOSURE

OF THE

SELECT COMMITTEE ON INTELLIGENCE

OF THE

UNITED STATES SENATE

NINETY-FIFTH CONGRESS

SECOND SESSION

MARCH 1, 2, 6, 1978

GURUS! Weapons! Guns Rel. Constr. Custody!

Defamation Slander

PRE ARREST STATUS N/A ! Slander/Defamation — OBSTRUCTION —

Printed for the use of the Select Committee on Intelligence

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1978

23-694

(9-6d)

(Pg. 9)

Activity NoI/AQ
ATR Maveda/N.o.I
Black Genesis
Adult Indy

electroshocks
PCP/Barbiturates

# TRANCE FORMATION OF AMERICA

Sixteenth Edition Privately Published in the
United States of America by
Reality Marketing, Incorporated

www.trance-formation.com

Copyright 1995
ISBN
0-9660165-4-8
Library of Congress
2001 616223

Title: True life story of a CIA mind control slave by:
CATHY O'BRIEN w/MARK PHILIPS

Satan Fetishists (Monsters?) (Secrets)

(15/18)

property, which is where we pitched our tents. My mother's brothers, Uncle Ted and Uncle Arthur "Bomber" Tanis, often accompanied us and sexually abused my brother and me.

It was deer hunting season in or around November, 1961, when my father took the family camping on The High Banks to hunt with my uncles. That night, as my brother and I were being sexually passed around the campfire to satisfy pedophile perversions, a lost hunter stumbled into our camp. My father shot him when he attempted to run; the rifle's blasts piercing my brain and further fragmenting my mind. I sat dazed in a dissociative trance while my mother methodically picked up the campsite and my father and uncles disposed of the body.

As my father drove us away from the crime scene, we were stopped by several hunters who had the road blocked in a desperate attempt to locate their missing companion. They described the man I saw my father kill, and said they heard gunshots. Reality intruded on my dissociative trance, and I screamed and cried hysterically until I no longer knew why I was crying.

My Uncle Ted[2] soon became a street derelict. Uncle Bomber died a few years later from alcoholism in his early forties. And my father became more financially and politically connected.

My mother's oldest brother, Uncle Bob, was a pilot in Air Force Intelligence and often boasted that he worked for the Vatican. Uncle Bob was also a commercial pornographer, producing kiddie porn for the local Michigan Mafia, which looped back to Mafia porn king and U.S. Representative Jerry Ford.[3] I split off more personalities just to deal with my Uncle Bob, his "friends," and the perverse business he shared with my father.

My father's sixth grade education had earned him a job as a worm digger for local sport fishermen. By the time I was six years old, however, his pornographic exploitation of my older brother, Bill, and me had provided enough income to move us into a bigger house nestled in the Michigan sand dunes. My father was right at home there. The tourists and drug dealers who littered the eastern shore of Lake Michigan further supplemented his income by paying for perverse sex with us children. My father also became involved in illicit drug sales.

Soon after we moved, my father was reportedly caught sending kiddie porn through the U.S. mail. It was a bestiality film of me with my Uncle Sam O'Brien's Boxer dog, Buster. My Uncle Bob, also implicated in manufacturing the porn, out of apparent desperation informed my father of a U.S. Government Defense Intelligence Agency TOP SECRET Project to which he was privy. This was Project Monarch. Project Monarch was a mind-control operation which was "recruiting" multigenerational incest abused children with Multiple Personality Disorder for its genetic mind-control studies. I was a prime "candidate," a "chosen one". My father seized the opportunity as it would provide him immunity from prosecution. In the midst of the pandemonium that ensued, Jerry Ford arrived at our house with the evidence in hand for a meeting with my father.

"Is Earl home?" he called to my mother, who nervously stood behind the screen door, hesitating to let him in.

"Not yet," my mother replied, her voice shaking.[4] "He should have been home from work by now--I know he's expecting you."

