USDC/Southern District,IN.



FILED
SOUTHERN DISTRICT
INDIANAPOLIS DIVISION
17 SEP -6 PM 5:25
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDENT(Pro-Se)
Case No#2:13 cv 304(WTL/MJD)-Counsel Appointed-
CAPITAL HABEAS-T.18 Ch.153-§2241-

---------------

MOTION FOR JOINDER OF PARTIES SEEKING AMENDMENT TO COUNSELED PETITIONS REQUEST FOR RELIEF SECTION,Pursuant to DAMAGES from injury of SPOUSAL ESTRANGEMENT,ALIENATION OF AFFECTION(&)INVOLUNTARY SEPARATION,Dissolution of COMMONLAW MARRIAGE-

--------------- 5pgs. Exhibit/support

Comes now The Petitioner PRO-SE does submit this UNCOUNSELED Request to Amend the WRIT FOR HABEAS CORPUS,to relieve former wife,secure damages reasnably(&)resolve terms of FUTURES accordingly,in the abovestyle action-

SUMMARY-

The petitioner claims that He was exclusively dating,engaged(&) then eloped with Former Wife,Ms.KRISTIN M.LaPaglia,of Hot Springs,AR. circa,1992(Spring)-1995(Summer)-I claim that I was entrapt(&)KIDNAPPED,while attempting to meet Ms.LaPaglia on Vacation in FLORIDA-(&)I was in purview of persons claiming to be C.I.A.AGENTS.

The petitioner claims that Ms.LaPaglia was in line to recieve a portion of ROYALTIES from a TELECOMMUNICATIONS Company I had retained rights to restructure(&)then,reported as insolvent,believing my family were victims of LARCENY...I am asking for The Company,(&)its subsequent ARTICLES OF INCORPORATION be returned to me(&)reregistered as CLEARSYSTEMS Debt.Consolidation/CSS/CSD]®(&)am going to merge the Technical inc.,company under the "Quikkey(QUICK-KEY)(Specialty Key-board)Co.®,which I own entoto,for restructuring,(&)am asking the USDC/ to assess the CLAIM AT BILLIONS OF US DOLLARS in Yearly loss,from 1989 (&)1990 respectively...which is when I submitted my synopsis for a PROGRAM TRADING Platform at ARKANSAS BANK(&)TRUST/AB&T®,via MR.Cecil Cupp Jr.Former President of that BANKING Inc.

Inrem:Paul V.Superintendent(2:13 cv 304)-

Continued...

The petitioner requests the Court assess Ms.LaPaglias rights to Damages at 21 YEARS,at the NOMINAL $1.000.000(mn)Per Year rate,or at the 3 YEARS we were exclusively coupled,in The SAME RATE as above,(&)further,requests that the Court PAY Ms.LaPaglia respectively,but if I owe the money from my DAMAGES,requests the Court review my request for TREBLE DAMAGES,at that rate,accruing $63.000.000(mn)total,not including Business Loss,(&)requests that if the Court awards that to me,or any sum,the Court limit/Cap Ms.LaPaglias award(@) NO MORE THAN 10%of the sum total...(&)NONE of THe Royalty without the option to remarry in GOOD FAITH-

Ms.lapaglia was The Petitioners 1st/Consummate(&)Reciprical fiance (&)Wife,(&)although shes understated the extent of our relationship duly,during PRETRIAL INVESTIGATION,(&)since,I am filing criminal complaints relevant to our involuntary separation(&)CIVIL RIGHTS VIOLATIONS Contributing to Devastating SPOUSAL MISCONDUCT(ALIENATION)See: EXHIBITS PG.1.-4.to ensure JUSTICE is SERVED,(&)so at least 3/Persons in the complaint,including her husband,are in FELONY Complaints which were Obstructed due to this case...

I am not trying to Harrass Ms.LaPaglia,I am sending a sympathy card because she lost her sister to HEART DISEASE this Spring,(&)is going through a difficult time(&)I will always love her(&)loved her sister too...but am demanding STRICT TERMS(&)A POLYGRAPH if we resume our marriage,which is what I want to do,because I did not agree to separate,want her marriage annulled(&)ours reenstated for posterity...see: Pg.5.,if the Court orders a Restraining order I will obey that,but I believe Ms.LaPaglia should be allowed to competently consider her decisions in light of my innocence(&)how the attacks effected the time leading up to our separation...which was illegal entirely.

Respectfully Submitted,

Signed [signature]

Jeffery W.Paul 10517042

Done This Day-
( 8 / 31 / 17 )