Office of The Agent in Charge-F.B.I.-

(Pg. 1.)

Inrem:Complaint-Hot Springs,AR.

Offense:Conspiracy Against Rights-Viol.T.18 USC Ch.13-

resulting in COMPUND CRIMES-including:Attempted CAPITAL MURDER, to OBSTRUCT JUSTICE(WITNESS TAMPERING),w/FIREARMS,by members of a STREET GANG,PIRU BLOOD SET(B-DOGS's)-who SEXUALLY ABUSED(&) KIDNAPPED fiance of PLAINTIFF-Jeffery W.Paul,a MINOR,Miss Kristin LaPaglia,a MINOR-Offense occurred spring 1994-was reported,relegated (&)then OBSTRUCTED.

------------------

OFFENDERS were-also MINORS/JUVENILES-

1.EDDIE LEE(W/M)shooter
2. (W/M)
3. (W/M)
4. (W/M)shooter
5. es(W/M)shooter
6 an(W/M)
7 s(W/M)

-------

Summary-

After discovering person claiming to be PLATONIC Friend of fiance in bed w/Fiance,Plaintiff demanded complaint be made(&) was told complaint was made...but saw offender still free(&) noted he called Kristins house,Kristin stated that she felt bad about the incident because he was her friend(&)although she didnt give him permission to have sex,he felt shed lead him on,was angry,(&)would not allow her to socialize w/him(&)her friends in the same manner(ie,with liquor/drugs(&)resources fiance could not provide),fiance confronted them both,accused them of having an aff-

ai

Office of The F.B.I.-Agent In Charge-

(19-2)

Continued-

air(&)requested that her mom proceed w/the complaint,demanded that fiance stop seeing Eddie,or stop engagement,Kristin stated she did not want to stop relationship(&)agrred to cooperate...

Shortly after that,Plaintiff was in passenger seat w/Witness when green TOYOTA TRUCK pulled up beside car,w/subjects back..
driving...

I rolled down the window b/c somebody called out to me,but I did not immediately see Eddie b/c it Looked like was trying to jump out of the back...then I noticed Eddie(&)realized they were going to jump me(ATTACK),(&)saw Eddie sit up(&)BRANDISH what appeared to be a HANDGUN,NKL/Auto-(maybe silver/chrome)-in a black cloth/rag-he fired one shot which seemed to hit the car but he was getting jostled,I threw the bottle at the truck(&)it bounced off the tailgate(the driver was trying to drive off fast, (&)Eddie fored proxy 4-7 shots rapidly....

*.The above incident occurred at the light on Main Street(&) E.Grand...across from the TOTAL Service station...not sure if it was a TOTAL,couldve been a ROADRUNNER!

Following the incident,I was shot at 2 more times w/Witnesses parked at the Flea Market on Central Ave,(&)Driving down Bath-House ROW!

Eddie(&)crew allegedly shot at my house,Kristins House(&) not only battered me(&)my friends but repeatedly raped my fiance inducing 2/miscarriages,which were supposedly my babies at the time.

Signed *Jeffery W. Paul*

Jeffery W.Paul 10517042
8/8/17-

Office of The Agent IN Charge-F.B.I.-



Inrem:Complaint-Hot Springs,AR.

Offense:Conspiracy against Rights-viol.T.18 USC-Ch.13-

resulting in COMPOUND CRIMES,including:ATTEMPTED CAPITAL-
MURDER(3 cts),OBSTRUCTION OF JUSTICE,SEXUAL ABUSE,KIDNAPPING
ROBBERY/BURGLARY,CORRUPTION OF A MINOR(DRUGS/PORNOGRAPHY)-,
w/FIREARMS ,BATTERY,DOMESTIC VIOLENCE,STALKING-

-----------

SUSPECT-EDDIE LEE(W/M)Proxy 40yrs old,fmr student at HOT SPRINGS,
HIGH SCHOOL-

VICTIMS-Jeffery Paul(&)Kristin LaPaglia-

---------------

WITNESS LIST(SECRET)-

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.

Signed *Jeffery W. Paul*
Jeffery W.Paul 10517042
USP terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808

Hot Springs Police Dept./Hot Springs,AR.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

Inrem:WITNESS LIST-

Jeffery W.Paul(&)Kristin M.LaPaglia
(VS) EDDIE LEE(et al)...

--------------------

LEGAL LETTER/REQUEST-

--------------------

Dear Sirs,

In the matter of the attacks in spring 94',which were relegated(&)obstructed...I need to prioritize the 30 ct WITNESS LIST, which I sent recently to focus on MATERIAL Witnesssses...

Please Note:

1.( [redacted] roxy 40 yrs now-eyewitness shooting
2.( [redacted] (W/F)proxy 40yrs now-damage/bulletholes
3.: [redacted] roxy 40 yrs-eyewitness shooting
4.I [redacted] xy 40 yrs now-damage bulletholes(shooting)
[redacted] W/F)proxy proxy 42 yrs now-damage bulletholes
[redacted] rs now-damage bulletholes(shootings)
6.. [redacted] M)40 yrs now-damage bulletholes
7.I [redacted] M)40 yrs now-damage bulletholes
8.I [redacted] yrs now-damage bulletholes
9.I [redacted]

------parenthises means Im not sure if they were in the car or not,but for sure there was more persons than me,Greg(&)Tina in the car when shots were fired but I dont remember the names...

The other witnesses are for Defamation,est.that I WAS in a intimate SPOUSAL Relationship w/KRISTIN LaPaglia,engaged(&)we eloped in 95',we were NOT Breaking up-but took a break from the house b/c they had 2 bathrooms for 5 girls(&)4 men...I was INVOLUNTARIALY SEPARATED (&)claim to be entrapt(&)kidnapped for [redacted] mos.(&)she abandoned me.

Sincerely

8/19/17

(B.5)

This is NOT HARASSMENT!

www.hallmark.com

6 10290 05184 4 02215

EXPRESSIONS FROM Hallmark

U.S.A. 1.99
Canada 2.69
JRG 221 E
© HALLMARK CARDS, INC.
KANSAS CITY, MO 64141
TORONTO, CANADA M2J 1P6
MADE IN U.S.A.




Rest in Peace
Andrea LaPaglia
42 Yrs. old

Spring 17'

