Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 461
01 SEP 2017 PM 7

Office of Judges Lawrence/Dinsmore
C/O The Clerk of The Court
INREM:Case No 2:13 cv 304(MJD/WTL)
PAUL V.SUPERINTENDENT-CAPITAL CASE-
921 OHIO St.Room 104
Terre Haute,IN.
47801

Legal Mail

UNITED STATES MARSHALS
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

SEP 5 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829