USDC/Southern District of IN

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

Inrem:Paul V.Superintendent(Pro Se)
Case No#2:13 cv 304(WTL/MJD)CAPITAL CASE-

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 SEP 11 PM 5:07
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

--------------

MOTION to The Court-

--------------

Comes now The Petitioner Pro-Se does submit this uncounseled corr-spondence pursuant to due-process,accordingly-

SUMMARY-

The petitioner states that from proxy 1996-repeatedly,while im-prisoned,persons acting under BOP/DOJ purview entered my case with (&)without my permission(&)I believe,with reason the case was ob-structed...the most recent incident that I know of was here in IN. which was result of The S.C.U!s policy of delegating legal tasks to Orderlys...

The Orderly here,is BIPOLAR/SCHIZOID(&)had some kind of mental break-down,(&)sent WORKPRODUCT,Notes(&)Drafts etc...to the Court on my PRO-SE Filing,in which I was trying to demand a NEW TRIAL Under The HARMLESS-ERROR Rul 61-FRCP-T.28-Statute,in traverse plea which I in-itiated as amendment to grounds extablished by Counsel...the pleadings were sent inchoate(&)are supposedly out of context(&)probably need proofreading,(&)may be construed as inculpatory/incriminating...again, I deny I committed this crime(&)reject any resolution other than a complete vacateur due to ACTUAL-INNOCENCE(&)believe the F.B.I,can easily prove my claim that I did NOT INTENTIONALLY send incriminating correspondence to the Court,(&)frequently was not the endorser though my name is on the papers...the papers were supposedly being typed(&) revised according to LOCAL FILING RULES of HABEAS PETITION.

Continued....

The Petitioner requests to represent himself PRO-SE on any matter relevant to evidentiary process on that because Counsel simply does Know what the facts are about pleas in my name that I did NOT Write or was unintelligible(&)cannot enlighten The Court about the significance of CELL ROTATIONS etc...

Respecfully Submitted,

Signed ____________________

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO Box 33/Terre Haute,IN.
47808

Done this day-
9/3/2017-

Certificate of Service-

I,Jeffery W.Paul do swear a true(&)correct copy of this motion sent to USDC/SD/IN.,for Judge LAWRENCE(&)DINSMORE,via Institutional mail,9/3/17-