Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
06 SEP 2017 PM 3 L

RECEIVED

SEP 8 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES COURTHOUSE/SD/IN.
Office of Judge LAWRENCE/DINSMORE
Case No#2:13 cv 304(WTL/MJD)CAPITAL CASE
921 OHIO Street,Room 104
Terre Haute,IN.
47801

Legal Mail-

INMATE
IDENTIFICATION
CONFIRMED

47807-373829