UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br>v.<br><br>SUPERINTENDENT,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:13-cv-304-WTL-MJD |

**Entry Regarding Pending Motions**

Petitioner's motion to redress omission of due process, Dkt. No. 146, motion to attach papers, Dkt. No. 149, and motion for joinder of parties, Dkt. No. 150, are **denied**. Petitioner is reminded that filings in this action are to be made only through counsel.

**IT IS SO ORDERED**.

Date: 9/15/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel