USDC/SOUTHERN District of,IN.

Inrem:PAUL V.SUPERINTENDENT(Pro Se)
Case No#2:13 cv 304(WTL/MJD)CAPITAL HABEAS
-UNCOUNSELED Correspondence-

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 SEP 18 PM 5:57
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

--------------

-MOTION TO SERVE PAPERS TO PARTY JOINED FOR CONSOLIDATED Request For Relief of SPOUSAL ESTRANGEMENT,ALIENATION OF AFFECTION(&)INVOLUNTARY DISSOLUTION OF COMMONLAW MARRIAGE-

--------------- EXHIBLITS Attached Pgs.( 1 - 11 )

Comes now The Petitioner Pro-Se does submit this Uncounseled Motion for Order in The Abovestyled action,by any controlling authority -

SUMMARY-

The Petitioner requests The Court serve papers attached for endorsement of request for consent,to stipulations,request for damages(&)stipulations of remarriage/processed dissolution,NOTICE of INTENT to proceed by law,accordingly for redress of CIVIL RIGHTS VIOLATIONS(&)Criminal Complaints from offense(&)effect of estrangement from wife...

PARTY JOINED:MS.KRISTIN M.LaPaglia(8/6/77)W/F-SS#U/K-
Last seen-HOT SPRINGS,AR.7/1997-

Respecfully Submitted,

Signed [signature]

Done This Day(9/12/17-)

Jeffery W.Paul 10517042Rg#
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808