USDC/Southern District,IN.

(Pg.1)

Inrem:PAUL V.SUPERINTENDENT(Pro Se)
Case No#2:13 cv 304(WTL/MJD)-Counsel Appointed-
CAPITAL HABEAS-T.18 Ch.153 §2241-

----------------

-AFFIDAVIT IN SUPPORT FOR DAMAGES ASSESSMENT-INVOLUNTARY SEPARATION, ESTRANGEMENT,ALIENATION OF AFFECTION,SPOUSAL CLAIMS-

----------------

SUMMARY-

To The Judges,

The Petitioner claims the following,in joinder,that I left AR. on 7/1/95(&)believed I was going to FLORIDA for 2/weeks,that we were going to KEY WEST,FL.to see the SOUTHERN MOST POINT(&)THE TREASURE EXHIBIT,MEL Fishers...then would be going to FT.LAUDER-DALE where we were going to meet up with my Wife(&)her friends to check on her unchaperoned vacation,which I objected to...I knew I had a MATERIAL WITNESS Obligation in AR/STATE but did not know if anything would happen other than that(&)shortly after arriving in KEY WEST,FL.,I was approached by a person who seemed to credibly be working for The C.I.A.,(&)he knew a female I had been introduced to(&)I believed I was working with a Govt.Agent,posed as a interr-acial Couple(&)complained when I woke up with her(&)realized wed had sexual intercourse,my communications were on some kind of a closed circuit(&)when I tried to call,KRISTIN,that system dropped the calls a THOUSAND TIMES...my parents came down(&)seemed to be SENILE,had no knowledge of KRISTINS Whereabouts(&)refused to cont-act her...

Respecftfully Submitted,

Signed [signature]
Jeffery W.Paul- Done this Day(9/8/17)-

Inrem:PAUL V.SUPERINTENDENT(Pro Se)
Case No#2:13 cv 304(WTL/MJD)-Counsel Appointed-
CAPITAL HABEAS-T.18 Ch.153 §2241-

(pg.2)

------------------

-AFFIDAVIT IN SUPPORT OF DISCOVERY(&)CRIMINAL COMPLAINTS-

------------------

SUMMARY-

To The Judges,

The Petitioner claims that he met Ms,LaPaglia through her sister Andrea,(&)she was too young to date according to her parents but that I tried to talk to her(&)Kissed her in SOUTHWEST Jr.High the year before The School District transfered the 9th grade class to The High School...I believe that was 90',she was at the school waiting for her sister by the coke machines...I kept in touch(&)when I broke up with my girlfriend,we decided we could talk more...but that was in 91'(&)I had dated someone for a couple weeks so we talked until SPRING 92'...she was not fast(&)we spoke extensively about exclusivity(&)I agreed we should traditionally date(&)in 93'we were engaged(&)I started hearing vicious rumoors that she had more of a past,(&)was really throwing herself at guys when I was not around,that she turned into a real whore...I didnt believe it because although I found Liquor around her the guys were not that great,even considering I had a scar on my face (&)some of them were BLACK,which was totally wrong,duly...

I believed that her friends thought she was too young to be steady (&)were slandering her to break us up,(&)I confronted several of them about taking her out w/guys around who didnt respect our relationship (&)I was really distracted because my family had been robbed(&)I was thinking I would get a complaint(&)recover money from a telecomm/computer company(&)BILL GATES was making news for Microsoft Money...I was excited about that(&)happy to be with KRISTIN,she always kept herself real pretty,trendy clothes(&)hair done,she was a real trophy for some-

Continued...

one entering investment banking,(&)we were sexually active to a fault,actually overdoing intercourse resulting in her vagina swelling a couple times...I forbade her taking birth control(&)said that if she got pregnant my family would help(&)it was meant to be, I wanted to have a baby with my beautiful wife(&)didnt want her to have to work,thought she be a great MOM,(&)I loved her family...Her Cervix disappeared a couple times(&)I got my hopes up,but she says thats a menstrual phenomena...she was the first woman that let me explore her body(&)she told me what she wanted me to do,so I dont know how or why someone would think they could talk to her/have an affair with her(&) I wouldnt find out,or why shed want too,if shes not corrupted.

