Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

INMATE IDENTIFICATION CONFIRMED

USA FOREVER

RECEIVED

SEP 15 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal mail

Office of The Judges Lawrence/Dinsmore
USDC / Southern District, IN.
C/o The Clerk of The Court
In Re: Paul V. Superintendent
(Capital Habeas)
Case No. # 2:13 cv 304 (WTL/MJD)
921 OHIO Street, Room 104
Terre Haute, IN. 47801