IN The USDC/Southern District of,IN.

Jeffery W.Paul
RG#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

Inrem:PAUL V.SUPERINTENDENT(Pro Se)
Case No#2:13 cv 304(WTL/MJD)CAPITAL-CASE-

---------------

MOTION TO AMEND COUNSELED PETITIONS REQUEST FOR RELIEF SECTION-

FILED
2017 SEP 18 PM 6:09
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

---------------

SUMMARY-

Comes now The Petitioner in The Abovestyled Action does hereby FRCP/R.7-et al,any other authority submit the following Plea-

The Petitioner requests the Court change the request for damages of Business loss,for the PATENT-Titled;'Bloccout'®(Correction Component),(&)'Correx'®(Read Right),SPECIALTY TYPEWRITER PINWHEELS-from a sum of $10.000.000(mn)in loss of upfront money(&)sales,to $100.000.000(mn) in loss of upfront money(&)sales...compensation.

The Petitioner understands the MANUAL TYPEWRITER is Consider almost obsolete but urges the court to consider that CHINA/INDIA Still use MANUAL TYPEWRITERS(&)the invention,see:Attached Pgs.is over a decade old,so I lost 100.000(ths)of Sales...(&)am still losing sales because alot of companies sell the product.

Respectfully Submitted,

Signed ______________________
Jeffery W.Paul 10517042

Done this Day(9/10/17)