viable sales outlet -

Blockout (1) (Correction-Compower)

Correx (2) (Read Right)

FCC TERRE HAUTE
SPECIAL CONFINEMENT UNIT (SCU)
Revised 10/01/2016

NAME_______________ NUMBER_______________ UNIT/CELL_______________

INMATES ARE ALLOWED TO SHOP ONCE A WEEK. NO REFUNDS OR EXCHANGES ON ANY ITEM. INMATES ARE RESPONSIBLE FOR FILLING OUT LIST IN A LEGIBLE MANNER. ENSURE THE ITEM YOU MARK IS THE ITEM YOU WANT. UNDER NO CIRCUMSTANCES WILL ADJUSTMENTS BE MADE ON ITEMS NOT CLEARLY NUMBERED OR MARKED. INMATES MAY ONLY SHOP ON THEIR UNIT'S DESIGNATED SHOPPING DAY. SEE TRULINCS BULLETIN FOR DESIGNATED SHOPPING ROTATION.

**PRICES SUBJECT TO CHANGE WITHOUT NOTICE.**

## STAMPS/MISCELLANEOUS

LIMIT $9.40 WORTH OF STAMPS

| | |
|---|---|
| $0.01 | .01 STAMP@(SL) |
| $0.21 | .21 STAMP @(SL) |
| $0.49 | .47 (FOREVER) STAMP @(SL) |
| $1.00 | 1.00 STAMP@(SL) |
| $1.00 | PHOTO TICKET (LIMIT 10)(L) |
| $7.50 | COPY CARD (LIMIT 3)@(L/SL) |

## ELECTRONICS

| | |
|---|---|
| $1.05 | AA BATTERIES - LMT 2 |
| $1.05 | AAA BATTERIES - LMT 2 |
| $2.50 | CR2016 WATCH BATTERY-LMT 2 |
| $2.50 | CR2025 WATCH BATTERY - LMT 2 |
| $88.40 | MP3 PLAYER - LMT 1 |
| $3.25 | MP3 PLAYER COVER - LMT 1 |
| $46.05 | SONY M-35 RADIO - LMT 1 |
| $26.90 | CT-81 RADIO |
| $4.55 | KOSS CL3 EAR BUDS - LMT 1 |
| $58.50 | TIMEX IRONMAN WATCH-LMT1 |
| $15.60 | CASIO F-91 WATCH - LMT1 |
| $6.95 | G-SHOCK WATCH BAND - LMT1 |
| $16.75 | PLUG EARBUDS - LMT1 |
| $16.90 | SKULLCANDY EARBUDS - LMT1 |
| $26.00 | SKULLCANDY HEADPHONES-LMT1 |
| $11.45 | IRONMAN RPLCEMNT BAND-LMT1 |

## SHOES (MARK SIZE) ALL LIMIT 1

| | |
|---|---|
| $34.50 | REEBOK CLASSIC (Sz____) |
| $59.80 | NIKE REVOLUTION 3 (Sz____) |
| $21.95 | NIKE BENSASSI SANDAL (Sz____) |
| $79.95 | NIKE ZOOM BBALL (Sz____) |
| $69.95 | NEW BALANCE M580LB5 (Sz____) |
| $3.50 | SHOWER SHOES : MED LRG XLG |

