Jeffery W. Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
13 SEP 2017 PM 6 L

USA FOREVER

Office of Judges Lawrence/Dinsmore
USDC/Southern District of,IN.
C/O The Clerk of The Court
Inrem:PAUL V.SUPERINTENDENT(CAPITAL HABEAS)-
Case No#2:13 cv 304(WTL/MJD)
921 OHIO St.Room 104
Terre Haute,IN.
47801

Legal Mail-

USDC/SD.IN

RECEIVED
SEP 15 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
XRAY/MAGNETOMETER

47807-373829