USDC/Southern District of IN.

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808

FILED
DISTRICT COURT
INDIANAPOLIS DIVISION
17 SEP 20 PM 4:49
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDENT(Pro Se)

Case No#2:13 cv 304(WTL/MJD)HABEAS CAPITAL-

------------

MOTION FOR EMERGENCY ORDER- INSTANT-!!!-

------------

Comes now the petitioner Pro Se,does submit the following Motion for emergency order in the abovestyled action,via uncounseled correspondence-

SUMMARY-

The Petitioner claims that a emergency order is necessary to ensure the future of my unborn children with my duly witnessed(&) legitimate WIFE,of record-Ms.KRISTIN MARIE LaPaglia(8/6/77)W/F-of ILLINOIS(&)ARKANSAS-

I need the court to order 2/eggs harvested for REPRODUCTIVE HEALTH SERVICES,(&)for a MENTAL EVALUATION FOR SOCIAL-SERVICES,if she is indicted in ARKANSAS related to the VIOLENT Crimes(&)OBSTRUCTION Duly reported...I dont know if shell need bail but I wont cooperate with her request for lenity if she continues the relationship she developed with one of the attackers(&)will decline the eggs but want the option just in case she does the right thing.

Also,her Mom was going to be my Mother in Law(&)got me jobs(&)let me use cars etc...so she has my SOCIAL SECURITY NUMBER,(&)I need it Changed because obviously that interloper has access to her family records...its a real insult(&)injustice this guy is NOT in Jail(&)I was convicted repeatedly despite exculpatory eyewitnesses(&)forensics (&)I believe its a COLLUSION OF PARTYS JOINED to Commit a Conspiracy (&)its all relevant to antagonists in complaint after the harassment I complained about resulted in SEXUAL ABUSE/CORRUPTION of My MINOR WIFE,who was pregnant maybe twice!

This NEEDS PROCESS(&)DISCOVERY!

Respectfully Submitted,

Done this Day(9/7/17)

Signed *Jeffery W. Paul*