INDIANAPOLIS IN 460

12 SEP 2017 PM 1 L

PURPLE HEART 2014 FOREVER USA

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN
PO BOX 33
Terre Haute,IN.
47808

INMATE IDENTIFICATION CONFIRMED

Legal Mail-

UNITED STATES COURTHOUSE/SD/IN.
Office of Judge LAWRENCE/DINSMORE
Case No#2:13 cv 304(WTL/MJD)CAPITAL CASE-
921 OHIO Street,Room 104
Terre Haute,IN.
47801

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED

SEP 14 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829