USDC/Southern District of IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 SEP 25 PM 5:08
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 Cv 304(CAPITAL CASE)

----------

MOTION TO REVISE AMENDED SECTION FOR RELIEF of Counseled Plea-

----------

Comes now The Petitioner PRO-Se,does submit the following Plea in The Abovestyled action,pursuant to process,accordingly-

SUMMARY-

The Petitioner requests the Court change the entry for restitution of infringement of intellectual property for the following entry:

"QUIKKEY"(Specialty Keyboard Company)®(&)Subsidiary inc.,to the following titles,descriptions(&)amount of upfront money for development...

1.("Quikkey"(Specialty Keyboards)®-will feature a keyboard with a standard top-row which has a set of pre-programmed keys of the most frequently occurring conjunctive words in the english language.designed to save time by reducing the number of strokes from 2-7(to)1.,for the words included,to be determined.

(Subsidiary Inc.Titles)-
(a.)"Quikkount"®-for accounting,allows user to preprogram a attachment or KEY-PAD,for resolving math problems which could be done by setting the subject/operative numbers.

(b.)"Quikkomp"® - Authoring Letters/Other media requiring repititious entrys such as character names,places,outlined subjects-allows the user to pre-program pad with Backlit key surface which will display the subject in short,or display the saved entry on screen to save time.

Continued...

(C.)"Quikware" -This is the application to translate the actual key-boards(&)pads to software for touchscreens/G.U.I. compatible/Graphic User Interface,medias...

----------

The Petitioner states as follows.the "Quikkey"®,product line is to allow the user to produce written material in type with minimal effort in a intelligible manner...the preprogrammed key option as a standard,(&)programmable/custom keypads are intellectual property I want upfront money for the rights to develop...as follows:

1."QUIKKEY(Specialty Keyboards)® (&)Subsidiary Products:

"Quikkomp/Quikkount"(keypads)® -$1.700.000.000(Bn)CASH-

2."Quikware"(Software Apllication)®-$350.000.000(mn)Cash-

-retaining futures options-

TOTAL Upfront Money Requested(=)$2.050.000.000(bn)CASH-

Respectfully Submitted,

Signed [signature]

Done This Day-
9/18/17-

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808