USDC/Southern District of IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33/Terre Haute,IN.
47808

Inrem:Paul V.Superintendent
Case No#2:13 cv 304(WTL/MJD)
CAPITAL-CASE/Pro Se-Counsel Appointed-

-----------

- LEGAL LETTER(&)NOTICE -

------------

Dear Judges LAWRENCE/DINSMORE,

I want to let you know that I keep seeing advertisement(&)news stories about AMAZON(&)WALMART,in a competition,teaming up with GOOGLE to ship(&)receive packages...

You know I claim part of my contribution/synopsis for CLEARSYST-EMS,was a filing(&)retrieval feature(SEARCH ENGINE)that would let the browser open a mailbox(anywhere)over a map image(&)see whats being offered at rates accordingly,for budget travel(&)shopping...

Not long ago,2004-I decided a retail price saving club would be great,(&)part of the options would be consolidated ordering,shipping (&)receiving from online sales catalogues,designed to increase pur-chasing power by consolidating like/similar orders(&)buying in bulk to get free shipping,cheaper per unit cost etc...

I registered the trademark:("BUNDLES"/Consolidated Retail)®,(&) did offer the option to design some asset/stores(&)develop the franchise to WALMART®-for $50.000.000(mn)Upfront Money(&)futures but also,want rights to network/revise the Business office at WAL-ART,(&)would offer the same to AMAZON,(&)accept whichever responds first,but I want $50(MILLION)CASH-so THEY PAY THE TAX!

Sincerely [signature]
Jeffery W.Paul 10517042

Done This Day(9/18/17)-