Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

RECEIVED

SEP 21 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INDIANAPOLIS IN 460
19 SEP 2017 PM 2 L

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Office of The Judges Lawrence/Dinsmore
C/O The Clerk of The Court/USDC|SD/IN.
Inrem:PAUL V.SUPERINTENDENT(WTL/MJD) Legal Mail-
Case No#2:13 cv 304(CAPITAL CASE)-
921 OHIO St.,Room 104
Terre Haute,IN.
47801

RECEIVED

SEP 21 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829