USDC/Southern District of IN.

Jeffery W.Paul
Rg#10517-042
PO BOX 33
Terre Haute,IN.
47808

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(CAPITAL CASE)-

-------------

LEGAL LETTER OF REQUEST/NOTICE TO A FEDERAL JUDGE-

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 SEP 25 PM 5:02
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

------------- OBJECTION -----------

Dear Sirs,

Please note that I OBJECT to The Governments response,if it contains ANYTHING other than a comment that they have a FACIALLY valid conviction which cannot be amended without a order from a Judge,unless its a recommendation to forthrightly release me or otherly process my appeal to that effect,except any action which would NOT Completely exonerate me.

I do have LAWYERS(&)am NOT Privy to this courts Surreply,(&)at this time,my LAWYERS have completely estopped prognosis(&)offer only the service required by the Court because they are BUSY,(&)so is this Court,but the delays are cause of compound INJURY...

Please remember that I am CREDIBLY asking for BILLIONS of US Dollars to compensate for loss of revenue(&)UPFRONT MONEY from previously entered property,(&)revised ARTICLES OF INCORPORATIONS,(&)also,I was involuntarialy separated from my first-wife,(&)shes refused to cooperate,so I need orders relevant to that,its important okay?

I think the case is being obstructed(&)if the Court cannot liberally resolve the matter,Im requesting a Change of Venue,or Authority or am requesting Counsel do so.

Date(9/18/17)

Respectfully, *
Jeffery W.Paul