Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
18 SEP 2017 PM 4 L

USA FOREVER 2016

RECEIVED

SEP 20 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE IDENTIFICATION CONFIRMED

C/O The Clerk of The Court
Office of Judges Lawrence/Dinsmore
Inrem:PAUL V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(CAPITAL CASE)-
USDC/Southern District of IN.
921 OHIO St.,Room 104
Terre Haute,IN.
47801

Legal Mail-

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829