USDC/Southern District Of,IN.

Jeffery W.Paul
RG#10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808

Inrem:PAUL V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(Pro Se)CAPITAL CASE-

FILED
OCT 2 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

--------

-LEGAL LETTER -

--------

Dear Sirs,JUDGES LAWRENCE/DINSMORE,

I am writing in follow up to my OBJECTION to Govt.subornation (&)want to reiterate that I am claiming that I DID NOT,willfully or KNOWINGLY draft/endorse inculpatory correspondence/plea to the Court(&)although I did send some correspondence,was under the direct control of other prisoners who assured me the papers were to be compiled as part of a traverse plea/brief for PRO-SE Petition,to expedite a ruling in my favor,because the petitioner has PRIMA FACIE evidence of fatal error(&)ACTUAL INNOCENCE.

I do NOT ACCEPT ANY PLEA-BARGAIN(&)made complaint repeatedly since being imprisoned about DISFRANCHISEMENT in ALL CIVIL/CRIMINAL MATTERS (&)I am hoping you finally take a GOOD FAITH-look at my complaints of ANTITRUST,(&)Deliberate SPOUSAL ESTRANGEMENT resulting in injury to the only person I could find,(&)also prove a COMMONLAW MARRIAGE of in a Legitimate way...MS.KRISTIN MARIE LaPaglia(W/F)(8/6/77)-of IL./AR. who is being urged to cooperate with my request for PRENUPTIAL ARBITRATION(&)request for DAMAGES,reconciliation with REPRODUCTIVE HEALTH - SERVICES or FINAL DISSOLUTION,With cause(&)stipulations...pursuant to relieve my beloved former wife.

Respectfully Submitted,

Signed Jeffery W Paul
Jeffery W.Paul 10517042

Done this day(9/25/17)-