Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
26 SEP 2017 PM 3 L

Office of JUDGES LAWRENCE/DINSMORE
C/O The Clerk of The Court
USDC/Southern District,IN.
921 OHIO Street,Room 104
Terre Haute,IN.
47808-0033

-Legal Mail-

RECEIVED
SEP 28 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

X-RAY/MAGNETOMETER
PACKAGE SCREENED
UNITED STATES

INMATE
IDENTIFICATION
CONFIRMED

47807-373829