USDC/Southern District,IN.



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 OCT 10 PM 3:31

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(CAPITAL CASE)

------------

MOTION FOR ORDER/RESTITUTION - (InRe:LaPaglia-PAUL) *

------------

Comes Now The Petitioner does submit plea for order in the above-styled action for process,pursuant to redress a FUNDAMENTAL MISCARRIAGE of JUSTICE,SPOUSAL ESTRANGEMENT-

The Petitioner requests a ORDER to Produce the Body(&)Detain former wife,MS.KRISTIN MARIE LaPaglia of HOT SPRINGS,AR.(W/F)(8/6/77)-to resolve particularities of FINAL DISSOLUTION of/RESUMPTION of MARRIAGE via PRENUPTIAL ARBITRATION.

The Petitioner claims that her current marriage is illegal(&)that she never had permission to violate our matrimonial agreements to SPOUSAL-FIDELITY,(&)that she abandoned me,left me with no support or Children or property,for POSTERITY.

This petitioner was involuntarialy separated,(&)claims that Ms.LaPaglia abandoned me,failed to effectively assist in LEGAL MATTERS(&)violated our rules of conduct by engaging in sexual intercourse with other persons(&)only she knows the extent of her misconduct but I want the matter evaluated for felony complaints.

If Ms.LaPaglia denies a engagement,elopement or terms(&)extent of our marriage,I want to sue for defamation(&)if she undermines my claim for damages,attempting to conceal her criminal misconduct,I want to sue her for that loss,(&)if she attempts to retain claim against spousal estate futures,without cooperating with investigation of criminal misconduct inciting estrangement(&)obstructing Justice,I want her charged in aiding(&)abetting attempts...

Continued...

The Petitioner request MS.LaPaglia be summoned to comply with my request for REPRODUCTIVE HEALTH SERVICES for MOOT Terms of dissolution(&)that she be supervised because she entered a relationship with someone who committed felony crimes against me,duly,the severity of which could ONLY be superceded by my CAPITAL CONVICTION in FEDERAL COURT.

The Circumstances of our separation,duly,shouldve qualified her for damages,but she acted in a cruel manner(&)refused to obey the most fundamental rules of marriage when I needed her most,left me with no support or futures,(&)gave her body to another man without my permission leaving me in this position,that I could be released only to be obligated to start over,with no past,celibate,with no appropriate partner or goals,friends etc...

I want copies of all pictures of our relationship,(&)her from proxy 1990-95(&)polygraphs for criminal complaints,(&)her physically separated from her current spouse until I decide what is appropriate of our options,reasonably,she has OTHER MOMENTOS that I want as well,including photos of my FMR.SISTERS IN LAW,(&)clothing items.

Respectfully Submitted,

Signed *Jeffery W. Paul*

Done This Day-(10 /2 /17)

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN./PO Box 33
Terre Haute,IN./47808-0033