Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

04 OCT 2017 PM 3 L

RECEIVED

OCT 6 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Inrem:PAUL V.SUPERINTENDENT(WTL/MJD) Legal Mail-
Case No#2:13 cv 304(CAPITAL CASE)-
Judge- LAWRENCE/DINSMORE/C/O The Clerk-
USDC/SOUTHERN DISTRICT OF,IN.
921 OHIO Street,Rm.104
Terre Haute,IN.
47801

UNITED STATES POSTAL PACKAGE X-RAYED

INMATE
IDENTIFICATION
CONFIRMED

47807-373829