USDC/Southern District of IN.



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
17 OCT 11 PM 5:35
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)

Case No#2:13 cv 304(CAPITAL CASE)-

--------------

MOTION FOR RELIEF,AMEND COUNSELED PETITIONS SECTION FOR DAMAGES-

--------------EXHIBITS Attached Pgs.1 -13-

Comes Now The petitioner does submit this uncounseled plea for process in the abovestyled action,pursuant to redress a violation of my CIVIL RIGHTS-

The Petitioner claims that on 10/4/17-I attempted to reraise my grievance via,The INSTITUTIONAL ADMINISTRATIVE REMEDY PROCESS,(&)got the same response,exhausting my remedy options...see:Pg.1.(&)9.

The Petitioner claims my INTELLECTUAL PROPERTY is valuable(&)it should be assessed for LUMP-SUM compensation,the(&)I did request the numbers be changed for both the,BLOCCOUT/CORREX®(Specialty Pin-Wheels)to $100.000.000(mn)loss,retaining futures,(&)the,Sur-Shave®-RAZOR BLADE-Integrity Test,to $1.000.000.000(Bn)loss,including the Synthsense®(Synthetics Materials/Sensible Products)Specialty Plastic Manufacturing Co.,(ARTICLES OF INCORPORATION),(&)now I need to assert that my design for,ROTO"G"/(Rotogy)®-is undervalued(&)still viable as revised,(ie)a SPECIALTY GEARBOX W/MAGNETO Forward-Assist to generate electricty with no effort,(free energy/cold-fusion coupler),the rotary inverter is viable for WINDMILL POWER/HYDRO as well,(&)should be applicable with the magneto/weight(&)lubrication system...(&)I want to revise the upfront money for developing the prototype retaining rights to $10.000.000.000(Bn)loss,(&)am retaining futures for all my intellectual propertyrights...seePg.2.-8.

The petitioner further claims that he is being OBSTRUCTED,in efforts to recover Wife,Kristin was first(&)only reciprocal/consummate fiance (&)we eloped in 95'shortly before I left for FLORIDA,we could not afford wedding but had a ring(&)she used my last name on correspondence

Continued...

(&)obviously I had tattoos to commemorate our marriage,I didnt have a motor for a tattoo gun(&)neither did my BROTHER IN LAW(&) so we all got a straight needle tattoo,intending to have a better version done later...she has one too but I dont want to divulge here,because I believe my attempts to recontact her are being obstructed,see:pg.9.(&)10.-the address for her is,207 Little John Tr., Hot Springs,AR.71913-7621-(&)previously she signed for certified mail,but did not respond intelligibly(&)I believe shes being exploited by persons in contact w/her uncle Actor ANTHONY LAPAGLIA, see;Pg.12.

I think she may be working under the name,Kristin Chenowith(&) Kristin Bell...(&)shes fornicating on PUBLIC RECORDS(&)knows I am going to sue for criminal complaints from her misconduct(&)request criminal investigation for offenses DULY influencing the outcome of our marrigae(&)the case before you...shes risking/lost futures of multibillions in capitalization monies from my Intellectual Property (&)abandoned,humiliated her first husband(&)doesnt deserve to be a celebrity,(&)although I love her(&)dont want her to go to jail, she has an obligation she ignored(&)gave her body to another,who incited that,(&)I want persons arrested(&)PUNISHED TO THE FULLEST extent of LAW,for committing crimes causing permanent PHYSICAL(&) MENTAL INJURY to me,(&)my family,including my unborn children with my first wife,who was supposed to be my only wife,see:Pg.9.-13.-I dont know if thats her or not but nobody will check...she could be working(&)lying to investigators/the investigators are lying to me.

Respectfully Submitted,

Signed [signature]

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO Box 33/Terre Haute,IN.
47808-0033

Done this Day(10/4/17)-