(A-1)

Paul, Jeffery
Reg. No.: 10517-042

---

**Inmate Request to Staff Response**

This is in response to your Request to Staff, received on October 4, 2017, in which you request a response to your ongoing legal issues

A review of your request reveals the appropriate responding agency would be the courts through your attorney, or filed pro-se, if you deem necessary. FCC Terre Haute can give you no relief in either of the matters in which you are claiming.

I trust this response adequately addresses your concerns pertaining to this matter.

10-4-17
Date

A. Sutton
SCU Correctional Counselor

Judge LAWRENCE/DINSMORE

INREM; NO LEGAL RECOURSE

USP Terre Haute,IN./SCU-

(Pg-2)

Inrem:Informal remedy-

Subject;INTELLECTUAL PROPERTY-

--------

EXHIBITS Attached-6 Pgs.

---------

MR.SUTTON,

I cant get a intelligible process from my attorneys(&)am worried about my PATENTS-

Can you send these to somebody thatll be able to confirm I am the inventor because I cant pay the Copyright Office(&) Dont have the forms,the inventions are in request for damages (&)I am trying to get BILLIONS in upfront money to develop the product...included-

A SPECIALTY TYPEWRITING PinWheel(Copy of Motion)-
A RAZOR BLADE-Integrity Test-(Product Comparison/EXHIBIT)-
A Rotary Motion Inverter Synopsis for electrical generators-

Id think some of this stuff is obvious on paper(&)would be great opportunity for a LEGAL Office to get in Court(&)get a award but I guess Im wrong...

Thanks [signature]
Jeffery W.Paul 10517042
SCU/308 cell/10/3/17-

IN The USDC/Southern District,IN.

(Pg.3.)

Jeffery W.Paul
RG#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

Inrem:PAUL V.SUPERINTENDENT(Pro Se)
Case No#2:13 cv 304(WTL/MJD)CAPITAL-CASE-

----------------

MOTION TO AMEND COUNSELED PETITIONS REQUEST FOR RELIEF SECTION-

----------------

SUMMARY-

Comes now The Petitioner in The Abovestyled Action does hereby FRCP/R.7-et al,any other authority submit the following Plea-

The Petitioner requests the Court change the request for damages of Business loss,for the PATENT-Titled;'Bloccout'®(Correction Component), (&)'Correx'®(Read Right),SPECIALTY TYPEWRITER PINWHEELS-from a sum of $10.000.000(mn)in loss of upfront money(&)sales,to $100.000.000(mn) in loss of upfront money(&)sales...compensation.

The Petitioner understands the MANUAL TYPEWRITER is Consider almost obsolete but urges the court to consider that CHINA/INDIA Still use MANUAL TYPEWRITERS(&)the invention,see:Attached Pgs.is over a decade old,so I lost 100.000(ths)of Sales...(&)am still losing sales because alot of companies sell the product.

Respectfully Submitted,

Signed [signature]
Jeffery W.Paul 10517042

Done this Day(9/10/17)

(9.4)

viable sales outlet -

Blackout ① (Correction Company)

Correx ① (Read Right)

FCC TERRE HAUTE
SPECIAL CONFINEMENT UNIT (SCU)
Revised 10/01/2016

NAME_______________ NUMBER_______________ UNIT/CELL_______________

INMATES ARE ALLOWED TO SHOP ONCE A WEEK. NO REFUNDS OR EXCHANGES ON ANY ITEM. INMATES ARE RESPONSIBLE FOR FILLING OUT LIST IN A LEGIBLE MANNER. ENSURE THE ITEM YOU MARK IS THE ITEM YOU WANT. UNDER NO CIRCUMSTANCES WILL ADJUSTMENTS BE MADE ON ITEMS NOT CLEARLY NUMBERED OR MARKED. INMATES MAY ONLY SHOP ON THEIR UNIT'S DESIGNATED SHOPPING DAY. SEE TRULINCS BULLETIN FOR DESIGNATED SHOPPING ROTATION.

