Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808




1st Class Mail

INMATE IDENTIFICATION CONFIRMED

Legal Mail

Legal Mail

Office of Judge Lawrence / Dinsmore
c/o The Clerk of The Court,
INRe: Paul v Superintendent
Case no# 2:13 cv. 304
USDC / Southern District of IN.
921 OHIO St., Room 104
Terre Haute, IN.
47801

RECEIVED
OCT 10 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA