FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

17 OCT 11 PM 5:15

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)
Case No#2:13 cv 304(CAPITAL CASE)

----------

LEGAL LETTER TO THE JUDGES -

Dear Sirs,

Please recall that I want to participate in any hearing,though I know you may not need me.

I am claiming as follows,I never gave anyone permission to proffer any inculpatory statements to any court...I objected to any PLEA-agreements because I am ACTUALLY INNOCENT,(&)I deny I could NOT prove my innocence if given the chance,(&)claim my right to a GUILT/INNOCENCE phase was violated when TRIAL COUNSEL attempted to comply with terms of a PLEA I rejected,(&)admitted Guilt to the crime over my objection.

I am suffering the effects of disparate treatment,violating my right to property ownership,spousal consort(&)effective petition for redress (&)believe the GOVERNMENTS attempt to maintain a conviction based upon the effect of terms of a involuntary plea proffered in front of a jury that literally could not consider me innocent,should be assessed for felony,(&)I should be compensated in BILLIONS of DOLLARS for loss of upfront money(&)business from ARTICLES OF INCORPORATION I own intell-ectual Propertyrights too,(&)my Former Wife should be taken into cust-ody for mental/physical evaluation(&)deposition for crimes committed against our marriage which preceded the current marriage she is in, which I claim she entered illegally(&)byway of opportunity created by VIOLENT CRIMINAL OFFENSES Committed against me in the months pre-vious to being kidnapped,with my brother in FLORIDA.

I did see papers allegedly containing text of a surreply attributed to your court affirming my conviction(&)recommending a LIFE SENTENCE (&)I now remind the Court that NO JURY EVER Heard my DEFENSE Proffer

(2)

Continued...

(&)resentencing me as such,without a lawfully returned conviction would violate my Constitutional rights to JURISPRUDENCE...

Please review my trial(&)see that I had a right to Present JURY instructions pursuant to determinant physical evidence,which my lawyer failed to contextualize resulting in fatal error because the Jury clearly didnt weight the instruction(&)I would get that instruction again because the EQUAL PROTECTION CLAUSE protects my right to reraise the issue with authority as a Civil/Criminal Process.

Also,the eyewitness testimony is exonerating wholly(&)consistent with the physical evidence,(&)any statement attributed to me contradicting that,or raising other detrimental issues may be inchoate or need context which I would do for you(&)also,may not be from me because there has been forged documents leaving the B.O.P.,(&)D.O.C. although I dont have the copy of all correspondence in my name so I cant help if I cant review that...regardless,I deny I KNOWINGLY or WILLINGLY DRAFTED/ENDORSED ANY Correspondence incriminating or undermining my right to LIBERTY(&)Redress of violations of my rights(&) claim holding me accountable for penalty of that,is cruel(&)violates my right to DUE-PROCESS.

Sincerely Jeffery W. Paul

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO Box 33/Terre Haute,IN.
47808-0033

Done this Day(10/5/17)