Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

RECEIVED
OCT 10 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal Mail-

C/O The Clerk of The Court
Inrem-PAUL V.Superintendent
Case No#2:13 cv 304(WTL/MJD)
USDC/SOUTHERN DISTRICT of IN.
921 OHIO St.,Room 104
Terre Haute,IN.
47801

INDE/ Surety

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

PURPLE HEART 2014 FOREVER USA

47807837338 C047