UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| SUPERINTENDENT, Respondent. | ) | |

**Entry Regarding Pending Motions**

Petitioner's motion to proceed pro se, Dkt. No. 151, is **denied without prejudice** at this time. The motion to serve papers, Dkt. No. 153, is **denied**. The motion to amend counseled petitions, Dkt. No. 154, is **denied**. The motion for emergency order, Dkt. No. 155, is **denied**. The motion to revise amended section for relief, Dkt. No. 156, is **denied**. The motion for restitution, Dkt. No. 160, is **denied**.

Petitioner is reminded that filings in this action are to be made only through counsel.

**IT IS SO ORDERED**.

Date: 10/12/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel