USDC/Southern District, IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

U.S. DISTRICT COURT
INDIANA DIVISION
2017 OCT 23 PM 3:10
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Pro-Se/Indigent Copy-

2:13-cv-304-WTL-MJD

Legal Letter/Request for Copy of DOCKET STATEMENT from The Office of The Clerk-

Summary-

Dear Sirs,

May I please get a Copy of The Docket Entry which is on the Computer but apparently inchoate from the BOP Office...

Cite:PAUL V.SUPERINTENDENT(WTL/MJD)

Case No#2:13 cv 304(CAPITAL HABEAS)-

Thank you for assisting in this matter.

Sincerely Jeffery W. Paul

Jeffery W.Paul 10517042

10/15/17-