Jeffery W.Paul
Rg10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
17 OCT 2017 PM 1 L

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

The Office of The CLERK OF THE COURT-
Ms.Laura Briggs/Agent in Charge(Pro Se)
Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)CAPITAL HABEAS-
USDC/Southern District,IN.
921 OHIO Street,Room 104
Terre Haute,IN.
47801-

-Legal Mail-

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

OCT 20 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47801$9999