USDC/Southern District of IN.

FILED
OCT 24 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Inrem:PAUL V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(CAPITAL HABEAS)

FILED
OCT 25 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

--------------

MOTION FOR ORDER TO PROCESS-SPOUSAL CLAIMS/JOINDER -

-------------

Comes now The Petitioner PRO-SE does submit the following motion pursuant to order,in the abovestyled action,to redress a miscarriage of JUSTICE,in a FEDERAL COURT-

SUMMARY- EXHIBITS Pgs.1.2.3.4.(&)5.6.7.

The Petitioner claims that on proxy 9/24(&)9/25 I placed 2/pieces of mail in the institutional mailbox,which was addressed to an address registered as my former wifes,shes using the name KRISTIN(LEE)-,the name of one of the persons who attacked me in 94/95'-

Ive informed My former wife,Ms.KRISTIN MARIE LaPaglia,that she did NOT have permission to have sexual relations,engage in any risky business activity,get body augmentation or remarry without process(&) I intend to object to any marriage on the grounds that she is already married to me,(&)suffering BIPOLAR SYMPTOMS,(&)that I intend to object to her marriage to EDDIE LEE or any member of THE B'DOGS,because its based upon criminal complicity/extortion...(&)that they are enjoying immunity byway of OBSTRUCTION resulting from my being KIDNAPPED(&)then framed for MURDER...

Ms.LaPaglia abandoned me,see:Pg.1.(&)2.,(&)is currently refusing to cooperate with my attempt to resume our marriage in good-faith,see:Pg. 3.(&)4.,receiving mail,(&)then returning it to sender,(&)refusing to send a PHONE NO#-Pg.5.

Continued...

I suspect that she may be working as an actress,because she is related to a working ACTOR,named ANTHONY LaPaglia,see:Pg.6.7.(&) she may have gotten money for a PILOT SHOW,from a media company connected to her current HUSBAND,EDDIE LEE,whose related to the LEAD SINGER of a MUTLI MILLION SELLING Rock Group,AMY LEE,of The Band,EVANESCENCE®-,Kristin very well could get a pilot to a producer by her Uncle(&)I believe that entanglement could explain alot of chicanery duly,which resulted in felony crimes of a CONSPIRACY AGAINST MY CIVIL RIGHTS-,violating my legally protected traditional Marriage,COMMONLAW.

Please order The FEDERAL DEFENDERS OFFICE to get a discovery on The status of my former wife,Ms.KRISTIN MARIE LaPaglia(DOB 8/6/77) of IL./AR.(Morton Grove,IL./Hot Springs,AR.)-she is a witness(&)may be in danger,(&)is being misinformed about my rights to produce my witnesses to MAJOR TORT CLAIMS,exposing her to LIABLTY...she needs to know...I still love her,have no other legitimate spouse,(&)shes abandoned me(&)Ill prove that,as well as the cause...

Respectfully Submitted,

Signed Jeffery W. Paul

Done this Day-
10/19/17-

Jeffery W.Paul 10517042
USP Terre Haute,IN
PO BOX 33/Terre Haute,IN.
47808-0033