FILED
[illegible]
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(CAPITAL CASE)

-------------

MOTION FOR ORDER/RESTITUTION - (InRe:LaPaglia-PAUL) *

-------------

Comes Now The Petitioner does submit plea for order in the above-styled action for process,pursuant to redress a FUNDAMENTAL MISCARRIAGE of JUSTICE,SPOUSAL ESTRANGEMENT-

The Petitioner requests a ORDER to Produce the Body(&)Detain former wife,MS.KRISTIN MARIE LaPaglia of HOT SPRINGS,AR.(W/F)(8/6/77)-to re-solve particularities of FINAL DISSOLUTION of/RESUMPTION of MARRIAGE via PRENUPTIAL ARBITRATION.

The Petitioner claims that her current marriage is illegal(&)that she never had permission to violate our matrimonial agreements to SPOUSAL-FIDELITY,(&)that she abandoned me,left me with no support or Children or property,for POSTERITY.

This petitioner was involuntarialy separated,(&)claims that Ms.LaPaglia abandoned me,failed to effectively assist in LEGAL MATTERS(&)violated our rules of conduct by engaging in sexual intercourse with other persons(&)only she knows the extent of her misconduct but I want the matter evaluated for felony complaints.

If Ms.LaPaglia denies a engagement,elopement or terms(&)extent of our marriage,I want to sue for defamation(&)if she undermines my claim for damages,attempting to conceal her criminal misconduct,I want to sue her for that loss,(&)if she attempts to retain claim against spousal estate futures,without cooperating with investigation of criminal misconduct inciting estrangement(&)obstructing Justice,I want her charged in aiding(&)abetting attempts...

Continued....

The Petitioner request MS.LaPaglia be summoned to comply with my request for REPRODUCTIVE HEALTH SERVICES for MOOT Terms of dissolution(&)that she be supervised because she entered a relationship with someone who committed felony crimes against me,duly,the severity of which could ONLY be superceded by my CAPITAL CONVICTION in FEDERAL COURT.

The Circumstances of our separation,duly,shouldve qualified her for damages,but she acted in a cruel manner(&)refused to obey the most fundamental rules of marriage when I needed her most,left me with no support or futures,(&)gave her body to another man without my permission leaving me in this position,that I could be released only to be obligated to start over,with no past,celibate,with no appropriate partner or goals,friends etc...

I want copies of all pictures of our relationship,(&)her from proxy 1990-95(&)polygraphs for criminal complaints,(&)her physically separated from her current spouse until I decide what is appropriate of our options,reasonably,she has OTHER MOMENTOS that I want as well,including photos of my FMR.SISTERS IN LAW,(&)clothing items.

Respectfully Submitted,

Signed Jeffery W Paul

Done This Day-(10 /2 /17)

Jeffery W.Paul Rg#10517042
USP Terre Haute,IN./PO Box 33
Terre Haute,IN./47808-0033

# USPS Tracking® Results

FAQs (http://faq.usps.com/?articleId=220900)

Track Another Package +




**Tracking Number:** 9114901496450265998563

**Expected Delivery On:** Friday, September 15, 2017

## Product & Tracking Information

**Postal Product:** 

**Features:** USPS Tracking®

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **September 15, 2017, 2:48 pm** | **Delivered, Left with Individual** | 207 Little John TR. **HOT SPRINGS NATIONAL PARK, AR 71913**-7621 |

Your item was delivered to an individual at the address at 2:48 pm on September 15, 2017 in HOT SPRINGS NATIONAL PARK, AR 71913.

| | | |
|---|---|---|
| September 15, 2017, 8:16 am | Out for Delivery | HOT SPRINGS NATIONAL PARK, AR 71913 |
| September 15, 2017, 8:06 am | Sorting Complete | HOT SPRINGS NATIONAL PARK, AR 71913 |

Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
25 SEP 2017 PM 1 1

(Pg. 4)

X

10/10/17

Return To Sender!

Kristins M. LaPaglia
207 Little John Tr.
Hot Springs, AR.
71913-7621

UTF

---

Jeffery W. Paul
Rg. #10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
26 SEP 2017 PM 3 L

X

10/11/17

Return to Sender

Kristin
LaPaglia
207 Little John Tr.

NIXIE 722 CE 1 0210/07/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF BC: 47808003333 *1912-09087-26-35

(Pg. 5)

Case Mgr. SHEPHERD;

Will You Please Check TRACKING No#

— 9114901496451249567959 —

at; 1.800.222.1811 or USPS.Com —

Also; is there anyway I can get a ph # for my former Wife; ~~Kristin Marie LaPaglia DOB 8/6/77 W/F (AKA Kristin Lee)~~

Thanks,

J Paul 1051704?
308 cell
TJ lower
10/18/17 —

L/K/ Address —
207 Little John Tr.
Hot Springs, AR.
71913-7621

NO information available. None.

