Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
20 OCT 2017 PM 11

Legal Mail

C/O The Clerk of The Court
USDC/Southern District,IN.
Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)
Case No#2:13 cv 304(HABEAS CAPITAL)
921 OHIO St.,Room 104
Terre Haute,IN.
47801

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

OCT 23 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829