UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry on Pending Motions**

The *pro se* motion for relief, Dkt. No. 161, is **denied**. Petitioner is reminded that filings in this action are to be made only through counsel.

Petitioner's *pro se* request for a docket sheet, docketed as a motion, Dkt. No. 164, is **denied**. Petitioner is represented by counsel. Counsel may send petitioner a copy of the public docket, and petitioner is again reminded that filings are to be made through counsel, including requests for copies of the docket or filings.

**IT IS SO ORDERED**.

Date: 10/26/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel