**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-MJD<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Petitioner, Jeffery William Paul, through counsel, respectfully requests a forty five (45) day extension of time for the filing of a reply in support of his Amended Petition for Writ of Habeas Corpus. In support of his request, Petitioner states as follows:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute ("USP-Terre Haute"). After Petitioner filed a *pro se* Petition for a Writ of Habeas Corpus in this Court on August 8, 2013, this Court appointed the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") to represent Mr. Paul in these proceedings and directed counsel to file an amended petition on his behalf or take any other action as the case warranted. Dkt. Nos. 25, 26. Counsel submitted an Amended Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, on Mr. Paul's behalf on October 18, 2016. Dkt. No. 103. Respondents filed their Return to Order to Show Cause on September 28, 2017. Dkt. No. 158. Mr. Paul's reply in support of his amended

petition is currently due on October 28, 2017. *See* Dkt. No. 131 (directing Petitioner to reply within thirty days of Respondents' answer).

2. Mr. Paul respectfully requests an additional forty five days to submit his reply. In their Return to Order to Show Cause, Respondents raise a number of issues to which Petitioner wishes to respond. These include, *inter alia*, challenges to Petitioner's factual analysis and procedural arguments relating to whether Petitioner can raise the claims for relief contained in his amended petition in § 2241 proceedings. Counsel for Petitioner need an additional forty five day to conduct the research and drafting necessary to provide this Court with professionally adequate briefing on all of these issues.

3. On October 26, 2017, counsel for Respondents indicated that Respondents have no objection to Petitioner's request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully request leave for an extension of forty five (45) days to file his Amended Petition for a Writ of Habeas Corpus, or until December 12, 2017. (A proposed order is attached.)

Respectfully Submitted,

/s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: October 26, 2017

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, Esq., hereby certify that on this 26th day of October, 2017, a copy of the forgoing was served via the Electronic Case Filing system on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey A. Zick, Esquire
Trial Attorney
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20005

/s/ Shawn Nolan
SHAWN NOLAN