FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
17 OCT 27 PM 5:13
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)
Case No#2:13 cv 304(CAPITAL HABEAS)USDC/SD/IN.

--------------

- LEGAL Letter to The Court-

SUMMARY-

Dear Sirs,

Please note that I feel like I need to clarify again,due to imposition thus far,I am claiming the records/files plainly show harmful error,violating my Constitutional Rights to a fair trial with DUE-PROCESS,accordingly,see:"HARMLESS ERROR"standard of review,FRCP R.61 T.28-where involuntary plea undermined my attempt to present a defense(&)support plea...foreclosing my right to a real GUILT/INNOCENCE PHASE during JURY-TRIAL...the case has been extensively tampered with both pre/post-trial action...

I am also claiming The BOP/DOJ permanently estranged me from my wife,resulting in a illigitimate child being conceived with person who duly attacked me(&)was namely complained of duly,despite the fact that I begged BOP/DOJ to take wife into custody because of acts committed leading up to my kidnapping/arrest...neither she or her current(illegal)spouse have ever faced consequence for their actions duly...my wife knew she had entered a traditional engagement/elopement(&)we were in love(&)she was not officially single until 6/27/97 when I was sentenced to death,(&)she NEVER had permission to have sexual relations,take risky business,engage in dangerous or corrupting social activity,or get body augmentation(&)certainly did NOT get permission to remarry with/without process...she violated our spousal fidelity(&)abandoned me to avoid responsibility(&)The BOP/DOJ Aided (&)Abetted her(&)her spouses...

Continued...

She left me totally alone with no support whatsoever,despite the fact that I needed her more than anything else,(&)people regularly cope with injury/illness of spouse/child at our ages duly,for better or worse...my marriage was witnessed(&)COMMONLY Consummated(&)thus LEGALLY-PROTECTED,(&)her spouse unduly influenced/instructed her to abandon me,substantially diminishing my options for help,leaving me deprived for decades...injuring my posterity permanently by not only using my wife sexually,but also closing my opportunity to resume(&) compensate by conceiving her first child together...causing irreconcilable mental trauma...I need my wife returned to me by law...

Im also requesting the Court review my case for damages of ANTITRUST violations,loss in BILLIONS of US Dollars($)...

Ive tried but still havent been allowed to effectively sue,despite the fact that persons RUINED my marriage(&)attempted to unduly influence the outcome of my appeals,to my detriment/with disregard for the effect(&)intent of assistance,I still have not been allowed to restructure(&)my Wife was convinced she should NOT Support me(&)actually chose to conceive a child with her attacker,merely 24mos after I was exonerated...which I believe is torture(&)deliberate,resulting from a intercepted letter from me...by the father,to ensure a future entangled with financial benefit...which I want him arrested for...

For the above reasons,the petitioner requests the Court resolve the case LIBERALLY,with respect for my innocence(&)trebly,for the extent of the injury(&)DULY,considering the criminal actions Ive endured in Custody to date...

Respectfully Submitted,

Done this Day-10/20/17-

Signed Jeffery W. Paul

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808-0033