TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: USP AW Custody
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/19/2017 08:17:02 AM

This is in response to your Electronic Inmate Request to Staff.

You may add individuals to your contact list at any time; however, if they do not respond we do not have a way to compel their participation. The same is true for your attorneys. We can only encourage you to contact them; what they do with the information you provide them is entirely their decision.

I trust this response adequately addresses your concerns.

B. Gourdouze
Associate Warden

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 10/15/2017 12:54 PM >>>
To: AW/Lammer
Inmate Work Assignment: NA

AW/Lammer,
Sorry to bother you,but again,Im in USDC/SD-awaiting RULING NOW on my ACTUAL INNOCENCE Claims,(&)am getting no intelligible response from my former wife,got return to sender letters,cant find a PH#(&)nobody will contact her,shes somewhere in HOT SPRINGS,AR.(&)still living a guy I made felony complaints on,(&)allegedly has a child with him,so hes probably turning my correspondence around,I want to press charge for obstruction(&)have her placed in PROTECTIVE CUSTODY b/c I am totally innocent(&)less than 24mos after getting permission to appeal on INNOCENCE CLAIMS,he got her pregnant(&)refused to separate...shes obstructing my claims for damages of SPOUSAL ESTRANGEMENT b/c shes concealing his criminal misconduct...so I may not be able to prove outright that I was married b/c I initiated complaint BEFORE I was arrested(&)shed have to admit felony crime obstructed to date...Im not sure,but I believe shes enlisted LAW ENFORCEMENT Officially to help impede my process by simply saying Im trying to harass/stalk her in some way...(&)obviously I am a convict so thats a given,(&) theyre decoying the address etc...
I need to contact somebody at the Following-KRISTIN MARIE LaPaglia(Maiden name)(8/6/77)-207 Little John Tr./HOT SPRINGS,AR.-71913-7621-she may be using L/N( LEE )-she never had permission to have extra-spousal relations from me, (&)certainly never to remarry,(&)effectively had our marriage annulled w/o process-so she knows Im going to complain-ASAP-,I tried to contact THE GARLAND COUNTY SHERIFFS OFFICE,get no response,all grievance here is referred to my LAWYERS who are nonresponsive-Please see if Ph# for emergency call to FMR-Spouse can be arranged,or contact GC/Sherriffs Office to see if theyll take my complaint please!!!

No RELIEF
Administrative Available !!