Jaffery W Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
23 OCT 2017 PM 7 L

C/OThe Clerk of The Court
Judges Lawrence/Dinsmore(MJD/WTL)
Case No#2:13 Cv 304(HABEAS CAPITAL)
PAUL V.SUPERINTENDENT-USDC/SD/IN.
921 OHIO Street,Room 104
Terre Haute,IN.
47801

Legal Mail-

RECEIVED

OCT 25 2017

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829