USDC/Southern District,IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33/Terre Haute,IN.
47808-0033

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
17 OCT 27 PM 5:18
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(HABEAS CAPITAL)

Pg. 1.

-------------

MOTION TO REVIEW ANY EVIDENCE IN CONTENTION FOR HABEAS to ASSIST APPOINTED COUNSEL-

------------

Comes now The Petitioner PRO-SE does submit the following Plea in The Abovestyled action,pursuant to order for process-

SUMMARY-

The Petitioner claims that Ive been extensively harassed,(&) am still on DEATH ROW,Guilty as charged until further notice(&) that on several occasions have become aware of attempts to inter-dict(&)potentially tamper with my case,please review,I attempted to file a PRO-SE petition to compell the Court to redress a FUND-AMENTAL MISCARRIAGE OF JUSTICE,because I DID NOT LIKE Counsels MENTAL-HEALTH issues which did NOT showcase my innocence,so I did present evidence that the records clearly show HARMFUL ERROR but believe the LEGAL AID/Prisoner was BiPolar(&)failed to complete the composition for a proofread,traverse amendment to GROUNDS of the original HABEAS,that proffer should be contextualized because its a freestanding claim of inculpatory error,which is superficially inculpatory(&)evident in the documents,but not numbered properly or even wholly typed because the prison legal orderly was also re-peatedly harassed because he was helping me(&)I was an informant previously...the proffer was inchoate(&)needs context(&)could be con-strued as incriminating(&)counsel has to KNOW I deny that I committed ANY Crime whatsoever(&)assert my ACTUAL INNOCENCE...(&)was attempt-

USDC/Southern District of IN.

Pg 2

Continued...

-ing to show a COMPELLING example of FATAL-ERROR under the rules which would cause the court to remand because I am not duly convicted/imprisoned...

Although Im being told I have process pending in USDC/SD of IN. under T.28 Ch.153,§2243-,clearly ALL of my rights to date have been violated(&)no explanation has ever been available,the court in ARKANSAS claimed the Case showed NO CONSTITUTIONAL ERROR in a case where the attorney admitted Guilt to mens rea allegations(&) failed to direct the Jury on a MATERIAL INSTRUCTION which was determinant...(&)honestly,I believe Im being tortured to death by a special interst/secret society that devastated my YOUNG WIFE(&)exploited us,permanently estranging us(&)showcased the entire action as a satire,then abandoned us,possibly both of us(&)left the matter to govt.agents to clean-up with no consequence despite clearly obstructing SEVERAL CRIMINAL ACTIONS including PRE/POST Conviction process on a CAPITAL CASE...leaving me to suffer every visceral injury relevant with irreconcilable injury to posterity,property loss (&)health problems...

I did NOT waive my right to appeal,but attempted to estop MENTAL HEALTH issues which would return a LIFE SENTENCE,in lieu of a JURY TRIAL which I believe Ill win(&)demand rightfully if JURISPRUDENCE isnt available...

Please consider this my request to ASSIST COUNSEL in any hearing on evidence,(&)assertion of INTENT to LEGALLY PURSUE EVERY OPTION to recover my PROPERTY,with DAMAGES(&)PUNISH the violations of my SPOUSAL RIGHTS/MARRIAGE(&)COMMONLAW CIVIL-DISFRANCHISEMENT...

Respectfully Submitted,

10/21/2017

Signed *Jeffery W. Paul*
Jeffery W.Paul Rg#10517042