Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

INDIANAPOLIS IN 460
23 OCT 2017 PM 2 L

C/O The Clerk of The Court
Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)
Case No#2:13 cv 304(HABEAS CAPITAL)
USDC/Southern District,IN.
921 OHIO Street,Room 104
Terre Haute,IN.
47801

Legal Mail-

RECEIVED
OCT 25 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829