**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL, Petitioner, v. SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA, Respondents. | CIVIL ACTION (Capital Habeas Corpus) 2:13-CV-00304-WTL-MJD **Hon. William T. Lawrence United States District Judge** |

## ORDER

AND NOW, this 30th day of October, 2017, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File a Reply, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall file a reply in support of his Amended Petition for a Writ of Habeas Corpus no later than December 12, 2017.

BY THE COURT:

William T Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF