USDC / Southern Dist. IN -

Jeffery Paul
Rg. 10517042
USP Terre Haute, IN.
POB 33 T.H. / IN 47808

IN REM (Paul v. Superintendent,
— 2:13 cv. 304 (WTL/MJD) Habeas-Capital -

★ LEGAL LETTER - (Please EXPEDITE) (pg. 1)

Dear Sirs;

I am writing because of concern of media tampering here in the BOP... I fear my complaints (&) appeals have been hacked (&) feel as if I am being relegated w/out process (&) am being tortured to death.

I am clearly in contact w/attorneys who say they are performing duties accordingly, but again; how could I know if the courts been hacked? The BOP Staff (&) I are being told counsels filing liberal appeals, but repetitious tampering causes concerns.

I am making the following claims; that my captivity is cruel (&) constitutes torture under title 18 (&) USCA 8th Amdt., considering the evidence showing I am not duly convicted (&) can prove I have produce witnesses, credible & consistent w/the forensics available, showing I am innocent of the crime.

I am attempting to show that my right to process is being preempted (&) leaves me w/no legal recourse on any matter relevant to restitution or relief of emergency (&) priority of action for redress...

Currently, I am claiming I have been tortured longer than I was alive previous to my arrest, & thats despite the fact that I show (on direct) plain & compelling cause to vacate (& remand); starting the appellate process, I was told I only have to show the material perjury actually effected the verdict (&/or) that the attorney admitted a factor constituting a guilty admission attempting to comply w/ terms of the involuntary plea; I not only prove both of these under R.61 T.28; "Harmless Error"; but I also proved the trial counsel proffered no defense to the offense, only a sentence mitigator after being told new law curtailed the Guilt Innocense phase of the trial... which means the JURY COULD NOT consider I was innocent.

I am asking for Release/Restitution, protection & Discovery due to Govt. chicanery & exposure to criminals, & believe I am being censored & disfranchised by parties collusively joined to obstruct my complaints of spousal & Antitrust violations, raised previous to my arrest... there is no closure, justice available to date in any matter before the court & the injury is grievous & seems malicious, being relegated to such an extent, despite all of the offenses, including my undue detention, being despicable crimes proscribed in our founding charters & titles in support

which Constitute the body of our laws & originate from our fundamental morals.

I am requesting the Court take this opportunity to release me w/restitution or Start a jury to refrain from further undermining my rights; & the rights of every American to Due Process & substantial relief w/review of the merits of the claims; equitably & promptly.

I am 41 yrs old; have been involuntarily separated from my wife for over 21 yrs.; have not seen my Parents for years due to Bureau Pretense & Conditions & I need health care & restructuring & personal time to reenter Society.

I am in MAXIMUM Security Confinement everyday; guilty as charged w/no other opinion or reason available; you are being ASSURED & Solicited to execute or NOT liberally resolve a Case which is fundamentally resolved as a illegal Conviction & I hope you know you should refer the matter for criminal complaints as such... I am innocent; prove error & demand I be released in Good faith or proceed now.

USP Terre Haute, IN. Respectfully; [signature]
PO Box 33, Terre Haute, IN. Rg. 10517042
47808 12/18/2017