Jeffery W. Paul
Rg. 10517 042
USP Terre Haute, IN
Po Box 33
Terre Haute, IN.
47808

URGENT

INDIANAPOLIS IN 460
[redacted]
DEC 2017 PM 1 L

Happy Holidays

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Legal Mail!

Legal Mail

RECEIVED
DEC 21 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

To The Clerk of The Court
Jdgs. Lawrence / DinsMore
Case NO# 2:13 cv. 304 (WTL/MJD)
Capital Case —(Prose Correspondence) →
USDC Southern Dist., IN.
921 OHIO St. Rm. 104
Terre Haute, IN. 47801

INMATE
IDENTIFICATION
CONFIRMED

47807-373829