UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-304-WTL-MJD |
| SUPERINTENDENT, Respondent. | ) | |

**Entry on Pending Motions**

The *pro se* motion for relief, Dkt. No. 169, is **denied**. Petitioner is reminded that filings in this action are to be made only through counsel.

**IT IS SO ORDERED**.

Date: 1/2/18

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel