USDC/Southern District IN

Jeffery Paul
Rg 10514-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(In Rem)
Paul v. Superintendent (WTL/MJD)
Case no# 2:13 cv 304 (Capital Habeas)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 JAN -5 PM 2:05
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS CLERK

– Legal Letter –

Dear Sirs; Judge Lawrence / Dinsmore;

Please excuse the ProSe Correspondence; but again, its a NEW YEAR &; I am Still on Federal Death Row w/ No Relief whatsoever (&) clearly there are news storys on every month, reporting the disposition of cases in a timely &) seasonable manner, (which is frequently Redundant &, should constitute fraud if not obstruction).

Please read the attached request to Staff, again; My Lawyers are YOUR lawyers too; So You know they are Capital Habeas attorneys &, are NOT going to process my Civil Tort claims until YOU order a procedure, liberally, so I am deprived &, injured &, so are all my family members &, in some instances; maybe in grave danger, which is NOT resolved.

Please EXPEDITE this case in a reasonable manner &; release me w/ Restitution immediately.

Respectfully Submitted,

1/1/2018

Jeffery Paul Co.

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Legal
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/01/2017 07:57:02 AM

Mr. Paul,
The BOP does not have the ability to interfere with your 2241. You will need to direct your concerns to your attorneys.
~K. Siereveld

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 10/24/2017 9:53 AM >>>
To: Computer Records/Research?
Inmate Work Assignment: na

LEGAL-
I have a case in SD/IN with Judge Lawrence/Dinsmore under T.28 Ch.153 Sec.2241-which is currently at the sec.2243 stage,but NONE of the timelines have ever been relevant to my case thus far...Im having alot of difficulty w/what seems to be disinformation(&)get NO REAL RESPONSE,currently,they say the GOVT.Replied on 9/28/17-(&)my attorney has a call scheduled on 10/26/17-the Clerk of the Court has a request from me pursuant to a copy of the PUBLIC DOCKET,b/c the copy available on The SCU/Counselors Computer is INCHOATE...will somebody please check on the status of my case pending,(&) note that I havent been able to redress one single grievance longer than I was alive before being arrested(&)cannot get the most simple process to compell my former wife to comply w/my process or recover my property(&)I want to contact a appropriate agency about the disfranchisement b/c the Courts refuse to remand...there is no records of my complaints of decades of sexual harassment by the rapist who moved in on my wife before I was convicted(&)kept track of me repeatedly through the years(&)penalty for ANTITRUST Violations or EQUAL PROTECTION Viol.'s of my DUE-PROCESS Rights!