Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

Legal mail

INDIANAPOLIS IN 450
02 JAN 2018 PM 7 L

RECEIVED
JAN 4 2018
U.S. CLERK'S OFFICE

C/o The Clerk of The Court
Judge Lawrence / Dinsmore
(In re) Paul V. Superintendent
(2:13 CV. 304 (Capital Habeas) -
USDC / Southern District, IN.
921 OHIO St., Rm. 104
Terre Haute, IN 47801

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

47807-373899

UNITED STATES PACKAGE X-RAY/MAIL