AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| Jeffrey William Paul<br>*Plaintiff*<br>v.<br>Superintendent USP Terre Haute, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 13-cv-304-WTL-MJD |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Superintendent, USP Terre Haute and the United States of America .

Date: 01/16/2018

/s/Jeffrey B. Kahan
*Attorney's signature*

Jeffrey B. Kahan; PA # 93199
*Printed name and bar number*

U.S. Dept. of Justice, Capital Case Section
1331 F Street, NW; 6th Fl.
Washington, DC 20530
*Address*

jeffrey.kahan@usdoj.gov
*E-mail address*

(202) 305-8910
*Telephone number*

(202) 305-4273
*FAX number*

CERTIFICATE OF SERVICE

I certify that on January 16, 2018, a copy of the foregoing Appearance of Counsel was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Billy H. Nolas
Leigh Skipper
Peter Konrad Williams
Shawn Nolan

*By: s/ Jeffrey B. Kahan*
Jeffrey B. Kahan, Trial Attorney
U.S. Department of Justice, Criminal Division
1331 F. Street, NW, Sixth Floor
Washington, D.C. 20530
Telephone: (202) 305-8910
E-mail: Jeffrey.kahan@usdoj.gov