Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
11 JAN 2018 PM 2 L

FOREVER USA PURPLE HEART 2014

Legal Mail

RECEIVED
JAN 16 2018
U.S. CLERK'S OFFICE

Judges Lawrence / Dinsmore
C/o The Clerk of the Court
USDC/Southern District, IN.
(WRE) Paul v. Superintendent
Case: 2:13 cv. 304 (WTL/MJD)
921 OHIO St., Room 104
Terre Haute, IN.
47801

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

URGENT!!!

47807-373829

URGENT!!!

Sealed by Sender
1/10/2018

FE... CORRECTIONAL COMPLEX
...0 B...EAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE: ______

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

JAN 11 2018