**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

JEFFERY WILLIAM PAUL,

Petitioner,

v.

SUPERINTENDENT, USP Terre Haute,
UNITED STATES OF AMERICA,

Respondents.

CIVIL ACTION
(Capital Habeas Corpus)

2:13-CV-00304-WTL-MJD

**Hon. William T. Lawrence**
**United States District Judge**

## ORDER

AND NOW, this 26th day of January, 2018, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File a Reply, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall file a reply in support of his Amended Petition for a Writ of Habeas Corpus no later than February 25, 2018.

BY THE COURT:

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF