USDC / Southern District IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 JAN 29 PM 4:07
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Jeffery W. Paul
Rg. 10517 042
USP Terre Haute, INS.
PO Box 33, T.H., IN.
47808

(IN REM) ASSAULT -

2:13-CV-304-WTL-MJD

Dear Sirs;

Please note that I did get a copy of the Docket statement from Sharon Nolan (&) Pete Williams, Attorneys; (&) noticed the Court declined to Refer the Civil Rights complaints to any authority; declining purview; please note Counsel is appointed to the Habeas claims you resolved (&) also do Not have purview over violations of title 18 - USC -

I am attempting to make a complaint about obstruction (&) Government Complicity under USC - Title 18 - Ch. 13 - §241-245 - Civil Rights - Resulting in violent Compound - crimes; including TORTURE - (&) Conspiracy.

The government claims that I did NOT proffer documents which clearly show Trial Counsel incriminated me during my Guilt / Innocense phase attempting to comply w/ Terms of a Plea - Bargain I rejected, fatally undermining my NOT - Guilty, Plea (&) Constituting a Plain violation

USDC / Southern Dist., IN.

2

Continued –

... of my right to present a defense, deny the allegation of counsel; viol. 5th; 6th, 14th, etc... Rights; US. Constitution; which unequivocally prejudiced the Jury & infringed my right to a Jury trial (viol) 7th Amdt; which is not true & evident in the Transcripts.

I am in my 24yr. of Captivity & still have NO autonomous right to compel the BOP/DOJ to release me in any timeline or w/ substantative redress for a false conviction & I want to press charges, You've been solicited to commit a violent crime.

I do NOT believe the Court believes I AM innocent & do NOT believe proof that I am UNGUILTY convicted respective of any other evidence developed in post-conviction proceedings is being presented properly & the result is DECADES of malicious detention & compounded loss, injury still unadjudicated.

The fact that my lawyers wait decades to file & are limited to moot ACTUAL INNOCENCE claims presented w/ no oversight is a nagging injustice in a case where the conviction was returned

USDC / Southern Dist, IND.



Continued...

... by way of criminal-misconduct prescribed in the Constitution, cognizable under crimes committed under Color-of Law or NOT, (&), the fact that I Still have no Compulsive Right to liberal Jurisprudence, financial Restructuring, redress of violent crimes or damages from grievance in Agency action is a visceral complicity (&) leaved me knowing I could be victimized in plain-sight w/ impugnity into perpetuity.

I am demanding my Right to demand Legal protection (&), process be restored &, the perpetrators of the crimes I described be punished to the fullest extent of the law for Torturing me; after trying to kill me by obstructing Justice...

Please refer the matter to an appropriate office (&) arrange for a Verbal Complaint to be made if no "clarity" can be determined from written Requests.

Thank You;

Jeffery W. Paul 1051742

1/22/2018

[signature]