Jeffery Paul
Rg. 10517 042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

Legal mail

INDIANAPOLIS IN 460
23 JAN 2018 PM 6 L

— CAPITAL-HABEAS —

Judge Lawrence / Dinsmore
USDC Southern Dist., IN
C/o The Clerk; (Re) Paul v. Superintendent;
Case no 2:13 cv. 304 (WTL/MJD)
921 OHIO St. Room 104
Terre Haute, IN.
47801

Legal mail

RECEIVED
JAN 29 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE IDENTIFICATION CONFIRMED

47807-373829