United States District Court, Southern District, IN. (1.)

FILED
JAN 30 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Jeffery W. Paul
Reg. 10517 042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(In Re) Fundamental Miscarriage of Justice

Paul V. Superintendent;
2:13 CV. 304 (WTL/MJD)
Capital Habeas – Legal Letter & Request –
Ineffective Assistance of Counsel – Complaint –

Dear Sirs:

I did get a copy of the Govt. Reply today & it is my understanding they propose that my issues are procedurally barred & the Schlup. 513 U.S. US 329 115 S.Ct. 851 – Standard of evidence precludes or preempts my right to the Benefit of the Doubt as a innocent person, having proved my Conviction under Rule 61 – "Harmless Error" T.28 was unduly returned by way of ineffective assistance of Counsel; wherein Trial Counsel attempted to Comply w/ terms of a Plea Barg. ain which required admissions of guilt...

I believe I got a liberal Jury instruction relevant to determinant physical evidence & that was undermined by Counsels involuntary admissions & that situation; with regard for the fact that Counsel did Not Call & Could not Compel Codefendant to testify, though he Confessed & exonerated me; ruined my right –

United States Dist. Court, S.D. IN (2.)

Cont.

... to a guilt/Innocense phase & alienated me from my wife; which alienated me from Counsel, on direct Collateral appeals, resulting in the failure to present this most fundamental structural error.

For that reason; I claim that I am being literally tortured to Death in a ongoing conspiracy against my rights to obstruct Justice in a Civil Rights Complaint whereby; Counsels performance during pretrial Consult, including reports of preparations to present results of investigations for my alibi &, agreements of points for Defense Contention was violated/frauded; when Trial Counsel failed to present the agreed upon alibi &, actually admitted guilt; closing my rights to Support my NOT-GUILTY plea... I have repeatedly been ASSAULTED!! & Torture under the Code, I deserve Prompt Relief! Proposals to omit liberal process &, Curtail restitution(s) to punish me for Counsels Misconduct is Malicious &, criminal &, attempting to execute me is Murderous

My eyewitness-Testimony, forensic instructions &, evidence of estrangement/Coercion of witnesses should legally/Procedurally guarantee a NOT GUILTY verdict & leaving me in a inferior legal position to redundantly pray for Good faith w/no oversight is cruel, I am request full restitution.

Sincerely,
Jeffery Paul Wi...
1050 7042

1/25/2018