Jeffery W. Paul
Rg 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN-
47808

INMATE IDENTIFICATION CONFIRMED




RECEIVED
JAN 29 2018
U.S. CLERK'S OFFICE

Judge Lawrence/Dinsmore
% The Clerk, USDC/SD, IN
(Re) Paul v. Superintendent (WTL/MJD)
2:13 cv-304 (Capital Habeas)
921 OHIO St, Room 104
Terre Haute, IN.
47807

Legal Mail

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9014 9645 1481 0163 21

Label 400 Jan. 2013
7690-16-000-7948

47807-373899