Southern Dist. of IN

Jeffery W. Paul
10517-047
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

In Rem
Paul v. Superintendent;
2:13 cv. 304 (WTL/MJD)

Legal Demand Letter — (pg. 1)

FILED
2018 FEB 12 PM 3:28
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

Dear Sirs;

In no uncertain terms, I believe my time is being wasted (&) opportunity lossed, due to misrepresentation (Previous Counsel) —

(1.) I was convicted after Trial Counsel attempt-to comply w/ terms of a Plea Bargain which I refused; the terms required admissions of guilt to crimes I did NOT commit (&) foreclosed my right to support my NOT GUILTY Plea (&) present a defense in the Guilt/Innocence phase. I objected duly (&) was told to remain silent.

(2.) On direct (&) Subsequently, Collateral appeals; Govt. claims no merit to my innocence despite my attempts to show forensic evidence (&) eyewitness testimony supports my claim to be innocent (&) has never been tested to a jury (&) Govt. equivocation has NOT been rebutted properly at any stage... I did NOT brag, but was accused of being in that altercation; which →

Southern Dist. of IN

(Pg. 2)

Continued ... I denied & attempted to prove forensically, but couldn't b/c counsel undermined my statements; that I; "was only a witness & not interested in a plea-bargain for something I didn't do".

(3.) The eyewitness testimony was suppressed duly & not presented correctly now & what's happening is contrary to what any reasonable person would know to be an obligation of the govt. knowing a person whose unduly convicted &, can prove I am innocent should remain sentenced w/out jurisprudence, is misprision & I don't see other people being discriminated against like me; I am not getting heard fairly; had to prove I was guilty on points in polls that took years to obtain in transcripts, which was supposed to be determinant & resulted in nothing other than being endangered of exhaustion (legally) on Pro Se matters that frankly don't get filed if I do not ... You know; Material-Perjury is a compelling cause of action in determinant evidence & no court processed it in good faith & in fact; penalized me by leaving me at the mercy of (1) Judge who may or may-NOT "believe"; on behalf of of 12 Jurors;

Southern Dist. of IN (Pg. 3)

Continued -- who certainly never heard anything I raised in pretrial proceedings to proffer as a defense, & certainly heard Counsel attempt to comply w/ terms of the plea-Bargain, which I refused, resulting in several admissions of guilt, undermining my Jury Instruction on Material Evidence -

(4.) The Eyewitness Evidence from Trinity is a freestanding claim, consistent w/ the physical evidence & w/ other testimony available from people who were also told that car was his car & drove/Rode around in the car, but were not charged...

(5.) Please remember, I was accused of causing injury that was factually not true; using weapons factually NOT TRUE, possessing property factually NOT TRUE; & showing injury to myself & making statements which were never contextualized (before trial); which is factually NOT TRUE; I was viciously attacked a couple weeks previous & injured my ankle ad interim & had been "accused" of instigating the altercations that Trinity had got in to; I don't know why they were saying I was bragging etc... I turned the incident in to a person claiming to be working w/ Court Services

SO [illegible]

(pg. 4)

Continued...

as a informant, that person implicated hisself as a accessor (& then changed his story to get immunity & money... regardless; I intended to & did proffer a defense to my lawyer which he agreed to present, & had prevailed in court, & he failed to do so... I believe I've been framed, used & will be murdered.

(6.) You are aware that NO Court will ever look at my Petition again & I will remain in prison forever or die (&) so, b/c of my fear you'll estop or close or proceed; I am asking to Contact an OVERSIGHT authority & verbally communicate my appeal b/c I tried to get appellate Counsel to file the IAC claims &, Perjury Claims & they just lose it; maybe you don't understand their style &, so now, Shawn Nolan is curtailed & there's "NO problem" w/ my Captivity, though I still got convicted on terms of a Involuntary Plea, which foreclosed my right to a Guilt/Innocence phase.

(7.) I am reduced to begging for some "relief" instead of demanding w/ authority to be released w/ restitution &, I don't like it & cannot to complain b/c we have no voice!

Sincerely,

Jeffery W. [illegible]

10/5/2012