Jeffery W. Paul
Reg.-10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

Legal

07 FEB 2018 PM 1 L

FOREVER USA

Judge Lawrence/Dinsmore
C/o The Clerk, SD/IN.
(Re:) Paul v. Superintendent (JTL/MJD)
2:13 cv. 304 (Capital Habeas)
921 OHIO St. Room 104
Terre Haute, IN.
47801

Legal

RECEIVED
FEB 9 2018
U.S. CLERK'S OFFICE

INMATE
IDENTIFICATION
CONFIRMED

47807-373629