USDC / Southern District, IN

Jefferys L. Paul
Reg 10517042
USP Terre Haute, IN
PO Box 33,
Terre Haute, IN.
47808

(IN Rem) Paul v. Superintendent;
2:13 CV. 304 (WTL/MJD)
- Capital - Habeas - (Pro Se) (Pg. 1)

- Legal Letter & Request for Relief

FILED
2018 FEB 20 PM 3:15
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS CLERK

Dear Sirs;

I am writing to Clarify my Request.

I am requesting the opportunity to try a relief through USC T. 18; claiming my captivity is a violation of criminal law, & although Counsel did file a petition for Writ for actual Innocence; previously, the Court failed to relieve the Conviction which was returned in violation of my Civil Rights, & maintained in the Same manner; which is injurious & devastating.

(1.) I attempted & do show the govt's Jury Polls prove I was convicted of Allegations in Determinant evidence proven materially false but not processed although it constitutes fatal-error.

(2.) I attempted & do show the govt's. transcripts prove Trial Counsel closed/violated my Right to a Guilt/Innocence phase by admitting guilt to the crime in a attempt to comply w/ terms of a Plea Bargain, I rejected due to Innocence.

USDC/SD/IN - Dist. Ind.

(Pg. 2)

Continued...

(3.) I attempted & do show Counsel had reviewed my Proffer for defense of Govt. allegations that I had presented, & was found NOT GUILTY on in a Jury trial on the same allegation; (i.e.) "that I was in Cahoots w/ Trinity to Commit Armed-Robbery in AR"... & Trial Counsel had agreed to present the Defense w/ a Material Evidence instruction, but he did not.

(4.) Appellate Counsel have repeatedly procrastinated & failed to reveal documents or comply w/ my stipulations about the content of my appeals in Post Conviction Review, ruining my Right to prompt & equitable relief on Direct Appeal & causing Decades of illegal, risky imprisonment which is Torturous & Ruined my Marriage, business & permanently injured my family's Character.

(5.) The Court & BOP/DOJ, are exercizing rights to maintain a mootability, justifying non/malfeasance which is cruel/disparate & exacerbating a fundamental miscarriage of Justice, while others are processed w/ full restitution & release.

USDC / Southern District, Ind.

(Pg. 3

Continued...

(6.) The govt's position is complicit &, equivocates the Courts obligation to Authoritively intervene &, remand in favor of an Actually-Innocent person who proved to also be UNDULY Convicted yet not processed on remand for DECADES, in violation of Criminal Law.

(7.) I am Requesting Release &, full Restitution &, felony assessments for parties discoverable in documents Still NOT available to me, &, do NOT understand How the Court denies Counsels Admissions did not bring a Conviction, in AR. thats Unbelievable.

Sincerely,

Signed [signature]

2/8/2018

USDC / Southern District Ind.

(Pg 4.)

(P.S. 1), Statement –

I am being attacked, & I have suffered extensive injury by sophisticated criminals, frequently acting under color of law, using visceral methods to deprive & obstruct Justice in matters presented for Criminal Complaint previous to my arrest, the BOP / DOJ's attitude towards my Civil Rights are predictably Blasé & part of a arsenal of tools being used to equivicate my rights to relief & redemption. I've repeatedly requested assistance & been literally stupified by electro-shocks & blunt force or outright frauded.

Sincerely;

[signature]

2/8/18

(4) pgs

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Stamp!

[signature]
Case Manager