Jeffery W. Paul
Rg. 105 17042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

FOREVER USA PURPLE HEART 2014

(Intern) Paul v. Superintendent
Case No 2:13 cv. 304 (WTL/MJD)
C/o The Clerk: Office of Judges
WT. Lawrence / MJ. Dinsmore
USDC Southern Dist., IN
921 OHIO - Room 104
Terre Haute, IN 47807

Legal

RECEIVED
FEB 15 2018
U.S. CLERK'S OFFICE

Legal

INMATE IDENTIFICATION CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Capital Habeas / URGENT!

478073738 C047