**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL, | |
| Petitioner, | CIVIL ACTION (Capital Habeas Corpus) |
| v. | 2:13-CV-00304-WTL-MJD |
| SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA, | **Hon. William T. Lawrence United States District Judge** |
| Respondents. | |

**ORDER**

AND NOW, this __________ day of __________, 2018, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File a Reply, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall file a reply in support of his Amended Petition for a Writ of Habeas Corpus no later than March 24, 2018.

BY THE COURT:

______________________________
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana