USDC / Southern District IN.

Jeffrey Paul
Reg 10517-042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

(In Re:) Paul v. Superintendent (JMS/MJD)
2:13 cv-304 (Capital Habeas) —

- Legal Letter - (Re: Rule 61 (Judgement)) Pt. III

FILED
FEB 27 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Dear Sirs,

Please note I am concerned that some fundamental points are still being relegated, that is, if you look at the text of [redacted]" under "Errors in Ruling or Counsel's Conduct during Trial" - it states; "Misconduct by counsel during trial will be deemed harmless unless the court determines that the misconduct affected the verdict": ...please remember, our prose petition, I argued that counsel prejudiced the Jury by attempting to comply w/ terms of a Plea-Bargain that required admissions of guilt; thats over my objection (&) could not have been harmless because the Jury was asked to consider a sentence mitigator during the guilt/innocense phase.

I do not understand how thats not a compelling cause-of-action for me; but is for others accordingly, (I) am concerned the Court is approaching a fundamental miscarriage w/out a fair mind, after several years of torturous delays already... Please Expedite!!

Sincerely,
[signature]
2/22/2018