Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN.
47808

Legal Mail

INDIANAPOLIS IN 460
23 FEB 2018 PM 5 L

PACKAGE X-RAY / MAGNETOMETER
UNITED STATES MARSHALS SERVICE SCREENED BY

In Re: Paul V. Superintendent
2:13 Cv. 304 (LTL/MJD)
Judge Lawrence / Dinsmore
(Capital Habeas)
USDC / Southern Dist., IN.
921 OHIO St. Room 104
Terre Haute, IN.
47801

Legal Mail

RECEIVED
FEB 26 2018
U.S. CLERK'S OFFICE

INMATE IDENTIFICATION CONFIRMED

47807-373829