USDC / Southern District Ind.

Jeffrey W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33, T.H. IN.
47808

3/12/18

FILED
2018 MAR 16 PM 2:29
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS CLERK

(In Re:) Paul V. Superintendent, (WTL/MJD);
Case No. 2:13 cv. 304 (Capital Case) —
WTL-MJD

Dear Sirs; Judges Lawrence (&) Dinsmore,;

I am attempting to reiterate the following: that I deny I intentionally drafted or endorsed any inculpatory statements attributed to me (&, assert that any such claim would be inchoate or outright forgery.

Please note, my lawyers have been ordered to NOT send discovery material to me which may contain such; but I suppose documents were produced because I was told as much; I am retaining right to review whatever evidence being presented (&) I believe mostly of what was received would be attempts to amend a PRO SE appeal preserving my right to make a Ineffective assistance of Counsel Claim; improperly denied on direct appeal; (Re; Trial Counsel) —

I asked Counsel currently; appointed to request I be released w/ full restitution (&) no further delay; because he can prove I am innocent.

Sincerely; Jeffrey W. Paul