Jeffery W. Paul
Rg-65 17 042
USP Terre Haute, IN.
PO Box 33
Terre Haute IN.
47808

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

MAR 14 2018

U.S. CLERK'S OFFICE

Legal mail

[illegible] / Dinsmore
(Re) Paul V. Superintendent (WTL/MJD)
Case No: 2:13 CV. 304 (Capital Habeas)
c/o The Clerk (USDC Southern Dist. IN)
921 OHIO St. Rm. 104
Terre Haute, IN.
47801

—NO PLEA-BARGAINS-!!

47807-373829

Sealed by Sender

3/12/2018

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:______________

MAR 12 2018

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.