**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-MJD<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**ORDER**

AND NOW, this __________ day of __________, 2018, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File a Reply, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall file a reply in support of his Amended Petition for a Writ of Habeas Corpus no later than April 23, 2018.

BY THE COURT:

______________________________
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana