USDC / INDIANA -

Tabb Lyons Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808-0033

3/27/18

In Re: Paul v. Superintendent;
Case No. 2:13 cv. 304 (WTL/MJD)
- Capital - Habeas - Ch. 153 - T. 18 - §2241 -

- Legal Letter - (Attached Exhibit - Pg. 1-3 (Copy)) -

18 MAR 30 PM 4:50

Dear Chief Judge Stinson;

I am writing in concern about potential conflict of interest w/my case being processed in the IN. Federal Court b/c of prejudiced, case history.

If you recall; I tried to present a Pro Se petition to you relevant to exculpatory determinant evidence available in part & being developed by Counsel; to expedite my release... You declined to relieve.

Judge Lawrence (Southern District, IN); did open a case belatedly & I don't know if I can rely on any district to remand in good faith at this point b/c I've repeatedly tried to sue the DOJ for relegating & violating my right to Equitable relief on appeal; but for the record; I do raise Pro Se issues as follows;

(1.) My Trial Attorney failed to contextualize statements attributed to me despite having opportunity to do so in a manner which would exonerate me, violating my Right to Counsel... see pg. (1) - exhibit - false confessions.

Continued...

(2.) Trial Counsel failed to present exclusive forensics despite having opportunity to do so w/a Jury Instruction, effectively... see (pg. 1. (1) 2) DNA Evidence.
(3.) Counsel failed to recover surveillance video which was exclusive or create crime scene video reenactments on (Metrics) which were exclusive. see (pg. 2) Sent. Mitigation videos-
(4.) Exonerating eyewitness testimony consistent w/the forensics was suppressed. (see R.61 pg. 3)
(5.) The Trial attorney attempted to comply w/terms of a Plea-Bargain which I refused; requiring admission of guilt, undermining my Not-Guilty Plea & constituting Structural-Error-under Rule 61. "HARMLESS-ERROR" T. 28, because the Jury could NOT consider I was innocent after Counsel failed to present the Defense I proffered; attempting to mitigate a sentence w/a admission of guilt to felony murder during the Guilt/Innocence phase of my trial, which I objected to... though obviously the Courts been told different... see (pg. 3) Sleeping lawyer example for R61. (Ref) Omitted Defense / Admission of Guilt due to INVOLUNTARY Plea agreement. (see R61 pg. 3)

Continued...

I have lawyers that say they can win or remand & are diligently filing on my behalf since 2014 - but 4 years ontop of 9 years since my claims to have been exonerated by an eye-witness & 22 yrs. since being falsely arrested is a long time, the conditions of captivity I am enduring are torturous & my captivity is an actual crime because I can prove my attorney really attempted to comply w/ a Plea Bargain & admitted guilt to Felony Murder no less than 6 times in his opening; never rebutted the allegation & implicitly admitted the aggravating factor, undermining my Jury Instruction which was exonerating!

Please note, a order to expedite w/ respect to priority of civil action for a ACTUAL-INNOCENT Cause-of-Action would be great - & an order to protect my Intellectual Property, which includes some Algorithms / Source-code for insurance Incorporations of computer datasets applicable to Priority-claims for the entire U.S.A. would be great.

Judge Lawrence may be under pressure to do the wrong thing w/ my case b/c of enemies of the State & Culture Wars / Politics etc... Please do the right thing, promptly.

Sincerely [signature]