Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
28 MAR 2018 PM 2 L

Legal Mail

RECEIVED
MAR 30 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE IDENTIFICATION CONFIRMED

— CAPITAL - CASE —

Chief Judge Jane Stinson
US District Court, IN.
C/o The clerk; Room 105
46 East OHIO St.
Indianapolis, IN.
46204

Legal mail

46204-191930