USDC/ Southern Dist of Ind.

Jeffrey Paul
Rg 10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
46808

(In re:) Paul v. Superintendent (WTL/MJD)
No# 2:13 cv. 304 (Capital Habeas)

- Legal Letter to the Judges -

2018 APR -3 PM 2:46
FILED
SOUTHERN DISTRICT OF INDIANA

Dear Sirs;

Please note that Hon. Chief Judge Stinson was privy to my initial Pro Se petition &/ declined relief on forensic claims &/ I DID try to complain b/c the forensics was exclusive &/ a point in Determinant Jury-Instructions &/ I fear the Courts prejudiced due to that &/ other public Records which are LIBEL!

I am 41 yrs. age &/ suffering medical problems of relegation &/ am requesting right to Contextualize any evidence against me &/ am requesting to expedite ANY procedure available because my right to reraise Jury-Instructions is a matter preserved by the equal protection clause &/ I believe I'll win a Jury trial if any outright relief is not available.

I am requesting to proceed in GOOD FAITH with Counsel to liberally resolve the case.

Sincerely,

Jeffrey W. Paul

3/28/2018