Jeffery W. Paul
Reg. 10517 042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

Legal Mail

RECEIVED
APR 3 2018
U.S. CLERK'S OFFICE

INMATE IDENTIFICATION CONFIRMED

PURPLE HEART 2014 FOREVER USA

CAPITAL-HABEAS
(In Rem) Paul v. Superintendent
Case no# 2:13 cv. 304 (WTL/MJD)
c/o The Clerk / USDC Southern Dist., IN.
Judge Lawrence / Dinsmore
921 OHIO St. Room 104
Terre Haute, IN.
47801

Legal-Mail

47807#3738 C047