US DC / Southern District, IN

Jefferson W. Paul
19-0817042
USP Terre Haute, IN.
PO Box 33 T.H., IN.
47808

3/12/18

SOUTHERN DISTRICT OF INDIANA
2018 APR -9 PM 4:31

(Indiana) Paul V. Superintendent; (WTL/MJD);
Case No. 2:13 cv. 304 (Capital Case) —

Dear Sirs; Judges Lawrence & Dinsmore;

I am attempting to reiterate the following: that I deny I intentionally drafted or endorsed any inculpatory statement attributed to me & assert that any such claim would be inchoate or outright forgery.

Please note; my lawyers have been ordered to NOT send discovery material to me which may contain such; but I suppose documents were produced because I was told as much; I am retaining right to review whatever evidence being presented & believe mostly of what was received would be attempts to amend a PRO SE appeal preserving my right to make a Ineffective Assistance of Counsel claim; improperly serviced on direct appeal; (Re; Trial Counsel) —

I asked Counsel currently appointed to request I be released w/full restitution & no further delay; because he can prove I am innocent.

Sincerely; Jefferson W. Paul