Jeffery W. Paul
Rg. 10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.

INDIANAPOLIS IN 460
12 MAR 2018 PM 5 L

INMATE
IDENTIFICATION
CONFIRMED

[redacted]

Judge Lawrence/Dinsmore,
(Re) Paul v. Superintendent (WTL/MJD)
Case No. 2:13 cv. 304 ([redacted])
to The Clerk (USDC Southern Dist. IN)
105 US Courthouse, 46 E. OHIO St.
Indianapolis, IN.

RECEIVED
APR 09 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

47808

-No PLEA-BARGAINS !!

46204X5555