IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-WTL-MJD<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

**MOTION FOR PERMISSION TO FILE AND MAINTAIN DOCUMENTS UNDER SEAL**

Petitioner, Jeffery William Paul, through counsel, respectfully requests permission to file and maintain documents under seal. In support of this Motion, Petitioner alleges the following:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute.

2. On September 14, 2015, this Court issued a protective order placing filings discussing certain records disclosed to Petitioner by Respondents under seal. *See* Dkt. No. 68 (protective order).

3. Petitioner is filing concurrently with this Motion a Reply in Support of Petition for Writ of Habeas Corpus.

4. Counsel for Petitioner do not believe that Petitioner's Reply discusses the records encompassed by the protective order, but wish to place the Reply under seal in an abundance of caution.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests leave to file and maintain his Reply under seal. (A proposed order is attached.)

Respectfully Submitted,

/s/ Shawn Nolan
SHAWN NOLAN
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: April 23, 2018

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, hereby certify that on this date I caused the foregoing was served via the Electronic Case Filing system on the following counsel of record:

James Robert Wood, Esquire
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey Bradford Kahan
U.S. Department of Justice, Criminal Division
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20530

/s/ Shawn Nolan
SHAWN NOLAN

Dated: April 23, 2018