Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN
47808

Legal Mail

— Capital Habeas —

Legal Mail

USDC/Southern Dist, IN.

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

RECEIVED
MAY 25 2018
U.S. CLERK'S OFFICE

RECEIVED
MAY 29 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES
PACKAGE SCREENED
X-RAYING

IDENTIFICATION
CONFIRMED

FOREVER USA
PURPLE HEART
2014

47807-373629