USDC / Southern District IN

Jeffery Paul
Reg. 10517042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN.
47808

In Re: (Paul V. Superintendent;
Case # 2:13 cv. 304 (JTL/MJD)
Capital Habeas -

FILED
JUN 11 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

- PROSE Motion to Reiterate Compelling Cause of Action to Relieve Petitioner in lieu of further Action; due to Prima-Facie Evidence both Conviction (&) Sentence are illegal -

See; Attached EXHIBITS - Pg. 1 & 2 for; McCoy V. Louisiana, US. 16-8255 (USSCt) Rev. / Remand 5/14/18 -

SUMMARY -

The Petitioners appointed Counsel did file a Petition for Relief of Conviction & Sentence due to Actual-Innocence on 10/18/16 & Reply 4/23/18, &, Counsels plea is thourough (&) accurately presents my Right to Relief entirely.

Accordingly; I am not complaining about anything other than more time loss (&) want to reiterate a ProSe request for an expedited process to redress a fundamentally illegal Conviction & Sentence.

Please review the attached (2) pg. exhibit which is for the Case I sent previously; both before

USDC / Southern District IN.

(Pg. 2)

Continued...
&, after the Ruling from the US Supreme Court, the Case is a Prima facie show, exactly presenting the appropriate relief for a case where the lawyer attempted to mitigate a sentence during the Guilt/Innocensce phase of a trial, in direct violation of the defendants NOT-GUILTY plea... the only difference in that case is the defendant required a remedial remand for violating his autonomy, despite a overwhelming body of evidence indicating hes guilty; & I have Superlative forensics exculpating me entirely, eyewitness evidence to the same effect; &, Credible evidence that hearsay used to convict was illegally obtained (&, included (2) spouses who were threatened w/ felony arrests (&, deluded); presented perjury.

Please expedite this Plea for Release &, Restitution.

Sincerely,

Jeffery W. Paul

Jeffery W. Paul
Rg. 10517042
6/5/2018