OFFICE of JUDGE LAWRENCE/USDC/SD-IN.

Jeffery W.Paul
RG#10517-042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

FILED
2018 JUL 19 PM 2:28

Inrem;PAUL V.SUPERINTENDENT(WTL/MJD)
Cite no#2:13 cv 304(CAPITAL HABEAS)

----LEGAL LETTER------ 3 pgs.ATTACHED-

Dear Sirs,

Please note that I have been imprisoned for almost 22 years w/out a legitimate trial(&)despite repititious attempts to petition PRO-SE,w/support see:Pg.1.(cover copy of cite book),(&)Pg.2.,excerpt showing STANDARD OF EVIDENCE for "HARMLESS ERROR",Chapman-,the USDC/ WD/AR declined to process my claims in"GOOD FAITH"(&)Appellate Counsel invariably file what they want,when they want(&)consume dozens of years of my life in Courts that are also aware the facts of the case are material(&)compelling according to USSCT Cites,controlling authorities I repeatedly raise to no avail...

I am still on FEDERAL DEATH ROW(&)have a definite"maybe"on anythings possible from several sources(&)am sure my version of the case (&)UNEQUIVICAL FORENSIC SUPPORT for my innocence could be suppressed into perpetuity...

I just watched a corn snake receive compassionate corrective eye-surgery at a zoo in AUS.,on the institutional T.V.,I've decades of eye-problems w/no effective treatment available,so I just want to remind the court that I had a family,goals etc...(&)couldve proven my innocence if the jury had obeyed the instructions(&)trial Counsel had fulfilled his promise to represent me...it is infuriating to be relegated so completely(&)to such effect that adequate restitution is not-available,prove my innocence(&)remain imprisoned for 13 more years... (&)still not know whether Im going to be released or not,(&)dont get the benefit of the sentence modification I had a right too...

Cont...

I am including a copy of the last picture I had of my wife,(&) the RETURN TO SENDER letter/card I got back...her birthday is coming up soon(&)shes remarried(&)I havent seen her in over 21 YEARS...but despite making DOZENS of complaints,criminal/civil estrangement,no process whatsoever has been available(&)she left me w/no children, spousal support,futures(&)has fornicated w/other men for longer than we were alive when we were separated...the other photo is of my 86yr grandmother who is the LAST surviving grandparent I had,(&)trustee of my UNCLE,who's a schizophrenic/bi-polar inventor that my family were proud of b/c hes a savant(&)its a tragedy my family could not see him succeed(&)take care of everybody the way he wanted to by incorporating his company,which I have repeatedly attempted to recover also(&)is a real point in contention,proving how disfranchised my family are,something I hoped to redress while my grandparents are alive,an opportunity I am losing due to GOVERNMENT RELEGATION(&)DISPARATE-TREATMENT.

In closing,PLEASE EXPEDITE the relief on the case before you,as requested(&)required so as to do justice for a WRONGFULLY-CONVICTED(&) ACTUALLY-INNOCENT person in your DISTRICT,(&)if you feel like youre going to be harassed/persecuted for liberally resolving the case,I will petition the JUDICIARY Committee(&)request impeachment/prosecution for conspiracy...I DID NOT get The PRIORITY of CIVIL ACTION,I AM NOT lawfully/duly convicted(&)I AM NOT equitably processed to date(&)I AM IN DANGER Constantly(&)suffer a litany of problems from my captivity which cannot be resolved...

I need closure(&)have a USSCT Cite requiring process for structural-error,as well as ACTUAL INNOCENCE Claims,submitted by counsel before you,please expedite...

Sincerely

Jeffery W.Paul Rg#10517042
7/14/2018

(Pg 1.)

→ Citebook v Judge Lawrence was purportedly Contact Authenticated!

# STARLITE INC.
## Support Services

**The only COMPLETE service which supports all your litigation needs.**

- Pre and Post-trial Litigation Support
- Complete Case Cites on Demand
- Habeas Corpus Filings

Custom and Standard Legal Forms Upon Request

One-On-One Real Person Service (with account)

abeas , New Trial, and 2255's Customized to Your Individual Needs

- Statute and Stature Tracking
- State, Federal and Supreme Court Appeals
- Presidential Pardons
- Private Investigator Services

Local, Appellate, Supreme Court Rules and.....

