Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

UNITED STATES POSTAL SERVICE

INDIANAPOLIS IN 460
16 JUL 2018 PM 2 L

USPS TRACKING #

9114 9014 9645 1481 0163 14

Label 400 Jan. 2013
7690-16-000-7948

Legal Mail

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

RECEIVED
JUL 18 2018
U.S. CLERK'S OFFICE

INMATE IDENTIFICATION CONFIRMED

47807-373829