Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33; T.H. IN.
47808

(In Re) Paul v. Superintendent (WTL/MJD)
Case No. 2:13 CV 304 (Capital Habeas) -

FILED
AUG 23 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

- (Pro Se Correspondence / Legal Letter) -

Dear Sirs; Judges; (2 pgs. EXHIBITS)

I received a letter from Attorney Mike Gonzales from PA. on 8/13/18; which states he's planning on visiting in September to meet me; I was referred to him to discuss matters relevant to restitution; but as you know, I believe I previously met w/ him (&) tried to initiate a interlocutory appeal pursuant to my own strategy asserting Structural ERROR; (&) also about my belief that I saw documents showing prejudice from this Court in my Case which was NOT favorable or based on facts, inciting more PRO-SE attempts to preempt a unfavorable Ruling by FORCING a NEW TRIAL, which I believe I can win! No Conflict w/ Mike.

I do not see a conflict w/ Attorney Shawn Nolan (Chief) or Attorney Pete Williams, et al Leigh Skipper, but do not have a RULING to review currently, their strategy is different from mine but pursuant to the same result, I still believe proving error under the rules;

USDC / Southern District

(Pg. 2)

esp... R 61 - (HARMLESS ERROR); w/respect to the terms of the Involuntary Plea Bargain, Should have been raised on Direct, 1998 CID/AR; & Could've been raised & was requested in 2002 SD/IN, & does prove the Conviction was returned in violation of my Right to support my Actual Innocence & that relegating this is vindictive & endangering the life of a innocent person for no good Reason...

I have tried to Compel The BOP to rescind their Criminal petition to support my Conviction & Sentence by filing a grievance under The Administrative Remedy procedure; requesting a Sentence Modification Recommendation of The Directors Office, but I have a learning - Disability & to date I have "No Luck", in that I am told All civil/Criminal Matters are to go to The Attorneys office... But they (The BOP) Revised the Form/Policy) So I am trying again, see Pg. 1 & 2 (Attached Forms) —

Please note; All my efforts to Represent my-self have been thwarted & although Counsel filed a liberal Petition, it took 4 YEARS of frequently inexplicable delay, & still is not the brief I requested...

The Attorneys are all very intelligent & seem Competent but once again, my birth-

USDC / SD / Ind.



day, familys birthdays are passing & so is the opportunities to reenter society a free, vindicated & franchised Citizen &, absolutely "NO" damages or Sentence relief in Moeity; if only, has been available for longer than I was alive before I was arrested, I still dont have copy of all my documents &, I am easy prey for predatory types in a position to Exploit my Intellectual-property, which I am asking Multi-Billions in Compensation for in Articles of Incorporation I will discuss w/ Mr. Gonzales if I am Not released or Scheduled for retrial soon.

It is flooding in PA & once again; my attempts to grieve procedures that seem to be hacking my Civil Rights in custody are not available but I am going to try to file & request the Court relieve me in lieu of further unfair & cruel processes supposedly being used to except my right to prompt / Equitible relief!!

Sincerely
[signature]

8/20/18

Rg. 16517042