(Pg. 1)

**From:** ^!"PAUL, ^!JEFFERY WILLIAM" <10517042@inmatemessage.com>
**To:**
**Date:** 8/2/2018 9:07 AM
**Subject:** ***Request to Staff*** PAUL, JEFFERY, Reg# 10517042, THP-X-A

To: Counselor sutton
Inmate Work Assignment: NA

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
f420f18c-e39e-4fcb-a82a-48833777d52a
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

C.Sutton,
will you please get me several NEW FORMS for IR/ADMINISTRATIVE REMEDY pursuant to THX-1330.18C...thanks!

(pg. 2)

**Attachment 1**

FCC Terre Haute

Administrative Remedy – Informal Resolution

| Inmate Name: | Register #: |
|---|---|
| Unit: | Date Submitted: |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint:

Sample

Section 1b: Briefly state the resolution you request:

Inmate Signature:

Counselor Printed Name/Signature:

Section 2: Department Assigned

| Date Assigned: | | Date Due: | |
|---|---|---|---|
| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

Section 3: Department Head Response

Issue Resolved Comments:

Issue Un-resolved Comments:

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | Date: |
|---|---|
| Staff Signature: | Date: |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | | | | | | |
| Time | | | | | | |
| Staff | | | | | | |