Jeffery W. Paul
10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
20 AUG 2018 PM 6 L

RECEIVED
AUG 22 2018
U.S. CLERK'S OFFICE

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail

USDC/SD of IN.

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

UNITED STATES
PACKAGE SCREENING
RAYMAGEN

UNITED STATES POSTAL SERVICE
USPS TRACKING #
9114 9014 9645 1249 5677 75
Label 400 Jan. 2013
7690-16-000-7948

47807-373829