USDC / Southern District IN

Jeffery Paul
10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(Re) Paul V. Superintendant (JMS/MJD)
Case No# 2:13 CV. 304 (Capital Habeas)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 OCT 12 PM 2:17
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

- Letter to the Clerk of the Court -

Dear Sirs;

Please send me a Clerks Copy of any PRO-SE Documents I need; including the instant Motions herein for Default Judgement, so that I may attach the documents to Petition for COA to Remand my PRO SE appeal, considering Counsels appeal may not be compelling... its been 6 months since the Counseled Reply was sent &, thats a long time to wait on a ruling for such a simple & Prima facie Claim; the Holidays are approaching & I am in Duress.

Thank You;

10/9/18

Jeffery Paul