Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

1st Class mail

RECEIVED
OCT 11 2018
U.S. CLERK'S OFFICE

INMATE IDENTIFICATION CONFIRMED

→ Legal mail ←

(Re) Paul V. Superintendent
2:13-cv-304 —
Capital Case —
USDC/Southern District, IN.

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9014 9645 0265 9975 11
Label 400 Jan. 2013
7690-16-000-7948

⇔10517-042⇔
Hon-Judge Lawrence
921 Ohio Street / Room 104
Terre Haute, IN 47801
United States

INMATE IDENTIFICATION CONFIRMED