


Jeffery W. Paul
Rg.. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

1st Class Mail

→ Legal Mail ←

RECEIVED
OCT 11 2018
U.S. CLERK'S OFFICE

(Re) Paul V. Superintendent
2:13-cv. 304 —
Capital Case —
USDC/Southern District, IN.

⇔10517-042⇔
Hon-Judge Lawrence
921 Ohio Street / Room 104
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9014 9645 0265 9975 11
Label 400 Jan. 2013
7690-16-000-7948

INMATE
IDENTIFICATION
CONFIRMED