USDC/SOUTHERN DISTRICT IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 OCT 12 PM 2:17
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDANT(WTL/MJD)
Case No#2:13 cv 304(CAPITAL CASE/PRO-SE)
COUNSEL APPOINTED-

-----------------

- AFFIDAVIT TO SUPPORT REQUEST TO EXPEDITE(&)RELIEVE DUE TO DURESS from DISPARATE-TREATMENT against a Person of a PROTECTED CLASS-

Summary - Attached Pgs.1.-2.

The Petitioner asserts that I am in a hellish cycle of irony(&) am repititiously hassled(&)punished for attacks against me of a variety of circumstances...(&)would constitute TORTURE.

Please review attached notice(&)correspondence relevant,the BOP has decided to let HOMOSEXUALS/PATHOLOGICAL PRISONERS have special privileges while heterosexuals are deprived,left with no substantative protective rights despite 240 Years of precedent law governing common-law marriage(&)class...I have a LEARNING-DISABILITY as well...

I have no spouse,no children,no prospects(&)cannot get the records for posterity(&)am treated w/outright hostility for complaining of these matters...

Although Ive been assured no person who engaged in sexual relations w/my former wife(or herself),would be allowed to have custody or work around me under Domestic/Stalking Laws(&)ETHICAL CONCERNS...I dont believe them,considering my captivity is not atrocious or genocidal...

Please take appropriate actions to redress this issue,even if political asylum is necessary,I am heterosexual,White(&)Conservative... suffered Blunt force Head injury(&)do not understand.

Sincerely [signature]

Jeffery W.Paul Rg#10517042
USP TERRE HAUTE,IN.

Done this day(10/ 9 /2018)

(Pg 1)

# FCC Terre Haute

FCC TERRE HAUTE

# Inmate Bulletin

## STANDARDIZED TRANSGENDER LIST

The following items are available for sale to the Transgender population at FCC Terre Haute. ONLY those inmates diagnosed and verified by Psychology as "Transgender" may purchase items from this list. Purchase and retention limits are set as ONE ITEM EACH. Any inmate found in possession of more than one item will be issued an incident report and the item(s) will be confiscated. Modified SPO ordering procedures apply.

1. Lady Speed Stick $2.45
2. Jergens Original lotion $5.75
3. Foam hair rollers $7.60
4. St. Ives Body Wash $3.75
5. Mascara, black $2.75
6. Blush, pink $3.55
7. Eye shadow, "Sweet as Candy" $2.75
8. Lip gloss, clear $1.85
9. Eyeliner, black $0.95
10. Foundation, light $3.65
11. Foundation, light/medium $3.65
12. Foundation, medium $3.65
13. Hair claw, $4.20
14. Cotton balls, $2.45
15. Women's Timex watch, $32.00
16. Women's twin razor, $2.05

[signature]
Date

10-1-2018
Signature

PAUL, JEFFERY 10517042

(pg-2)

TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: USP AW Operations/Programs ✓
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/05/2018 09:52:02 AM

This is in response to your Electronic Inmate Request to Staff.

A review of your request reveals discrimination toward other inmates will not be tolerated. All inmates are treated according to their needs.

I trust this response adequately addresses your concerns.

J. W. Cox
Associate Warden

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 7/21/2018 3:57 PM >>>
To: WARDEN COX ✓
Inmate Work Assignment: NA

INREM-MAKEUP FOR HOMO's-

Dear Sir,
Although I understand the BOP/DOJ has a politically correct obligation,the decision to allow homo's to explore a dangerous mental illness with no option for venting than other prisoners who are heterosexual is bizarre,(&)causes a nagging sense of unfairness to someone like me who was estranged from my lawful wife,never compensated(&)have been repititiously harassed by her rapist(&)assured by the BOP/DOJ that I will never have children or another spouse despite the fact that I dont have any,unless I am released...FYI,thats genocide(&)OBSTRUCTION OF JUSTICE under Title 18-...(&)the Courts take decades of peoples lives during these appeals(&)BOP/DOJ offer no other option but PUBLIC DEFENDERS who are slow(&)frequently denied...I will die imprisoned w/out a jurytrial b/c of shoddy legal assistace,cant use a phone/financially restructure to procure other aid(&)have no spouse/prospects or voice in law on my behalf while the BOP/DOJ prioritizes deranged I/M's who need therapy,not encouragement!...I CANT GET LASIK despite a DECADE of grievances,not even w/money(&)a PRIVATE DOCTOR!