Jeffery W. Paul
Rg. 10517-042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

1st Class mail

→ Legal mail ←

RECEIVED
OCT 11 2018
U.S. CLERK'S OFFICE

INMATE IDENTIFICATION CONFIRMED

(Re) Paul v. Superintendent
2:13-cv. 304 —
Capital Case —
USDC/Southern District, IN.

UNITED STATES POSTAL SERVICE ®

USPS TRACKING #

9114 9014 9645 0265 9975 11

Label 400 Jan. 2013
7690-16-000-7948

⇔10517-042⇔
Hon-Judge Lawrence
921 Ohio Street / Room 104
Terre Haute, IN 47801
United States

INMATE
IDENTIFICATION
CONFIRMED