USDC/Southern District,IN.

U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
FILED
2018 NOV -2 PM 3:12
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem(Case No#2:13 cv 304)(CAPITAL HABEAS)
Paul V.Superintendant(WTL/MJD)Pro Se-Counsel Appointed-

-LEGAL LETTER to A FEDERAL JUDGE-

UNCOUNSELED-CORRESPONDENCE-

------------

Dear Sirs,

It is 10/27/2018-(&)I am writing,concerned because of a multi-week long disturbance in the unit...

Firstly,I believe my correspondence has been hacked,(&)want to reiterate,I did NOT send incriminating statements to any LAWYER,US ATTORNEY,GOVERNMENT/LAW ENFORCEMENT AGENCY,corporation or person known to me,including YOUR HONORS...but do claim to own PRIORITY-CLAIMS for some financial underwriting(&)other inventions which I believe should be processed in my favor...(&)sent complaints about my illegal captivity,not exclusively relevant to my innocence because I believe the Governments position on my involuntary plea bargain is criminal malfeasance.

I wanted to let you know that Inmates arguing with each other did make threats repeatedly to each other,deadly threats,using gang references,sexual(&)racial slurs(&)it sounds like that could be from the range Im on because of the ventillation/acoustics...thats from a different Unit(&)for the record,I asked The BOP to get the record straight on that b/c I got cited for comments made similarly(&)they use vicious slurs(&)frequently harass persons about caselaw(&)Politics,including threats to judges familys etc...Wives of Presidents...I complained previously b/c its loud(&)clear but not very identifiable...so,for the record,thats NOT me tampering w/the Mail,Phone(&)Peace of the Units...

Sincerely [signature]

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO BOX 33/TERRE HAUTE,IN.
47808-0033