USDC/Southern Dist. of Ind.

P.S.

I have a learning Disability, resulting from Head Injury (& other procedures so need to make a **VERBAL Complaint** to an appropriate Law Enforcement Agency controlling federal Crime but despite repetitiously asking to do so; have been relegated &, **ASSAULTED** in that matter of several offenses occurring from 1989 (Proxy) to DATE... including media HACKING which is a ongoing problem here, BAD FAITH!

My lawyers are YOUR appointees & limited in scope of service.

Sincerely, Jeffrey Paul

(Impartial F.B.I. is probably appropriate but may need (Ref.) to C.I.A. — Secret Service (Treasury/SEC?

10/29/18