NAME: Jeffery Paul
NUMBER: 10517042
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

(Re) Capital Case -

RECEIVED
OCT 31 2018
U.S. CLERK'S OFFICE

⇔10517-042⇔
Judge Lawrence (+) friends
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

47807$7748