The Southern District of IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 NOV 30 PM 3:30
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem;Paul V.Superintendent(WTL/MJD)
Capital-Habeas-Case No#2:13 cv 304(Pro Se)

--------------

Motion to attach documents to Counseled petitions request for relief section-

Comes now The petitioner Pro-Se does in the abovestyled action submit the following uncounseled plea pursuant to due process-

The petitioner does request the Court attach the correspondence page 1(&)2.,(re:DEX.COM®)to Attorney MIKE GONZALES C/O Investigator Cathy Kaib,requesting a notation to register a title to append the description of a Domain name/WEBSITE to be developed in part as compensation for the infringed Clearsystems.Com -incorporation in ARKANSAS.

The request is to register:ONDEX.COM,WEBDEX.COM,(&)NETDEX.COM®,(&) the descriptions for the ARTICLE OF INCORPORATION,of the interface. The correspondence was sent 11/20/18.

Respectfully Submitted,

Signed [signature]

Rg#10517042 Jeffery W.Paul 11/18/18
USP TerreHaute,IN.
PO Box 33/Terre Haute,IN.47808

Done This day-11/18/18