Office of The FED Defender of The EASTERN DISTRICT,PA.

Jeffery W.Paul
Rg#10517-042-SCU-
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808

11/18/18-

Attorney MIKE GONZALES C/O Cathy Kaib(Investigator)



Dear Cathy, (re/Intellectual-Property revision)

Inre-DEX.COM-®-(Appended functional options)-(titles)

I need you to register a couple of standby names,as well as incorporate the functional DIRECTORY list to include a INDEX of WEBSITES listed according to the general description of their function...

*for example-(fictional Lists):Shopper.com,Buyerclubs.com,Retailmegood.com (&)discountdollars.com-would be under BUSINESS WEBSITES(SHOPPING),w/ sub-genres for(RETAIL/WHOLESALE/LUXURY/BUDGET Goods)-...traveler.com. sightseeing.com,jackon.com.,would be under a TRAVEL WEBSITES,w/a sub-genre for:Carpoolers,Ticket Sharers,Vacationers(&)Traveling Laborers...

The directory would literally display a list of options for your interests,like map resolution(&)allow you to scroll/page to a option... such as map resolution...to find a website offering service for you.

OPTION- MAPSEARCH- Interractive alphabetical Map/Website INDEX....

google.com
Housefinder.com
Interstateshortcuts.com
Justlooking.com
etc...

(Scroll Down/page through)

* clicking on the option(or)Keying in the entry,would route you to the homepage for any of those(&)clicking through would log you on(&)w/a scan for YOUR profile,youd know whether any or all the WEBSITES are offering or feature your keywords...

Continued Description of functional application to be incorporated under a title for DEX.COM- ...

So under the subtitles(&)descriptions herein the user would not only have access to a functional map interface/alphabetical resolution w/a click/page through(&)keyword entry options to access the accounts home-page/board-the domain would also feature a list/index of WEBSITES under a genre,search/ratchet model which could also resolve(&)route the user byway of Keyword access(or)Scroll/page through functions(&)allow a scan from your adjustable profile...supposedly narrowing your search obligation but not eliminating the option to see whatever can be found on the sites.

Please title this sub-option as reserved for DEX.COM ,or whatever the final DBA/Business as title(available for me),is going to be...under the following titles,one of which will be chosen as a feature...

1. ONDEX.COM® -INDEX ONLINE-
2. WEBDEX.COM® -WEBSITE INDEX-
3. NETDEX.COM® -INTERNET INDEX-

Sincerely, [signature]

Jeffery W.Paul 10517042