NAME: Jeffery W. Paul
NUMBER: 10517042
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

RECEIVED
NOV 27 2018
U.S. CLERK'S OFFICE

INMATE IDENTIFICATION CONFIRMED

Legal Mail

USDC/Southern Dist, IN.

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

47807-373829