USDC/SOUTHERN DISTRICT OF INDIANA

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808-0033

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 DEC -3 PM 4:31
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDENT(WTL/MJD)
CAPITAL-HABEAS/DEATH SENTENCE-PRO-SE-
Case No#2:13 cv 304(USDC/SD-IN)

---------------Pending RULING from 4/23/18-REPLY-

LEGAL LETTER to JUDGE STINSON(Chiefs Office)
C/O The Clerk of The Court- UNCOUNSELED CORRESPONDENCE -

Dear Judge Stinson,

I am sorry to bother you,but am in extreme duress because of Judge Lawrences failure to apply the Standard of Evidence to my appeal(&) forthrightly grant even partial relief on The Counseled Petition,that shows evidence of ACTUAL-INNOCENCE,supported by forensics.

I am including a 2.pg.MOTION for Permission to have you review a 5 pg.MOTION for EMERGENCY Relief to exhaust my ORIGINAL Pro-Se Petition,that petition contained issues that need to be reraised under the NEW LAW,of"McCoy" -from the USSct decision which is going to expire under The ONE YEAR Timelines for DUE-DILIGENCE soon...so if the appointed Counsel do not file that(&)Judge Lawrence refuses to remand my case before the HOLIDAYS,I need a notice/comment from YOUR OFFICE to attach for a Appeal to either The 7th/8th Circuit for a C.O.A.,its a PRIMA FACIE claim,but I am being discriminated against(&)cant be sure if theyll grant it,but need a CLERKS COPY of THE MOTION for EMERGENCY RELIEF(&)PERMISSION to EXHAUST MY PRO-SE APPEAL,(&)have that LIBERALLY REMANDED on The MERITS of The STRUCTURAL ERROR CLAIMS...

I do not know why the Court chose to relegate my case for decades,but I am being TORTURED to DEATH in PLAIN SIGHT(&)effectively ASSAULTED by non/malfeasance,prejudice or other reasons I cannot get my ATTORNEYS to disclose to me.

Respectfully,______________*

DONE THIS DAY
11/28/2018