TRULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

FROM: Legal
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/26/2018 09:42:02 AM

Most Recent Contact info -

The mailing address for the Southern District of Indiana is
US District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 11/25/2018 4:01 PM >>>
To: Information/Legal Mail-
Inmate Work Assignment: NA

Will someone please check the address to the receptacle for The Southern District of INDIANA or Chief Judge Stinsons actual mailbox so I can send a EMERGENCY Petition for Interlocutory Relief of a Pro-Se Plea?
I have reason to believe im on some kind of restrictions,some obstructions lately(&)its sensitive info/originals etc...

Please Respond ASAP!

Jop Address for Courts office!