USDC/SOUTHERN DISTRICT OF IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 DEC -3 PM 4:33
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:PAUL V.SUPERINTENDANT(WTL/MJD)
Case No#2:13 cv 304(CAPITAL CASE/PRO-SE)
COUNSEL APPOINTED-

-----------------

-MOTION TO ENTER DEMAND FOR JUDGEMENT,PURSUANT TO FRCP-
TITLE 7-Rule 54(a)(b)(c)-(via)UNCOUNSELED CORRESPONDENCE-

SUMMARY-~~Attached Pgs.1-11~~.-

The Petitioner PRO-SE does hereby move the Court to grant affirmitive relief from illegal restraint hereby UNCOUNSELED CORRESPONDENCE pursuant to due-process for counseled petition...

The petitioner asserts that FEDERAL CRIMINAL CODE proscribes my captivity(&)other non/malfeasances under criminal code(&)the BOP/DOJ has long ignored my attempts to complain,see:~~Pg.1.-4.~~,the administrative remedy process is unavailable because I have a Learning-Disability,(&) my rights,categorically to prompt(&)equitable relief have been denied in one manner or another,by persons acting as a class/custom(&)under color of law...leaving me disfranchised entirely...see:~~Pg.5.-11.~~

The petioner does hereby demand relief of Judgement byway of Rules(&) proof,in proffer that my conviction(&)sentence were UNDULY Rendered(&) that I can prove(via)eyewitness testimony(&)forensic reports that I am innocent by ANY given STANDARD OF REVIEW!

The petitioner moves the Court to expedite(&)act w/PRIORITY OF CIVIL ACTION to vacate(&)remand a FUNDAMENTAL MISCARRIAGE OF JUSTICE.

RESPECTFULLY SUBMITTED,

Signed *Jeffery William Paul*

Jeffery William Paul Rg#10517042
USP TERRE HAUTE,IN.
PO BOX 33/TERRE HAUTE,IN.
47808-0033

Done this Day-
10/ 9 /2018-

USDC/SOUTHERN DISTRICT of IN.

Inrem:PAUL V.SUPERINTENDANT(WTL/MJD)
Case No#2:13 cv 304(CAPITAL HABEAS)-(PRO-SE)
COUNSEL APPOINTED-

------------------

-MOTION FOR RELIEF OF JUDGEMENT BYWAY OF DEMAND-PURSUANT TO FRCP-TITLE 7-RULE 55(a)(b)(2)Entering a DEFAULT Judgement by the Court,(A,B,C(&)D)-(c)Setting aside...(via)RULE 60(b),(d)a Judgement against The United States of America...due to Affirmitive Defense,voiding the Judgement on appeal-

Attached EXHIBITS ~~Pgs.15-24-~~

THIS IS A UNCOUNSELED PRO-SE PETITION SHOWING THE CONVICTION(&) SENTENCE RETURNED WAS RETURNED IN VIOLATION OF THIS APPELLANTS RIGHT TO COUNSELED DEFENSE(&)CURRENT CAPTIVITY IS A VIOLATION OF MY RIGHT TO PROMPT(&)EQUITIBLE RELIEF ON APPEAL -

--------------------

Signed ____________
Jeffery W.Paul-10517042 Rg#

Done this Day-10/9 /2018-

SUMMARY of Complaint(&)Request for entry of default to relieve a FUNDAMENTAL MISCARRIAGE OF JUSTICE,violating this Prisoners LIBERY INTERESTS(&)CIVIL RIGHTS-

The Petitioner Pro-Se does hereby uncounseled plea submit the following request for relief byway of demand for default in light of counseled petition which affirms the appellant shows compelling proof of ACTUAL-INNOCENCE.

The petitioner asserts that the initial pro-se petition was a viable plea,(&)precedent law supports my right to have that processed forthrightly...see:~~Pg.1.~~cite page copy w/controlling authority,including SCT.cite,HAINES V.KERNER,(1972)-"court should allow plea to prevail..."

The petitioner includes cite for new collateral claims,see:~~Pg.2.-9.~~,REEVES V.FAYETTE SCI(2018),McCoy V.Lousiana,US(2018),(&)Hernandez V.Chappell(2017)...please note,"REEVES",was a simple case whereby the Court decided his counsel was inneffective for failing to present evidence that someone else couldve committed the crime,he also confessed to the crime but the confession was materially inconsistant so they considered it false(&)result of torture..."McCoy",was a case in contention because the guy was overwhelmingly guilty but refused the Plea Bargain,(&)objected during his trial because he demanded to assert that he was framed,the only dissent was from JUSTICE ALITO,who was concerned because the trial attorney merely admitted guilt to a lesser offense but did deny "McCoy"was guilty of 1st degree murder..."Hernandez"is a failure to present sentence mitigation for a defendant who was overwhelmingly guilty...

