The Southern District of IN.

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 DEC -3 PM 4:33
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Inrem:Paul V.Superintendent(WTL/MJD)
Capital-Habeas-Case No#2:13 cv 304(Pro Se)

--------------

Motion to attach documents to Counseled petitions request for relief section-

Comes now The petitioner Pro-Se does in the abovestyled action submit the following uncounseled plea pursuant to due process-

The petitioner does request the Court attach the correspondence page 1(&)2.,(re:DEX.COM®)to Attorney MIKE GONZALES C/O Investigator Cathy Kaib,requesting a notation to register a title to append the description of a Domain name/WEBSITE to be developed in part as compensation for the infringed Clearsystems.Com -incorporation in ARKANSAS.

The request is to register:ONDEX.COM,WEBDEX.COM,(&)NETDEX.COM®,(&) the descriptions for the ARTICLE OF INCORPORATION,of the interface. The correspondence was sent 11/20/18.

Respectfully Submitted,

Signed [signature]

Rg#10517042 Jeffery W.Paul 11/18/18
USP TerreHaute,IN.
PO Box 33/Terre Haute,IN.47808

Done This day-11/18/18

11/18/18-

Jeffery W.Paul
Rg#10517-042-SCU-
USP Terre Haute,IN.
PO BOX 33/Terre Haute,IN.
47808

Attorney MIKE GONZALES C/O Cathy Kaib(Investigator)



Dear Cathy, (re/Intellectual-Property revision)

Inre-DEX.COM-®-(Appended functional options)-(titles)

I need you to register a couple of standby names,as well as incorporate the functional DIRECTORY list to include a INDEX of WEBSITES listed according to the general description of their function...

*for example-(fictional Lists):Shopper.com,Buyerclubs.com,Retailmegood.com (&)discountdollars.com-would be under BUSINESS WEBSITES(SHOPPING),w/ sub-genres for(RETAIL/WHOLESALE/LUXURY/BUDGET Goods)-...traveler.com. sightseeing.com,jackon.com.,would be under a TRAVEL WEBSITES,w/a sub-genre for:Carpoolers,Ticket Sharers,Vacationers(&)Traveling Laborers...

The directory would literally display a list of options for your interests,like map resolution(&)allow you to scroll/page to a option... such as map resolution...to find a website offering service for you.

OPTION- MAPSEARCH- Interractive alphabetical Map/Website INDEX....

google.com
Housefinder.com
Interstateshortcuts.com
Justlooking.com
etc...

(Scroll Down/page through)

* clicking on the option(or)Keying in the entry,would route you to the homepage for any of those(&)clicking through would log you on(&)w/a scan for YOUR profile,youd know whether any or all the WEBSITES are offering or feature your keywords...

Office of The FED.Defender of The EASTERN DISTRICT,PA.



Continued Description of functional application to be incorporated under a title for DEX.COM- ...

So under the subtitles(&)descriptions herein the user would not only have access to a functional map interface/alphabetical resolution w/a click/page through(&)keyword entry options to access the accounts home-page/board-the domain would also feature a list/index of WEBSITES under a genre,search/ratchet model which could also resolve(&)route the user byway of Keyword access(or)Scroll/page through functions(&)allow a scan from your adjustable profile...supposedly narrowing your search obligation but not eliminating the option to see whatever can be found on the sites.

Please title this sub-option as reserved for DEX.COM ,or whatever the final DBA/Business as title(available for me),is going to be...under the following titles,one of which will be chosen as a feature...

1. ONDEX.COM® -INDEX ONLINE-
2. WEBDEX.COM® -WEBSITE INDEX-
3. NETDEX.COM® -INTERNET INDEX-

Sincerely, [signature]

Jeffery W.Paul 10517042