USDC/SOUTHERN DISTRICT,IN.



Inrem:PAUL V.SUPERINTENDENT(CAPITAL HABEAS)
No#2:13 cv 304(WTL/MJD)(PRO-SE)DEATH-SENTENCE
UNCOUNSELED CORRESPONDENCE-

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 DEC -3 PM 4:31
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

-MOTION TO FILE The Attached Emergency Motion Pursuant to an EXPEDITED Liberal Remand,from -DURESS- of Circumstances,byway of COUNSELED Petition(&)Affidavits Showing Actual Innocence(&)the ORIGINAL Pro-Se claim that The CONVICTION(&)SENTENCE were returned in violation of my right to support my NOT-GUILTY Plea(&)Present my DEFENSE-

Comes now The Petitioner PRO-SE does submit the following Petition to the Office of The Chief Judge,pursuant to expedited relief of an Unduly rendered CONVICTION/SENTENCE ,in the abovestyled action-

SUMMARY-(4 pgs.EXHIBITS ATTACHED)-

The petitioner claims that this case was opened on 8/20/13-but had been relegated for YEARS inexplicably by no less than 4 FEDERAL Defenders Offices(&)when apponted Counsel finally filed The Writ on 10/18/20016-I wasnt allowed to see the DISCOVERY Material-see:Pg.1,2,3(&)4. entry,#1.#106(et al),any other relevant to the fact that the Judge is adamant to not process pro-se issues,only Counseled issues(&)the counseled issues were curtailed because the McCoy case was pending in The USSct.,see:McCoy V.Louisiana No#16-8255(5/14/2018)-which is the NEW-LAW,Controlling Authority for my Claim that TRIAL Counsel attempted to comply w/terms of a rejected PLEA-BARGAIN requiring admission of guilt (&)foreclosed my right to a GUILT/INNOCENCE Phase of my trial over my objection...

The Petitioner has repeatedly attempted to raise the issue,as a STRUCTURAL ERROR,to no effect to date,despite the prima-facie showing in the Transcripts JUDGE LAWRENCE has before him now...Pending.

I am begging this Chiefs Office to review the attached Motion for

Continued...

an Order on EMERGENCY -MOTION for Relief(&)DUE-PROCESS byway of Prima Facie evidence in the 5 pg.Motion(&)27 pgs.of Attached Documents not including a 3 pg.Copy of Motion/Legal Correspondence(&)5 pgs.of a RULE 54,55 MOTION For Default(&)Demand for Judgement to The Judge on The remand now,file to expedite that Counseled Petition...

I am injured from repititious delay(&)Tortured by certain knowledge this same judge knows my conviction was illegal the entire time...(&) still didnt bother to nominally remand my custody status or other injury.

Respectfully Submitted,

Sign* [signature]

Jeffery W.Paul 10517042
USP Terre Haute,IN.
PO Box 33/Terre Haute,IN.
47808-0033

DONE THIS DAY-
11/27/18