(Pg 40)

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2013 | 1 | PETITION for Writ of Habeas Corpus, filed by JEFFERY WILLIAM PAUL. (No fee paid with this filing) (Attachments: # 1 Exhibit Legal Notice, # 2 Exhibit Inmate Request, # 3 Exhibit Letter, # 4 Exhibit Declaration, # 5 Envelope)(JRT) (Entered: 08/21/2013) |
| 08/21/2013 | 2 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (JRT) (Entered: 08/21/2013) |
| 01/14/2014 | 3 | MOTION for Summary Judgment, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Various Documents, # 2 Envelope)(SWM) (Entered: 01/15/2014) |
| 01/24/2014 | 4 | MOTION for Due-Process amending Motion c/s, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Redacted Attachment, # 2 Envelope)(DW) (Entered: 01/27/2014) |
| 01/24/2014 | 5 | UNREDACTED DOCUMENT regarding 4 MOTION to Amend/Correct. (DW) (Entered: 01/27/2014) |
| 01/29/2014 ✓ | 6 | ENTRY - The petitioner shall have through February 14, 2014, in which to either pay the $5.00 filing fee for this action or demonstrate his financial inability to do so. The petitioner's motion for summary judgment 3 and motion to amend 4 are denied as inapt to the orderly development of case. Copy to petitioner via US Mail. Signed by Judge William T. Lawrence on 1/29/2014. (RSF) (Entered: 01/29/2014) |
| 02/10/2014 | 7 | MOTION for Leave to Proceed in forma pauperis and MOTION for Reconsideration of Court's 6 ENTRY, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Supporting Documents, # 2 Inmate Account Documents, # 3 Envelope)(JKS) (Entered: 02/11/2014) |
| 02/27/2014 ✓ | 8 | ENTRY - granting 7 Motion for Leave to Proceed in forma pauperis; denying 7 Motion for Reconsideration. (See Entry.) Copy to petitioner via US Mail. Signed by Judge William T. Lawrence on 2/27/2014. (RSF) (Entered: 02/27/2014) |
| 02/28/2014 | 10 | Statement B regarding Habeas Claims by JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(DW) (Entered: 03/03/2014) |
| 03/03/2014 | 9 | Statement A regarding Habeas Claims by JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(DW) (Entered: 03/03/2014) |
| 03/07/2014 | 11 | MOTION for Clerk's Entry of Default and MOTION for Discovery -, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(JKS) (Entered: 03/10/2014) |
| 03/13/2014 ✓ | 12 | ENTRY - The respondent need not respond to the habeas petition unless ordered by the court to do so at some future point. However, the respondent is requested to appear by counsel in the case as promptly as possible. Copies distributed pursuant to distribution list. Signed by Judge William T. Lawrence on 3/13/2014.(RSF) (Entered: 03/13/2014) |
| 03/13/2014 ✓ | 13 | ENTRY - denying 11 Motion for Clerk's Entry of Default; denying 11 Motion for Discovery. Copy to petitioner via US Mail. Signed by Judge William T. Lawrence on 3/13/2014. (RSF) Modified on 3/18/2014 (RSF). (Entered: 03/13/2014) |
| 03/13/2014 | 15 | AFFIDAVIT in Support of Documents re 14 MOTION to Append Cause of Action & Exhibit, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(JKS) (Entered: 03/14/2014) |
| 03/14/2014 | 14 | MOTION to Append Cause of Action & Exhibit, filed by Petitioner JEFFERY WILLIAM PAUL. |

(Pg 41)

