Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN.
47808-0033

CERTIFIED MAIL®

7014 2120 0003 5131 0963




INMATE IDENTIFICATION CONFIRMED

— Legal Mail —

RECEIVED

DEC 03 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

— Death Penalty Case —

Birch Bayh Fed. Bld, & US Courthouse

★ Att! c/o the office of The Clerk — A

⇔10517-042⇔
Chief Jane Stinson-Usdc-Sd-In ✓
46[illegible] E OHIO ST Room 105
Indianapolis, IN 46204
United States

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED