USDC/Southern District of, IN.



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 DEC -3 PM 4:32
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

(Inrem)PAUL V.Superintendent(WTL/MJD)
Case no#2:13 cv 304(CAPITAL HABEAS/DEATH SENTENCE)
Pro-Se Motion(via)UNCOUNSELED CORRESPONDENCE

-Emergency Motion for Permission to Ehaust my Original Pro-Se Petition(&)have the case Liberally remanded due to compelling new Constitutional Law proving my ORIGINAL PLEA contained PRIMA-FACIE Evidence that the records(&)files of the case on appeal showed that my assertion that TRIAL COUNSEL Violated my right to present a Defense,(&)actually admitted guilt to FELONY MURDER attempting to comply with terms of a rejected PLEA BARGAIN,(&)Instant Motion to REMAND Pro-SE Motion for Title 7-USC FRCP-Rule 54(&)55,Motion for Default(&)Demand for Judgement-on merits of Counseled plea(&)attached affidavits proving I am ACTUALLY-INNOCENT...-

Comes now the Petitioner Pro-Se does hereby submit the following Plea in The Abovestyled action,for DUE-PROCESS,on a CAPITAL CASE to be relieved of a Conviction(&)Sentence rendered byway of illegal trial,violating my right to DUE-PROCESS-

Summary- 2 Pgs.Authorities-27 Pgs.Support EXHIBITS-COPY-
(5 pg.Copy-R.54,55-NO EXHIBITS)- (et al:3 Pgs.Letter/Motion)-

The Petitioner Pro-Se asserts that the ORIGINAL Pro-Se appeal was a PRIMA-FACIE proffer of compelling evidence that Trial Counsel violated my right to a GUILT/INNOCENCE Phase by attempting to comply with terms of a Plea-bargain I refused because it required admission of Guilt(&)Perjured testimony about crimes I denied having that position to know about...(&)that the law supports my right to have a liberal remand on that,see:Cite-No#1.(&)2.KERNER(&)McCOY-delineating Pro-Se rights(&)presenting collateral Supreme Court Law controlling the right to choose(&)present a Defense.

Continued Summary...

The Petitioner further asserts that the Government had certain knowledge that The perpetrator acted alone(&)when confronted,became menacing/defensive(&)couldnt be reasoned with,(&)that the evidence at multiple crime scenes,including eyewitnesses(&)Police Reports(&) various determinant DNA/Forensic reports excluded me(&)proved the Government Witness was lying,(&)that The Perpetrators Lawyers(&)The Judge had suppressed exculpatory statements made by him,refusing to present him to contextualize statements hed made previously...which caused the evidence to be inexplicably construed against me...violating my right to legitimate evidence,(&)cross examination...see:Cite-No#3.,4.(&)5.AGURS,BRUTON,(&)POINTER...

The Petitioner further asserts that The case must be considered an egregious(&)PRIMA FACIE Case/Example of STRUCTURAL ERROR-because of the nature of the error by the standards of the HARMLESS ERROR rules, (&)controlling authority,see:Cite-No#6.CHAPMAN-,considering that the jury not only couldnt consider me innocent of the crime because of the erroneous admission of a rejected sentence mitigator during the GUILT/ INNOCENCE Phase of The Trial,but they couldnt consider me Guilty of of anything less than 1st Degree Felony Murder because of counsels attempt to obtain a LIFE SENTENCE,which I rejected(&)complained about.

The Petitioner claims The Court has a obligation to expedite(&)Liberally remand my case under the EQUAL PROTECTION CLAUSE,see:Cite-No#7. JACOBS- ,(&)further claims The NEW McCOY Precedent is the CONTROLLING Authority,see:Cite-No#8.GRIFFITH-,(&)that with equitible Due-Process, by rights,this case exceeds the McCoy dissent because Counsel attempts to mitigate a sentence under 1st Degree Murder...I should get the entire case vacated,see:No#9.,10.HAUPT,ARNSTRONG...(&)have the Court remand for Innocence,with copius Damages,see:Cite-No#11.GENTALA...the error in the McCoy case occurrs when his Lawyer admits guilt to 2nd degree,attempting to mitigate 1st degree murder...the error in this case is more egregious (&)occurs when counsel argues I am guilty but deserve a lesser penalty than death...closing my right to an innocence claim,over my objection.

Continued Summary...

The Petitioner does present Document/Pgs.11(&)12,describing the Rule 54,55 Action which I filed with Judge LAWRENCE on 10/11/18(via) UNCOUNSELED PRO-SE Petition...(&)asserts that the remand would be appropriate according to the controlling authority of the Pro-Se pleas Pgs.3.,(&)new light on the MATERIALITY of The COUNSELED Petition that Appointed Counsel filed,see:Pg.4.,5.,6.(&)7.,which is wholly exonerating (&)authenticated(&)consistent with suppressed evidence the govt.knew about,see:Pg.8.,9.,(&)10.,which violated my right to present a contextual eyewitness rendition of the crime,(via)THE DECLARATION OF TRINITY INGLE.

