TABLE OF AUTHORITIES/CITES- 1.through 5.

(1.)McCormick V.City of Chicago,230 F3d 319(7th Cir.2000)
Boag V.MacDougall,454 US 364 70 LEd2d 551 102 SCt 700(1982)
Haines V.Kerner 404 US 519 30 LEd2d 652 92 SCt 594(1972)

"Pro-Se Litigants pleas are to be liberally construed(&)held to a less stringent standard than formal pleas drafted by Lawyers:if a court can reasonably read pleas to state a valid claim on which a litigant could prevail,it should do so despite failure to cite proper legal authority,confusion of legal theories,poor syntax(&)sentence composition,or pleading requirements."

(2.)McCoy V.Louisiana,No.16-8255(SCt.MAY 2018)-

"The defendants right to support a defense is a constitutional right that a lawyer may not violate for an alternate defense,if a lawyer violates a clients right to maintain their innocence,it is erroroneous(&)if they actually admit guilt to a crime attempting to comply with a involuntary Plea Bargain,its STRUCTURAL ERROR(&) requires an automatic reversal."

(3.)Hayes V.Woodford,301 F3d 1054(9th Cir.2002)
Byrd V.Collins,209 F3d 486(6th Cir.2000)
US V.Agurs,427 US 97 49 LEd2d 342 96 SCt 2392(1976)

"When the prosecutor is/should be aware theyre presenting perjured testimony,a strict standard of materiality will be applied(&)the conviction will be set aside if there is any reasonable likelihood that the false testimony could have affected the jury verdict.
Convictions obtained by knowing use of perjured testimony must be set aside if there is any reasonable likelihood that the testimony affected the outcome of the trial,a new trial is required if the testimony affected the jury verdict."

(4.)US V.Lopez-Lopez,282 F3d 1(1st Cir.2002)
BRUTON V.US,391 US 123 20 LEd2d 476 88 SCt 1620(1968)

"Admission of a non-testifying codefendants statements in a joint-trial is prohibited if it incriminates."

(5.)Davis V.Alaska,415 US 308 39 LEd2d 347 94 SCt 1105(1974)
Pointer V.Texas,380 US 400 13 LEd2d 923 85 SCt 1065(1965)

"Violation of The Confrontation Clause requires reversal unless theyre harmless beyond a reasonable doubt."

TABLE OF AUTHORITIES/CITES- 5.through 11.

(6.)US V.Innamorati,996 F2d 456(1st Cir.1993)
Chapman V.California,386 US 18 23,24 17 LEd2d 705 87 SCt 824(1967)

(1)"HARMLESS BEYOND A REASONABLE DOUBT"standard presumes prejudice (&)places burden of proof on beneficiary of errors to prove beyond reasonable doubt that errors did not contribute to the verdict.
(2)Harmless"PLAIN ERROR"does not exist,all plain errors are harmful.
(3)Harmless"CONSTITUTIONAL ERROR"test is stringently applied,resolv-ing- reasonable doubts against the goverment.

(7.)Jacobs Visoni(&)Jacobs Co.V.City of Lawrence,KS.,927 F2d 1111(10th cir.1991)
City of Cleburne V.Cleburne Living Center,473 US 432 87 LEd2d 313 105 SCt 3249(1985)

(1)The equal protection clause requires all persons similarly situated be treated alike(&)applies to all matters Civil or criminal.

(2)An Equal Protection violation occurs when The Govt.treats someone differently from another person similarly situated.

(8.)US V.Washington,69 F3d 401(9th Cir.1995)
Griffith V.Kentucky,479 US 314 93 LEd2d 649 107 SCt.708(1987)

"Newly Declared Constitutional Rules are to be applied to cases pending direct review in criminal law."

(9.)Haupt V.Dillard 17 F3d 285(9th Cir.1994)
Liljerberg V.Health Services Corp.486 US 847 100 LEd2d 855 108 SCt 2194(1988)

"Right to a fair trial(&)unbiased Judge is basic DUE PROCESS rule."

(10.)Nat.Council of Resistence to IRAN V.dept.of State,251 F3d 192(D.C. Cir.2001)
Matthews V.Eldridge 424 US 319 333 47 LEd2d 18 96 SCt 892(1976)
Arnstrong V.Monzo 380 US 545 552 14 LEd2d 62 85 SCt 1187(1965)

(1)DUE-PROCESS requires meaningful hearing in a timely manner.
(2)Citizens have right to meaningful hearing before deprivation of life,liberty or Property.

(11.)Gentala V.City of Tuscon,213 F3d 1055(9th Cir.2000)

"Loss of 1st Amendment freedoms,even for minimal time,constitutes irreparable injury for purposes of entitlement or injunctive relief."