Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN.
47808-0033

CERTIFIED MAIL®

7014 2120 0003 5131 0963




INMATE IDENTIFICATION CONFIRMED

– Legal Mail –

RECEIVED
DEC 03 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

– Death Penalty Case –

Birch Bayh Fed. Bld, & US Courthouse

☆ Att! C/o the office of The Clerk – ☆

⇔10517-042⇔
Chief Jane Stinson-Usdc-Sd-In ✓
46 E OHIO ST Room 105
Indianapolis, IN 46204
United States

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED