USDC/Southern District,IN.

Jeffery W.Paul
Rg#10517-042-SCU-
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808-0033

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 DEC 21 PM 2:25
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

[Inrem:CAPITAL CASE/DEATH SENTENCE ]
-Pro Se-ACTION-Paul V.Superintendent(2:13 Cv 304)
(Judge LAWRENCE/DINSMORE)-

* LEGAL LETTER to THE CLERK OF THE COURT -

Dear Sirs,

Please note I sent a letter to CHIEF JUDGE STINSONS Office,as well as 2/Motions for docketing(via)UNCOUNSELED CORRESPONDENCE-on proxy 11/30/2018-CERTIFIED MAIL-No#7014 2120 0003 5131 0963-,but the STAMP was not comleted,though the green card was endorsed.

I chose to send the MOTIONS to this address:45 E.OHIO St.,because thats the address the BOP/DOJ gives for Judge Stinsons Office...

I am attaching a copy of the receipt(&)card for you to inspect,I am not sure but that could mean the mail was tampered with.

I am also asking for a clerks copy of the Motions filed(&)am willing to pay an amendment fee or even open a new action if necessary to get that before JUDGE STINSON,in lieu of further delay,because I believe I can prove I am innocent(&)want to expedite the process.

SINCERELY *Jeffery W. Paul* *
Jeffery W.Paul

DONE THIS DAY-12/17/2018-

Exhibit (E) Pulv. Spec(ialdoc?) 2:13 cv. 304 (JSTC/MJD) — Stinson Chief Judge)

Clerks office
Att!

No Stamp ?
Incomplete

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE — Jefferson

| | |
|---|---|
| Postage | $ 3.10 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.86 |

Postmark Here — TERRE HAUTE IN 47802 NOV 2018 — 11/30/18

Sent To: Chief Judge Stinson (USDC/SD)
Street & Apt. No., or PO Box No.: 45 E. OHIO St. Birch Bayh Fed Bldg.
City, State, ZIP+4: Indianapolis IN 46204

PS Form 3800, July 2014 — See Reverse for Instructions

7014 2120 0003 5131 0963

Endorsed

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Chief Judge Jane Stinson
USDC/SD INDIANA
45 E. OHIO St.
Birch Bayh Fed. Bldg.
Indianapolis, IN.
46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R Carmichael ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7014 2120 0003 5131 0963

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540