NAME: Jeffrey Paul Cox
NUMBER: 10517042
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
18 DEC 2018 PM 2 L

Legal Mail

RECEIVED

DEC 21 2018

US CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Legal Mail

Birch Bayh Federal Bldg.
Att: Court Clerks Office

⇔10517-042⇔
Chief Jane Stinson-Usdc-Sd-In
46rm 105 E OHIO ST
Indianapolis, IN 46204
United States

INMATE
IDENTIFICATION
CONFIRMED

46204-212805