USDC / Southern Dist. IN

Jeffery Paul
Reg 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 JAN 29 PM 5:01
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

(Re) PAUL V. SUPERINTENDENT
Case no# 2:13 cv. 304
(WTL/MJD) (Capital Habeas)

1/23/2019

(pg. 1)

— Legal Letter —

|| Sorry to disturb you but b/c of problems in the Unit, I feel I should reiterate my position to the Court.

firstly; I did not KNOWINGLY / WILLINGLY endorse / draft any incriminating / inculpatory Statement (or) try to send such, (or) harass any Court / government / Public / private address.

I did try to compose a PRO-SE brief to Support my Plea (&) was told a legal orderly was agreeable to help type a traverse Summary relevant the transcripts showing my right to trial / Defense was violated.

I did NOT intend to waive my Right to appeal my innocence (or) Harmfull-Trial Error, pursuant to RG.L FRCP - but the Prisoner was Bi-Polar (&) ultimately sent inchoate work-product (&) maybe forged Documents without the Context (&) form in Brief as agreed, due to his mental-illness, which I complained about repeatedly.

USDC / Southern Dist. - IN

(pg-2)

Continued...

I did contact the Court &, offered proof of the fatal-error to amend the original issue plea; (violation of Right to 5th, 6th USC amendment); but did not agree to any Plea Bargain &, an intent to maintain my innocence considering how much of the exculpatory evidence I asserted duly, manifest &, has been affirmed since; which proves I truly did not commit the crime; could & still can prove that.

I deny any incriminating statement &, an again offering to contextualize any document (or) allegation against or attributed to me, please EXPEDITE Relief & Release me forthrightly.

Sincerely,

[signature]

Jeffery W. Paul
Reg. 10817042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN.
47808