Jeffery Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN
47808

INDIANAPOLIS IN 460
24 JAN 2019 PM 2 L

INMATE

- Legal Mail

To the Court Clerk
USDC / Southern Dist. IN.

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

RECEIVED
JAN 28 2019
U.S. CLERK'S OFFICE

PACKAGE SCREENED BY

47807-373829