OFFICE OF THE HON.JUDGE LAWRENCE-USDC-
SOUTHERN DISTRICT OF INDIANA-FEDERAL -

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 FEB 22 PM 3:18
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

Jeffery W.Paul
Rg#10517042-F.B.O.P.-
USP Terre Haute,IN.
P.O.BOX 33-Terre Haute,IN.
47808-0033

(REM:Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(CAPITAL HABEAS)
T.28 §2241-USC-(PRO-SE/COUNSEL APPOINTED)

---------------

* LEGAL LETTER TO THE JUDGE * IMPORTANT !!! *

(RE:NATIONAL SECURITY*PRO-SE Complaint )UNDUE INFLUENCE !!

Dear Judge LAWRENCE,

Please recall that the reason I wrote the Court was to complain about my captivity because I am innocent,as well as NOT DULY CONVICTED by LEGAL-STANDARDS(&)being discriminated against byway of complex procedures designed to obstruct justice,which may also be motivated by gain from my loss,which is a loss entangled with(&)may jeopardize the interests of The UNITED STATES.

I admit that Appointed Counsel filed a appeal that seemingly could win,(&)that showcased my innocence which is vindicating somewhat,but I am disturbed that(2/issues)I demanded be included in the brief were not explicitly raised outside of cumulative references,because the issues are structural-error -(&)wholly require the court to vacate both conviction(&)sentence...

(1.)My Lawyer stated that my codefendents trial constituted a conviction for me because once facts were established in FEDERAL COURT, those are the facts,so I didnt get to confront my codefendent in any capacity,though his testimony was rebutted as inculpatory by the GOVT.

(2.)My Lawyer failed to rebutt the allegation,or effectively preclude the GOVT's Perjury,which constituted a INVOLUNTARY PLEA-BARGAIN because he literally left me in a Robbery conspiracy,participating in a crime I couldnt have committed with weapons I positively did not have,any of which required the JURY to return a GUILTY Verdict,he literally argued I was guilty but didnit deserve the DEATH SENTENCE.

Continued...

This ERROR occurs in VOL.2.Pg.489-501-(OLIVERS),(&)again in VOL.4. Pg.816-(OLIVERS),MOTION-(&)is never corrected,which constitutes fatal error under T.28 FRCP R.61-HARMLESS ERROR-...

But my Lawyers didnt raise the issues explicitly because the most recent CONTROLLING AUTHORITY for the ERROR was not out from the US SUPREME COURT Until MAY 2018-see:McCOY V.LOUISIANA No#16-8255(USSct.) although,for the record,the complaint was in my ORIGINAL Pro-Se petition(&)constitutes STRUCTURAL-ERROR,(&)shouldve been included...MY request herein is timely(&)shouldnt be procedurally barred(&)is reiterated in The Motion attached in this envelope.

Further,as a minor,I developed underwriting theory preceding(&)during an internship at THE ARKANSAS BANK(&)TRUST/AB&T® ,my theory was based in part upon SOLVENCY(&)PRORITY-CLAIMS,(&)attached to famine relief efforts for 3rd world bailouts,then revised to ensure emerging MONEY-MARKETS which were supposedly going to be attached to TREASURY Subsidy accounts at The World Bank(&)securable via a rating system I also help establish...conceptually,duly.

My Uncle was an inventor(&)so was I,(&)I cannot find the records etc. necessary to recover damages or sell my ARTICLES OF INCORPORATIONS,but Attorney Shawn Nolan,Mike Gonzales(&)Investigator Kathy Kaib,are supposed to be coming to visit this month to discuss that(&)other Civil - Rights Violations,which I want SPECIAL DAMAGES or a TORT Assessment for.

My PRIORITY CLAIMS are entangled with NATIONAL SECURITY,(&)worth TRILLIONS Annually for The U.S.A.,(&)BILLIONS for me Personally(&)create numerous jobs...

Continued...

Also,I told my Lawyer(appointed currently),to refrain from developing the mental-illness issue,because the symptoms were from blunt force(&)exposure to decibals(&)other real phenomena but would be construed as hereditary defect...(appointed Counsel) literally refused(&)thats the 2nd time Ive had Lawyers do that which I know to be a COLD-WAR Tactic to undermine the credibilty of subjects... COUNSEL HAS BEEN UNDULY INFLUENCED!!!

