Office of Judge Lawrence
USDC - Southern District, IN.

Jeffery Paul / W.
Rg. 10517042
USP Terre Haute, IN.
PO B 33
Terre Haute, IN.
47808

(In Rem) Paul V. Superintendent.
(WTL / MJD)
No# 2:13 CV-304 (Capital Case)

- Legal Letter; Continued - (P.S.)

Dear Judge Lawrence:

Please note I am not trying to delay my appeal, but rather **expedite** relief because I believe I am NOT duly-convicted (& could win forensic arguments proving I am innocent regardless (or) respective of any other evidence in counseled petition, (Asking for Prompt/liberal Due Process (=) Acute Schizo! I am 42yrs. old (&) Not aging well (& want to press charges for several offenses I endured to date; Not specifically the lawyers! I've been imprisoned since 1995. (&) have no savings, spouse, children or future options?! If Born tomorrow I'd be 60 Yrs. w/a College age child.

Sincerely, Jeffery W. Paul

2/16/2019

PSS.

I believe my Citizenship & Civil Rights & my families have been attacked by some kind of Class/Custom of Cultists who not only use Tortuous procedures but encourage others to do so, & despite knowing they effectively disfranchised me, followed me & tried to influence the Govt; incl. my legal teams & Courts/Overview to fail or act in a Complicit Role... they fundamentally violated my Rights ~~to~~ in Title USC (or State, local) Law Enforcement, dispossessed & attacked the integrity of my Spousal relationships (&) that was relevant to racial goals... I have been assaulted & ignored for decades...

I AM GOING BLIND!

Sincerely, Jeffery Paul [signature]