Jeffery Paul
Rg. 10517 042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

CERTIFIED MAIL

7016 3560 0000 4813 8879




INMATE IDENTIFICATION CONFIRMED

Legal Mail

RECEIVED
FEB 21 2019
U.S. CLERK'S OFFICE

(Att: Clerk) — USDC/SD-IN. DEATH SEN!

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

EMERGENCY
Timely Requirements !!

Time Sensitive !

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-[illegible]

RECEIVED
FEB 21 2019
U.S. CLERK'S OFFICE