The Southern District,USDC-IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO.BOX 33
Terre Haute,IN.
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 FEB 22 PM 3:17
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

*Paul V.Superintendent(WTL/MJD)
Case No#2:13 cv 304(CAPITAL HABEAS)
(RE:FILING(&)NOTICE OF INTENT)
*MOTION(IN REM:McCOY V.LOUISIANA NO#16-8255(Sct.MAY 2018)

----------------ATTENTION !!! COURT CLERK ATTENTION !!! -------

LEGAL Letter to THE CLERK OF THE COURT-Copy of MOTION Included-1pg.

DEAR SIRS,MA'AM-

I am trying to have this included plea, filed under the DOCKET title for my CAPITAL-HABEAS PETITION,before JUDGE LAWRENCE in a specific way to preserve the intent of the motion for the record,which should prove my request to the court(&)counsel to amend the petition in light of NEW U.S.SUPREME COURT LAW..."McCOY"-is NOT procedurally barred as untimely...my LAWYERS relied heavily on a claim under the U.S.SUPREME COURT decision in JOHNSON V.UNITED STATES 135 S.Ct.2551-(2015),but there is a procedural bar being applied to untimely petitions so I need to preserve a timely notice of intent.

The fact is that I was convicted byway of INVOLUNTARY PLEA-BARGAIN, when appointed counsel attempts to comply with terms of a rejected plea (&)entered a sentence mitigater during the GUILT/INNOCENCE Phase of my TRIAL,foreclosing my right to Jurisprudence/Defense entirely...I've sent notice to 5 FEDERAL DEFENDERS Offices raising the issue but did not get a COUNSELED Petition to a Pro-Se Plea because The SUPREME COURT just re-viewed the issues in MAY 2018-(&)my appeal was filed APRIL(reply).

Sincerely *Jeffery W. Paul* *
Jeffery W.Paul Rg.10517042

Done this Day-
2/8/2019-

DAWN CLARK
Notary Public - Seal
State of Indiana
Vigo County
My Commission Expires Feb 25, 2022

*D Clark*