USDC/SOUTHERN DISTRICT,IN.



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 FEB 22 PM 3:17
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

In Rem:PAUL V.SUPERINTENDENT(WTL/MJD)
Case No#2:13 CV 304(CAPITAL HABEAS/PRO SE)-
COUNSEL APPOINTED-

------------------

*MOTION(IN REM:McCoy V.Louisina No#16-8255(USSct-MAY 2018)
EMERGENCY MOTION FOR ORDER TO COUNSEL TO FILE AMENDMENTS TO THE COUNSELED PETITION TO AVOID A PROCEDURAL TIME BAR-

Comes now The Petitioner Pro-Se does move the Court in The above-styled action to issue an order(via)uncounseled correspondence,to avoid an untimely bar of a newly developed SUPREME COURT Collateral Claim-

-SUMMARY OF THE PLEA-

The Petitioner asserts that the Court should waive strikes(&)has cause to do so,see:WALLACE V.BALDWIN 895 F.3d 481(7th Cir,2018)-,the matter creates imminent danger of affirming a UNDULY Rendered Conviction which creates more physical risk,see:PLRA 28 §1915(g)-.

The Petitioner claims that Counsel was appointed in 2014-from Federal Defenders Office of The EASTERN DISTRICT(*)PENNSYLVANIA,MR.SHAWN NOLAN, Chief of The Capital Habeas Unit...that Office is familiar with the case (&)the issue(&)may file a timely brief/amendment under the"McCOY" issue which clearly delineates what an involuntary PLEA-BARGAIN is,(&)why that is STRUCTURAL ERROR...which is a mirror image of my case(&)should require the Court to forthrightly grant relief of both conviction(&)sentence...the amendment MUST BE FILED NO LATER THAN APRIL 31 2019!

Please order ATTORNEY SHAWN NOLAN,(et al)FDO/PA-to file the amended summary of the"McCOY"issue,relevant to my case no later than 4/31/19-

Done This Day-
2/8/2019-

RESPECTFULLY SUBMITTED,

Signed [signature]

JEFFERY W.PAUL Rg#10517042
USP Terre Haute,IN.
PO Box 33/Terre Haute,IN.
47808-0033

...N CLARK
...ary Public - Seal
State of Indiana
Vigo County
...sion Expires Feb 25, 2022
[signature]