UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:13-cv-00304-WTL-MJD |
| | ) | |
| SUPERINTENDENT, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Entry Staying Case**

One of the central legal questions in this case is whether the definition of "crime of violence" in 18 U.S.C. § 924(c)(3)(B) is unconstitutional. The Supreme Court recently granted certiorari on this exact question in *United States v. Davis*, No. 18-431. Because the Supreme Court granted certiorari in *Davis*, the Seventh Circuit stayed a consolidated appeal raising this question. *See United States v. Jenkins*, No. 14-2898 (7th Cir. Jan. 18, 2019).

"[D]istrict courts have the inherent authority to manage their dockets and courtrooms." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016). This includes the "authority to issue stays" in habeas actions. *Ryan v. Gonzales*, 568 U.S. 57, 73 (2013). As the Seventh Circuit did in *Jenkins*, the Court concludes that staying this case pending a decision in *Davis* is the most efficient course.

Accordingly, this action is **stayed** pending the Supreme Court's decision in *United States v. Davis*, No. 18-431. Petitioner shall have **fourteen days** from the date the Supreme Court issues a decision in *Davis* to file a notice with the Court. The **clerk is directed** to administratively close this action on the docket. Once Petitioner files the ordered notice, the Court will administratively open this action and direct how this action will proceed to resolution.

**IT IS SO ORDERED.**

Date: 3/20/2019

William T. Lawrence

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey Bradford Kahan
U.S. DEPARTMENT OF JUSTICE
jeffrey.kahan@usdoj.gov

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
winfield.ong@usdoj.gov

Leigh Skipper
FEDERAL COMMUNITY DEFENDER
leigh_skipper@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov

Jeffrey Alan Zick
UNITED STATES DEPARTMENT OF JUSTICE
jeffrey.zick@usdoj.gov