USDC / Southern Dist. of IN.

Jeffery Paul-W.
Rg. 10517042
USP Terre Haute, IN.
PO B 33 / Terre Haute, IN.
47808

(Re) Paul v. Superintendent (WTL/MJD)
No# 2:13 cv. 304 (Capital Habeas) - (pg. 1 of 2)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 APR 11 PM 4:22
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS CLERK

★ Legal Letter to the Judges ★

Dear Sirs, Honors -

I did meet w/ Attorney Mike Gonzales from The Fed-Defenders office of The E. Dist. of PA. who visited w/ Chief Shawn Nolan of The Capital Habeas Unit, on 3/28/19, here in the Visitation Room at USP Terre Haute, IN. Special Confinement Unit.

MR Gonzales brought a copy of The "McCoy" issue see. McCoy v. Louisiana 16-8255 (Sct. 5/2018) - which appeared to be generated off their office computer and he stated he would be filing a Motion w/you this Month (April) per my Request; relevant. I believe he indicated that he does not have a order from the Court to file an amendment but is acting according to my Request.

Respectfully [signature]
4/8/2019

Done this day -

USDC / Southern Dist. of Ind.

Addendum; 4/8/19

P.S. (pg. 2 of 2)

Honors: (Re; Inhumane Captivity; loss!

Although the Attorneys Say they Can & will represent me, I am in the 22nd Year of Captivity & the Principal evidence &, facts Showing my Conviction was; &, is a fundamental miscarriage of Justice no reasonable examiner Could've missed, which should prevail.
The delay is inexplicable &, Conditions of my Captivity depraved; I need relief now.
All my intellectual property rights have been exposed &, infringed affecting every aspect of my, &, my families life w/ residuals entangled w/ National Interests.
I am asking the Court to expedite a liberal resolution of the matters &, Compensate me in Good-faith or pass the case.
I do not know what I did to deserve the type of Hatred necessary to initiate the type of Wholesale Disfranchisement I am Suffering &, have repeatedly attempted to initiate criminal Complaint to resolve the matters, lacking other legal recourse due to disparate treatment.

Sincerely, [signature]