Jeffery Paul
Rg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

08 APR 2019 PM 9 T

UNITED STATES MARSHAL
PACKAGE SCREENED BY

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

To The Clerk of The Court
USDC / Southern Dist. of IN.

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

RECEIVED
APR 10 2019
U.S. CLERK'S OFFICE

47807$3738