USDC / Southern Dist. IN.

Jeffery Paul
10512042
USP Terre Haute, IN.
PO B 33
Terre Haute, IN.
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 MAY -7 PM 4:58
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

(Re) Paul V. Superintendent
(WTL/MJD) 2:13 cv 304 (T28-2241)
- Capital Habeas -

(Re) - Due Process - (URGENT!!!) -

Dear Judge Lawrence (et al),

Will You please review expedited process & apply that to this case so I can be released this year... it's been way too long & the psychological effect is pure evil! & Physical effect egregious & undue injury at least & plainly.

I do not understand why the timelines to liberally process my case under the FRCP - have not been applied to my case & the infringement of my Intellectual Property rights including innovative proposals for applied Rotary Motion Inverters (Energy) - are world changing & jeopardize the no 1 rating of the USA

Please expedite this case or directly answer me.

Sincerely [signature]

5/2/19