Jeffery Paul
10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
03 MAY 2019 PM 7 L

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY

Legal mail

C/o The Court Clerk,
USDC / Southern Dist. IN.
Federal

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

RECEIVED
MAY - 6 2019
U.S. CLERK'S OFFICE

47807-373829