USDC / Southern Dist., IN.

Jeffrey Paul / 10517-042
USP Terre Haute, IN.
Po Box 33
T. Haute, IN. 47808

(Re) Legal visit, Process;
Paul v. Superintendent - (T.28 § 2241)
Case no. 213.cv.304 (WTL/MJD)

Legal Letter to the Judge -

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 MAY 13 PM 4:22
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS CLERK

Dear Sirs;

I have been imprisoned w/no relief whatsoever for over 22 years & I am not aging well & I get no contact visits & little money.

This Court just dismissed another attempt to restructure financially & get some relief from prima-facie claims due to inability to pay the fee.

I have no money & I cannot financially restructure w/out legal assistance or Court order!

I had a legal visit 4/29/19 w/ Investigator Kathy Kaib & she related that MR. Michael Gonzales would be filing the "McCoy" issue I requested appended to Counseled Petition & the financial synopsis I own & critiqued to revise & maintain repeatedly; he says he's filing the "McCoy" issue 5/14/19 -

The FBOP have multiple policy statements relevant to interdiction & immediate relief & are aware of my requests for Nominal Sentence Relief ad-interim; the new trial (or) dismissal / vacateur, but

Cont...

... refuse to facilitate process for me, despite having certain knowledge the captivity & conditions are undue & unduly harsh &; effecting me disproportionately b/c of the financial requirements needed to maintain a complaint / business returns etc... (prove a crime occurred) — the nonfeasance is cruel & at this point malicious & exposed my rights (Intellectual Property) to competitors domestic & foreign &, also; my appeals, inciting obstruction.

I asked Kathy Kaib to contact FBI & assist a complaint because the documents show that my conviction & sentence was returned byway of prima facie structural error &, maintained byway, felonious government misconduct, Ms. Kaib says she cannot facilitate that w/out permission from Shawn Nolan Chief of the PA Capital Habeas Unit; & she intends to speak w/him.

Please consider I've been imprisoned for over 22 years b/c of a lawyers decision to waive my defense &, comply w/a plea bargain I explicitly denied &, MULTITUDES of parties TRUSTED to guarantee due-process have been "alerted" & chose to relegate the claim w/ no comment (or) erroneous by any standard interpretation of the law...

U.S. / Southern Dist. Ind.

(pg. 3)

Cont. →

again...

My Rights to due-process have been violated in a way that is Plain ($) requires prompt (&) equitible Due process for a person innocent until proven guilty & being illegally restrained.

I believe my right to release & restitution is being attacked & I am going blind & still have no children & cannot imagine what a decent woman would want w/ me; & have no spouse... thats by design & wasnt completely true in 2002 when I got my Transcripts!

I want to press criminal complaints for several matters relevant to Torture by the FBOP ($) am requesting you expedite relief or remand for a transfer of the case to a appropriate action... I am very clearly in danger of being put to death w/ no oversight despite proving Structural-Error & Actual-Innocense by given (or) ANY Standard...

I urge you to do the right thing which is long overdue now, & needs scheduling.

Sincerely;

[signature]

5/7/2019