Jeffery Paul
10517-042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808




INMATE
IDENTIFICATION
CONFIRMED

Legal mail

RECEIVED

MAY 10 2019

U.S. CLERK'S OFFICE

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

47807$3738 C047