UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, et al.<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:13-cv-00304-WTL-MJD |

**Order Lifting Stay and Directing Further Proceedings**

The Court stayed this action pending the Supreme Court's resolution of *United States v. Davis*, No. 18-431. The Supreme Court issued a decision in *Davis* on June 24, 2019. Accordingly, this action is no longer stayed.

Respondent shall have **through August 9, 2019**, in which to file a supplemental brief addressing how the Supreme Court's decision in *Davis* impacts the issues in this action. Petitioner shall have **through September 6, 2019**, to file a responsive supplemental brief.

The clerk is **directed** to re-open this action on the docket.

**IT IS SO ORDERED.**

Date: 6/26/2019

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey Bradford Kahan
U.S. DEPARTMENT OF JUSTICE
jeffrey.kahan@usdoj.gov

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
winfield.ong@usdoj.gov

Leigh Skipper
FEDERAL COMMUNITY DEFENDER
leigh_skipper@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov

Jeffrey Alan Zick
UNITED STATES DEPARTMENT OF JUSTICE
jeffrey.zick@usdoj.gov