**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| JEFFERY WILLIAM PAUL | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 2:13−cv−00304−JMS−MJD |
| | ) |
| SUPERINTENDENT | ) |
| Defendant(s) | ) |

## ORDER REASSIGNING CASE

Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40−1(f) of the Southern District of Indiana, the above matter is to be reassigned from the docket of Judge William T. Lawrence to the docket of the newly assigned Jane Magnus−Stinson. **Please note that cause number 2:13−cv−00304−JMS−MJD should be used on all future filings.**

All case schedule and deadlines before the District and Magistrate Judge remain unchanged at this time, including hearing, conference, and trial dates. In the event that any calendared dates must be vacated and reassigned, the parties will receive notice by separate order.

DATE: July 1, 2019

s/ Hon. Jane Magnus−Stinson, Chief Judge
United States District Court
Southern District of Indiana