USDC Southern Dist of IN

FILED
JUL 02 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Jeffery Paul C.
10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

- Capital Case / Death Sent -

(In Rem) 2:13 cv. 304 (~~WTL~~ JMS /MJD) (pg. 1)
Paul v. Superintendent -
T. 28 2241 - Habeas Corpus -

- Legal Letter - Attached (2) pgs. Copy -

Dear Judge Lawrence & Dinsmore;

Please note I am including a (2 pg.) copy of leading Ed - pg. featuring -

United States v. Davis (No. 18-431) (S.Ct. 6/24/19) - (Re) 18. USC 924(c) -

Im including both pages though my intention is to request You order my Lawyer, MR. Shawn Nolan - of P.A. office to file an appropriate Motion for Due-Process under this new ruling &) expedite that remand, that law is Now Unconstitutionally vague (& I still havent gotten my Day in Court!

USDC Southern Dist of In (Pg. 2)

Continued -

I am innocent & I never got a merits review of my Actual-Innocence claims which could be presented with authoritive Jury Instructions relevant to forensics & witness Impeachment that wholly exonerate me.

Sincerely,

Jeffery Paul W.

(Done this Day 6/24/19)

Jeffery Paul W.