NAME: Jeffery Paul W.
NUMBER: 10517042
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
25 JUN 2019 PM 1 L

INMATE IDENTIFICATION CONFIRMED

Legal Mail

c/o USDC Court Clerk
Southern Dist. of IN.

[redacted]

RECEIVED
JUL 01 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

⇔10517-042⇔
Att! Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

RECEIVED
JUN 27 2019
U.S. CLERK'S OFFICE

47807-373829