UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JEFFREY WILLIAM PAUL**, | § | |
| | § | |
| Petitioner, | § | |
| | § | No. 2:13-cv-00304-JMS-MJD |
| v. | § | |
| | § | |
| **SUPERINTENDENT**, USP-Terre Haute | § | |
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Respondents. | § | |

---

**RESPONDENT'S UNOPPOSED MOTION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING**

---

Respondent, by and through undersigned counsel, hereby respectfully moves this Court to extend by 28 days, until and including September 6, 2019, the government's time to file a supplemental brief on the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019).

1. Among other claims, inmate Jeffrey William Paul petitioned under 28 U.S.C. § 2241 to vacate his conviction under 18 U.S.C. § 924(c), the statute addressed by the Supreme Court's *Davis* opinion. *See* 139 S. Ct. at 2336.

2. On June 26, 2019, this Court entered an order permitting the government until August 9, 2019, to file a supplemental brief about the effect of *Davis* on Paul's petition. ECF No. 224.

3. Good cause supports extending the government's time to respond. *Davis* implicates part of a frequently-charged statute, currently subject to multiple challenges throughout the country. Ensuring the government presents a consistent position on *Davis* will

require guidance from components of the Department of Justice. Those components have not yet released nationwide guidance on *Davis*.

4. The government does not seek this extension to delay but to allow sufficient time to prepare a complete and accurate brief.

5. On August 1, 2019, counsel for the government conferred by e-mail with Paul's attorney, Shawn Nolan, who does not oppose this request for an extension of time.

Dated: August 2, 2019:

Respectfully submitted,

DUANE KEES
United States Attorney,
Western District of Arkansas

*S/Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section
U.S. Dept. of Justice
1331 F. Street, NW; 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax

## Certificate of Service

I certify that on August 2, 2019, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

Leigh Skipper
Email:Leigh_Skipper@fd.Org

Peter Konrad Williams
Email:Pete_Williams@fd.Org

Shawn Nolan
Email:Shawn_Nolan@fd.Org

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section