UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JEFFREY WILLIAM PAUL**, | § | |
| | § | |
| Petitioner, | § | |
| | § | No. 2:13-cv-00304-JMS-MJD |
| v. | § | |
| | § | |
| **SUPERINTENDENT**, USP-Terre Haute | § | |
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Respondents. | § | |

**[Proposed] ORDER GRANTING MOTION TO EXTEND TIME**

For good cause shown, this Court grants Respondent until September 6, 2019, to file a supplemental brief on the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019). Petitioner shall have through October 7, 2019, to file a responsive supplemental brief.

Dated: ______________________

So Ordered: ___________________________________
JANE MAGNUS-STINSON
U.S. District Court Judge
Southern District of Indiana

Submitted by: *S/Jeffrey B. Kahan*

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.