Jeffery Paul 10517042
USP Terre Haute, IN
Po Box 33
Terre Haute, IN.
47808

INMATE IDENTIFICATION CONFIRMED

Legal (m

Office of Judge Lawrence / Dinsmore -
c/o The Clerk - USDC Southern Dist of, IN.
CAPITAL - CASE
921 OHIO St., Room 104
Terre Haute, IN.
47801

RECEIVED

AUG 01 2019

U.S. CLERK'S OFFICE