UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| **JEFFREY WILLIAM PAUL**, | § | |
| | § | |
| Petitioner, | § | |
| | § | No. 2:13-cv-00304-JMS-MJD |
| v. | § | |
| | § | |
| **SUPERINTENDENT**, USP-Terre Haute | § | |
| **UNITED STATES OF AMERICA**, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER GRANTING MOTION TO EXTEND TIME

For good cause shown, this Court grants Respondent until September 6, 2019, dkt. [227], to file a supplemental brief on the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019). Petitioner shall have through October 7, 2019, to file a responsive supplemental brief.

So Ordered.

Date: 8/7/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF