USDC/Southern Dist.of IN.-

Jeffery W.Paul
Rg#10517042-USP-
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808-0033

FILED
2019 SEP -3 PM 5: 10
SOUTHERN DISTRICT OF INDIANA

(IN REM-)
*PAUL V.SUPERINTENDENT-No#2:13 cv 304(WTL/MJD)
T.28 Ch.153-HABEAS CORPUS-CAPITAL CASE-

-----------

*LEGAL LETTER/REQUEST TO THE JUDGE -

Dear Sir,

Please recall that I initiated multiple actions in several districts,attempting to get a PRIMA FACIE ruling in my favor(&)recover my family,(&)revised personal intellectual property,believing a paid private lawyer would expedite the matters,(&)evidence exonerated me but was being obstructed by some type of legal snafu...

I have a severe learning disability which has been exacerbated but did read The Briefs of MR.Nolan(Chief Fed.Defender-CHU/PA Office),(&)I thought it was appropriate(&)left the Court an option to expand certain important issues such as FORENSICS,which exonerated me as well.

Please note,according to The 8cir,USCA-own decisions,I did not get DUE-PROCESS relevant to my PRO-SE appeals,including:Copy of the submissions attributed to me,see:United States V.Sellner-No.13-3794-8th Cir.(12/15/14)-,which delineated what right a Pro-Se petitioner has,stating-by:JUDGE WOLLMAN-Holding-(1.)I/M is entitled to evidentiary hearing,(2.)I/M Pro-Se §2255-MOTION was NOT,'SECOND or SUCCESSIVE"... that was his Motion to Vacate...the Court also held that an evidentiary where a fact is in dispute should be held(&)liberally construed..."

At this time I am told The PA Office has a reply by 9/6/19 order from your Office(&)I believe theyll win,(&)I should be released,but

Cont...

because of how impeded the process has been,Id like the Court to note,I attempted to file(&)redress very simple(&)Plain claims (&)I had a right to do so,see:BOP/Program Statements Policy No#1040.04 DISCRIMINATION 28 551,1315.06 LEGAL ACTIVITIES 28 543,1320.03 FEDERAL TORT CLAIMS ACT 28 543,1330.03 ADMINISTRATIVE REMEDY PROGRAM 28 542, (&)1330.14 COMPUTATION OF SENTENCE PETITION 28 571...all of which are designed to assist victims of offenses,including illegal restraint from unduly imposed sentencing...

I was viciously stalked,relegated by staff(&)believe I lost multiple options to recover from ARTICLES OF INCORPORATION,(&)pursue criminal Offenses against me,estranging me from my wife,burdening my family(&) exacerbating my attempts to effectively assist Counsel...

Please note,resolving the matter before you anyway other than in my favor is being done byway of a Juxtaposition of exclusionary options that shouldve been overwhelmed by PRIMA FACIE claims presented by Appointed Counsel(&)evident in The TRANSCRIPTS...

I am requesting release,with restitution(&)appropriate scheduling for SPECIAL DAMAGES,or transfer of Jurisdiction to that end,Ive had NO DUE-PROCESS to date under the Standards set forth by 2/CIRCUITS,other than the Appointed of Counsel,which the Govt.repititiously opposes,despite knowing its a miscarriage of justice.

SINCERELY [signature]

8/26/19-

Jeffery W.Paul(Pro-Se)-

-UNCOUNSELED CORRESPONDENCE-