Jeffery W. Paul
Reg. 10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808-0033

RECEIVED
AUG 30 2019
U.S. CLERK'S OFFICE

Legal Mail

INMATE IDENTIFICATION CONFIRMED

UNITED STATES MARSHALS
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States