A. Yes.
Q. Did he tell you what happened when they followed the old man up the trail?
A. They confronted him and he wouldn't give up his goods, so he knocked him down, started kicking on him.
Q. Okay. Then what happened?
A. After they got his stuff, they started walking off and I guess he wasn't dead, so they shot him.
Q. Pardon me?
A. I said I guess he wasn't dead or whatever, so they shot him.
Q. Okay. Did he tell you they went back?
A. Sir?
Q. Did he tell you they went back to the old man?
A. Yeah.
Q. Okay. What did Jeff Paul tell you happened when they walked back to where the old man was?
A. He was still alive.
Q. Pardon me?
A. He was still alive.
Q. And did Jeff Paul tell you he did something?
A. He shot him and he made Trint shoot him.
Q. After he shot him?
A. Right.
Q. Did Jeff Paul tell you where he shot the old man?
A. Not exactly.