Case 6:96-cr-60022-TLB Document 232 Filed 06/23/97 Page 1 of 1 PageID #: 1449

U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED
JUN 23 1997
CHRIS R. JOHNSON, CLERK
by Paul Ramsey
Deputy Clerk

Case No: 96-60022-001

Date: June 23, 1997

Page No: Day 5

| Time | |
|---|---|
| 8:45 | Court convenes |
| | Jury instructed according to the law. |
| | Closing arguments by counsel. |
| 11:50 | Lunch recess |
| 1:25 | Reconvene |
| | Jury deliberations begin |
| 2:39 | Jury returns with its verdict of guilty on Counts 1 & 2. |
| | Defendant renews motion to strike aggravating factors - denied. |
| | Phase Two - Penalty begins. |
| | Preliminary instructions to jury. |
| | Opening statements by counsel |
| | Testimony begins on behalf of plaintiff with: |
| | (1) Mary McKuin (2) Carol Sherman |
| | (3) Lawrence McCullough |
| | Plaintiff rests. |
| | Jury released until 8:30 am tomorrow. |
| 4:40 | Court adjourned. |

232