**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-JMS-MJD<br><br>**Hon. Jane Magnus-Stinson** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE SUPPLEMENTAL BRIEFING**

Petitioner, Jeffery William Paul, through counsel, respectfully requests a thirty (30) day extension of time to file supplemental briefing relating to *United States v. Davis*, 139 S. Ct. 2042 (2019). In support of his request, Petitioner states as follows:

1. Petitioner is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute. Petitioner's counsel have filed an Amended Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, which is currently pending before this Court. This Amended Petition includes, inter alia, a request that this Court vacate Petitioner's conviction under 18 U.S.C. § 924(c) and death sentence based on *United States v. Johnson*, 135 S. Ct. 2551 (2015). Dkt. No. 103.

2. After briefing was completed, the Court stayed the proceedings pending the Supreme Court's decision in *Davis* and subsequently ordered supplemental briefing on *Davis* after the Supreme Court issued its opinion. Dkt. No. 224. Respondents filed their supplemental

briefing on September 6, 2019. Dkt. No. 231. Petitioner's supplemental brief is currently due on October 7, 2019. Dkt. No. 229.

3. Mr. Paul respectfully requests an additional thirty (30) days, until November 6, 2019, to submit his supplemental briefing. Respondents raise a number of issues in their supplemental brief to which Petitioner wishes to respond. Although Petitioner's counsel have made substantial progress in the supplemental briefing, they require an additional thirty days to conduct the research and drafting necessary to provide this Court with professionally adequate submission.

4. On October 3, 2019, counsel for Respondents indicated that Respondents have no objection to Petitioner's request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully request leave for an extension of thirty (30) days to file his supplemental brief regarding *United States v. Davis*. (A proposed order is attached.)

Respectfully Submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: October 4, 2019

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 4th day of October, 2019, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

James R. Wood, Esquire
Chief, Appeals Division
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey B. Kahan, Esquire
Trial Attorney
U.S. Department of Justice, Capital Case Section
1331 F Street, NW
Washington, DC 20005

/s/ Peter Williams
PETER WILLIAMS