**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-JMS-MJD<br><br>**Hon. Jane Magnus-Stinson** |

**ORDER**

AND NOW, this ___________ day of ___________, 2019, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File Supplemental Briefing, it is hereby ORDERED that Petitioner's Motion is GRANTED, and Petitioner shall his supplemental brief on the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019) later than November 6, 2019.

BY THE COURT:

_________________________________
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana