**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-JMS-MJD<br><br>**Hon. Jane Magnus-Stinson** |

**ORDER**

AND NOW, this 7th day of October, 2019, upon consideration of Petitioner's Unopposed Motion for Extension of Time to File Supplemental Briefing, it is hereby ORDERED that Petitioner's Motion, dkt. [232], is GRANTED, and Petitioner shall his supplemental brief on the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019) later than November 6, 2019.

BY THE COURT:

Date: 10/7/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF