USDC/Southern District of IN.

FILED
DEC 1 9 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Jeffery W.Paul
Rg#10517-042-
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808-0033

InRem:Paul V.SUPERINTENDENT(JMS/WTL)
Case No#2:13 cv 304(CAPITAL HABEAS)-

*LEGAL LETTER TO THE CHIEF JUDGE * - UNCOUNSELED CORRESPONDENCE -

Dear Judge STINSON(CHIEF)-

Congratulations on your great achievement,I know your family (&)peers must be proud of your appointment to such a esteemed position.

Over the holidays,please consider that I have had NO CONTACT VISITS,(&)restricted correspondence with my family for over 23 Yrs. now,(&) I believe I can prove thats a FUNDAMENTAL MISCARRIAGE OF JUSTICE,by any standard of review.

Currently,Ive suffered in imprisonment through the productive years of my life,despite having proof available since DIRECT Appeals that proves Im not only unduly convicted,but shouldve been innocent, which couldve been properly presented in compelling motions but for COUNSELS MISCONDUCT on direct,(&)subsequent relegation by the Courts.

I need to be released,with restitution,am being disfranchised,tortured,sustaining physical injury,financial loss byway of paradigms explicitly proscribed in our constitution.

Again,if you need to talk to me,I will answer any questions to the best of my ability,deny Ive committed any crime,am requesting that you promptly,liberaly remand this case,with a SPECIAL DAMAGES request for Intellectual Property rights,(&)compound crimes Ive endured byway of NON/MALFEASANCE of Government Appointees.

Done this day
(12/16/19)-

Signed [signature] *
Jeffery W.Paul 10517042