Jeffery Paul W
10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

Legal Mail

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

DEC 2019 AM 1 L

FOREVER USA PURPLE HEART 2014

RECEIVED
DEC 18 2019
U.S. CLERK'S OFFICE

INMATE
IDENTIFICATION
CONFIRMED

Chief Judge Jane Stinson
c/o The Clerks office, for
The Southern Dist. of IN.
United States District Court
921 OHIO Street, RM. 104
Terre Haute, IN.
47801

Legal Mail

47807-373899