USDC/Southern District of IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2020 JAN -2 PM 3:59
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS CLERK

Inrem:"Paul V.Superintendent"(Judge STINSON)

Case No#2:13 cv 304(CAPITAL HABEAS)-

------------UNCOUNSELED CORRESPONDENCE---------

* MOTION TO ATTACH LEGAL INTENT STATEMENT TO PENDING APPEAL for DUE PROCESS PURSUANT TO HABEAS REVIEW §2255(e) *

Comes now The Petitioner PRO SE,does submit the following plea in Amicus,to inform the Court of the purpose(&)scope of review at hand via,COUNSELED Petition pursuant to relief under The NEW LAW rendering the 924(c)statute unconstitutionally vague,byway of The UNITED STATES SUPREME COURT DECISION-"DAVIS"No#18-431(SCt.)6/24/19.

This Court ordered appointed Counsel to file a supplemental on 11/6/19,which they did,(&)although the case should result in my complete exoneration(&)release with restitution,I feel I should be allowed to reiterate that I am being tortured(&)was convicted in violation of my fundamental CONSTITUTIONAL Rights,when TRIAL COUNSEL attempted to comply with terms of a rejected PLEA-BARGAIN,which is an issue Ive tried to raise,inneffectively to date,but an issue delineated as STRUCTURAL ERROR most recently in The UNITED STATES SUPREME COURT DECISION-"McCOY"No#16-8255(SCt.)5/14/18.

Although I repeatedly attempted to garner a CERTIFICATE OF APPEALIBILITY on this issue,(&)Counsel submitted a request for PRIMA-FACIE review,that was denied in July 2019,with no comment,(&)because the issue requires an immediate vacateur,I believe a FUNDAMENTAL MISCARRIAGE OF JUSTICE has occurred,so herein reraise the issue with the appropriate cross references for your consideration.

Cont...

Firstly,the opinion in,"McCoy"held the following as LAW...

"The 6th Amendment guarantees a defendant the right to choose the OBJECTIVE of his defense(&)to insist counsel refrain from admitting guilt,even when counsel's experience based view is that confessing guilt offers the defendant the best chance to avoid the DEATH PENALTY."

A "McCoy"error is STRUCTURAL ERROR,(&)requires a immediate vacateur,remand(&)DOUBLE JEOPARDY may apply.

Clearly,the issue is applicable in the case on appeal(&)would be available via §2255(e)(SAVINGS CLAUSE),because I am not waiving the matter(&)its a manifest injustice subordinate to purview of the Court,constitutional error compelling CAUSE OF ACTION in law...again,TRIAL COUNSEL (&)I discussed the case(&)offer of Lenity in exchange for a contrition/guilty plea,pretrial,(&)I rejected the offer,claimed I was NOT GUILTY,(&)statements attributed to me were out of context,coerced,(&)the Judge certainly knew I intended to win,because he reminded the court multiple times that I plead NOT-GUILTY,see:TRANSCRIPTS Pg.459,842...(&)I had previously successfully assisted counsel on STATE RELATED CHARGES for an ACQUITTAL,see:Pg. 1165...

Despite the fact that Id claimed to be only a witness,see:Pg.812-814...testimony of FBI Agent,(&)was confused about why I was being prosecuted,see:Pg.743(&)1171-1172...I knew that I was being scape-goated(&)was told to"Shut-Up",during the trial,(&)TRIAL COUNSEL proceded with his own rejected strategy,which was admit guilt to 1st degree MURDER,(&)ask for a Sentence review under 2nd degree guidelines.

Cont...

Counsel disregarded my Plea regardless of my express intention (&)not only omitted my alibi(&)ADMITTED GUILT to the Crime,but defamed my(&)my families Character,(&)allowed the Government to impugn exonerating FORENSIC REPORTS theyd previously admitted as unequivical when used to acquire warrants for me...see:TRIAL COUNSELS OPENING,Pg.489-500,(&)CLOSING,Pg.879-900...which is during The GUILT/INNOCENCE Phase (&)foreclosed the Jurys verdict,violating my right to support my plea with counsel,which is all I had to prove on COLLATERAL Claims,the USAO knew before the trial was over,see:Pg.904.

I am very disturbed to still be imprisoned over 20 years after realizing this Claim was in the record,(&)feel like Im being exterminated as a CLASS,because the FEDERAL COURTS/B.O.P. have taken the liberty for redressing the issue with substantative process,despite being alerted to the fact(&)relevance for decades!

-------IN SUMMARY REQUEST FOR RELIEF------------

The Petitioner PRO-SE,does submit this AMICUS brief as a Supplemental to COUNSELED-<u>HABEAS CORPUS</u> PETITITIONS-,pursuant to remand for restitution,release(&)further review or appropriate process to redress compound injury from illegal-restraint Ive sustained consequently,(&)for the Court to EXPEDITE that.

Respectfully Submitted,

Done this Day-
(12/23/2019)-

Signed *Jeffery W. Paul*
Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.