Jeffery Paul
10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

25 DEC 2019 PM 6 L

USA PURPLE HEART

Legal Mail

(— IN TERM CAPITAL HABEAS —)
Att: Judge Jane Stinson (Chief)
c/o The Court Clerks office

⇔10517-042⇔
Federal Court-USDC
104 Rm- 921 Ohio St
Terre Haute, IN 47801
United States

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
DEC 3 0 2019
U.S. CLERK'S OFFICE

INMATE
IDENTIFICATION
CONFIRMED

47807-373829