USDC/Southern Dist.of IN.

Jeffery Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

InRem:"Paul V.Superintendent"(WTL/MJD)
Case No#2:13 cv 304(HABEAS CORPUS)
T.28 Ch.153-§2241-



-LEGAL LETTER to The Court-EXHIBIT 1pg.Attached-

FILED
JAN 24 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

The Hon.JUDGE STINSON,(et al)-

Dear Sirs,

I am currently on appeal before this Court(&)have repeatedly attempted to assist counsel using the B.O.P.facilities at hand,(&)also maintain some endeavors I initiated previous to my arrest(&)conviction with no success.

However,with regard to several matters of conceptual nature including COMPUTER SOURCE-CODE,FINANCIAL UNDERWRITING CONVERSIONS,(&)PRIORITY CLAIMS Theory for ensurance ratings...some of my inventions I attempted to revise have been exposed(&)obstructed,including a FREE-ENERGY Generator which uses existing technology to create electricity from turbines/rotary motion inverters that would be coupled up to a adapted FORWARD ASSIST,(&)SCALED DOWN for multi-purpose MUNICIPAL,HOME/PERSONAL(&)VEHICLE generators...the synopsis calls for a SPECTRUM ANALYSIS,(&)Upfront money,et al)remittance from futures at terms,(&)the invention has FAR REACHING implications for THE DEPT.OF DEFENSE/ENERGY,including NATIONAL SECURITY of The U.S.A.,(&)WORLDOVER...

I tried to make some copies from this Prison Copier for my ATTORNEY CLIENT CORRESPONDENCE(&)The Machine Landscaped the copies repeatedly(&)wouldnt reset despite being manually reset successfully previously.

Cont...

I believe thats some kind of "HACK",causing the machines to default(&)produce the botched copies,(&)that other facilities are "HACKED",like stagecraft(&)thats why my work is not being rewarded.

Please note the registration I sent to ATTORNEY MICHAEL GONZALES *Office at the FEDERAL DEFENDERS Office,EASTERN DISTRICT of PA.,C/O Chief of The CAPITAL HABEAS UNIT MR.SHAWN NOLAN,is under the working Title-"Rōtagy"/"Roto-"G"®,to DO BUSINESS AS TRADEMARK-,which I want $10 BILLION for,(&)Futures,Upfront for a functional prototype to be further developed.

Ive really been extensively STALKED(&)believe Im being Obstructed to ultimately Rob/Steal byway of LARCENY/ANTITRUST actions,but am constantly aware The U.S.A. has diverse interests internationally(&) my Class is considered Offensive to some powerful media/political Special Interest Groups which have interracted with me to injurious effect for decades,Ive REPETITIOUSLY Attempted to raise my concerns to no avail with STATE/FEDERAL LAW,The B.O.P.,(&)these Courts...please note my latest attempt to revise(&)maintain my intellectual property is against old initiatives that may prove antique(&)secure a 1st ENTRY PATENT for The U.S.A. guaranteeing the country a Partner Share of a future BUSINESS/GOVERNMENT MODEL being SOLICITED by BOTH,The EUROPEAN UNION (& ) THE UNITED NATIONS.

Sincerely [signature] *

Jeffery William Paul
Rg#10517-042

Done This Day-
(1/20/2020)