(Landscape copy) (Botched)

EXHIBIT I

Dear MIKE GONZALES(Attorney)-

Hey Please dont forget that SHAWN NOLAN told me he was going to get you to take care of this for me,because hes doing the HABEAS Stuff...REMEMBER?

So Im sending the papers I handed out to you during visit in 2018-,please let me know whether you can read them or not so I can adjust accordingly,I need some feedback...

SENSITIVE

Remember,the patent is for a spectrum analysis of turbine technology,(ROTARY MOTION INVERTERS),already used on WINDMILLS,HYDRO-ELECTRIC(DAMS),etc...

What I want to do is scale down a inverter,hook the rotary up to a FORWARD ASSIST,that would include 3/innovative adaptations: (1.)a set of weights affixed to a axle that would rotate under its own inertia,reach equilibrium.(2.)a magnetic cradle that would push/pull the axle around at a determinable rate.(3.)a electrical motor that runs on battery,hooked up to the axle w/a sensor that could tell the generator to charge itself back up,while running the inverter.

I do not have the JARGON to delve but want feedback(&)am willing to escrow upfront money pending a functional prototype for municipal, HOME Personal(&)Vehicle generators,but I DID ask for $10(BILLION)upfront,(&)retain shares(&)futures negotiable...so I need you to contact the appropriate parties for a verbal meeting/summary of the patent,probably the DEFENSE DEPT. if TOO MANY People see the ideas!

Please get with me A.S.A.P.!!!

1/7/2020

Signed [signature]