Jeffery Paul
10517042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
21 JAN 2020 PM 4 L

PURPLE HEART 2014 FOREVER USA

RECEIVED
JAN 23 2020
U.S. CLERK'S OFFICE

Hon. Jane Stinson CHIEF (et al)
USDC Southern Dist., IN.
℅ The Office of The Clerk ($)

-Legal Mail-

⇔10517-042⇔
Judge Lawrence
921 Ohio Street/Rm.104
Terre Haute, IN 47801
United States

INMATE IDENTIFICATION CONFIRMED

RECEIVED
JAN 23 2020
U.S. CLERK'S OFFICE

47807-373829

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER