USDC/Southern Dis.of IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

INREM:"Paul V.Superintendent"(JMS)
Case No#2:13 cv 304(CAPITAL HABEAS)

FILED
FEB 12 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

-------------------

- MOTION TO ATTACH DOCUMENTS TO COUNSELED PETITION FOR RELIEF OF INJURY PURSUANT TO SPECIAL DAMAGES -

-------------------

Comes now the Petitioner PRO-SE does hereby UNCOUNSELED CORRESPONDENCE Move the court to consolidate this plea for relief in the abovestyled action,to prevent a FUNDAMENTAL MISCARRIAGE of JUSTICE -

- SUMMARY - (5 )Pgs.ATTACHED EXHIBITS -

Now,on this day 2/4/2020 the response to ADMINISTRATIVE REMEDY NO# 982558-A1 was handed to me through the door by the UNIT Team here in SCU,which exausts my attempt to redress several grievances...the response in part delegates purview to appointed Counsel,but also leaves the option to solicit assistance from Support staff at this prison which is a response Ive received before(&)attempted to utilize but to date,failed to effectively relate an intelligible complaint within the scope of B.O.P. personnels duty/means to resolve...the FBI simply refuse to respond,choosing to ignore CIVIL RIGHTS Laws,or criminal complaints.

The petitioner claims the 3.pg response is the result of a DOZEN previous attempts to grieve,(&)although there are 2 venues,whole inadequate because of the length of time transpiring(&)Class of petitioner; (ie)PERSON W/SUSTAINED INJURY EXPERIENCING SYMPTOMS OF LEARNING DISABILITY,recovering material evidence is now daunting,with the exception

Cont...

of The B.O.P. records of attempts(&)papers sent to the Court (&)LAWYERS Offices...see:Pg.1,2(&)3.

The complaints were mainly that Ive been chronically disoriented, obstructed byway of impediment(&)misinformation attempting to file PRO SE pleas,including financial restructuring intellectual property entangled with The USA...that a BIPOLAR Prisoner was allowed to obtain copy of my transcripts before I even had the chance to read them,claimed to be a PARALEGAL appointed by Prison Staff which staff affirmed as a LAW LIBRARY Clerk,agreed to type(&)legally proofread claims to send to Courts,including this one,but instead sent WORK - PRODUCT I sent from notes I took related to HARMLESS ERROR R.61 FRCP claims I attempted to raise under a T.28 §2255-which exausted my right to MOVE the Court PRO SE on CAPITAL CLAIMS,as well as TORT byway of accrued strikes...the papers sent contained inchoate notes as well as forged notes with my name on them which I sent to him in inquiry because I thought I was being threatened or looking at some kind of code...I DID NOT intentionally send incriminating correspondence to ANY COURT,OFFICE or MAILBOX,but was repititiously harassed (&)relegated in complaints ranging from extortion to larceny(&)physical abuse including electroshocks,some kind of injection which I believed was mock executions in retrospect,race baiting(&)sexual abuse.

The BOP staff dont seem to know what I am referring too(&)I dont think Im in the same prison where most of the incidents occurred but cant figure out where I was...there was a lobotomy performed,it was involuntary(&)my vision was markedly worse(&)Ive regularly hallucinated since then.

Also,DISPARATE TREATMENT by the COURT...Pg.3,4.(&)"AKE",this Court (&)others are trusted to promptly(&)equitibly remand the matters before it if theres any merit to the claims,like the BOP,this Court has had issues before it since 2003 when I notified the Judge that manifest evidence of THE USA's reliance on MATERIAL PERJURED

Cont...

EVIDENCE during the GUILT/INNOCENCE PHASE of my trial was not only present in the transcripts,but also the discovery material(&)was not mootable,determinant(&)constitutes a compelling legal Cause of Action under the appellate review because it proved Im innocent(&)the jury disobeyed jury instructions about evidentiary weight...in 2005 the perpetrator came forward(&)reiterated previous statements that had been suppressed which were consistent with The forensics,(&)WHOLLY EXONERATED me(&)also,proved moreso the GOVERNMENT WITNESSES LIED,yet still,the Court did not remand my case(&)only opened a no#ACTION in Aug.2013 which has been stalled for almost 7 YEARS,only recently moving,see:Pg.4... copy of docket showing"Davis"(REMAND)from your docket...after way too long...you can see dozens of newsletters are featuring the remands for the 924(c) cases,see:Pg.5.,(&)thats a retroactive controlling authority which is in the same NEWSLETTER featuring the reiterating STANDARD OF EVIDENCE for persons who sustained head injury/mental illness pretrial (&)were diagnosed under The"AKE"-4/Prong Standard for EFFECTIVE ASSIST-ANCE,SCOTUS explained in their decision that Counsels supposed to use the diagnosis,with the DOCTOR,to:(1.)EXAMINE(&)ASSIST,(2.)EVALUATION,(3.) PREPARATION,(&)(4.)PRESENTATION of DEFENSE,during trial...see:McWilliams V.Commissioner,940 F.3d 1218(11th Cir.2019)-,constitutes a STRUCTURAL ERROR similar to a "McCOY"ERROR which merely requires proof counsel violated the Defendants right to a GUILT/INNOCENCE Phase...all of which I proved alone or with Counsel.

-REQUEST FOR RELIEF -

The Petitoner requests that all the documents necessary to prove the scope/intent of my attempts to acquire PRO SE relief,(&)redress grievance be preserved,(&)consolidated for COUNSELED plea to relieve violations of my right to not be tortured,own property,claims injury of spousal(&) other familial estrangements(&)disfranchisement from being unduly imprisoned with no COMPELLING CIVIL-RIGHTS despite having access to multiple venues for relief!!!

Cont...

Further,my inventions were for FINANCIAL UNDERWRITING,PRIORITY-CLAIMS,as well as several products including a innovative energy adaptation to existing technology that should be a NATIONAL PRIORITY (&)secure a nomination for me in The NOBEL Prize competition,as well as push the USA into a more appropriate(&)peacably manifest future on the world stage,I authored several bills that shouldve been proof-read(&)adopted,but Im suffering the effects of a GENOCIDAL cycle of NON/MALFEASANCES which were not inevitable(&), are being exacerbated by the BOP/Courts refusal to extend even the nominal duty towards my rights to be remanded for UNDUE Conviction/SENTENCES under T.28-1343(a)Elective Franchise/Civil Rights,T.18.Ch.13-CIVIL RIGHTS, T.18.Ch.227-SENTENCES-§3582(c)(1)(A)(i),or T.28.HABEAS CORPUS §2255-...(§2241)...

I shouldve been retried at least by now(&)believe DOUBLE JEOPARDY would apply,but regardless the JURY INSTRUCTIONS Proved the Government renditions of the case were false(&)exonerating eyewitness accounts true.

Respectfully Submitted,

* [signature]

JEFFERY WILLIAM PAUL

DONE THIS DAY-

2/ 10/2020-