Jeffery Paul 10517042
USP Terre Haute, IN.
POB 33
Terre Haute, IN.
47808

Legal mail

RECEIVED
FEB 13 2020
U.S. CLERK'S OFFICE

Att! Judge Jane M. Stinson
CHIEF of SD/IN.
– CAPITAL CASE –

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

INDIANAPOLIS 46206
MON 10 FEB 2020 AM

INMATE
IDENTIFICATION
CONFIRMED