USDC/Southern Dist. IN

Jeffery Paul
Reg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

(pg 1)

(In Re:) "PAUL V. Superintendent (JMS) (Capital Habeas) - No# 2:13 Cv. 304 (USDC/SD, IN) -

* LEGAL LETTER → 4 pgs Exhibits → Attached

FILED
FEB 12 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Dear Judge Stinson (CHIEF);

Please note that I did receive the Affidavit of Trinity Ingle - Marked A02253 -55-(1, 2 (&) 3); 2, 3 (&) 4 At Top of no# pg... through Legal Mail byway of appointed Counsel; pg. 1; which is wholly exonerating (&) authenticated for 15 yrs. Now... thats the same document submitted by Counseled Petition (10/18/2011) at Document No# 103 (Docket), pg. 7, 8 sec. C - Doc. 103 of 65 pg. ID # 864, 865 - to Your Court in Judge Lawrences Care, which was a long time ago considering the gravity of the claims.

Please understand; that affidavit from MR. Ingle was available pretrial but suppressed from Concern about his 5th Amdt. rights, his tape recorded Confession was misconstrued in Court because its Slang (&) they didnt under-

USDC / Southern Dis. of IN

(Pg. 2.)

stand what he was saying. In retrospect, for 15 YEARS now, the US Attorneys office has known that his testimony, which is exonerating, consistent with the forensics; constitutes previously unavailable evidence of eyewitnesses proving Im innocent.

Refusing to promptly & equitibly process this claim violates my DUE PROCESS Rights & undermines what any American would ideally suppose to be the next Justifiable step & constitutes a hateful omission of my right to restitution, leaving me w/ inconsolable injury to my life, health & property.

Please consider further process & expeditious resolution of this case a duty & let me go, with remand for damages!!

Sincerely;

[signature]

Jeffery William Paul

2/10/20

(Pg. 1)

OFFICE OF THE FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF DELAWARE
800 KING STREET, SUITE 200
WILMINGTON, DE 19801

X 63-417L

$0.45 0
US POSTAGE
FIRST-CLASS
062S0007246923
19801
B16341.16

**Jeffery Paul, # 10517-042**
**United States Penitentiary**
**P.O.Box 33**
**Terre Haute, IN 47808-0033**

SPECIAL MAIL - OPEN ONLY IN THE
PRESENCE OF THE INMATE PERSON
ENTITLED TO INVOKE PROTECTION OF
SPECIAL MAIL 28 C.F.R. § 540.18

47808X0033

SPECIAL MAIL - OPEN ONLY IN THE
PRESENCE OF THE INMATE PERSON
ENTITLED TO INVOKE PROTECTION OF
SPECIAL MAIL 28 C.F.R. § 540.18

(Pg. 2)

County of Jefferson

State of Texas

Declaration of Trinity E. Ingle

My name is Trinity Ingle. I am over the age of 18 and competent to make the declarations contained herein.

On June 22, 1995 me and Jeff were downtown in Hot Springs by the Arlington Hotel. I was wanting to rob a shop downstairs. Jeff was high and was pretty much just following me where I was going to. I was high too otherwise I would not have been wanting to rob a shop in broad daylight. But so we're standing outside of the mall when Mr. Williams drove by. I had not slept for days and was high on Methamphetamine which can make you paranoid and was making me paranoid after ten days of it and not sleeping. It was one of those times where if things had gone different, if a cop car had come by or something like that, I would have just left, but when Mr. Williams drove by he looked at me and I just locked in on him. In my paranoia I knew he had seen the gun in my waistband and knew that now he knew what I was thinking to do by robbing the shop downstairs. So when he got out of the car I told Jeff to come on and follow me. At this point Jeff did not know what I was doing and so he wasn't arguing any about it yet. As far as I knew, Jeff did not know that I had a gun. I didn't tell Jeff about my suspicions of Mr. Williams, nor did I say anything to him about what I planned to do.

(pg. 3.)

I followed Mr. Williams up the trail and Jeff was following me. I stopped him by asking him if he had the time. After he told us the time I pulled the gun out and told him to give up everything he had. When he didn't, I hit him and kicked him on the ground. By this time, Jeff was getting very nervous. He was trying to get me to leave, saying, "come on, let's go." But I wasn't about to leave, but I still had the gun in my hand and Jeff knew it.

I told Jeff to keep quiet and I tied the guy up with the tape. Then Jeff and I started back down the trail but when I looked back at him the guy was looking right at me. I turned to go back but Jeff grabbed me by the arm and said, "let's just leave him and get out of here." Jeff kept arguing with me but I yanked free of him holding me. I still had the gun in my hand and Jeff was looking at it as I held it in his direction. Even though Jeff didn't know what it was I was going back up the mountain for, I made sure he knew if he put his hands on me again trying to stop me I would have shot him, too, and it would have been two people left up on that mountain.

So I walked back up the trail and asked the guy if he was going to call the cops. He said no but of course I knew he was lying. So I stood over him and shot him in the chest but one shot was rat shot which I had forgot was in the chamber. I heard Jeff yelling at me to stop, but I turned back around and shot Mr. Williams

(Pg. 4)

with the real bullet in the head.

Everything else I believe is already known which followed that.

The gun I got from a burglary off Higden Ferry Road, New Oscar Point and Amity. It was a brown and yellow house and part of the yard was fences. It was in the morning that I broke into the house and found the guns in a closet. I think I recall that they were in a box on the closet floor. I also took some things out of the ice box and some change and silver dollars. Actually I had gotten two guns from there, a .357 and the .38 I used to shoot Mr. Williams. The .357 I had already sold.

Under penalty of perjury I hereby swear that the foregoing is true and correct to the best of my information and belief.

Trinity E. Ingle

Dated this 11 day of February, 2005.



A02255