Jeffery Paul 10517-042
USP Terre Haute, IN.
POB 33
Terre Haute, IN.
47808




Legal mail

RECEIVED
FEB 13 2020
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Att: Judge Jane M. Stinson
CHIEf of SD/IN.
— CAPITAL CASE —

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

MON 10 FEB 2020 AM
INDIANAPOLIS 46206

INMATE IDENTIFICATION CONFIRMED