USDC/Southern Dist.of,IN.

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
47808-0033

InRem:"PAUL V.Superintendent"-JMS-Chief-

Case No#2:13 cv 304(CAPITAL CASE)

T.28.HABEAS CORPUS-§2241-

FILED
FEB 27 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

-----------------------------------------

* LEGAL LETTER TO THE CHIEF JUDGE *

Attached-(4)Pgs.EXHIBITS Attached/Copy of CASELAW -

-------------------------

DEAR JUDGE JANE M.STINSON(CHIEF),(et al,The Court),

Please note I am sending the attached caselaw which is the latest resolved caselaw on the ELETRONIC LAW LIBRARY here at The USP TERRE HAUTE,IN.-(SCU/SPECIAL CONFINEMENT UNIT),related to the NEW LAW rendering the 924(c)Ch.44.T.18(USC),UNCONSTITU-TIONALLY VAGUE,which also features the 924(j)subsection thats applicable to HOMICIDE cases.

This is a District Court precedent so has no weight but I believe reflects the appropriate authorities(&)has been affirmed since the 9/27/19 remand...see:Pg.1.through 4.(Demario Winston V.United States of America,USDC MIDDLE DIST.OF Tennessee,Nashville Division,No#16-00865,1019 US Dist.LEXIS No#170554...(PRO SE)-

Its embarrassing that the prisoner was allowed to win his HOM-ICIDE Appeals,PRO SE,(&)in under a weeks time,despite Pleading GUILTY to the CRIME!

Please REMAND(&)EXPEDITE MY <u>ACTUAL-INNOCENCE to</u> prevent FURTHER Miscarriage of Justice under NEW Compelling legal Standards.

Sincerely Jeffery William Paul *

Date(2/24/20)