Jeffery Paul
10517-042
USP Terre Haute, IN.
POB 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460

— Capital Case!!

To the Clerk of the Court
Chief Judge Jane M. Stinson
Legal Mail

⇔10517-042⇔
Federal Court-Usdc Southern Dist of IN
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
FEB 26 2020
U.S. CLERK'S OFFICE

47807-373829