☐ **MOTION:**
☐ as titled ☐ Extension of Time ☐ Appoint Counsel ☐ For Copies ☐ IFP ☐ IFP (Appeal)
☐ for Court Assistance ☐ Other: ____________________

☐ **COPY REQUEST for:** ☐ **DOCKET SHEET** ☐ **DOCKET NO(S):** ________ (Docketer to mail)

☐ **NOTICE OF CHANGE OF ADDRESS**

☐ **RESPONSE** ☐ **REPLY** ☐ **re MOTION dkt** ______ ☐ **re COURT ORDER dkt** ______
☐ **other:** ____________________

☐ **SUBMISSION** ☒ **LETTER RE:** Legal Letter to the Court.

☐ **REPLY TO RESPONSE TO MOTION TO VACATE (2255 Only)**

☐ **REPLY TO RETURN TO ORDER TO SHOW CAUSE (Habeas Case Only)**

☐ **NEW CASE:** ☐ IP ☐ TH ☐ EV ☐ NA
COA:______________ NOS:______________

☐ Wheel 1: CAB Habeas **(Add CAB flag)-Disciplinary** ☐ Wheel 4: Federal Habeas (2241, 2255)
☐ Wheel 2: Prisoner Civil Rights
☐ Wheel 3: SCOH Habeas **(Add SCOH flag)-State Conviction challenge**

Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

InREM:"PAUL V.Superintendent"(Chief Judge Stinson)

Case No#2:13 cv 304(CAPITAL HABEAS)-

FILED

MAR 24 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

-----------------

LEGAL LETTER W/4 Pgs.attached-EXHIBITS-

-----------------

DEAR JUDGES,

Please note that I have a copy of the Decision on remand currently,United States V.Davis(et al)No#18-431,(6/24/19)-

That case contains the exact position of The Supreme Court about the disposition of Burglary/Robbery as a categorical violent crime...See:Pg.1.(&)2...

"As this Court understands the residual clause sweeps more broadly,"CATEGORICALLY",than the elements clause-potentially reaching offenses like"BURGLARY" that do not have violence as an element but create a substantial risk of violence...(Continuing),"It is just as natural to ask whether the offense of"ROBBERY" ordinarily"involves"a substantial risk that violence will be used in the course of committing the offense as it is to ask whether a particular robbery involved a substantial risk that violence would be used in the course of committing the offense.If anything the statutes use of present,not past tense supports the categorical reading approach."

Clearly,The Supreme Court excluded the general CRIME OF "ROBBERY" as a categorically violent crime under the elements clause in the "Leocal","Dimaya"decisions(&)the numbers on my indictment send you to a "ROBBERY"reference with no definition which requires the reader

Cont...

to cross refence from HOMICIDE §1111(a),to BURGLARY(&)ROBBERY §2111...which clearly doesnt require physical force under the FORCE CLAUSE(&)means my case satisfies the requisites for the remand under the "Prima Facie"standards of review...also,§2 is a qualifier for culpability under PRINCIPLE Aiding(&)Abetting which clearly requires no physical force(&)extends my conviction to aggravating factors I should not be accountable for...see:Pg.3(&)4.

Im not trying to undermine my Lawyers appeal,(&)I see that he uses both "Leocal(&)Dimaya"in his brief which I believe could be a winner,Im just suffering extensively(&)my ex-wife contacted me again recently which always makes me want to say"Hurry Up" if its not out of order...please excuse this if so(&)empathise with my situation,it doesnt seem fair that so many others are remanded liberally(&)in GOOD FAITH,without a smidgen of the ACTUAL INNOCENCE MERITS,or NEED for relief that I present.

Sincerely, Jeffery William Paul

Jeffery William Paul
Rg#10517-042

Done this day-
3/13/20