Jeffery Paul
Rg#10517042
USP Terre Haute IN
P.O. Box 33
Terre Haute, IN.
47808

INMATE IDENTIFICATION CONFIRMED

To the office of The Court Clerk - for Hon. Judge Legal mail
JANE M. STINSON (CHIEF)

RECEIVED
MAR 20 2020
U.S. CLERK'S OFFICE

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

-CAPITAL CASE! -

47807-373825