USDC/SOUTHERN DIST.OF,IN.

Jeffery Paul
Rg#10517-042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN
47808

FILED
APR - 1 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

In Rem:"Paul V Superintendent"(JMS)
Case No#2:13 cv 304(CAPITAL HABEAS)

--------------

* MOTION FOR ORDER TO APPOINTED COUNSEL FOR PROTECTIVE SERVICE RESOLVING SPOUSAL ESTRANGEMENT(&)OTHER EMERGENCY MATTERS SUBORDINATE TO THEIR PURVIEW BECAUSE OF THIS PRO-SE PETITIONERS SERIOUS DISABILITY,FROM HEAD INJURY *

Comes now The Petitioner Pro-Se does move the Court in The abovestyled matter for order relieving the obligation to maintain previously raised issues in complaints to be developed pursuant to redress multiple violations of my CIVIL RIGHTS while in Custody of The Dept.of JUSTICE -

*SUMMARY OF ISSUE to DATE -

On 2/27/20 I received a Money Order fromaccount named"MAYNARD" which is my former spouses married name. Soon after on 3/4/20- I received a Letter from her(&)was disturbed to find that shes in a sexual relationship with a guy that she needs to perform in her band,which just got back from a European Tour,shes a musician...

I met Cindy Wallace in 7/95',(&)by 8/95 we were active(&)coupled up exclusively(&)were traditionally engaged by 11/95,(&)lived in multiple rented homes(&)worked for the same boss who owned clothing stores or had Business partners in several States,we worked(&)lived in KEY WEST,FL. me in a T-Shirt Shop(&)she in a High End Fashion store.

Cindy seems to be insane(&)has repeatedly contacted me over the 23 yrs,but seems to"forget" literally(&)so tells me things I dont want to hear,I suspect shes trying to protect her Husband from my lawsuit alleging ALIENATION OF AFFECTION/SPOUSAL ESTRANGEMENT,CIVIL RIGHTS

Cont...

- violations(&)compound crimes cognizable under Title 18 USC- including inveigling my fiance,seducing her,inciting her to abandon me(&)cooperate with The US ATTORNEYS Office despite my insistence that she be granted SPOUSAL PRIVILEGE from testimony solicited about the conviction on appeal before you.

Cindy(&)her cohorts believe that if she denies we were traditionally engaged then I have no standing to complain my SPOUSAL RIGHTS were violated while I was in extreme duress,pretrial,claiming I was innocent(&)being BADGERED by PUBLIC DEFENDERS in ARKANSAS who wanted to take a PLEA BARGAIN...I was innocent until June 97'(&)repeatedly ORDERED Cindy(&)her male"FRIENDS",to stop acting like a single person,stop calling her(&)trying to take her out because I needed help(&)wanted a consult with a private lawyer,but my family were told the APPOINTED Counsel were experts...they told me point blank theyre trying to plea(&)argue a sentence mitigator(&)tried to get me to accept over conference call with The US ATTORNEY(&)I refused.

Cindy was SEPARATED since 2011 from her ex-husband but he left her with 2/KIDS,working 5 days a week at a menial job,trying to sell a band in EUROPE with a guy that DEMANDS Spousal relations or wont be their singer,shes on a small label(&)I dont believe shell quit(&)HONESTLY,I feel like this is dejavu',because shes separated(&)knows I am being processed(&)should be able to prove Im innocent but she still acts like a psycho,says she cant give up her life to wait for someone she cant be with...shes 44 yrs.old(&)I dont have children(&)she has to give me eggs(&)obtain a surrogate for health purposes,(&)I cant get the CURRENT LAWYERS to refinance my INTELLECTUAL PROPERTY,(&)I believe she may not be the same person,so want someone to get her a physical to confirm her identity so if she is my former fiance,she has

Cont...

to know that if shes just going to upset me by entertaining other relationships then she should not contact me again...Cindy(&)I are on the verge of being able to renew our commonlaw marriage(&)elope to have our own children,who would graduate when were closer to 70yrs old,than not...so is crucial(&)yet she chooses to withhold commitment from me in the meantime...I believe she wants me to promise not to sue her ex-husband(&)to ignore her relationship with the bandmember (&)says she wants no romantic relationship with me or to reunite with me,only to be friends which is not an option(&)I was extremely distraught(&)need some confirmation of several facts including the identity of who Im in contact with...she is lying about our previous contact since Ive been arrested,in fact I did hear from her sister also (&)in 2019 before The"DAVIS" case was ruled on she sent a letter saying she was getting ready to go on tour with her bandmember who is now her boyfriend,I begged her not to engage in a relationship like that because Im months away from retrial/other relief in Court(&)she claims she never got mail from me like everything else I said,or happened to hurt me(&)her(&)could ruin her everlasting "PARTY"... FORGETS!

I offered to accept Cindy back with a prenuptial agreement but she has to support me(&)cooperate with my complaint because she allowed herself to be surrounded by(&)influenced inevery decision shes made by people who attacked my rights as a Husband(&)partner(&)stands now to be exposed to criminal liability if she continues to lead me on(&) deprive me(&)protect offenders undermining the legitimacy of our relationship(&)option to renew that.

* REQUEST FOR COUNSELED PETITION/SUPPLEMENTAL TO CURE DEFAULT PRO-SE ATTEMPTS TO GET RELIEF OF GRIEVANCE ON THE FOLLOWING MATTERS-

Cont...

(1.)Order for PHYSICAL Exam to determine whether person claiming to be CINDY Linn WALLACE(MAYNARD),is the same person I was engaged to,who used to use CINDY PAUL!!..see:EXHIBIT PAGE!

(2.)A MENTAL EVALUATION for her to obtain a competent decision to consider prenuptial terms,delegation of POWERS OF ATTORNEY for estate transaction in the event that I die unexpectedly awaiting retrial,(&) approval for renewal of commonlaw marriage/conjugal rights!!

(3.)Preliminary Budget:to-REPRODUCTIVE HEALTH SERVICES!!

(4.)Review of my INTELLECTUAL PROPERTY RIGHTS for financial compensation of ANTITRUST violations.

(5.)PROTECTIVE ORDER prohibiting cohabitation with former spouse EX-HUSBAND,(&)order preventing further association with bandmember imposing on herself for sexual relationships while I am in a position to suffer the effects of that entanglement.

If I could recover my Intellectual property I could send her enough money to relocate(&)set up her own studio for her music which I would do,but I cannot agree to be in a open relationship with her(&) am really tired of her placing me in situations that expose me to a cycle of false hope,disappointment(&)exposure to conflicts from my resentments over her denials,cruelty(&)what I believe is stupidity because I truly believe I will win my freedom(&)prove the government owe me BILLIONS in $$$ DAMAGES!!(&)could qualify for a NOBEL PEACE PRIZE for my work on ENERGY PATENTS!!..she shouldve been proud,(&)wouldve been at 19/20yrs old when we were together,Im not sure what shes doing now but Im sure it could be inappropriate for the relationship she knows I want back,our marriage/futures.

Done this Day-
3/25/20-

Respectfully Submitted,

Signed [signature]
Jeffery William Paul Rg#10517042