Jeffery Paul
10517042
USP Terre Haute, IN.
P.O. Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
25 MAR 2020 PM 4 L

Legal Mail

Emergency!!!

Office of Chief Judge
Jane Stinson –
Re: CAPITAL CASE –

⇔10[redacted]42⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

RECEIVED
APR 01 2020
U.S. CLERK'S OFFICE

UNITED ... ES MARSHA...
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER