USDC/Southern District,IN.

Jeffery W.Paul
USP Terre Haute,IN.
PO BOX 33
USP Terre Haute,IN.
47808

In Rem:"PAUL V.SUPERINTENDENT(JMS)"

Case No#2;13 cv 304(CAPITAL CASE)-

---------------

MOTION FOR DUE PROCESS PURSUANT TO RELIEF OF PENDING APPEAL DUE TO EXIGENT CIRCUMSTANCES,(via)EFFECTIVE ASSISTANCE OF APPOINTED COUNSEL -

EXHIBIT Pg.1.(ATTACHED)-

Comes now the Pro-Se petitioner does hereby move the court to relieve the abovestyled matter in favor of my Attorneys MOTION for HABEAS RELIEF,by any given authority pursuant to redress extreme circumstances endangering the life of an actually innocent person who STILL hasnt exhausted every avenue of appeal,due to LEARNING DISABILITY,(&)the evolving STANDARDS OF LEGAL AUTHORITY-

The Petitioner claims that the prison has been on modified schedules due to risk of deadly exposure to COVID 19 Virus,(&)no recreation or visits have been scheduled which causes distress.

The Defense Attorneys have been working remotely(&)as such,may not always have the resources necessary(&)available at their offices,despite being obligated to maintain their preparedness to represent clients on CAPITAL Appeals.

The F.B.O.P. have repeatedly posted notice/comment about the availability of relief from sentence disparity under THE FIRST STEP ACT,which was initiated by The EXECUTIVE Branch,pursuant to T.18 USC §3582,SENTENCE MODIFICATIONS for several reasons including innocence...which I am attempting to file,see:PG.1.attached,(REQUEST TO WARDEN WATSON).

USDC/Southern District,IN.



Cont...

All of this is growing wearisome(&)disturbs the sense of Justice (&)couldve been avoided with prompt(&)equitable DUE-PROCESS.

The petitioner claims there is NO ADEQUATE REMEDY for the viscious SPOUSAL ESTRANGEMENT Ive sustained(&)the loss of my right to reproduce has created a GENOCIDAL gap in age between myself(&)my future children,which may not be with the former spouse Ive complained about because of lingering animosity I have about how fast(&)complete she moved on with another relationship(&)how many times shes lied about how deranged shes become,(&)deprived me of my own history attempting to justify her actions...

Please consider this MOTION a REQUEST FOR ORDER FORTHRIGHTLY GRANTING the APPEAL BEFORE YOU,in MY FAVOR(&)RELEASING ME WITH PARTIAL UP-FRONT RESTITUTION,(&)OPTION FOR SPECIAL DAMAGES Review,pursuant to compensation for loss of business from INTELLECTUAL PROPERTYRIGHTS including EXTREMELY IMPORTANT Innovations for The ENERGY DEPARTMENT of THE UNITED STATES OF AMERICA,which may have DEFENSE Applications as well.

Respectfully Submitted,

Signed Jeffery William Paul *

Jeffery William Paul Rg#10517042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808-0033

-Done this day-5/3/20-