ꝛULINCS 10517042 - PAUL, JEFFERY WILLIAM - Unit: THP-X-A

---

ꝛOM: 10517042
): USP Complex Warden
JBJECT: ***Request to Staff*** PAUL, JEFFERY, Reg# 10517042, THP-X-A
ATE: 05/02/2020 01:31:12 PM

): WARDEN WATSON/(?)FIRST STEP ACT/S.C.U.(?!?)-
mate Work Assignment: N/A

'arden WATSON-
Sorry to bother you so soon after my spousal crisis,but I found some paperwork about THE FIRST STEP ACT-;again,I ave a LEARNING DISABILITY but LEGAL Dpt.knows(&)MS.Siereveld helps out from time to time...will you please check the ecord under:"PAUL V.Superintendent"(JMS)Case No#2:13 cv 304(CAPITAL HABEAS)-USDC/SD-INDIANA-,(&)note that I was ven permission to file under The NEW LAW-USSCT-"DAVIS"No#18-431-(&)appointed Counsel from The EASTERN Dist.of ENNSYLVANIA did so on 11/6/19-so its been awhile...The Chief Judge(STINSON) took over the Case in July 2019,but still no iling(&)its depresssing for sure!Other people are released forthrightly w/these issues!
This case has been repititiously obstructed,but Ive had proof the US Attorney relied on PERJURED Testimony FORENSICS),(&)Coerced Spousal Hearsay,since 2002,(&)The sentence was not equitable as charged under AIDING(&) BETTING(&)further,eyewitness testimony previously suppressed WHOLLY EXONERATING me in 2005,(&)was consistent /the forensics;has been available but did not move the Court,also;prisoners repeatedly attempted to enter the case including ending forged correspondence to the Court,or deluding me into thinking a Law-Library orderly was typing up issues for PRO-E relief but actually sent inchoate documents which STRUCK my PRO-SE Rights,(&)may have been construed as ıcriminating...I attempted to complain but sustained debilitating impediments so may have been unintelligible,(I was on ꝛANITIDINE(&)OMEPRAZOLE(&)Had a STROKE!)...
Please see that I am being allowed to appeal,but inexplicably not processed,(&)ask the appropriate OFFICER to assist ıe request for reduction/vacateur due to ACTUAL INNOCENCE(&)OTHER MATTERS,properly submitted w/concurrence to my AWYERS Appeal which I believe would remedy a FUNDAMENTAL MISCARRIAGE OF JUSTICE;pursuant to 18 USC-3582(et al),any other CONTROLLING AUTHORITY.

THANK YOU-Jeffery W.Paul(SCU/DEATH ROW)-