USDC / Southern Dist. of IN.

Jeffery Paul W.
10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(In Rem) "Paul v. Superintendent"
Case No# 2:13 Cv. 304 (JMS)
(CAPITAL CASE) –

FILED
4:34 pm, May 26, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# ☆ – LEGAL LETTER – ☆

☆ – Attention, Office of The Court Clerk – ☆

Dear Sirs;

Will somebody please get the enclosed Motion to Judge Stinson, (Via) e-filing or other means, to expedite this case if possible.

Sorry to bother in this National – Crisis!

Sincerely [signature]
Jeffery Paul W.
10517-042

5/4/20