Pearl
2
Haute, IN.
33
ute, IN.
47808

RECEIVED
MAY 22 2020
U.S. CLERK'S OFFICE

INDIANAPOLIS
IN 460 INDIANAPOLIS IN 460
11 MAY 20 11 MAY 2020 PM 5 L
PM 5 L



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

USDC/Southern Dist IN. Legal mail
c/o The Clerks office

⇔10517-042⇔
Judge Jane Stinson Chief
921 Ohio St. / Room 104
Terre Haute, IN 47801
United States

Legal Case

47801 [redacted]