UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:13-cv-00304-JMS-MJD |
| | ) | |
| SUPERINTENDENT, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Staying 28 U.S.C. § 2241 Proceedings While Petitioner Seeks Leave to File a Successive 28 U.S.C. § 2255 Motion**

Petitioner Jeffery William Paul was convicted in the United States District Court for the Western District of Arkansas of aiding and abetting a homicide in violation of 18 U.S.C. § 1111 and use of a firearm in relation to a crime of violence—robbery—in violation of 18 U.S.C. § 924(c). Mr. Paul filed this 28 U.S.C. § 2241 habeas corpus petition alleging, among other things, that his § 924(c) conviction should be vacated because § 924(c)(3)(B) is unconstitutionally vague.

The respondent argues, among other things, that Mr. Paul cannot bring his claims in a habeas corpus petition because 28 U.S.C. § 2255 is not "inadequate or ineffective to test the legality of [Mr. Paul's] detention." 28 U.S.C. § 2255(e).

In Mr. Paul's latest filing, he asks, as an alternative to a grant of relief, for a stay of his § 2241 proceedings so he can pursue leave to file a successive § 2255 motion in the district of his conviction. Dkt. 234 at 7−8. On May 26, 2020, Mr. Paul filed in the Eighth Circuit Court of Appeals a motion for leave to file a successive § 2255 motion. *Paul v. United States*, No. 20-2042 (8th Cir.).

The Court finds that a stay is warranted. Accordingly, this action is **stayed** pending resolution of Mr. Paul's motion for leave to file a successive § 2255 motion. Mr. Paul's counsel

shall file a status report **every 30 days**, beginning from the date this Order is entered, updating the Court regarding his § 2255 proceedings.

The **Clerk is directed** to procedurally close this case. All deadlines and hearing settings are vacated, and all pending motions in this matter are terminated without prejudice.

**IT IS SO ORDERED.**

Date: 6/1/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey Bradford Kahan
U.S. DEPARTMENT OF JUSTICE
jeffrey.kahan@usdoj.gov

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
winfield.ong@usdoj.gov

Leigh Skipper
FEDERAL COMMUNITY DEFENDER
leigh_skipper@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov

Jeffrey Alan Zick
UNITED STATES DEPARTMENT OF JUSTICE
jeffrey.zick@usdoj.gov