FILED
8:49 am, Jun 17, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

USDC / Southern Dist. of IND.

Jeffery Paul W.
Reg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

- * (In Rem) "Paul v. Superintendent"
Case num#: 2:13 cv-304 (JMS)
Capital Habeas - (Counsel Appointed) - (6/10/2020)

- Legal Letter / Complaint - (Uncounseled - Correspondence)

(Pg. 1) -

Dear Judge Stinson (Chief),

Please note that I believe I am being conspired against (&) my lawyers right to provide Effective - Assistance has been obstructed (&) curtailed to such an extent it should constitute TORTURE; considering how much time has transpired despite having compelling cause of action before one court or another since 1998; 2002; 2005; 2013 respectively; including forensics that exonerate (&) are consistent w/ eyewitness evidence proving the government relied on material perjured testimony which impeached their "star" witness (&) proved my innocence claim in 2002, 2005!

Concisely, for the record; Trial Counsels omission of my defense, which he initially agreed to present, was bizarre (&) disturbing (&) can only be explained by the performance he gave instead; which was an attempt to comply with The US Attorneys Plea-

Continued...

- Bargain Offer, which I rejected personally over the phone in Garland County Jail; Hot Springs, AR; pretrial.

Trial Counsels admission of Guilt during the guilt/Innocence phase of my trial violated my right to present a defense by undermining the forensics; contradicting my omitted alibi; (&) relieving the Jury of their duty to consider my Innocence by obligating them to consider a Sentence Mitigator which included the Admission of Guilt required by the US Attorney, for Lenity; which I rejected; explaining I intended to Plea NOT-GUILTY, (&) statements attributed to me were out of Context, or False (&, I believed I could win.

The STRUCTURAL ERROR occurring during my trial always was a fundamental ERROR, violating my right to JURISPRUDENCE; (&) I repeatedly attempted to raise the issue (&) every Defenders office Appointed has been aware of that Manifest Error evident in the Trial Transcripts; (&) yet failed to raise that effectively, resulting in serious loss of time (&) resources available to me on relief, though in Counsels Defense; the Court certainly could've acted

Continued...

-on my behalf at anytime during the process from my Complaints, Made to the Prison Officials; Appointed Counsel or Pro-Se Attempts, regardless of how inchoate the attempts were; as soon as the Court or Counsel realised & repeated the Claim intelligibly. I was NOT duly Convicted!

I need to be released & am in danger & I need a Thorough review for my Antitrust Claims for several Articles I initiated previous to my arrest & I am furious that so many people who do not deserve success were allowed to Collect Monies or delegate authority to that effect for frequently fringe/Illicit endeavors while my Intellectual Property; which is entangled with Debt/famine Relief & Innovative Clean Energy (or) other Safety upgrades are squandered, to the detriment of The United States Patent Catalogue.

I am also requesting Criminal Complaints to redress Compound Crimes allowed to occur against me violating My Civil Rights, thats been obstructed for DECADES & was URGENT at the time & I need You to do Your job if You can to release me now because the Conditions of my captivity are extremely...

Continued...

-cruel & being exacerbated by periodic violence & now; disease & who knows when the larger issues plaguing our nation will incite BOP staff to execute High risk prisoners without DUE PROCESS. I am "officially" being stalked!

The law states I have a right to DUE PROCESS & if you can find my issues; which are compelling; you should process the matter in my favor, I have no idea how a lawyer could lose such a prima facie claim as the one I raise under the Involuntary Plea Bargain cite; see: "McCoy v. Louisiana" No# 16-8255 (5/14/18) - reiterating the standard to determine violations of a Defendants 6th Amendment; as structural-ERROR; remember; I claimed the statements attributed to me were false; out of context & that I was merely a witness & not trying to get blamed for a crime I did not commit.

Please Expedite this case in my favor, by way of ANY controlling authority.

Sincerely Jeffery W. Paul

USDC/Southern Dist. of Ind.

(Pg. 5)

Continued...

— P.S. —

I deny that I ever deliberately sent any incriminating, threatening, lewd or otherly obscene correspondence to ANY person or place, including The Federal Court, & although I did comment on some concerns of entanglement because of profanity & other factors in this environment, certainly I deny in the 1st person my intent to express such. ~~Not true~~... I did get incidentally accused of threatening to kill staff, my former spouse, & other prisoners which is mostly NOT True or inadvertance, resulting from my comment toward (literally), comment made (to) me, or (about) me, which I denied, including (Re), your Court.

Please keep in mind I am trying to expedite a ruling in my favor & believe I am being stalked & exploited, obstructed to DEATH! Nobody knows!?

Sincerely [signature]

6/10/20

Jeffery Paul
10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
12 JUN 2020 PM 7 L




UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
JUN 16 2020
U.S. CLERK'S OFFICE

Legal mail

The Clerk of The Court;
Office of CHIEF
Judge Stinson-

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED

CAPITAL-
CASE

47801-999955