Jeffery Paul
10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
12 JUN 2020 PM 7 L




UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
JUN 16 2020
U.S. CLERK'S OFFICE

To the Clerk of The Courts;
Office of CHIEF
Judge Stinson -

Legal mail

CAPITAL -
CASE

INMATE
IDENTIFICATION
CONFIRMED

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

INMATE
IDENTIFICATION
CONFIRMED

47801-999955