**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-JMS-MJD<br><br>**Hon. Jane Magnus-Stinson** |

**STATUS REPORT**

Pursuant to this Court's June 1, 2020 order (Filing No. 244), Petitioner, Jeffery William Paul, through counsel, respectfully submits this status report regarding his application to file a second or successive 28 U.S.C. § 2255 motion that was filed with the United States Court of Appeals for the Eighth Circuit. Petitioner avers as follows:

1. On May 26, 2020, Mr. Paul requested permission to file a successive § 2255 motion from the Eighth Circuit. Petition, *Paul v. United States*, 20-2042 (8th Cir. May 26, 2020). On June 23, 2020, in an abundance of caution, Mr. Paul filed a protective § 2255 motion in the United States District Court for the Western District of Arkansas to ensure that he complied with the time requirements of § 2255(f) while his application was pending before the Eighth Circuit.

2. On June 29, 2020, the Eighth Circuit denied Mr. Paul's request and a mandate was issued. Judgment, *Paul v. United States*, 20-2042 (8th Cir. June 29, 2020).

Respectfully submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: July 1, 2020

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 1st day of July, 2020, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

James R. Wood, Esquire
Chief, Appeals Division
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Jeffrey B. Kahan, Esquire
Trial Attorney
U.S. Department of Justice, Capital Case Section
1331 F Street, NW
Washington, DC 20005

/s/ Peter Williams
PETER WILLIAMS