FILED
5:16 pm, Jul 16, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

USDC/Southern Dist. IND.

Jeffery W. Paul
Rg. 10517042
USP Terre Haute
PO Box 33
Terre Haute, IN;
47808

(IN Rem)
Paul v. Superintendent. (JMS)
Case NO# 2:13 CV. 304 (CAPITAL HABEAS)

— Legal Letter — (Pg. 1)

Dear Judge STINSON;

Sorry to bother You; I need to reiterate the following:

(1.) I did NOT (&) Do NOT give ANY Person or Lawyer permission to interdict the case before You to take a PLEA-BARGAIN; or cede culpability to any aspect of the crimes I was accused of; I did not Rob, Plan to Rob or kill Sherman Williams.

(2.) I fully intend to Contextualize ANY document or utterance; Statements attributed to me before (&) after Conviction; being used to support my —

Cont...

Conviction; I claim that my Comments were pursuant to understanding the allegation against me, duly (timely); denied (&) later; the result of my attempt to pursue relief on appeal from a Involuntary Plea Bargain by way of the Standard of Evidence for Harmless-Error; resulting from Trial-Counsels incriminating diatribe during my Jury trial which deprived me of a legitimate Guilt/Innocence phase; although I have other issues; the Involuntary Plea Bargain is considered Structural ERROR (&) I believe I have Compelling ACTUAL ~~EVID~~ INNOCENCE claims that are being relegated unfairly; (&) guarantee I'll win a trial or merits hearing if presented properly.

– PLEASE NOTE –

Attorney Shawn Nolan (&) Peter Williams are not returning my calls (&) are in fact supporting defense on another Capital Case... I don't know whether

(pg 3.)

Con't...

I need to Substitute Counsel or not but need some direction from the Court if Counsels brief is default, because the issue is supposed to WIN & Ive had Compelling ACTUAL INNOCENCE claims, NON-frivolous; pending in Your Court Since ~~2016~~ 2016 (October); which is inexplicable & Makes me feel Im being lied to or Conspired against.

I am INNOCENT & Suffering Exigent Circumstances (Conditions of Captivity); So please expedite relief in this matter; if You need to ask about a document or Statement attributed to me, I can Show You page for page; what I was speaking of; attempting to raise w/ You (via) Pro-Se plea!

I had a right to due process & need to proceed, its obstructive & cruel now; Years ago now.

Sincerely,

[signature]

Jeffery Paul
10517042 Reg #
USP Terre Haute, IN.
PoB. 33
Terre Haute, IN
47808

IDENTIFICATION CONFIRMED

INDIANAPOLIS IN 460
13 JUL 2020 PM 7 L

PURPLE HEART FOREVER USA 2019

RECEIVED
JUL 15 2020
U.S. CLERK'S OFFICE

☆— CHIEF —☆
Judge STINSON — Legal Mail —
c/o The Clerk of
The Court — SD/IN.

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

URGENT
CAPITAL CASE!

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829