Jeffery Paul
10517042 Reg#
USP Terre Haute, IN.
PO B. 33
Terre Haute, IN
47808

INMATE IDENTIFICATION CONFIRMED

INDIANAPOLIS IN 460
13 JUL 2020 PM 7 L

PURPLE HEART FOREVER USA

RECEIVED
JUL 15 2020
U.S. CLERK'S OFFICE

☆— CHIEF —☆
Judge STINSON — Legal Mail —
To The Clerk of The Court — SD/IN.

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

URGENT
CAPITAL CASE!

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829