FILED
3:36 pm, Aug 03, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

USDC/Southern dist.,IN.



Inrem:"PAUL V.SUPERINTENDENT"(JMS)
Case No#2:13 Cv 304(CAPITAL HABEAS)

T.18-§2241 - HABEAS CORPUS-

-------------

"UNCOUNSELED"MOTION to AMEND Petition for WRIT before the Court presently,byway of CONTROLLING AUTHORITY relevant to the Abovestyled Action to prevent a FUNDAMENTAL MISCARRIAGE OF JUSTICE -

Exhibits Pgs.27(Attached)-

Comes now The Petitioner Pro-Se doeas hereby UNCOUNSELED Correspondence submit the following plea for relief to amend Counseled petitions,pursuant to redress a FUNDAMENTAL MISCARRIAGE of JUSTICE in a CAPITAL CASE before your Court...

-SUMMARY of PLEA-

The petitioner claims that Trial Counsel violated my substantative rights to present a Defense byway of ADMISSION of GUILT,in a attempt to placate The US Attorneys Office because I rejected their Offer of Lenity in exchange for a Plea of No-Contest/guilty...which violated my rights to an ERROR Free trial,see:Pg.1.RULE 61-the definition of "HARMLESS ERROR",(&)qualifies as a PRIMA FACIE show of evidence proving STRUCTURAL ERROR,most recently delineated in The SCT.decision,"McCOY V.Louisiana"No.16-8255-(5/14/18)-,pg.2,3(&)4... the NARROW RULE states that appointed Counsel may not concede a clients culpability at the GUILT/INNOCENCE phase of the Trial,because that violates the Clients right to choose their own defense,see:Pg.5. Please note,the trial transcripts were authenticated,see:Pg.6.,(&)do contain Counsels opening(&)closing statements,which include the Courts

Cont...

reminder that I Plead NOT-GUILTY,see:Pg.7,8(&)9...as well as the repititious defamation of Character(&)Admissions of Guilt,including the terms of the PLEA BARGAIN I rejected which required expression of remorse(&)contrition to the US Attorneys Allegation which was that My CODEFENDANT(&)I had decided we would commit Robberies/Burglaries in ARKANSAS,(&)when confronted during a Botched Attempt,produced a gun(&)shot the victim during a altercation...see: Pg.10-14.,underlined portions of TRIAL COUNSELS Admission of 1st Degree MURDER,(&)attempt to convince the Jury to sentence me under the 2nd Degree GUIDELINES...see:Pg.15.

The Petitioner claims I denied I committed the crime,or had any knowledge of any plans etc...(&)that although I was a witness,the facts were obscured(&)The GOVT.Witness who did know something about the crimes,placed blame on me,I claimed statements attributed to me were out of context(&)most recently,got into serious arguments with my Current Attorneys because they filed a BRIEF which did not clearly reiterate I denied those statements,see:Pg.16(&)17...not only did I deny EVERY Statements Attributed to me,I got records to show The Govt.knew I denied those(&)claimed to be ONLY a WITENESS (&)had previously SUCCESSFULLY Defended myself from STATE RELATED CHARGES of Crimes,also with my CODEFENDANT in this case...the cases were severed(&)I was found NOT GUILTY,though the same Govt.Witness testified...he lies on stand...see:Pg.18.

The petitioner claims that The Govt.(&)Courts known for 15 Yrs. that my CODEFENDANT exonerated me,see:Pg.19.,20(&)21...(&)that rendition of events is consistent with the forensics,(&)proves The Govt. misconduct,placing a perjuror on the stand effected the outcome of the trial,see:Pg.22,23,24,25(&)26...overwhelming the serologist(&) credible other eyewitnesses,(&)the Pathologist who unequivically proves the victim sustained less than or no physical injury except a gunshot wound...decomposition was confirmed as the source of discoloration around the neck area initially thought to indicate that

Cont...

the victim had sustained other injury,which I denied(&)claimed was hyperbole introduced by Govt.Witness KRISTOPHER ROGERS who had certainly provided drugs(&)knew that Trinity had a stolen gun etc... (&)confronted this petitioner falsely at a party shortly after the incident because Trinity was supposed to show up but did not...see. pg.27,relevant to the false report(&)result confirming CODEFENDANT TRINITY INGLES rendition of events is true(&)KRISTOPHER ROGERS is manufacturing evidence to avoid decades of imprisonments(&)gain payment(&)other incentives from The US ATTORNEYS OFFICE.

Please see,TRINITY exonerates me completely(&)his testimony has still NOT been processed adequately or in"GOOD FAITH"(&)should require the Court to release me with PROMPT(&)SINCERE DUE-PROCESS,as an ACTUALLY INNOCENT PRISONER,also showing Im not LAWFULLY Convicted under the STRUCTURAL ERROR Standards,(&)appointed Counsel has a plea before you that Could win,(&)I should be protected from PRO-SE strikes (via),Abdullah 392 F.3d at 959,(et al)Hill 349 F.3d at 1091-92(&), US V.Lurie,207 F.3d 1075,1077(8th Cir.2000),undet T.18 §2241-HABEAS-CORPUS-,please consider my attempt to amend the case under"McCoy" in 2018,a timely preservative measure(&)allow the issue to serve as a safeguard in the event that Counsels "DAVIS"(924(c)issue does not win my release or minimally,a NEW TRIAL which I could win...I believe The US ATTORNEYS Office is torturing me with PROCEDURAL Bars(&)I do need to complain because I am suffering extensively(&)can die without a Jury trial because some chyster convinced a Court that he did not need to present my defense despite having express instruction to do so.

Please allow some kind of relief or comment,note for me relevant to my Petition for relief in this case because Im reaching beyond the point of tolerance mentally(&)physically(&)the restitution I had available in 2005,is gone,ruined for nothing but gamemanship(&) Torture,with intent to KILL under color of law without DUE PROCESS!

Cont...

-DONE This DAY-

7/23/20

Respectfully Submitted,

*[signature]

Jeffery W.Paul Rg#10517-042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808