Jeffery W. Paul
Rg. 10517-042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

[DEATH ROW]




Legal Mail

INMATE IDENTIFICATION CONFIRMED

Chief Judge Stinson
Southern Dist. of IN; USDC -
To The Clerks office
- CAPITAL - CASE -

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4291 8258 72
Label 400 Jan. 2013
7690-16-000-7948

INMATE IDENTIFICATION CONFIRMED

RECEIVED
AUG 3 2020
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

← EMERGENCY →