USDC/SD of IN.

Jeffrey Paul
Rg. 10517 042
USP Terre Haute, IN,
PO Box 33
Terre Haute, IN.
47808

(pg. 1)

(In Rem) "PAUL V. Superintendent"
Case No# 2:13 cv. 304 (JMS)
(CAPITAL - HABEAS) T. 28 § 2241 -

FILED
3:40 pm, Aug 03, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

- Legal Letter; (5) EXHIBITS -

Dear Judge Stinson, (et al),

I am writing over my increasing concern about uncounseled correspondence to the Court; resulting in pro se strikes or other detriment.

Since 2002, I tried to file several Motions pursuant to Prima facie claims including ineffective assistance of Counsel relevant to Trial Counsels Misconduct & forensic Perjury = govt. Misconduct -; but got no process & mostly never got response.

At some point, I was approached by a Prison legal clerk who offered to assist because I was novice at typing & having Cognate disorder from high blood-pressure, no resources too. I was horrified to find the prisoner had gotten frustrated & sent inchoate documents to the Court with no context; the documents were NOT typed & were rough

Cont...

drafts to be used as model for a brief under Rule 61 (HARMLESS ERROR); arguing that Trial Counsel defamed & incriminated me; & The Govt. Perjured the record & the trial with real effect evident in the transcripts; the brief was supposed to be a traverse petition cross referencing the pg. & lines of the Transcripts which he'd agreed to do, having More access to Resources.

The prisoner not only failed to cross reference the issues I asserted, he did not type up the Notes or contextualize the actions under the proper controlling authorites & later admitted he'd been having periodic BI-Polar episodes, from being harassed.

I believe the initial "work product" was attached to "unconsseled correspondence" in Judge Lawrence's Name; thats when I became sure the papers had been sent "out of context", but previously suspected persons attempted to enter the case to my detriment to retaliate for criminal complaints I filed (attempted) in ARKANSAS & other circumstances; defacto retaliation for opposition to the Adult Industry (et al), trafficking narcotics, Scandered Court.

(pg. 3)

Cont...

Please note; regardless of what Appointed Counsel try to claim, I did not agree to any Plea Bargain & can claiming documents that were inchoate or potentially forged were sent to the Court & I did NOT endorse, draft or dictate any statements that intentionally incriminate myself; though the documents are relevant to that exactly; being summary points highlighting evidence in transcripts, examples of Trial Counsels attempt to Comply with a rejected Plea Bargain which required admission of guilt, preserved in the record & available for Prima facie claims & still not properly presented!

I'm including (2) Requests to Staff pursuant to Legal Calls; put off for Months now because of Covid 19 virus procedures; I am requesting that Attorney Peter Williams & Shawn Nolan Send All documents attributed to me; sent to the Court; so I can contextualize the matter & assist my defence "BEFORE" my appeal is dismissed, stayed or outright denied because of obvious reasons, (ie) a request for a Copy of each document & time-line related to the receivorship & filing

Cont...

of the documents because the documents may not be in context & could be construed as an "endorsement" of incriminating Plea; which I rejected & was actually a "complaint" about the incriminating performance of TRIAL COUNSEL, (&) subsequent relegations of Plea despite the evidence of the issue being plainly available in the TRANSCRIPTS for decades now; authenticated & proffered in good-faith!

Concisely; procedures have impeded my contact with Counsel on Appeal to such an extent that I am having mental problems from fear that my Intellectual Property is being stolen; having been exposed & that I'm still going to "lose" a case on appeal that couldn't be lost under American laws regardless of the ACTUAL-INNOCENCE claims; which I believe should also win in special damages...because the govt. witnesses perjured the record &, multiple witnesses exonerated me respective the Govt's "own" Medical Examiners lab Reports, which support my exoneration, as well.

Cont...

(Reiterating);

I am demanding Counsel send me copy of any document being used to support the govt. case against me; & that they file to expedite my release with restitution, & to preserve my intellectual-property for posterity due to conditions of captivity; financial destitution; oblivion & genocide is Not consolable to my rights & values (&) my values "Enhanced" The United States & "Conform" to traditional class/custom as legal rights; unlike the mire of exclusive, Non/Malfeasance I seem to be dying of entangled with these Lawyers & Officials which would constitute cognizable violations of rights at ANY time since the establishment of the Codified Bill of Rights & Articles of Confederation... Please expedite & resolve the matter in favor of my Counseled appeal forthrightly.

7/27/20 Respectfully

Signed [signature]

Jeffery Paul W.

Cont...

P.S. ←

Shortly After I was Convicted, I was told that the only fact I have to prove on a post-conviction appeal is that materially false testimony was presented during the guilt / Innocence phase, relevant to the conviction; & the Jury was exposed to that before returning a verdict.

