Jeffery Paul W.
10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

PURPLE HEART FOREVER USA
PURPLE HEART FOREVER USA
PURPLE HEART FOREVER USA
PURPLE HEART FOREVER USA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Legal Mail

USDC/Southern Dist of, IN.
%The Court Clerks office;
Att! (Chief) Judge Jane
STINSON ←—★

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

CAPITAL - CASE (Re)

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4293 0894 63
Label 400 Jan. 2013
7690-16-000-7948

RECEIVED
AUG 3 2020
U.S. CLERK'S OFFICE

—Emergency Correspondence