USDC / Southern Dist. of IN.

FILED
5:18 pm, Aug 24, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jeffery Paul
Reg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(In Rem) "Paul v. Superintendent"
Case No# 2:13 cv. 304 (JMS)
USDC / SOUTHERN Dist. of IN.
- CAPITAL - HABEAS -

(pg 1.)

---

★— LEGAL LETTER —★ 18 pgs. EXHIBITS -

- Summary — ! EXIGENCY ! DURESS !

Dear Judge Stinson (Chief), (Honorable) -

Please see, the included documents; copy of Case US. v. Rodriguez (&) Steven Camacho: USDC / NEW YORK (Southern District) - This is a 924(c) case vacated as a priority due to EXIGENT circumstances; under the new law delineated in United States v. Davis 139 S. Ct 2319, 204 L. Ed. 2d 757 (2019); the case was filed APRIL 2020, in favor of the defendant. EXPEDITED! This case resolves questions of Jurisdiction from exhausted previous petitions by giving the Court the AUTHORITY to restyle / restructure the Plea to be a amendment

(Pg. 2)

Cont...

to an original Plea still pending; so please consider that although my direct appeal was exhausted; it was a COUNSELED appeal ordered by a Judge (&) not solicited by me, which actually did not include the issues I requested; the second counseled appeal was by way of unsolicited appointed counsel that was result of my codefendants contact with the US Attorneys office; which produced a statement exonerating me completely; still not presented in Court.

Although I filed PRO-SE petition in 2002-2003; they were dismissed as unintelligible; (&) in 2008; a Judge appointed a legal office for reasons unknown to me with no result I could understand or access on the computer; I do NOT have copies of my appeal; only my transcripts; the documents I had in 1999; were inchoate (&) mostly destroyed in transfer.

Obviously the procedural bars are effecting the availability of a prompt ruling in my favor; so I am asking the Court to consider restructuring the case as a initial

USDC / Southern Dist. of Ind.

(Pg. 3)

Cont...

Prose Petition still undecided due to intelligibility claims, that currently does show Prima-facie proof of a illegal conviction that should legally be vacated with priority of exigent circumstances.
If this cannot be considered a first intelligible Petition Prose; please order appointed counsel to contact my codefendant, MR. Trinity Edward Ingle, to file a first joint petition or consolidate that in title yourself as well or additionally to mine.

Respectfully,

Signed [signature]

Done this Day -
8/17/2020