Jeffery Paul
Rg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

! Exigency / DURESS !

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED
AUG 21 2020
U.S. CLERK'S OFFICE

C/o The Court Clerk - USDC -
Southern District of, IN.
Attention Please - Chief
→ Judge Jane Stinson ←!

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4293 0895 62
Label 400 Jan. 2013
7690-16-000-7948

CAPITAL CASE —— Exigency!