FILED
10/26/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

U.S.D.C. / Southern Dist. of IN.

Jeffery W. Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

Case no 2:13 cv-304 (JMS)
"Paul V. Superintendent -
(Capital Habeas) T.18 § 2241 - (1.)

- Legal Letter - 2 Pg. Exhibits

Dear Judge Stinson;

Please note that although I have had Terrible experiences with lawyers (&) some misunderstandings with the current appointed lawyers from Philadelphia; including other problems being harassed by prisoners; currently I have no reason to believe that Attorneys Shawn Nolan; Peter Williams or Leigh Skipper do Not believe in my innocence or under-stand that because of Cognate disorder I have from time to time resulting from head injury "context" is not available without inquiry for my intentions, but that I do plea not-guilty (&), want a fair trial in my favor &, am Not trying to undermine their work in my defense (&) only recently contacted..

(2.)

Cont...

US Attorney Josh Minkler out of anger (&) dismay that he successfully argued my Lawyers do not present evidence of Structural ERROR plainly evident in the transcripts according to the "McCoy" issue Sct. No: 16-8255 (5/14/18), about the involuntary Plea-Bargains, (&) if I could, I'd sue Attorney Minkler for turning my lawyer into a liar when he clearly is telling the truth about authenticated issues (&) relevansce.

Attorney Minkler should offer support for my appeal (&) revenge on his argument that my documents do not support a "Prima facie" claim; see Exhibits pg. 1 & 2.

Please consider ordering US. Attorney Minkler to do that.

Sincerely [signature]
Jeffery Paul Co.

10 / 22 / 20