Jeffery Paul 10517-042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

— Legal mail —

INMATE IDENTIFICATION CONFIRMED

FILED
OCT 26 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

CAPITAL CASE
c/o the Clerk of The Court;
Office of Chief Judge; Hon.
Jane Stinson
USDC / Southern Dist. of, IN.

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE
USPS TRACKING #
9114 9023 0722 4293 0895 79
Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Emergency / DURESS !