U.S. DC / Southern Dist. Ind.

FILED
11/18/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jeffery W. Paul
Reg. 10567-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(In Rem) "Paul v. Superintendent"
Case No: 2:13 CV. 304 (JMS)
Capital-Habeas - §2241 T.28
HABEAS - CORPUS -

(Pg. 1).

- Legal Letter to Chief Judge Stinson -

Dear Judge Stinson (et al),

Please note that my continued captivity, after such a long time (& especially during the holidays) serves no purpose in light of issues I believe my lawyers explained at least partially; (&) is exceptionally cruel considering the restitution I have available now, is still inadequate, if fully realized or not. DUE-PROCESS is a RIGHT!

For your consideration as well; I am available to provide character evidence in defence of myself (& previous situations including proof the government lied about entanglement with gang/criminal peers including my codefendant who I actually met in High School, NOT Detention.

I am also available to review documents attributed to me actually, or by endorsement for CONTEXT, because my contact [illegible]

Continued; (pg. 2)

...with the Court was mostly about points in contention relevant to FRCP - Rule 61 "HARMLESS-ERROR" -, please remember the US Attorney (&, a Federal Judge had the audacity to equate Trial-Counsels admissions of guilt (&) slander, dis-paragement pursuant to Plea Bargain terms previously rejected, with benign clerical error... unfortunately I dont have the (copy) of documents attributed (&, must outright deny any correspondence deemed inculp-atory because I cant review the content; hand-writing or timeliness of the entrys... I deny I deliberately sent ANY correspondence to the Court determined to undermine my appeal or incriminate me (&, claim I was re-pitiously harassed (&) obstructed in prison which exacerbates evidentiary default from failure of Defense investigation to previously acquire exonerating affidavits; (&, now the Courts nonfeasance; which I dont understand.
Please expedite this matter in my favor in light of loss (&, risk of further injury including Covid 19 - (&, The Defense investigators currently proffer support.

Sincerely, [signature]

11/16/2020

Cont...

(pg. 3)

P.S. ← Postscript

Please recall that when this action was opened; I was Pro-Se & there was a prisoner here who tried to enter my claims; he was represented by The PA. Defenders office & was bi-polar; he implied that he had "Control" over the Office there through his attorney & I spoke of my concerns in visit shortly after the Office was appointed b/c he stated Attorney's Shawn Nolan & Peter Williams know that I have bad character & secretly believe I am actually guilty & should "get what you deserve for killing some old guy"; both Shawn & Peter deny they think the evidence against me was compelling & believe In innocence & can represent me in good faith, but b/c of the nature of the Prisoners allegations & relegation of my case, I repeatedly contacted F.B.I & the US Attorney & This Court to complain that I am innocent; have been framed by involuntary Plea-Bargain & relegated to serious bodily injury since proving 15 YEARS ago the eye-witness exonerated me & thats credible & supported by forensics.

Although I worry alot about my family & hoped to reunite with them soon, problems here get bad, so...

U.S.D.C. / Southern Dist. IN.

(Pg. 4)

Cont...

...I did also; alert the prisoners lawyer that he was bi-polar & was trying to avoid problems in The Unit (Prison) - but finally, after the prisoner yelled very loud; "Your Attorneys are Lying Pieces of Shit & So are You; You're Dead"; & I get several "kites" (letters) passed to me saying the same; I alerted the prison Staff who didnt really do anything b/c theres nothing to do; but the incidents haunted me & was just one of several incidents that involved threats from that prisoner stating he "could" enter the case & ruin me to one end or another, going back to proxy 2000.

Other incidents included stabbing my legs & abdomen w/a dirty needle; sexual harassment & obstruction (forgery), invading privacy, slander.

So please consult w/me if it seems I am trying to complain about the Attorneys assigned because I think they could win but just aren't getting processed mostly; trying not to be paranoid.

Sincerely, Jeffrey W. Paul

11/16/20

U.S.D.C. Southern Dist. IN

(Pg. 5)

Cont...

P.S.S.

Please note; The Physical force Clause requires More explanation than the Definition in my Case of Aiding & Abetting; pg-849 Transcripts; which is as follows: to aid & abet a crime a person must, before or at the time of the crime was committed, (1.) have known the crime was being (or going to be) committed... and (2.) knowingly acted in "some way" to cause, encourage, or "aid" the commission of the crime...

So to satisfy that; merely an attempt to Rob resulting in a death is enough to satisfy the conviction but obviously; requires no physical force, conspiracy or premeditation even in a crime that satisfies a violent category; if any crime predicating the conviction satisfies the conviction.

Sincerely Jeffrey W. Paul