Jeffery W. Paul
Rg. 10517-042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

NOV 18 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail

United States District Court
C/o The Court Clerk for
The Southern Dist. of IN.
Att: Chief Judge Jane M. Stinson (Hon.)
-(In Rem) CAPITAL - CASE —

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE
USPS TRACKING #
9114 9022 0078 9080 3715 44
Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

Capital Case