FILED
01/04/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jeffery Paul
Rg. 10514042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

USDC/Southern District, IN.
(IN Rem) "Paul V. Superintendent"
Case no: 2:13 CV. 304 (JMS)
CAPITAL - HABEAS - (Pro-Se) - 12/29/20
Counsel Appointed —

- MOTION FOR DUE-PROESS Pursuant to redress a Fundamental Miscarriage of Justice -

Comes now the Petitioner Pro-Se; does hereby uncounseled correspondence move this Court to relieve a wrongful Conviction & release the Petitioner with restitutions -

- Summary - Exhibits pg. 1 - 8 -

The petitioner Pro-Se does hereby present documentation pg. 1-3 which include e-mail from appointed Counsel authenticating the Content of pg. 4-6, which is a document titled, The Declaration of Trinity E. Ingle dated 2/11/2005; the Affidavit describes the unfortunate death of MR. Sherman Williams, which he ...

US DC / Southern District, IN.

(pg. 2)

Continued...

... Confesses to (&) exonerates me. He also admits that I was briefly at gunpoint during the incident.

This statement is consistent with previous statements which also exonerate me &, prove he was being coerced to help frame me; which happened when another person was allowed to present testimony which was proven to be forensic Perjury; pg. 7 (4) &.

I am currently 44 yrs. old, imprisoned for 24 yrs. for a crime I proved I couldn't have committed forensically, 17 yrs. ago, &, did not commit by eyewitness testimony; suppressed for years & never presented during the guilt / Innocence phase of any trial or hearing; but available to this Court now, for 15 yrs!

Please order the appropriate relief &, expedite that.

Respectfully Submitted,

Signed [signature]

Rg. 10517042 Done this Day - 12/29/20