USDC / Southern District IN — Jeffery W. Paul
Rg. 10517 042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

USDC / Southern District, IN.
(In Rem) "Paul V. Superintendent"
Case no: 2:13 CV. 304 (JMS)
CAPITAL - HABEAS (Pro-Se);
Counsel-Appointed -

FILED
01/04/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

— Legal Letter — Emergency —

Dear Judge Stinson;

I was diagnosed (+) positive for COVID-19 on 12/22/20 & moved to a Quarantine Range; I don't have symptoms now but cannot leave the range or prison without a (-) negative test.

Please liberally Remand &, expedite my Case!

Respectfully Jeffery W. Paul

Signed - 12/29/20