Jeffery Paul
Rg. 10517042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

— Legal MAIL —

! SAnitize !
for Covid-19

FILED
JAN 4 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Att: Judge Jane M. Stinson (Hon.)
c/o The Clerk's office - Federal Court -
USDC / Southern Dist. of, IN.
(In Rem) CAPITAL - CASE
Emergency

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN [illegible] 47801
United States

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9080 3715 13

! EMERGENCY !!