Jeffery Paul Rg-10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

INMATE IDENTIFICATION

Legal Mail!

**FILED**

JAN 7 2021

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Covid (+)!

C/o The Court Clerk for
USDC / Southern Dist. IN.
Att: Judge Jane M. Stinson (Hon.)
(In Rem) CAPITAL HABEAS -

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

STATES MARSHAL
SCREENED BY
MAGNETOMETER

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9022 0078 9080 3715 37

Label 400 Jan. 2013
7690-16-000-7948

Emergency