FILED
01/07/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

USDC / Southern Dist. IND.

Jeffery W. Paul
Rg. 10517-042
USP Terre Haute, IN.
PO BOX 33
Terre Haute, IN.
47808

(In Rem) "Paul v. Superintendent";
Case No: 2:13 cv-304 (JMS)
CAPITAL-HABEAS §2241
PROSE - Counsel (Appointed) -

Pg. 1.

- Motion for DUE-PROCESS, pursuant to Effective Assistance of Counsel -

Exhibits - Pg. 1-4 -

Comes now the Petitioner Pro Se does hereby un-counseled correspondence submit the following motion in the abovestyled action to reiterate a previously filed motion on-to-to, as if it was never previously filed; in light of circumstances compelling Due process of the Court.

- Summary -

The petitioner Pro Se does assert that this action was filed (& i included a evidentiary attachment proving I am actually-Innocent or at least raising non-FRIVOLOUS claims; Appointed Counsel also filed under the most

Continued...

recent authority controlling the case: "DAVIS" NO# 18-431 (Sct.) 6/24/19 - (&) we tried to get a Certificate of Appealibility for the most recent case delineating the standard of Review for the Involuntary Plea Bargain (Trial Counsel misconduct) issue under case: "McCoy" NO# 16-8255 (Sct.) 5/14/18; Both of which require vacateur (&), Double-Jeopardy may apply.

The petitioner Pro Se does hereby submit an original Pro-Se Motion-#236 Docket-Statement - reiterating my intent to support counseled petition (&) requesting release with restitution, expedited, see: pg. 1, 2 (&) 3, Attached titled; Motion to attach legal intent statement to pending appeal for DUE PROCESS pursuant to Habeas Review §(2255(e)) - that's the Savings clause (&) means the Court may apply any issue in my favor that reasonably applies to the case (&) should do so to prevent a Miscarriage of Justice; as a Priority of Civil Action. I have an Absolute Right to be released from these issues...

Continued...

& further; these issues have been relevant since 2002 & evidence of my ACTUAL-INNOCENCE claims has been available (via) unequivical eyewitness testimony, which is consistent with forensics &, so also proves the Government relied on material perjured testimony during the Guilt/Innocence phase of my trial; since 2005, so I did complain repeatedly that my lawyers are being humiliated & case; obstructed & most recently, attempted to file a Administrative Remedy F.B.O.P. resolution option, seeking criminal complaint & process under T. 18, Ch. 227, §3582, sentence modification-provisions; so far I've been discriminated against for a solid 18 yrs with no explanation see pg. 4.

★ — Request for Relief — ★

(1.) Order this case vacated & declare me innocent under "Davis" No: 18-431 (Sct) 6.24.19 -

(2.) Order this case vacated & declare me innocent under "McCoy" No: 16-8255 (Sct) 5.14.18 -

USDC / Southern Dist. of IND



Continued...

(3.) Order this case vacated by way of Rule 61 FRCP "Harmless Error" - declare me innocent because previously suppressed eyewitness testimony of Trinity E. Ingle, which is consistent with forensics; is completely exonerating for me, proving I am innocent, is available.

(4.) Order this case vacated by way of Rule 61 FRCP "Harmless Error" - declare testimony of Gary K. Rogers was forensic perjury, &c fatally effected the jury verdict during the guilt/innocence phase of the trial.

(5.) Order this case vacated by way of Rule 61 FRCP "Harmless Error" - declare Counsel was ineffective at trial because he attempted to comply with a rejected Plea Bargain resulting in admission of guilt to elements of crime constituting a 1st degree Homicide conviction, or other misstatement of fact, or law to that effect; involuntary admission of guilt, violating my right to support my Not-Guilty Plea with Counsel. They attribute confessions to me; but the statements are out of context &c should be considered inchoate or coerced; "WHITESHARK" utterances!

USDC / Southern Dist. In.



Continued...

(6-) Admit that my case was NOT frivolous by contemporary standards & my captivity is torture & should be compensated treble, (&) criminal offenses committed against my spousal rights; property rights, & right to Due Process should NOT be protected by agency immunity.

Your Honor, I am trying to file criminal complaints to relieve my captivity as a crime; because my lawyers appeals are humiliated, relegated or annulled... I am being discriminated against, robbed tortured to death in plain sight. Please EXPEDITE RELIEF in this case & my rights are not moot; they're constitutionally authoritive.

Respectfully Submitted

Signed [signature]

1/1/21