USDC/Southern District of IN.

FILED
01/07/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jeffery W.Paul
Rg#10517042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808

Inrem:"Paul V.Superintendent"(Judge STINSON)

Case No#2:13 cv 304(CAPITAL HABEAS)-

Pg. 1.

------------UNCOUNSELED CORRESPONDENCE---------

* MOTION TO ATTACH LEGAL INTENT STATEMENT TO PENDING APPEAL for DUE PROCESS PURSUANT TO HABEAS REVIEW §2255(e) *

Comes now The Petitioner PRO SE,does submit the following plea in Amicus,to inform the Court of the purpose(&)scope of review at hand via,COUNSELED Petition pursuant to relief under The NEW LAW rendering the 924(c)statute unconstitutionally vague,byway of The UNITED STATES SUPREME COURT DECISION-"DAVIS"No#18-431(SCt.)6/24/19.

This Court ordered appointed Counsel to file a supplemental on 11/6/19,which they did,(&)although the case should result in my complete exoneration(&)release with restitution,I feel I should be allowed to reiterate that I am being tortured(&)was convicted in violation of my fundamental CONSTITUTIONAL Rights,when TRIAL COUNSEL attempted to comply with terms of a rejected PLEA-BARGAIN,which is an issue Ive tried to raise,inneffectively to date,but an issue delineated as STRUCTURAL ERROR most recently in The UNITED STATES SUPREME COURT DECISION-"McCOY"No#16-8255(SCt.)5/14/18.

Although I repeatedly attempted to garner a CERTIFICATE OF APPEALIBILITY on this issue,(&)Counsel submitted a request for PRIMA-FACIE review,that was denied in July 2019,with no comment,(&)because the issue requires an immediate vacateur,I believe a FUNDAMENTAL MISCARRIAGE OF JUSTICE has occurred,so herein reraise the issue with the appropriate cross references for your consideration.

Cont...

Firstly,the opinion in,"McCoy"held the following as LAW...

"The 6th Amendment guarantees a defendant the right to choose the OBJECTIVE of his defense(&)to insist counsel refrain from admitting guilt,even when counsel's experience based view is that confessing guilt offers the defendant the best chance to avoid the DEATH PENALTY."

A "McCoy"error is STRUCTURAL ERROR,(&)requires a immediate vacateur,remand(&)DOUBLE JEOPARDY may apply.

Clearly,the issue is applicable in the case on appeal(&)would be available via §2255(e)(SAVINGS CLAUSE),because I am not waiving the matter(&)its a manifest injustice subordinate to purview of the Court,constitutional error compelling CAUSE OF ACTION in law...again,TRIAL COUNSEL (&)I discussed the case(&)offer of Lenity in exchange for a contrition/guilty plea,pretrial,(&)I rejected the offer,claimed I was NOT GUILTY,(&)statements attributed to me were out of context,coerced,(&)the Judge certainly knew I intended to win,because he reminded the court multiple times that I plead NOT-GUILTY,see:TRANSCRIPTS Pg.459,842...(&)I had previously successfully assisted counsel on STATE RELATED CHARGES for an ACQUITTAL,see:Pg. 1165...

Despite the fact that Id claimed to be only a witness,see:Pg.812-814...testimony of FBI Agent,(&)was confused about why I was being prosecuted,see:Pg.743(&)1171-1172...I knew that I was being scape-goated(&)was told to"Shut-Up",during the trial,(&)TRIAL COUNSEL proceded with his own rejected strategy,which was admit guilt to 1st degree MURDER,(&)ask for a Sentence review under 2nd degree guidelines.

Cont...

Counsel disregarded my Plea regardless of my express intention (&)not only omitted my alibi(&)ADMITTED GUILT to the Crime,but defamed my(&)my families Character,(&)allowed the Government to impugn exonerating FORENSIC REPORTS theyd previously admitted as unequivical when used to acquire warrants for me...see:TRIAL COUNSELS OPENING,Pg.489-500,(&)CLOSING,Pg.879-900...which is during The GUILT/INNOCENCE Phase (&)foreclosed the Jurys verdict,violating my right to support my plea with counsel,which is all I had to prove on COLLATERAL Claims,the USAO knew before the trial was over,see:Pg.904.

I am very disturbed to still be imprisoned over 20 years after realizing this Claim was in the record,(&)feel like Im being exterminated as a CLASS,because the FEDERAL COURTS/B.O.P. have taken the liberty for redressing the issue with substantative process,despite being alerted to the fact(&)relevance for decades!

-------IN SUMMARY REQUEST FOR RELIEF------------

The Petitioner PRO-SE,does submit this AMICUS brief as a Supplemental to COUNSELED-HABEAS CORPUS PETITITIONS-,pursuant to remand for restitution,release(&)further review or appropriate process to redress compound injury from illegal-restraint Ive sustained consequently,(&)for the Court to EXPEDITE that.

Respectfully Submitted,

Done this Day-
(12/23/2019)-

Signed *Jeffery W. Paul*
Jeffery W.Paul Rg#10517042
USP Terre Haute,IN.

Pg. 4.

Attachment 1

FCC Terre Haute

Administrative Remedy – Informal Resolution

#657

| | |
|---|---|
| Inmate Name: Paul Jeffrey | Register #: 10517-042 |
| Unit: SCU | Date Submitted: 6-7-2019 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: I am learning disabled from Injury & I am being tortured So I Need to Contact an appropriate F.B.I. office for a confidential Report of violations of T. 18 - USC - Ch. 13 - Civil Rights - Resulting in obstruction, My Lawyers are curtailed in their capacity & cannot facilitate the request, I am INNOCENT -

Section 1b: Briefly state the resolution you request: please Contact & arrange a Conference Call about Non-frivolous Complaints that can't be redressed by appointed Counsel. (FBI) -

Inmate Signature: Jeffrey Paul

Counselor Printed Name/Signature: Sutton for MW

Section 2 Department Assigned: legal, Ulm, SIS

Date Assigned: 6-7-19 | Date Due: 6-14-19

| | | | |
|---|---|---|---|
| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☒ SIS | |

Section 3: Department Head Response

Issue Resolved Comments:

Issue Un-resolved Comments: No response received. However you may write them at the address previously provided. Additionally, you have been and are schedule legal calls and legal visits at which time you may discuss these matters directly with your legal counsel. You have a legal call scheduled today 6-14-19 at 11:00 a.m. EST

Unable to Address Issue Comments:

| | |
|---|---|
| Inmate Signature if Resolved: | Date: |
| Staff Signature: [signature] | Date: 6-14-19 |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | | 6-7-19 | 6-14-19 | 6-21-19 | 6-21-19 | |
| Time | | 1000 | 1100 | 1100 | 1200 | |
| Staff | | CW | CW | CW | CW | |