Jeffery Paul Rg-6517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

INMATE IDENTIFICATION



FILED
JAN 7 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal Mail!

Covid (+)!

C/o The Court Clerk for
USDC / Southern Dist. IN.
Att: Judge Jane M. Stinson (Hon.)
(IN Rem) CAPITAL HABEAS -

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9080 3715 37
Label 400 Jan. 2013
7690-16-000-7948

STATES MARSHAL
SCREENED BY
MAGNETOMETER

Emergency -