USDC / SD IN.

Jeffery W. Paul
Reg. 10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

USDC / Southern District, IN
(In Rem) "Paul V. Superintendent"
Case no: 2:13 cv. 304 (JMS)
CAPITAL - HABEAS (Pro-Se);
Counsel - Appointed -

FILED
01/26/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

— Legal Letter — Emergency —

Dear Judge Stinson;

I was diagnosed (+) positive for COVID-19 on 12/22/20 & moved to a Quarantine Range; I don't have symptoms now but cannot leave the range or prison without a (-) Negative test.

Please liberally Remand &, expedite my case!

Respectfully Jeffery W. Paul

Signed - 12/29/20

Jeffery Paul
Paul USP Terre Haute, Ind
PoBox 33
Terre Haute, IN.
47808

USDC/Southern District, IN.
(IN Rem) "Paul v. Superintendent"
Case no: 2:13 cv. 304 (JMS)
CAPITAL - HABEAS - (Pro-Se) - 12/29/20
Counsel Appointed -

- MOTION FOR DUE-PROCESS Pursuant to redress a Fundamental Miscarriage of Justice -

Comes now the Petitioner Pro-Se; does hereby uncounseled correspondence move this Court to relieve a wrongful Conviction & release the Petitioner with restitution -

- Summary - Exhibits pg. 1 - 8 -

The petitioner Pro-Se does hereby present documentation pg. 1-3 which include e-mail from appointed Counsel authenticating the content of pg. 4-6, which is a document titled, The Declaration of Trinity E. Ingle dated 2/11/2005; the Affidavit describes the unfortunate death of MR. Sherman Williams, which he ...

USDC / SD - IN.

pg. 2

Continued...

...Confesses to (&) exonerates me. He also admits that I was briefly at gunpoint during the incident.

This statement is consistent with previous statements which also exonerate me &, prove he was being coerced to help frame me; which happened when another person was allowed to present testimony which was proven to be forensic perjury; pg. 7 (&) 8.

I am currently 44yrs. old, imprisoned for 24yrs. for a crime I proved I couldn't have committed forensically, 17yrs. ago, &, did not commit by eyewitness testimony; suppressed for years & never presented during the guilt/Innocence phase of any trial or hearing; but available to this Court now, for 15 yrs!

Please order the appropriate relief &, expedite that.

Respectfully Submitted;

Signed [signature]

#. 10517042

Done this Day - 12/29/20