Jeffery Paul W.
Rg. 10517042
USP Terre Haute, IN.
PO BOX 33
Terre Haute, IN.
47808




INMATE IDENTIFICATION CONFIRMED

Legal Mail

c/o the Clerk of the Court
USDC / Southern Dist., IN.
Jdg. Jane M. Stinson (Hon.)
— CAPITAL-CASE —

⇔10517-042⇔
Federal Court-Usdc
[redacted] - 921 Ohio Street - Room 104
Terre Haute, IN 47801
United States

FILED
JAN 26 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4290 6089 64
Label 400 Jan. 2013
7690-16-000-7948