USDC/SD-IN

FILED
01/26/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jeffery Paul
Reg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN
47808

(In Rem) "Paul v. Superintendent"
Case No: 2:13 Cv. 304 (JMS)
Capital Habeas - Pro-Se
Counsel Appointed § 2241 T. 28

Pg. 1.

- Affidavit → (6 pgs)

The Petitioner does hereby Uncounseled Correspondence submit the following statement in support of Counseled Petition &/Complaint -

- Summary -

I did not intentionally submit or endorse any inculpatory statement relevant to any crime, including the homicide of Sherman Williams on appeal, that's obstruction.

I was charged with several crimes & was extensively tortured, but forensics proved I was innocent & charges were dropped or I demanded trial &, was acquitted.

I did contact courts about inculpatory testimony attempting to compare Trial-Counsels misconduct to collateral claims &, get the case reopened; but that testimony was result of Trial Counsels Misconduct;

admissions of guilt (&) unrebbutted (or) defacto ceded hearsay, that I personally denied, such as vitriolic profanity which was actually in someone elses testimony but attributed to me, coerced, yet admitted. That was Trial Counsels attempt to placate the court, not mine.

I offered to contextualize any statement attributed to me; & claim that when I realized I was being taken from a 3rd person objective comment, to a 1st person possessive admission, I corrected the context &, denied I committed the crime; claiming I was being harassed & intimidated by persons threatening to blame me for crimes they committed, (ie) Gary Rogers (Witness Govt.), & FBI agent J. LaVoie, admitting I was trying to claim I was only a witness too, but being harassed.

Ive repeatedly tried to complain about vitriolic comments attributed to me; because I denied them; & believe that Trial Counsels failure to rebut the allegations was enough to reverse & vacate the case for error, admission of guilt for a Defendant that plead Not-

guilty is unequivically "Harmful Error" regardless (b) should be presented correctly in this case, (d) I should win further review !!
I do not want to live like this & have been refraining from my true feelings & character to pacify my family who know I'm innocent & the govt. owes me much damages & also, that I can represent a lawsuit in the U.S. House the way it should be; personally, for Justice denied so far.
Your Court should vacate & declare me innocent now; or give me the chance to complain to the Judiciary oversight with resources because I have none & am "literally" obstructed by the B.O.P. Staff & circumstances allowing spiteful people to exploit the disfranchisement.
Choosing to relegate my innocent claims for so long; since 2002, guarantees the restitution available for my wrongful conviction is not adequate & evokes suspicion about the Mootability of the action; which is conspiratorial, because there's NO DOUBT that the Jury disregarded the standard of evidence & returned a verdict based

on materially perjured testimony, that I want prosecuted. Also that the forensics are consistent with the eyewitness testimony that exonerated me completely.

The delays in this case are cruel, malicious &, cognizable as claims for injury in retrospect &, cause paranoia from me; believing I am being murdered for my witness, as well as to undermine my right to damages which include claims to intellectual property entangled with powerful government programs.

Your nonfeasance is harmful & I don't want to continue cooperating with my own captivity because my civil rights are authoritive, not privileges constitutionally &, torturing me to such an extent is cruel, precedent (&) blatant, & I still don't have all relevant documentation.

I don't want to cooperate with my captivity or execution &, am embarassed that such fragile men thinks they can have sex with my wife, promote perjury & actually kill me without problems in plain sight. I am being tortured & the courts option to exclude relief according to the controlling authority is abusive & going to not only waste

the restitution available but cause a humiliating & violent finale which will leave me, a person directly related to Combat veterans, inventers & working class professionals strapped to a gurney with fractures & torn tissue, blinded; to be poisoned for a crime I didn't commit no matter what you say, according to the law & forensics; although a person could be guilty of inciting a general crime; thus culpable, the "allegation" found by the jury was perjured & could not survive a thorough review, & required process in 2002 which would've released me.

Staff do not care & emulate Nazi's, claiming to be just doing their job. they have ritually stalked torment & discriminated against me; such as tamper with the food despite knowing I have a heart condition; destroy property that isn't contraband & relegate privileges; apply penalty from fake incident reports, allow other prisoners to effect me & my interests; other strange behaviors such as putting fake Black-eyes on the face with makeup on days that I believe are relevant to me & my future... imply I will be strangled, or evoking incidents. or cases they think

Should haunt me, with no regard for the truth, fidgeting with their wedding rings in front of me & chatting about their families, with no regard for other victims of false testimony including me & my family, which doesn't include a family of my own; completely immune from complicity.

I am being provoked & tormented by merely being captive & sometimes by calculated procedures of foolish & cruel minions of government service who refuse to exercise their rightful duty, Deliberately.

You're hurting my body & family & violating my right to civil redress of a criminal complaint; please redress this problem; The B.O.P. proves that you will not be challenged by any govt. agent; officer on my behalf regardless of my innocence or their duty, They are not loyal to the US. Constitution; begrudging my Due-Process.

Sincerely [signature]

1/3/21

Jeffery Paul W.
Rg. 10517042
USP Terre Haute, IN.
PO BOX 33
Terre Haute, IN.
47808



INMATE IDENTIFICATION CONFIRMED [illegible]

Legal Mail

FILED
JAN 26 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

c/o the Clerk of the Court
USDC / Southern Dist., IN.
Jdg. Jane M. Stinsons (Hon.)
- CAPITAL - CASE -

⇔10517-042⇔
Federal Court-Usdc
[illegible] - 921 Ohio Street - Room 104
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4290 6089 64
Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER