Jeffery Paul W.
Rg. 10517042
USP Terre Haute, IN.
PO BOX 33
Terre Haute, IN.
47808




INMATE IDENTIFICATION CONFIRMED

Legal Mail

FILED
JAN 26 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

c/o the Clerk of the Court
USDC / Southern Dist., IN.
Jdg. Jane M. Stinson (Hon.)
- CAPITAL-CASE -

⇔10517-042⇔
Federal Court-Usdc
~~[illegible]~~- 921 Ohio Street - Room 104
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4290 6089 64
Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER