UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:13-cv-00304-JMS-MJD |
| | ) | |
| SUPERINTENDENT, et al, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Bob Wood, Assistant United States Attorney for the Southern District of Indiana, advises that he withdraws his appearance as counsel for the Respondent. Undersigned counsel states that on June 10, 2015, Jeffrey A. Zick (D. 59) and January 16, 2018, Jeffrey Kahan (D. 176), attorneys with the United States Department of Justice, Capital Case Section, located in Washington, DC, entered their appearances on behalf of the Respondent.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: s/ James Wood
James Wood
Chief, Appellate Division

## CERTIFICATE OF SERVICE

I certify that on January 27, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ James R. Wood
James R. Wood
Chief, Appellate Division
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Bob.Wood@usdoj.gov