UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:13-cv-00304-JMS-MJD |
| | ) | |
| SUPERINTENDENT, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Denying Pro Se Motions**

Petitioner is represented by counsel in this habeas corpus action. As the Court has explained in prior orders, Petitioner must file any motions in this action through counsel. *See, e.g.*, dkts. 113, 119, 123, 125, 128, 152, 163, 166, 174, 188, 205, 213, 219.

Petitioner's pro se motions to amend the petition for writ of habeas corpus, dkt. [248], motion for expedited relief, dkt. [249], motion for due process, dkt. [253], motion to remand and expedite case, dkt. [254], second motion for due process, dkt. [256], motion to attach legal intent statement to pending appeal, dkt. [257], and third motion for due process, dkt. [258], are **denied**.

The Court again reminds Mr. Paul that all motions in this action should be filed through counsel.

**IT IS SO ORDERED.**

Date: 1/29/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey Bradford Kahan
U.S. DEPARTMENT OF JUSTICE
jeffrey.kahan@usdoj.gov

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
winfield.ong@usdoj.gov

Leigh Skipper
FEDERAL COMMUNITY DEFENDER
leigh_skipper@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

Jeffrey Alan Zick
UNITED STATES DEPARTMENT OF JUSTICE
jeffrey.zick@usdoj.gov