U.S.D.C./Southern Dis. of IN. Jeffery Paul

FILED
02/25/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN. 47808

(In Rem) "Paul v. Superintendent":
Case no: 2:13 cv. 304 (JMS)
"Habeas Corpus"/Capital-Case (Pg. 1)

- Motion for Due Process pursuant to Effective-Assistance of Appointed Counsel to Consolidate (&) redress other Motions, Due to "prose" Petitioners Learning-Disability -

Comes now the Petitioner "ProSe" does hereby uncounseled Correspondence move this Court to Consolidate (&) redress complaint, relevant to prejudicial Material submitted in other Motions request for relief of Libel; Violations of Rule 61-FRCP Harmless error or other Law or Case, by way of appointed Counsel.

Exhibit Pgs. (1.) through (8.) Attached -

- Summary -★ ★ ★

Your Honor; on about 2/18/21, I became aware of a DailyMail inc. Article which is published online (&) obtained a copy; see: Pg. 1. - The Article Contains a Synopsis of my Conviction (&) includes a Materially false Statement; (i.e.)

Cont..

"the (2) Robbed & beat Williams & kicked him So hard they knocked his eye out of socket". Please see Pg. 2, 3 - Copy of cover pg. of Trial - Transcripts & pg. of witness list showing that witness DR. Frank Peretti (Government) Federal Medical Examiner was cross-examined about this allegation extensively (&) his testimony was authenticated.

firstly; the DR. performed an Autopsy to determine cause of Death (&) the nature of the crime; he examined for signs of Battery including soft-tissue damage from Blunt force (&) Hyperextention of joints including cartilage in the spine & neck; he examined for missing teeth, fracture or Breaks (&) concluded there was no injury other than a gunshot wound to the head & chest area... See: Pg - 4, 5 (&) 6... which clearly proved the Govt - witness providing testimony contrary to the report, as well as no less then 6 other eye-witnesses undully effected my trial by providing perjured testimony which effects my captivity by estranging me from Public support (&) at times; appointed counsel who seem to be tired of raising the issue, though its sensational Government misconduct; because of the heinous nature of the language; as a

U.S.D.C. Southern Dist. of Ind.



Cont...

legal issue; the claims proven on appeal, as Harmfull Error during the Guilt/Innocence phase of my Jury trial, should win a vacateur & obligate the Court to forthrightly grant my Actual Innocence & release me, see: pg 7 (Rule 61-FRCP) - "Harmless Error"; but it seems thats not going to happen as long as Jurisprudence is not available for me; which is an issue I've tried to complain about repeatedly because I am not DULY CONVICTED & am being relegated to inconsolable loss & injury & suffer from Cognate disorder from the effect of that type of media coverage & estopple resulting, see pg. 8., I believe & I have an account from 2002 with the Senate Judiciary Chair Sen. P. Leahy, which I opened after discovering my Involuntary Plea-Bargain issue was available, to no avail.

further, I am being stalked & believe thats in addition to the discrimination from the government, but could be incited by my initial Complainte about Spousal misconduct & intellectual property infringements in ARKANSAS, but not exclusively...

This complaint is something I try to raise period-

Cont..

ically because I notice that procedures available for others are denied to me &, my privacy is being invaded in a way, eerily foreshadowed from my youth relevant to an entertainment conglomerate (esp.) missing information previously available is gone &, no witnesses to egregious violations are available in Good-Faith... which confirms I remain in danger if only from Default security &, stymied Counsel... I am being secretly conspired against.

## A - REQUEST FOR RELIEF - A

firstly; Please order Attorney SHAWN NOLAN; of The Federal Defenders Office; Eastern District of PA. to send a cease &, desist order to The DailyMail.com, or at least to redact the story according to law, thats libel? Maybe obstruction?

Second: Please order copy of all correspondence attributed to me that can be discovered, sent to me for context... I tried to amend my Complaint to the Senate several times, but if the original Complaint got thrown away or something; my grounds may not be in-

USDC / Southern Dist. of IN.

5.

Cont...

telligible (&) thus; my objective for the Complaint Moot... for the record; the Complaint is that my Claim to have been incriminated by Counsel (Trial) is a prima facie violation of Rule 61 - Harmless error (&) should've vacated my Conviction over 20 years ago; estoppel that violates my right to Due process for procedural actions (&) Standards of Evidence to prove default... which violates my rights under USC T. 18 Ch. 241-245 Civil Rights - ... You Could (&) should process this (&), order my innocent (&) release me.

Third: order Shawn Nolan to recover Money Damages from Daily Mail or other Compensation appropriate or in addition to that, for libel; slander etc...

Respectfully Submitted.

Jeffery W. Paul

Done this Day -

2/21/21