(Pg. 1)

nurse Joyce Brannon, who was planning to testify against him in a fraud trial. Mikos, the oldest man on death row, would forge patients' signatures on documents saying he had performed surgeries on them. When he learned Brannon's evidence could put him away in January 2002, Mikos took her to a church basement in Chicago and shot her six times at close range.

oops 97, 47

**Jeffrey Paul, 44:** Paul and an accomplice followed 82-year-old Sherman Williams into Hot Springs National Park in Arkansas in June 1995 because 'he looked like an easy mark.' The two robbed and beat Williams and kicked him so hard they knocked his eye out of its socket. Eventually they shot him in the head and shoulder and dragged his body off the trail, where it wasn't found for four days.

32, 33 **James Roane, 55, and Richard Tipton, 50:** They, along with Cory Johnson who was executed on January 14, were part of the Newtowne Gang in Richmond, Virginia. They were convicted in February 1993 of several capital murders arising from their drug trafficking. In early 1992 alone they were responsible for 10 murders. In one case. Douglas Talley, an underling who had mishandled a drug deal, was stabbed 84 times.

34 **Julius Robinson, 44:** Known as Scarface, Robinson was a wholesale drug dealer based in Fort Worth, Texas, distributing narcotics to a five-state area. He killed one man who he mistakenly thought was behind a hijacking that cost him $30,000 and then the brother-in-law of a man who had persuaded him to pay $17,000 for a block of wood covered in sheetrock that he thought were drugs.

35 **Alfonso Rodriguez, 67:** Serial sex offender Rodriguez abducted 22-year-old Victoria's Secret clerk Dru Sjodin from a parking lot in Grand Forks, North Dakota, in November 2003, just six months after being released from a 23-year prison sentence. Sjodin's half-naked body wasn't found until snow finally melted in Rodriguez's hometown, Crookstown, Minnesota, the following April.




Julius Robinson (pictured) killed one man who he mistakenly thought was behind a hijacking that cost him $30,000

36 **David Runyon, 50:** The sole Asian on death row, Runyon was hired by Catarina Voss and her lover to kill her Navy Ensign husband Cory in April 2007, shortly after he returned from deployment in Korea. Catarina sent Cory to an ATM to get money from an account she had opened for him. He didn't realize she had put just $5 in it. When he kept getting insufficient funds notices he hung around, giving Runyon time to find him and shoot him to death. Catarina then refused to pay Runyon a single cent. She is serving life in prison.

37 **Gary Sampson, 61:** In three days in 2001, Sampson killed three strangers who had picked him up as he hitchhiked. In two cases in Massachusetts, he bound and stabbed his victims. In the third in New Hampshire, he strangled his good Samaritan. He shouldn't have been on the streets. The day before the first murder he called the FBI and tried to turn himself over a series of bank robberies, but the call got disconnected by a clerk.

38, 39 **Ricardo Sanchez, 37, and Daniel Troya, 37:** They were part of a drug cartel in Florida that got into a dispute with fellow kingpin Jose Escobedo. They followed Escobedo along the Florida Turnpike in October 2006 and opened fire, killing him execution style. Escobedo's wife Yessica tried to shield their two sons, Luis Julian, 4, and Luis Damian, 3, but all three were killed. 'I have no confidence Mr. Troya wouldn't do this again,' the judge said as he sentenced them.

40 **Thomas Sanders, 63:** Sanders shot and killed his girlfriend Suellen Roberts in the remote Arizona desert after a Labor Day outing to the Grand Canyon in 2010. He then kidnapped Roberts's 12-year-old daughter Lexis, driving her cross-country to Catahoula Parish, Louisiana, where he shot the girl four times and cut her throat.

41 **Kaboni Savage, 46:** The aptly named Savage has 12 convictions for murder and is on death row for ordering the October 2004 firebombing of a Philadelphia house where a federal witness was living. The resulting blaze killed six people. Savage was a high-level drug dealer, delivering tons of cocaine throughout eastern Pennsylvania. He allegedly killed one man after they got involved in a minor fender-bender, but he was

his ripped physique as he prepares for his upcoming boxing match against Scott Prince


Selena Gomez proves to be a budding makeup artist as she creates a glowy look from her Rare Beauty line


Jared Leto recalls leaving silent meditation retreat and returning to raging coronavirus pandemic


Delta Goodrem looks ethereal in a plunging lace frock and printed scarves in a cancer charity photo shoot


John Cena bundles up in a brown jacket while filming his Suicide Squad spinoff series Peacemaker in Vancouver
Low-key


Luke Evans will portray ANOTHER Disney villain as he lands a role in the live-action Pinocchio... after playing Gaston in Beauty and the Beast


