Jeffery Paul W.
10517 042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

INMATE IDENTIFICATION CONFIRMED

Legal Mail

INMATE IDENTIFICATION CONFIRMED

C/o The Clerks office, USDC-
Southern Dist. of, IN.
Att: Judge Jane M. Stinson
Federal Court -
921 OHIO Street, Room 104
Terre Haute, IN.
47801

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
0722 4290 6090 08
Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

FILED
FEB 25 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

FOREVER USA PURPLE HEART