USDC/Southern Dist.,IN.

Jeffery Paul
Rg.10517-042
USP Terre Haute,IN.
PO BOX 33
Terre Haute,IN.
47808

FILED
04/09/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Inrem:"PAUL V.SUPERINTENDENT"(JMS)
Case No#2:13 cv 304(CAPITAL HABEAS)-
USDC/SOUTHERN DISTRICT,IN.

-------Attached-9 pgs.EXHIBITS -------------

MOTION FOR DUE-PROCESS via EFFECTIVE ASSISTANCE of APPOINTED COUNSEL,Pursuant to PRIORITY OF CIVIL ACTION on Appeal from a DEATH SENTENCE by an ACTUALLY-INNOCENT Person,being TORTURED(&) DISCRIMINATED AGAINST -

*--SUMMARY---------*

Comes now the petitioner PRO-SE does request DUE-PROCESS from a fundamental miscarriage of justice resulting in illegal restraint in the abovestyled action,by any given controlling authority-

The petitioner claims that currently several DEATH ROW inmates have successfully appealed their convictions(&)served far less time than me,including SHERMAN FIELDS,whose case proves that UNITED States V.DAVIS(Sct.2019)vacates both sentences(&)convictions from the now defunct 924(c)RESIDUAL-Clause,see;Pg.1.(&)2.,(&)consider that I was also given permission to appeal this by your court(&)am under the residual clause,see:Pg.3,4(&)5.,(&)that the BIDEN Administration has indicated theyd support such proper DUE-PROCESS,see:Pg.6.,(&)other inmates with lesser claims had favorable review in less time,see:Pg.7. story relevant to INMATE DONNY FELL,who is not here,(&)still has innocent claims unless the articles a HOAX...

Cont...

REQUEST FOR RELIEF-

Please give the COUNSELED Appeal before you the PRIORITY of CIVIL-ACTIONS(&)redress the case in my favor,vacating all convictions(&)order me released with partial upfront restitution,in treble,with option for a SPECIAL DAMAGES HEARING,with respect for BUSINESS LOSS,(&)Compound Crimes Ive endured,including cruel(&)unusual conditions of captivity exacerbated by learning disability preventing normal redress of grievances,see:Pg.8.(&)9.

Respectfully ______________________ *

Jeffery W.Paul
Rg#10517-042 - DEATH ROW-

Done this day-4/5/2021