Jeffery W. Paul
Rg-10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808




-Legal Mail-

**FILED**
APR 9 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Att: Judge Jane Magnus Stinson
Chief. USDC / Southern District; IN.
c/o The Clerk of The Court
(In Rem) CAPITAL-CASE —

⇔10517-042⇔
Federal Court-Usdc
[redacted] 921 Ohio Street – Room 104
Terre Haute, IN 47801
United States

UNITED STATES
POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4095 3128 44
Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

*—EMERGENCY—