U.S.D.C./ Southern Dist. of IN.

FILED
06/07/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jeffery Paul
Rg. 05170 42
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(In Re:) "PAUL V. Superintendent":
Case no: 2:13 cv. 304 (JMS)
"Habeas Corpus"/Capital-Case

- Motion for Due Process pursuant to Effective - Assistance of Appointed Counsel to Consolidate (&) redress other Motions, Due to "prose" Pet-itioners Learning Disability -

Comes now the Petitioner "prose" does hereby uncounseled Correspondence move this Court to Consolidate (&) redress complaint, relevant to prejudicial material submitted in other Motions request for relief of Libel; Violations of Rule 61 - FRCP Harmless error or other Law or Case, by way of appointed Counsel.

Exhibit Pgs. (1.) through (8.) Attached -

- Summary ☆☆☆

Your Honor; on about 2/15/21, I became aware of a Daily Mail inc. Article which is published online (&) obtained a copy; see: Pg. 1. - The Article Contains a Synopsis of my Conviction (&) includes a Materially false statement; (i.e.)

U.S.D.C. / Southern Dist. of IND.



Cont..

"the (2) Robbed & beat Williams & kicked him So hard they knocked his eye out of Socket". Please see Pg. 2, 3 - Copy of cover pg. of Trial Transcripts & pg. of Witness list showing that witness DR. Frank Peretti (Government) Federal Medical Examiner was cross-examined about this allegation extensively (&) his testimony was authenticated.

Firstly; the DR. performed an Autopsy to determine cause of Death (&) the nature of the crime; he examined for signs of Battery including soft-tissue damage from Blunt force (&) Hyperextension of joints including cartilage in the spine & neck; he examined for missing teeth, fracture or breaks (&) concluded there was no injury other than a gunshot wound to the head & chest area... See: Pg. 4, 5 (&) 6... which clearly proved the Govt. witness providing testimony contrary to the report, as well as no less than 6 other eye-witnesses unduly effected my trial by providing perjured testimony which effects my captivity by estranging me from Public Support (&) at times; appointed counsel who seem to be tired of raising the issue, though its sensational Government misconduct; because of the heinous nature of the language; as a

USDC / Southern Dist. of, IN



Cont...

legal issue; the claims proven on appeal, as Harmfull Error during the Guilt/Innocence phase of my Jury trial, should win a vacateur (&) obligate the Court to forthrightly grant my Actual Innocence (&) release me, see. pg 7 (Rule 61-FRCP) - "Harmless Error";
but it seems thats not going to happen as long as Jurisprudence is not available for me; which is an issue I've tried to complain about repeatedly because I am not DULY CONVICTED (&) am being relegated to inconsolable loss (&) injury (&) suffer from Cognate disorder from the effect of that type of medic Coverage (&) estopple resulting, see pg. 8., I believe a I have an account from 2002 with the Senate Judiciary Chair Sen. P. Leahy, which I opened after discovering my Involuntary Plea-Bargain issue was available, to no avail.

further; I am being stalked (&) believe thats in addition to the discrimination from the government, but could be incited by my initial complaints about spousal misconduct (&) intellectual property infringements in ARKANSAS, but not exclusively...

This complaint is something I try to raise period-

Cont..

ically because I notice that procedures available for others are denied to me &, my privacy is being invaded in a way, eerily foreshadowed from my youth relevant to an entertainment conglomerate (esp.) missing information previously available is gone &, no witnesses to egregious violations are available in good-faith... which confirms I remain in danger if only from default security &, stymied counsel... I am being secretly conspired against.

☆ - REQUEST FOR RELIEF - ☆☆☆

firstly; Please order Attorney SHAWN NOLAN; of The Federal Defenders Office; Eastern District of PA. to serve a cease &, desist order to The DailyMail.com, or at least to redact the story according to law, thats libel? Maybe obstruction?

Second; Please order copy of all correspondence attributed to me that can be discovered, sent to me for context... I tried to amend my complaint to the Senate several times, but if the original complaint got thrown away or something; my grounds may not be in-

USDC / Southern Dist. of IN.

5.

Cont...

telligible (&) thus; my objective for the Complaint Moot... for the record; the Complaint is that my Claim to have been incriminated by Counsel (Trial) is a prima facie violation of Rule 61 - Harmless error (&) should've vacated my Conviction over 20 years ago; estoppel that violates my right to Due process for procedural action (&) Standards of Evidence to prove default... which violates my rights under USC T. 18 Ch. 241-245 - Civil Rights - ... You Could (&) Should process this (&), order my innocent (&) release me.

Third: order Shawn Nolan to recover Money Damages from Daily Mail or other Compensation appropriate or in addition to that, for libel; slander etc...

Respectfully Submitted.
Jeffery W. Paul

Done this DAY -

2/21/21