U.S. / South Dist. Ind.

Jeffery Paul Jr.
Reg. 10517042
USP Terre Haute, Ind.
PO Box 33
Terre Haute, IN.
47808

(In Rem) "Paul v. Superintendent"
Case no: 2:13 cv. 304 (JMS) - MJD
"Habeas Corpus" / Capital Case -

- Legal letter to The "Clerk of The Court";
(etal), Hon. Judge Stinson (Chief) -

Dear Judge Stinson & The Court Clerk;

I am including a Stapled Copy of a 5pg. Motion for Consolidation of other Motions & Effective assistance; "Handwritten" w/ (8) pgs. of Attached Exhibits. 2/21/21 -
This got lost in the mail according to Tracker No# 9114 9023 0722 4290 6090 08 - USPS.com; or 1. 800. 222. 1811 - Postal Tracking Sticker options.
Sorry, please file this as New.

Sincerely,
Sign. Jeffery Paul Jr.
6/3/21