Jeffery Paul 10512042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808




—Legal Mail—

INMATE
IDENTIFICATION
CONFIRMED

USDC/Southern Dist. of, IN.
Att: Judge Jane Magnus-Stinson (Hon.)
C/o The Clerk of The Court
(Re) CAPITAL HABEAS —

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9497 2470 67
Label 400 Jan. 2013
7690-16-000-7948

FILED
JUN 7 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER