UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, et al.<br><br>Respondents. | ) | No. 2:13-cv-00304-JMS-MJD |

**Order Lifting Stay and Denying Pro Se Motions**

This habeas corpus action was stayed pending resolution of petitioner Jeffery William Paul's motion for leave to file a successive 28 U.S.C. § 2255 motion in the Eighth Circuit. Dkt. 244. That motion has been resolved, *see* dkt. 246. The stay is therefore lifted. The **clerk is directed** to reopen this action on the docket. The petition for a writ of habeas corpus is fully briefed, including supplemental briefing. The Court will rule on the petition in due course.

Mr. Paul is represented by counsel. As the Court has explained in prior orders, Mr. Paul must file any motions in this action through counsel. *See e.g.*, dkts. 113, 119, 123, 125, 128, 152, 163, 166, 174, 188, 205, 213, 219, 261. The pro se motions for due process, dkts. [262], [263], and [264], are **denied**. The Court again reminds Mr. Paul that all motions in this action should be filed through counsel.

**IT IS SO ORDERED.**

Date: 6/29/2021

Jane Magnus-Stinson

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey Bradford Kahan
U.S. DEPARTMENT OF JUSTICE
jeffrey.kahan@usdoj.gov

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
winfield.ong@usdoj.gov

Leigh Skipper
FEDERAL COMMUNITY DEFENDER
leigh_skipper@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

Jeffrey Alan Zick
UNITED STATES DEPARTMENT OF JUSTICE
jeffrey.zick@usdoj.gov