USDC/Southern Dist.,IN.

Jeffery W.Paul
Rg#10517-042 /SCU-
USP Terre Haute,IN.
POBOX 33
Terre Haute,IN.
47808-0033

FILED
07/01/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

(Inrem:"PAUL V.SUPERINTENDENT'(JMS)
Case no#2:13 cv 304(CAPITAL HABEAS) -

-------MOTION FOR DUE-PROCESS ASSERTING AFFIRMITIVE(&)RECENT COLLATERAL U.S.SUPREME COURT DECISIONS,(&)EXIGENT CIRCUM-STANCES---

EXHIBIT Pgs.1-6-

-------------------

Comes now the petitioner "Pro-Se",does hereby uncounseled corr-espondence submit the abovestyled MOTION to the Court pursuant to relief of EXIGENT circumstances byway of order to vacate a illegal-conviction(&)restraint of a person demonstrating ACTUAL-INNOCENCE of a Offense in the jurisdiction of the Court.

SUMMARY-

The Petitioner submits pg.1-3.,which is the 6/10/21 decision of the case cite:"BORDEN V.UNITED STATES"no#19-5410-(6th Circuit), REVERSED(&)REMANDED by The U.S.SUPREME COURT,opinion by Justice KAGAN,which in syllabus relates to 18 USC 924(e),but in the opinion further proves the language of predicate felonies of 18 USC 924(c) are subject to the same error test,which is a-CATEGORICAL APPROACH-ATTORNEY NOLAN,WILLIAMS(&)SKIPPER filed with you,in part,showing in parts that my indictment,see:Pg.4.(&)5.,was predicated on a ROBBERY which was JUDICIALLY DEFINED,(&)obviously inchoate,allowing the jury to rest the case on merely removing property from someones presence without violent physical force at all...see:Pg.6.,the Court clearly proposed that the property could,but did not have to be on the person or in their clutches(&)distinguishes between FORCE or VIOLENCE which...

Continued...

is far less than VIOLENT PHYSICAL FORCE,(&)further,without a instruction to consider intimidation,no jury couldve consider a threat"against"any person...

REQUEST FOR RELIEF-

Please order COUNSELED PETITIONS EFFECTIVELY Remanded for the ACTUAL-INNOCENCE Claims I present in addition to their "Prima-Facie"Petition featuring inchoate Jury istructions under the"DAVIS" issue,which debunked the 18 USC 924(c)"RESIDUAL CLAUSE",(&)requires this Court to vacate(&)remand these defective convictions...

Further,I am suffering extensively,am ACTUALLY INNOCENT,(&)have lost alot of time(&)money(&)productive years...finding an approp-riate spouse is not likely(&)I want my case evaluated for COMPOUND-CRIMES,(&)SPECIAL-DAMAGES from ANTITRUST Claims...PLEASE EXPEDITE this MOST URGENT Plea,RELEASE me(&)SCHEDULE RESTITUTION hearings.

Respectfully Submitted,

Signed [signature]

Jeffery W.Paul

Done This day-
6/24/2021-