Jeffery Paul
Rg. 10517042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

INMATE IDENTIFICATION CONFIRMED




Legal Mail

Office of The Chief Judge
Att: Judge Jane Magnus Stinson (Hon)
C/o The Clerk of The Court
for The Southern Dist. of, IN.

✓ [In Rem CAPITAL CASE]

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9497 2478 52
Label 400 Jan. 2013
7690-16-000-7948

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

FILED
JUL 1 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER