**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL, Petitioner, | CIVIL ACTION (Capital Habeas Corpus) |
| v. | 2:13-CV-00304-JMS-MJD |
| SUPERINTENDENT, USP Terre Haute, UNITED STATES OF AMERICA, Respondents. | **Hon. Jane Magnus-Stinson** |

## ORDER

AND NOW, this __________ day of __________, 2021, upon consideration of Petitioner's Motion for Leave to File Amendment to Petition for Writ of Habeas Corpus within Thirty Days, it is hereby ORDERED that Petitioner's Motion is GRANTED. Petitioner shall an amendment to his petition for writ of habeas corpus no later than October 8, 2021.

BY THE COURT:

______________________________
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana