**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-JMS-MJD<br><br>**Hon. Jane Magnus-Stinson** |

**UNOPPOSED MOTION FOR FOURTEEN-DAY EXTENSION OF TIME TO FILE AMENDMENT TO PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, Jeffery William Paul, through counsel, respectfully submits this Unopposed Motion for Fourteen-Day Extension of Time to File Amendment to Petition for Writ of Habeas Corpus, and avers as follows:

1. Mr. Paul's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is currently pending. In his petition, Mr. Paul has averred that his firearms conviction under 18 U.S.C. § 924(c) and death sentence should be vacated pursuant to *Johnson v. United States*, 576 U.S. 591 (2015) and *United States v. Davis*, 139 S. Ct. 2319 (2019). To sustain a conviction under § 924(c), the firearm must be used in a crime of violence as defined by either § 924(c)'s "residual clause" or its "force clause." The residual clause is invalid under *Johnson* and *Davis*. Mr. Paul has averred that his § 924(c) conviction is not sustainable under the force clause because the predicate offense for Mr. Paul's § 924(c) conviction does not require the purposeful or intentional use of violent force.

2. Mr. Paul filed a counseled § 2241 petition on October 18, 2016. Filing No. 103. The parties have submitted briefing, including supplemental briefing on *Davis*, which concluded

on November 6, 2019. Filing No. 234. On June 1, 2020, this Court stayed the instant proceedings so that Petitioner could file an application to pursue his claim for relief under *Johnson* and *Davis* in a successive 28 U.S.C. § 2255 motion. Filing No. 244. After the application for a successive § 2255 motion was denied by the United States Court of Appeals for the Eight Circuit, this Court lifted the stay on June 29, 2021, and indicated that it would rule on Mr. Paul's petition in due course. Filing No. 265.

3. On June 10, 2021, the Supreme Court issued *Borden v. United States*, 141 S. Ct. 1817 (2021). *Borden* held that the similarly worded force clause of 18 U.S.C. § 924(e) requires the purposeful and intentional use of violent force, and that predicate offenses requiring a mens rea of recklessness did not constitute crimes of violence. *Id.* at 1826-28 (plurality), 1835 (Thomas, J., concurring).

4. Having reviewed *Borden* in the context of Mr. Paul's case, *see* Filing No. 267, counsel for Mr. Paul respectfully requested leave to file an amendment to his § 2241 petition on or by October 8, 2021, based on *Borden*. *See* Filing No. 268. Throughout these proceedings, Mr. Paul has argued that his § 924(c) conviction does not satisfy the force clause because, inter alia, the offense that formed the predicate conviction for his § 924(c) conviction did not require the requisite mens rea. *See, e.g.,* Filing No. 234 at 17-19. *Borden* directly addresses this issue. Mr. Paul's request to amend is still pending.

5. While counsel have made substantial progress on the amendment thus far, counsel need an additional fourteen days to provide this Court with professionally adequate briefing on this issue. Accordingly, counsel respectfully request a fourteen-day extension (until October 22, 2021) within which to submit an amendment on Mr. Paul's behalf.

6. On October 6, 2021, counsel for Respondents indicated that Respondents have no objection to Mr. Paul's request

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that his motion for a fourteen-day extension within which to file his amendment to his petition for writ of habeas corpus by granted. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: October 6, 2021

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 6th day of October, 2021, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Jeffrey B. Kahan, Esquire
Trial Attorney
U.S. Department of Justice, Capital Case Section
1331 F Street, NW
Washington, DC 20005

/s/ Peter Williams
PETER WILLIAMS