**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFERY WILLIAM PAUL,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br><br>Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>2:13-CV-00304-JMS-MJD<br><br>**Hon. Jane Magnus-Stinson** |

**ORDER**

AND NOW, this __________ day of __________, 2021, upon consideration of Petitioner's Unopposed Motion for Fourteen-Day Extension of Time to File Amendment to Petition for Writ of Habeas Corpus, it is hereby ORDERED that Petitioner's Motion is GRANTED. Petitioner shall file an amendment to his petition for writ of habeas corpus no later than October 22, 2021.

BY THE COURT:

______________________________
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana