In The USDC/SOUTHERN Dist.,IN.

Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
PO Box 33
Terre Haute,IN.
47808-0033

In Rem:"Paul V.Superintendent"(JMS)
Case No#2:13 cv 304(HABEAS CORPUS)-
COUNSEL APPOINTED-

-------------------

* LEGAL LETTER REQUESTING PERMISSION TO ATTACH DOCUMENTS PURSUANT TO EFFECTIVE ASSISTANCE OF COUNSEL *

EXHIBITS pgs-(1.through 6.)

--------------------

DEAR Judge STINSON-(USDC/SOUTHERN Dist.,IN.),

Please note that I had a LEGAL VISIT with ATTORNEY SHAWN NOLAN,from The E.District of PA.,Federal Defenders Office,(&) shortly after-12/8/21-,I realized the collateral Circuit case from The 9th Circuit USCA,from The USDC/Northen Dist.of CA.,is on the LAW LIBRARY Computer,so I printed it off for you to consider...see.Pg.1.(&)2.,United States V.Carlos Meija-Quintanilla-No#17-15899(9/21/21)-

The case proves "reckless"crimes review under,"BORDEN V. United States,141 S.Ct.1817(2021),include Homicide,see:Pg.3.as a GENERAL INTENT crime...(ie)the definition of MALICE is NOT a Categorially Violent Divisible crime element(&)should fall under review...please note that Im charged with "Malicicious Aforethought" under 1111(a),(b), Pg.4.5.(&)6. ,(&)that predicate should be vacated in light of "BORDEN"...

Also,there are alot of cases with less merits being processed in good faith,so please expedite(&)relieve this appeal.

12/14/21

Respectfully Submitted

* Jeffery William Paul -signed-