Jeffery Paul Rg. 65170-42
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808




Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES
POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9647 6730 29
Label 400 Jan. 2013
7690-16-000-7948

Office of Judge Jane Magnus Stinson
(Hon) USDC/Southern Dist., IN.
To The Clerk of the Court

⇔10517-042⇔
Federal Court-Usdc
[redacted]- 921 Ohio Street Room 104
Terre Haute, IN 47801
United States

FILED
DEC 17 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER