FILED
01/06/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

USDC/SD - INDIANA -

Jeffery Paul Cs.
Reg. 10517 04 2
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(In Re: "Paul v. Superintendent"
2:13 cv. 304 (T.28 §2241)
Habeas Corpus -

- Legal Letter to Judge Stinson, (Re: Obstruction) -

Dear Judge Stinson;

Please note that I've been in prison for 25.(+) years now & on proxy (4) occasions, I/M's (inmates) have attempted to or actually did, contact the Courts & try to enter my appeals.

√ (1) prisoner in ARKANSAS tried to throw me on the mercy of the Court & attempted to send a remorse letter which I refused to endorse.

√ (1) prisoner here in INDIANA tried & did send a remorse letter which I refused to endorse & he actually did exhaust my 8th Circuit appeals sending inchoate correspondence to a law library clerk that had signatures of mine on them which he copied, by hand on my paper, (I believe).

Sensitive

[ For the record; both of these prisoners were prison "Bosses" & had prominent tattoos that are known to cover gang affiliation called "flash"; "the "Peacock" is flash, meaning he's a conservative boss.

I refused to take responsibility for the crime because I know the government relied on forensics perjury & had faith my appeals would work out & that I was being

USDC / Southern Dist., INDIANA

(Pg. 2)

Continued...

Conspired against.

I have a learning disability & had to reach out for assistance & all of my documents went to legal clerks "specially assigned" to me; before I even saw them myself. I believed taking the appeals over would work out despite discouragement from older convicts because I knew that advancements in forensics including DNA matching was real &, although only about 10 yrs. practically available when arrested; I took a stand on that & subsequently was assaulted in ARKANSAS by starvation; larceny & a firebomb; & again in INDIANA where I was stabbed w/ dirty needles & hit w/ feces &, urine bombs & harassed w/ noise; electroshocks & other procedures including attempts to use 3rd partys to undermine my appeals.

Concisely. I deny that I gave anyone permission to send remorse letters to the Courts; I did NOT knowingly or willingly draft or endorse any inculpatory statements to the Court & that when I realized what was happening I attempted to complain to first my lawyers then the B.O.P. & then the Courts & got no real answer so complained to the F.B.I. formally & after no answer attempted to contact the other Govt. agencies & actual representatives.

firstly, I/M's took documents for the Court; the US Patent Office & my lawyers & obviously

USDC / SO - INDIANA (Pg 3)

Continued....

reviewed the material without permission & actually endorsed documents to Courts with inculpatory material effecting my case; as well as damaged my claims to intellectual property & attempted to inculpate me in Homosexual / pedophile classes because I refused to kill a couple convicted pedophiles & further, had a relationship with a swarthy female I believed was Italian but was a biracial mongol, (viet) race.

I've tried to solicit I.S.O.P. staff as witnesses to the harassments I've complained about but they seem to genuinely lose track of incidents relevant & are prone to giving "Pat" answers that don't help.

Attorney Shawn Nolan is aware of other prisoners attacking my documents, including the forced; forged Mercy plea to the scire.; as well as my intellectual property & nature of injury I sustained causing symptoms of learning-Disability as well as the relationship with the non-white female... he offers to file a brief on correspondence & context of my intent to deny I committed the crime I was convicted of & history of my repititious attempts to complain of older prisoners attempts to close my case by representation, including endorsing rejected "pro se" defense options because of doubts from old school thoughts of forensics, which alot of prisoners had before the late 90's. But the appointed counsel cannot file a unsolicited overlength brief; so if you

USDC / SD - Indiana

(Pg.4)

Continued...

need him to do that; please order that A.S.A.P because this case has been taking way too long & I am having alot of medical problems, so need that to be expedited; but I can't help if you don't send the documents for me to inspect; Clerks copy of everything are necessary; & Judge Lawrence declined to do that & I don't know why & suspect I may have (through the Mail) actually asked him to not do that, by forged motion... which I will never find out despite being denied without nominal process for over 25 years now!

I am suffering profound visual impairment, muscle-atrophy; tooth decay & skin Rash; have not had contact visits the entire time & am imprisoned by way of involuntary Plea Bargain I rejected which is a claim literally obstructed for 21 yrs. now. Thats ILLEGAL under any Color of Law & in fact foreign terrorists & traitors who killed & tried to kill our Military received Due Process with less objection & in due time before me. Thats spiteful, unjustified & should be cognizably indicted in criminal complaints of Torture. I demand from Counsel those complaints be made, you only know whether they do or not.

Sincerely;

[signature]

1/3/21

10517 042