Jeffery Paul W-
Rg 10517 042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
47808

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER



Legal mail

INMATE
IDENTIFICATION
CONFIRMED

FILED
JAN 0 6 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Att: Hon. Jane M. Stinson
Chief Judge USDC-Southern Dist.
of Indiana -
c/o The Court Clerk —

⇔10517-042⇔
Federal Court-Usdc
[illegible]- 921 Ohio Street
Terre Haute, IN 47801
United States

Room
104

UNITED STATES
POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9647 6730 36
Label 400 Jan. 2013
7690-16-000-7948