USDC/SD-IN.

Jeffery Paul [illegible]
USP Terre Haute, IN.
PO BOX 33
Terre Haute, IN.
47808

(In Rem) "Paul V. Superintendent"
No# 2:13 cv. 304 (CAPITAL HABEAS)
Hon. J. Stinson (USDC/SD)
INDIANA -

(pg. 1)

FILED
01/12/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

★ — LEGAL LETTER — ★

Dear Judge Stinson:

I'm terribly Sorry to be writing you again; I know its unsolicited & Uncounseled.

Please note that I did have a legal call with Attorney Peter Williams on ~~1/5/22~~ & although he gave me no reason to worry, I feel like I need to reiterate that I cannot evaluate Counsels Assistance for Effectiveness or potential Conflicts because I am not allowed to verbally Solicit 3rd party advise & have difficulty writing letters & don't get response when I do. I want to EXPEDITE this Case, please!

I get along Superficially with both Peter & Shawn & respect their intelligence but once again, on 7/9/21 Dkt # 267, Peter needs a delay, which I object to because my Case Contains Clear & plain Structural ERROR, see: "McCoy V. Louisiana" No# 16-8255 (SCt) - Case which delineates the standard of review for claims of involuntary Plea Bargains / Admissions of guilt, violations of 6th Amendment & Structural Error, which is an issue I believe I would win & I am Confident the evidence is available to win a new trial, & prove I am not only innocent

USDC/SD - Ind

(Pg. 2)

Continued...

but the government knew of previously unavailable eyewitness testimony that not only completely exonerates, but also proves forensic reports show they relied on materially perjured testimony & failed to correct the records for decades, effectively ruining the restitution available by obstructing Justice, I want to press charges!

Again, I CANNOT evaluate whether these lawyers are conflicted or necessarily dilatory & I am physically in ill health from 8 YEARS of "Appeals" without even a nominal hearing, ontop of a ever longer round of infuriating chicanery resulting in loss of time & property & limiting my future, from 2002-13? No explanation whatsoever!

These lawyers may be losing issues that cannot be lost in American law, evident in transcripts undisputably authentic & available & I will not know until its too late... I do not know any other lawyers. Please notify me if I need to consider other options, its 2022 & I am almost 46yrs old, imprisoned for 25(?) yrs. without a legal trial, so please expedite that nominal step & order a new trial, or release me outright. This is NOT fair! Torture!

Respectfully
[signature]
1/10/22

(Pg. 3)

Continued...

P. S.

On 12/8/21 I had a visit with Attorney Shawn Nolan during which; after expressing frustration because I have no financial redemption; can't take care of some family obligations resulting in safety concerns than my parents taking risks as long haul truck drivers & also; that I did not get a prompt relief (Ruling) under "DAVIS"; resulting in ANOTHER 24(+) months of "STAY"; I asked him to contact somebody in Federal Civil Rights to complain about discrimination &/potentially Espionage because I don't believe the Court; B.O.P. & Government are looking at the same documents we have! (& also; that my inventions (relevant), are sensitive to Security Classification considering the nature of the Energy Patents & I am being excluded from upfront process including money, & thats not the first time I've been excluded from Intellectual property claims.

Also; for the record; I do believe Counsels Plea Should prevail.

Sincerely;

[signature]

1/10/22