NAME: Jeffery Paul W.
NUMBER: 10517 042
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
10 JAN 2022 PM 6 L




FILED
JAN 12 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Att Hon. Jane M. Stinson
Southern Dist of INDIANA
℅ the Clerk of the Court

⇔10517-042⇔
Federal Court-Usdc
104 Rm- 921 Ohio Street
Terre Haute, IN 47801
United States

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829