FILED
02/24/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

U.S.D.C./Southern Dist. IN.

2/21/2022

Jeffrey Paul
Rg. 10517 042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

(In Rem) "Paul V. Superintendent"
Case No# 2:13 Cv. 304 (Capital Habeas) (Pg. 1)
Hon. Jane Magnus Stinson.

---

★ Legal Letter (&) Request for Comment -★

Exhibits: A, B, (&) C.
Pg's. 1 through 12 - Attachments -

Dear Judge Stinson (or) Presiding Court Official;

Please note that I've been appealing with Counsel since 2013 (&) will be 9 years on August without a order of relief, filed since 10/18/2016 - The "Davis" (&) "Burden" issue have been filed (&) seem to be getting processed but although I've been told by Counsel we should get a ruling this year, I was also told that if a "Prima facie" issue doesn't come back in a defendants favor within 30 days, it probably won't, See... (A), (B) Exhibit; (&) because the reason I did not get the

Cont...

Prompt & equitible process available forthrightly from my issues I feel I need an option to explore a complaint against the government for repititiously convincing the Court to NOT process my appeals in my favor because the government is deceptive & I have a right to complain; see Exhibit (C), which is an article detailing recent law sustaining the rights for wrongfully convicted to pursue tort & criminal complaints for misconduct.

Again, (Pg. 1, 2 & 3.) is the syllabus of the US Supreme Court Case, McCoy V. Louisiana No. 16-8255 5/14/18 - which Counsel duly attempted to get filed in Supplemental because it's less "Moot"; see (Pg. 4 & 5.); excerpt of that filing showing I rejected the offer of lenity in exchange for a Guilty / No Contest Plea-Bargain, asserted that I was innocent & demanded a trial, please remember, The US Attorney for IN, in reply; did claim my documents do not present evidence that Trial Counsel admitted guilt to the crime despite my Not-Guilty Plea & denial of statements attributed to me; yet Trial Transcript Volume 4. Pg. 904 (Pg. 6) EXCERPT; of the Attached documents; Clearly

Cont...

Shows US Attorney from AR; during trial noticed (&) commented on my Trial Counsel's performance before the jury started to deliberate guilt/Innocence ... see text: "Clearly, MR. OLIVER (Trial Counsel) admitted to you he was involved in the Robbery; ... (&) the Murder occurred during the Commission of the Robbery ...!" further; "Under aiding (&) abetting, no matter which way you do it, Jeff Paul is guilty of first degree Murder.!.. thats a quote from US Attorney MARK Webb; which clearly confirms my Lawyer (Oliver's) opening (&) Closing attempt to comply with a Rejected Plea Bargain requiring admission of guilt to a Botched Robbery qualified as a first degree Murder Conviction See: (pg. 7) attachments; definition of Homicide. According to "McCoy" (&) Rule 61-Harmless-ERROR; the evident claim violates my right to Reject the Plea Bargain (&) support my NOT-Guilty Plea with Counsel; see: (pg. 8).

Again; I did attempt to Complain my Case was obstructed (&) get no process see: (pg 9.), (&) notice the US Attorney still refuses to do his duty relevant to harmful ERROR (&) illegal restraint; arguing my death sentence (&) Convictions should be sustained see (pg. 10); knowing

US DC/Southern Dist. Ind.



Cont...

Other compelling issues were erroneously denied; including the egregious violation of my right to a EVIDENTIARY Hearing on the Affidavit of Trinity E. Ingles who actually perpetrated the crime & whose eyewitness testimony completely exonerates me; is consistent with the forensics & proves the US Government relied on materially perjured testimony of a paid informant who deliberately obstructed Justice ... see, pg. (11 & 12) of Attachment documents, relegated for a spiteful (17 YEARS!).

Request for Relief:

(1.) That appointed Counsel be required to evaluate my claims of injury from obstruction respectively of my Counseled Appeal & assist with a PLRA Prisoners Litigation Reform Act Title 42 §1983 "Bivens" Complaint, or appropriate other complaint showing I am not only suffering from age related illness, conditions of captivity & estrangement of inconsolable spousal-rights; but its being exacerbated by foul-play constituting civil Rights violations by Government agents. I want them sued for spiteful misconduct.

Cont...

(2.) That this petition not be considered a tangent "Habeas Corpus" appeal because a Counseled appeal features matters of law other than Actual Innocence including Legally Innocent issues that frequently require reindictment (&) don't require damages hearings; further; that damages for illegal restraint be separately resolved from conditions of captivity (&) egregious injustice resulting from inability for me to effectively use any Administrive complaint to resolve problems while other prisoners actually recover their earnings; have children ($) Compel Spousal fidelity (&) represent themselves on Prima facie Claims with simple English language complete sentences; all of which are denied to me with genocidal effect. Thats exacerbated by learning/Cognate disorder from sustained injury.

(3.) That Court Clerk waive filing fees or give me a Chance to Consult with Counsel to pay, in forma-Pauperis - a restyled typed form of this Complaint.

USDC/Southern Dist. Ind.

(Pg. 6)

Cont...

(4.) That if liberal due process is not available from this Court; promptly before the end of Summer 2022; Counsel file a proper petition for EXECUTIVE Clemency from President Joseph R. Biden, so that I am not used as a lethal example of discretionary Jurisprudence, &, because the evidence to prove my innocence has been relegated for over 20 yrs. yet available the entire time, forensically; which is an issue his Administration clearly supports resolved in favor of the Defendants, to prevent wrongful imprisonment & Death.

(5.) That this Court reject improper influence &, preserve the record for independent evaluation (&) prosecution for obstruction of Justice (&) civil disfranchisement resulting in compound criminal offenses.

Sincerely; Respectfully;

2/21/2022 x [signature]