Jeffery Paul W.
Rg. 10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808

FOREVER USA PURPLE HEART

— Legal mail —

Office of Judge Jane M. Stinson (Hon.)
c/o The Clerk of the Court;
United States District; Southern District
of Indiana —
921 OHIO Street; Room 104
Terre Haute, IN.
47801

FILED
FEB 24 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9647 6730 67
Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED