Attachment A

# FCC Terre Haute
## BP-8 - Informal Resolution

| NAME | NUMBER | UNIT |
|---|---|---|
| Paul Jeffery | 10517-042 | SCY |

Notice to Inmate: Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, Administrative Remedy Program and the FCC Terre Haute Institutional Supplement thereto (both available via the Law Library).

1. Briefly state Inmate's complaint (One complaint/issue per Form):

I/M with LEARNING-DISABILITY needs help filing a effective request for T.18 Sec.3582-relief to the DIRECTOR of F.B.O.P., "Pro-Se",obstructing my right to exaust all options for relief of an ILLEGAL CONVICTION(&)SENTENCE byway of PLAIN SIGHT Evidence proving Im not DULY Convicted or Sentenced(&)have a right to release or NEW Trial...proving ACTUAL-INNOCENCE!

2. Requested Resolution:

That STAFF Appointment be arranged to obtain a CONCURRENCE to my Counseled appeal-"Paul V.Superintendent"2:13 cv 304(JMS)in USDC/SD INDIANA,byway of T.18 Sec.3582(c)(1)(A)(i),Modification of a imposed sentence byway of EXTRAORDINARY REASONS!

| | |
|---|---|
| Inmate Signature: | Jeffery W. Paul |
| Staff Printed Name/Signature/Date: | R Weyrauch / [signature] 9/20/21 |
| Dept. Assigned for Response: | Legal — Due Date: 9/25/21 |

3. Staff Response:

Per legal, we have not received any requests from the court or your attorney.

If you have a medical issue you need to put in a request to medical for sick call.

Section 4: ☐ Informally Resolved/Complaint Withdrawn ☐ No Informal Resolution/Progress to BP-9

Inmate's signature

R Weyrauch / [signature] — Staff Printed Name/Signature
Per legal

9-20-21 — Date

DATE: OCTOBER 20, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
NORTH CENTRAL REGIONAL OFFICE

TO : JEFFERY WILLIAM PAUL, 10517-042
TERRE HAUTE USP UNT: SCU QTR: X03-413L
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 1095422-R1 REGIONAL APPEAL
DATE RECEIVED : OCTOBER 18, 2021
SUBJECT 1 : SPECIAL CONFINEMENT UNIT
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.) ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

FROM: Legal
TO: 10517042
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/11/2022 03:22:02 PM

Mr. Paul,
I am aware of your frustration, but the BOP can't intervene in your active litigation. If the Director's office is asked for information about your sentence we have attorneys in Central Office who will be able to respond.
~K. Siereveld

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 12/4/2021 2:00 PM >>>
To: MS.SIEREVELD LEGAL-
Inmate Work Assignment: N/A

Ms.Siereveld-

So basically the statute is at USC T.18 Section 3582-IMPOSITION of A SENTENCE of IMPRISONMENT-(C)MODIFICATION of an IMPOSED TERM of IMPRISONMENT-(1)In any CASE-(A)"The Court,upon Motion from The DIRECTOR of THE FEDERAL BUREAU of PRISONS,may reduce a term of imprisonment...(RE)Section 3553(a),(&)(i)[SHOWING]...Extraordinary (&)Compelling reasons warranting such a reduction...(or)...serving 30 years in prison,(I have 25.5yrs in on 2/22/2022...85% of 30),(or)(B)RULE 35 FEDERAL RULES of CIVIL PROCEDURE...which does not exclude NON-FRIVOLOUS ACTUAL INNOCENCE Claims(or)DISPARATE SENTENCE for me,one of only 45 FEDERALLY DEATH SENTENCED I/M's in The U.S.A...

Please note,my pending case proves I am at least,not DULY CONVICTED(&)shouldve nominally been approved for a new TRIAL!!!AGAIN(ie)-Title 18 USC Section 3582-(C)(1)(A)(i)EXTRAORDINARY(&)/(or)COMPELLING Reason...warrant such review.

The Director SHOULD know(&)have a intelligible request to concur with my COUNSELED Appeals in that I should have DUE-Process(&)that should be expedited because my case was OBSTRUCTED.I have a LEARNING DISABILITY(&)am relegated in my requests(&)I am being TORTURED!Please Help notify the DIRECTORS OFFICE of My Claims which he can review at ease anytime in his Office,check the statute for the text(&)process/facilitate for me please...?!

