Jeffery Paul W.
Reg. 10517-042
USP Terre Haute, IN.
PO Box 33
Terre Haute, IN.
47808




LEGAL-MAIL

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE: ______

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

To The Clerk of The Court
Judge Jane M. Stinson (Hon)
USDC / Southern District, IN.
Federal Court
921 OHIO Street - Room 104
Terre Haute, IN.
47801

FIL[illegible]
APR 18 [illegible]2
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9646 1481 46
Label 400 Jan. 2013
7690-16-000-7948