UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAM PAUL, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:13-cv-00304-JMS-MJD |
| SUPERINTENDENT, et al., | ) | |
| Respondents. | ) | |

**Order Denying Pro Se Motions**

Petitioner Jeffery William Paul's motion to expedite case, dkt. [276], and motion for order, dkt. [279], are **denied** without prejudice. The Court again reminds Mr. Paul that all motions in this action must be filed through counsel.

**IT IS SO ORDERED.**

Date: 8/1/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey Bradford Kahan
U.S. DEPARTMENT OF JUSTICE
jeffrey.kahan@usdoj.gov

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
shawn_nolan@fd.org

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
winfield.ong@usdoj.gov

Leigh Skipper
FEDERAL COMMUNITY DEFENDER
leigh_skipper@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

Jeffrey Alan Zick
UNITED STATES DEPARTMENT OF JUSTICE
jeffrey.zick@usdoj.gov