**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **JEFFREY WILLIAM PAUL**,<br><br>Petitioner,<br><br>v.<br><br>**SUPERINTENDENT**, USP-Terre Haute<br>**UNITED STATES OF AMERICA**,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 2:13-cv-00304-JMS-MJD |

---

**NOTICE OF APPEAL**

---

The United States of America, on behalf of respondents, the Superintendent of USP Terre Haute and Warden J.F. Caraway, gives notice that it appeals to the United States Court of Appeals for the Seventh Circuit. Appeal is taken pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 2253(a) and Federal Rules of Appellate Procedure 3 and 4(a) from the final judgment entered in this case on August 2, 2022.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney,
Southern District of Indiana

BRIAN REITZ
Assistant U.S. Attorney
United States Attorney's Office
10 W. Market St.; Ste. 2100
Indianapolis, Indiana 46204-3048
(702) 616-3942
BReitz@usdoj.gov

*S/Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section
U.S. Dept. of Justice
1331 F. Street, NW; 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax
Jeffrey.Kahan@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2022, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Leigh Skipper
Federal Community Defender Office
For the Eastern District of Pennsylvania
Leigh_Skipper@fd.Org

Shawn Nolan
Federal Community Defender Office
For the Eastern District of Pennsylvania
Shawn_Nolan@fd.org

Peter Williams
Federal Community Defender Office
For the Eastern District of Pennsylvania
Pete_Williams@fd.org

By: s/ *Jeffrey B. Kahan*
**JEFFREY B. KAHAN**
Deputy Chief, Capital Case Section
U.S. Department of Justice
1331 F. Street, NW, Sixth Floor
Washington, D.C. 20530
Telephone: (202) 305-8910
E-mail: jeffrey.kahan@usdoj.gov