"That's OK". Ford turned his attention to me. I was standing outside on the front porch, and he crouched down to my level. Patting the large, brown

MAD Russian!

Project Monarch! MISC. Horror Baby!



LARCENY Civil Rights Persecution?

# CONFESSIONS OF A Bad Hombre

THE HIT MAN HAD ONLY ONE TASK: TAKE OUT TWO EL CHAPO SOLDIERS DEEP IN L.A. GANGLAND AND DO IT WITHOUT LEAVING A TRACE. A FIRST-PERSON ACCOUNT OF A CARTEL ASSASSINATION.

BY **MARTIN CORONA** PHOTOGRAPH BY **JEREMY M. LANGE**

**TO US, IT WAS JUST "THE OFFICE."** But it was a mansion with a huge atrium, a pool, a waterfall, a koi pond, and a staff. We had women who cleaned, cooked, and did our laundry, and old men who maintained the grounds.

The Office was in one of Tijuana's best neighborhoods, the equivalent of Beverly Hills, or Sutton Place in New York. Our neighbors were judges, politicians, businessmen, and old-money families that made their fortunes a hundred years ago in gold, oil, cattle, and crops.

Of course, everyone in the neighborhood knew exactly what was going on behind the walls of the Office. They couldn't help but see the heavily armed 24-hour security force that patrolled the grounds or the caravans of SUVs, packed with armed men, coming and going in broad daylight. But the neighbors kept their mouths shut because we didn't have any dealings with them. Our business was dope and murder, and our enemies were people whose business was dope and murder.

Occasionally the two worlds did collide, and we had to handle these "legitimate" people who decided to play with fire. Some of the kids in these wealthy families were fascinated by the life of a narco-terrorist and did business with us. Some did well. Others ended up melting in a barrel of acid.

The life of a millionaire was something I never thought I'd experience growing up as a street kid in San Diego. When I raised my hand to join the Tijuana cartel as a *sicario*, or assassin, I didn't care that the price for living like a king was killing people. The people the cartel targeted were no better or worse than we were. They were just adversaries. Everybody on both sides knew that competition in the drug trade basically comes down to how many people on the other side we can kill before they give up. And that was our goal. Kill as many of them as we can until the attrition just wears them down.

Of course, they were trying to do the same to us.

A month after I'd left Calipatria State Prison in California and crossed the border into Mexico to work for the Tijuana cartel, I got my first assignment.

The cartel's main assassin, David Barron, had killed close to a hundred people for the Arellano Félix Organization, or AFO. He used pistols, shotguns, rifles, machetes, knives, sledgehammers, chainsaws, and plain old meat cleavers. He liked to think of himself as a specialist, a methodical killer with a deep knowledge of the human body. Later, on some of our missions, he'd show me how and where to plunge the knife into a bound man who was screaming for his life.

David pulled me aside one morning and told me that the cartel's leader, Ramón Arellano Félix, had ordered two assassinations. All I was told was that the targets lived in Los Angeles and they'd been part of the team that tried to kill Ramón at a discotheque in Puerto Vallarta the year before.

"El Chapo" Guzmán had sent 40 assassins into the club to kill Ramón and his brother Benjamin. Hundreds and hundreds of rounds were fired during the gunfight between Ramón's people and Guzmán's assassins. That night eight of Ramón's bodyguards were killed, as were 10 of Guzmán's men and something like a dozen innocent civilians.

It was a bloody massacre that should have made headlines all over the world. Or at the very least in the United States, the biggest consumer of the drugs we moved. The fact that it didn't just indicates that American society is deluded in thinking that personal drug use is a victimless crime. Every ounce of pot or eight ball of cocaine or



typography by LUKE RITCHIE

((Pg. 12))

bindle of heroin that changes hands on the streets or in an executive suite or at an Oscar afterparty has blood on it. A lot of it is innocent blood. A lot of it isn't.