I dont know what the truth is about her extraspousal activity,I don t know why/what I did wrong(&)want a polygraph,if any part of the allegations of interracial fornication are true,not only did she lie about her actions BEFORE we entered our relationship,she did so with regard for race baiting(&)was a tool...for criminals,she told me repeatedly that shed been taken advantage of...was cooperating with complaints(&) then they started attacking me when I demanded the matter not be dropped which occurs while we are arguing about her social activity which I wanted her to stop...those guys were guys she knew,not me...they shot at me(&)people around me were attacked(&)thats why TRINITY was scared to leave his pistol stashed...(&)I definitely wouldve never been with TRINITY if my Brother in Law had not been taking sides,supporting KRISTINS PARTYING... which was all DOMESTIC VIOLENCE without the actual sexual misconduct,which was just SLANDER to me...Kristins demeanor at times when she was allegedly also having affairs was always endearing (&)she stays physically close,touching frequently,attentive(&)caring taking time to keep me informed of our schedules(&)prompting me to help with housework etc...so I was in good standing with her family...I was emotionally invested in that relationship like no other(&)losing her creates a nagging loss,especially considering the allegations of mis-

...conduct,which I am haunted by.

I dont know what her ideas for CLEARSYSTEMS/CSS®(Online)were but she loved music(&)had sisters into trending etc...so I think its a real loss that she not only let these guys talk her into betraying a most fundamental situation of engagement/marriage(&)turn someone,(ME) into a fool,when I needed respect to succeed,(&)also completely abandon me when I needed her most...then show resourcefulness,intelligence(&) Loyalty to obstruct(&)assist people who permanently undermined our relationship,treated her like a whore(&)tried to kill me after injuring me repeatedly,severly...because/despite the fact that I loved her(&) they couldnt care for her...she can look at the records,the ONLY person she knew duly who had an angle to a potentially FORTUNE 500 company(&) precedent to go forward with that(&)recover money was me...she dont have a MILLION Dollars worth of Jewelry in a walk in closet(&)surrogates for her health...shell never get that from the guys that"WON" her hand in marriage(&)I will prove they kidnapped her(&)Obstructed complaints guaranteed to get violent felony convictions(&)the entire relationships she developed were criminally influenced(&)void...I want a polygraph to prove an investigation is in order,she dont understand the nature of her crimes or why thats not limited in retrospect....sheshould not get ANY MONEY FROM Me without a investigation(&)process...

Respecfully Submitted,

Signed [signature]

Jeffery W.Paul

Done this Day-(9/8/17)

USDC/Southern District,IN.

(pg.5)

Inrem:PAUL V.SUPERNITENDENT(Pro-Se)
Case No#2:13 cv 3049WTl/Mjd)-Counsel Appointed-
CAPITAL HABEAS-T.18 Ch.153 §2241-

---------------

-AFFIDAVIT IN SUPPORT OF FILING MOTION INFORMA PAUPERIS-

---------------

SUMMARY-

To The Clerk Court,

I am sending this endorsed Affidavit to ensure the Clerk does file the Motions for Joinder(&)UPFRONT MONEY TO SUPPORT RELOCATION (&)OTHER NECESSARY PROCEDURES TO REMARRY MY HUSBAND -I am Joining a Party filing as an indigent(&)if the action constitutes a respective action,I am asking the plea be assessed at the 5$Informa-Pauperis fee rate for CAPITAL HABEAS PETITION,Amendment to The Duly Submitted COUNSELED PETITION...(&)that fee be deducted from the account of Jeffery W.Paul,Rg#10517-042-.

Respectfully Submitted,

Signed________________________

Kristin M.LaPaglia

(  /  /17)

IN THE STATE OF ARKANSAS/GARLAND COUNTY
USDC/Southern District of,IN.



Inrem-LEGAL ACTION-

Statement-

I,Kristin M.LaPaglia do hereby the undersigned witness am agreeing to assist my former spouse petition for redress of Civil Rights violations occurring from 1992-95 which resulted in a involuntary separation-

I understand that my former spouse is demanding reconciliation (&)renewed Spousal rights to common property,consort(&)Conjugal Privileges(&)REPRODUCTIVE RIGHTS.