## DRINKS

LIMIT 48 TOTAL CANNED/BOTTLED DRINKS

| | |
|---|---|
| $4.65 | SPRITE ZERO (12 PK) |
| $4.65 | MR. PIBB ZERO (12 PK) |
| $4.65 | MELLO YELLO ZERO (12 PK) |
| $4.65 | COKE ZERO (12 PK) |
| $4.65 | CHERRY COKE ZERO (12 PK) |
| $6.85 | POWERADE, GRAPE (8 PK) |
| $1.95 | DASANI WATER (6 PK) |
| $5.65 | DIET GOLD PEAK TEA (6 PK) |
| $3.50 | FOLGERS COFFEE (k) LMT3 |
| $8.95 | TASTERS CHOICE (k)(h) LMT3 |
| $2.55 | COLUMBIAN COFFEE, 3OZ LMT5 |
| $2.80 | DECAF COFFEE (h) LMT3 |
| $3.90 | MILK, DRY (k) (h) LMT2 |
| $1.30 | TEA w/LEMON (k) (h) ☺ LMT3 |
| $5.40 | S/F VAN CRML CREAMER(k)(h)☺LMT2 |
| $3.00 | HERBAL TEA BAGS (k) ☺ LMT3 |
| $1.70 | TEA BAGS - LMT3 |
| $1.50 | VANILLA CAPPUCINO (k)(h) LMT2 |
| $1.15 | NON-DAIRY CREAMER (k) LMT2 |
| $1.50 | S/F HOT COCOA (k) ☺ LMT2 |
| $1.30 | LEMONBERRY SQUEEZE MIX- LMT3 |
| $1.30 | BERRY BLUE TYPHOON MIX- LMT3 |
| $1.30 | FRUIT PUNCH DRINK MIX - LMT3 |

## FOOD

### ICE CREAM - LIMIT 2 TOTAL

| | |
|---|---|
| $2.45 | CHOCOLATE (k) |
| $2.45 | COOKIES & CREAM (k) |
| $2.45 | BUTTER PECAN (k) |

### SOUP, BEANS - LIMIT 24 TOTAL

| | |
|---|---|
| $1.65 | REFRIED BEANS (k) |
| $0.55 | CUP OF SOUP, CALIFORN[illegible] |
| $0.30 | L/S BEEF RAMEN ☺ |
| $0.30 | L/S CHICKEN RA[illegible] |
| $0.30 | HOT & SPICY [illegible] |
| $0.30 | CHILI RA[illegible] |
| $1.65 | CHILI [illegible] |

### BREAD, C[illegible]

| | |
|---|---|
| $0.50 | [illegible] |
| $1.95 | [illegible] |
| $1.65 | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| $2.10 | [illegible] |
| $1.45 | [illegible] |
| $1.20 | D[illegible] |
| $1.60 | VANIL[illegible] |

### CANDY - LIMIT 5 [illegible]

| | |
|---|---|
| $0.85 | THREE MUSK[illegible] |
| $0.95 | HERSHEY BAR (k) |
| $1.60 | DBL DIPPED PEANUT[illegible] |
| $0.85 | M & M PEANUTS (k) |
| $1.25 | TWIZZLERS (k) |
| $0.85 | REESES PEANUT BUTTE[illegible] |
| $0.85 | SNICKERS (k) |
| $0.85 | TWIX COOKIE BAR (k) |
| $0.50 | SUGAR FREE CANDY ☺ |
| $1.30 | SUGAR FREE PEPPERMINTS ☺ |

### CEREAL, PASTRIES, HEALTH

| | |
|---|---|
| $2.55 | VARIETY OATMEAL (k) ☺ LMT3 |
| $3.00 | HONEY NUT TSTD OATS (k)☺ LMT3 |
| $2.95 | FRUITY DYNO BITES CEREAL (k) LMT3 |
| $3.00 | RAISIN BRAN CEREAL (k) LMT 3 |
| $3.90 | CRUNCHBERRY CEREAL (k) LMT3 |
| $3.05 | GRANOLA, HONEY NUT (k) LMT3 |
| $1.70 | QUICK OATS (k) ☺ LMT3 |
| $0.55 | SWEET/SALTY ALMOND BAR- LMT10 |
| $0.55 | PEANUT GRANOLA BAR LMT10 |
| $1.80 | ULTRAFIT NUTRITION BAR ☺ LMT10 |
| $0.65 | HONEY BUN, ICED (k) LMT10 |
| $0.60 | ICED CINNAMON ROLL (k) LMT10 |
| $1.65 | POP TARTS, STRWBRY (k) LMT3 |