**PRICES SUBJECT TO CHANGE WITHOUT NOTICE.**

## STAMPS/MISCELLANEOUS

LIMIT $9.40 WORTH OF STAMPS

| | | |
|---|---|---|
| $0.01 | ____ | .01 STAMP@(SL) |
| $0.21 | ____ | .21 STAMP @(SL) |
| $0.49 | ____ | .47 (FOREVER) STAMP @(SL) |
| $1.00 | ____ | 1.00 STAMP@(SL) |
| $1.00 | ____ | PHOTO TICKET (LIMIT 10)(L) |
| $7.50 | ____ | COPY CARD (LIMIT 3)@(L/SL) |

## ELECTRONICS

| | | |
|---|---|---|
| $1.05 | ____ | AA BATTERIES - LMT 2 |
| $1.05 | ____ | AAA BATTERIES - LMT 2 |
| $2.50 | ____ | CR2016 WATCH BATTERY-LMT 2 |
| $2.50 | ____ | CR2025 WATCH BATTERY - LMT 2 |
| $88.40 | ____ | MP3 PLAYER - LMT 1 |
| $3.25 | ____ | MP3 PLAYER COVER - LMT 1 |
| $46.05 | ____ | SONY M-35 RADIO - LMT 1 |
| $26.90 | ____ | CT-81 RADIO |
| $4.55 | ____ | KOSS CL3 EAR BUDS - LMT 1 |
| $58.50 | ____ | TIMEX IRONMAN WATCH-LMT1 |
| $15.60 | ____ | CASIO F-91 WATCH - LMT1 |
| $6.95 | ____ | G-SHOCK WATCH BAND -LMT1 |
| $16.75 | ____ | PLUG EARBUDS - LMT1 |
| $16.90 | ____ | SKULLCANDY EARBUDS - LMT1 |
| $26.00 | ____ | SKULLCANDY HEADPHONES-LMT1 |
| $11.45 | ____ | IRONMAN RPLCEMNT BAND-LMT1 |

## SHOES (MARK SIZE) ALL LIMIT 1

| | | |
|---|---|---|
| $34.50 | ____ | REEBOK CLASSIC (Sz_____) |
| $59.80 | ____ | NIKE REVOLUTION 3 (Sz_____) |
| $21.95 | ____ | NIKE BENSASSI SANDAL (Sz____) |
| $79.95 | ____ | NIKE ZOOM BBALL (Sz _____) |
| $69.95 | ____ | NEW BALANCE MS80LB5 (Sz_____) |
| $3.50 | ____ | SHOWER SHOES : |
| | ____ | MED LRG XLG |

## DRINKS

LIMIT 48 TOTAL CANNED/BOTTLED DRINKS

| | | |
|---|---|---|
| $4.65 | ____ | SPRITE ZERO (12 PK) |
| $4.65 | ____ | MR. PIBB ZERO (12 PK) |
| $4.65 | ____ | MELLO YELLO ZERO (12 PK) |
| $4.65 | ____ | COKE ZERO (12 PK) |
| $4.65 | ____ | CHERRY COKE ZERO (12 PK) |
| $6.85 | ____ | POWERADE, GRAPE (8 PK) |
| $1.95 | ____ | DASANI WATER (6 PK) |
| $5.65 | ____ | DIET GOLD PEAK TEA (6 PK) |
| $3.50 | ____ | FOLGERS COFFEE (k) LMT3 |
| $8.95 | ____ | TASTERS CHOICE (k)(h) LMT3 |
| $2.55 | ____ | COLUMBIAN COFFEE, 3OZ LMT3 |
| $2.80 | ____ | DECAF COFFEE (h) LMT3 |
| $3.90 | ____ | MILK, DRY (k) (h) LMT2 |
| $1.30 | ____ | TEA w/LEMON (k) (h) ☺ LMT3 |
| $5.40 | ____ | S/F VAN CRML CREAMER(k)(h)☺LMT2 |
| $3.00 | ____ | HERBAL TEA BAGS (k) ☺ LMT3 |
| $1.70 | ____ | TEA BAGS - LMT3 |
| $1.50 | ____ | VANILLA CAPPUCINO (k)(h) LMT2 |
| $1.15 | ____ | NON-DAIRY CREAMER (k) LMT2 |
| $1.50 | ____ | S/F HOT COCOA (k) ☺ LMT2 |
| $1.30 | ____ | LEMONBERRY SQUEEZE MIX- LMT3 |
| $1.30 | ____ | BERRY BLUE TYPHOON MIX- LMT3 |
| $1.30 | ____ | FRUIT PUNCH DRINK MIX - LMT3 |

## FOOD

ICE CREAM - LIMIT 2 TOTAL

| | | |
|---|---|---|
| $2.45 | ____ | CHOCOLATE (k) |
| $2.45 | ____ | COOKIES & CREAM (k) |
| $2.45 | ____ | BUTTER PECAN (k) |