As I REALLY Need to Contact her (& my lawyers unfailingly decline to process anything other than the Capital Case! Is this address a Drop for a front or not? Who is there? I need to know — Please — I am wasting a lot of money for nothing.


How long can they
keep this up
The Good Place
TED DANSON KRISTEN BELL
SPECIAL PREMIERE SEPT 20 • 10/9c | THURS 8:30/7:30c NBC
STREAM SEASON 1 NOW ON NETFLIX

(Pg. 7.)



xual equality—and, as Tom anks' character declares in eepless in Seattle, "scared the -- out of every man in America."

.OSE The thing that surprised e is that the feminists hated ie portrayal of Alex and were ying that it gave single work- g women a bad name. If had been more aware of [the igma around] mental illness : that time, I don't know if I ould've changed my perfor- iance, but I might've fought to ave revealed the possibility f diagnosing Alex in some way. ut I'm not sure if that rould've helped. She was the ad person, and that helps per- etuate the stigma, which I'm iow trying to fight against.

I think it still works as a iece of entertainment and nasterful psychological drama, o I'm very proud to be a part of hat. I guess there will come a ime someday when people will ay, "Glenn? Who was that uy?" But *Fatal Attraction* made such an impact and continues o. I have a friend who saw a screening of *Sunset Boulevard* in a cemetery where all those wonderful people are buried. Maybe one day they'll do the same thing with *Fatal Attraction*, in some cemetery where I'm buried. Except I'm going to be sprinkled, so that'll be hard!

**MORE ON EW.COM** For EW's *Fatal Attraction* reunion, go to **ew.com/fatal-attraction-reunion**

↓ Close and Michael Douglas



# NOW PLAYING

*Your complete guide to films in theaters this week*

EW **MORE ON EW.COM** For Critical Mass and to read full reviews, head to **ew.com/movies**

**EW**

**WATCH IT NOW**

A — **DUNKIRK** Directed by Christopher Nolan — W
Starring Fionn Whitehead, Mark Rylance, Harry Styles

A– — **STRONGER** Directed by David Gordon Green — W
Starring Jake Gyllenhaal, Tatiana Maslany, Miranda Richardson
Gyllenhaal gives a masterful performance as Everyguy Jeff Bauman, who became a national symbol—not by choice—when he lost his legs in the Boston Marathon bombing. Director Green finds grace and raw power in his story.



B+ — **BEACHRATS** Directed by Eliza Hittman — L
Starring Harris Dickinson, Madeline Weinstein, Kate Hodge

B+ — **FIRST THEY KILLED MY FATHER** Directed by Angelina Jolie — N
Starring Sreymoch Sareum, Kompheak Phoeung, Socheata Sveng

B+ — **WIND RIVER** Directed by Taylor Sheridan — W
Starring Jeremy Renner, Elizabeth Olsen, Gil Birmingham

**PROCEED WITH CAUTION**

B — **BRAD'S STATUS** Directed by Mike White — L
Starring Ben Stiller, Austin Abrams, Jenna Fischer

B — **HOME AGAIN** Directed by Hallie Meyers-Shyer — W
Starring Reese Witherspoon, Pico Alexander, Michael Sheen

B — **IT** Directed by Andy Muschietti — W
Starring Jaeden Lieberher, Jeremy Ray Taylor, Bill Skarsgård

B — **VICTORIA & ABDUL** Directed by Stephen Frears — L
Starring Judi Dench, Ali Fazal, Eddie Izzard
Stephen Frears' quirky retelling of the platonic love affair between the elderly Queen Victoria (Dench) and her much younger Indian manservant (charismatic newcomer Fazal) is uneven but endearing, a tempest in a Mad Hatter teacup.



C+ — **THE HITMAN'S BODYGUARD** Directed by Patrick Hughes — W
Starring Ryan Reynolds, Samuel L. Jackson, Salma Hayek

**SKIP IT**

C — **AMERICAN ASSASSIN** Directed by Michael Cuesta — W
Starring Dylan O'Brien, Michael Keaton, Sanaa Lathan

C — **ANNABELLE: CREATION** Directed by David F. Sandberg — W
Starring Anthony LaPaglia, Samara Lee, Miranda Otto

C — **MOTHER!** Directed by Darren Aronofsky — W
Starring Jennifer Lawrence, Javier Bardem, Michelle Pfeiffer
Lawrence has always been an actress of strength, independence, and agency. But Aronofsky's ridiculous, claustrophobic thriller wastes those qualities. Here she's playing a victim in hysterical high-dudgeon mode from the movie's opening moments until its bonkers WTF ending.



D+ — **LEAP!** Directed by Éric Summer, Éric Warin — W
Starring Elle Fanning, Dane DeHaan, Carly Rae Jepsen

**KEY** L > LIMITED RELEASE N > NETFLIX W > WIDE RELEASE