- MUCH, MUCH MORE!

Starlite Support Services
P.O. Box 20004, St. Petersburg, FL 33742
WWW.Starlite-Inc.com or WWW.Citebook.com
E-Mail at Starlite@Citebook.com
(800)577-2929 Orders
(727)392-2929 Office
(727)392-6161 FAX

(Pg. 2)

# COURTS, JUDGES & TRIALS

(1) US EX REL HAGOOD V. SONOMA CO. WATER AGENCY, 929 F2d 1416 (9th Cir. 1991)
Innocent mistake is a defense to both a criminal and civil complaint - so is mere negligence.

(2) US V. ZIMMERMAN, 943 F2d 1204 (10th Cir. 1991)
Person who sees a crime being committed has no legal duty to either stop it or report it.

(3) US V. INNAMORATI, 996 F2d 456 (1st Cir. 1993)
CHAPMAN V. CALIFORNIA, 386 US 18, 23-24, 17 LEd2d 705, 87 SCt 824 (1967)

1) "HARMLESS BEYOND REASONABLE DOUBT" standard presumes prejudice and places burden on beneficiary of errors to prove beyond reasonable doubt that errors did not contribute to verdict.
2) Harmless plain error does not exist, all plain errors are harmful.
3) Harmless constitutional error test is stringently applied, resolving all reasonable doubts against government.

**CB Zinger**

> Court costs or a "Special Assessment" may be challenged on the grounds that it is a judicial tax. In reality the legislature is the only branch of government constitutionally authorized to "raise revenue."

(4) US DIS. COURT FOR ED. OF WASHINGTON V. SANDLIN, 12 F3d 861 (9th Cir. 1993)
US V. McCUSKER, 936 F2d 781 (5th Cir. 1991)

1) Requirements of Court Reporter Act are mandatory, and exceptions to requirements should be few and narrowly construed.
2) Any editing of official court transcript, in any form, without parties' consent is prohibited.

**CB Zinger**

> Mad at a judge that has done you wrong? File a complaint via a sworn affidavit (letter form) to the "Judicial Qualifications Commission" in your state. You cannot sue a judge who is acting in his official capacity as he is covered by absolute immunity, but, you may file a private tort action if he or she acts in their individual capacity. One advantage of filing a complaint or tort is that it creates a conflict which will sometimes result in the judge recusing himself.

(5) HAUPT V. DILLARD, 17 F3d 285 (9th Cir. 1994)
LILJERBERG V. HEALTH SERV. CORP, 486 US 847, 100 LEd2d 855, 108 SCt 2194 (1988) Right to a fair trial is basic requirement of due process and includes right of unbiased judge.

(6) US V. WASHINGTON, 69 F3d 401 (9th Cir. 1995)
GRIFFITH V. KENTUCKY, 479 US 314, 93 LEd2d 649, 107 SCt 708 (1987)
Newly declared constitutional rules are to be applied to criminal cases pending on direct review.

(7) ANDERSON V. ROMERO, 72 F3d 518 (7th Cir. 1995)
District court decisions have no weight as precedents, no authority.



(3361)

(Pg 3)





Wife / Spouse

Jeffery W. Paul
Reg. #10517 042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN. 47808

10/11/17

Return to Sender

~~LaRayla~~

~~Little John Jr.~~

NIXIE 722 CE 1 0210/07/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
UTF BC: 47808003333 *1912-09087-26-35

— Office of Judge Lawrence

J. Paul 10517-042
USP Terre Haute, IN
47808

Attached Statement;

My Conviction(s) & Captivity is the result of a Collusion of parties attempting to obstruct justice, engaging in ritualistic attacks against me & my families character, business-interest & citizenship.

The Conditions of my Custody are inhumane & atrocious & I have been incessantly harassed & fundamentally obstructed in every Civil / Criminal Matter & am still not privy to the details of the procedures denying relief to date; & believe I may be murdered at any time.

Sincerely;
Jeffery Paul [signature]
7/14/2018

(P.S.) This is not a Complaint about Current Counsel because I dont have a decision to comment on, though I am requesting release & Restitution & further claim that this appeal has been obstructed by way of inchoate documents prepared to support a Pro Se plea as well as other Correspondence which may have been forged; I deny ANY inculpatory or incriminating statements attributed to me!!!