Please review quickly,the record on appeal for my original Pro-Se claim that my TRIAL ATTORNEY foreclosed my right to a GUILT/INNOCENCE phase by attempting to comply w/terms of a PLEA-BARGAIN I rejected

Continued...

because it required admissions of guilt(&)perjured testimony about a crime,(&)compound crimes I denied involvement in,or knowledge of(&) claimed to only be a witness too,in parts which I tried to explain during an F.B.I.interview which had to be terminated because The Agent was off topic(&)out of context...I denied I committed any crime relevant to the Sherman Williams homicide including possession of any firearms on June 22 1995...

Please recall that you have a PETITION for WRIT filed 10/18/16 before you which contains the eyewitness testimony about the crime, (via)The DECLARATION OF TRINITY INGLE-see ~~Pg.10-1~~5.,which is a wholly exonerating(&)credible statement,consistent with the forensics(&)by legal standards,see:~~Pg.16~~."HARMLESS ERROR" -,I am in custody without a DULY RENDERD CONVICTION...(&)am being tortured...the admission of GUILT,in violation of my right to defend my innocence,in defiance of my decision to reject the proffer of plea bargain lenity...is a PRIMA FACIE violation of my 6th amendment right(&)my captivity is a violation of The 13th amendment...

Please recall,I needed a Lawyer appointed a decade ago when counsel failed to file a compelling brief on my innocence claims(&)if the court has reason to believe my relief should not be available now,despite Counsels appeal,then it should appoint a Lawyer PRO-BONO to quickly locate the problem(&)resolve any doubt about the legality of my claims (&)obligate a substantative restitution,starting w/release(&)partial damages,(&)an order for PROTECTION of INTELLECTUAL PROPERTY,including claim for my PRIORITY CLAIMS Incorporation,the Industrial Manufacturing Ensurance shouldve been the first TRILLION$,company in The USA...se~~e:Pg~~. ~~17,18~~,(&)that my rights to first entry are in jeopardy from exposure, ~~Pg.1~~9.(&)that my ideas are good,see:~~Pg.20-24~~...specifics for applied, improved energy technology,for a "COLD FUSION GENERATOR"using existing ROTARY MOTION INVERSION SYSTEMS....

Continued...

The petitioner does hereby move the Court to enter a Default in the matter of relief from my PRO-SE Petition,(&)award a partial up-front damages under The ACTUAL INNOCENCE PROTECTION ACT of $275.000(ths) a YEAR,TREBLE Assessment-for $825.000(ths)(=)$18.150.000(mn),(&)a 1(Million)Yearly assessment for SPOUSAL ESTRANGEMENT,also treble for a total of $66.000.000(mn),which would be a lump sum of $84.150.000(mn) cash,before tax(&)further special damages for loss of business(&)felony assessments for torturing my appellate process...

If my inventions were registered,The USA owns rights to ensure(&)re-cover from every product assembled by automation or dependent upon it for solvency(&)that includes viable options to develop alternative energy sources,(&)applied information processing such as map resolution.

I need a protective order for all my inventions,revisions(&)claims from infringements to revise those for upfront money,futures(&)the dam-ages from ANTI_TRUST violations stemming from the 1980's...

Please give this PETITION,the PRIORITY OF CIVIL-ACTION that I deserve as a person being egregiously tortured(&)Appellant showing compelling (&)material evidence of my ACTUAL-INNOCENCE...

I DID NOT,get the benefit of evidentiary proffers in this case(&)I DID NOT,get the process one could legitimately demand in the matters before you,the specifics of which I still cannot review due to orders to refrain from sending doc's into the prison...

Please order me forthrightly released,as SOON AS YOU READ THIS,in light of COUNSELED Petitions,(&)Counsels Affidavits attached proving my right to relief is affirmitive,(&)consider inclement weather,holidays(&)estr-angements already endured being exacerbated for no good-cause!

Respecfully Submitted,

Signed ____________________

Jeffery W.Paul 10517042

USP Terre Haute,IN.

PO BOX 33,Terre Haute,IN.47808