| | | |
|---|---|---|
| | | As to the latter, there is a motion pursuant to 28 U.S.C. § 2255(h) pending in the Eighth Circuit Court of Appeals, docketed as No. 16-2330, but the petitioner's counsel in that action will be the best source of information. The observation just made is equally applicable to the motion filed by the petitioner pro se on June 23, 2016 and these motions 89 and 91 are denied insofar as through them relief is sought in this case. The petitioner's pro se motion seeking an order prohibiting any further modification of the briefing schedule in this case 94 is denied. Each such motion, if filed, will be considered and ruled on individually. Counsel for the petitioner are requested to supply the petitioner with a copy of this Entry. Signed by Judge William T. Lawrence on 7/22/2016. (BRR) (Entered: 07/22/2016) |
| 08/17/2016 | 97 | Unopposed MOTION for Extension of Time to October 18, 2016 *to File Amended Petition for Writ of Habeas Corpus*, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Text of Proposed Order)(Nolan, Shawn) (Entered: 08/17/2016) |
| 08/19/2016 ✓ | 98 | ORDER - granting 97 Motion for Extension of Time. Petitioner shall file a counseled Amended Petition for a Writ of Habeas Corpus no later than October 18, 2016. Signed by Judge William T. Lawrence on 8/19/2016. (BRR) (Entered: 08/19/2016) |
| 09/30/2016 | 99 | MOTION to object and enter complaint, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(DW) (Entered: 10/03/2016) |
| 10/07/2016 ✓ | 100 | ENTRY: Accordingly, the petitioner's motion for leave to file such a brief [dkt 99 ] is denied ***SEE ENTRY FOR ADDIITONAL INFORMATION***. Signed by Judge William T. Lawrence on 10/7/2016. (DW) (Entered: 10/07/2016) |
| 10/14/2016 | 101 | Pro Se Amicus Pleading, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(DW) (Entered: 10/17/2016) |
| 10/18/2016 | 102 | ***PLEASE DISREGARD - CORRECTED DOCUMENT FILED AT 103 *** Writ of Habeas Corpus ad prosequendum , filed by Petitioner JEFFERY WILLIAM PAUL. (Nolan, Shawn) Modified on 10/19/2016 - added 'disregard' text (RSF). (Entered: 10/18/2016) |
| 10/18/2016 | 103 | SEALED *Amended Writ of Habeas Corpus*, filed by Petitioner JEFFERY WILLIAM PAUL. (Nolan, Shawn) Modified on 10/19/2016 - edit to docket text (RSF). (Entered: 10/18/2016) |
| 10/19/2016 | 104 | MOTION to Maintain Document Under Seal 103 SEALED MOTION *for Writ of Habeas Corpus*, 102 MOTION for Writ of Habeas Corpus ad prosequendum , filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Exhibit Exhibit A, # 2 Text of Proposed Order)(Nolan, Shawn) (Entered: 10/19/2016) |
| 11/01/2016 | 105 | MOTION to Expedite Resolution, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(DW) (Entered: 11/02/2016) |
| 11/07/2016 | 106 | SEALED *Appendix to Petition for Writ of Habeas Corpus*, re 103 SEALED Motion (Case Participants - doc), filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Appendix Volume 1-Part 2, # 2 Appendix Volume 1-Part 3, # 3 Appendix Volume 1- Part 4, # 4 Appendix Volume 1- Part 5, # 5 Appendix Volume 1- Part 6, # 6 Appendix Volume 2- Part 1, # 7 Appendix Volume 2- Part 2, # 8 Appendix Volume 2- Part 3, # 9 Appendix Volume 2- Part 4, # 10 Appendix Volume 2- Part 5, # 11 Appendix Volume 2- Part 6, # 12 Appendix Volume 2- Part 7, # 13 Appendix Volume 2- Part 8, # 14 Appendix Volume 2- Part 9, # 15 Appendix Volume 2- Part 10, # 16 Appendix Volume 2- Part 11, # 17 Appendix Volume 2- Part 12, # 18 Appendix Volume 2- Part 13, # 19 Appendix Volume 2- Part 14, # 20 Appendix Volume 2- Part 15, # 21 Appendix Volume 2- Part 16, # 22 Appendix Volume 2- Part 17, # 23 Appendix Volume 2- Part 18, # 24 Appendix Volume 2- Part 19, # 25 Appendix Volume 2- Part 20, # 26 Appendix Volume 2- Part 21, # 27 Appendix Volume 2- Part 22, # 28 Appendix Volume 2- Part 23, # 29 Appendix Volume 2- Part 24, # 30 Appendix Volume 2- Part 25, # 31 Appendix Volume 2- Part 26, # 32 Appendix Volume 2- Part 27, # 33 Appendix Volume 2- Part 28, # 34 Appendix Volume 2- Part 29, # 35 Appendix Volume 2- Part 30, # 36 Appendix Volume 2- Part 31, # 37 Appendix Volume 2- Part 32, # 38 Appendix Volume 2- Part 33, # 39 |

(A942)