The Petitioner further presents Document/Pgs.1.(&)2.,which is the indictment,(&)Pgs.13.,14.,15.,16.(&)17.,excerpts from the trial transcripts showing TRIAL COUNSELS rambling opening rebuttal which actually admitted guilt to felony murder repeatedly,by explicitly leaving me in a complicit role to a ROBBERY which I denied knowledge of,claiming Id only seen the crime,but in a different position,see:Pg.18.,(&)further,I was accused of complicity to several other crimes with TRINITY,(&)denied any knowledge of any plans to commit crimes(&)claimed hed told me he was going to turn hisself in,(&)I left town shortly after,believing that I was tried,PLEAD-NOT GUILTY-(&)acquitted by Jury of conspiring/attempting to commit Armed Robberies/other crimes(&)instructed the Lawyer to carry-over that Defense with some support,(&)he told me he would(&)his performance at trial,considering I explicitly rejected 2/Plea Bargains, was a surprise(&)left me devastated...with regard to VARIOUS DUE-PROCESS Violations,please note,its PLAIN(&)STRUCTURAL,see:Pg.20.,21.,22.(&)23.(&) requires PROMPT(&)EQUITIBLE RELIEF OF BOTH CONVICTION(&)SENTENCE.

The Petitioner further presents a 3 pg.letter to The Appointed Counsel from Pennsylvania,Attorney Mike Gonzales,with a copy of a Motion to Judge LAWRENCE to attach the documents to a request for SPECIAL DAMAGES hearing,which I have no faith will happen as a result of the infringements/ANTI-TRUST Violations Ive suffered while imprisoned,which is in my request for relief reraised herein,the REQUEST FOR RELIEF SECTION in this motion.

Continued Summary...

-REQUEST FOR RELIEF -

For the reasons raised in Summary,the Petitioner does request an an interlocutory order from The Office of The Chief Judge,to the Special Deputy Judge of The District,Judge Lawrence,or Certificate of Appealibility-admitting that I prove in Pro-Se petition,that the records(&)files of the case in Undisputed Discovery Material prove beyond any reasonable doubt that trial Counsels misconduct violated my right to have a jury consider innocence(&)was a defacto involuntary plea-bargain,(&)that makes my continued captivity absurd(&)a violation of my rights to prompt(&)equitible relief of an illegal conviction(&)sentence.

Further,the Petitioner requests an interlocutory order to forthrightly release me pursuant to Title 7-USC-FRCP-Rule 54,55-,byway of MANIFEST proof of my ACTUAL INNOCENCE,proffered in a Counseled Petition for Writ-on 10/18/16-(reply to govt.s arguments:4/23/18)-which is a PRIMA-FACIE show of eyewitness testimony,authenticated(&)supported by The forensics which were exclusive for this defendant(&)determinant at the time of the Trial.

The Petitioner claims the appellate process has been obstructed(&) I am being Tortured(&)did not get the minimal process of a sentence-modification-which was rightfully due under THE EQUAL PROTECTION CLAUSE (&)a matter regularly subject to purview of the Courts,see:Pg. 24-27. (&) Policy statement from The B.O.P.,(&)USC T.18.Ch.227-§3582(a-c)(1)(A)(i)(B),(et al):§3553(a)(5)(B)(6)-"disparate sentences of codefendants..."

The B.O.P.,D.O.J.(&)Courts left me on FEDERAL DEATH-ROW,being literally TORTURED,(&)refused to let me financially restructure my Intellectual-propertyrights,estranged me from my family,(&)left me with no Wife,children or future prospects...

Continued Summary...

-REQUEST FOR RELIEF -

I am further requesting that money damages be allotted under The ACTUAL INNOCENCE PROTECTION ACT-in The Amount of $275.000(ths)per-Year,TREBLE Assessed for $825.000(ths)(x)22 YEARS(=)$18.150(mn),(&) a $1.000.000(mn)YEARLY assessment for violating my spousal-rights,(&) maliciously relegating me as a class,also TREBLE assessment for $3 (mn) (x)22 Years(=)$66.000.000(mn),for a total of $84.150(mn)CASH,(BEFORE) tax(&)further SPECIAL-DAMAGES including felony assessments for Torturing my appellate process,(&)loss of Business compensation including the incorporation of my families original Telecommunications/Networking company,under the title:Clearsystems/CSS® -,which is notoriously ins-olvent in part due to my Uncles schizophrenia(&)my captivity(&)the ref-usal of ANY Office whatsoever to review the Infringement Claims(&)rev-ision ARTICLES OF INCORPORATIONS(&)synopsis for development,which is a violation of my right to proceed with my own company.

Please EXPEDITE this matter(&)give the remand a PRIORITY OF CIVIL-ACTION,respecting my LIBERTY INTERESTS(&)Duress of Circumstances(&) FUNDAMENTAL MISCARRIAGE OF JUSTICE allowing this torture to be rele-gated for so long,I havent had a contact visit with my family in 22 Yrs. (&)have a elderly grandmother who is a Christian,Id like one more holi-day with my family considering my Wifes married with Children to some-one else.

Respectfully Submitted,

Signed ________________ *

Jeffery William Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808-0033

Done this Day-

11/27/2018-