Please note,THIS IS SERIOUS,I need to consult with a Officer who can investigate former spouses etc...because I was subject of 4/FOUR ARMED ASSASSINATION attempts before I was 18yrs old,originating from spousal estrangement(&)allegedly reports I made relevant to The ISIS PAPERS® see:Attach.pgs.,incl.former SOVIET UNION,(&) retaliation against cultural conservatives(white)...complaining about HIP-HOP,etc..reparations(&)compulsory miscegenation programs being proposed in The USA,Muslim Gang-members...T.18 USC Protection.

I am going to raise the issues again if counsel visits this month but surely already did,including the multi-billion($)ANTI-TRUST Complaint,from My Uncles INC.,CLEARSYSTEMS®,(&)my own revisions that I cant sell imprisoned,as well as the racial assaults etc...(&) COLD WAR stigma...but I cannot force a Lawyer to raise a complaint or they wouldve done what I requested initially! See. Att. Docs & 4pgs.

In Closing,I AM NOT DULY-CONVICTED(&)believe I was sabotaged as a citizen(&)petitioner...to what end,only who knows!

SINCERELY [signature]

Done This Day-2/18/19- Jeffery W.Paul-USP Terre Haute,IN.

# ABUSE OF PSYCHIATRY FOR POLITICAL REPRESSION IN THE SOVIET UNION

## VOLUME II

# HEARING

## TESTIMONY OF DR. NORMAN B. HIRT

SUBMITTED

TO THE

## SUBCOMMITTEE TO INVESTIGATE THE ADMINISTRATION OF THE INTERNAL SECURITY ACT AND OTHER INTERNAL SECURITY LAWS

OF THE

## COMMITTEE ON THE JUDICIARY UNITED STATES SENATE

NINETY-FOURTH CONGRESS

FIRST SESSION

STAFF INTERVIEW OF OCTOBER 27, 1972, COVERED BY JURAT OF MARCH 12, 1974

Printed for the use of the Committee on the Judiciary

SCHAFFER LIBRARY MAR 17 1975 UNION

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1975

45-229

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402 - Price $1.55
Stock Number 052-070-02750

9765317-0-4
90000

African American Studies/Psychology
C.W. Publishing
Washington, DC
ISBN 0-9765317-0-4
$16.95



Dr. Frances Cress Welsing

During the course of the struggle of African people against European racism, brutality and domination, many innovative thinkers have risen from our ranks. The greatest and most courageous scholars have devoted their lives to the pursuit of an explanation for the virtually inherent animosity most white people appear to have toward people of color. Unlike her predecessors, Dr. Frances Cress Welsing, a brilliant Washington, D.C. psychiatrist, has rejected conventional notions about the origin and perpetuation of racism. Dr. Welsing's theories, lectures and scientific papers have provoked controversy for over twenty years. Now the compilation of her work in *The Isis Papers* is destined to change the course of history.

Bernard Clegg
Chief Deputy City Attorney
City of Compton, California

The Isis Papers Dr. Frances Cress Welsing C.W. Publishing

# THE ISIS PAPERS

## THE KEYS TO THE COLORS

Dr. Frances Cress Welsing

matter on the streets each day, defiling the environment for human beings. And, is this love and worship of the dog reflected in the mirror-image of the words "God" and "dog" – even at this "advanced" stage in the expression and evolution of Western civilization and culture? Further, as relationships among people become more alienated, Western peoples and those non-white peoples who have been influenced most heavily by Western culture are gaining more satisfaction from feeding, clothing, loving and kissing canines than in feeding, clothing, loving and kissing human beings.

Western civilization's original symbolized relationship to the canine, following the African (Black) mothers' rejection of the albino mutant offsprings, undoubtedly has influenced the frequent use of the cursing expressions "bitch" and "son-of-a-bitch." These degrading expressions are used perjoratively because deep within the unconscious Western (white, albino) psyche, their rejected, mutant status is viewed perjoratively (in a world where the human norm is to have "hue").