That Jury found me guilty after being exposed to admission of guilt, over my objection & contrary to my exact NOT-Guilty plea; which was result of Counsels attempt to comply with terms of a rejected Plea Bargain, further, the Jury had been exposed to & did find that I actually perpetrated the crime &. crimes which were proven materially false, by way of perjured testimony, thats enough to prove undue influence.

That Standard of Evidence is relevant to the result of the ERROR under Rule 61; & found by the verdict, the verdict sustaining material perjured allegations proves error & admissions of guilt over clients objection violates the right to trial-jurisprudence, at the Guilt / Innocence phase.

Sincerely [signature]

C. Mgr SHEPHERD 6/10/20

MR. SUTTON; (Jdg. Stinson pg. 1 Attached)

I cannot compel your attorney's to call. you can call/write to them as you deem necessary.

Once again; Attorney SHAWN NOLAN tells me he's going to schedule calls but does not; & I need you to email him & ask him whats the problem b/c I know he can call from his cell; how busy is he? Nobody knows but I get real mad at the consistent default!

He is going to, or already lost my case & I tried to contact other lawyers & get nowhere! That's not fair!

Please find out whats up? (Covid 19 Problems?)

Thank-You; J. Paul 10817042 413/Cupper

6/8/20

Att! Judge Stinson Chief (Attached pg. 2)

MR. Shepherd,

I need an emergency call!

w/ Atty. Peter Williams

~~Shaw~~ PA defender office!

A.S.A.P.

Thank you.

Jeffery Paul 105,7042

413/ C-upper

7/23/20

7/23/20 - You are scheduled a legal call w/ Williams on Tuesday, 7/28 at 10:00am EST. welcome. [illegible]

Office of The FED.Def.,E.Dist.of,PA.

Jeffery Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

InRem:INTELLECTUAL PROPERTY-

FOR:"Rotagy"® (or)"ROTO"G"-®

1/7/2020

(Pg-3 Attached)

(Re) ENERGY PATENTS!! U.S.A.

LEGAL LETTER- 5 Pgs.Attached COPY of PATENT -

Dear MIKE GONZALES(Attorney)-

Hey Please dont forget that SHAWN NOLAN told me he was going to get you to take care of this for me,because hes doing the HABEAS Stuff...REMEMBER?

So Im sending the papers I handed out to you during visit in 2018-,please let me know whether you can read them or not so I can adjust accordingly,I need some feedback...

Remember,the patent is for a spectrum analysis of turbine technology,(ROTARY MOTION INVERTERS),already used on WINDMILLS,HYDRO-ELECTRIC(DAMS),etc...

What I want to do is scale down a inverter,hook the rotary up to a FORWARD ASSIST,that would include 3/innovative adaptations: (1.)a set of weights affixed to a axle that would rotate under its own inertia,reach equilibrium.(2.)a magnetic cradle that would push/pull the axle around at a determinable rate.(3.)a electrical motor that runs on battery,hooked up to the axle w/a sensor that could tell the generator to charge itself back up,while running the inverter.

Att!! Judge Stinson (Chief)

I do not have the JARGON to delve but want feedback(&)am willing to escrow upfront money pending a functional prototype for municipal, HOME Personal(&)Vehicle generators,but I DID ask for $10(BILLION)up-front,(&)retain shares(&)futures negotiable...so I need you to contact the appropriate parties for a verbal meeting/summary of the patent,probably the DEFENSE DEPT. if TOO MANY People see the ideas!

Please get with me A.S.A.P.!!!

Signed [signature]

(Pg. 4 Attached)

Peaceprop / greenprop ① ← (Propeller Cover for Motor Boats)

(fig. A.)

(1.)



Front view

Boat propeller without cover

(2.)



Side View

(1.) Front view



Note

Slats of determinable width, cover prop but allow water to move through

(2.) Back view



With cover

(fig B.)

Before

(fig C.)



After

(fig D.)



2019

[signature]

greenprop / Peaceprop (1)

(Pg-5) Attached




**Florida Manatee** *(Trichechus manatus latirostris)*

**Size:** Body length, 264 - 387 cm (104 - 152.4 inches) **Weight:** 400 - 1,600 kg (881.8 - 3,527.4 lbs)

**Habitat:** Shallow, slow-moving water **Surviving number:** Estimated at more than 5,000




*Photographed by David Fleetham*

to Protective Invention for Wildlife Safety —

# WILDLIFE AS CANON SEES IT

Cold is a killer. The Florida manatee is not built to withstand low temperatures, and survives the winter only by finding warm water refuges such as warm springs or industrial effluents. This aquatic mammal lives in both fresh and salt water, grazing on seagrasses and other vegetation. But as it grazes it often comes into fatal contact with watercraft. It is also susceptible to pneumonia, a danger that's increasing as warm water sources disappear due to groundwater pumping and the retirement of power plants.

As Canon sees it, images have the power to raise awareness of the threats facing endangered species and the natural environment, helping us make the world a better place.



EOS System

Canon

global.canon