FKA twigs attempts to break free from an invisible force in Don't Judge Me music video... her first song since Shia LaBeouf allegations


Kate Mara stays warm in an olive sweater as she takes her daughter out for a play date with a friend


Courteney Cox practices self care as she visits a spa while wearing a black face mask in Malibu


Jennifer Lopez and Matthew McConaughey recall their onscreen kiss on the 20th anniversary of The Wedding Planner


ADVERTISEMENT

Heidi Klum's daughter Leni, 16, shows off her model credentials in stylish solo fashion shoot... after gracing the cover of Vogue with her supermodel mother


Lena Headey gets masked up to do some shopping while out and about in West Hollywood


Kylie Jenner looks sultry as she strips down to just boxers and a bra in sexy new Instagram snaps


Arnold Schwarzenegger, 73, rides his bike through sunny Santa Monica one week after receiving his COVID-19 vaccine


Selena Gomez goes bra-free in a nude top while shopping at Louis Vuitton in NYC... as she takes a break from filming Only Murders In The Building


Jessie J sizzles in a racy mesh crop top and 'stripper' heels from her old wardrobe collection... but jokes her zipper was 'holding on for dear life'


+99 NEW ARTICLES Top

Share

(Pg. 2.)

COPY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

VS. NO. 96-60022-001

JEFFERY WILLIAM PAUL DEFENDANT

---

Before HONORABLE JIMM LARRY HENDREN, U. S. District Judge, as follows:

JURY TRIAL
June 17 - 27, 1997
Hot Springs, Arkansas

VOLUME 3

---

APPEARANCES:

MR. STEPHEN SNYDER
U. S. Attorney's Office
P. O. Box 1524
Fort Smith, Arkansas 72902

ON BEHALF OF THE UNITED STATES OF AMERICA

MR. MARK WEBB
U. S. Attorney's Office
P. O. Box 1524
Fort Smith, Arkansas 72902

MR. STEVEN D. OLIVER
Bachelor, Newell & Oliver, P.
P. O. Box 1620
Hot Springs, Arkansas 71913

ON BEHALF OF THE DEFENDANT

MR. LYNN WILLIAMS
Wood, Smith, Schnipper & Clay
123 Market Street
Hot Springs, Arkansas 71901

---

Pg. 502 - 769

(Pg. 3)

WITNESSES ON BEHALF OF THE GOVERNMENT

Examination of Billy Bars

Direct by Mr. Snyder

Examination of Dr. Frank Peretti

Direct by Mr. Snyder
Cross by Mr. Oliver
Redirect by Mr. Snyder
Recross by Mr. Oliver

Examination of Berwin Monroe

Direct by Mr. Snyder

Examination of Dick Reem

Direct by Mr. Webb
Cross by Mr. Oliver

Examination of Sam Maples

Direct by Mr. Webb

Examination of Floyd Hays, Jr.

Direct by Mr. Webb
Cross by Mr. Oliver

Examination of Steve Cooley

Direct by Mr. Webb

Examination of Rebecca Pingle

Direct by Mr. Snyder
Cross by Mr. Oliver

Examination of Suzy Arbuckle

Direct by Mr. Snyder
Cross by Mr. Oliver

Examination of Kris Rogers

Direct by Mr. Snyder
Cross by Mr. Oliver

(Pg. 4)



Q. Were you able to determine the approximate time of death?

A. Well, the only thing we can do is give a range. You can't pinpoint it like they do on TV. I can just give you in a range for the time of death.

Q. And what would that be?

A. Between three and seven days.

Q. Did the examination show that Mr. Williams was wearing a watch at the time of his death?

A. Yes, it did.

Q. And did it work?

A. Yes. It was running and showed the correct time and date at the time of the autopsy.

BY MR. SNYDER: Pass the witness, Your Honor.

BY THE COURT: Cross?

CROSS-EXAMINATION

BY MR. OLIVER:

Q. Dr. Peretti, I have just a few questions. Now during your review of the autopsy -- I believe it was performed by another medical examiner; is that correct?

A. Yes, sir.

Q. Was there any evidence that Mr. Williams' neck was broken?

A. There was no evidence at the time of autopsy.

Q. Was there any evidence of any other trauma other than the gunshot wound?

A. No.

(Pg. 5)



Q. Did you see any evidence that the skull was fractured?
A. The only evidence -- The only skull fractures that were there were associated with the gunshot wound. ✓
Q. Okay. No other skull fractures other than what was associated with gunshot wound; is that correct?
A. That's correct. ✓
BY MR. OLIVER: All right. Thank you, Dr. Peretti.
BY THE WITNESS: You're welcome.
BY THE COURT: Anything further?
BY MR. SNYDER: I've got one other question.