Sincerely!Thank You-
Jeffery William Paul/S.C.U.
Rg#10517-042
-----Legal on 11/29/2021 4:07 PM wrote:

>
I'm not sure what you are asking me.
~K. Siereveld

>>> ~^!"PAUL, ~^!JEFFERY WILLIAM" <10517042@inmatemessage.com> 11/11/2021 6:27 PM >>>
To: MS.SIEREVELD LEGAL-
Inmate Work Assignment: N/A

MS.Siereveld,
Sorry to bother you but I cant find Title 18-Ch.227-Sec.3582...on the computer(&)Im being told the provision language suggests the option for assistance is from your family/Attorney,but doesnt go to The DIRECTORS Office,rather to the Court for The DIRECTOR...I need assistance to expedite a request for a CONCURRENCE Note/Memo FROM The DIRECTORS Office (&)since I am one of only 50(Proxy)DEATH SENTENCED prisoners(&)have NON-FRIVOLOUS ACTUAL INNOCENCE Claims,believe the assistance should be available(&)expedited,showing The F.B.O.P. does NOT OPPOSE DUE-PROCESS for my PENDING Appeal in The U.S.D.C. Southern District of IN.-"PAUL V.Superintendent"(Hon.Jane M.Stinson)Case No#2:13 cv 304(HABEAS CORPUS)-Im confused,does the provision you have covering Sec.3582 NOT go to The DIRECTOR,or NOT include language..."EXTRAORDINARY or COMPELLING Reason..."?
Please Respond!!!

Thank you-

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution ☐ Region ☒ Central

SCU Unit

# Receipt of Administrative Remedy

| | | | |
|---|---|---|---|
| Inmate Name: | PAUL, Jeffery | Reg. No.: | 10517-042 |
| Administrative Remedy No.: | 1095422-A1 | | |

The Administrative Remedy was given to the inmate on 4/12/22, 2022.

CC [signature]

Signature/Title of Staff

If the Administrative Remedy is allowed to be resubmitted to the Institution, it was received by a Unit Team staff member on ____________________, 2022.

____________________

Signature/Title of Staff

If the Administrative Remedy is allowed to be resubmitted to the Region or Central Office, it is the inmate's responsibility to ensure it is submitted in a timely manner.

Inmate Copy

[illegible]
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A - REASON FOR APPEAL I am reiterating entire this request (&) further, am stating that 18 USC §3582 contains numerous crossreferences including 3553(A)..."Disparate Sentence" allowances; 3742(g)(1); 3142(g) (&), 3559(c)...all of which present proof that the text of 3582 (Extraordinary (&) Compelling)" means legally compelling "duty" (&) would allow the Directors office to interdict (&) send the concurrent memo/note available for a person in their custody showing issues such as "Actual Innocence" (&) obstructive "Disparate Treatment", pursuant to "Due Process" of a pending appeal... to redress a illegal conviction from a person with a qualified learning disability.

1/6/22
DATE

[illegible signature]
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JAN 31 2022
[illegible]

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1095422-A1

**Part C - RECEIPT**

CASE NUMBER: ____________

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ____________

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Part B - Response

This is in response to your Central Office Administrative Remedy Appeal wherein you challenge the denial of your request for a Reduction in Sentence (RIS) based on extraordinary and compelling reasons. Specifically, you claim to be eligible for a sentence reduction due to a learning disability and that you are innocent of your conviction for Killing in Perpetration of a Robbery and Death of a Person through the Use of a Firearm and sentence of death. For relief, you request a RIS.

In accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), sets forth the criteria the Director considers for a RIS. For all RIS requests, the following factors should be considered: nature and circumstances of the inmate's offense, criminal history, comments from victims, unresolved detainers, supervised release violations, institutional adjustment, disciplinary infractions, personal history derived from the PSR, length of sentence and amount of time served, inmate's current age, inmate's age at the time of offense and sentencing, inmate's release plans, whether release would minimize the severity of the offense. Additionally, a request for reduction in sentence under 18 U.S.C. § 3582 (c)(1)(A) will be considered when there are extraordinary and compelling reasons meeting the criteria in Section 7 which warrant the reduction; there is no danger to the safety of any other person or to the community, and the reduction is consistent with policy.

The First Step Act provides inmates sentenced under the Sentencing Reform Act of 1984 the right to bring a motion requesting a reduction in their sentence with the relevant sentencing court. However, an inmate may direct a RIS request to the Bureau of Prisons pursuant to 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g) only when there are extraordinary or compelling circumstances that could not reasonably have been foreseen by the court at the time of sentencing. You do not provide "extraordinary and compelling reasons" or supporting evidence which warrant a RIS pursuant to 18 U.S.C § 3582(c)(1)(A). Thus, staff appropriately determined that your request did not meet the criteria for a RIS pursuant to Program Statement 5050.50.

Accordingly, your request is denied.

3/3/22

Date

Ian Connors, Administrator
National Inmate Appeals