The assassination attempt failed to kill Ramón, but he wasn't about to let Chapo's guys live to brag about it. He needed to send a message to Chapo that even his people living in the U.S. would not be safe from the long arm of Ramón's retribution. The shooters had to die. And I was the one tasked with killing them.

This was going to be my first hit. And it was critical that it be done right. No fuck-ups. No arrows pointing back to Ramón. No footprints that could implicate the cartel. It had to be clean and fast. And I was going to be in charge.

One of the targets, a fat, slow-moving guy who was one of the shooters at the disco, was living large in L.A. dealing drugs for Chapo and probably feeling safe from any retaliation. Everybody knows that the cartels don't commit murders in the U.S. It was to our advantage that people kept believing that. The reality is, more killings in the U.S. are committed on orders that originate in Mexico than anyone lets on. No one wants to talk about how little control they have over who comes in or what they do when they get there.

Chapo and the Arellanos had been at war for over a decade, since 1989, and nobody had any clear idea of the body count, but it was probably in the thousands.

David gave me $15,000 in getaway cash in case something went wrong. If I needed to buy a car, bribe a hotel clerk, or buy a gun on the street, I'd have enough for me and my crew to make it back to Tijuana.

Apart from worrying about actually killing one or more of my boss's enemies, I was also stressing about going back to the U.S. I was a parole violator. I never checked in with my parole officer after I left prison. Could I make it across the border to San Diego without a nosy border agent running me through the NCIC? Would some L.A. gang cop size me up at a gas station and see what was up?

There was no way we could bring our weapons across the border. So David gave me the names of two Border Brothers gang members who lived in L.A. They'd set us up with guns, identify the fat dealer, and show us where he lived.

The cartels would not be able to ship a billion dollars of dope into the U.S. every year without a huge network on U.S. soil. It could be anybody. A middle-aged mother handling money and phone calls for the cartel in Palmdale. A construction worker standing outside a Home Depot in L.A. A couple of teenagers slinging dope in Compton. A civilian employee of the LAPD. Someone on staff in a city council member's office. A Border Patrol agent.

David told me to pick two guys to go with me. There was no question. I picked the only two of my San Diego homeboys I could halfway trust to shoot straight and follow orders. They were both proven quantities, and they were both 17. Roach was an awesome driver who didn't lose his shit in a gunfight or a police pursuit. Puma was a solid soldier with a lot of heart.

When you're working for the dark side, you've got nobody to rely on except the guys standing next to you. Going deep into enemy territory is nothing like gangbanging or hitting a neighborhood *enemigo* from across the boulevard.

> GANGBANGERS GET CAUGHT BECAUSE THEY JUST THINK ABOUT PULLING THE TRIGGER. AN ASSASSIN KNOWS THAT'S ONLY 10 PERCENT OF THE JOB.

I wasn't a gangbanger anymore. I was now the sharp tip of the spear of an international criminal organization. And at that level, you're expected to perform like a professional. Excuses only make you dead.

**SO AT 3:30 PM** the next day, Puma, Roach, and I were waiting in line at the San Diego County border crossing. Puma was driving a red Toyota pickup. Roach and I were in a brand-new white Jetta. Both had plates legally registered to owners in California. That's what a billion-dollar organization can buy you — an enormous support system of safe houses, documents, routes of entry and exit, intelligence networks and all the guns and people required to keep the organization running smoothly.

The Border Patrol guys saw the plates and barely gave us a second look when we flashed our California IDs. The border is so loosely enforced that the cartels can move anything they want through it. I was in the U.S. law enforcement computer system as a parole jumper. A few keystrokes on a computer would have shown that.

By 6 we were in Los Angeles. We checked in at a Ramada Inn and called the Border Brothers at the phone number that David had given me.

An hour later Chino and Chuy showed up at the room with our weapons: a fully automatic Uzi submachine gun equipped with a huge silencer, an M1 carbine, a .357 revolver, and a couple of 9mm semiautomatic pistols.