Signed__________ ______________

Kristin M.LaPaglia

Witness/Notary -

Signed________________________________

Done this day( / /17 )

Inrem:PAUL V.SUPERINTENDENT(Pro Se)
Case No#2:13 cv 304(WTL/MJD)-Counsel Appointed-
CAPITAL HABEAS-T.18 Ch.153 §2241-

---------------

-AFFIDAVIT IN SUPPORT FOR DAMAGES ASSESSMENT-INVOLUNTARY SEPARATION, ESTRANGEMENT,ALIENATION OF AFFECTION,SPOUSAL CLAIMS-

---------------

SUMMARY-

To The Judges,

The Petitioner,in joinder,does claim the following,that my husband (&)Brother in Law,under the belief they would meet up with me in FLORIDA,SUMMER 1995-went to That State,(&)my Husband was approached by a person who claimed to be a Government Agent,C.I.A.,who developed a relationship with my Husband,who was 18/19 yrs old,impeded his attempts to call ME,had full knowledge that my Husband was Married(&) may be wanted for MATERIAL WITNESS OBLIGATIONS,failed to report that fact for almost a YEAR,(&)ultimately instructed my Husband to pose as a person in a interracial relationship,causing travel to several states while working in behalf of(&)with a FEMALE Agent,which resulted in a multiple incidents which constituted SPOUSAL MISCONDUCT,despite the fact that HUSBAND REFUSED TO COVER/ALTER Matrimonial TATTOOS...my Husband actrually cohabitated with person,(&)despite that fact,The AGENT IN CHARGE also failed to assist the investigation into the case on appeal before you,although it would prove my Husband was not acting as a fugitive(&)the communications were on a Circuit/contact inhibited with the public(&)people duly around.

Respecfully Submitted,

Signed________________KRISTIN M.LaPaglia-

Done This Day-( / /17)

USDC/Southern District of IN.

(Pg. 8)

Inrem:PAUL V.SUPERINTENDENT(Pro Se)
Case No#2:13 cv 304(WTL/MJD)CAPITAL HABEAS-

---------------

MOTION FOR DAMAGES ASSESSMENT OF SPOUSAL ESTRANGEMENT,ALIENATION OF AFFECTION(&)INVOLUNTARY DISSOLUTION OF COMMONLAW MARRIAGE-

---------------

Comes now The Petitioner Pro-Se does submit the following plea in in the abovestyled action,by any authority of law,pursuant to redress a fundamental miscarriage of Justice-

SUMMARY-

The Petitioner Pro-Se does submit the following,that I am in a Marriage that will not produce the royalty(&)quality of life I would expect from MR.PAULS Intellectual-Property,(&)I have a child with another man,which is humiliating to my former husband(&)may deter a reconciliation in GOOD-FAITH,though he seeks my hand in TRADITION-AL MARRIAGE in continuation of our COMMONLAW MARRIAGE...the structure of my future(&)family has been permanently altered by our SEPARATION (&)my FAMILY may never get trust funds(&)my former husband may never *release monies to me without contentious COURT ORDERS,(&)the perc-eption of betrayal from my extramarital sexual relations may preclude amicable process...of reconciliation or FORMAL SEPARATION(&)NOTICE.

I am requesting the COURT ASSESS DAMAGES,Considering my HUSBAND is seeking BILLIONS of DOLLARS in DAMAGES from DULY RAISED matters which I now have no right too...in addition to WORK he does that I lose fut-ures to,I want the CLAIM at $1.000.000(mn)YEARLY NOMINALLY,at 21 Yrs. covering the separation,or 3 Yrs.,for The EXTENT of our MARRIAGE at that RATE,TREBLE ASSESSMENT...thats $21.000.000(mn)/$3.000.000(mn) respectively X's 3/TREBLE-

RESPECTFULLY SUBMITTED,

Signed______________________

Done This Day( / /17)

Kristin M.LaPaglia-

USDC/Southern District of IN.