### CHIPS - LIMIT 10 TOTAL

| | |
|---|---|
| $1.50 | PARTY MIX (h) |
| $0.75 | BUFFALO WING PRETZELS (k) |
| $1.20 | CHIPS, REGULAR (k)(h) |
| $1.50 | CHEESE PUFFS (k)(h) |
| $1.45 | NACHO CHIPS (k)(h) |
| $1.45 | TORTILLA CHIPS (k)(h) |
| $1.20 | SOUR CRM & ONION (k)(h) |
| $1.65 | HOT & SPICY CHIPS (k)(h) |
| $1.50 | GUACAMOLE CHIPS |

### CONDIMENT, SPICE, PROD. PRESERVE, SWEETNER

| | |
|---|---|
| $0.30 | RANCH DRESSING -LMT10 |
| $1.05 | TAPATIO HOT SAUCE -LMT1 |
| $1.80 | SWEET & HOT SAUCE -LMT1 |
| $1.90 | CHILI GARLIC SAUCE(k)-LMT1 |
| $4.00 | HOT GIARDINIERA - LMT1 |

### BOOK/STATIONARY

| | |
|---|---|
| $1.30 | ADDRESS BOOK - LMT1 |
| $2.25 | SPANISH/ENGLISH DICTION -LMT1 |
| $3.85 | WEBSTERS DICTIONARY-LMT1 |
| $7.85 | SWINTEC T/W RIBBON-LMT1 |
| $1.85 | SWINTEC CORRECTION TAPE-LMT1 |
| $1.10 | WHITE WRITING TABLET-LMT2 |
| $1.70 | DOCUMENT FILE FOLDER-LMT2 |
| $1.35 | ENVELOPES 50 CT - LMT1 |
| $0.25 | BLACK ROUND PEN - LMT2 |
| $0.90 | BIC PEN - LMT2 |
| $1.10 | YELLOW TABLET - LMT2 |
| $0.15 | LEGAL ENVELOPE - LMT10 |
| $0.85 | MP3 PLAY RETURN ENVELOPE-LMT1 |
| $23.50 | SCRIPT/TYPEWRITER WHEEL-LMT1 |
| $23.50 | 15 PITCH TYPEWRITER WHEEL-LMT1 |
| $0.70 | WHITE POCKET FILE FOLDER-LMT3 |

Price Project for Product! 2016

## FOOD CONTINUED

| | |
|---|---|
| [illegible] | MAYONNAISE (k) -LMT1 |
| | S/F HONEY (k) -LMT1 |
| | PNUT BUTTER, CRMY (k,h)LMT2 |
| | PNUT BUTTER, CHUNKY(k)LMT2 |
| | LA. HOT SAUCE (k) -LMT1 |
| | [illegible] SAUCE (k) -LMT1 |
| | [illegible] -LMT1 |
| | [illegible] PEPPERS-LMT1 |
| | [illegible] ☺ LMT2 |
| | [illegible] LMT3 |
| | [illegible] ☺LMT10 |
| | [illegible] LMT1 |
| | [illegible] LMT1 |
| | [illegible] LMT1 |
| | [illegible] (k)-LMT1 |
| | [illegible] -LMT1 |
| | [illegible] MINCED (k) LMT1 |
| | [illegible] TWIN (k) ☺ LMT2 |
| | [illegible] NERIC SPLENDA (k) ☺LMT2 |
| | SOUL SEASONING (k) LMT2 |
| | ITAL SEASONING (k) LMT2 |