SOUP, BEANS - LIMIT 24 TOTAL

| | | |
|---|---|---|
| $1.65 | ____ | REFRIED BEANS (k) |
| $0.55 | ____ | CUP OF SOUP, CALIFORN' |
| $0.30 | ____ | L/S BEEF RAMEN ☺ |
| $0.30 | ____ | L/S CHICKEN RA' |
| $0.30 | ____ | HOT & SPICY ' |
| $0.30 | ____ | CHILI RA' |
| $1.65 | ____ | CHILI ' |

BREAD, C'

| | | |
|---|---|---|
| $0.50 | ____ | |
| $1.95 | ____ | |
| $1.65 | ____ | |
| | ____ | |
| $2.10 | ____ | |
| $1.45 | ____ | |
| $1.20 | ____ | D' |
| $1.60 | ____ | VANIL' |

CANDY - LIMIT 5 E'

| | | |
|---|---|---|
| $0.85 | ____ | THREE MUSK' |
| $0.95 | ____ | HERSHEY BAR (k) |
| $1.60 | ____ | DBL DIPPED PEANU' |
| $0.85 | ____ | M & M PEANUTS (k) |
| $1.25 | ____ | TWIZZLERS (k) |
| $0.85 | ____ | REESES PEANUT BUTTE' |
| $0.85 | ____ | SNICKERS (k) |
| $0.85 | ____ | TWIX COOKIE BAR (k) |
| $0.50 | ____ | SUGAR FREE CANDY ☺ |
| $1.30 | ____ | SUGAR FREE PEPPERMINTS ☺ |

CEREAL, PASTRIES, HEALTH

| | | |
|---|---|---|
| $2.55 | ____ | VARIETY OATMEAL (k) ☺ LMT3 |
| $3.00 | ____ | HONEY NUT TSTD OATS (k)☺ LMT3 |
| $2.95 | ____ | FRUITY DYNO BITES CEREAL (k) LMT3 |
| $3.00 | ____ | RAISIN BRAN CEREAL (k) LMT 3 |
| $3.90 | ____ | CRUNCHBERRY CEREAL (k) LMT3 |
| $3.05 | ____ | GRANOLA, HONEY NUT (k) LMT3 |
| $1.70 | ____ | QUICK OATS (k) ☺ LMT3 |
| $0.55 | ____ | SWEET/SALTY ALMOND BAR- LMT10 |
| $0.55 | ____ | PEANUT GRANOLA BAR LMT10 |
| $1.80 | ____ | ULTRAFIT NUTRITION BAR ☺ LMT10 |
| $0.65 | ____ | HONEY BUN, ICED (k) LMT10 |
| $0.60 | ____ | ICED CINNAMON ROLL (k) LMT10 |
| $1.65 | ____ | POP TARTS, STRWBRY (k) LMT5 |

CHIPS - LIMIT 10 TOTAL

| | | |
|---|---|---|
| $1.50 | ____ | PARTY MIX (h) |
| $0.75 | ____ | BUFFALO WING PRETZELS (k) |
| $1.20 | ____ | CHIPS, REGULAR (k)(h) |
| $1.50 | ____ | CHEESE PUFFS (k)(h) |
| $1.45 | ____ | NACHO CHIPS (k)(h) |
| $1.45 | ____ | TORTILLA CHIPS (k)(h) |
| $1.20 | ____ | SOUR CRM & ONION (k)(h) |
| $1.65 | ____ | HOT & SPICY CHIPS (k)(h) |
| $1.50 | ____ | GUACAMOLE CHIPS |

CONDIMENT, SPICE, PROD. PRESERVE, SWEETNER

| | | |
|---|---|---|
| $0.30 | ____ | RANCH DRESSING -LMT10 |
| $1.05 | ____ | TAPATIO HOT SAUCE -LMT1 |
| $1.80 | ____ | SWEET & HOT SAUCE -LMT1 |
| $1.90 | ____ | CHILI GARLIC SAUCE(k)-LMT1 |
| $4.00 | ____ | HOT GIARDINIERA - LMT1 |

## FOOD CONTINUED

| | | |
|---|---|---|
| | ____ | MAYONNAISE (k) -LMT1 |
| | ____ | S/F HONEY (k) -LMT1 |
| | ____ | PNUT BUTTER, CRMY (k,h)LMT2 |
| | ____ | PNUT BUTTER, CHUNKY(k)LMT2 |
| | ____ | LA. HOT SAUCE (k) -LMT1 |
| | | ' SAUCE (k) -LMT1 |
| | | -LMT1 |
| | | ' PEPPERS-LMT1 |
| | | ☺ LMT2 |
| | | 'MT3 |
| | | ☺LMT10 |
| | | 'T1 |
| | | 'MT1 |
| | | 'LMT1 |
| | | '(k)-LMT1 |
| | | ' -LMT1 |
| | | 'INCED (k) LMT1 |
| | | ' TWIN (k) ☺ LMT2 |
| | | 'NERIC SPLENDA (k) ☺LMT2 |
| | | SOUL SEASONING (k) LMT2 |
| | | ITAL SEASONING (k) LMT2 |