| | | |
|---|---|---|
| | | Appendix Volume 2- Part 34, # 40 Appendix Volume 3- Part 1, # 41 Appendix Volume 3- Part 2, # 42 Appendix Volume 3- Part 3, # 43 Appendix Volume 3- Part 4, # 44 Appendix Volume 3- Part 5, # 45 Appendix Volume 3- Part 6, # 46 Appendix Volume 3- Part 7, # 47 Appendix Volume 3- Part 8, # 48 Appendix Volume 3- Part 9, # 49 Appendix Volume 3- Part 10, # 50 Appendix Volume 3- Part 11, # 51 Appendix Volume 4- Part 1, # 52 Appendix Volume 4- Part 2, # 53 Appendix Volume 4- Part 3, # 54 Appendix Volume 4- Part 4, # 55 Appendix Volume 4-Part 5, # 56 Appendix Volume 4- Part 6, # 57 Appendix Volume 4- Part 7, # 58 Appendix Volume 4- Part 8, # 59 Appendix Volume 4- Part 9, # 60 Appendix Volume 4- Part 10, # 61 Appendix Volume 4- Part 11, # 62 Appendix Volume 4- Part 12, # 63 Appendix Volume 5- Part 1, # 64 Appendix Volume 5- Part 2, # 65 Appendix Volume 5- Part 3, # 66 Appendix Volume 5- Part 4, # 67 Appendix Volume 5- Part 5, # 68 Appendix Volume 5- Part 6, # 69 Appendix Volume 5- Part 7, # 70 Appendix Volume 5- Part 8, # 71 Appendix Volume 5- Part 9, # 72 Appendix Volume 5- Part 10, # 73 Appendix Volume 5- Part 11, # 74 Appendix Volume 6- Part1, # 75 Appendix Volume 6- Part 2)(Nolan, Shawn) (Entered: 11/07/2016) |
| 11/07/2016 | 107 | MOTION to Maintain Document Under Seal 106 SEALED Document (Case Participants - doc) , filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Text of Proposed Order)(Nolan, Shawn) (Entered: 11/07/2016) |
| 12/06/2016 | 108 | MOTION for court's response, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Exhibit, # 2 Envelope)(DW) (Entered: 12/06/2016) |
| 12/29/2016 | 109 | Letter and Request to the Office of the Court Clerk from Jeffery W. Paul no c/s. (Attachments: # 1 Exhibits, # 2 Envelope) (MAC) (Entered: 12/30/2016) |
| 01/05/2017 | 110 | MOTION to Object to Further Delay, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(BRR) (Entered: 01/06/2017) |
| 02/08/2017 | 111 | MOTION in Amicus for Protective Order/Injunction, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Exhibits, # 2 Envelope)(DW) (Entered: 02/08/2017) |
| 02/08/2017 | 112 | MOTION to Amend for Protective Order/Injunction, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Exhibits, # 2 Envelope)(DW) (Entered: 02/08/2017) |
| 03/07/2017 ✓ | 113 | ENTRY AND NOTICE - Filings on behalf of the petitioner in this action for habeas corpus relief will continue to be made by and only by his counsel of record. Consistent with the foregoing, the motions submitted directly by the petitioner [dkt 105, 108, 110, 111, 112] are each denied. Signed by Judge William T. Lawrence on 3/7/2017. (RSF) (Entered: 03/07/2017) |
| 03/08/2017 | 114 | MOTION for court to expedite, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Exhibits, # 2 Envelope)(DW) (Entered: 03/08/2017) |
| 03/20/2017 | 115 | MOTION to schedule case and request for copy of schedule, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(DW) (Entered: 03/21/2017) |
| 03/20/2017 | 116 | MOTION to attach documents (Habeas Corpus/Capital Case/Uncounseled Correspondence), filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Exhibits, # 2 Envelope)(DW) (Entered: 03/21/2017) |
| 03/20/2017 | 117 | MOTION to attach documents to counseled petition, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Exhibits, # 2 Envelope)(DW) (Entered: 03/21/2017) |
| 03/20/2017 | 118 | Letter asserting innocence from Petitioner. (Attachments: # 1 Exhibit - excerpt from magazine, # 2 Envelope) (DW) Modified on 3/21/2017 (DW). (Entered: 03/21/2017) |

(1343)

| | | |
|---|---|---|
| 04/09/2018 | 193 | Letter from Jeffery Paul addressed to Judge Lawrence and Judge Dinsmore (Attachments: # 1 Envelope) (CBU) (Entered: 04/10/2018) |
| 04/23/2018 | 194 | SEALED REPLY in support of Motion re 103 SEALED MOTION *for Writ of Habeas Corpus* , filed by Petitioner JEFFERY WILLIAM PAUL. (Nolan, Shawn) (Entered: 04/23/2018) |
| 04/23/2018 | 195 | MOTION to Maintain Document Under Seal 194 SEALED Reply in support of Motion , filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Text of Proposed Order)(Nolan, Shawn) (Entered: 04/23/2018) |
| 05/29/2018 | 196 | Submission of Exhibits, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Envelope)(DW) (Entered: 05/31/2018) |
| 06/11/2018 | 197 | MOTION to Reiterate Compelling Action to Relieve Petitioner in Further Action due to Prima-Facie both Conviction & Sentence, filed by Petitioner JEFFERY WILLIAM PAUL. (Attachments: # 1 Lead Reports, # 2 Envelope)(JKS) (Entered: 06/12/2018) |