Greater insight into the sense of alienation in Western culture is provided by the use of the word "mammy" when whites refer to a Black female caretaker, while referring to the white female caretaker as "nanny." Clearly, "nanny" is something less than "mammy." Also, the words "uncle" and "auntie," used by whites towards Blacks, bespeak an unconscious awareness of a deep and ancient familial relationship. The disrupted relationship is the origin of alienation, as supported by the symbolic rituals of Western fraternal organizations, such as the Masons and the Greek fraternities and sororities. The acting out of the "crossing of the burning sands" gives reference to the albino mutants' expulsion from Africa, across the burning sands of the Sahara Desert, out of Africa and into Europe. This was the original alienation experience of the albino whites first spawned in Africa.

From a more recent literary work than the Bible, the famous 19th century novelist Herman Melville, in his profoundly symbolic work about the white supremacy system/culture, *Moby Dick*, states:

> What is it that in the Albino man so peculiarly repels and often shocks the eye, as that sometimes he is loathed by his own kith and kin! It is





> that whiteness which invests him, a thing expressed by the name he bears. The Albino is as well made as other men – has no substantive deformity – and yet this mere aspect of all-pervading whiteness makes him more strangely hideous than the ugliest abortion: Why should this be so?

Another famous American author, Mark Twain, in a collection of articles entitled *Mark Twain on the Damned Human Race*, compliments Melville's assessment in his essay, "Skin Deep." Twain's analysis suggests the depth of alienation experienced by whites (albinos).

> ...Nearly all black and brown skins are beautiful, but a beautiful white skin is rare. How rare, one may learn by walking down a street in Paris, New York or London on a weekday — particularly an unfashionable street — and keeping count of the satisfactory complexions encountered in the course of a mile. Where dark complexions are massed, they make the whites look bleached out, unwholesome, and sometimes frankly ghastly. I could notice this as a boy, down South in the slavery days before the war. The splendid black satin skin of the South African Zulus of Durban seemed to me to come very close to perfection. I can see those Zulus yet.... handsome and intensely black creatures, moderately clothed in loose summer stuffs whose snowy whiteness made the black all the blacker by contrast. Keeping that group in my mind, I can compare those complexions with the white ones which are streaming past this London window now...

Twain continues, detailing the negative attributes of white skin:

> The advantage is with the Zulu, I think. He starts with a beautiful complexion and it will last him through. And as for the Indian, brown – firm, smooth, blemishless, pleasant and restful to the eye, afraid of no color, harmonizing with all colors, and adding grace to them all – I think there is no sort of chance for the average white complexion against that rich and perfect tint.

Finally, major documentation in Western literary symbolism that explains the origin of the global white collective's alienation – and unconscious awareness of this fact – is the stark symbolism of the profoundly important work of Edgar Rice Burroughs, the author of the

The more the Black male strives to stand, the weaker the white male feels by comparison, and the greater the white male's thrust to effeminize the Black male – to weaken the Black male's psychological potential for aggressive and assertive challenge, forcing him to remain submissive to "The Man."

The American Psychiatric Association's decision to remove homosexuality from the list of mental (behavioral) disturbances resulted from the increasing number of white males seeking this mode of sexual expression, due to an increasing consciousness of true white male weakness. Male bisexuality and homosexuality can be viewed as the sexual expression of male weakness, passivity and effeminization. The motivation for these feelings and their sexual expression results primarily from the developing challenge by "non-white" men throughout the world to white male power and projected superiority. This challenge has assumed various subtle and overt forms during recent decades.

For example, in the U.S., heavyweight boxing, basketball, baseball and football have all been taken away from white males (by Black males) as symbolic expressions of white male virility and manhood. White males have been left with only two major sports wherein they dominate (tennis and golf), and both consist of hitting *small white* balls. I need not even mention that Black men have been blocked effectively from participating in these remaining white stronghold sports. (See Chapter 10.)

It is also crushing to the collective white male ego and sense of power to be told by "colored" men called Arabs that the whites cannot have any oil to run their machines to maintain and extend their technology – their major control apparatus. Increasingly, the white male is being forced to see himself as he really is.

The white females' liberation movement is another disturbing threat to the white male's sense of power and masculinity, helping to push him to a weakened and homosexual stance. However, white females are reacting to the oppression imposed on them by white males. Feeling inferior to "non-white" males and *females*, the white male said to the white female, "Well, at least I am going to be superior to you." The white female reaction in the form of women's liberation is contributing further to white