REDIRECT EXAMINATION

BY MR. SNYDER:
Q. Let me show you Government's Exhibit 35, and what does tha appear to be? I'm pointing to a, I think, a fracture area?
A. Yes. That's the fractures that you commonly see when you have an exit gunshot wound because what's happening is the bone is being pushed away out externally, away from the skull. So when the skull bone is pushed out, the bone is going to fracture.
Q. Could a fracture also be caused by an injury or trauma other than a gunshot wound?
A. Yes. A fracture may be caused by other mechanisms also.
Q. Excuse me?
A. By other mechanisms can cause a fracture.
BY MR. SNYDER: Nothing further.
BY THE COURT: Anything else?

(Pg. 6)



RECROSS-EXAMINATION

BY MR. OLIVER:

Q. Dr. Peretti, is it your professional opinion that these fractures were caused by an exit wound, gunshot wound?

A. Yes.

BY MR. OLIVER: Thank you.

BY THE WITNESS: You're welcome.

BY THE COURT: All right. May he be excused?

BY MR. SNYDER: Yes, sir.

BY MR. OLIVER: Yes, sir.

BY THE COURT: Sir, you're excused, you're released, you may leave if you like.

BY THE WITNESS: Thank you.

BY THE COURT: All right. Ladies and gentlemen, we'll take another recess. Mr. Snyder and Mr. Webb, I think we'll be coming back about 20 minutes after so will we be able to fit a witness in in that time frame, do you think?

BY MR. SNYDER: Yes, sir.

BY THE COURT: Okay. We'll be in recess and let's come back at 20 minutes after.

[Recess taken at 11:03 a.m. - Jury Out]

[Open Court - 11:22 a.m. - Jury Present]

BY THE COURT: Thank you, ladies and gentlemen, please be seated.

All right. Please call your next?

# RULE 61

# HARMLESS ERROR

Unless justice requires otherwise, no error in admitting or excluding evidence—or any other error by the court or a party—is ground for granting a new trial, for setting aside a verdict, or for vacating, modifying, or otherwise disturbing a judgment or order. At every stage of the proceeding, the court must disregard all errors and defects that do not affect any party's substantial rights.

## 2007 AMENDMENTS ROADMAP

**STYLE PROJECT CHANGES:** The densely complex first sentence of this Rule was reworded. The bulky "inconsistent with substantial justice" standard was thinned to "justice requires".

**NON-STYLE CHANGES:** None.

***NOTE: The Federal Rules "Style Project" is explained in Part III-A.***

## AUTHORS' COMMENTARY ON RULE 61

### PURPOSE AND SCOPE

Rule 61 codifies the principle that "harmless" errors by the district court—those errors that do not affect the parties' substantial rights—will not justify a new trial, setting aside a verdict, or vacating, modifying, or otherwise disturbing the court's order.

### APPLICATIONS

#### Standard for "Harmlessness"

Rule 61 defines a harmless error as one that does not affect the substantial rights of the parties or does not defeat substantial justice.[1] But an error will not be discounted as harmless if the court is left with a grave doubt as to whether the error had a substantial influence in the ultimate result.[2] A more exacting definition is

(Pg 8)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Roger Wicker Sen.
555 Dickerson Senate Bld-
Washington, DC 20570
United States

2. Article Number (Transfer from service label) 7009 1680 000

PS Form 3811, February 2004 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Thomas Carlble C. Date of Delivery 7-25-10

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. S...

4. Re...

## Federal legislators

These lawmakers represent west-central Indiana in the U.S. Senate and House of Representatives:

- Sen. Mike Braun (R-Ind.), B85 Russell Senate Office Building, Washington, D.C. 20510. Phone: 202-224-4814; *senate.gov/senators/116thCongress/BraunMike.htm*
- Sen. Todd Young (R-Ind.), 185 Dirksen Senate Office Building, Washington, D.C. 20510. Phone: (202) 224-5623
- Rep. Larry Bucshon (R-Ind.), 2313 Rayburn House Office Building, Washington D.C. 20515; Phone: (202) 225-4636

**SENDER: CO...**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General MR. ERIC Holder c/o
Department of Justice
950 Pennsylvania, Ave. NW. 20530
USA.

A. Signature X

B. Received by (Printed N...

D. Is delivery address differe... If YES, enter delivery address below: ☐ No

FEB 17 2010

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 1680 0000 7041 8405

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

... Restricted Delivery is desired.

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US DOJ / OIG
950 Pennsylvania Ave;
NW Suite 4322
Washington, DC.
20530-0001

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) [signature] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

MAR 20 2018

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7012 3460 0003 2428 3823

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540