We'd use the Uzi for the initial engagement and then back that up with the heavier caliber. Basically, the Uzi sprays a lot of lead real fast, but it's not that accurate. The idea is to hose off the opposition and get at least enough holes in them to get them down. Then we'd finish them off with head shots at close range with the .357 Magnum or the .30-caliber carbine. Believe it or not, it's hard to kill somebody with a single shot in a gunfight. The only absolute, instant-kill shot is to the head. And you need to be close, and the target has to be still to get that shot.

I gave Puma and Roach $100 to get some food, and I started to plan the mission based on the information the Border Brothers had given us about our targets.

A few hours later, Roach and Puma came back with a couple of girls they met, and they basically partied and screwed until 3 in the morning, when the girls left.

Roach and Puma were young. And, although they didn't say it, they were probably thinking that this could be their last night on Earth, so why the hell not get loaded and laid. I was 30 at the time. I had already reconciled myself to the fact that I wasn't going to live much longer. Getting drunk and laid wouldn't make me feel any better. Besides, getting loaded is a hazard. It makes you stupid and tired the next day. If I was going to survive, I needed to stay sharp.

Maybe the best I could hope for was a cartel funeral with a big headstone and a statue of Santa Muerte planted in the dirt over my body. I didn't care. I had nothing holding me to the world of the living. I'd cut myself off from my parents and my siblings. I didn't have a relationship with my wife or children. I was a fugitive from the California justice system. I didn't have a single thing to look forward to or live for. In a way, I was already dead.

I assigned Puma the M1 carbine. Chuy, who wanted to be part of the team, got the .357 revolver, and Roach got one of the 9mm semiautomatics. I was supposed to have the Uzi, but whoever they got it from had drilled holes in the silencer, making it useless.




*Adapted from Confessions of a Cartel Hit Man*, by Martin Corona with Tony Rafael, to be published in July by Dutton, a division of Penguin Random House. Corona cooperated with the U.S. government in prosecuting the Tijuana cartel. He lives with his family in witness supervision.

(Pg. 13)




A poster at the Mexico-U.S. border seeking the apprehension of Benjamin and Ramón Arellano Félix, of the Arellano Félix Organization, one of Mexico's most violent and powerful cartels. Below: A shot of Ramón in 2001.



I called David and told him that I needed another weapon. A few hours later, a fully automatic TEC-22 showed up at the Ramada. It had two 40-round magazines loaded with hollow-point .22-caliber bullets that had been dipped in mercury. If the bullets didn't kill the target right away, the mercury would eventually poison him. These rounds were reserved for the fat dealer, the guy we knew for sure was one of the shooters at the discotheque. He was the must-kill target. If we got anybody else connected to him, that was a bonus.

Once we had our weapons figured out, we started the surveillance. The street where we'd do the hit was in East L.A., not too far from the post office in the LAPD's Hollenbeck Division. That part of L.A. has been a spawning ground for street gangs and Mexican Mafia shot-callers since before World War II.

We parked where the dealers wouldn't see us and watched them. Roach and Puma were in the Toyota. Chuy and I were in the Jetta. We had Tijuana police radios, and we were using those to talk to each other. It turned out that three of Chapo's people had rented houses and apartments on both sides of the street. And the way they worked is that they'd hang around in the front yard looking to the casual observer like just a couple of guys relaxing. But we could see that every few minutes, a car would pull up to the house and wait. One of the dealers would approach the car and serve the drugs. Then the car would pull off, and the guy would go back to sitting in his yard. It was a drive-up franchise for dope — a Burger King for coke, meth, and pot. And this was just one of hundreds, if not thousands, of Chapo Guzmán's retail dope outlets all over California and the rest of the country.

"That's him. That's the *cabrón* [dumbass]," Chuy said when the fat dealer first showed himself. I told my guys to memorize his face. He was the guy we needed to kill.

**HE WAS WORKING** with two other guys. I decided right there to hit all of them. I wanted to go back to the Office with a high body count. We watched them dealing most of the day. They were busy.