Inrem:Paul V.Superintendent(Pro-Se)
Case No#2:13 cv 3049WT1/MJD)-Counsel Appointed-
CAPITAL HABEAS-T.18 Ch.153 §2241-

-----------------

MOTION FOR UPFRONT MONEY,PARTIAL DAMAGES FOR A PARTY JOINING COUNSELED PETITIONS REQUEST FOR RELIEF OF A FUNDAMENTAL MISCARRIAGE OF JUSTICE,RESULTING IN INVOLUNTARY DISSOLUTION OF COMMONLAW-MARRIAGE, SPOUSAL ESTRANGEMENT,ALIENATION OF AFFECTION-

----------------

Comes now The petitioner does hereby Petition for Joinder(&)Request for relief in the abovestyled action,does submit the instant motion for relief of loss,(&)request for financial compensation =

SUMMARY-

The party,Ms.KRISTIN M.LAPAGLIA does now request the Court award a 10%of a nominal 21 Year assessment to her,for escrow use pursuant to temporary SPOUSAL SUPPORT to relocate(&)resume preliminary steps to reunite with former HUSBAND Jeffery W.Paul,in POST Conviction Appellate Review,there in INDIANA,Terre Haute-

The Party does Further request the Court order Appointed Counsel to consult/advise accordingly.

Respectfully Submitted,

Signed______________________
Ms. KRISTIN M.LaPaglia

Done This day( / / 17)-

USDC/Southern District,IN.

(pg.10)

Inrem:PAUL V.SUPERINTENDENT(Pro-Se)
Case No#2:13 cv 304(WTL/MJD)-Counsel Appointed-
CAPITAL HABEAS-T.18 Ch.153-§2241-

-------------

MOTION TO JOIN PARTIES SEEKING RELIEF IN A FEDERAL COURT TO REQUEST THE COURT ASSESS CLAIM TO RIGHT OF RELIEF FROM INJURY OF INVOLUNTARY DISSOLUTION OF COMMONLAW-MARRIAGE,ALIENATION OF AFFECTION,(&)SPOUSAL ESTRANGEMENT-

-------------

Comes now The Petitioner PRO-SE Does submit the abovestyled Motion pursuant to Redress a claim of injury in a FEDERAL COURT-

SUMMARY-

The Petitioner claims She was in fact exclusively dating,engaged (&)eloped with Party-JEFFERY WILLIAM PAUL-from proxy Spring 1992-Summer 1995,(&)that I do understand Party stipulates a POLYGRAPH Relevant to SPOUSAL MISCONDUCT,to assess damages for punitive fines (&)that he is requesting that I LEGALLY SEPARATE,claiming the Current MARRIAGE is NULL due to Criminal Misconduct...(&)that He is requesting I prepare for REMARRIAGE,resumption of our 1995 ELOPEMENT...at terms relevant to the results of the POLYGRAPH(&)INVESTIGATION,(&)that he may NOT waive rights to Conjugal privileges,REPRODUCTIVE HEALTH SER-VICES(&)Consort relevant to reentry affairs,home economics etc...

The Petitioner requests The Court strike Former Husbands request to waive TREBLE DAMAGES ASSESSMENT,(&)retains right to determine whether childless marriage deserves share of HUSBANDS Work,without Compliance to Stipulations,including remarriage...

Respectfully Submitted,

Signed______________________________
Kristin M.LaPaglia

Done This Day-
( / / 17)-

USDC/Southern District of,IN.

(pg. 11)

Inrem:Paul V.Superintendent(Pro Se)
Case No#2:13 cv 304(WTL/MJD)CAPITAL Habeas-

----------------

-AFFIDAVIT of Consent to Cooperate With Investigation-

Pursuant to redress a CIVIL RIGHTS VIOLATION(&)CRIMINAL COMPLAINTS-

----------------

SUMMARY-

To The Judges,

The Petitioner in Joinder does agree to take a POLYGRAPH (&) answer select questions pursuant to disclosure/discovery of the following,my previous sexual-relations occurring before my relation-ship with Jeffery W.Paul,affairs(&)particularities I had,interracial partners,drug use(&)resources available relevant to that activity (&)who had knowledge of the activity(&)to what extent.

Respecfully Submitted,

Signed____________________________

Kristin M.LaPaglia

Done This Day( / /17)-