### DAIRY, FISH, MEAT

| | |
|---|---|
| | GRATED ITALIAN CHEESE-LMT2 |
| [illegible].60 | VELVEETA CHEESE -LMT2 |
| $0.35 | CREAM CHEESE-LMT10 |
| $1.05 | SHRED MOZZARELLA(k,h)-LMT10 |
| $2.75 | VEL JALAPENO CHEESE-LMT2 |
| $1.70 | LEMON PEPPER SALMON-LMT15 |
| $1.65 | HOT PEPPER CHEESE-LMT10 |
| $1.55 | LIGHT TUNA (k)(h)-LMT15 |
| $1.00 | MACKEREL (k) - LMT15 |
| $0.75 | VIENNA SAUSAGE -LMT10 |
| $2.15 | CLAMS-LMT15 |
| $1.95 | HOT SUMMER SAUSAGE LMT10 |
| $3.15 | TYSON BACON-LMT5 |
| $2.10 | HONEYPEPPR TRKY LOG-LMT10 |
| $1.45 | SPAM SINGLE - LMT10 |
| $2.15 | SLICED PEPPERONI-LMT5 |
| $1.95 | SALAMI SAUSAGE-LMT10 |
| $1.05 | HOT BEEF STICK-LMT10 |
| $3.90 | SWEET SUE CHICKEN-LMT15 |
| $2.45 | HALAL BEEF SAUSAGE (H)-LMT10 |
| $2.10 | CHICKEN & RICE - LMT5 |
| $2.10 | CHICKN ALFREDO PASTA - LMT5 |

### MICROWAVE, RICE-ALL LIMIT 10

| | |
|---|---|
| $3.40 | PIZZA KIT |
| $1.05 | VELVEETA MAC & CHEESE(k)(h) |
| $1.10 | RICE, WHITE (k)(h) |
| $1.45 | RICE, BROWN (k)(h)☺ |
| $1.50 | RICE, CHEESY (k) |
| $0.85 | CHILI REFRIED BEANS/RICE (k) |

### NUTS, SNACKS - ALL LIMIT 5

| | |
|---|---|
| $1.65 | NATURAL ALMONDS (k)☺ |
| $3.60 | CASHEWS (k) |
| $0.50 | POPCORN (k) - LMT10 |
| $0.85 | HONEY RSTD PEANUTS |

### HEALTH & HYGIENE

### DEODORANT - LIMIT 2 TOTAL

| | |
|---|---|
| $2.50 | SPEED STICK REGULAR |
| $2.55 | DEGREE EXTREME DEODORAN |
| $1.95 | POWER UP DEODORANT |
| $2.30 | SPEED STICK, BLUE SOLID |
| $4.40 | GILLETTE ANTIPERSPIRANT |

## HAIR CARE - ALL ARE LIMIT 1 EACH

| | |
|---|---|
| $1.45 | VO-5 CONDITIONER |
| $3.85 | SULFUR 8 CONDITIONER |
| $3.90 | TWIST & BRAID BUTTER |
| $1.30 | OCEAN CONDITIONER |
| $5.50 | PINK OIL MOISTURIZER |
| $2.45 | POMADE, MURRAY'S |
| $3.35 | STYLING GEL |
| $1.80 | HAIR DRESS, AFRICAN CROWN |
| $1.45 | VO-5 XTRA BODY SHAMPOO |
| $1.45 | SHAMP/COND/BODY WASH 3N1 |
| $7.35 | HEAD & SHOULDERS SHAM/CND 2N1 |
| $3.90 | SULFUR 8 SHAMPOO |
| [illegible]35 | AFRICAN PRIDE MAGIC GROW |