'AIRY, FISH, MEAT

| | | |
|---|---|---|
| | ____ | GRATED ITALIAN CHEESE-LMT2 |
| '.60 | ____ | VELVEETA CHEESE -LMT2 |
| $0.35 | ____ | CREAM CHEESE-LMT10 |
| $1.05 | ____ | SHRED MOZZARELLA(k,h)-LMT10 |
| $2.75 | ____ | VEL JALAPENO CHEESE-LMT2 |
| $1.70 | ____ | LEMON PEPPER SALMON-LMT15 |
| $1.65 | ____ | HOT PEPPER CHEESE-LMT10 |
| $1.55 | ____ | LIGHT TUNA (k)(h)-LMT15 |
| $1.00 | ____ | MACKEREL (k) - LMT15 |
| $0.75 | ____ | VIENNA SAUSAGE -LMT10 |
| $2.15 | ____ | CLAMS-LMT15 |
| $1.95 | ____ | HOT SUMMER SAUSAGE LMT10 |
| $3.15 | ____ | TYSON BACON-LMT5 |
| $2.10 | ____ | HONEYPEPPR TRKY LOG-LMT10 |
| $1.45 | ____ | SPAM SINGLE - LMT10 |
| $2.15 | ____ | SLICED PEPPERONI-LMT5 |
| $1.95 | ____ | SALAMI SAUSAGE-LMT10 |
| $1.05 | ____ | HOT BEEF STICK-LMT10 |
| $3.90 | ____ | SWEET SUE CHICKEN-LMT15 |
| $2.45 | ____ | HALAL BEEF SAUSAGE (h)-LMT10 |
| $2.10 | ____ | CHICKEN & RICE - LMT5 |
| $2.10 | ____ | CHICKN ALFREDO PASTA - LMT5 |

MICROWAVE, RICE-ALL LIMIT 10

| | | |
|---|---|---|
| $3.40 | ____ | PIZZA KIT |
| $1.05 | ____ | VELVEETA MAC & CHEESE(k)(h) |
| $1.10 | ____ | RICE, WHITE (k)(h) |
| $1.45 | ____ | RICE, BROWN (k)(h)☺ |
| $1.50 | ____ | RICE, CHEESY (k) |
| $0.85 | ____ | CHILI REFRIED BEANS/RICE (k) |

NUTS, SNACKS - ALL LIMIT 5

| | | |
|---|---|---|
| $1.65 | ____ | NATURAL ALMONDS (k)☺ |
| $3.60 | ____ | CASHEWS (k) |
| $0.50 | ____ | POPCORN (k) - LMT10 |
| $0.85 | ____ | HONEY RSTD PEANUTS |

HEALTH & HYGIENE

DEODORANT - LIMIT 2 TOTAL

| | | |
|---|---|---|
| $2.50 | ____ | SPEED STICK REGULAR |
| $2.55 | ____ | DEGREE EXTREME DEODORAN |
| $1.95 | ____ | POWER UP DEODORANT |
| $2.30 | ____ | SPEED STICK, BLUE SOLID |
| $4.40 | ____ | GILLETTE ANTIPERSPIRANT |

## BOOK/STATIONARY

Price points for product! 2016

| | | |
|---|---|---|
| $1.30 | ____ | ADDRESS BOOK - LMT1 |
| $2.25 | ____ | SPANISH/ENGLISH DICTION -LMT1 |
| $3.85 | ____ | WEBSTERS DICTIONARY-LMT1 |
| $7.85 | ____ | SWINTEC T/W RIBBON-LMT1 |
| $1.85 | ____ | SWINTEC CORRECTION TAPE-LMT1 |
| $1.10 | ____ | WHITE WRITING TABLET-LMT2 |
| $1.70 | ____ | DOCUMENT FILE FOLDER-LMT2 |
| $1.35 | ____ | ENVELOPES 50 CT - LMT1 |
| $0.25 | ____ | BLACK ROUND PEN - LMT2 |
| $0.90 | ____ | BIC PEN - LMT2 |
| $1.10 | ____ | YELLOW TABLET - LMT2 |
| $0.15 | ____ | LEGAL ENVELOPE - LMT2 |
| $0.85 | ____ | MP3 PLAY RETURN ENVELOPE-LMT10 |
| $23.50 | ____ | SCRIPT/TYPEWRITER WHEEL-LMT1 |
| $23.50 | ____ | 15 PITCH TYPEWRITER WHEEL-LMT1 |
| $0.70 | ____ | WHITE POCKET FILE FOLDER-LMT3 |