Once we'd memorized the guys' faces, their houses, and how they worked, I started looking for ways to get in and out of the street fast. I sent our two Border Brothers away and drove all around the neighborhood with my shooters. We analyzed entry and escape routes. We went through a lot of what-if scenarios. What if they spot us early and run? What if they have shooters in the houses? Dope houses are prime targets for home invasions from rival gangs, so a smart dealer will post a security team behind the entrance with large-caliber weapons. So there was that to think about.

And then there was the issue of what would happen if the cops showed up. The Hollenbeck police station is only a few blocks away. They could get to us in half a minute once the bullets start flying.

We decided on where to meet up in case something went wrong and we had to scatter. The military calls this a rally point. We had two of them in case everything went sideways at the first rally point and we needed that secondary fallback position.

Then we started getting deeper into the mechanics of the kill.

You need to do all this groundwork if you're in any way serious about committing an assassination and getting away with it. Little gangbangers and hotheads get caught because the only thing they're thinking about is pulling the trigger. An assassin who's worthy of the title knows that pulling the trigger is only about 10 percent of the job. The real work is the setup, planning for the "Oh, shit" moment when the plan falls apart, getting in, and getting away with it.

Once we had our scenarios down, I took the crew to a swap meet for our clothes.

We were operating in what the media likes to call a "gang infested" neighborhood, and from the second you enter a gang neighborhood, you're being watched. What does your hair say about you? What about those tattoos? We can look at a tattoo and make an accurate guess as to what neighborhood you're from, your status in the gang, if you're a shot-caller or a soldier.

I picked out clothes that would send the message that we were not gang affiliated — hoodies in weird colors like brown, yellow, black, and green. To a gangster, those colors mean nothing. Casuals. The only color that counts is blue, the color of the Mexican Mafia-affiliated gangs in all of California. Don't get caught wearing a blue jersey or a blue L.A. Dodgers ball cap. It could get you killed.

Then we got sweatpants and shorts to wear under them. The idea was that right after we did the hit, we'd strip off the jackets and sweatpants and dump them. After the shooting, the radio call would go out looking for three Hispanics in hoodies and sweatpants. By the time the units got that information, we'd be in T-shirts and shorts looking like every other Hispanic on the street.

Then I got everyone bandannas and gloves. We couldn't dump the guns with our prints all over them, and we didn't want GSR — gunshot residue — on our hands in case we were stopped and they got curious enough to give us a GSR test. So we found gloves that were thin enough to work a slide, press the mag-release button, and anything else we needed to do to keep a gun working in the middle of a firefight, but thick enough not to leave GSR on our skin.

We were committed to not getting stopped by the cops. We didn't want to kill them. We thought, they're just working guys like us. But they belonged to a government that wasn't our government. And if it came to it, it was their tough luck that they couldn't shoot first. We could.

After we did the hit and got back in the car, we would lock and load with topped-up magazines for battle. If we did get cops on our tail, we wanted to be ready to light them up. If a cop car got behind us, we'd be cool. But if the lights came on, that was our signal to bail out, fire everything we had at their windshield, and take off on foot.

We had one more day of surveillance and planning ahead of us. We showed up early

FROM TOP: ROBERT GAUTHIER/LOS ANGELES TIMES VIA GETTY IMAGES; AP PHOTOS

(pg. 14)

in the morning and set up our monitoring of the dealers one more time.

It was like a dress rehearsal. We had everything we needed. We had the plan. We were spooled up and ready. All we needed was the opportunity to get these three guys out in the street at the same time.

And then. There it was.

We hadn't planned on doing it that day or that moment, but it looked like Jesús Malverde, the patron saint of *sicarios*, had heard the assassin's prayer and gave us the perfect opportunity.

All three of our targets were out in the street serving cars that had just pulled up. It was right around 9 on a Monday morning, and business was great.

I didn't have to say much to the crew other than, "We're doing it now."