### DENTAL - ALL ARE LIMIT 1 EACH

| | |
|---|---|
| $1.95 | DENTURE BATH |
| $3.50 | DENTURE TOOTHPASTE |
| $0.50 | TOOTHBRUSH HOLDER |
| $1.70 | ULTRA BRITE TOOTHPASTE |
| $2.30 | COLGATE CLEAR TOOTHPASTE |
| $4.95 | COLGATE TOTAL MOUTHWASH |
| $3.00 | COLGATE TOTAL TOOTHPASTE |
| $1.45 | DENTAL FLOSSER |
| $1.80 | DENTURE BRUSH |
| $0.55 | TOOTHBRUSH, SOFT TEK PRO |
| $0.55 | TOOTHBRUSH, MED TEK PRO |
| $0.80 | TOOTHBRUSH, MED COLGATE |
| $0.80 | TOOTHBRUSH, SOFT COLGATE |
| $2.80 | STAYDENT DENTURE ADHESIVE |
| $6.65 | SENSODYNE TOOTHPASTE |
| $2.85 | FLOSSER LOOPS |

### GROOM AIDS, SKIN CARE-ALL LIMIT 1 EA

| | |
|---|---|
| $0.50 | AFRO PICK |
| $0.50 | PALM HAIR BRUSH |
| $0.85 | COMB |
| $1.00 | HAIR BRUSH |
| $1.25 | HAIR TIES |
| $1.15 | TOENAIL CLIPPERS |
| $6.70 | SAFETY SCISSORS |
| $1.15 | TWEEZERS |
| $2.60 | ACRYLIC MIRROR |
| $1.80 | COTTON SWABS |
| $2.90 | HAIR BRUSH WOODEN |
| $0.90 | BANDAGE STRIPS |
| $1.30 | CARMEX LIP BALM |
| $2.80 | LOTION, COCOA BUTTER |
| $2.80 | LOTION, ADV THERAPY |
| $1.55 | HAND SANITIZER |
| $5.15 | VASELINE INTENSIVE CARE LOTION |
| $2.20 | NOXEMA |
| $1.35 | PETROLEUM JELLY |
| $2.20 | BATH POWDER |
| $2.05 | COCOA BUTTER STICK |
| $5.90 | AMBI SKIN CREAM |
| $3.90 | SUNBLOCK, SPF 30 |
| $3.65 | BUMP STOPPER |
| $17.55 | MACH 3 REFILL, 5 PK |
| $11.55 | GILLETTE MACH 3 RAZOR |
| $1.80 | TWIN BLADE DISPOSABLE RAZOR |
| $3.80 | MAGIC SHAVE CREAM |
| $1.60 | SHAVE CREAM, PROTECTION |
| $2.60 | AFTA SHAVE AFTERSHAVE |
| $2.85 | MAGIC SHAVE POWDER |
| $0.75 | SMALL PONYTAIL HAIR TIES |

USDC/Southern District,IN.

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808

Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)
Case No#2:13 cv 304(CAPITAL HABEAS)-(Pro Se)

-----------

- LEGAL LETTER of REQUEST to The JUDGES-

-------------

Dear Sirs,

Will you please consider delegating with an order to remand in a manner favorably to me,my REQUEST to Relieve ANTI-TRUST Violations...You know I claim I am owner/Author of INTELLECTUAL PROPERTY-RIGHTS,which include FIRST ENTRY,PRIORITY CLAIMS against Algol/SOURCE CODE(&)ARTICLES OF INCORPORATION for ensurance adjusted claims of The Automatic Assembly Line...

You know,THE UNITED STATES OF AMERICA is entitled to assess the Patent for CYBER CLAIMS,(&)my Assumption of Liabilty theory,synopsis is unique(&)constitutes a proprietary share of a MULTI-BILLION DOLLAR COMPANY,FORD MOTOR Co.® -

If youd order The Ford Executives to buy the articles or develop the claims,Id enter the TOP 20 WEALTHIEST People in The World(&) maybe thatd do something for me ,OKAY?

You know,I own/invented SEVERAL Companies(&)Synopsis for the Business method office,which would net me BILLIONS Annually(&)Keep me on top,as a AMERICAN Inventor(&)BILLIONAIRE...that should expedite my restitution for sure...

Please PRIORITIZE(&)EXPEDITE THIS MATTER...

Sincerely,
Jeffery W.Paul 10517042

Done This Day-9/12/17-