## HAIR CARE - ALL ARE LIMIT 1 EACH

| | | |
|---|---|---|
| $1.45 | ____ | VO-5 CONDITIONER |
| $3.85 | ____ | SULFUR 8 CONDITIONER |
| $3.90 | ____ | TWIST & BRAID BUTTER |
| $1.30 | ____ | OCEAN CONDITIONER |
| $5.50 | ____ | PINK OIL MOISTURIZER |
| $2.45 | ____ | POMADE, MURRAY'S |
| $3.35 | ____ | STYLING GEL |
| $1.80 | ____ | HAIR DRESS, AFRICAN CROWN |
| $1.45 | ____ | VO-5 XTRA BODY SHAMPOO |
| $1.45 | ____ | SHAMP/COND/BODY WASH 3N1 |
| $7.35 | ____ | HEAD & SHOULDERS SHAM/CND 2N1 |
| $3.90 | ____ | SULFUR 8 SHAMPOO |
| '35 | ____ | AFRICAN PRIDE MAGIC GROW |

## DENTAL - ALL ARE LIMIT 1 EACH

| | | |
|---|---|---|
| ',1.95 | ____ | DENTURE BATH |
| $3.50 | ____ | DENTURE TOOTHPASTE |
| $0.50 | ____ | TOOTHBRUSH HOLDER |
| $1.70 | ____ | ULTRA BRITE TOOTHPASTE |
| $2.30 | ____ | COLGATE CLEAR TOOTHPASTE |
| $4.95 | ____ | COLGATE TOTAL MOUTHWASH |
| $3.00 | ____ | COLGATE TOTAL TOOTHPASTE |
| $1.45 | ____ | DENTAL FLOSSER |
| $1.80 | ____ | DENTURE BRUSH |
| $0.55 | ____ | TOOTHBRUSH, SOFT TEK PRO |
| $0.55 | ____ | TOOTHBRUSH, MED TEK PRO |
| $0.80 | ____ | TOOTHBRUSH, MED COLGATE |
| $0.80 | ____ | TOOTHBRUSH, SOFT COLGATE |
| $2.80 | ____ | STAYDENT DENTURE ADHESIVE |
| $6.65 | ____ | SENSODYNE TOOTHPASTE |
| $2.85 | ____ | FLOSSER LOOPS |

## GROOM AIDS, SKIN CARE-ALL LIMIT 1 EA

| | | |
|---|---|---|
| $0.50 | ____ | AFRO PICK |
| $0.50 | ____ | PALM HAIR BRUSH |
| $0.85 | ____ | COMB |
| $1.00 | ____ | HAIR BRUSH |
| $1.25 | ____ | HAIR TIES |
| $1.15 | ____ | TOENAIL CLIPPERS |
| $6.70 | ____ | SAFETY SCISSORS |
| $1.15 | ____ | TWEEZERS |
| $2.60 | ____ | ACRYLIC MIRROR |
| $1.80 | ____ | COTTON SWABS |
| $2.90 | ____ | HAIR BRUSH WOODEN |
| $0.90 | ____ | BANDAGE STRIPS |
| $1.30 | ____ | CARMEX LIP BALM |
| $2.80 | ____ | LOTION, COCOA BUTTER |
| $2.80 | ____ | LOTION, ADV THERAPY |
| $1.55 | ____ | HAND SANITIZER |
| $5.15 | ____ | VASELINE INTENSIVE CARE LOTION |
| $2.20 | ____ | NOXEMA |
| $1.35 | ____ | PETROLEUM JELLY |
| $2.20 | ____ | BATH POWDER |
| $2.05 | ____ | COCOA BUTTER STICK |
| $5.90 | ____ | AMBI SKIN CREAM |
| $3.90 | ____ | SUNBLOCK, SPF 30 |
| $3.65 | ____ | BUMP STOPPER |
| $17.55 | ____ | MACH 3 REFILL, 5 PK |
| $11.55 | ____ | GILLETTE MACH 3 RAZOR |
| $1.80 | ____ | TWIN BLADE DISPOSABLE RAZOR |
| $3.80 | ____ | MAGIC SHAVE CREAM |
| $1.60 | ____ | SHAVE CREAM, PROTECTION |
| $2.60 | ____ | AFTA SHAVE AFTERSHAVE |
| $2.85 | ____ | MAGIC SHAVE POWDER |
| $0.75 | ____ | SMALL PONYTAIL HAIR TIES |