Roach drove the car and parked within a foot of where we agreed to park it. We tied off the bandannas, pulled up our hoodies, grabbed our guns, and started walking up the block.

I don't know what it's like being in an organized war in an army. But when I stepped out of the car with a full-auto weapon in hand, dressed in my battle gear, and focused on my enemy, I felt an enormous calm. Everything seemed to slow down, and I got a sort of tunnel vision. At the same time, I became aware of everything around me in sharp detail.

They were busy selling, so we got to about 10 feet of them before one yells out, *"Agua! Agua!"* That's the distress call. What he saw was three guys in hoodies and bandannas walking toward him with their weapons raised and fingers on the triggers.

The first guy, the one closest to me, looked me in the eye and froze for less than a second. It's all it took.

I already had the muzzle of the TEC-22 centered on his chest. I pulled the trigger and four mercury-tipped bullets hit him center mass. He was dead before he hit the ground.

The second dealer took off on foot, and Chuy followed him down a side street.

Puma, as he was ordered to do, immediately straddled the guy I had just shot and was about to put one in his brain, but I yelled at him not to bother, to go help Chuy find the runner.

All this took a handful of seconds that felt like forever.

The fat dealer was on the passenger side of his customer's car. The car was between me and the fat guy, and I couldn't get a shot at him with the driver there. I yelled at the driver to get the hell out of there. But the guy froze up. He wouldn't move.

So I fired two rounds into his car, and he pulled away. Slowly. By the time he was clear, the dealer was about 20 feet away and running toward his front door.

I took my time, aimed, and squeezed, eight rounds blasting out of the barrel like water from a garden hose. The dealer rolled onto the ground. It looked like his legs just got chopped out from under him. But I could see he was still moving and crawling to his front door. I walked up to him, and I could see that I'd only hit him in the ass and the legs. The fat dealer rolled onto his back and said, *"Non me mata. Por favor. Non me mata."* Don't kill me. Please. Don't kill me.

It was way too late for mercy. This guy was a *sicario*. Just like me. He was one of the 40 people who walked into a discotheque and sprayed lead all over the place, not caring how many people he killed. If the situation were reversed, he wouldn't hesitate to kill me. I didn't hesitate, either. It's an ugly business. But it is a business.

I said to him, *"Sí, puto. Por Ramón."*

I leaned over him and emptied the rest of the 40-round magazine into his body.

I looked up and down the street, and it was completely empty. This was a Monday morning around the time people were on their way to work or school, and there wasn't a single person in sight. We'd just committed what we believed to be a triple homicide on a street in one of the biggest cities in the country, and I was the only living thing visible on the landscape.

**ALL HE SAW WAS THREE GUYS IN HOODIES AND BANDANNAS WALKING TOWARD HIM WITH THEIR WEAPONS RAISED.**

Where were my guys?

I started for the car. Roach was already behind the wheel, and he and Puma were stripping off their bandannas and hoodies. But where was Chuy? I told Roach to wait and give me a few seconds.

I jumped out of the car with my weapon still in hand and ran up the street. There was Chuy, bent over at the waist, his gun still in his hand and both his hands on his knees. He was gasping for air. He'd chased the guy for a long time and finally hit him.

Chuy saw me. He smiled. He thought we left him behind. Then he told me he hit his man.

Time to go.

We ran back to the car, jumped in, and took off the bandannas.

I told Roach to drive slow. Don't make it look like we're escaping the scene. And the good soldier that he was, he drove down the street right past the bodies as cool and slow as Joe Citizen.

Our first turn out of there was onto Whittier Boulevard, three blocks away. If we could make it to Whittier, we'd blend in with the traffic and we'd be gone, back in Mexico by lunchtime.

But then we had to stop for a traffic light. And, as things like this happen, a black-and-white cruiser stopped behind us.

"Be cool," I told the guys in the car. I also told them to check their weapons and make sure they were loaded with fresh mags.