"Bloccout"/(BLOCK-OUT)®Correction Component-for:MANUAL TYPEWRITERS-

This innovative product is designed to maximize the effect of your correction ribbon by working with a special icon,included in special pinwheel options to be developed...the icon is a individual key,with a flat surface which removes the error by erasing the entire letter with one stroke-the icon completely covers the area of the letter so there is no residue(&)less chance the machine will offset the mistake (&)remove ink from the adjacent letters as well...

Bloccout®,is designed to maximize the life of your machine(&)minimize the default in your private/business compositions...

WITH Bloccout:[Bloccout]®

-EXAMPLE OF CORRECTION ACTION-

WITHOUT Bloccout:[Bloccout]®

--------------------

THIS IS PATENTED INTELLECTUAL-PROPERTY-

Diagram —
Bloccout ®
Correction -
Component for
MANUAL -
Typewriters




Inventor - Jeffrey C. Pam
Revised - 2017 -

(Pg. 6)

▸ For more on these stories, visit time.com/ideas

Want $180mn cash! Sureshave! features! Not Billion up front?

BIG IDEA

# A razor built for assisted shaving

Most American men shave their face a few times per week. But as more of them get older—the U.S. population over the age of 65 will nearly double by 2050, per the Census Bureau—they may need help from caregivers. That makes shaving especially tricky, since standard blades are meant for personal use. Not so with the Gilette TREO, a new razor designed to help caregivers provide "a high level of safety and comfort" when shaving others, says Matt Hodgson, the project's lead engineer. The TREO, which is not commercially available yet, will soon enter its first testing phase. Here's how it works. —*Alex Fitzpatrick*




A special divot allows for better control, while a shorter handle makes it easier for shavers to reach under the chin

The blade requires less water to glide, since elderly men are often shaved outside the bathroom

Shaving gel comes from within the squeezable handle to help caregivers make less mess

## DATA THIS JUST IN

A roundup of new and noteworthy insights from the week's most talked-about studies:

1. **DOG OWNERS WALK MORE**
A study of adults over age 65 in *BMC Public Health* found that those who owned a dog took an average of 2,760 more steps than those who didn't, which amounted to 22 more minutes of moderate exercise per day.

2. **THERE MAY BE A WAY TO TAN WITHOUT SUN**
Researchers wrote in *Cell Reports* about discovering that they could activate a gene linked to tanning using an agent that darkened skin cells just like the sun—but

Innovative
Cost Effective
Sureshave
Sureshave - Blade Test
Synth Sense
RPG

larceny!

(Pg 7.)

# Sur-Shave (Sure Shave) Blade-Test ©

$30.000.00 (w/o) Patent-Right offer - A&G © Rev it futures —

This is a proposal for a safety product to prevent lacerations of default razor blades ...the test would be included w/packs of razors(&)would be made of fleshlike bio-gel,which would reveal any defects before the customer uses the product.

The test strip is on a post w/a handle (&)consists of an adjustable size form on which a 1/10 mm thick BIO GEL strip is applied-

The test should work by visual inspection (&)be cheap to produce but represent a great upgraded value!




swipe this razor from top to bottom in one motion applying even pressure to reveal the performance of the blade...

from Top to Bottom




Visual Inspection should reveal any default in the Blade-

Kris: * Needs Recommendation from Consumer Product - Safety Administration or then we'll Negotiate Remittance Rate! chao! love Mars Jeff

(Re) Design -

* [signature]

1/27/17

Worth 1.5 $ Brs Prototype

Cash! for Dev. Fig's - GE/Carrier

Jeffery W. Paul
105170042
Inventor

(Pg. 8)

# Rotogy (Roto "G") Free Energy Generator

(Fig. A)








(Fig B.)

- TEXT -

This special gearbox would apply a drop hammer on a axis w/a magneto forward assist to create a free energy trans-former -

The gearbox would use the magnet's & Natural weight of the hammer on super lubricated Axis/Axles to reach equilibrium & complete the rotation in a predictable manner -




(Fig. C.)

8/14/17

Revised -

x Jeffery W Paul

USP Terre Haute, IN.