It was a female cop driving without a partner. My stomach tightened because she might be a mother or a wife or both, and the thought of killing a woman, even if she was a cop, made me sick. But not sick enough to give her a pass.

I reminded my guys again. "If she puts her light on, we bail out. We light her up with everything we got and meet up at the first rally point."

We sat frozen waiting for the red light to change. And then: Her light goes on. We went on full alert. We had our hands on the door handles ready to swing out and kill her.

Then she cranked her wheel hard, making a high-speed U-turn behind us, and took off in the opposite direction. She must have just gotten the shots-fired call. She'd come about three seconds from being executed.

We looked at each other. This was some crazy shit.

We pulled over to strip off our clothes. We threw the weapons and the clothes into a plastic bag and handed it to the Border Brother who was waiting for us.

As he took the bag to dump it, we started hearing sirens coming our way. A lot of them. We pulled out into traffic and drove down Whittier Boulevard to get to the freeway. A couple of cop cars drove past us to respond to the scene of our crime. It was beautiful.

We were back across the border and at the Office that afternoon.

The next day David came in with a suitcase and told us that the killings had started a shitstorm in L.A. He gave us each $25,000 in cash. He didn't ask for the $15,000 he'd given me as getaway money.

The body count turned out to be only two out of three. The first guy I shot died on the spot. The fat dealer took two days to die from the bullets and the mercury. The third guy, who Chuy shot, survived.

I was a hero to David and Ramón Arellano. I led a team on a successful assassination and not only got away with it, but kept the LAPD and the entire California justice system in the dark about those homicides for more than a decade. Those murders remained unsolved until I eventually became a prosecution witness and told them how and why they happened.

Getting it done right does not make me proud now, but it did then. 

(pg. 15)

male/female alienation, pushing white males further into the homosexual position and, incidentally, pushing white females in that direction also.

The long-standing white male/female alienation in the white family has pushed the white female, perhaps unconsciously, to mold her sons to be more like herself than like their father. Thus, she creates a female with a penis. Additionally, she proceeds to fight back at the male and finally achieves, symbolically, a penis for herself – resolving the white female's penis envy complex, a compensation for her sense of inferiority imposed by men. In a similar way, she fights back at the white male when she captures a Black male's penis and taunts the white male, who believes "her" black penis is stronger than his own.

From another perspective, white male and female homosexuality can be viewed as the final expression of their dislike of their genetic albinism in a world numerically dominated by colored people. This dislike of their appearance, though deeply repressed, causes a negation of the act of self-reproduction (sex), in various forms. This is the eventual origin of homosexuality. It is a parallel activity to the all familiar discussions of "population zero" and "birth control," now current articulations in the white supremacy culture.

All of the aforementioned dynamics are components of the total dynamic of racism. Some of the methodologies used to achieve Black male submission or effeminization warrant further examination. Unlike the white male, the Black male does not arrive at the effeminate bisexual or homosexual stance from any deeply repressed sense of genetic weakness, inadequacy or disgust, which I refer to as *primary effeminacy* (effeminacy that is self-derived and not imposed forcibly by others). Instead, the Black male arrives at this position *secondarily*, as the result of the imposed power and cruelty of the white male and the totality of the white supremacy social and political apparatus that has forced 20 generations of Black males into submission. This pattern of imposed submission is reinforced through every institution within the white supremacy system, but especially in the fundamental social institution of the family or, in this case, the Black survival-unit.

Hot Springs, AR 90-97

Black - Zion/Genesis

Eugenics

"Agility"

Relig. Epiphany Pharoah-

(pg-16)



LORENZO L. JONES, Petitioner
v
BARBARA BOCK, WARDEN, et al. (No. 05-7058)

TIMOTHY WILLIAMS, Petitioner
v
WILLIAM S. OVERTON, et al. (No. 05-7142)

JOHN H. WALTON, Petitioner
v
BARBARA BOUCHARD, et al.