(p.9)

Jeffery W.Paul 10517042
SCU/B Lower/308 cell
10/3/17-

Inrem:Informal Remedy-

Subject:INTELLECTUAL PROPERTY-

--------

EXHIBITS Attached 2 pgs./ KRISTIN MARIE LaPaglia(In Re)-
W/F DOB-8/6/1977(Morton Grove,IL.)
of HOT SPRINGS,AR.

--------

MR.Sutton,

You know somebody signed for that package,but I didnt get the card back(&)the previous times,I did but although it did have her signature(MAIDEN NAME)on it,its easy for these people to corrupt the system(&)come up-w/resources I cant get...you Know,look at the advert.for THE GOOD PLACE,she looks like she is related to,or actually KRISTIN using a STAGE NAME...(&)also, Right in the same issue is her UNCLE ANTHONY,see:Annabelle ,I dont know what the truth is but its been confusing for decades(&) always,something happens to prevent my closure...I was in a TRAD-ITIONAL MARRIAGE w/Someone who abandoned me,(&)left me with the constant feeling I was lied to,by people who incited/influenced the situation I am in...

Can you please see how we can confirm the identity of the person who prev.signed for pkgs(&)claims to be my former wife,just in case thats a front for a media group...if it is a front,thatd make sense,but I am in danger regardless(&)need some process...I want her taken into custody for CIV.RIGHTS Viol.,(&)for her to cooperate w/my complaints...what can I do?This actress is HOW OLD?(8/6/77)? Is that a stage name/disinformation?Can we check?

Sincerely *Jeffery W. Paul*

(Pg. 10)

# USPS Tracking® Results

FAQs (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove

Tracking Number: 9114901496450265998563

Delivered

Expected Delivery On: Friday, September 15, 2017

## Product & Tracking Information

See Available Actions

207 Little John Tr.
Hot Springs AR. 71913-7621

Postal Product:

Features:
USPS Tracking®

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 15, 2017, 2:48 pm | Delivered, Left with Individual ✓ | HOT SPRINGS NATIONAL PARK, AR 71913 |

Your item was delivered to an individual at the address at 2:48 pm on September 15, 2017 in HOT SPRINGS NATIONAL PARK, AR 71913.

| | | |
|---|---|---|
| September 15, 2017, 8:16 am | Out for Delivery | HOT SPRINGS NATIONAL PARK, AR 71913 |
| September 15, 2017, 8:06 am | Sorting Complete | HOT SPRINGS NATIONAL PARK, AR 71913 |

CONTINUED

weirded out by my legs, and that's just a vulnerability I have. I always feel like people are staring. But he's really smart, and he was into the technology of my legs and wanted to know how they work. He just wanted to know it all. That's why I think the special effects and how he moves [looks] so real, because he put in the time to get to know everything.

**The film premiered at the Toronto International Film Festival. What has the response been like?**

It was surreal. Everyone was really giving us positive feedback on the film, and I'm like, "Uh, this is weird. Everyone likes it." And Jake's like, "Yeah, this is really weird. This doesn't happen." [*Laughs*]

**You don't have a strong Boston accent, but Jake does in the film. Did you talk about that?**

Yeah, all the time. I have to say, I haven't drank in 15 months, but Jake met me when I was drinking pretty heavily. I find when I'm in Boston and drinking, I kind of get lazy with my speech, like, [*thick Boston accent*] "Hey, whaddaya doin'? What's going ahn? Where ahr you?" But now, even though I'm a dad, I've been going to bed at 9 and getting good rest, so I don't really drop my *r*'s anymore. But when I joke around with Jake, we do it. We'll be like, "Ahh, I love *The Depahted*!"



*TV*

# THE GOOD PLACE

The end to season 1 of this heavenly sitcom makes it tricky to discuss season 2 without spoiling things. Let's just say that afterlife architect Michael (Ted Danson) is still attempting to create his perfect Great Beyond for Eleanor (Kristen Bell) and her soul mate, Chidi (William Jackson Harper). If you're not caught up on the finale, get to Netflix, fast! (*NBC, Thursdays, 8:30 p.m.*)








*sexual equality—and, as Tom Hanks' character declares in* Sleepless in Seattle, *"scared the s--- out of every man in America."*

**CLOSE** The thing that surprised me is that the feminists hated the portrayal of Alex and were saying that it gave single working women a bad name. If I had been more aware of [the stigma around] mental illness at that time, I don't know if I would've changed my performance, but I might've fought to have revealed the possibility of diagnosing Alex in some way. But I'm not sure if that would've helped. She was the bad person, and that helps perpetuate the stigma, which I'm now trying to fight against.