549 U.S. —, 127 S. Ct. 910, 166 L. Ed. 2d 798, 2007 U.S. LEXIS 1325

Argued October 30, 2006.
Decided January 22, 2007.

**Decision:** Prison Litigation Reform Act held (1) to make failure to exhaust grievance procedures affirmative defense; (2) not to make exhaustion inadequate simply because individual later sued was not named in grievances; and (3) to allow court to proceed with exhausted claims when complaint included exhausted and unexhausted claims.

**Prior history:** 135 Fed. Appx. 837, 2005 U.S. App. LEXIS 11572; 136 Fed. Appx. 859, 2005 U.S. App. LEXIS 12277; 136 Fed Appx. 846, 2005 U.S. App. LEXIS 11991

## SUMMARY

The Prison Litigation Reform Act of 1995 (PLRA), as amended (42 U.S.C.S. §§ 1997e et seq.), requires pris-

(pg. 17)



oners to exhaust prison grievance procedures before filing suit with respect to prison conditions.

After unsuccessfully seeking redress using the grievance procedures authorized by Michigan's department of corrections, an inmate in a Michigan state prison filed a civil rights action against six prison officials under 42 U.S.C.S. § 1983 in the United States District Court for the Eastern District of Michigan. The District Court dismissed on the merits as to four officials and, as to the other two, concluded that the inmate had failed in his complaint to adequately plead exhaustion in his complaint. The United States Court of Appeals for the Sixth Circuit (1) determined that the PLRA required (a) pleading of exhaustion, and (b) exhaustion as to all claims in a complaint; and (2) affirmed the District Court's judgment (135 Fed. Appx. 837, 2005 U.S. App. LEXIS 11572).

As to a second Michigan state prison inmate, who also had filed a § 1983 suit after his two grievances had been denied, the District Court (1) concluded that the inmate had not exhausted his administrative remedies concerning one grievance because he had not, during the grievance process, identified any of the officials named in the suit; and (2) thus dismissed the entire suit under the Court of Appeals' total-exhaustion rule for PLRA cases. The Court of Appeals affirmed the District Court's judgment (136 Fed. Appx. 859, 2005 U.S. App. LEXIS 12277).

In addition, the United States District Court for the Western District of Michigan dismissed a third Michigan state prison inmate's § 1983 suit under the total-exhaustion rule because the inmate's grievance had named only one of the six defendants in his suit. The Court of Appeals affirmed the District Court's judgment (136 Fed Appx. 846, 2005 U.S. App. LEXIS 11991).

On certiorari, the United States Supreme Court (1) consolidated the cases, and (2) reversed and remanded. In an opinion by ROBERTS, Ch. J., expressing the unanimous view of the court, it was held that under the PLRA:

- Failure to exhaust was an affirmative defense, and thus inmates were not required to specially plead or demonstrate exhaustion in their complaints, as (1) most courts viewed failure to exhaust as an affirmative defense; (2) claims covered by the PLRA were typically brought under § 1983, which did not require exhaustion; and (3) the usual practice under the Federal Rules of Civil Procedure was to regard exhaustion as an affirmative defense.

- Exhaustion was not per se inadequate simply because an individual later sued by a prisoner was not named in the prisoner's grievances, as (1) nothing in the statute imposed a "name all defendants" requirement; (2) compliance with prison grievance procedures, therefore, was all that was required by the PLRA to properly exhaust; and (3) although a "name all defendants" rule might promote early notice to those who might later be sued, that had not been thought to be one of the leading purposes of the exhaustion requirement.

- When both exhausted and unexhausted claims were included in a complaint, courts were allowed to dismiss the unexhausted claims and to consider the exhausted claims on the merits, as (1) other statutory language similar to that in the PLRA had not been thought to lead to the dismissal of an entire action if a single claim failed to meet the pertinent standards; (2) the Supreme Court found no indication that in the PLRA, Congress meant to depart from the norm that if a complaint contained both good and bad claims, a court proceeded with the good and left the bad; and