I think it still works as a piece of entertainment and masterful psychological drama, so I'm very proud to be a part of that. I guess there will come a time someday when people will say, "Glenn? Who was that guy?" But *Fatal Attraction* made such an impact and continues to. I have a friend who saw a screening of *Sunset Boulevard* in a cemetery where all those wonderful people are buried. Maybe one day they'll do the same thing with *Fatal Attraction*, in some cemetery where I'm buried. Except I'm going to be sprinkled, so that'll be hard!

**MORE ON EW.COM** For EW's *Fatal Attraction* reunion, go to **ew.com/fatal-attraction-reunion**

↓ Close and Michael Douglas





# NOW PLAYING

*Your complete guide to films in theaters this week*

**MORE ON EW.COM** For Critical Mass and to read full reviews, head to *ew.com/movies*

## WATCH IT NOW

| EW | Film | |
|---|---|---|
| A | **DUNKIRK** Directed by Christopher Nolan<br>**Starring** Fionn Whitehead, Mark Rylance, Harry Styles | W |
| A– | **STRONGER** Directed by David Gordon Green<br>**Starring** Jake Gyllenhaal, Tatiana Maslany, Miranda Richardson<br>Gyllenhaal gives a masterful performance as Everyguy Jeff Bauman, who became a national symbol—not by choice—when he lost his legs in the Boston Marathon bombing. Director Green finds grace and raw power in his story. | W |
| B+ | **BEACH RATS** Directed by Eliza Hittman<br>**Starring** Harris Dickinson, Madeline Weinstein, Kate Hodge | L |
| B+ | **FIRST THEY KILLED MY FATHER** Directed by Angelina Jolie<br>**Starring** Sreymoch Sareum, Kompheak Phoeung, Socheata Sveng | N |
| B+ | **WIND RIVER** Directed by Taylor Sheridan<br>**Starring** Jeremy Renner, Elizabeth Olsen, Gil Birmingham | W |



## PROCEED WITH CAUTION

| EW | Film | |
|---|---|---|
| B | **BRAD'S STATUS** Directed by Mike White<br>**Starring** Ben Stiller, Austin Abrams, Jenna Fischer | L |
| B | **HOME AGAIN** Directed by Hallie Meyers-Shyer<br>**Starring** Reese Witherspoon, Pico Alexander, Michael Sheen | W |
| B | **IT** Directed by Andy Muschietti<br>**Starring** Jaeden Lieberher, Jeremy Ray Taylor, Bill Skarsgård | W |
| B | **VICTORIA & ABDUL** Directed by Stephen Frears<br>**Starring** Judi Dench, Ali Fazal, Eddie Izzard<br>Stephen Frears' quirky retelling of the platonic love affair between the elderly Queen Victoria (Dench) and her much younger Indian manservant (charismatic newcomer Fazal) is uneven but endearing, a tempest in a Mad Hatter teacup. | L |
| C+ | **THE HITMAN'S BODYGUARD** Directed by Patrick Hughes<br>**Starring** Ryan Reynolds, Samuel L. Jackson, Salma Hayek | W |



## SKIP IT

| EW | Film | |
|---|---|---|
| C | **AMERICAN ASSASSIN** Directed by Michael Cuesta<br>**Starring** Dylan O'Brien, Michael Keaton, Sanaa Lathan | W |
| C | **ANNABELLE: CREATION** Directed by David F. Sandberg<br>**Starring** Anthony LaPaglia, Samara Lee, Miranda Otto | W |
| C | **MOTHER!** Directed by Darren Aronofsky<br>**Starring** Jennifer Lawrence, Javier Bardem, Michelle Pfeiffer<br>Lawrence has always been an actress of strength, independence, and agency. But Aronofsky's ridiculous, claustrophobic thriller wastes those qualities. Here she's playing a victim in hysterical high-dudgeon mode from the movie's opening moments until its bonkers WTF ending. | W |
| D+ | **LEAP!** Directed by Éric Summer, Éric Warin<br>**Starring** Elle Fanning, Dane DeHaan, Carly Rae Jepsen | W |



**KEY** L > LIMITED RELEASE N > NETFLIX W > WIDE RELEASE


(pg.13)
keep this up?
KRISTIN M. LaPaglia 93'
The Good Place
TED DANSON KRISTEN BELL
SPECIAL PREMIERE SEPT 20 • 10/9c | THURS 8:30/7:30c NBC
STREAM SEASON 1 NOW ON NETFLIX